# EXHIBIT 12

## Message

| | |
|---|---|
| **From**: | Luis Vasquez [luis@frostdatacapital.com] |
| **Sent**: | 4/29/2016 9:43:58 PM |
| **To**: | Undisclosed recipients: |
| **BCC**: | colleenk@hollencrest.com |
| **Subject**: | Frost VP Seed LLC Q4 2015 Quarterly Report and 2015 Audited Financial Statements |
| **Attachments**: | Frost VP Seed, LLC Audited Financial Statements 2015.PDF; ATT00001.htm; Q4 2015 Quarterly Report Frost VP Seed LLC.pdf; ATT00002.htm |

Dear LLC Members and Authorized Recipients,

Attached are the Frost VP Seed LLC Q4 2015 Quarterly Report and the 2015 Audited Financial Statements.

Please let us know if you have any questions.

Warm regards,

Luis Vasquez
Partner and VP of Investor Relations | Frost Data Capital

o: +1 (949) 373-9648
m: +1 (949) 610-5847
e: luis@frostdatacapital.com
a: 31910 Del Obispo St, Suite 100, San Juan Capistrano, CA 92675
w: www.frostdatacapital.com

Exhibit 12
Page 436

HOL0005448

Exhibit078

# FROST VP SEED, LLC

## FINANCIAL STATEMENTS

## FOR THE YEAR ENDED DECEMBER 31, 2015

Exhibit 12
Page 437

HOL0005449

Exhibit078

# FROST VP SEED, LLC

## CONTENTS

**Independent Auditors' Report**................................................................1-2


**Financial Statements**

Statement of Financial Condition ................................................3
Schedule of Investments ................................................4
Statement of Operations................................................5
Statement of Changes in Members' Equity ................................................6
Statement of Cash Flows ................................................7


**Notes to Financial Statements**................................................8-22

Exhibit 12
Page 438

HOL0005450

Exhibit078



**MARCUM**
ACCOUNTANTS & ADVISORS

# INDEPENDENT AUDITORS' REPORT

To the Members of
**Frost VP Seed, LLC**

### *Report on the Financial Statements*

We have audited the accompanying statement of financial condition of Frost VP Seed, LLC (the "Fund"), including the schedule of investments, as of December 31, 2015, and the related statements of operations, changes in members' equity and cash flows for the year then ended, and the related notes to the financial statements.

### *Management's Responsibility for the Financial Statements*

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

### *Auditors' Responsibility*

Our responsibility is to express an opinion on these financial statements based on our audit. We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditors' judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

1



MARCUMGROUP
MEMBER

**Marcum** LLP ※ 1920 Main Street ※ Suite 950 ※ Irvine, California 92614 ※ **Phone** 949.236.5600 ※ **Fax** 949.236.5601 ※ **www.marcumllp.com**

Exhibit 12
Page 439

HOL0005451

Exhibit078

*Opinion*

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of Frost VP Seed, LLC as of December 31, 2015, and the results of its operations, changes in its members' equity and its cash flows for the year then ended in accordance with accounting principles generally accepted in the United States of America.

*Marcum LLP*

Irvine, CA
March 31, 2015

2

Exhibit 12
Page 440

HOL0005452

Exhibit078

# FROST VP SEED, LLC

## STATEMENT OF FINANCIAL CONDITION

## DECEMBER 31, 2015

### Assets

| | | |
|---|---|---|
| Investments, at fair value (cost of $5,393,024) | $ | 9,728,007 |
| Cash | | 18,958 |
| Prepaid expenses and other assets | | 12,950 |

**Total Assets** $ 9,759,915

**Members' Equity** $ 9,759,915

*Confidential information governed by the Fund's Operating Agreement.*

*The accompanying notes are an integral part of these financial statements.*

3

Exhibit 12
Page 441

HOL0005453

Exhibit078

# FROST VP SEED, LLC

## SCHEDULE OF INVESTMENTS

### DECEMBER 31, 2015

|  | Number of Shares or Principal | Cost | Fair Value | Percent of Members' Equity |
|---|---|---|---|---|
| **Investments in Private Operating Companies** **United States** | | | | |
| **Series A Preferred Stock**[1] | | | | |
| Cirro, Inc. | 3,292,702 | $ 1,490,764 | $ 1,863,456 | 19.09 % |
| **Series B Preferred Stock**[1] | | | | |
| Predixion Software, Inc. | 24,740 | 23,180 | 50,084 | 0.51 |
| **Seed B Preferred Stock**[1] | | | | |
| Maana, Inc. | 200,760 | 102,170 | 429,626 | 4.40 |
| Sentrian, Inc. | 37,338 | 18,510 | 28,750 | 0.29 |
| **Total Seed B Preferred Stock** | | 120,680 | 458,376 | 4.70 |
| **Seed Preferred Stock**[1] | | | | |
| Cirro, Inc. | 1,158,988 | 463,596 | 590,319 | 6.05 |
| Sentrian, Inc. | 1,681,013 | 692,428 | 1,294,381 | 13.26 |
| Maana, Inc. | 1,103,090 | 459,648 | 2,360,613 | 24.19 |
| SourceThought, Inc. | 1,372,194 | 457,353 | 719,990 | 7.38 |
| Ubix Labs, Inc. | 1,285,350 | 459,050 | 691,390 | 7.08 |
| OspreyData, Inc. | 470,000 | 235,000 | 622,242 | 6.38 |
| SegOne, Inc. | 470,000 | 235,000 | - | - |
| Exara, Inc. | 465,625 | 232,812 | 425,507 | 4.36 |
| Frost Edge, Inc. | 465,625 | 232,812 | 360,948 | 3.70 |
| Syntego, Inc. | 164,732 | 115,312 | 115,312 | 1.18 |
| **Total Seed Preferred Stock** | | 3,583,011 | 7,180,702 | 73.58 |
| **Promissory Notes**[1] | | | | |
| SourceThought, Inc.[2] | $175,000 | 172,877 | 172,877 | 1.77 |
| **Warrants**[1] | | | | |
| SourceThought, Inc.[2] | 35,000 | 2,512 | 2,512 | 0.03 |
| **Total Investments** | | $ 5,393,024 | $ 9,728,007 | 99.67 % |

[1] All investments of Frost VP Seed, LLC are related to technology companies in the area of Big Data technology.

[2] The Fund holds three promissory notes with SourceThought, Inc. The notes have an annual interest rate of 8% and mature 10 days after a Qualified Financing as defined in the note agreement. Each note was issued with related warrants to purchase common stock.

*Confidential information governed by the Fund's Operating Agreement.*

*The accompanying notes are an integral part of these financial statements.*

4

Exhibit 12
Page 442

HOL0005454

Exhibit078

# FROST VP SEED, LLC

## STATEMENT OF OPERATIONS

### FOR THE YEAR ENDED DECEMBER 31, 2015

| | | | |
|---|---|---|---|
| **Investment Income** | | | |
| Interest | | $ | 2,013 |
| | | | |
| **Expenses** | | | |
| General and adminstrative | $ | 13,617 | |
| Management fund expenses | | 48,431 | |
| Professional fees and other | | 56,384 | |
| | | | |
| **Total Expenses** | | | 118,432 |
| | | | |
| **Net Investment Loss** | | | (116,419) |
| | | | |
| **Realized and Unrealized Gain (Loss) From Investments** | | | |
| Realized loss on investments | | (1,389,940) | |
| Net change in unrealized appreciation on investments | | 2,542,237 | |
| | | | |
| **Net Realized and Unrealized Gain From Investments** | | | 1,152,297 |
| | | | |
| **Net Income** | | $ | 1,035,878 |

*Confidential information governed by the Fund's Operating Agreement.*

*The accompanying notes are an integral part of these financial statements.*

5

Exhibit 12
Page 443

HOL0005455

Exhibit078

# FROST VP SEED, LLC

## STATEMENT OF CHANGES IN MEMBERS' EQUITY

### FOR THE YEAR ENDED DECEMBER 31, 2015

|  | Managing Member | Non-Managing Members | Total Members' Equity |
|---|---|---|---|
| **Members' Equity** - January 1, 2015 | $ 231,369 | $ 8,492,668 | $ 8,724,037 |
| Net investment loss | (3,855) | (112,564) | (116,419) |
| Net realized and unrealized gain from investments | 32,921 | 1,119,376 | 1,152,297 |
| **Members' Equity** - December 31, 2015 | $ 260,435 | $ 9,499,480 | $ 9,759,915 |

*Confidential information governed by the Fund's Operating Agreement.*

*The accompanying notes are an integral part of these financial statements.*

6

Exhibit 12
Page 444

HOL0005456

Exhibit078

# FROST VP SEED, LLC

## STATEMENT OF CASH FLOWS

### FOR THE YEAR ENDED DECEMBER 31, 2015

**Cash Flows From Operating Activities**

| | | |
|---|---:|---:|
| Net Income | | $ 1,035,878 |
| Adjustments to reconcile net income to net cash used in operating activities: | | |
| Purchase of investments | $ (175,000) | |
| Realized loss on investments | 1,389,940 | |
| Net change in unrealized gain on investments | (2,542,237) | |
| Accretion of discount on notes | (389) | |
| Changes in operating assets and liabilities: | | |
| Prepaid expenses and other current assets | (9,827) | |
| | | |
| Total Adjustments | | (1,337,513) |
| | | |
| **Net Cash Used in Operating Activities** | | (301,635) |
| **Net Decrease in Cash** | | (301,635) |
| **Cash -** January 1, 2015 | | 320,593 |
| **Cash -** December 31, 2015 | | $ 18,958 |

*Confidential information governed by the Fund's Operating Agreement.*

*The accompanying notes are an integral part of these financial statements.*

7

Exhibit 12
Page 445

HOL0005457
Exhibit078

# FROST VP SEED, LLC

## NOTES TO FINANCIAL STATEMENTS

## FOR THE YEAR ENDED DECEMBER 31, 2015

### NOTE 1 - THE FUND

#### BACKGROUND

Frost VP Seed, LLC (the "Fund") was formed on September 22, 2011 in the state of Delaware. The purpose of the Fund is to make venture capital investments, principally by investing in equity or equity oriented securities of companies created by Frost Data Capital, LLC (the "Incubator") an early stage venture organization and technology incubator. The purpose of the Incubator is to incubate and foster ideas for the portfolio companies, serve as a back office and provide operational support for its incubated companies and serve as board members and advisors for the portfolio companies. Also, the Incubator and its employees generally will own the majority of the founder's stock in these portfolio companies. The Fund's principal place of business is Orange County, CA. The Fund is managed by Frost Management Company, LLC (the "Manager"). Stuart Frost is considered the Managing Member of the Fund in his capacity as the sole manager of Frost Management Company and as a member of Frost VP Seed, LLC. Capital commitments to the Fund total $7,570,000. The Fund does not expect to obtain further commitments from its members. The Fund is expected to continue until September 22, 2021, which is the 10 year anniversary following its effective date.

The Fund commenced operations in January of 2012 when the first capital call was made, and the first investment by the Fund was made in April 2012.

Frost VP Seed, LLC is a parallel fund to a related party Frost VP Seed International, LLC, but it is solely comprised of U.S. domiciled members.

These two parallel Funds have been established in the United States of America. The two Funds make portfolio investments in parity, with each Fund retaining a percentage interest of a given portfolio investment based upon the aggregate commitment of its members in relation to the total commitment of both Funds. As further discussed at Note 8, all members participate in the Fund's activities pro-rata to their commitments.

A third related fund, Frost VP Early Stage Fund II, L.P., was established to invest in the same portfolio companies as Frost VP Seed, LLC and Frost VP Seed International, LLC as well as other portfolio companies in the big data technology industry.

#### CONCENTRATION OF MEMBERS

As of December 31, 2015, two non-managing members represent approximately 20% and 13% of members' equity in the Fund, respectively.

*Confidential information governed by the Fund's Operating Agreement.*

8

Exhibit 12
Page 446

HOL0005458
Exhibit078

# FROST VP SEED, LLC

## NOTES TO FINANCIAL STATEMENTS

## FOR THE YEAR ENDED DECEMBER 31, 2015

### NOTE 2 - SIGNIFICANT ACCOUNTING POLICIES

*BASIS OF ACCOUNTING*

The accompanying financial statements are presented in accordance with accounting principles generally accepted in the United States of America ("US GAAP").

The Fund qualifies as an investment company, as defined in Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") Topic 946 Financial Services – Investment Companies and, therefore, is applying the specialized accounting and reporting guidance in ASC Topic 946.

During the year ended December 31, 2015, the Fund did not provide financial support to any investees, other than the debt and equity investments included on the Schedule of Investments, and has no contractual obligation to provide financial support of any kind.

*SUBSEQUENT EVENTS*

Management has considered the circumstances under which the Fund should recognize or make disclosures regarding events or transactions occurring subsequent to the statement of financial condition date through March 31, 2016 which represents the date the financial statements were available to be issued. Adjustments or additional disclosures, if any, have been included in these financial statements.

*CONCENTRATION RISK*

The Fund participates in a limited number of portfolio investments and, as a consequence, the aggregate return of the Fund may be materially and adversely affected by the unfavorable performance of any single portfolio investment.

*CASH*

At December 31, 2015, all cash was on deposit in demand accounts with one bank in an amount that was in excess of federally insured limits. The Fund does not believe it is exposed to any significant credit risk on cash and cash equivalents since it maintains its deposits with a major financial institution. The Fund did not hold any cash equivalents as of December 31, 2015.

*PORTFOLIO VALUATION*

All investments are recorded at their fair value as described in Note 3.

*Confidential information governed by the Fund's Operating Agreement.*

9

Exhibit 12
Page 447

HOL0005459

Exhibit078

# FROST VP SEED, LLC

## NOTES TO FINANCIAL STATEMENTS

## FOR THE YEAR ENDED DECEMBER 31, 2015

### NOTE 2 - SIGNIFICANT ACCOUNTING POLICIES (CONTINUED)

#### LIQUIDITY RISK

The Fund's investments are in non-publicly traded companies. Accordingly, there is risk that the Fund may not be able to realize its investment objectives by sale or other disposition of investments at prices reflective of the Fund's current reported fair value.

#### INVESTEE RISK

The Fund is invested in technology companies. The value of the Fund's investment interests in such companies may be susceptible to factors affecting this industry and to a greater risk and market fluctuation than an investment in a fund that invests in a broader range of securities. The specific risks faced by such companies include:

- Rapidly changing science, technologies and consumer adoption;
- Products or technologies that may quickly become obsolete;
- Competitive environment in recruitment of management, technical, research, and marketing personnel with appropriate training;
- Changes in legal and regulatory restrictions;
- The possibility of lawsuits related to patents and intellectual property; and
- The ability to attract sufficient capital.

#### REVENUE RECOGNITION AND INVESTMENT INCOME/EXPENSE

Realized gains or losses on dispositions of investments represent the difference between the original cost of the investment and the proceeds received from the sale. Interest income represents interest earned on cash deposits and the Fund's investments in convertible notes. Interest income and Fund expenses are recorded on the accrual basis.

#### INCOME TAXES

The Fund is a limited liability company, and, as such, its income or losses are reported on the returns of its members. Accordingly, no provision for income taxes is reflected in the accompanying financial statements. The Fund is not subject to federal income taxes but is subject to an $800 minimum franchise tax imposed by the State of California.

*Confidential information governed by the Fund's Operating Agreement.*

10

Exhibit 12
Page 448

HOL0005460
Exhibit078

# FROST VP SEED, LLC

## NOTES TO FINANCIAL STATEMENTS

## FOR THE YEAR ENDED DECEMBER 31, 2015

### NOTE 2 - SIGNIFICANT ACCOUNTING POLICIES (CONTINUED)

#### INCOME TAXES (CONTINUED)

For all open tax years and for all major taxing jurisdictions, the Managing Member has concluded that the Fund is a pass-through entity and there are no uncertain tax positions that would require recognition in the financial statements.

If the Fund were to incur an income tax liability in the future, interest on any income tax liability would be reported as interest expense and penalties and any income tax liability would be reported as income taxes. No interest expense or penalties have been recognized as of or for the period ended December 31, 2015. The Managing Member does not expect that its assessment regarding unrecognized tax benefits will materially change over the next 12 months. However, the Managing Member's conclusions regarding uncertain tax positions may be subject to review and adjustment at a later date based upon ongoing analyses of tax laws, regulations and interpretations thereof as well as other factors including but not limited to, questioning the timing and amount of deductions, the nexus of income among various tax jurisdictions, compliance with U.S. and State income tax laws, and changes in the administrative practices and precedents of the relevant and foreign taxing authorities. Generally, Federal, State and Local authorities may examine the Fund's tax returns for three years from the date of filing and the current and prior three years remain subject to examination as of December 31, 2015.

#### USE OF ESTIMATES

The preparation of financial statements in conformity with GAAP requires the General Partner to makes estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

#### DISTRIBUTIONS ACCRUED

The Fund recognizes distributions as liabilities when the amount represents a fixed determinable obligation. This generally occurs when the Fund liquidates its investments. Distributions paid after December 31, 2015, but based upon the sale of its investments during the year ended December 31, 2015 would be reflected as distributions accrued.

*Confidential information governed by the Fund's Operating Agreement.*

11

Exhibit 12
Page 449

HOL0005461

Exhibit078

# FROST VP SEED, LLC

## NOTES TO FINANCIAL STATEMENTS

## FOR THE YEAR ENDED DECEMBER 31, 2015

### NOTE 3 - FAIR VALUE MEASUREMENTS

The Fund follows a fair value hierarchy that distinguishes between market data obtained from independent sources (observable inputs) and the Fund's own market assumptions (unobservable inputs). These inputs are used in determining the value of the Fund's investments and are summarized in the following fair value hierarchy:

Level 1 - Valuations based on unadjusted quoted prices for investments in active markets (quoted prices from national exchanges) that the Fund has the ability to access at the measurement date.

Level 2 - Valuations based on inputs other than quoted prices in active markets, which are either directly or indirectly observable as of the reporting date.

Level 3 - Valuations based on inputs that are unobservable and significant to the overall fair value measurement. The inputs into the determination of fair value require significant management judgment or estimation.

In certain cases, the inputs used to measure fair value may fall into different levels of the fair value hierarchy. In such cases, an investment's level within the fair value hierarchy is based on the lowest level of input that is significant to the fair value measurement. The Fund's assessment of the significance of a particular input to the fair value measurement in its entirety requires judgment, and considers factors specific to the investment.

All of the Fund's investments have been classified within Level 3 as they have unobservable inputs and are not traded at all. Such Level 3 investments are securities of private operating companies in the high technology sector, which is detailed at the Schedule of Investments and include seed preferred stock of $7,639,078, preferred stock of $1,913,540, promissory notes of $172,877 and warrants of $2,512.

Investments for which market quotations are not readily available are fair valued as determined by the Manager. Fair Value is a market-based measure considered from the perspective of a market participant rather than an entity-specific measure. Therefore, even when market assumptions are not readily available, the Fund's own assumptions are set to reflect those that market participants would use in pricing the asset or liability at the measurement date. The Fund uses prices and inputs that are current as of the measurement date, including periods of market dislocation. In periods of market dislocation, the observability of prices and inputs may be reduced for many securities. This condition could cause a security to be reclassified to a lower level within the fair value hierarchy.

*Confidential information governed by the Fund's Operating Agreement.*

12

Exhibit 12
Page 450

HOL0005462
Exhibit078

# FROST VP SEED, LLC

## NOTES TO FINANCIAL STATEMENTS

## FOR THE YEAR ENDED DECEMBER 31, 2015

### NOTE 3 - FAIR VALUE MEASUREMENTS (CONTINUED)

In determining the fair value of the Fund's investments that fall within Level 3 of the fair value hierarchy (which are comprised of equity/debt securities issued by private entities), the Manager generally utilizes the following valuation techniques:

(1) market approach (which considers objective market indicators, typically the portfolio company's latest round of financing is used; however, the Fund will consider third party offers and portfolio company specific information) and other factors considered relevant and/or (2) income approach (which considers the portfolio company's projected operating performance  to evaluate the objective information utilized under the market approach).

The Manager uses valuation techniques it believes is most appropriate to estimate the fair value of the portfolio investments; however, considerable judgment is required in interpreting market data to develop the estimates of fair value.  Given the early stage of the portfolio companies, the transaction price or recent price of similar securities are typically the Fund's best estimate of fair value for the portfolio company.  When evidence supports a change to the carrying value from the transaction price, adjustments would be made to reflect expected exit values.  Ongoing reviews by the Fund's management are based on an assessment of each underlying investment, incorporating valuations that consider fund performance, market, and the evaluation of financing and sale transactions with third parties, among other factors.

There are inherent limitations in any estimation technique.   The use of different assumptions and/or estimation methodologies may have a material effect on the estimated fair values.  Accordingly, the estimates presented herein are not necessarily indicative of the amounts that could be realized in a current market exchange and there can be no assurance that the fair values for these investments will be fully realizable upon their ultimate disposition or reflective of future fair values.  Because of the inherent uncertainty of valuation, the recommended values may differ significantly from values that would have been used had a ready market for the portfolio investments existed, and the differences could be material.

The inputs or methodology used for valuing investments are not an indication of the risk associated with investing in those securities.  The valuation techniques used to measure fair value for the year ended December 31, 2015 maximized the use of observable inputs and minimized the use of unobservable inputs.

*Confidential information governed by the Fund's Operating Agreement.*

13

Exhibit 12
Page 451

HOL0005463

Exhibit078

# FROST VP SEED, LLC

## NOTES TO FINANCIAL STATEMENTS

## FOR THE YEAR ENDED DECEMBER 31, 2015

### NOTE 3 - FAIR VALUE MEASUREMENTS (CONTINUED)

The following is a reconciliation of Level 3 assets measured at fair value.  Since observable and unobservable inputs may be used to determine the fair value of positions that the Fund has classified in the Level 3 category, unrealized gains and losses for assets within the Level 3 category may include changes in fair value that were attributable to both observable and unobservable inputs.

Changes in Level 3 assets measured at fair value are as follows:

| Description | Preferred Stock | Seed Preferred Stock | Promissory Notes | Warrants | Total |
|---|---|---|---|---|---|
| **Assets:** | | | | | |
| Investments in private operating companies: | | | | | |
| **Balance** - January 1, 2015 | $1,913,540 | $ 6,486,781 | $      -- | $      -- | $8,400,321 |
| Purchases | -- | -- | 172,488 | 2,512 | 175,000 |
| Accretion of interest | -- | -- | 389 | -- | 389 |
| Realized losses | -- | (1,339,197) | (50,743) | -- | (1,389,940) |
| Unrealized gains | -- | 2,491,494 | 50,743 | -- | 2,542,237 |
| **Balance** - December 31, 2015 | $1,913,540 | $ 7,639,078 | $172,877 | $ 2,512 | $ 9,728,007 |

All net changes in unrealized gains in the table above are reflected in the accompanying Statement of Operations.  The net change in unrealized gains relate to those financial instruments still held by the Fund at December 31, 2015.

During the year ended December 31, 2015, the Fund did not have any transfers into or out of Level 3. The Fund's policy is to recognize transfers in and transfers out as of the actual date of the event or change in circumstances that caused the transfer.

### VALUATION TECHNIQUES AND INPUTS

### Investments in Private Operating Companies

The Fund's investments in private operating companies primarily consist of direct preferred seed and preferred stock and (together or individually "equity") investments.   The transaction price, excluding transaction costs, is typically the Manager's best estimate of fair value at inception.

*Confidential information governed by the Fund's Operating Agreement.*

14

Exhibit 12
Page 452

HOL0005464

Exhibit078

# FROST VP SEED, LLC

## NOTES TO FINANCIAL STATEMENTS

## FOR THE YEAR ENDED DECEMBER 31, 2015

NOTE 3 - FAIR VALUE MEASUREMENTS (CONTINUED)

*VALUATION TECHNIQUES AND INPUTS (CONTINUED)*

**Investments in Private Operating Companies (continued)**

When evidence supports a change to the carrying value from the transaction price, adjustments would be made to reflect expected exit values in the investment's principal market under current market conditions. Ongoing reviews by Fund management are based on assessment of each underlying investment from the inception date through the most recent valuation date. These assessments typically incorporate valuation techniques that consider the evaluation of financing and sale transactions with third parties including consideration of the last round of financing and liquidation preferences for participating securities; an income approach reflecting a discounted cash flow analysis using an appropriate risk-adjusted discount rate; and/or a market approach that includes comparative analysis of acquisition multiples and pricing multiples generated by market participants.

In certain instances, the Fund may determine it appropriate to use multiple valuation methodologies for a particular investment and estimate its fair value based on a weighted average or a selected outcome within a range of multiple valuation results.

When using the market approach, the Fund would utilize the guideline company method of the market approach which involves selecting companies that are similar in size, operating strategy, market position and/or geographic location to the target company.

When using the income approach, inputs relied upon by the income approach would include annual projected cash flows for each investment through their respective investment horizons. Further, the cash flow assumption may be probability-weighted to reflect the risks associated with achieving expected performance levels across various business scenarios. Investments valued when using a market approach would utilize valuation multiples times the annual earnings before interest, taxes, depreciation and amortization ("EBITDA"), or another performance metric such as net earnings or revenues.

Selected valuation multiples would generally be estimated through comparative analysis of the performance and characteristics of each investment within a range of comparable companies or transactions in the observable marketplace.

Investments in private operating companies also consist of direct private debt investments. The transaction price, excluding transaction costs, is typically the Fund's best estimate of fair value at inception. When evidence supports a change to the carrying value from the transaction price, adjustments would be made to reflect expected exit values in the investment's principal market under current market conditions.

*Confidential information governed by the Fund's Operating Agreement.*

15

Exhibit 12
Page 453

HOL0005465
Exhibit078

# FROST VP SEED, LLC

## NOTES TO FINANCIAL STATEMENTS

## FOR THE YEAR ENDED DECEMBER 31, 2015

### NOTE 3 - FAIR VALUE MEASUREMENTS (CONTINUED)

*VALUATION TECHNIQUES AND INPUTS (CONTINUED)*

**Investments in Private Operating Companies (continued)**

Ongoing reviews by management are based on an assessment of each underlying investment from the inception date through the most recent valuation date. These assessments typically incorporate valuation techniques that consider trends in the performance and credit profile of each underlying investment, evaluation of arm's length financing, an income approach based upon discounted cash flow analysis and sales transactions with third parties. Inputs relied upon by debt investments using the income approach include an understanding of the underlying company's compliance with debt covenants, the operating performance of the underlying company, trends in liquidity and financial leverage ratios of the underlying company from the point of the original investment to the stated valuation date, an assessment of the credit profile of the underlying company from the original investment to the stated valuation date, as well as an assessment of the underlying company's business enterprise value, liquidation value and debt potential yield adjustments for each debt investment based upon trends in the credit profile of the underlying company and trends in the interest rate environment from the date of the original investment to the stated valuation date.

At December 31, 2015, the approximate fair values of the Fund's equity and debt investments in private operating companies, by valuation methodology, are as follows:

| Description | Preferred Stock | Seed Preferred Stock | Promissory Notes | Warrants | Total |
|---|---|---|---|---|---|
| Third Party Transactions | $ 1,913,540 | $ 5,775,622 | $172,877 | $  -- | $7,862,039 |
| Discounted Third Party Transactions [1] | -- | 1,863,456 | -- | -- | 1,863,456 |
| Option Pricing Model | -- | -- | -- | 2,512 | 2,512 |
| **Total** | **$ 1,913,540** | **$ 7,639,078** | **$172,877** | **$ 2,512** | **$ 9,728,007** |

[1] To reflect certain liquidation preferences between Preferred Stock and Seed Preferred Stock, the Seed Preferred Stock of Cirro, Inc. has been discounted by 10%.

Due to a lack of market traction, the uncertainty surrounding their ability to attract additional capital, and the absence of a viable strategic partnership, the Fund has reduced the estimated fair value of its investment in SegOne, Inc. to zero as of December 31, 2015 and recorded an unrealized loss of $235,000 for the year ended December 31, 2015.

*Confidential information governed by the Fund's Operating Agreement.*

16

Exhibit 12
Page 454

HOL0005466

Exhibit078

# FROST VP SEED, LLC

## NOTES TO FINANCIAL STATEMENTS

## FOR THE YEAR ENDED DECEMBER 31, 2015

### NOTE 3 - FAIR VALUE MEASUREMENTS (CONTINUED)

*VALUATION TECHNIQUES AND INPUTS (CONTINUED)*

**Investments in Private Operating Companies (continued)**

During 2015, the Fund realized a loss of $1,389,940 related to its investment in GenieDB, Inc. as the company was officially dissolved.

*FAIR VALUE - VALUATION PROCESSES*

In the event that a financial instrument cannot be valued based upon a price from a national securities exchange, pricing service provider or broker quotation, or such prices are deemed to not reflect current market value, the Manager may value the financial instrument in good faith under the policies and procedures approved by the Fund based on current facts and circumstances. Determination of this value may include significant unobservable inputs and therefore would be reflected as Level 3 of the fair value hierarchy. The Manager is responsible for developing the Fund's written valuation processes and procedures, conducting periodic reviews of the valuation policies, and evaluating the overall fairness and consistent application of the valuation policies as well as ensuring that the valuation methodologies for investments that are categorized within Level 3 of the fair value hierarchy are fair, consistent, and verifiable.

Valuations determined by the Fund are required to be supported by market data, third-party pricing sources, industry accepted pricing models, counterparty prices, or other methods the Manager deems to be appropriate, including the use of internal proprietary pricing models.

When determining the reliability of third party pricing information for investments owned by the Fund, when such third parties are used, the Manager, among other things, would conduct due diligence reviews of pricing vendors, monitor the daily change in prices, and review transactions among market participants.

*Confidential information governed by the Fund's Operating Agreement.*

17

Exhibit 12
Page 455

HOL0005467
Exhibit078

# FROST VP SEED, LLC

## NOTES TO FINANCIAL STATEMENTS

## FOR THE YEAR ENDED DECEMBER 31, 2015

### NOTE 3 - FAIR VALUE MEASUREMENTS (CONTINUED)

#### *FAIR VALUE - VALUATION PROCESSES (CONTINUED)*

The following table presents quantitative information about the significant unobservable inputs of the Fund's Level 3 investments, valued using the discounted third party transactions and option pricing model method, as of December 31, 2015. The below table is not intended to be all-inclusive but rather provide information on significant unobservable inputs and valuation techniques used by the Fund.

| Assets | Valuation Technique | Fair Value at December 31, 2015 | Unobservable Inputs | Range of Inputs (Weighted Average) |
|---|---|---|---|---|
| Seed Preferred Stock | Discounted Third Party Transactions | $1,863,456 | Liquidation preference discount to the third party transaction price | 10% discount to transaction price |
| Warrants | Option Pricing Model | $2,512 | Industry volatility | 56.70% |
| | | | Risk-free interest rate | 1.65% - 1.91% |
| | | | Fair value of underlying stock | $0.08/share |
| | | | Estimated time to maturity | 12 months |

Other Level 3 investments were valued using the unadjusted transaction price or the last round of financing. No unobservable inputs developed by the Fund have been applied to these investments, thus they have been excluded from the above table.

#### *WARRANTS*

The Fund may receive warrants from its portfolio companies upon an investment in the debt or equity of a portfolio company. The warrants provide the Fund with exposure and potential gains upon equity appreciation of the portfolio company's share price. The value of a warrant has two components: time value and intrinsic value. A warrant has a limited life and expires on a certain date. As time to the expiration date of a warrant approaches, the time value of a warrant will decline. In addition, if the stock underlying the warrant declines in price, the intrinsic value of an "in the money" warrant will decline. Further, if the price of the stock underlying the warrant does not exceed the strike price of the warrant on the expiration date, the warrant will expire worthless. As a result, there is the potential for the Fund to lose its entire investment in a warrant. The Fund is exposed to counterparty risk from the potential failure of an issuer of warrants to settle its exercised warrants. The maximum risk of loss from counterparty risk to the Fund is the fair value of the contracts and the purchase price of the warrants. The Fund considers the effects of counterparty risk when determining the fair value of its investments in warrants.

*Confidential information governed by the Fund's Operating Agreement.*

18

Exhibit 12
Page 456

HOL0005468

Exhibit078

# FROST VP SEED, LLC

## NOTES TO FINANCIAL STATEMENTS

## FOR THE YEAR ENDED DECEMBER 31, 2015

### NOTE 4 - MEMBERS' EQUITY

As of December 31, 2015, all capital commitments had been called. The remaining amounts called, not yet collected are expected to be received in 2016.

| | |
|---|---|
| Committed capital | $ 7,570,000 |
| Less: amounts called, not yet collected | (69,975) |
| Member Contributions | 7,500,025 |
| | |
| Accumulated net investment loss | (685,152) |
| Accumulated unrealized gain | 2,945,042 |
| **Members' Equity at December 31, 2015** | $ 9,759,915 |

### NOTE 5 - INVESTMENTS

Frost VP Seed, LLC is a parallel fund to Frost VP Seed International, LLC and invests alongside but generally not on a parallel basis with Frost VP Early Stage Fund II, L.P, both of which are related parties to the Fund. These three funds are invested in the same portfolio investments as detailed below:

| | Frost VP Seed International, LLC | | Frost VP Seed, LLC | | Frost VP Early Stage Fund II, L.P. | | Total | |
|---|---|---|---|---|---|---|---|---|
| | Cost | Fair Value | Cost | Fair Value | Cost | Fair Value | Cost | Fair Value |
| Cirro, Inc. | $ 169,796 | $213,097 | $1,954,360 | $2,453,775 | $ 3,011,918 | $ 3,264,961 | $ 5,136,074 | $ 5,931,833 |
| Sentrian, Inc. | 59,126 | 108,804 | 710,938 | 1,323,131 | 2,754,701 | 3,492,530 | 3,524,765 | 4,924,465 |
| Maana, Inc. | 49,465 | 245,688 | 561,818 | 2,790,239 | 2,750,000 | 6,816,093 | 3,361,283 | 9,852,020 |
| SourceThought, Inc. | 42,625 | 67,099 | 632,353 | 895,379 | 4,675,000 | 4,929,272 | 5,349,978 | 5,891,750 |
| Predixion Software, Inc. | 1,820 | 3,938 | 23,180 | 50,084 | 1,250,000 | 1,565,437 | 1,275,000 | 1,619,459 |
| Ubix Labs, Inc. | 40,945 | 61,676 | 459,050 | 691,390 | 3,875,000 | 3,981,226 | 4,374,995 | 4,734,292 |
| OspreyData, Inc. | 15,000 | 39,718 | 235,000 | 622,242 | 3,675,799 | 4,229,514 | 3,925,799 | 4,891,474 |
| SegOne, Inc. | 15,000 | -- | 235,000 | -- | 500,000 | -- | 750,000 | -- |
| Exara, Inc. | 17,188 | 31,413 | 232,812 | 425,507 | 1,400,001 | 1,772,457 | 1,650,001 | 2,229,377 |
| Frost Edge, Inc. | 17,188 | 26,647 | 232,812 | 360,948 | 1,050,002 | 1,325,192 | 1,300,002 | 1,712,787 |
| Syntego, Inc. | 9,688 | 9,688 | 115,312 | 115,312 | 735,001 | 735,001 | 860,001 | 860,001 |
| **Total Investments** | $ 437,841 | $807,768 | $5,392,635 | $9,728,007 | $ 25,677,422 | $32,111,683 | $31,507,898 | $42,647,458 |

*Confidential information governed by the Fund's Operating Agreement.*

19

Exhibit 12
Page 457

HOL0005469

Exhibit078

# FROST VP SEED, LLC

## NOTES TO FINANCIAL STATEMENTS

## FOR THE YEAR ENDED DECEMBER 31, 2015

### NOTE 6 - RELATED PARTY TRANSACTIONS

#### *MANAGEMENT FUND EXPENSES*

Pursuant to its Operating Agreement, the Fund is not charged a management fee but bears all operating expenses reasonably incurred by the Manager in connection with the management of the Fund ("Management Fund Expenses"). The expenses charged by the management company to the Fund are discretionary per the Operating Agreement. The Operating Agreement is the agreement outlining the terms among the Fund, the Manager, and the Incubator dated September 21, 2011.

Accordingly, the Fund paid the Manager $48,431 during the year ended December 31, 2015 for such Management Fund Expenses, as noted in the Statement of Operations. These Management Fund Expenses are primarily payroll and related expenses associated with staff supporting the operations of the Fund. As discussed below, the Fund pays certain expenses including Management Fund Expenses on behalf of Frost VP Seed International, LLC in exchange for future reimbursement.

#### *FROST VP SEED INTERNATIONAL, LLC*

The Fund pays certain expenses including Management Fund Expenses on behalf of a related party, Frost VP Seed International, LLC, in exchange for future reimbursement. The fund paid Management Fund Expenses of $9,605 on behalf of Frost VP Seed International, LLC for the year ended December 31, 2015 and is included in prepaid expenses and other current assets on the statement of financial condition. Amounts receivable amounted to $7,280 as of December 31, 2015. Frost VP Seed International, LLC and the Fund are invested in the same portfolio investments and split expenses based on the aggregate commitment of its members. The Fund allocates its common expenses to VP Seed International, LLC at the rate of 7.5 percent.

### NOTE 7 - INDEMNIFICATION ARRANGEMENTS

The Fund has provided general indemnifications to the officers, directors, members, employees and agents of the Manager and members of the Investment Committee in their capacities in acting on behalf of the Fund. The Investment Committee is generally comprised of the Managing Member, senior management at the Incubator, and related parties of investment portfolio companies. As of December 31, 2015, the Fund is not aware of the existence or potential of any claim that would result in such indemnification, nor have there been any prior claims or losses pursuant to these indemnifications.

*Confidential information governed by the Fund's Operating Agreement.*

20

Exhibit 12
Page 458

HOL0005470

Exhibit078

# FROST VP SEED, LLC

## NOTES TO FINANCIAL STATEMENTS

## FOR THE YEAR ENDED DECEMBER 31, 2015

### NOTE 7 - INDEMNIFICATION ARRANGEMENTS (CONTINUED)

The Fund is unable to develop an estimate of the maximum potential claim that could potentially result from such indemnifications, but believes that the risk of such loss is remote.

### NOTE 8 - DISTRIBUTIONS AND PROFIT AND LOSS ALLOCATIONS

#### DISTRIBUTIONS

Distributable cash and securities will be allocated among the Members in proportion to their respective percentage interests relating to their investment in the particular portfolio company which produced such distributable cash and securities. This percentage is based on their respective contributed capital to total contributed capital.

#### MANDATORY TAX DISTRIBUTIONS

The Fund will distribute to the Members, as applicable, pro rata based on their capital contribution, the amount equal to the excess of the Applicable Tax Rate multiplied by the net taxable income allocated to the Members, as a result of Members' ownership of an interest in the Fund. Distributions made to a Member pursuant to the tax distributions shall be treated as advances of and as such shall reduce the distributions to be made to the Member under discretionary distributions.

#### DISCRETIONARY DISTRIBUTIONS

The Manager may distribute cash, securities or other Fund assets to the Members in its reasonable discretion. All distributions shall be based on the Members' pro-rata in accordance with their respective capital contributions.

#### PROFIT AND LOSS ALLOCATIONS

The Fund's net profits and losses shall be allocated among the Members in proportion to their aggregate capital contributions.

*Confidential information governed by the Fund's Operating Agreement.*

21

Exhibit 12
Page 459

HOL0005471

Exhibit078

# FROST VP SEED, LLC

## NOTES TO FINANCIAL STATEMENTS

## FOR THE YEAR ENDED DECEMBER 31, 2015

### NOTE 9 - FINANCIAL HIGHLIGHTS

|  | From January 1, 2012 (Commencement of Operations) Through the Year Ended December 31, | |
|---|---|---|
|  | 2015 | 2014 |
| Internal Rate of Return (IRR): | 8.47% | 6.78% |

|  | For the Year Ended December 31, 2015 |
|---|---|
| Ratios to average Non-Managing Members' equity: | |
| Net investment loss | (1.26%) |
| Expenses | 1.28% |

The IRR since inception is net of all expenses. The IRR was computed based on the actual dates of the cash inflows (capital contributions), outflows (cash and stock distributions) and the ending net assets (residual value) at the end of the period, which is equal to the sum of the capital accounts at each measurement date. Financial highlights are calculated for the non-managing members' capital as a whole. An individual non-managing member's capital may vary based on the timing of contributed capital. Net investment loss, as defined, excludes realized and unrealized gains and losses.

### NOTE 10 - INVESTMENTS MADE AFTER YEAR END

Subsequent to December 31, 2015 and up through the date these financial statements were available to be issued, the parallel funds made additional investments in the portfolio companies as follows:

|  | Frost VP Seed, LLC | Frost VP Early Stage Fund II, L.P. | Total |
|---|---|---|---|
| ThinkIQ, Inc. | $ 20,001 | $       -- | $ 20,001 |
| Tellit Health, Inc. | 30,001 | -- | 30,001 |
| SourceThought, Inc. | -- | 75,000 | 75,000 |
| Cirro, Inc. | -- | 20,000 | 20,000 |
| **Total Investments** | $ 50,002 | $ 95,000 | $145,002 |

Frost VP Seed International, LLC did not make any subsequent investments.

*Confidential information governed by the Fund's Operating Agreement.*

22

Exhibit 12
Page 460

HOL0005472

Exhibit078



# FROST VP SEED, LLC

## Quarterly Report to the Members

## As of December 31, 2015

THIS DOCUMENT HAS BEEN PREPARED FOR THE STRICT USE OF OUR MEMBERS. THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF THE LLC AGREEMENT. DISCLOSURE OF ANY INFORMATION OTHER THAN TO THE INTENDED RECIPIENT IS PROHIBITED.

Exhibit 12
Page 461

HOL0005473

Exhibit078

*Letter to the Members*

It has been an another year of progress at Frost Data Capital and for the portfolio companies of Frost VP Seed LLC (the "Fund"). As fifty billion devices come online and begin generating data over the next few years, the demand for data and predictive analytics, big data software, and cybersecurity will also grow exponentially. Large corporations see this next wave of the Internet and are increasingly eager to engage our organization and our portfolio companies to find innovative technologies to solve the numerous challenges and opportunities created by the Internet of Things. In 2015, we saw this through new and growing revenue opportunities of our portfolio companies and through ongoing strategic partnership discussions.

While the pace of liquidity exits for the Fund hasn't yet met our expectations, we remain confident that our portfolio companies are uniquely positioned to take advantage of these technological and market forces.

In the fourth quarter, Frost Data Capital opened its Frost Fund III L.P. ("Fund III"), another successor to the Fund. Fund III's capital will come primarily from corporate strategic partners and will be focused on building new companies and supporting existing portfolio companies that are closely aligned with the acquisition/business development goals of these strategic partners.

While the relationships with the strategic partners have progressed greatly in the past 18 months, the time to close their Fund III investments has been much longer than we originally anticipated. We have received strong executive sponsorship and are to the point where several of these partners are presenting investment proposals their boards over the coming weeks.  We believe these partnerships will enable us to continue the mission we started with you several years ago.

In light of the transition to Fund III and the near-term pressures on the available capital from the Frost Funds, each of our portfolio companies are working to raise capital and we continue to assess the level of capital we should be investing in each.

Overall, we still strongly believe that the Fund will generate very good returns for its investors. As we look at the companies, we can break them down into several categories as follows:

Large Return Potential:
    At this time, Maana and Sentrian fall into this category. Both companies have made significant progress in proving their business hypothesis and are achieving meaningful proof of their market opportunity in the value they provide and in their customer traction.  Maana has closed the substantial portion of its target $30 million Series B financing at a valuation double that of the previous round and Sentrian has attracted significant interest in their Series B which is expected to close sometime in the next few months. Both companies can provide outsized returns; potentially returning a substantial portion of the Fund, or perhaps a multiple of the Fund, back to our investors.

On the Cusp:
    We include OspreyData, Exara, and Ubix Labs in this category. Each of these companies have exceptional business hypotheses that have resonated with the market. Business prospects are strong and these companies have the potential to move into the Large Return Potential category.  With sufficient capital, we believe that the overall returns from these investments will be very good.

Still in Assessment:
    Cirro, SourceThought, and Predixion Software fall into this category. All of these companies have built interesting technology capabilities that solve meaningful business problems. However, there is uncertainty as to the market's willingness to adopt these technologies in

THIS DOCUMENT HAS BEEN PREPARED FOR THE STRICT USE OF OUR MEMBERS. THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF THE LLC AGREEMENT. DISCLOSURE OF ANY INFORMATION OTHER THAN TO THE INTENDED RECIPIENT IS PROHIBITED.

Exhibit 12
Page 462

HOL0005474

Exhibit078

sufficient volumes to justify a stand-along business or the time for the market's development may not justify significant continued investment. We are continuing to evaluate these companies' progress and are working to secure other sources of funding or exit opportunities.

Longer-term Opportunities:

We have put on hold two companies that have potential, but require a change in market conditions, the right partner(s) or additional capital. These include Frost Edge and Syntego.

Several of our portfolio companies have been identified as potential acquisition targets by large companies looking to exploit the disruptive innovation they are creating. We are hopeful these will lead to exits this year and are becoming increasingly confident in our original Fund thesis and the achievement of returns for our investors.

### *Financial Summary:*

During the fourth quarter of 2015, the fair value of the investments held by the Fund increased from $8,400,320 to $9,728,007. This includes $175,389 in new investments and a $1,152,297 net increase in the fair value of investments held by the Fund. As of December 31, 2015, the total cost of the Fund's investments was $5,393,024 and the unrealized gain was $4,334,983.

The Fund added to its investments in SourceThought ($175,389) during the quarter. The fair value of the investment in Maana was increased based on the increased valuation for its new round of financing. During the quarter, the Fund also recognized the realized loss on the GenieDB investment, which was fully marked down in 2014.

As of December 31, 2015, the Fund had $18,958 in Cash.

The Fund's audited Financial Statements for the Year Ending December 31, 2015, which include the Independent Auditors' Report, will be provided as a separate document.

Stuart Frost
Managing Director
Frost VP Early Stage Fund II, LP

THIS DOCUMENT HAS BEEN PREPARED FOR THE STRICT USE OF OUR MEMBERS. THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF THE LLC AGREEMENT. DISCLOSURE OF ANY INFORMATION OTHER THAN TO THE INTENDED RECIPIENT IS PROHIBITED.

Exhibit 12
Page 463

HOL0005475

Exhibit078

## _Fund Portfolio Company Updates (in alphabetical order)_

### _Cirro, Inc. (Founded November 2010)_

The Fund's total investment in Cirro is $1,954,360 in the form of Seed Preferred Stock and Series A Preferred Stock. The current value of the investment is $2,453,776, which includes an unrealized gain of $499,416. The Fund currently owns 12% of Cirro.

_Company Overview:_
Cirro solves the root problem of analytics by making all data silos in an enterprise equivalently accessible. The Cirro Universal Data Network platform unifies the data ecosystem by providing access, intelligent integration, and management of all enterprise data regardless of type, engine or location. This makes contextual real-time analytics attainable across disparate data sources leveraging existing tools, infrastructure and skills. As a result, users have better and quicker access to the data they need to drive insights and their business.

_Quarterly Update:_
Cirro continues to make progress with its focus on solving implementation gaps of the leading data visualization firms.  The Company closed a large deal with Cigna in November.  Total booking value is $330,000 for a three-year subscription and payment for the first year of subscription was received during the quarter. Cirro beat competitors Denodo, Redhat, Cisco and Informatica to win the deal. The total value of this deal is expected to triple over the next 12 to 18 months as Cigna deploys Cirro to their user base. The completion of this deal also opens another opportunity with Cigna International whose requirements were part of the initial Proof-of-Concept project.

Traction with Qlik, a visual analytics company, continued to accelerate with the completion of Cirro certification with the Qlik Sense and Qlik View products. In Q4, the go-to-market activities began with the first joint customer pursuit, planning participation at the Qlik users conference and other 2016 activities.

Cirro is evaluating the potential for a strategic relationship with a number of other leading data visualization and similar firms. Initial discussions have already occurred and follow-up activities are underway.

### _Exara, Inc. (Founded September 2013)_

The Fund's total investment in Exara is $232,812 in the form of Seed Preferred Stock and is valued at $425,507, which includes an unrealized gain of $192,694. The Fund currently owns 5% of Exara.

_Company Overview:_
Exara provides the industry's first machine data management platform tailored to the unique challenges of remote industrial fleet and field "edge" deployments. Exara software captures, curates and delivers high fidelity machine data using proprietary technology that eliminates major data access barriers common to embedded control systems. Exara powers next-generation digital asset solutions – unlocking the value-driven promise of the Industrial Internet of Things (IIoT).

_Quarterly Update:_
Exara continues to validate the value their software brings to the manufacturers and operators of high value field-deployed machines. The early segment focus for Exara is in the oil exploration and production industry, specifically in unconventional oil well completion and production. Exara has completed a POV/POC on an oil production water management/disposal solution for Petroflow Energy that reduces power consumption for horizontal pumps by 43%. Exara has co-authored a case study with Petroflow and their partners Intel and Global Production Solutions, and are now

THIS DOCUMENT HAS BEEN PREPARED FOR THE STRICT USE OF OUR MEMBERS. THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF THE LLC AGREEMENT. DISCLOSURE OF ANY INFORMATION OTHER THAN TO THE INTENDED RECIPIENT IS PROHIBITED.

Exhibit 12
Page 464

HOL0005476

Exhibit078

moving to production and further pilots with Petroflow and 12 additional mid-sized O&G producers in the U.S.

Exara has become an integral piece of the software stack on the Intel IoT Advanced Gateway and is in licensing discussions with Intel. Exara is now also a member of the Intel Technology Partner program and the Intel Solution Alliance program. These programs open up all sales channels at Intel for Exara.

Accenture, has selected and certified the Exara edge platform on their IoT digital platform and Connected Asset Management solution. The Exara digital oilfield solution with Accenture and Intel will be featured on Accenture's and Intel's booths at the Hanover Messe Fair along with press and public relations at this event.

Dell has recently announced an IoT advanced gateway family and has invited Exara into their Industrial Solution partner program. Exara was also selected to the Dell Founders 50 Cohort for this year which recognizes disruptive technology companies.

Exara is now in discussions on a Series A round with VC's and their strategic partners, Intel, Accenture, Dell and Siemens.

### *Frost Edge, Inc. (Founded September 2013)*

The Fund's total investment in Frost Edge is $232,812 in the form of Seed Preferred Stock and is valued at $360,948, which includes an unrealized gain of $128,136. The Fund currently owns 6% of Frost Edge.

*Company Overview:*
Frost Edge is a professional services systems integrator. The company also focuses on advisory services, implementation, and development of proprietary IP.

*Quarterly Update:*
During the quarter, there were not any opportunities uncovered that would warrant the staff-up of Frost Edge.

### *Maana, Inc. (Founded April 2012)*

The Fund's' total investment in Maana is $561,818 in the form of Seed Preferred Stock and Seed B Preferred Stock. This quarter the fair value of this investment was increased by $1,387,296 to reflect the company valuation on a signed Series B investment term sheet.  The fair value of the investment is now $2,790,239, which includes an unrealized gain of $2,228,421. The Fund currently owns 5% of Maana.

*Company Overview:*
Maana is an analytics platform that operationalizes big data insights into line-of-business applications used at Fortune 500 and similar size corporations. Maana brings a fundamentally new approach to big data analytics by using its patented search technology to gain insights from enterprise data silos within hours. Maana is developing its customer base among the world's largest companies in their industries.

*Quarterly Update:*
During the quarter, Maana made progress in securing its Series B round of financing. Some of world's largest corporations, that are prospect customers and are using Maana's software, are interested in participating in the B round. At the end of the quarter, a strong verbal commitment was made to lead the Series B round at a significant premium to the Series A post-money valuation (UPDATE: The first close of the Series B occurred during the first quarter 2016.)

THIS DOCUMENT HAS BEEN PREPARED FOR THE STRICT USE OF OUR MEMBERS. THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF THE LLC AGREEMENT. DISCLOSURE OF ANY INFORMATION OTHER THAN TO THE INTENDED RECIPIENT IS PROHIBITED.

Exhibit 12
Page 465

HOL0005477

Exhibit078

Maana was also granted its first U.S. patent and will pursue additional patents to protect its core innovation that is the center of the company's competitive technical differentiations.

During 2015, Maana recognized over $300,000 in revenue and its bookings remain strong. During the quarter, the company was written up at by leading media outlets, including Forbes and Reuters.

### *OspreyData, Inc. (Founded August 2013)*

The Fund's total investment in OspreyData is $235,000 in the form of Seed Preferred Stock and is valued at $622,242, which includes an unrealized gain of $387,242. The Fund currently owns 5% of OspreyData.

*Company Overview:*
OspreyData is an integrated Physical Systems Intelligence Platform (PSIP) built from the ground up leveraging Big Data technology to analyze the high-resolution, time-series data generated by modern sensors. Osprey Data combines asset and well profile data, sensor data, and event escalation and maintenance data in a single modeling environment that empowers a subject matter expert or field engineer with a tool to visualize, annotate, validate and deploy predictive models around specific performance optimization and failure events, all within in minutes.

*Quarterly Update:*
OspreyData continues to build traction with large and midsized oil and gas companies. With the decrease in oil prices over the past eight months, OspreyData has seen an increased focus and awareness by their clients on the need to optimize their production to stay competitive and profitable. The Company is currently in 20 customer discussions ranging from early interest to commercial negotiations. At the end of Q3, OspreyData closed a 3-year enterprise subscription with a public exploration and production company for $1.5 million. The deal has a 120-day trial (ending during Q1 2016) and then converts to the three-year term. OspreyData also will also capitalize on this customer relationship by greatly increasing the amount of data they will process each day. This will greatly aid in building out predictive models on failures modes that they have not historically analyzed.

During the quarter, OspreyData's technical team completed the next generation of their data pipeline. This significantly increases their ability to process complex statistics at scale. The Company is also in the process of improving the operations component of their solution, thus offering a more elegant manner of handling alerts. The planned completion of this component is early Q1 2016.

The Company believes that these milestones will enable a Series A fundraising round in early to mid 2016.

### *Predixion Software, Inc. (Founded September 2009)*

The Fund's total investment in Predixion is $23,180 in the form of Series B Preferred Stock and is valued at $50,084, which includes an unrealized gain of $26,905. The Fund currently owns 0.05% of Predixion Software.

*Company Overview:*
Predixion Software has developed a cloud-based predictive analytics platform called Predixion Insight™ that enables and expedites the deployment of predictive analytics into a wide variety of production environments. Predixion specializes in the "Last Mile of Analytics™" – that is getting the power of predictive insights to the front lines where decisions are made.

*Quarterly Update:*
During Q4, Predixion Software concentrated on growing its revenue, controlling its costs,

THIS DOCUMENT HAS BEEN PREPARED FOR THE STRICT USE OF OUR MEMBERS. THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF THE LLC AGREEMENT. DISCLOSURE OF ANY INFORMATION OTHER THAN TO THE INTENDED RECIPIENT IS PROHIBITED.

Exhibit 12
Page 466

HOL0005478

Exhibit078

fundraising, and continuing its strategic discussions with potential acquirers. The company booked ten deals totaling $800,000. The company recorded $1.1 million in revenue for the quarter. The company also raised additional capital as part of its Series D financing.

Predixion Software also announced a partnership with Signet Accel, a federated data integration platform that specializes in consortia, institutions, and health professionals. By working together, the two organizations will bring data integration and advanced analytics into one solution that supports the efforts of researchers, physicians and front-line clinicians.

### *SegOne, Inc.* *(Founded September 2013)*

The Fund's total investment in SegONE is $235,000 in the form of Seed Preferred Stock. During the quarter the fair value of the investment was fully reduced.

*Company Overview:*
SegOne was focused on big data analytics solutions for the financial services industry.

*Quarterly Update:*
Over the previous several quarters, discussions with a large European banking and insurance company were held. The goal of these discussions was to create a strategic partnership that would enable and leverage the work done at SegOne and provide additional funding to build a financial services cluster of companies.

As of December 31, 2015, while the discussion mentioned above continued, it did not appear likely that a strategic partnership would be realized. Accordingly, we have fully written down the fair value of the investment in SegOne.

### *Sentrian, Inc.* *(formerly known as Jointly Health, Inc.) (Founded April 2012)*

The Fund's total investment in Sentrian is $710,938 in the form of Seed Preferred Stock and Seed B Preferred Stock. The current value of the investment is $1,323,131, which includes an unrealized gain of $612,193. The Fund currently owns 6% of Sentrian.

*Company Overview:*
Sentrian is the first Remote Patient Intelligence™ company that aspires to eliminate all preventable hospitalization by leveraging the revolution in remote biosensors and machine learning to detect patient deterioration early. Sentrian's value proposition to healthcare organizations is to provide a cloud-based remote patient monitoring and analytics platform intended to dramatically reduce preventable hospital admissions, increase the efficiency and effectiveness of care teams and improve quality metrics such as HEDIS and Star ratings. The Sentrian platform is designed to seamlessly integrate with existing healthcare information systems and clinical workflows, thus facilitating adoption.

*Quarterly Update:*
The FDA decision reported last quarter created strong demand with Sentrian's pipeline of customers and new customers. This included some of the largest U.S.-based healthcare providers and some of the most prestigious medical research institutions.

During the quarter, Sentrian signed contracts with Hoag Hospital, Froedtert & Medical College of Wisconsin Regional Health Network, and Cancer Treatment Centers of America. Each paid contract is for a minimum of 50 patients in phase one and hundreds of patients in phase two. Sentrian also expects to sign contracts with Molina Healthcare, Blue Shield of California and Telus Health in the coming quarters.

THIS DOCUMENT HAS BEEN PREPARED FOR THE STRICT USE OF OUR MEMBERS. THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF THE LLC AGREEMENT. DISCLOSURE OF ANY INFORMATION OTHER THAN TO THE INTENDED RECIPIENT IS PROHIBITED.

Exhibit 12
Page 467

HOL0005479

Exhibit078

The patient on-boarding began during the quarter for the Anthem Caremore patients with chronic obstructive pulmonary disease (COPD). Anthem Caremore had committed to on-boarding large numbers of patients quickly and thought they had the internal resources to do so, but they did not. Therefore, Sentrian has taken more control of the process and Caremore has dedicated more resources to accelerate the patient on-boarding.

At a high level, Anthem/CareMore communicated to Sentrian that they are interested in embedding Sentrian RPI into their CareMore Essentials and CareMore Inside care management products, which they sell to other Anthem health plans. Anthem has 38 million members, which represents an addressable patient population for Sentrian RPI of approximately three million patients.

The analyst community is starting to take notice of Sentrian as they won the Frost and Sullivan Technology Innovation Award for Remote Patient Monitoring. Both organizations issued a press release in September and Sentrian will accept the award on stage at the Frost and Sullivan Gala in San Diego in January 2016.

To gain further validation within the research and academic community, Sentrian submitted their first clinical study for publication. The study concluded that Sentrian could detect health deterioration predictive of hospitalization with nearly double the accuracy as first generation remote patient monitoring companies (our competitors).

Sentrian has met with many investors during the quarter in preparation for its Series B round of funding. Interest in the Series B has been strong and the Company expects to close its Series B financing in the second quarter of 2016.

### SourceThought, Inc. (Founded September 2013)

During the quarter, the Fund invested $175,000 in a SourceThought promissory note with warrant coverage. The Funds' total investment in SourceThought is $632,742 in the form of Seed Preferred Stock, a promissory note, and Warrants. The fair value of these investments is $895,379, which includes an unrealized gain of $262,637. The Fund currently owns 8% of SourceThought not including the promissory note.

*Company Overview:*
SourceThought provides an automated data-shaping platform that lets an analyst ingest and prepare data on Hadoop without ETL or programming. The platform is constantly learning, adapting and being tuned for each customer and vertical market. The more it gets used, the smarter it becomes.

*Quarterly Update:*
In Q4, SourceThought continued to make strong customer progress with several potential customers. GE Healthcare has completed phase II of a pilot with Cloudera and SourceThought. The Company is currently working to address changes to its product resulting from feedback from the pilot.  Upon the successful completion of the pilot, the CTO of GE Healthcare has agreed to discuss a license for 2,000 users, which would be a significant milestone for the Company.

GE Digital Analytics group will be starting a joint proof-of-concept (PoC) with Hortonworks and SourceThought in several weeks. The executive director of this group has agreed to be an advisor to SourceThought. GE Oil and Gas is scoping a PoC. GE Aviation is considering a new use case.

Cisco's Connected Analytics group has issued a purchase order for a single seat annual license. Several architecture and deep technical product meetings took place in Q4. A decision about an OEM relationship should be made in Q1 with a launch of a new Cisco Analytics product called "Analytics Workbench" based on SourceThought could be targeted for Q3. Chances are very good

THIS DOCUMENT HAS BEEN PREPARED FOR THE STRICT USE OF OUR MEMBERS. THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF THE LLC AGREEMENT. DISCLOSURE OF ANY INFORMATION OTHER THAN TO THE INTENDED RECIPIENT IS PROHIBITED.

Exhibit 12
Page 468

HOL0005480

Exhibit078

this will happen. The product then would be sold by Cisco to at least 300 customers that already have a small component of the new offer.

Cisco IOT Solutions group also has a PoC started in Q4. The Cisco VP of IoT is SourceThought's sponsor.

The Samsung PoC with Cloudera is working thru contracts.

The Hitachi license was still undergoing budget approval at end of the quarter.

The partnership with Hortonworks is moving in a very positive direction. SourceThought's team met in Miami at the Hortonworks annual sales conference and had meetings with 10 different executives and account managers to identify sales targets. The Hortonworks President is now considering an acquisition of Sourcethought.

With regard to funding, SourceThought continues in discussions with several large strategic technology companies for a Series A financing round. The Series A funding will allow the company to expand its development teams, business development teams, and support operations to grow its go-to-market activities with existing and new customers, partners and PoCs.

### *Syntego, Inc. (Founded November 2013)*

The Funds' total investment in Syntego is $115,312 in the form of Seed Preferred Stock and is valued at cost. The Fund currently owns 3% of Syntego.

*Company Overview:*
Syntego enables the digital transformation of organizations and drastically improves their ability to solve IoT analytics and Big Data problems.

*Quarterly Update:*
During Q4, a basic prototype of Syntego's IoT analytics and big data framework was implemented. It uses technology components from UBIX, Exara and NarrativeWave to demonstrate the strength of the intellectual properties and the approach in general.

This framework has been designed to provide a scalable "starter-kit" for new IoT and Big Data analytics applications and future Frost Data Capital companies to significantly reduce time-to-market.

Currently Syntego is identifying additional technology components from Maana, ThinkIQ, Cirro, SourceThought and other internal and external partners to embed in the framework.

The company is in the process of identifying the most promising new company candidates to be rolled out using the platform, while putting together a business canvas, resource plan and go-to-market strategy.

### *Ubix Labs, Inc. (Founded November 2012)*

The Funds' total investment in Ubix is $459,050 in the form of Seed Preferred Stock and is valued at $691,390, which includes an unrealized gain of $232,340. The Fund currently owns 11% of Ubix Labs.

*Company Overview:*
UBIX combines the power of in-memory computing with a rich visual workspace that allows non-technical users in industries with enormous amounts of data to easily explore that data and apply analytics with a swipe of a finger. The company's solution is of significant value in industries such as oil and gas, telecom, healthcare, and transportation. UBIX is disrupting the advanced analytics market by applying advanced robotics and AI techniques to create autonomous analytic capabilities

THIS DOCUMENT HAS BEEN PREPARED FOR THE STRICT USE OF OUR MEMBERS. THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF THE LLC AGREEMENT. DISCLOSURE OF ANY INFORMATION OTHER THAN TO THE INTENDED RECIPIENT IS PROHIBITED.

Exhibit 12
Page 469

HOL0005481

Exhibit078

(Auto-Curious) that greatly improves an analyst's ability to explore their data and find meaningful insights by many many orders of magnitude...at scale.

*Quarterly Update:*

In Q4, UBIX was focused on getting its first platform product release ready market in Q1. The UBIX platform V1 release will enable third parties and developers to develop on top of the platform. UBIX will ship a full API, documentation and Cloud deployment infrastructure along with the Q1 release. The company has lined up Hitachi Consulting as a partner who is planning to develop vertical solutions on top of UBIX. This release will also allow Frost Data Capital portfolio companies to develop their solutions on top of UBIX with dramatic improvement in time to market for new big data solutions. In Q4, IHS approved a strategic pilot to that will display the power of "UBIX Auto-Curious". It will be first the UBIX project where Auto-Curious will demonstrate the ability to remove the complexities of traditional data science and place the power of advanced analytics into the hands of traditional business users. This type of use-case is key to the future growth of IHS's analytics group and positions UBIX very strategically for a potential acquisition. IHS operates in 14 industries and this IHS engagement will help to create a blueprint for UBIX's commercial go-to-market strategy around Auto-Curious.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

(Quarterly financial statements follow on next page.
Audited 2015 Financial Statements will be delivered separately.)

THIS DOCUMENT HAS BEEN PREPARED FOR THE STRICT USE OF OUR MEMBERS. THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF THE LLC AGREEMENT. DISCLOSURE OF ANY INFORMATION OTHER THAN TO THE INTENDED RECIPIENT IS PROHIBITED.

Exhibit 12
Page 470

HOL0005482

Exhibit078

# FINANCIAL STATEMENTS

# QUARTER ENDED DECEMBER 31, 2015

THIS DOCUMENT HAS BEEN PREPARED FOR THE STRICT USE OF OUR MEMBERS. THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF THE LLC AGREEMENT. DISCLOSURE OF ANY INFORMATION OTHER THAN TO THE INTENDED RECIPIENT IS PROHIBITED.

Exhibit 12
Page 471

HOL0005483
Exhibit078

**Frost VP Seed, LLC**
**Statement of Financial Condition**
**December 31, 2015**

ASSETS:

| | |
|---|---|
| Cash | $18,958 |
| Prepaid expenses and other current assets | 12,950 |
| Total current assets | 31,908 |
| | |
| Investments in portfolio companies | 9,728,005 |
| | |
| TOTAL ASSETS | $9,759,913 |

LIABILITIES AND MEMBERS' EQUITY

| | |
|---|---|
| Accounts payable and accrued expenses | $0 |
| Total current liabilities | 0 |
| | |
| Membership Interests | 7,500,160 |
| Retained earnings | 2,259,753 |
| Total Members' equity | 9,759,913 |
| | |
| TOTAL LIABILITIES AND MEMBERS' EQUITY | $9,759,913 |

THIS DOCUMENT HAS BEEN PREPARED FOR THE STRICT USE OF OUR MEMBERS. THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF THE LLC AGREEMENT. DISCLOSURE OF ANY INFORMATION OTHER THAN TO THE INTENDED RECIPIENT IS PROHIBITED.

Exhibit 12
Page 472

HOL0005484

Exhibit078

**Frost VP Seed, LLC**
**Unaudited Statement of Operations**
**Quarter ended December 31, 2015**

EXPENSES:

| | |
|---|---|
| Management and administrative | $17,173 |
| Analyst subscription and fees | 5,535 |
| Insurance | 2,445 |
| Total expenses | 25,153 |

OTHER INCOME:

| | |
|---|---|
| Realized/Unrealized Gain on Investment | (1,152,296) |
| Interest Income | (2,014) |
| NET INCOME | 1,129,157 |

THIS DOCUMENT HAS BEEN PREPARED FOR THE STRICT USE OF OUR MEMBERS. THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF THE LLC AGREEMENT. DISCLOSURE OF ANY INFORMATION OTHER THAN TO THE INTENDED RECIPIENT IS PROHIBITED.

Exhibit 12
Page 473

HOL0005485

Exhibit078

**Frost VP Seed, LLC**
**Unaudited Statement of Changes in Members' Equity**
**Quarter ended December 31, 2015**

| | |
|---|---:|
| Opening Balance | $8,630,756 |
| Capital Contributions | - |
| Net Income | 1,129,157 |
| | |
| Balance at December 31, 2015 | $9,759,913 |

THIS DOCUMENT HAS BEEN PREPARED FOR THE STRICT USE OF OUR MEMBERS. THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF THE LLC AGREEMENT. DISCLOSURE OF ANY INFORMATION OTHER THAN TO THE INTENDED RECIPIENT IS PROHIBITED.

Exhibit 12
Page 474

HOL0005486

Exhibit078

# Frost VP Seed, LLC
## Schedule of Investments
## December 31, 2015

| Portfolio Company | Instrument | Shares | Cost | Fair Value | Percent of Members Equity |
|---|---|---|---|---|---|
| Cirro, Inc. | Seed Preferred Stock | 1,158,988 | $463,596 | $590,319 | 6.05% |
| | Series A Preferred Stock | 3,292,702 | $1,490,764 | $1,863,456 | 19.09% |
| Exara, Inc. | Seed Preferred Stock | 465,625 | $232,812 | $425,507 | 4.36% |
| Frost Edge, Inc. | Seed Preferred Stock | 465,625 | $232,812 | $360,948 | 3.70% |
| Maana, Inc. | Seed Preferred Stock | 1,103,090 | $459,648 | $2,360,613 | 24.19% |
| | Seed B Preferred Stock | 200,760 | $102,170 | $429,626 | 4.40% |
| OspreyData, Inc. | Seed Preferred Stock | 470,000 | $235,000 | $622,242 | 6.38% |
| Predixion Software, | Series B Preferred Stock | 24,740 | $23,180 | $50,084 | 0.51% |
| SegOne, Inc. | Seed Preferred Stock | 470,000 | $235,000 | $- | 0.00% |
| Sentrian, Inc. | Seed Preferred Stock | 1,681,013 | $692,428 | $1,294,381 | 13.26% |
| | Seed B Preferred Stock | 37,338 | $18,510 | $28,750 | 0.29% |
| SourceThought, Inc. | Seed Preferred Stock | 1,372,194 | $457,353 | $719,990 | 7.38% |
| | Promissory Notes | | $172,877 | $172,877 | 1.77% |
| | Warrants | 35,000 | $2,511.88 | $2,512 | 0.03% |
| Syntego, Inc. | Seed Preferred Stock | 164,732 | $115,312 | $115,312 | 1.18% |
| Ubix Labs, Inc. | Seed Preferred Stock | 1,285,350 | $459,050 | $691,390 | 7.08% |
| **Total** | | | $5,393,023 | $9,728,007 | 99.67% |

THIS DOCUMENT HAS BEEN PREPARED FOR THE STRICT USE OF OUR MEMBERS. THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF THE LLC AGREEMENT. DISCLOSURE OF ANY INFORMATION OTHER THAN TO THE INTENDED RECIPIENT IS PROHIBITED.

Exhibit 12
Page 475

HOL0005487

Exhibit078

# EXHIBIT 13

## Message

| | |
|---|---|
| **From**: | Luis Vasquez [luis@frostdatacapital.com] |
| **Sent**: | 4/29/2016 9:36:10 PM |
| **To**: | Undisclosed recipients: |
| **BCC**: | colleenk@hollencrest.com |
| **Subject**: | Frost VP Early Stage Fund II LP Q4 2015 Quarterly Report and 2015 Audited Financial Statements |
| **Attachments**: | Q4 2015 Quarterly Report - Frost VP Early Stage Fund II LP.pdf; ATT00001.htm; Frost VP Early Stage Fund II LP 2015 Audited Financial Statements.PDF; ATT00002.htm |

Dear Limited Partners and Authorized Recipients,

Attached are the Frost VP Early Stage Fund II LP Q4 2015 Quarterly Report and the 2015 Audited Financial Statements.

Please let us know if you have any questions.

Warm regards,

Luis Vasquez
Partner and VP of Investor Relations | Frost Data Capital

o: +1 (949) 373-9648
m: +1 (949) 610-5847
e: luis@frostdatacapital.com
a: 31910 Del Obispo St, Suite 100, San Juan Capistrano, CA 92675
w: www.frostdatacapital.com

Exhibit 13
Page 476

HOL0005400

Exhibit079



## FROST VP EARLY STAGE FUND II, L.P.

## Quarterly Report to the Partners

## As of December 31, 2015

THIS DOCUMENT HAS BEEN PREPARED FOR THE STRICT USE BY LIMITED PARTNERS OF FROST VP EARLY STAGE FUND II, L.P. THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF THE LIMITED PARTNERSHIP AGREEMENT. DISCLOSURE OF ANY INFORMATION OTHER THAN TO THE INTENDED RECIPIENT IS PROHIBITED.

Exhibit 13
Page 477

HOL0005401

Exhibit079

*Letter to our Limited Partners*

It has been an another year of progress at Frost Data Capital and for the portfolio companies of Frost VP Early Stage Fund II, L.P. (the "Fund"). As fifty billion devices come online and begin generating data over the next few years, the demand for data and predictive analytics, big data software, and cybersecurity will also grow exponentially. Large corporations see this next wave of the Internet and are increasingly eager to engage our organization and our portfolio companies to find innovative technologies to solve the numerous challenges and opportunities created by the Internet of Things. In 2015, we saw this through new and growing revenue opportunities of our portfolio companies and through ongoing strategic partnership discussions.

While the pace of liquidity exits for the Fund hasn't yet met our expectations, we remain confident that our portfolio companies are uniquely positioned to take advantage of these technological and market forces.

The Fund has invested almost all of its committed capital in support of the portfolio companies. Further, the General Partner has decided to invest the Fund's capital that would normally be held for the payment of management fees in order to maximize the progress of the portfolio. Management fees will be deferred until the Fund can generate capital from exits of its portfolio.

In the fourth quarter, Frost Data Capital opened its Frost Fund III L.P. ("Fund III"), the successor to the Fund. Fund III's capital will come primarily from corporate strategic partners and will be focused on building new companies and supporting existing portfolio companies that are closely aligned with the acquisition/business development goals of these strategic partners.

While the relationships with the strategic partners have progressed greatly in the past 18 months, the time to close their Fund III investments has been much longer than we originally anticipated. We have received strong executive sponsorship and are to the point where several of these partners are presenting investment proposals their boards over the coming weeks. We believe these partnerships will enable us to continue the mission we started with you several years ago.

In light of the transition to Fund III and the near-term pressures on the available capital from the Frost Funds, each of our portfolio companies are working to raise capital and we continue to assess the level of capital we should be investing in each.

Overall, we still strongly believe that the Fund will generate very good returns for its investors. As we look at the companies, we can break them down into several categories as follows:

Large Return Potential:
    At this time, Maana and Sentrian fall into this category. Both companies have made significant progress in proving their business hypothesis and are achieving meaningful proof of their market opportunity in the value they provide and in their customer traction. Maana has closed the substantial portion of its target $30 million Series B financing at a valuation double that of the previous round and Sentrian has attracted significant interest in their Series B which is expected to close sometime in the next few months. Both companies can provide outsized returns; potentially returning a substantial portion of the Fund, or perhaps a multiple of the Fund, back to our investors.

On the Cusp:
    We include OspreyData, Exara, Veracity, Ubix Labs, NarrativeWave, Pinscriptive, and ThinkIQ in this category. Each of these companies have exceptional business hypotheses that have resonated with the market. Business prospects are strong and these companies have the potential to move into the Large Return Potential category. With sufficient capital, we believe that the overall returns from these investments will be very good.

THIS DOCUMENT HAS BEEN PREPARED FOR THE STRICT USE BY LIMITED PARTNERS OF FROST VP EARLY STAGE FUND II, L.P. THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF THE LIMITED PARTNERSHIP AGREEMENT. DISCLOSURE OF ANY INFORMATION OTHER THAN TO THE INTENDED RECIPIENT IS PROHIBITED.

Exhibit 13
Page 478

HOL0005402

Exhibit079

Still in Assessment:

    Cirro, SourceThought, PingThings, Mindshare, Predixion Software and Tellit fall into this category. All of these companies have built interesting technology capabilities that solve meaningful business problems. However, there is uncertainty as to the market's willingness to adopt these technologies in sufficient volumes to justify a stand-along business or the time for the market's development may not justify significant continued investment. We are continuing to evaluate these companies' progress and are working to secure other sources of funding or exit opportunities.

Longer-term Opportunities:

    We have put on hold several companies that have potential, but require a change in market conditions, the right partner(s) or additional capital. These include AdaptiveWell, Frost Edge, Metallum, NeedleHawk, and Syntego.

Several of our portfolio companies have been identified as potential acquisition targets by large companies looking to exploit the disruptive innovation they are creating. We are hopeful these will lead to exits this year and are becoming increasingly confident in our original Fund thesis and the achievement of returns for our investors.

### *Fund Management:*

During the fourth quarter, Dr. Jack Kreindler increased his operating role with Sentrian in anticipation of Sentrian's Series B Financing and to help drive its long-term business potential while continuing to guide other Frost healthcare companies as Chief Medical Officer. As a result, Bill Guerry, General Partner and CFO of Frost Data Capital has assumed Dr. Kreindler's role as Managing Director, alongside myself and John Vigouroux.

### *Financial Summary:*

During the fourth quarter of 2015, the fair value of the investments held by the Fund increased from $41,563,079 to $43,082,234. This includes $176,287 in new investments and a $1,342,867 net increase in the fair value of investments held by the Fund. As of December 31, 2015, the total cost of the Fund's investments was $36,385,656 and the unrealized gain was $6,696,578.

The Fund added to its investments in SourceThought ($176,287) during the quarter. The fair value of the investments in Maana, Pinscriptive, and ThinkIQ was increased based on increased valuations for new rounds of financing. During the quarter, the Fund also recognized the realized loss on the GenieDB investment, which was fully marked down in 2014. The Fund also marked down its investments in SegOne, Penzata and Newco22.

As of December 31, 2015, the Fund had $130,748 in Cash and $50,000 in uncontributed capital commitments.

The Fund's audited Financial Statements for the Year Ending December 31, 2015, which include the Independent Auditors' Report, will provided as a separate document.

Stuart Frost
Managing Director
Frost VP Early Stage Fund II, LP

THIS DOCUMENT HAS BEEN PREPARED FOR THE STRICT USE BY LIMITED PARTNERS OF FROST VP EARLY STAGE FUND II, L.P. THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF THE LIMITED PARTNERSHIP AGREEMENT. DISCLOSURE OF ANY INFORMATION OTHER THAN TO THE INTENDED RECIPIENT IS PROHIBITED.

Exhibit 13
Page 479

HOL0005403

Exhibit079

## *Portfolio Quarterly Updates as of December 31, 2015 (in alphabetical order)*

### *AdaptiveWell Technologies (Founded August 2014)*

The Fund's total investment in AdaptiveWell is $850,004 in the form of Seed Preferred Stock and Seed B Preferred Stock and is valued at $1,289,823. The Fund currently owns 17% of AdaptiveWell Technologies.

*Company Overview:*
AdaptiveWell will provide an upstream-specific Big Data solution and decision support system that combines first-principle, operational and financial data in a proprietary and state-of-the-art optimization and machine-learning environment.  By utilizing historical well planning, performance data and incorporating additional 3rd party data sources, AdaptiveWell precisely forecasts prospective scenario outcomes to benefit well planning and well scheduling for unconventional oil well drilling operators.

*Quarterly Update:*
The top-25 independent unconventional oil & gas operators in North America, which compose AdaptiveWell's target market, have had significant financial degradation due to the decrease in oil prices.

The AdaptiveWell team is working with several top-10 oil & gas operators based in the U.S. to initiate a Proof-of-Concept (PoC). In almost every discussion or meeting where AdaptiveWell's technology platform has been demonstrated, the business problem has been validated and the need for a solution that AdaptiveWell can provide has been confirmed.

The most viable, potential partnership opportunities for initiating AdaptiveWell's first PoC are with Noble Energy, Devon and Hess Corporation. AdaptiveWell completed a detailed proposal for its first PoC with Noble Energy and discussions continue. The proposal includes specific fields, wells, and PoC outcomes.

Unfortunately, the market dynamics affected the short-term prospects near the end of the quarter as these prospects (and others) re-evaluated their capital positions and resource management relative to their existing operations. This prevented the possibility of initiating a PoC during Q4.

Additional focus on a first PoC with one of the operators listed above will continue in Q1 2016. Additionally, AdaptiveWell is exploring and evaluating adjacent markets to leverage their unique technology offering, due to the continued market challenges in the U.S. unconventional Oil & Gas industry.

### *Cirro, Inc. (Founded November 2010)*

The Fund's total investment in Cirro is $3,011,918 in the form of Series A Preferred Stock and convertible notes. The investment's fair value is $3,264,963, which includes an unrealized gain of $253,045. The Fund currently owns 11% of Cirro (excluding the convertible notes.)

*Company Overview:*
Cirro solves the root problem of analytics by making all data silos in an enterprise equivalently accessible. The Cirro Universal Data Network platform unifies the data ecosystem by providing access, intelligent integration, and management of all enterprise data regardless of type, engine or location. This makes contextual real-time analytics attainable across disparate data sources leveraging existing tools, infrastructure and skills. As a result, users have better and quicker access to the data they need to drive insights and their business.

THIS DOCUMENT HAS BEEN PREPARED FOR THE STRICT USE BY LIMITED PARTNERS OF FROST VP EARLY STAGE FUND II, L.P. THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF THE LIMITED PARTNERSHIP AGREEMENT. DISCLOSURE OF ANY INFORMATION OTHER THAN TO THE INTENDED RECIPIENT IS PROHIBITED.

Exhibit 13
Page 480

HOL0005404

Exhibit079

*Quarterly Update:*

Cirro continues to make progress with its focus on solving implementation gaps of the leading data visualization firms. The Company closed a large deal with Cigna in November. Total booking value is $330,000 for a three-year subscription and payment for the first year of subscription was received during the quarter. Cirro beat competitors Denodo, Redhat, Cisco and Informatica to win the deal. The total value of this deal is expected to triple over the next 12 to 18 months as Cigna deploys Cirro to their user base. The completion of this deal also opens another opportunity with Cigna International whose requirements were part of the initial Proof-of-Concept project.

Traction with Qlik, a visual analytics company, continued to accelerate with the completion of Cirro certification with the Qlik Sense and Qlik View products. In Q4, the go-to-market activities began with the first joint customer pursuit, planning participation at the Qlik users conference and other 2016 activities.

Cirro is evaluating the potential for a strategic relationship with a number of other leading data visualization and similar firms. Initial discussions have already occurred and follow-up activities are underway.

### *Exara, Inc. (Founded September 2013)*

The Fund's total investment in Exara is $1,400,001 in the form of Seed Preferred Stock and Seed B Preferred Stock. The investment's fair value is $1,772,457, which includes an unrealized gain of $372,456. The Fund currently owns 20% of Exara.

*Company Overview:*

Exara provides the industry's first machine data management platform tailored to the unique challenges of remote industrial fleet and field "edge" deployments. Exara software captures, curates and delivers high fidelity machine data using proprietary technology that eliminates major data access barriers common to embedded control systems. Exara powers next-generation digital asset solutions – unlocking the value-driven promise of the Industrial Internet of Things (IIoT).

*Quarterly Update:*

Exara continues to validate the value their software brings to the manufacturers and operators of high value field-deployed machines. The early segment focus for Exara is in the oil exploration and production industry, specifically in unconventional oil well completion and production. Exara has completed a POV/POC on an oil production water management/disposal solution for Petroflow Energy that reduces power consumption for horizontal pumps by 43%. Exara has co-authored a case study with Petroflow and their partners Intel and Global Production Solutions, and are now moving to production and further pilots with Petroflow and 12 additional mid-sized O&G producers in the U.S.

Exara has become an integral piece of the software stack on the Intel IoT Advanced Gateway and is in licensing discussions with Intel. Exara is now also a member of the Intel Technology Partner program and the Intel Solution Alliance program. These programs open up all sales channels at Intel for Exara.

Accenture, has selected and certified the Exara edge platform on their IoT digital platform and Connected Asset Management solution. The Exara digital oilfield solution with Accenture and Intel will be featured on Accenture's and Intel's booths at the Hanover Messe Fair along with press and public relations at this event.

Dell has recently announced an IoT advanced gateway family and has invited Exara into their Industrial Solution partner program. Exara was also selected to the Dell Founders 50 Cohort for this year which recognizes disruptive technology companies.

THIS DOCUMENT HAS BEEN PREPARED FOR THE STRICT USE BY LIMITED PARTNERS OF FROST VP EARLY STAGE FUND II, L.P. THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF THE LIMITED PARTNERSHIP AGREEMENT. DISCLOSURE OF ANY INFORMATION OTHER THAN TO THE INTENDED RECIPIENT IS PROHIBITED.

Exhibit 13
Page 481

HOL0005405

Exhibit079

Exara is now in discussions on a Series A round with VC's and their strategic partners, Intel, Accenture, Dell and Siemens.

### _Frost Edge, Inc._ _(Founded September 2013)_

The Fund's total investment in Frost Edge is $1,050,001 in the form of Seed Preferred Stock and Seed B Preferred Stock. The investment's fair value is $1,325,191, which includes an unrealized gain of $275,190. The Fund currently owns 24% of Frost Edge.

_Company Overview:_
Frost Edge is a professional services systems integrator. The company also focuses on advisory services, implementation, and development of proprietary IP.

_Quarterly Update:_
During the quarter, there were not any opportunities uncovered that would warrant the staff-up of Frost Edge.

### _Frost Newco22_ _(Founded November 2014)_

The Fund's total investment in Frost Newco22 is $375,000 in the form of Seed Preferred Stock. Since the Company had not made significant progress in the development of intellectual property and the outlook for its proposed solution remains uncertain (see below), we have fully marked down the Fund's investment in Newco22 during the quarter.

_Company Overview:_
Frost Newco22 was focused on enabling midstream refinery operators to monitor and optimize their heterogeneous (i.e. multi-vendor, old & new) ecosystem of rotating asset equipment.

_Quarterly Update:_
Through continued validation efforts, it was determined by the Frost industrial team and partners via discussions with OEMs (such as ABB Drives, Rockwell Automation, Siemens, MAN, Sulzer Pumps, Eaton as well as EC4U, Primetals Technologies and Black & Veatch) that the time is not right for this type of solution. While the <u>need</u> for this type of solution is most likely greater as oil prices continue to drop, the ability of potential customers to invest in these solutions remains an issue.

### _Maana, Inc._ _(Founded April 2012)_

The Fund's total investment in Maana is $2,750,000 in the form of Seed B Preferred Stock and Series A Preferred Stock. Based on valuation and structure of the Series B round, the fair value of the investment in Seed B Preferred stock and Series A Preferred stock has been increased to the Series B valuation. The fair value of the investment is $6,816,093, which includes an unrealized gain of $4,066,093. The Fund currently owns 12% of Maana.

_Company Overview:_
Maana is an analytics platform that operationalizes big data insights into line-of-business applications used at Fortune 500 and similar size corporations. Maana brings a fundamentally new approach to big data analytics by using its patented search technology to gain insights from enterprise data silos within hours. Maana is developing its customer base among the world's largest companies in their industries.

_Quarterly Update:_
During the quarter, Maana made progress in securing its Series B round of financing. Some of world's largest corporations, that are prospect customers and are using Maana's software, are interested in participating in the B round. At the end of the quarter, a strong verbal commitment

THIS DOCUMENT HAS BEEN PREPARED FOR THE STRICT USE BY LIMITED PARTNERS OF FROST VP EARLY STAGE FUND II, L.P. THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF THE LIMITED PARTNERSHIP AGREEMENT. DISCLOSURE OF ANY INFORMATION OTHER THAN TO THE INTENDED RECIPIENT IS PROHIBITED.

Exhibit 13
Page 482

HOL0005406

Exhibit079

was made to lead the Series B round at a significant premium to the Series A post-money valuation (UPDATE: The first close of the Series B occurred during the first quarter 2016.)

Maana was also granted its first U.S. patent and will pursue additional patents to protect its core innovation that is the center of the company's competitive technical differentiations.

During 2015, Maana recognized over $300,000 in revenue and its bookings remain strong. During the quarter, the company was written up at by leading media outlets, including Forbes and Reuters.

### *Metallum, Inc. (Founded April 2014)*

The Fund's total investment in Metallum is $625,000 in the form of Seed Preferred Stock and is valued at cost. The Fund currently owns 15% of Metallum.

*Company Overview:*
Metallum seeks to provide condition optimization and monitoring to the mining industry to reduce mine downtime and improve overall operational efficiencies.

*Quarterly Update:*
Metallum has continued to validate in the mining market. In Q4, validation discussions were held with Garret Fitzgerald, who is the GE Transportation CIO for Data and Analytics. (At GE, the mining segment is part of GE Transportation business unit.) The industrial team at Frost Data Capital continues to receive positive feedback on the need for big data analytics in mining in order to help streamline operational efficiencies and optimization. Metallum continues to maintain a very low cash burn rate while pursuing a suitable strategic partner for this business opportunity.

### *Mindshare Medical, Inc. (Founded April 2014)*

The Fund's total investment in Mindshare Medical is $1,478,711 in the form of Seed Preferred stock and Seed B Preferred stock. The investment is valued at $1,709,173, which includes an unrealized gain of $230,462. The Fund currently owns 23% of Mindshare Medical.

*Company Overview:*
Mindshare Medical provides personalized clinical decision support using patient stratification within the rich context of image analytics, patient information and population outcome data. This allows for more accurate personalized risk assessments, improved decisions, diagnoses and treatment plans, and ultimately, significant improvements in patient outcomes while lowering healthcare costs.

*Quarterly Update:*
During the quarter, Mindshare Medical expanded industry partnerships, performed market validation and customer development, produced product to support pilot initiatives and developed funding avenues from venture and strategic sources.

Agfa Healthcare, who is sponsoring Mindshare Medical's clinical and financial validation pilots at the Cleveland Clinic, agreed on direct pricing and go-to-market support for Mindshare's product with three additional marquee customers.

IMS Health agreed to sponsor a clinical pilot at one of their customer sites, with project discussions underway at UPMC, and indicated a desire to enter commercialization agreements with Mindshare. Further, IMS also expressed early interest in acquiring Mindshare if efficacy milestones are met.

Hologic is providing data on breast cancer screening (tomosynthesis) for application of Mindshare's predictive technology and have indicated desire to enter into a commercialization agreement with near-term monetization targets.

THIS DOCUMENT HAS BEEN PREPARED FOR THE STRICT USE BY LIMITED PARTNERS OF FROST VP EARLY STAGE FUND II, L.P. THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF THE LIMITED PARTNERSHIP AGREEMENT. DISCLOSURE OF ANY INFORMATION OTHER THAN TO THE INTENDED RECIPIENT IS PROHIBITED.

Exhibit 13
Page 483

HOL0005407

Exhibit079

Industry connections for market validation also included strategic meetings with Elsevier, McKesson, Dell, GE, Statrad, Proscan and Siemens.  Customer validation included healthcare organizations such as Providence Health, Catholic Health Initiatives, Intermountain and Banner Health.

Product development and validation milestones are currently expected for Q1 and Q2 2016 that will confirm Mindshare's clinical efficacy and financial ROI, with FDA submission scheduled for Q2. Initial customer engagements through several of the above partners will follow.

### *NarrativeWave (Founded August 2014)*

The Fund's total investment in NarrativeWave is $975,001 in the form of Seed Preferred Stock and Seed B Preferred Stock. The investment is valued at $1,139,394, which includes an unrealized gain of $164,393. The Fund currently owns 17% of NarrativeWave.

*Company Overview:*
NarrativeWave provides real-time operational asset intelligence to industrial equipment operators and service centers in a multimodal format that everyone in the value chain is able to read and understand.

*Quarterly Update:*
As previously reported, during Q2, NarrativeWave finalized its first paid proof-of-concept (PoC) with the GE Power Generation Services (PGS) group. After the successful PoC review session, GE's PGS team agreed to move forward with a paid ($80,000) project for their Remote Manufacturing & Diagnostic (RM&D) Center.

GE has also committed to bring NarrativeWave to eight or more additional GE RM&D Centers for the same use case: service contract management. Revenue opportunity for this use case exceeds $1.2 million at GE excluding annual licensing fees. NarrativeWave has scaled down its five other paid GE pilot opportunities focused on other use cases, in favor of executing effectively on the first use case. This will better position NarrativeWave for creating a repeatable model at GE and other large customers, such as Caterpillar, John Deere, Rockwell and Komatsu. Customer discussions are underway at each of these potential customers.

### *NeedleHawk, Inc (Founded August 2014)*

The Fund's total investment in NeedleHawk is $500,000 in the form of Seed Preferred Stock and is valued at cost. The Fund currently owns 12.5% of NeedleHawk.

*Company Overview:*
NeedleHawk is focused on creating software that makes oil and gas pipelines safer and smarter.

*Quarterly Update:*
NeedleHawk continues to validate with a broader set of energy companies. In discussions with GE and Accenture, the broader pipeline integrity value proposition has received positive responses, yet no potential customer has communicated it as priority at this time.  Additional validation has been discussed with former a Siemens technology leader to understand potential use cases. NeedleHawk continues a very low cash burn rate while pursuing these validations.

### *OspreyData, Inc. (Founded August 2013)*

The Fund's total investment in OspreyData is $3,675,801 in the form of Seed Preferred Stock and Seed B Preferred Stock. The investment's fair value is $4,229,511, which includes an unrealized gain of $553,711. The Fund currently owns 31% of OspreyData.

THIS DOCUMENT HAS BEEN PREPARED FOR THE STRICT USE BY LIMITED PARTNERS OF FROST VP EARLY STAGE FUND II, L.P. THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF THE LIMITED PARTNERSHIP AGREEMENT. DISCLOSURE OF ANY INFORMATION OTHER THAN TO THE INTENDED RECIPIENT IS PROHIBITED.

Exhibit 13
Page 484

HOL0005408

Exhibit079

*Company Overview:*
OspreyData is an integrated Physical Systems Intelligence Platform (PSIP) built from the ground up leveraging Big Data technology to analyze the high-resolution, time-series data generated by modern sensors. Osprey Data combines asset and well profile data, sensor data, and event escalation and maintenance data in a single modeling environment that empowers a subject matter expert or field engineer with a tool to visualize, annotate, validate and deploy predictive models around specific performance optimization and failure events, all within in minutes.

*Quarterly Update:*
OspreyData continues to build traction with large and midsized oil and gas companies. With the decrease in oil prices over the past eight months, OspreyData has seen an increased focus and awareness by their clients on the need to optimize their production to stay competitive and profitable. The Company is currently in 20 customer discussions ranging from early interest to commercial negotiations. At the end of Q3, OspreyData closed a 3-year enterprise subscription with a public exploration and production company for $1.5 million. The deal has a 120-day trial (ending during Q1 2016) and then converts to the three-year term. OspreyData also will also capitalize on this customer relationship by greatly increasing the amount of data they will process each day. This will greatly aid in building out predictive models on failures modes that they have not historically analyzed.

During the quarter, OspreyData's technical team completed the next generation of their data pipeline. This significantly increases their ability to process complex statistics at scale. The Company is also in the process of improving the operations component of their solution, thus offering a more elegant manner of handling alerts. The planned completion of this component is early Q1 2016.

The Company believes that these milestones will enable a Series A fundraising round in early to mid 2016.

### *Penzata, Inc.* *(Founded April 2014)*

The Fund's total investment in Penzata is $1,125,001 in the form of Seed Preferred Stock and Seed B Preferred Stock. During the quarter the fair value of the investment was fully marked down.

*Company Overview:*
The Penzata Population Health Platform (PHP) was envisioned to be a comprehensive analytics platform to identify members in a population for early risk indicators and apply cognitive analytics, machine learning, advanced assessment methods, etc. to "sift" through these initial cohorts to identify those members with the highest potential for impact.  By focusing on "impactibility", payers and healthcare providers may proactively identify at-risk populations that will benefit from early intervention before they enter costly chronic disease cohorts.

*Quarterly Update:*
During the third quarter of 2015, the Company received data from San Mateo County allowing it to further assess its initial business hypothesis. During the fourth quarter, the Company determined that the data received was not sufficient to further the development of its product, resulting in the termination of the agreement.

The Healthcare team at Frost Data Capital has continued to receive interest from several potential strategic partners who are looking for solutions in the commercial and Medicare population space. Frost continues to assess if accountable care organizations and payers will purchase a solution to better predict member disease risks at an earlier stage. However, due to the uncertainty, the Fund's investment was fully written down during the fourth quarter.

THIS DOCUMENT HAS BEEN PREPARED FOR THE STRICT USE BY LIMITED PARTNERS OF FROST VP EARLY STAGE FUND II, L.P. THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF THE LIMITED PARTNERSHIP AGREEMENT. DISCLOSURE OF ANY INFORMATION OTHER THAN TO THE INTENDED RECIPIENT IS PROHIBITED.

Exhibit 13
Page 485

HOL0005409

Exhibit079

### *PingThings, Inc. (Founded April 2014)*

The Fund's total investment in PingThings is $1,252,417 in the form of Seed Preferred stock and Seed B Preferred stock. The investment is valued at $1,391,235, which includes an unrealized gain of $138,818. The Fund currently owns 18% of PingThings.

*Company Overview:*
PingThings brings predictive intelligence to the new class of high-volume, high-density sensors in the electric utility industry by helping to identify events that are occurring or are imminent to better manage and protect assets without the capital expense or deployment of new hardware or additional sensors.

*Quarterly Update:*
During the fourth quarter, PingThings executed a data sharing agreement with Peak Reliability Coordinator, a large regulatory entity that has data from all utilities on the West Coast (approximately 65 utilities) to receive and use their data. This is an important milestone because it will significantly accelerate PingThings product development and go-to-market capabilities and pave the way for agreements with other similar regulatory entities.

In product development, PingThings completed its beta version of the first module around solar flare disruptions.  As a reminder, this is a key use case for utilities and regulatory agencies.

In Q4, PingThings closed the final tranche of its $2 million Seed B round financing. The Company is working towards a Series A round of financing during the first half of 2016.

### *Pinscriptive, Inc. (founded February 2015)*

The Fund's total investment in Pinscriptive is $550,001 in the form of Seed Preferred Stock and is valued at $698,855, which includes an unrealized gain of $148,854. The Fund currently owns 11% of Pinscriptive.

Based on valuation and structure of the Seed B round, the fair value of the Fund's Pinscriptive Seed Preferred stock has been increased to match the Seed B Preferred stock price.

*Company Overview:*
Pinscriptive seeks to provide advanced analytics for health care payers, such as health plans, pharmacy benefit managers (PBMs) and governments; and at-risk providers, such as accountable care organizations and HMOs who must better manage utilization and the cost of high priced, specialty medications.

Specialty biopharmaceutical prescription medications are used to improve the healthcare of the sickest patients. Specialty health comprises complex and severe disease areas such as oncology, multiple sclerosis, HIV, hepatitis C, rheumatoid arthritis, and cystic fibrosis, among others. While accounting for only 2% of the prescriptions utilized, specialty Rx will account for almost 50% of the worldwide spend on drugs by 2020. Specialty drug spending in the U.S. is approximately $120 billion today, and will quadruple to more than $400 billion by 2020. While this level of cost to the healthcare system is unsustainable, traditional approaches that payers have used to contain inappropriate use and cost have had little impact on specialty medications. Many of these products are biologics, where no generic equivalent exists. It is estimated that waste on specialty Rx inefficiencies (either utilization or cost) cost the U.S. healthcare system in excess of $9-$20 billion annually. Pinscriptive will detect and lower utilization and pricing inefficiencies and help payers and provider to make better value-based decisions for high priced specialty drugs.

THIS DOCUMENT HAS BEEN PREPARED FOR THE STRICT USE BY LIMITED PARTNERS OF FROST VP EARLY STAGE FUND II, L.P. THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF THE LIMITED PARTNERSHIP AGREEMENT. DISCLOSURE OF ANY INFORMATION OTHER THAN TO THE INTENDED RECIPIENT IS PROHIBITED.

Exhibit 13
Page 486

HOL0005410

Exhibit079

*Quarterly Update:*
After heavily validating its strategy and minimum-viable-product with many key stakeholders in Q2, Pinscriptive embarked on design and development of its initial product prototype module in Q3. Modules will be built out by disease area, and Pinscriptive will start with Hepatitis C, which has been a particular challenge for the healthcare sector the last couple of years due to the high cost of therapy. Pinscriptive has assembled leading clinicians in the Hepatitis C space and are now rapidly iterating development on the first module, towards a 2016 year-end timeline to completion.

Pinscriptive is actively working to close its first two PoCs, both of which are paid projects. The first is with Presbyterian Health System (PHS) in New Mexico. This project, if approved, will be paid for by T-Systems, a subsidiary of Deutsche Telecom, who has a strategic relationship with PHS. Pinscriptive expects to close the agreement for this PoC in Q1 2016. The second PoC is with IMS Health, which has expressed a strong interest in working with Pinscriptive as it builds its product offering, and sees them as a future potential acquisition target. IMS Health would like Pinscriptive to do its next PoC in Lung Cancer. However, funding and capacity constraints will keep Pinscriptive focused on Hepatitis C initially. IMS Health is seeking a partnership with University of Pittsburgh Medical Center as a PoC sponsor/customer, and is seeking full funding from a large biopharma, such as Merck to fully fund the design, build, and testing. This PoC, if approved and funded, is expected to start in Q1 2016.

## *Predixion Software, Inc. (Founded September 2009)*

The Fund's total investment in Predixion Software is $1,250,000 in the form of Series C Preferred Stock. The fair value of the investment is $1,565,437, which includes an unrealized gain of $315,437. The Fund currently owns 1.6% of Predixion Software.

*Company Overview:*
Predixion Software has developed a cloud-based predictive analytics platform called Predixion Insight™ that enables and expedites the deployment of predictive analytics into a wide variety of production environments. Predixion specializes in the "Last Mile of Analytics™" – that is getting the power of predictive insights to the front lines where decisions are made.

*Quarterly Update:*
During Q4, Predixion Software concentrated on growing its revenue, controlling its costs, fundraising, and continuing its strategic discussions with potential acquirers. The company booked ten deals totaling $800,000. The company recorded $1.1 million in revenue for the quarter. The company also raised additional capital as part of its Series D financing.

Predixion Software also announced a partnership with Signet Accel, a federated data integration platform that specializes in consortia, institutions, and health professionals. By working together, the two organizations will bring data integration and advanced analytics into one solution that supports the efforts of researchers, physicians and front-line clinicians.

## *SegOne, Inc. (Founded September 2013)*

The Fund's total investment in SegOne is $500,000 in the form of Seed Preferred Stock. During the quarter the fair value of the investment was fully written down.

*Company Overview:*
SegOne was focused on big data analytics solutions for the financial services industry.

*Quarterly Update:*
Over the previous several quarters, discussions with a large European banking and insurance company were held. The goal of these discussions was to create a strategic partnership that would

THIS DOCUMENT HAS BEEN PREPARED FOR THE STRICT USE BY LIMITED PARTNERS OF FROST VP EARLY STAGE FUND II, L.P. THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF THE LIMITED PARTNERSHIP AGREEMENT. DISCLOSURE OF ANY INFORMATION OTHER THAN TO THE INTENDED RECIPIENT IS PROHIBITED.

Exhibit 13
Page 487

HOL0005411

Exhibit079

enable and leverage the work done at SegOne and provide additional funding to build a financial services cluster of companies.

As of December 31, 2015, while the discussion mentioned above continued, it did not appear likely that a strategic partnership would be realized. Accordingly, we have fully written down the fair value of the investment in SegOne.

### *Sentrian, Inc. (formerly known as Jointly Health, Inc.) (Founded April 2012)*

The Fund's total investment in Sentrian is $2,754,701 in the form of Seed B Preferred Stock, Seed C Preferred Stock and Series A Preferred Stock. The fair value of the investment is $3,492,530, which includes an unrealized gain of $737,829. The Fund currently owns 15% of Sentrian.

*Company Overview:*
Sentrian is the first Remote Patient Intelligence™ company that aspires to eliminate all preventable hospitalization by leveraging the revolution in remote biosensors and machine learning to detect patient deterioration early. Sentrian's value proposition to healthcare organizations is to provide a cloud-based remote patient monitoring and analytics platform intended to dramatically reduce preventable hospital admissions, increase the efficiency and effectiveness of care teams and improve quality metrics such as HEDIS and Star ratings. The Sentrian platform is designed to seamlessly integrate with existing healthcare information systems and clinical workflows, thus facilitating adoption.

*Quarterly Update:*
The FDA decision reported last quarter created strong demand with Sentrian's pipeline of customers and new customers. This included some of the largest U.S.-based healthcare providers and some of the most prestigious medical research institutions.

During the quarter, Sentrian signed contracts with Hoag Hospital, Froedtert & Medical College of Wisconsin Regional Health Network, and Cancer Treatment Centers of America. Each paid contract is for a minimum of 50 patients in phase one and hundreds of patients in phase two. Sentrian also expects to sign contracts with Molina Healthcare, Blue Shield of California and Telus Health in the coming quarters.

The patient on-boarding began during the quarter for the Anthem Caremore patients with chronic obstructive pulmonary disease (COPD). Anthem Caremore had committed to on-boarding large numbers of patients quickly and thought they had the internal resources to do so, but they did not. Therefore, Sentrian has taken more control of the process and Caremore has dedicated more resources to accelerate the patient on-boarding.

At a high level, Anthem/CareMore communicated to Sentrian that they are interested in embedding Sentrian RPI into their CareMore Essentials and CareMore Inside care management products, which they sell to other Anthem health plans. Anthem has 38 million members, which represents an addressable patient population for Sentrian RPI of approximately three million patients.

The analyst community is starting to take notice of Sentrian as they won the Frost and Sullivan Technology Innovation Award for Remote Patient Monitoring. Both organizations issued a press release in September and Sentrian will accept the award on stage at the Frost and Sullivan Gala in San Diego in January 2016.

To gain further validation within the research and academic community, Sentrian submitted their first clinical study for publication. The study concluded that Sentrian could detect health deterioration predictive of hospitalization with nearly double the accuracy as first generation remote patient monitoring companies (our competitors).

THIS DOCUMENT HAS BEEN PREPARED FOR THE STRICT USE BY LIMITED PARTNERS OF FROST VP EARLY STAGE FUND II, L.P. THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF THE LIMITED PARTNERSHIP AGREEMENT. DISCLOSURE OF ANY INFORMATION OTHER THAN TO THE INTENDED RECIPIENT IS PROHIBITED.

Exhibit 13
Page 488

HOL0005412

Exhibit079

Sentrian has met with many investors during the quarter in preparation for its Series B round of funding. Interest in the Series B has been strong and the Company expects to close its Series B financing in the second quarter of 2016.

### *SourceThought, Inc. (Founded September 2012)*

The Fund invested $176,287 in SourceThought in the form of a promissory notes (with warrant coverage) during the quarter. The Fund's total investment in SourceThought is $4,677,091 in the form of Seed B Preferred Stock, Seed C Preferred Stock, convertible notes, promissory notes, and warrants. The fair value of the investment is $4,929,272, which includes an unrealized gain of $252,181. The Fund currently owns 37% of SourceThought (excluding the convertible notes).

*Company Overview:*
SourceThought provides an automated data-shaping platform that lets an analyst ingest and prepare data on Hadoop without ETL or programming. The platform is constantly learning, adapting and being tuned for each customer and vertical market. The more it gets used, the smarter it becomes.

*Quarterly Update:*
In Q4, SourceThought continued to make strong customer progress with several potential customers. GE Healthcare has completed phase II of a pilot with Cloudera and SourceThought. The Company is currently working to address changes to its product resulting from feedback from the pilot.  Upon the successful completion of the pilot, the CTO of GE Healthcare has agreed to discuss a license for 2,000 users, which would be a significant milestone for the Company.

GE Digital Analytics group will be starting a joint proof-of-concept (PoC) with Hortonworks and SourceThought in several weeks. The executive director of this group has agreed to be an advisor to SourceThought. GE Oil and Gas is scoping a PoC. GE Aviation is considering a new use case.

Cisco's Connected Analytics group has issued a purchase order for a single seat annual license. Several architecture and deep technical product meetings took place in Q4. A decision about an OEM relationship should be made in Q1 with a launch of a new Cisco Analytics product called "Analytics Workbench" based on SourceThought could be targeted for Q3. Chances are very good this will happen. The product then would be sold by Cisco to at least 300 customers that already have a small component of the new offer.

Cisco IOT Solutions group also has a PoC started in Q4. The Cisco VP of IoT is SourceThought's sponsor.

The Samsung PoC with Cloudera is working thru contracts.

The Hitachi license was still undergoing budget approval at end of the quarter.

The partnership with Hortonworks is moving in a very positive direction. SourceThought's team met in Miami at the Hortonworks annual sales conference and had meetings with 10 different executives and account managers to identify sales targets. The Hortonworks President is now considering an acquisition of Sourcethought.

With regard to funding, SourceThought continues in discussions with several large strategic technology companies for a Series A financing round. The Series A funding will allow the company to expand its development teams, business development teams, and support operations to grow its go-to-market activities with existing and new customers, partners and PoCs.

THIS DOCUMENT HAS BEEN PREPARED FOR THE STRICT USE BY LIMITED PARTNERS OF FROST VP EARLY STAGE FUND II, L.P. THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF THE LIMITED PARTNERSHIP AGREEMENT. DISCLOSURE OF ANY INFORMATION OTHER THAN TO THE INTENDED RECIPIENT IS PROHIBITED.

Exhibit 13
Page 489

HOL0005413

Exhibit079

### *Syntego, Inc. (Founded November 2013)*

The Fund's total investment in Syntego is $735,001 in the form of Seed Preferred Stock and is valued at cost. The Fund currently owns 17% of the company.

*Company Overview:*
Syntego enables the digital transformation of organizations and drastically improves their ability to solve IoT analytics and Big Data problems.

*Quarterly Update:*
During Q4, a basic prototype of Syntego's IoT analytics and big data framework was implemented. It uses technology components from UBIX, Exara and NarrativeWave to demonstrate the strength of the intellectual properties and the approach in general.

This framework has been designed to provide a scalable "starter-kit" for new IoT and Big Data analytics applications and future Frost Data Capital companies to significantly reduce time-to-market.

Currently Syntego is identifying additional technology components from Maana, ThinkIQ, Cirro, SourceThought and other internal and external partners to embed in the framework.

The company is in the process of identifying the most promising new company candidates to be rolled out using the platform, while putting together a business canvas, resource plan and go-to-market strategy.

### *Tellit Health, Inc. (Founded August 2014)*

The Fund's total investment in Tellit Health is $925,002 in the form of Seed Preferred Stock and Seed B Preferred Stock. The fair value of the investment is $1,135,231, which includes an unrealized gain of $210,229 recorded this quarter based on the increase in the fair value price of the Seed Preferred shares to match the price of the Seed B Preferred shares. The Fund currently owns 17% of Tellit Health.

*Company Overview:*
Physicians and hospitals are frustrated with their Electronic Medical Record system (EMRs). Collecting the data is only part of their problem. The more serious concern is retrieving useful, meaningful, and actionable data. The current U.S. government incentives for "meaningful use" of EMRs have been successful in dramatically increased the amount of patient EMR data being collected. Unfortunately, most clinicians cannot thoroughly review this machine-scale amount of EMR data in an effective manner. This leads to misdiagnosis and increased costs for patients, clinicians, providers, and payers. To relieve their frustration and improve outcomes for their patients, Tellit Health uses natural language processing (NLP) to sift through both structured and unstructured EMR data and deliver an intelligent, relevant summary of a patient's health history as it relates to the clinical decision at hand.

*Quarterly Update:*
Tellit Health started building its product working with 300 GB of data from Sharp Healthcare in San Diego. Tellit Health previously signed a Business Associate Agreement with Sharp Healthcare to provide EMR data to Tellit for the purpose of building a prototype that will be tested within Sharp. Additionally, Sharp physicians are now working with Tellit to refine the Tellit Minimum Viable Product (MVP). This MVP will be a clinician-facing intelligent summary of the current inpatient encounter. Tellit is also in the process of securing partnering agreements with two other large care organizations, two EMR vendors and several large medical content providers.

THIS DOCUMENT HAS BEEN PREPARED FOR THE STRICT USE BY LIMITED PARTNERS OF FROST VP EARLY STAGE FUND II, L.P. THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF THE LIMITED PARTNERSHIP AGREEMENT. DISCLOSURE OF ANY INFORMATION OTHER THAN TO THE INTENDED RECIPIENT IS PROHIBITED.

Exhibit 13
Page 490

HOL0005414

Exhibit079

Tellit's minimum viable segment has been identified as large hospital groups such as Sharp Healthcare, Intermountain Health and the Mayo Clinic. These organizations have well-established EMR systems, require clinicians to use the EMR, have large data sets available, and embrace a desire to enhance the EMR services available to their clinicians. Through ongoing discussions with payers, accountable care organizations, clinicians and EMR companies, Tellit is defining a solution that saves time for both the patient and the clinician, improves diagnosis, and lowers overall cost of care.  Tellit plan to have a functional prototype of the MVP by Q1 2016.

### _ThinkIQ, Inc. (Founded December 2014)_

The Fund's total investment in ThinkIQ is $565,002 in the form of Seed Preferred Stock and is valued at $684,507, which includes an unrealized gain of $119,505. The Fund currently owns 11% of the company.

Based on valuation and structure of the Seed B round, the fair value of the Fund's ThinkIQ Seed Preferred stock has been increased to match the Seed B Preferred stock price.

_Company Overview:_
ThinkIQ is building a product that will store data forever from the millions of devices that are being connected to the Internet of Things (IoT). It will provide secure access to this information to the enterprises that own it and those with whom they choose to share. It provides real time analytics and a semantic model to transform raw sensor data into meaningful information that can be used to drive high level strategic decisions and initiatives.

The company's selected Minimal Viable Segment is large food and beverage companies that are seeking to increase brand confidence by providing consumers with full visibility into what is in the food they buy and how it was made.

_Quarterly Update:_
In its fourth quarter, ThinkIQ continues to make good progress. At General Mills an embarrassing and costly recall of more than two million boxes of gluten-free Cheerios resulted in a pivot (for ThinkIQ) from Yoplait to Cheerios. This is a larger Business Unit and proves the adaptability of the ThinkIQ platform concepts to a very different manufacturing process. General Mills, has selected ThinkIQ to help build a new platform intended to provide their customers with unprecedented visibility into the genealogy, manufacturing and handling of products during distribution.

The team has been expanded to six experienced and talented individuals who are working exceptionally well together and executing well on the overall vision. Progress on product implementation continues according to plan. The pilot product developed in the first nine months is being converted into a Minimum Viable Product (MVP) with a goal of delivering it in June 2016.

ThinkIQ has completed its Seed A financing and started Seed B under which they anticipate raising $1.5M on a pre-money valuation of $6M.

### _Ubix Labs, Inc. (Founded November 2012)_

The Fund's total investment in Ubix Labs is $3,875,000 in the form of Seed B Preferred, Seed C Preferred Stock, and convertible notes. The fair value of the investment is $3,981,226, which includes an unrealized gain of $106,226. The Fund owns 22% of the company (excluding the convertible notes.)

_Company Overview:_
UBIX combines the power of in-memory computing with a rich visual workspace that allows non-technical users in industries with enormous amounts of data to easily explore that data and apply analytics with a swipe of a finger. The company's solution is of significant value in industries such

THIS DOCUMENT HAS BEEN PREPARED FOR THE STRICT USE BY LIMITED PARTNERS OF FROST VP EARLY STAGE FUND II, L.P. THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF THE LIMITED PARTNERSHIP AGREEMENT. DISCLOSURE OF ANY INFORMATION OTHER THAN TO THE INTENDED RECIPIENT IS PROHIBITED.

Exhibit 13
Page 491

HOL0005415

Exhibit079

as oil and gas, telecom, healthcare, and transportation. UBIX is disrupting the advanced analytics market by applying advanced robotics and AI techniques to create autonomous analytic capabilities (Auto-Curious) that greatly improves an analyst's ability to explore their data and find meaningful insights by many many orders of magnitude...at scale.

*Quarterly Update:*
In Q4, UBIX was focused on getting its first platform product release ready market in Q1. The UBIX platform V1 release will enable third parties and developers to develop on top of the platform. UBIX will ship a full API, documentation and Cloud deployment infrastructure along with the Q1 release. The company has lined up Hitachi Consulting as a partner who is planning to develop vertical solutions on top of UBIX. This release will also allow Frost Data Capital portfolio companies to develop their solutions on top of UBIX with dramatic improvement in time to market for new big data solutions. In Q4, IHS approved a strategic pilot to that will display the power of "UBIX Auto-Curious". It will be first the UBIX project where Auto-Curious will demonstrate the ability to remove the complexities of traditional data science and place the power of advanced analytics into the hands of traditional business users. This type of use-case is key to the future growth of IHS's analytics group and positions UBIX very strategically for a potential acquisition. IHS operates in 14 industries and this IHS engagement will help to create a blueprint for UBIX's commercial go-to-market strategy around Auto-Curious.

### *Veracity, Inc. (Founded April 30, 2014)*

The Fund's total investment in Veracity is $1,485,003 in the form of Seed Preferred Stock and Seed B Preferred Stock. The fair value of the investment is $1,797,334, which includes an unrealized gain of $312,330. The Fund currently owns 23% of Veracity.

*Company Overview:*
The Veracity smart-switch security platform gives industrial organizations a minimally invasive way to transform their network infrastructure into a dynamic, secure and controllable management fabric.

*Quarterly Update:*
During Q4, acquiring funding is was a top priority for Veracity with interest from several strategic partners including Microsemi and Rockwell Automation. Longer term, interest is also developing with several other firms including Cisco and GE.

Veracity's Rockwell project is in process they have set an aggressive schedule to get to an agreement by the first week of February.

On the partner and customer validation front, Veracity focused on further validation with the key ICS security switch vendors. Progress was made with Honeywell's cyber security group and Tripwire's, Garretcomm (industrial switches) product management team.

The development team is moving forward on its Proof-of-Concept platform development.

The DARPA project application is in process and the Company is partnering with Georgia Tech for the proposal. Veracity is completing the requirements document in January. Finally, the Company continue to talk with Dragos about a possible collaboration with Veracity that would significantly speed its development process, bring us application development expertise as well as immediate customers. This roll-up could speed up the move to a full Series A-round in mid 2016.

........................................................................................................................................

(Quarterly financial statements follow on next page.
Audited 2015 Financial Statements will be delivered separately.)

THIS DOCUMENT HAS BEEN PREPARED FOR THE STRICT USE BY LIMITED PARTNERS OF FROST VP EARLY STAGE FUND II, L.P. THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF THE LIMITED PARTNERSHIP AGREEMENT. DISCLOSURE OF ANY INFORMATION OTHER THAN TO THE INTENDED RECIPIENT IS PROHIBITED.

Exhibit 13
Page 492

HOL0005416

Exhibit079

# FINANCIAL STATEMENTS

# QUARTER ENDED DECEMBER 31, 2015

THIS DOCUMENT HAS BEEN PREPARED FOR THE STRICT USE BY LIMITED PARTNERS OF FROST VP EARLY STAGE FUND II, L.P. THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF THE LIMITED PARTNERSHIP AGREEMENT. DISCLOSURE OF ANY INFORMATION OTHER THAN TO THE INTENDED RECIPIENT IS PROHIBITED.

Exhibit 13
Page 493

HOL0005417

Exhibit079

**Frost VP Early Stage Fund II, LP**
**Unaudited Statement of Financial Position**
**December 31, 2015**

| | |
|---|---:|
| Cash | $380,748 |
| Prepaid expenses and other current assets | 216,462 |
| Total current assets | 597,210 |
| | |
| Investments in portfolio companies | 42,832,234 |
| | |
| TOTAL ASSETS | $43,429,444 |

LIABILITIES AND MEMBERS' EQUITY

| | |
|---|---:|
| Accounts payable and accrued expenses | $90,243 |
| Total current liabilities | 90,243 |
| | |
| Membership Interests | 41,059,547 |
| Retained earnings | 2,279,654 |
| Total Members' equity | 43,339,201 |
| | |
| TOTAL LIABILITIES AND MEMBERS' EQUITY | $43,429,444 |

THIS DOCUMENT HAS BEEN PREPARED FOR THE STRICT USE BY LIMITED PARTNERS OF FROST VP EARLY STAGE
FUND II, L.P. THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF THE
LIMITED PARTNERSHIP AGREEMENT. DISCLOSURE OF ANY INFORMATION OTHER THAN TO THE INTENDED RECIPIENT
IS PROHIBITED.

Exhibit 13
Page 494

HOL0005418

Exhibit079

## Frost VP Early Stage Fund II, LP
## Unaudited Statement of Operations
## Quarter ended December 31, 2015

EXPENSES:

| | |
|---|---:|
| Management fee | $175,448 |
| Accounting and administrative costs | 16,564 |
| Analyst subscription and fees | 8,000 |
| Legal and professional fees | 5,623 |
| Insurance | 10,600 |
| Total expenses | 216,235 |

OTHER INCOME:

| | |
|---|---:|
| Unrealized Gain/Loss on Investment | 3,857,867 |
| Realized Loss on Investment | (2,515,000) |
| Interest Income | 83,409 |
| | |
| NET GAIN/LOSS | $1,210,041 |

THIS DOCUMENT HAS BEEN PREPARED FOR THE STRICT USE BY LIMITED PARTNERS OF FROST VP EARLY STAGE FUND II, L.P. THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF THE LIMITED PARTNERSHIP AGREEMENT. DISCLOSURE OF ANY INFORMATION OTHER THAN TO THE INTENDED RECIPIENT IS PROHIBITED.

Exhibit 13
Page 495

HOL0005419

Exhibit079

# Frost VP Early Stage Fund II, LP
## Unaudited Statement of Changes in Partners' Equity
## Quarter ended December 31, 2015

| | |
|---|---|
| Opening Balance | $42,029,160 |
| Capital Contributions | 100,000 |
| Net Gain | 1,210,041 |
| | |
| Balance at end of period | $43,339,201 |

THIS DOCUMENT HAS BEEN PREPARED FOR THE STRICT USE BY LIMITED PARTNERS OF FROST VP EARLY STAGE FUND II, L.P. THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF THE LIMITED PARTNERSHIP AGREEMENT. DISCLOSURE OF ANY INFORMATION OTHER THAN TO THE INTENDED RECIPIENT IS PROHIBITED.

Exhibit 13
Page 496

HOL0005420

Exhibit079

# Frost VP Early Stage Fund II, LP
## Schedule of Investments
## December 31, 2015

| Portfolio Company | Instrument | Shares | Cost | Fair Value | Percent of Partners' Capital |
|---|---|---|---|---|---|
| AdaptiveWell Technologies | Seed Preferred Stock | 928,573 | $ 650,001 | $ 1,089,820 | 2.51% |
| | Seed B Preferred Stock | 170,411 | $ 200,003 | $ 200,003 | 0.46% |
| Cirro, Inc. | Convertible Note | | $ 1,000,000 | $ 1,000,000 | 2.30% |
| | Series A | 4,002,045 | $ 2,011,918 | $ 2,264,963 | 5.22% |
| Exara, Inc. | Seed Preferred Stock | 900,000 | $ 450,000 | $ 822,456 | 1.89% |
| | Seed B Preferred Stock | 1,039,570 | $ 950,001 | $ 950,001 | 2.19% |
| Frost Edge, Inc. | Seed Preferred Stock | 1,000,000 | $ 500,000 | $ 775,190 | 1.78% |
| | Seed B Preferred Stock | 709,501 | $ 550,001 | $ 550,001 | 1.27% |
| Frost Newco22, Inc. | Seed Preferred Stock | 535,715 | $ 375,001 | $ - | 0.00% |
| Maana, Inc. | Seed B Preferred Stock | 1,326,354 | $ 750,000 | $ 2,838,398 | 6.54% |
| | Series A | 1,858,736 | $ 2,000,000 | $ 3,977,695 | 9.16% |
| Metallum, Inc. | Seed Preferred Stock | 892,857 | $ 625,000 | $ 625,000 | 1.44% |
| MindShare Medical, Inc. | Seed Preferred Stock | 714,285 | $ 500,000 | $ 667,035 | 1.54% |
| | Seed B Preferred Stock | 1,115,959 | $ 978,711 | $ 1,042,138 | 2.40% |
| | Convertible Note | | | | 0.00% |
| NarrativeWave, Inc. | Seed Preferred Stock | 714,286 | $ 500,000 | $ 664,393 | 1.53% |
| | Seed B Preferred Stock | 510,671 | $ 475,001 | $ 475,001 | 1.09% |
| NeedleHawk, Inc. | Seed Preferred Stock | 714,286 | $ 500,000 | $ 500,000 | 1.15% |
| OspreyData, Inc. | Seed Preferred Stock | 500,000 | $ 250,000 | $ 661,960 | 1.52% |
| | Seed B Preferred Stock | 2,694,688 | $ 3,425,801 | $ 3,567,551 | 8.21% |
| Penzata, Inc. | Seed Preferred Stock | 714,285 | $ 500,000 | $ - | 0.00% |
| | Seed B Preferred Stock | 548,150 | $ 625,001 | $ - | 0.00% |
| Ping Things, Inc. | Seed Preferred Stock | 714,286 | $ 500,000 | $ 610,772 | 1.41% |
| | Seed B Preferred Stock | 912,737 | $ 752,417 | $ 780,463 | 1.80% |
| Pinscriptive, Inc. | Seed Preferred Stock | 785,716 | $ 550,001 | $ 698,855 | 1.61% |
| Predixion Software, Inc. | Series C Preferred Stock | 773,275 | $ 1,250,000 | $ 1,565,437 | 3.60% |
| SegOne, Inc. | Seed Preferred Stock | 1,000,000 | $ 500,000 | $ - | 0.00% |
| Sentrian, Inc. | Seed B Preferred Stock | 2,017,228 | $ 1,000,000 | $ 1,553,266 | 3.58% |
| | Seed C Preferred Stock | 492,366 | $ 250,575 | $ 379,122 | 0.87% |
| | Series A Preferred Stock | 1,818,199 | $ 1,504,126 | $ 1,560,142 | 3.59% |
| | Convertible Note | - | | | 0.00% |
| SourceThought, Inc. | Seed B Preferred Stock | 2,386,607 | $ 1,000,000 | $ 1,252,181 | 2.88% |
| | Seed C Preferred Stock | 3,716,622 | $ 1,950,000 | $ 1,950,000 | 4.49% |
| | Convertible Note | | $ 1,000,000 | $ 1,000,000 | 2.30% |
| | Promissory Notes | | $ 719,966 | $ 719,966 | 1.66% |
| | Warrants | 145,000 | $ 7,125 | $ 7,125 | 0.02% |
| Syntego, Inc. | Seed Preferred Stock | 1,050,001 | $ 735,001 | $ 735,001 | 1.69% |
| Tellit Health, Inc. | Seed Preferred Stock | 714,286 | $ 500,000 | $ 710,229 | 1.64% |
| | Seed B Preferred Stock | 427,430 | $ 425,002 | $ 425,002 | 0.98% |
| ThinkIQ, Inc. | Seed Preferred Stock | 807,145 | $ 565,002 | $ 684,507 | 1.58% |
| Ubix Labs, Inc. | Seed B Preferred Stock | 1,127,024 | $ 500,000 | $ 606,226 | 1.40% |
| | Seed C Preferred Stock | 1,487,266 | $ 800,000 | $ 800,000 | 1.84% |
| | Convertible Note | | $ 2,575,000 | $ 2,575,000 | 5.93% |
| Veracity Security Intelligence, Inc. | Seed Preferred Stock | 892,857 | $ 625,000 | $ 937,330 | 2.16% |
| | Seed B Preferred Stock | 819,199 | $ 860,004 | $ 860,004 | 1.98% |
| | | | | | |
| Total Investment | | | $ 36,385,656 | $ 43,082,234 | 99.20% |

THIS DOCUMENT HAS BEEN PREPARED FOR THE STRICT USE BY LIMITED PARTNERS OF FROST VP EARLY STAGE FUND II, L.P. THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF THE LIMITED PARTNERSHIP AGREEMENT. DISCLOSURE OF ANY INFORMATION OTHER THAN TO THE INTENDED RECIPIENT IS PROHIBITED.

Exhibit 13
Page 497

HOL0005421

Exhibit079

# FROST VP EARLY STAGE FUND II, L.P.

## FINANCIAL STATEMENTS

## FOR THE YEAR ENDED DECEMBER 31, 2015

Exhibit 13
Page 498

HOL0005422

Exhibit079

# FROST VP EARLY STAGE FUND II, L.P.

## CONTENTS

**Independent Auditors' Report** ....................................................................................... 1-2

**Financial Statements**

Statement of Financial Condition ............................................................................... 3
Schedule of Investments ............................................................................................ 4-5
Statement of Operations............................................................................................. 6
Statement of Changes in Partners' Capital ................................................................. 7
Statement of Cash Flows ........................................................................................... 8

**Notes to Financial Statements** .................................................................................... 9-24

Exhibit 13
Page 499

HOL0005423

Exhibit079



**ACCOUNTANTS & ADVISORS**

# INDEPENDENT AUDITORS' REPORT

To the Partners of
**Frost VP Early Stage Fund II, L.P.**

### *Report on the Financial Statements*

We have audited the accompanying statement of financial condition of Frost VP Early Stage Fund II, L.P. (the "Fund"), including the schedule of investments, as of December 31, 2015, and the related statements of operations, changes in partners' capital and cash flows for the year then ended, and the related notes to the financial statements.

### *Management's Responsibility for the Financial Statements*

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

### *Auditors' Responsibility*

Our responsibility is to express an opinion on these financial statements based on our audit. We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditors' judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

1



**MARCUM**GROUP
MEMBER

**Marcum LLP** ※ 1920 Main Street ※ Suite 950 ※ Irvine, California 92614 ※ **Phone** 949.236.5600 ※ **Fax** 949.236.5601 ※ **www.marcumllp.com**

Exhibit 13
Page 500

HOL0005424

Exhibit079

*Opinion*

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of Frost VP Early Stage Fund II, L.P. as of December 31, 2015, and the results of its operations, changes in its partners' capital and its cash flows for the year then ended in accordance with accounting principles generally accepted in the United States of America.

*Marcum LLP*

Irvine, CA
March 31, 2016

2

Exhibit 13
Page 501

HOL0005425

Exhibit079

# FROST VP EARLY STAGE FUND II, L.P.

## STATEMENT OF FINANCIAL CONDITION

### DECEMBER 31, 2015

**Assets**

| | | |
|---|---:|---:|
| Investments, at fair value (cost of $36,385,655) | $ 43,082,236 | |
| Cash | 130,748 | |
| Prepaid expenses and other assets | 216,462 | |
| **Total Assets** | | $ 43,429,446 |
| **Liabilities** | | |
| Accounts payable and accrued expenses | $ 90,243 | |
| **Total Liabilities** | | $ 90,243 |
| **Partners' Capital** | | 43,339,203 |
| **Total Liabilities and Partners' Capital** | | $ 43,429,446 |

*Confidential information governed by the Fund's Limited Partnership Agreement.*

*The accompanying notes are an integral part of these financial statements.*

3

Exhibit 13
Page 502

HOL0005426

Exhibit079

# FROST VP EARLY STAGE FUND II, L.P.

## SCHEDULE OF INVESTMENTS

### DECEMBER 31, 2015

| | Number of Shares or Principal Amount | Cost | Fair Value | Percent of Partners' Capital |
|---|---|---|---|---|
| **Investments in Private Operating Companies:** | | | | |
| **United States** | | | | |
| **Series A Preferred Stock**[1] | | | | |
| Cirro, Inc. | 4,002,045 | $ 2,011,918 | $ 2,264,961 | 5.23 % |
| Sentrian, Inc. | 1,818,199 | 1,504,126 | 1,560,142 | 3.60 |
| Maana, Inc. | 1,858,736 | 2,000,000 | 3,977,695 | 9.18 |
| **Total Series A Preferred Stock** | | 5,516,044 | 7,802,798 | 18.01 |
| **Series C Preferred Stock**[1] | | | | |
| Predixion Software, Inc. | 773,275 | 1,250,000 | 1,565,437 | 3.61 |
| **Seed B Preferred Stock**[1] | | | | |
| Maana, Inc. | 1,326,354 | 750,000 | 2,838,398 | 6.55 |
| Sentrian, Inc. | 2,017,228 | 1,000,000 | 1,553,266 | 3.58 |
| SourceThought, Inc. | 2,386,607 | 1,000,000 | 1,252,181 | 2.89 |
| Ubix Labs, Inc. | 1,127,024 | 500,000 | 606,226 | 1.40 |
| Exara, Inc. | 1,039,570 | 950,001 | 950,001 | 2.19 |
| Frost Edge, Inc. | 709,501 | 550,002 | 550,002 | 1.27 |
| Penzata, Inc. | 548,150 | 625,001 | -- | -- |
| Veracity Security Intelligence, Inc. | 819,199 | 860,003 | 860,003 | 1.98 |
| OspreyData, Inc. | 2,694,688 | 3,425,799 | 3,567,554 | 8.23 |
| AdaptiveWell, Inc. | 170,411 | 200,003 | 200,003 | 0.46 |
| Ping Things, Inc. | 912,737 | 752,417 | 780,464 | 1.80 |
| Mindshare Medical, inc. | 1,115,959 | 978,711 | 1,042,138 | 2.40 |
| Narrative Wave, Inc. | 510,671 | 475,001 | 475,001 | 1.10 |
| Tellit Health, Inc. | 427,430 | 425,002 | 425,002 | 0.98 |
| **Total Seed B Preferred Stock** | | 12,491,940 | 15,100,239 | 34.83 |
| **Seed C Preferred Stock**[1] | | | | |
| Ubix Labs, Inc. | 1,487,266 | 800,000 | 800,000 | 1.85 |
| Sentrian, Inc. | 492,366 | 250,575 | 379,122 | 0.87 |
| SourceThought, Inc. | 3,716,622 | 1,950,000 | 1,950,000 | 4.50 |
| **Total Seed C Preferred Stock** | | 3,000,575 | 3,129,122 | 7.22 |
| **Seed Preferred Stock**[1] | | | | |
| OspreyData, Inc. | 500,000 | 250,000 | 661,960 | 1.53 |
| SegOne, Inc. | 1,000,000 | 500,000 | -- | -- |
| Exara, Inc. | 900,000 | 450,000 | 822,456 | 1.90 |
| FrostEdge, Inc. | 1,000,000 | 500,000 | 775,190 | 1.79 |
| Syntego, Inc. | 1,050,001 | 735,001 | 735,001 | 1.70 |
| Penzata, Inc. | 714,285 | 500,000 | -- | -- |
| Veracity Security Intelligence, Inc. | 892,857 | 625,000 | 937,330 | 2.16 |
| Ping Things, Inc. | 714,286 | 500,000 | 610,772 | 1.41 |
| Metallum, Inc. | 892,857 | 625,000 | 625,000 | 1.44 |
| Mindshare Medical, Inc. | 714,286 | 500,000 | 667,036 | 1.54 |
| AdaptiveWell, Inc. | 928,573 | 650,001 | 1,089,820 | 2.51 |

*Confidential information governed by the Fund's Limited Partnership Agreement.*

*The accompanying notes are an integral part of these financial statements.*

4

Exhibit 13
Page 503

HOL0005427

Exhibit079

# FROST VP EARLY STAGE FUND II, L.P.

## SCHEDULE OF INVESTMENTS (CONTINUED)

### DECEMBER 31, 2015

| | Number of Shares or Principal Amount | Cost | Fair Value | Percent of Partners' Capital |
|---|---|---|---|---|
| **Seed Preferred Stock, continued**[1] | | | | |
| Narrative Wave, Inc. | 714,286 | 500,000 | 664,393 | 1.53 |
| NeedleHawk, Inc. | 714,286 | 500,000 | 500,000 | 1.15 |
| Tellit Health, Inc. | 714,286 | 500,000 | 710,229 | 1.64 |
| Frost NewCo22, Inc. | 535,715 | 375,001 | -- | -- |
| ThinkIQ, Inc. | 807,145 | 565,001 | 684,507 | 1.58 |
| Pinscriptive, Inc. | 785,716 | 550,001 | 698,855 | 1.61 |
| **Total Seed Preferred Stock** | | $ 8,825,005 | $ 10,182,549 | 23.49 % |
| **Convertible Notes**[1] | | | | |
| Ubix Labs, Inc.[2] | $2,575,000 | 2,575,000 | 2,575,000 | 5.94 |
| Cirro, Inc.[3] | $1,000,000 | 1,000,000 | 1,000,000 | 2.31 |
| SourceThought, Inc.[4] | $1,000,000 | 1,000,000 | 1,000,000 | 2.31 |
| **Total Convertible Notes** | | 4,575,000 | 4,575,000 | 10.56 |
| **Promissory Notes**[1] | | | | |
| SourceThought, Inc.[5] | $725,000 | 719,966 | 719,966 | 1.66 |
| **Warrants**[1] | | | | |
| SourceThought, Inc.[5] | 145,000 | 7,125 | 7,125 | 0.02 |
| **Total Investments** | | $ 36,385,655 | $ 43,082,236 | 99.40 % |

[1]  All investments of Frost VP Early Stage Fund II, L.P. are related to technology companies in the area of Big Data technology.

[2]  The Fund holds twelve convertible notes with UbixLabs, Inc. All notes have annual interest rates of 6%, one year terms and maturity dates ranging from July 15, 2016 through September 11, 2016.

[3]  The Fund holds eight convertible notes with Cirro, Inc. All notes have an annual interest rate of 6%, one year terms and maturity dates ranging from June 9, 2016 through September 11, 2016.

[4]  The Fund holds four convertible notes with SourceThought, Inc. All notes have an annual interest rate of 6%, one year terms and maturity dates ranging from May 15, 2016 through September 30, 2016.

[5]  The Fund holds seven promissory notes with SourceThought, Inc. All notes have an annual interest rate of 8% and mature 10 days after a Qualified Financing as defined in the note agreement.  Each note was issued with related warrants to purchase common stock.

*Confidential information governed by the Fund's Limited Partnership Agreement.*

*The accompanying notes are an integral part of these financial statements.*

5

Exhibit 13
Page 504

HOL0005428

Exhibit079

# FROST VP EARLY STAGE FUND II, L.P.

## STATEMENT OF OPERATIONS

### FOR THE YEAR ENDED DECEMBER 31, 2015

| | | |
|---|---:|---:|
| **Investment Income** | | |
| Interest | | $  204,558 |
| | | |
| **Expenses** | | |
| Management fees | $  751,806 | |
| Operating expenses | 111,667 | |
| Professional fees and other | 65,555 | |
| | | |
| **Total Expenses** | | 929,028 |
| | | |
| **Net Investment Loss** | | (724,470) |
| | | |
| **Realized and Unrealized Gain (Loss) From Investments** | | |
| Realized loss | (2,515,000) | |
| Net change in unrealized appreciation on investments | 5,041,581 | |
| | | |
| **Net Realized and Unrealized Gain From Investments** | | 2,526,581 |
| | | |
| **Net Income** | | $  1,802,111 |

*Confidential information governed by the Fund's Limited Partnership Agreement.*

*The accompanying notes are an integral part of these financial statements.*

6

Exhibit 13
Page 505

HOL0005429

Exhibit079

# FROST VP EARLY STAGE FUND II, L.P.

## STATEMENT OF CHANGES IN PARTNERS' CAPITAL

### FOR THE YEAR ENDED DECEMBER 31, 2015

|  | General Partner | Limited Partners | Total Partners' Capital |
|---|---|---|---|
| **Partners' Capital - January 1, 2015** | $ 6,477,136 | $ 26,102,781 | $ 32,579,917 |
| Partner contributions | -- | 8,957,175 | 8,957,175 |
| Net investment income (loss), excluding management | 4,048 | 23,288 | 27,336 |
| Management fees | -- | (751,806) | (751,806) |
| Allocation of carried interest | 353,566 | (353,566) | -- |
| Net realized and unrealized gain on investments | 370,438 | 2,156,143 | 2,526,581 |
| **Partners' Capital - December 31, 2015** | $ 7,205,188 | $ 36,134,015 | $ 43,339,203 |

*Confidential information governed by the Fund's Limited Partnership Agreement.*

*The accompanying notes are an integral part of these financial statements.*

7

Exhibit 13
Page 506

HOL0005430

Exhibit079

# FROST VP EARLY STAGE FUND II, L.P.

## STATEMENT OF CASH FLOWS

### FOR THE YEAR ENDED DECEMBER 31, 2015

**Cash Flows From Operating Activities**

| | | |
|---|---:|---:|
| Net income | | $ 1,802,111 |
| Adjustments to reconcile net income to net cash used in operating activities: | | |
| Purchase of investments | $ (13,066,153) | |
| Realized loss | 2,515,000 | |
| Net change in unrealized gain on investments | (5,041,581) | |
| Accretion of discount on notes | (2,091) | |
| Changes in operating assets and liabilities: | | |
| Prepaid expenses and other assets | (193,615) | |
| Accounts payable and accrued expenses | 90,243 | |
| | | |
| Total adjustments | | (15,698,197) |
| | | |
| **Net Cash Used in Operating Activities** | | (13,896,086) |
| | | |
| **Cash Flows From Financing Activities** | | |
| Partner contributions | | 8,957,175 |
| | | |
| **Net Cash Provided by Financing Activities** | | 8,957,175 |
| | | |
| **Net Decrease in Cash** | | (4,938,911) |
| | | |
| **Cash -** January 1, 2015 | | 5,069,659 |
| | | |
| **Cash -** December 31, 2015 | | $ 130,748 |

*Confidential information governed by the Fund's Limited Partnership Agreement.*

*The accompanying notes are an integral part of these financial statements.*

8

Exhibit 13
Page 507

HOL0005431
Exhibit079

# FROST VP EARLY STAGE FUND II, L.P.

## NOTES TO FINANCIAL STATEMENTS

## FOR THE YEAR ENDED DECEMBER 31, 2015

### NOTE 1 - THE FUND

#### BACKGROUND

Frost VP Early Stage Fund II, L.P. (the "Fund") was formed on May 29, 2013 in the state of Delaware. The purpose of the Fund is to make venture capital investments, principally by investing in equity or equity oriented securities of companies created by Frost Data Capital, LLC (the "Incubator") an early stage venture organization and technology incubator. The purpose of the Incubator is to incubate and foster ideas for the portfolio companies, serve as a back office and provide operational support for its incubated companies and serve as board members and advisors for the portfolio companies.  Also, the Incubator and its employees generally will own the majority of the founder's stock in these portfolio companies.  The Fund's principal place of business is Orange County, CA.  The Fund is managed by Frost Venture Partners GP, LLC (the "General Partner"). Capital commitments to the Fund total $41,189,521.  Pursuant to the Fund's Limited Partnership Agreement ("the Agreement"), additional capital may be called through May 29, 2017.  Additional capital calls may be made after this date to pay for Fund operating expenses, if necessary.  The Fund is expected to continue until May 29, 2018, which is the 5 year anniversary following its effective date, subject to extension of up to two years at the election of the General Partner.

The Fund commenced operations on May 29, 2013 when the first capital call was made and the first investment by the Fund was made.

The Fund is a successor fund related to Frost VP Seed, LLC and Frost VP Seed International, LLC.  All three of these funds have been established in the United States of America.  All three funds were created with the intent of investing only in the private operating companies identified by the Incubator.

#### CONCENTRATION OF LIMITED PARTNERS

As of December 31, 2015, one limited partner member represented approximately 13% of partners' capital in the Fund.

### NOTE 2 - SIGNIFICANT ACCOUNTING POLICIES

#### BASIS OF ACCOUNTING

The accompanying financial statements are presented in accordance with accounting principles generally accepted in the United States of America ("US GAAP").

*Confidential information governed by the Fund's Limited Partnership Agreement*

9

Exhibit 13
Page 508

HOL0005432

Exhibit079

# FROST VP EARLY STAGE FUND II, L.P.

## NOTES TO FINANCIAL STATEMENTS

## FOR THE YEAR ENDED DECEMBER 31, 2015

### NOTE 2 - SIGNIFICANT ACCOUNTING POLICIES (CONTINUED)

#### BASIS OF ACCOUNTING (CONTINUED)

The Fund qualifies as an investment company, as defined in Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") Topic 946 Financial Services – Investment Companies and, therefore, is applying the specialized accounting and reporting guidance in ASC Topic 946.

During the year ended December 31, 2015, the Fund did not provide financial support to any investees, other than the debt and equity investments included on the Schedule of Investments, and has no contractual obligation to provide financial support of any kind.

#### SUBSEQUENT EVENTS

Management has considered the circumstances under which the Fund should recognize or make disclosures regarding events or transactions occurring subsequent to the statement of financial condition date through March 31, 2016, which represents the date the financial statements were available to be issued. Adjustments or additional disclosures, if any, have been included in these financial statements.

#### CONCENTRATION RISK

The Fund participates in a limited number of portfolio investments and, as a consequence, the aggregate return of the Fund may be materially and adversely affected by the unfavorable performance of any single portfolio investment.

#### CASH

At December 31, 2015, all cash was on deposit in demand accounts with one bank in an amount that was in excess of federally insured limits. The Fund does not believe it is exposed to any significant credit risk on cash and cash equivalents since it maintains its deposits with a major financial institution. The Fund did not have any cash equivalents as of December 31, 2015.

#### PORTFOLIO VALUATION

All investments are recorded at their fair value as described in Note 3.

*Confidential information governed by the Fund's Limited Partnership Agreement*

10

Exhibit 13
Page 509

HOL0005433

Exhibit079

# FROST VP EARLY STAGE FUND II, L.P.

## NOTES TO FINANCIAL STATEMENTS

## FOR THE YEAR ENDED DECEMBER 31, 2015

### NOTE 2 - SIGNIFICANT ACCOUNTING POLICIES (CONTINUED)

#### *LIQUIDITY RISK*

The Fund's investments are in non-publicly traded companies. Accordingly, there is risk that the Fund may not be able to realize its investment objectives by sale or other disposition of investments at prices reflective of the Fund's current reported fair value.

#### *INVESTEE RISK*

The Fund is invested in technology companies. The value of the Fund's investment interests in such companies may be susceptible to factors affecting this industry and to a greater risk and market fluctuation than an investment in a fund that invests in a broader range of securities. The specific risks faced by such companies include:

- Rapidly changing science, technologies and consumer adoption;
- Products or technologies that may quickly become obsolete;
- Competitive environment in recruitment of management, technical, research, and marketing personnel with appropriate training;
- Changes in legal and regulatory restrictions;
- The possibility of lawsuits related to patents and intellectual property; and
- The ability to attract sufficient capital.

#### *REVENUE RECOGNITION AND INVESTMENT INCOME/EXPENSE*

Realized gains or losses on dispositions of investments represent the difference between the original cost of the investment and the proceeds received from the sale. Interest income represents interest earned on cash deposits and the Fund's investments in convertible notes. Interest income and Fund expenses are recorded on the accrual basis.

#### *INCOME TAXES*

The Fund is a limited partnership, and, as such, its income or losses are reported on the returns of its partners. Accordingly, no provision for income taxes is reflected in the accompanying financial statements. The Fund is not subject to federal income taxes but is subject to an $800 minimum franchise tax imposed by the State of California.

For all open tax years and for all major taxing jurisdictions, the General Partner has concluded that the Fund is a pass-through entity and there are no uncertain tax positions that would require recognition in the financial statements.

*Confidential information governed by the Fund's Limited Partnership Agreement*

11

Exhibit 13
Page 510

HOL0005434

Exhibit079

# FROST VP EARLY STAGE FUND II, L.P.

## NOTES TO FINANCIAL STATEMENTS

## FOR THE YEAR ENDED DECEMBER 31, 2015

### NOTE 2 - SIGNIFICANT ACCOUNTING POLICIES (CONTINUED)

#### INCOME TAXES (CONTINUED)

If the Fund were to incur an income tax liability in the future, interest on any income tax liability would be reported as interest expense and penalties and any income tax liability would be reported as income taxes. No interest expense or penalties have been recognized as of or for the year ended December 31, 2015. The General Partner does not expect that its assessment regarding unrecognized tax benefits will materially change over the next 12 months.

However, the General Partner's conclusions regarding uncertain tax positions may be subject to review and adjustment at a later date based upon ongoing analyses of tax laws, regulations and interpretations thereof as well as other factors including but not limited to, questioning the timing and amount of deductions, the nexus of income among various tax jurisdictions, compliance with U.S. and State income tax laws, and changes in the administrative practices and precedents of the relevant and foreign taxing authorities. Generally, Federal, State and Local authorities may examine the Fund's tax returns for three years from the date of filing and the current and prior two years remain subject to examination as of December 31, 2015.

#### USE OF ESTIMATES

The preparation of financial statements in conformity with GAAP requires the General Partner to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

#### DISTRIBUTIONS ACCRUED

The Fund recognizes distributions as liabilities when the amount represents a fixed determinable obligation. This generally occurs when the Fund liquidates its investments. Distributions paid after December 31, 2015, but based upon the sale of its investments during the year ended December 31, 2015 would be reflected as distributions accrued.

The Fund follows a fair value hierarchy that distinguishes between market data obtained from independent sources (observable inputs) and the Fund's own market assumptions (unobservable inputs). These inputs are used in determining the value of the Fund's investments and are summarized in the following fair value hierarchy:

*Confidential information governed by the Fund's Limited Partnership Agreement*

12

Exhibit 13
Page 511

HOL0005435

Exhibit079

# FROST VP EARLY STAGE FUND II, L.P.

## NOTES TO FINANCIAL STATEMENTS

## FOR THE YEAR ENDED DECEMBER 31, 2015

### NOTE 3 - FAIR VALUE MEASUREMENTS

Level 1 - Valuations based on unadjusted quoted prices for investments in active markets (quoted prices from national exchanges) that the Fund has the ability to access at the measurement date.

Level 2 - Valuations based on inputs other than quoted prices in active markets, which are either directly or indirectly observable as of the reporting date.

Level 3 - Valuations based on inputs that are unobservable and significant to the overall fair value measurement. The inputs into the determination of fair value require significant management judgment or estimation.

In certain cases, the inputs used to measure fair value may fall into different levels of the fair value hierarchy. In such cases, an investment's level within the fair value hierarchy is based on the lowest level of input that is significant to the fair value measurement. The Fund's assessment of the significance of a particular input to the fair value measurement in its entirety requires judgment, and considers factors specific to the investment.

All of the Fund's investments have been classified within Level 3 as they have unobservable inputs and are not traded at all. Such Level 3 investments are all securities of private operating companies in the high technology sector, which is detailed at the Schedule of Investments and include seed preferred stock of $28,411,910, preferred stock of $9,368,235, convertible notes of $4,575,000, promissory notes of $719,966 and warrants of $7,125.

Investments for which market quotations are not readily available are fair valued as determined by the General Partner. Fair value is a market-based measure considered from the perspective of a market participant rather than an entity-specific measure. Therefore, even when market assumptions are not readily available, the Fund's own assumptions are set to reflect those that market participants would use in pricing the asset or liability at the measurement date.

The Fund uses prices and inputs that are current as of the measurement date, including periods of market dislocation. In periods of market dislocation, the observability of prices and inputs may be reduced for many securities. This condition could cause a security to be reclassified to a lower level within the fair value hierarchy.

*Confidential information governed by the Fund's Limited Partnership Agreement*

13

Exhibit 13
Page 512

HOL0005436

Exhibit079

# FROST VP EARLY STAGE FUND II, L.P.

## NOTES TO FINANCIAL STATEMENTS

## FOR THE YEAR ENDED DECEMBER 31, 2015

### NOTE 3 - FAIR VALUE MEASUREMENTS (CONTINUED)

In determining the fair value of the Fund's investments that fall within Level 3 of the fair value hierarchy (which are comprised of equity/debt securities issued by private entities), the General Partner generally utilizes the following valuation techniques:

(1) market approach (which considers objective market indicators, typically the portfolio company's latest round of financing is used; however, the Fund will consider third party offers and portfolio company specific information) and other factors considered relevant and/or (2) income approach (which considers the portfolio company's projected operating performance to evaluate the objective information utilized under the market approach).

The General Partner uses valuation techniques it believes is most appropriate to estimate the fair value of the portfolio investments; however, considerable judgment is required in interpreting market data to develop the estimates of fair value.

Given the early stage of the portfolio companies, the transaction price or recent price of similar securities are typically the Fund's best estimate of fair value for the portfolio company. When evidence supports a change to the carrying value from the transaction price, adjustments would be made to reflect expected exit values. Ongoing reviews by the Fund's management are based on an assessment of each underlying investment, incorporating valuations that consider fund performance, market, and the evaluation of financing and sale transactions with third parties, among other factors.

There are inherent limitations in any estimation technique. The use of different assumptions and/or estimation methodologies may have a material effect on the estimated fair values. Accordingly, the estimates presented herein are not necessarily indicative of the amounts that could be realized in a current market exchange and there can be no assurance that the fair values for these investments will be fully realizable upon their ultimate disposition or reflective of future fair values. Because of the inherent uncertainty of valuation, the recommended values may differ significantly from values that would have been used had a ready market for the portfolio investments existed, and the differences could be material.

The inputs or methodology used for valuing investments are not an indication of the risk associated with investing in those securities.

The valuation techniques used to measure fair value for the year ended December 31, 2015 maximized the use of observable inputs and minimized the use of unobservable inputs.

*Confidential information governed by the Fund's Limited Partnership Agreement*

14

Exhibit 13
Page 513

HOL0005437

Exhibit079

# FROST VP EARLY STAGE FUND II, L.P.

## NOTES TO FINANCIAL STATEMENTS

## FOR THE YEAR ENDED DECEMBER 31, 2015

### NOTE 3 - FAIR VALUE MEASUREMENTS (CONTINUED)

The following is a reconciliation of Level 3 assets measured at fair value. Since observable and unobservable inputs may be used to determine the fair value of positions that the Fund has classified in the Level 3 category, unrealized gains and losses for assets within the Level 3 category may include changes in fair value that were attributable to both observable and unobservable inputs.

Changes in Level 3 assets measured at fair value are as follows:

| Description | Level 3 | | | | | |
| | Preferred Stock | Seed Preferred Stock | Convertible Notes | Promissory Notes | Warrants | Total |
|---|---|---|---|---|---|---|
| **Assets:** | | | | | | |
| Investments in private operating companies: | | | | | | |
| **Balance** - January 1, 2015 | $6,640,547 | $19,696,864 | $ 1,150,000 | $ -- | $ -- | $27,487,411 |
| Purchases | 750,000 | 7,666,153 | 3,925,000 | 717,875 | 7,125 | 13,066,153 |
| Conversion of notes | -- | 500,000 | (500,000) | -- | -- | -- |
| Accretion of interest | -- | -- | -- | 2,091 | -- | 2,091 |
| Realized losses | -- | -- | -- | (2,515,000) | -- | (2,515,000) |
| Unrealized gains | 1,977,688 | 548,893 | -- | 2,515,000 | -- | 5,041,581 |
| **Balance** - December 31, 2015 | $9,368,235 | $28,411,910 | $ 4,575,000 | $ 719,966 | $ 7,125 | $43,082,236 |

All net changes in realized and unrealized gains in the table above are reflected in the accompanying Statement of Operations. The net change in and unrealized gains relate to those financial instruments still held by the Fund at December 31, 2015.

During the year ended December 31, 2015, the Fund did not have any transfers into or out of Level 3. The Fund's policy is to recognize transfers in and transfers out as of the actual date of the event or change in circumstances that caused the transfer.

### VALUATION TECHNIQUES AND INPUTS

#### Investments in Private Operating Companies

The Fund's investments in private operating companies primarily consist of direct preferred seed and preferred stock and (together or individually "equity") investments. The transaction price, excluding transaction costs, is typically the General Partner's best estimate of fair value at inception. When evidence supports a change to the carrying value from the transaction price, adjustments would be made to reflect expected exit values in the investment's principal market under current market conditions.

*Confidential information governed by the Fund's Limited Partnership Agreement*

15

Exhibit 13
Page 514

HOL0005438

Exhibit079

# FROST VP EARLY STAGE FUND II, L.P.

## NOTES TO FINANCIAL STATEMENTS

## FOR THE YEAR ENDED DECEMBER 31, 2015

### NOTE 3 - FAIR VALUE MEASUREMENTS (CONTINUED)

#### *VALUATION TECHNIQUES AND INPUTS (CONTINUED)*

**Investments in Private Operating Companies (continued)**

Ongoing reviews by Fund management are based on assessment of each underlying investment from the inception date through the most recent valuation date. These assessments typically incorporate valuation techniques that consider the evaluation of financing and sale transactions with third parties including consideration of the last round of financing and liquidation preferences for participating securities; an income approach reflecting a discounted cash flow analysis using an appropriate risk-adjusted discount rate; and/or a market approach that includes comparative analysis of acquisition multiples and pricing multiples generated by market participants.

In certain instances, the Fund may determine it appropriate to use multiple valuation methodologies for a particular investment and estimate its fair value based on a weighted average or a selected outcome within a range of multiple valuation results.

When using the market approach, the Fund would utilize the guideline company method of the market approach which involves selecting companies that are similar in size, operating strategy, market position and/or geographic location to the target company.

Inputs relied upon by the income approach would include annual projected cash flows for each investment through their respective investment horizons. Further, the cash flow assumption may be probability-weighted to reflect the risks associated with achieving expected performance levels across various business scenarios. Investments valued when using a market approach would utilize valuation multiples times the annual earnings before interest, taxes, depreciation and amortization ("EBITDA"), or another performance metric such as net earnings or revenues. Selected valuation multiples would generally be estimated through comparative analysis of the performance and characteristics of each investment within a range of comparable companies or transactions in the observable marketplace.

Investments in private operating companies also consist of direct private debt investments. The transaction price, excluding transaction costs, is typically the Fund's best estimate of fair value at inception. When evidence supports a change to the carrying value from the transaction price, adjustments would be made to reflect expected exit values in the investment's principal market under current market conditions.

*Confidential information governed by the Fund's Limited Partnership Agreement*

16

Exhibit 13
Page 515

HOL0005439

Exhibit079

# FROST VP EARLY STAGE FUND II, L.P.

## NOTES TO FINANCIAL STATEMENTS

## FOR THE YEAR ENDED DECEMBER 31, 2015

### NOTE 3 - FAIR VALUE MEASUREMENTS (CONTINUED)

*VALUATION TECHNIQUES AND INPUTS (CONTINUED)*

**Investments in Private Operating Companies (continued)**

Inputs relied upon by debt investments using the income approach include an understanding of the underlying company's compliance with debt covenants, the operating performance of the underlying company, trends in liquidity and financial leverage ratios of the underlying company from the point of the original investment to the stated valuation date, an assessment of the credit profile of the underlying company from the original investment to the stated valuation date, as well as an assessment of the underlying company's business enterprise value, liquidation value and debt potential yield adjustments for each debt investment based upon trends in the credit profile of the underlying company and trends in the interest rate environment from the date of the original investment to the stated valuation date.

Investments in private operating companies are generally included in Level 3 of the fair value hierarchy. As of December 31, 2015, all of the Fund's investments in private operating companies were included in Level 3.

At December 31, 2015, the approximate fair values of the Fund's equity and debt investments in private operating companies, by valuation methodology, are as follows:

| Description | Preferred Stock | Seed Preferred Stock | Convertible Notes | Promissory Notes | Warrants | Total |
|---|---|---|---|---|---|---|
| Third Party Transactions | $ 9,368,235 | $ 26,479,522 | $ 4,575,000 | $ 719,966 | $ -- | $41,142,723 |
| Discounted Third Party Transactions [1] | -- | 1,932,388 | -- | -- | -- | 1,932,388 |
| Option Pricing Model | -- | -- | -- | -- | 7,125 | 7,125 |
| | $ 9,368,235 | $ 28,411,910 | $ 4,575,000 | $ 719,966 | $ 7,125 | $43,082,236 |

[1] To reflect certain liquidation preferences between Preferred Stock and Seed Preferred Stock, the Seed Preferred Stock of Sentrian, Inc. has been discounted by 10%.

Due to a lack of market traction, the uncertainty surrounding their ability to attract additional capital, and the absence of a viable strategic partnership, the Fund has reduced the estimated fair values of its investments in Penzata, Inc., SegOne, Inc., and Frost NewCo22, Inc. to zero as of December 31, 2015 and recorded unrealized losses of $625,001, $500,000 and $375,001, respectively for the year then ended.

*Confidential information governed by the Fund's Limited Partnership Agreement*

17

Exhibit 13
Page 516

HOL0005440
Exhibit079

# FROST VP EARLY STAGE FUND II, L.P.

## NOTES TO FINANCIAL STATEMENTS

## FOR THE YEAR ENDED DECEMBER 31, 2015

### NOTE 3 - FAIR VALUE MEASUREMENTS (CONTINUED)

*VALUATION TECHNIQUES AND INPUTS (CONTINUED)*

**Investments in Private Operating Companies (continued)**
During 2015, the Fund realized a loss of $2,515,000 related to its investment in GenieDB, Inc. as the company was officially dissolved.

*FAIR VALUE - VALUATION PROCESSES*

In the event that a financial instrument cannot be valued based upon a price from a national securities exchange, pricing service provider or broker quotation, or such prices are deemed to not reflect current market value, the General Partner may value the financial instrument in good faith under the policies and procedures approved by the Fund based on current facts and circumstances. Determination of this value may include significant unobservable inputs and therefore would be reflected as Level 3 of the fair value hierarchy. The General Partner is responsible for developing the Fund's written valuation processes and procedures, conducting periodic reviews of the valuation policies, and evaluating the overall fairness and consistent application of the valuation policies as well as ensuring that the valuation methodologies for investments that are categorized within Level 3 of the fair value hierarchy are fair, consistent, and verifiable.

Valuations determined by the Fund are required to be supported by market data, third-party pricing sources, industry accepted pricing models, counterparty prices, or other methods the General Partner deems to be appropriate, including the use of internal proprietary pricing models. When determining the reliability of third party pricing information for investments owned by the Fund, when such third parties are used, the General Partner, among other things, would conduct due diligence reviews of pricing vendors, monitor the daily change in prices, and review transactions among market participants.

The following table presents quantitative information about the significant unobservable inputs of the Fund's Level 3 investments, valued using the discounted third party transactions, as of December 31, 2015. The below table is not intended to be all-inclusive but rather provide information on significant unobservable inputs and valuation techniques used by the Fund.

*Confidential information governed by the Fund's Limited Partnership Agreement*

18

Exhibit 13
Page 517

HOL0005441

Exhibit079

# FROST VP EARLY STAGE FUND II, L.P.

## NOTES TO FINANCIAL STATEMENTS

## FOR THE YEAR ENDED DECEMBER 31, 2015

### NOTE 3 - FAIR VALUE MEASUREMENTS (CONTINUED)

#### *FAIR VALUE - VALUATION PROCESSES (CONTINUED)*

| Assets | Valuation Technique | Fair Value at December 31, 2015 | Unobservable Inputs | Range of Inputs (Weighted Average) |
|---|---|---|---|---|
| Seed Preferred Stock | Discounted Third Party Transactions | $1,932,388 | Liquidation preference discount to the third party transaction price | 10% discount to transaction price |
| Warrants | Option Pricing Model | $7,125 | Industry volatility | 56.70% |
| | | | Risk-free interest rate | 1.65% - 1.91% |
| | | | Fair value of underlying stock | $0.05 - $0.08/share |
| | | | Estimated time to maturity | 12 months |

Other Level 3 investments were valued using the unadjusted transaction price or the last round of financing. No unobservable inputs developed by the Fund have been applied to these investments, thus they have been excluded from the above table.

#### *WARRANTS*

The Fund may receive warrants from its portfolio companies upon an investment in the debt or equity of a portfolio company. The warrants provide the Fund with exposure and potential gains upon equity appreciation of the portfolio company's share price. The value of a warrant has two components: time value and intrinsic value. A warrant has a limited life and expires on a certain date. As time to the expiration date of a warrant approaches, the time value of a warrant will decline. In addition, if the stock underlying the warrant declines in price, the intrinsic value of an "in the money" warrant will decline. Further, if the price of the stock underlying the warrant does not exceed the strike price of the warrant on the expiration date, the warrant will expire worthless. As a result, there is the potential for the Fund to lose its entire investment in a warrant. The Fund is exposed to counterparty risk from the potential failure of an issuer of warrants to settle its exercised warrants. The maximum risk of loss from counterparty risk to the Fund is the fair value of the contracts and the purchase price of the warrants. The Fund considers the effects of counterparty risk when determining the fair value of its investments in warrants.

*Confidential information governed by the Fund's Limited Partnership Agreement*

19

Exhibit 13
Page 518

HOL0005442
Exhibit079

# FROST VP EARLY STAGE FUND II, L.P.

## NOTES TO FINANCIAL STATEMENTS

## FOR THE YEAR ENDED DECEMBER 31, 2015

### NOTE 4 - PARTNERS' CAPITAL

As of December 31, 2015, the partners have contributed 100% of their $41,059,521 capital commitment.

| | |
|---|---:|
| Committed capital | $41,189,521 |
| Less: amounts called, not yet collected | (50,000) |
| Less: Management fees waived by General Partner (see Note 6) | (80,000) |
| Partner Contributions | 41,059,521 |
| | |
| Accumulated net investment loss | (1,901,897) |
| Accumulated realized and unrealized gain | 4,181,579 |
| | |
| **Partners' Capital at December 31, 2015** | **$43,339,203** |

### NOTE 5 - INVESTMENTS

The Fund is a related fund to Frost VP Seed, LLC and Frost VP Seed International, LLC. The Fund invests alongside but generally not on a parallel basis with these related funds, both of which are related parties. These three funds are invested in the same portfolio investments as detailed below:

| | Frost VP Seed International, LLC | | Frost VP Seed, LLC | | Frost VP Early Stage Fund II, L.P. | | Total | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| | Cost | Fair Value | Cost | Fair Value | Cost | Fair Value | Cost | Fair Value |
| Cirro, Inc. | $ 169,796 | $213,097 | $1,954,360 | $2,453,775 | $ 3,011,918 | $3,264,961 | $5,136,074 | $ 5,931,833 |
| Sentrian, Inc. | 59,126 | 108,804 | 710,938 | 1,323,131 | 2,754,701 | 3,492,530 | 3,524,765 | 4,924,465 |
| Maana, Inc. | 49,465 | 245,688 | 561,818 | 2,790,239 | 2,750,000 | 6,816,093 | 3,361,283 | 9,852,020 |
| SourceThought, Inc. | 42,625 | 67,099 | 632,353 | 895,379 | 4,675,000 | 4,929,272 | 5,349,978 | 5,891,750 |
| Predixion Software, Inc. | 1,820 | 3,938 | 23,180 | 50,084 | 1,250,000 | 1,565,437 | 1,275,000 | 1,619,459 |
| Ubix Labs, Inc. | 40,945 | 61,676 | 459,050 | 691,390 | 3,875,000 | 3,981,226 | 4,374,995 | 4,734,292 |
| OspreyData, Inc. | 15,000 | 39,718 | 235,000 | 622,242 | 3,675,799 | 4,229,514 | 3,925,799 | 4,891,474 |
| SegOne, Inc. | 15,000 | -- | 235,000 | -- | 500,000 | -- | 750,000 | -- |
| Exara, Inc. | 17,188 | 31,413 | 232,812 | 425,507 | 1,400,001 | 1,772,457 | 1,650,001 | 2,229,377 |
| Frost Edge, Inc. | 17,188 | 26,647 | 232,812 | 360,948 | 1,050,002 | 1,325,192 | 1,300,002 | 1,712,787 |
| Syntego, Inc. | 9,688 | 9,688 | 115,312 | 115,312 | 735,001 | 735,001 | 860,001 | 860,001 |
| **Total Investments** | **$ 437,841** | **$807,768** | **$5,392,635** | **$9,728,007** | **$25,677,422** | **$32,111,683** | **$31,507,898** | **$42,647,458** |

*Confidential information governed by the Fund's Limited Partnership Agreement*

20

Exhibit 13
Page 519

HOL0005443

Exhibit079

# FROST VP EARLY STAGE FUND II, L.P.

## NOTES TO FINANCIAL STATEMENTS

## FOR THE YEAR ENDED DECEMBER 31, 2015

### NOTE 6 - RELATED PARTY TRANSACTIONS

#### *MANAGEMENT FEES*

Pursuant to its Limited Partnership Agreement, the Fund is required to pay a quarterly management fee to the General Partner equal to 0.5% of the aggregate capital commitment of all limited partners as of the first day of each quarter. Management fees amounted to $751,806 for the year ended December 31, 2015.

Also pursuant to its Limited Partnership Agreement, the General Partner elected to forgo management fees in the amount of $80,000 related to 2013 and 2014 and has reduced its capital contributions by this amount. The General Partner will receive a priority allocation of realized profits equal to the management fees not received.

#### *FROST DATA CAPITAL, LLC*

Frost Data Capital, LLC, in its role as the Incubator of the portfolio companies incurs certain operating and administrative costs that are allocated among the three related funds. For the year ended December 31, 2015, the Fund paid $39,000 to the Incubator for these shared services. This amount is included in operating expenses on the Statement of Operations.

### NOTE 7 - INDEMNIFICATION ARRANGEMENTS

The Fund has provided general indemnifications to the officers, directors, members, employees and agents of the Partner and members of the Advisory Committee in their capacities in acting on behalf of the Fund. The Advisory Committee is appointed by the General Partner and consists of not less than three representatives of the limited partners. As of December 31, 2015, the Fund is not aware of the existence or potential of any claim that would result in such indemnification and has not had prior claims or losses pursuant to these indemnifications. The Fund is unable to develop an estimate of the maximum potential claim that could potentially result from such indemnifications, but believes that the risk of such loss is remote.

*Confidential information governed by the Fund's Limited Partnership Agreement*

21

Exhibit 13
Page 520

HOL0005444

Exhibit079

# FROST VP EARLY STAGE FUND II, L.P.

## NOTES TO FINANCIAL STATEMENTS

## FOR THE YEAR ENDED DECEMBER 31, 2015

### NOTE 8 - DISTRIBUTIONS AND PROFIT AND LOSS ALLOCATIONS

*MANDATORY TAX DISTRIBUTIONS*

The Fund will distribute to the Partners, as applicable, pro rata based on their capital contribution, the amount equal to the excess of the Applicable Tax Rate multiplied by the net taxable income allocated to the Partners, as a result of Partners' ownership of an interest in the Fund. Distributions made to a Partner pursuant to the tax distributions shall be treated as advances of and as such shall reduce the distributions to be made to the Partner under discretionary distributions.

*DISCRETIONARY DISTRIBUTIONS*

In addition to the mandatory tax distributions, the General Partner may distribute cash or marketable securities to the Partners in proportion to their respective capital interest in the Fund.  No partner may withdraw any amount from its capital account unless it is made pursuant to the terms of the Agreement.

*PROFIT AND LOSS ALLOCATIONS*

In accordance with the provisions of the Agreement, profit shall be allocated as follows:

First, allocated as a priority allocation to the General Partner, 100% of the amount of management fees not collected by the General Partner as discussed in Note 6.

Second, to the Limited Partners, equal to the cumulative amount of management fees received by the General Partner.

Third, among the partners to reverse any cumulative losses.

Lastly, in the event of dissolution or realized gains due to the sale of investments, any remaining profit shall be allocated among the partners after allocating a carried interest percentage to the General Partner.  The Carry Percentage, as defined in the Limited Partnership Agreement, is calculated as (i) in the case of Limited Partners admitted after May 29, 2013 (inception), 20% and (ii) in the case of each Limited Partner admitted on or prior to May 29, 2013 (inception), the Carry Percentage shall be 10% on the capital contributions made by such Limited Partner as of May 29, 2013 (inception) and 20% on any capital contributions made after May 29, 2013 (inception), which Carry Percentage shall be calculated as, 10% plus the product of the percentage of the Limited Partner's capital commitment not contributed on or prior to May 29, 2013 times ten percentage points.

*Confidential information governed by the Fund's Limited Partnership Agreement*

22

Exhibit 13
Page 521

HOL0005445
Exhibit079

# FROST VP EARLY STAGE FUND II, L.P.

## NOTES TO FINANCIAL STATEMENTS

## FOR THE YEAR ENDED DECEMBER 31, 2015

### NOTE 8 - DISTRIBUTIONS AND PROFIT AND LOSS ALLOCATIONS (CONTINUED)

*PROFIT AND LOSS ALLOCATIONS (CONTINUED)*

Currently to date, there have been no carried interest distributions.  The Carry Percentage (as defined in the Limited Partnership Agreement) allocated to the General Partner for the year ended December 31, 2015 and since inception was $353,566 and $437,986, respectively.

In accordance with the provisions of the Agreement, losses shall be allocated as follows:

First, Losses shall be allocated among the partners in reverse order of the profit previously allocated above and not previously reversed in prior periods.

Thereafter, any remaining loss shall be allocated among the partners in proportion to their respective partnership percentages.

### NOTE 9 - FINANCIAL HIGHLIGHTS

|  | From May 29, 2013 (Inception) Through the Year Ended December 31, | |
| --- | --- | --- |
|  | 2015 | 2014 |
| Internal Rate of Return (IRR) since inception: | | |
| Internal rate of return | 3.04% | 0.60% |
| Less: carried interest to General Partner | (0.86%) | (0.46%) |
| **Internal Rate of Return, Net of Carried Interest to General Partner** | 2.18% | 0.14% |

|  | For the Year Ended December 31, 2015 |
| --- | --- |
| Ratios to Average Limited Partners' Capital | |
| Operating expenses, before carried interest to General Partner | 2.47% |
| Add: carried interest to General Partner | 1.10% |
| **Total Expenses** | 3.57% |
| **Net Investment Loss before Carried Interest to General Partner** | (2.08%) |

*Confidential information governed by the Fund's Limited Partnership Agreement*

23

Exhibit 13
Page 522

HOL0005446

Exhibit079

# FROST VP EARLY STAGE FUND II, L.P.

## NOTES TO FINANCIAL STATEMENTS

## FOR THE YEAR ENDED DECEMBER 31, 2015

### NOTE 9 - FINANCIAL HIGHLIGHTS (CONTINUED)

The IRR since inception is net of all expenses. The IRR was computed based on the actual dates of the cash inflows (capital contributions), outflows (cash and stock distributions) and the ending net assets (residual value) at the end of the period, which is equal to the sum of the capital accounts at each measurement date. Financial highlights are calculated for the Limited Partners' capital as a whole. An individual Limited Partner's capital may vary based on the timing of contributed capital. Net investment loss, as defined, excludes realized and unrealized gains and losses.

### NOTE 10 - INVESTMENTS MADE AFTER YEAR END

Subsequent to December 31, 2015 and through the date these financial statements were available to be issued, the Fund made additional investments in the portfolio companies as follows:

|  | Frost VP Seed, LLC | Frost VP Early Stage Fund II, L.P. | Total |
|---|---|---|---|
| ThinkIQ, Inc. | $ 20,001 | $ -- | $ 20,001 |
| Tellit Health, Inc. | 30,001 | -- | 30,001 |
| SourceThought, Inc. | -- | 75,000 | 75,000 |
| Cirro, Inc. | -- | 20,000 | 20,000 |
| **Total Investments** | $ 50,002 | $ 95,000 | $ 145,002 |

Frost VP Seed International, LLC did not make any subsequent investments.

*Confidential information governed by the Fund's Limited Partnership Agreement*

24

Exhibit 13
Page 523

HOL0005447

Exhibit079