# EXHIBIT 61

| Form **1065** Department of the Treasury Internal Revenue Service | **U.S. Return of Partnership Income** For calendar year 2014, or tax year beginning _____ , ending _____ EXTENSION GRANTED TO 09/15/15 | OMB No. 1545-0123 **2014** |

| A Principal business activity | | Name of partnership | | D Employer identification number |
|---|---|---|---|---|
| INVESTING | Type or Print | FROST VENTURE PARTNERS GP, LLC | | 46-2756437 |
| B Principal product or service | | Number, street, and room or suite no. If a P.O. box, see the instructions. | | E Date business started |
| INVESTMENTS | | 120 VANTIS, SUITE 570 | | 05/07/2013 |
| C Business code number | | City or town, state or province, country, and ZIP or foreign postal code | | F Total assets |
| 713100 | | ALISO VIEJO | CA 92656 | $ 6,097,858. |

G Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☒ Address change (5) ☐ Amended return
(6) ☐ Technical termination - also check (1) or (2)

H Check accounting method: (1) ☐ Cash (2) ☒ Accrual (3) ☐ Other (specify) ▶ _____

I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 4

J Check if Schedules C and M-3 are attached ........................................................ ☐

Caution. Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| Income | | | |
|---|---|---|---|
| 1 a Gross receipts or sales | 1a | 892,963. | |
| b Returns and allowances | 1b | | |
| c Balance. Subtract line 1b from line 1a | | 1c | 892,963. |
| 2 Cost of goods sold (attach Form 1125-A) | | 2 | |
| 3 Gross profit. Subtract line 2 from line 1c | | 3 | 892,963. |
| 4 Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | 4 | |
| 5 Net farm profit (loss) (attach Schedule F (Form 1040)) | | 5 | |
| 6 Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | 6 | |
| 7 Other income (loss) (attach statement) | | 7 | |
| 8 Total income (loss). Combine lines 3 through 7 | | 8 | 892,963. |

| Deductions (see the instructions for limitations) | | | |
|---|---|---|---|
| 9 Salaries and wages (other than to partners) (less employment credits) | | 9 | 175,772. |
| 10 Guaranteed payments to partners | | 10 | |
| 11 Repairs and maintenance | | 11 | |
| 12 Bad debts | | 12 | |
| 13 Rent | | 13 | |
| 14 Taxes and licenses       SEE STATEMENT 1 | | 14 | 800. |
| 15 Interest | | 15 | |
| 16 a Depreciation (if required, attach Form 4562) | 16a | | |
| b Less depreciation reported on Form 1125-A and elsewhere on return | 16b | 16c | |
| 17 Depletion (Do not deduct oil and gas depletion.) | | 17 | |
| 18 Retirement plans, etc. | | 18 | |
| 19 Employee benefit programs | | 19 | |
| 20 Other deductions (attach statement)       SEE STATEMENT 2 | | 20 | 607,187. |
| 21 Total deductions. Add the amounts shown in the far right column for lines 9 through 20 | | 21 | 783,759. |
| 22 Ordinary business income (loss). Subtract line 21 from line 8 | | 22 | 109,204. |

Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

Signature of general partner or limited liability company member manager      Date 9/8/15

May the IRS discuss this return with the preparer shown below (see instr.)? ☒ Yes ☐ No

| Paid Preparer Use Only | Print/Type preparer's name ART DE JONG | Preparer's signature | Date 9/8/15 | Check ☐ if self-employed | PTIN P00242270 |
|---|---|---|---|---|---|
| | Firm's name ▶ KLING & PATHAK LLP | | | Firm's EIN ▶ 20-0266439 | |
| | Firm's address ▶ 17785 CENTER COURT DR., #600 CERRITOS, CA 90703 | | | Phone no. 562-402-9691 | |

LHA For Paperwork Reduction Act Notice, see separate instructions.      Form **1065** (2014)

411001 01-07-15

Exhibit 61
Page 731



EXHIBIT
881
De Jong

Form **7004**

(Rev. December 2012)

Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

► File a separate application for each return.

► Information about Form 7004 and its separate instructions is at *www.irs.gov/form7004*.

OMB No. 1545-0233

| | | Identifying number |
|---|---|---|
| Print or Type | Name. **FROST VENTURE PARTNERS GP, LLC** | 46-2756437 |
| | Number, street, and room or suite no. (If P.O. box, see instructions.) **120 VANTIS, SUITE 570** | |
| | City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code)). **ALISO VIEJO, CA  92656** | |

**Note.** *File request for extension by the due date of the return for which the extension is granted. See instructions before completing this form.*

**Part I  Automatic 5-Month Extension**

1a  Enter the form code for the return that this application is for (see below) ............................................... **09**

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 1065 | 09 | Form 1041 (estate other than a bankruptcy estate) | 04 |
| Form 8804 | 31 | Form 1041 (trust) | 05 |

**Part II  Automatic 6-Month Extension**

b  Enter the form code for the return that this application is for (see below) ...............................................

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041-N | 06 | Form 1120-REIT | 23 |
| Form 1041-QFT | 07 | Form 1120-RIC | 24 |
| Form 1042 | 08 | Form 1120S | 25 |
| Form 1065-B | 10 | Form 1120-SF | 26 |
| Form 1066 | 11 | Form 3520-A | 27 |
| Form 1120 | 12 | Form 8612 | 28 |
| Form 1120-C | 34 | Form 8613 | 29 |
| Form 1120-F | 15 | Form 8725 | 30 |
| Form 1120-FSC | 16 | Form 8831 | 32 |
| Form 1120-H | 17 | Form 8876 | 33 |
| Form 1120-L | 18 | Form 8924 | 35 |
| Form 1120-ND | 19 | Form 8928 | 36 |

2  If the organization is a foreign corporation that does not have an office or place of business in the United States, check here ............... ► ☐

3  If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here ............... ► ☐
If checked, attach a statement, listing the name, address, and Employer Identification Number (EIN) for each member covered by this application.

**Part III  All Filers Must Complete This Part**

4  If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here ............... ► ☐

5a  The application is for calendar year **2014**, or tax year beginning _____, and ending _____

b  Short tax year. If this tax year is less than 12 months, check the reason:  ☐ Initial return  ☐ Final return
☐ Change in accounting period  ☐ Consolidated return to be filed  ☐ Other (see instructions-attach explanation)

| | | | |
|---|---|---|---|
| 6 | Tentative total tax | **6** | 0. |
| 7 | Total payments and credits (see instructions) | **7** | 0. |
| 8 | Balance due. Subtract line 7 from line 6 (see instructions) | **8** | 0. |

LHA  For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.  Form **7004** (Rev. 12-2012)

419741
05-01-14

10380402 791540 FROSTVPGPLLC  2014.03010 FROST VENTURE PARTNERS GP,  FROSTVP1

Exhibit 61
Page 732

KP000990

Form 1065 (2014)    FROST VENTURE PARTNERS GP, LLC                    46-2756437    Page 2

## Schedule B | Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box: | | |
| a | ☐ Domestic general partnership    b ☐ Domestic limited partnership | | |
| c | ☒ Domestic limited liability company  d ☐ Domestic limited liability partnership | | |
| e | ☐ Foreign partnership    f ☐ Other ▶ | | |
| 2 | At any time during the tax year, was any partner in the partnership a disregarded entity, a partnership (including an entity treated as a partnership), a trust, an S corporation, an estate (other than an estate of a deceased partner), or a nominee or similar person? | | X |
| 3 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | X | |
| b | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | X | |
| 4 | At the end of the tax year, did the partnership: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5 | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details | | X |
| 6 | Does the partnership satisfy all four of the following conditions? | | |
| a | The partnership's total receipts for the tax year were less than $250,000. | | |
| b | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| d | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. | | |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| 8 | During the tax year, did the partnership have any debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| 9 | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| 10 | At any time during calendar year 2014, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country. ▶ | | X |

Form 1065 (2014)

411031
01-07-15

2

10380402 791540 FROSTVPGPLLC  2014.03010 FROST VENTURE PARTNERS GP,  FROSTVP1

Exhibit 61
Page 733

KP000991

Form 1065 (2014)   FROST VENTURE PARTNERS GP, LLC                                    46-2756437   Page 3

| **Schedule B** | **Other Information** *(continued)* | Yes | No |
|---|---|---|---|
| 11 | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| 12a | Is the partnership making, or had it previously made (and not revoked), a section 754 election? See instructions for details regarding a section 754 election. | | X |
| b | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| 13 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ▶ ☐ | | |
| 14 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| 15 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities, enter the number of Forms 8858 attached. See instructions ▶ | | |
| 16 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. ▶          0 | X | |
| 17 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. ▶ | | |
| 18a | Did you make any payments in 2014 that would require you to file Form(s) 1099? See instructions | | X |
| b | If "Yes," did you or will you file required Form(s) 1099? | | |
| 19 | Enter the number of Form(s) 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return. ▶ | | |
| 20 | Enter the number of partners that are foreign governments under section 892. ▶ | | |

**Designation of Tax Matters Partner** (see instructions)

Enter below the general partner or member-manager designated as the tax matters partner (TMP) for the tax year of this return:

| Name of designated TMP ▶ STUART FROST | Identifying number of TMP ▶ 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 |
|---|---|
| If the TMP is an entity, name of TMP representative ▶ | Phone number of TMP ▶ 949-373-9643 |
| Address of designated TMP ▶ 120 VANTIS, SUITE 570 ALISO VIEJO, CA 92656 | |

Form **1065** (2014)

411021
01-07-15

3

10380402 791540 FROSTVPGPLLC   2014.03010 FROST VENTURE PARTNERS GP,   FROSTVP1

Exhibit 61
Page 734

KP000992

Form 1065 (2014)   FROST VENTURE PARTNERS GP, LLC                    46-2756437   Page 4

| | Schedule K | Partners' Distributive Share Items | | Total amount |
|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary business income (loss) (page 1, line 22) | 1 | 109,204. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a | Other gross rental income (loss) | 3a | |
| | b | Expenses from other rental activities (attach statement) | 3b | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 | Guaranteed payments | 4 | |
| | 5 | Interest income | 5 | |
| | 6 | Dividends: a Ordinary dividends | 6a | |
| | | b Qualified dividends | 6b | |
| | 7 | Royalties | 7 | |
| | 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 8 | |
| | 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 9a | |
| | b | Collectibles (28%) gain (loss) | 9b | |
| | c | Unrecaptured section 1250 gain (attach statement) | 9c | |
| | 10 | Net section 1231 gain (loss) (attach Form 4797) | 10 | |
| | 11 | Other income (loss) (see instructions) Type ▶ | 11 | |
| Deductions | 12 | Section 179 deduction (attach Form 4562) | 12 | |
| | 13a | Contributions | 13a | |
| | b | Investment interest expense | 13b | |
| | c | Section 59(e)(2) expenditures: (1) Type ▶ (2) Amount ▶ | 13c(2) | |
| | d | Other deductions (see instructions) Type ▶ | 13d | |
| Self-Employ-ment | 14a | Net earnings (loss) from self-employment | 14a | |
| | b | Gross farming or fishing income | 14b | |
| | c | Gross nonfarm income | 14c | |
| Credits | 15a | Low-income housing credit (section 42(j)(5)) | 15a | |
| | b | Low-income housing credit (other) | 15b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 15c | |
| | d | Other rental real estate credits (see instructions) Type ▶ | 15d | |
| | e | Other rental credits (see instructions) Type ▶ | 15e | |
| | f | Other credits (see instructions) Type ▶ | 15f | |
| Foreign Transactions | 16a | Name of country or U.S. possession ▶ | | |
| | b | Gross income from all sources | 16b | |
| | c | Gross income sourced at partner level | 16c | |
| | | Foreign gross income sourced at partnership level | | |
| | d | Passive category ▶ e General category ▶ f Other ▶ | 16f | |
| | | Deductions allocated and apportioned at partner level | | |
| | g | Interest expense ▶ h Other ▶ | 16h | |
| | | Deductions allocated and apportioned at partnership level to foreign source income | | |
| | i | Passive category ▶ j General category ▶ k Other ▶ | 16k | |
| | l | Total foreign taxes (check one): ▶ Paid ☐ Accrued ☐ | 16l | |
| | m | Reduction in taxes available for credit (attach statement) | 16m | |
| | n | Other foreign tax information (attach statement) | | |
| Alternative Minimum Tax (AMT) Items | 17a | Post-1986 depreciation adjustment | 17a | |
| | b | Adjusted gain or loss | 17b | |
| | c | Depletion (other than oil and gas) | 17c | |
| | d | Oil, gas, and geothermal properties - gross income | 17d | |
| | e | Oil, gas, and geothermal properties - deductions | 17e | |
| | f | Other AMT items (attach statement) | 17f | |
| Other Information | 18a | Tax-exempt interest income | 18a | |
| | b | Other tax-exempt income | 18b | |
| | c | Nondeductible expenses | 18c | |
| | 19a | Distributions of cash and marketable securities | 19a | 105,000. |
| | b | Distributions of other property | 19b | |
| | 20a | Investment income | 20a | |
| | b | Investment expenses | 20b | |
| | c | Other items and amounts (attach statement) | | |

411041
01-07-15                                                                          Form 1065 (2014)

4

10380402 791540 FROSTVPGPLLC   2014.03010 FROST VENTURE PARTNERS GP,   FROSTVP1

Exhibit 61
Page 735

KP000993

Form 1065 (2014)    FROST VENTURE PARTNERS GP, LLC                                          46-2756437    Page 5

## Analysis of Net Income (Loss)

| 1 Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16 | | | | 1 | 109,204. |

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | | | |
| b Limited partners | | | 109,204. | | | |

## Schedule L   Balance Sheets per Books

| Assets | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
| | (a) | (b) | (c) | (d) |
| 1 Cash | | | | 3,304. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach statement) | | | | |
| 7a Loans to partners (or persons related to partners) | | | | |
| b Mortgage and real estate loans | | | | |
| 8 Other investments (attach statement) | STATEMENT 3 | 6,131,234. | | 6,094,554. |
| 9a Buildings and other depreciable assets | | | | |
| b Less accumulated depreciation | | | | |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets (attach statement) | | | | |
| 14 Total assets | | 6,131,234. | | 6,097,858. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach statement) | | | | |
| 18 All nonrecourse loans | | | | |
| 19a Loans from partners (or persons related to partners) | | | | |
| b Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities (attach statement) | | | | |
| 21 Partners' capital accounts | | 6,131,234. | | 6,097,858. |
| 22 Total liabilities and capital | | 6,131,234. | | 6,097,858. |

## Schedule M-1   Reconciliation of Income (Loss) per Books With Income (Loss) per Return
Note. The partnership may be required to file Schedule M-3 (see instructions).

| | | | | | |
|---|---|---|---|---|---|
| 1 Net income (loss) per books | 71,624. | 8 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | | |
| 2 Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | | a Tax-exempt interest $ | | |
| 3 Guaranteed payments (other than health insurance) | | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize): | | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize): | | | a Depreciation $ | | |
| STMT 5 | 37,580. | | | | |
| a Depreciation $ | | 8 | Add lines 6 and 7 | | |
| b Travel and entertainment $ | 37,580. | 9 | Income (loss) (Analysis of Net Income (Loss), | | |
| 5 Add lines 1 through 4 | 109,204. | | line 1). Subtract line 8 from line 5 | | 109,204. |

## Schedule M-2   Analysis of Partners' Capital Accounts

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year | 6,131,234. | 6 | Distributions: a Cash | 105,000. |
| 2 Capital contributed: a Cash | | | b Property | |
| b Property | | 7 | Other decreases (itemize): | |
| 3 Net income (loss) per books | 71,624. | | | |
| 4 Other increases (itemize): | | 8 | Add lines 6 and 7 | 105,000. |
| 5 Add lines 1 through 4 | 6,202,858. | 9 | Balance at end of year. Subtract line 8 from line 5 | 6,097,858. |

411045
01-07-15

5                                                                              Form 1065 (2014)

10380402 791540 FROSTVPGPLLC    2014.03010 FROST VENTURE PARTNERS GP,    FROSTVP1

Exhibit 61
Page 736

KP000994

SCHEDULE B-1
(Form 1065)
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Information on Partners Owning 50% or More of the Partnership

► Attach to Form 1065. See instructions.

OMB No. 1545-0099

Name of partnership

FROST VENTURE PARTNERS GP, LLC

Employer identification number

46-2756437

## Part I  Entities Owning 50% or More of the Partnership (Form 1065, Schedule B, Question 3a)

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| MSG GROUP INVESTMENTS, INC. | 46-2767792 | CORPORATION | UNITED STATES | 99.60 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Part II  Individuals or Estates Owning 50% or More of the Partnership (Form 1065, Schedule B, Question 3b)

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| STUART FROST | 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 | UNITED STATES | 62.50 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

LHA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.          Schedule B-1 (Form 1065) (Rev. 12-2011)

424851
05-01-14

6

10380402 791540 FROSTVPGPLLC  2014.03010 FROST VENTURE PARTNERS GP,  FROSTVP1

Exhibit 61
Page 737

KP000995

FROST VENTURE PARTNERS GP, LLC                                    46-2756437

| FORM 1065 | TAX EXPENSE | STATEMENT 1 |
| --- | --- | --- |

| DESCRIPTION | AMOUNT |
| --- | --- |
| CALIFORNIA TAXES - BASED ON INCOME | 800. |
| TOTAL TO FORM 1065, LINE 14 | 800. |

| FORM 1065 | OTHER DEDUCTIONS | STATEMENT 2 |
| --- | --- | --- |

| DESCRIPTION | AMOUNT |
| --- | --- |
| ADVERTISING | 45,857. |
| LEGAL AND PROFESSIONAL FEES | 38,951. |
| TRAVEL | 522,379. |
| TOTAL TO FORM 1065, LINE 20 | 607,187. |

| SCHEDULE L | OTHER INVESTMENTS | STATEMENT 3 |
| --- | --- | --- |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| --- | --- | --- |
| INVESTMENT IN FROST VP EARLY STAGE FUND II, LP | 6,131,234. | 6,094,554. |
| TOTAL TO SCHEDULE L, LINE 8 | 6,131,234. | 6,094,554. |

7                              STATEMENT(S) 1, 2, 3
10380402 791540 FROSTVPGPLLC   2014.03010 FROST VENTURE PARTNERS GP,   FROSTVP1

Exhibit 61
Page 738

KP000996

FROST VENTURE PARTNERS GP, LLC                                    46-2756437

| FORM 1065 | | PARTNERS' CAPITAL ACCOUNT SUMMARY | | | STATEMENT 4 |
| --- | --- | --- | --- | --- | --- |
| PARTNER NUMBER | BEGINNING CAPITAL | CAPITAL CONTRIBUTED | SCHEDULE M-2 LNS 3, 4 & 7 | WITH- DRAWALS | ENDING CAPITAL |
| 1 | 79,521. | | -65,606. | | 13,915. |
| 2 | 37,809. | | 32,802. | 60,000. | 10,611. |
| 3 | 13,904. | | 31,096. | 45,000. | 0. |
| 4 | 6,000,000. | | 73,332. | | 6,073,332. |
| TOTAL | 6,131,234. | | 71,624. | 105,000. | 6,097,858. |

STATEMENT(S) 4
10380402 791540 FROSTVPGPLLC   2014.03010 FROST VENTURE PARTNERS GP,  FROSTVP1

Exhibit 61
Page 739

KP000997

FROST VENTURE PARTNERS GP, LLC                                46-2756437

SCHEDULE M-1   EXPENSES RECORDED ON BOOKS NOT DEDUCTED IN RETURN  STATEMENT   5

| DESCRIPTION | AMOUNT |
|---|---|
| UNREALIZED LOSS | 36,680. |
| STATE/CITY INCOME TAX | 900. |
| TOTAL TO SCHEDULE M-1, LINE 4 | 37,580. |

Exhibit 61
Page 740

KP000998

651113

| Schedule K-1 (Form 1065) | | **2014** | | Final K-1 | Amended K-1 | OMB No. 1545-0123 |
|---|---|---|---|---|---|---|

| Schedule K-1<br>(Form 1065)<br>Department of the Treasury<br>Internal Revenue Service<br><br>**Partner's Share of Income, Deductions, Credits, etc.** | **2014**<br>For calendar year 2014, or tax<br>year beginning _____<br>ending _____<br><br>▶ See separate instructions. |
|---|---|

**Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | |
|---|---|---|---|
| 1 Ordinary business income (loss) | 4,204. | 15 Credits | |
| 2 Net rental real estate income (loss) | | | |
| 3 Other net rental income (loss) | | 16 Foreign transactions | |
| 4 Guaranteed payments | | | |
| 5 Interest income | | | |
| 6a Ordinary dividends | | | |
| 6b Qualified dividends | | 17 Alternative min tax (AMT) items | |
| 7 Royalties | | | |
| 8 Net short-term capital gain (loss) | | 18 Tax-exempt income and nondeductible expenses | |
| 9a Net long-term capital gain (loss) | | | |
| 9b Collectibles (28%) gain (loss) | | 19 Distributions | |
| 9c Unrecaptured sec 1250 gain | | 20 Other information | |
| 10 Net section 1231 gain (loss) | | | |
| 11 Other income (loss) | | | |
| 12 Section 179 deduction | | | |
| 13 Other deductions | | | |
| 14 Self-employment earnings (loss) | | | |

**Part I    Information About the Partnership**

**A** Partnership's employer identification number
46-2756437

**B** Partnership's name, address, city, state, and ZIP code

FROST VENTURE PARTNERS GP, LLC
120 VANTIS, SUITE 570
ALISO VIEJO, CA 92656

**C** IRS Center where partnership filed return
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II    Information About the Partner**

**E** Partner's identifying number
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

**F** Partner's name, address, city, state, and ZIP code

STUART FROST
14 O'HILL RIDGE
LAGUNA NIGUEL, CA 92677

**G** ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here  ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 62.5000000% | VARIOUS% |
| Loss | 62.5000000% | VARIOUS% |
| Capital | 0.1661130% | 0.2281949% |

**K** Partner's share of liabilities at year end:

| | | |
|---|---|---|
| Nonrecourse | $ | |
| Qualified nonrecourse financing | $ | |
| Recourse | $ | 0. |

*See attached statement for additional information.

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $  79,521. |
| Capital contributed during the year | $ |
| Current year increase (decrease) | $  -65,606. |
| Withdrawals & distributions | $( ) |
| Ending capital account | $  13,915. |

☐ Tax basis    ☒ GAAP    ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes    ☒ No
If "Yes", attach statement (see instructions)

For IRS Use Only

11-24-14 LHA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.    IRS.gov/form1065    Schedule K-1 (Form 1065) 2014

10                                                                                      1

10380402 791540 FROSTVPGPLLC  2014.03010 FROST VENTURE PARTNERS GP,  FROSTVP1

Exhibit 61
Page 741

KP000999

2

651113

| Schedule K-1 (Form 1065) | **2014** For calendar year 2014, or tax | ☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123 |
|---|---|---|

Department of the Treasury
Internal Revenue Service        year beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.** ► See separate instructions.

**Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | |
|---|---|---|
| 1 Ordinary business income (loss) 60,000. | 15 Credits | |
| 2 Net rental real estate income (loss) | | |
| | | 16 Foreign transactions |
| 3 Other net rental income (loss) | | |

**Part I  Information About the Partnership**

A Partnership's employer identification number
46-2756437

B Partnership's name, address, city, state, and ZIP code

FROST VENTURE PARTNERS GP, LLC
120 VANTIS, SUITE 570
ALISO VIEJO, CA  92656

C IRS Center where partnership filed return
E-FILE

D ☐ Check if this is a publicly traded partnership (PTP)

| | |
|---|---|
| 4 Guaranteed payments | |
| 5 Interest income | |
| 6a Ordinary dividends | |
| 6b Qualified dividends | 17 Alternative min tax (AMT) items |
| 7 Royalties | |
| 8 Net short-term capital gain (loss) | 18 Tax-exempt income and nondeductible expenses |

**Part II  Information About the Partner**

E Partner's identifying number
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

F Partner's name, address, city, state, and ZIP code

JOHN VIGOUROUX
23781 VIA ROBLE
COTO DE CAZA, CA  92679

G ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

H ☒ Domestic partner   ☐ Foreign partner

I1 What type of entity is this partner?  INDIVIDUAL

I2 If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

J Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 25.0000000% | VARIOUS% |
| Loss | 25.0000000% | VARIOUS% |
| Capital | 0.1661130% | 0.1740119% |

K Partner's share of liabilities at year end:
Nonrecourse ........................ $ _____
Qualified nonrecourse financing ........ $ _____
Recourse ........................... $          0.

L Partner's capital account analysis:
Beginning capital account ............. $      37,809.
Capital contributed during the year .... $ _____
Current year increase (decrease) ....... $      32,802.
Withdrawals & distributions ............ $(     60,000.)
Ending capital account ................. $      10,611.

☐ Tax basis   ☒ GAAP   ☐ Section 704(b) book
☐ Other (explain)

M Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes", attach statement (see instructions)

| | |
|---|---|
| 9a Net long-term capital gain (loss) | |
| 9b Collectibles (28%) gain (loss) | 19 Distributions A         60,000. |
| 9c Unrecaptured sec 1250 gain | 20 Other information |
| 10 Net section 1231 gain (loss) | |
| 11 Other income (loss) | |
| 12 Section 179 deduction | |
| 13 Other deductions | |
| 14 Self-employment earnings (loss) | |

*See attached statement for additional information.

For IRS Use Only

11-24-14  LHA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.     IRS.gov/form1065     Schedule K-1 (Form 1065) 2014

11

10380402 791540 FROSTVPGPLLC   2014.03010 FROST VENTURE PARTNERS GP,   FROSTVP1

2

Exhibit 61
Page 742

KP001000

3

651113

| Schedule K-1 (Form 1065) **2014** Department of the Treasury Internal Revenue Service | | ☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123 |
|---|---|---|

For calendar year 2014, or tax

year beginning _____

ending _____

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See separate instructions.

**Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | |
|---|---|---|---|
| **1** Ordinary business income (loss) | 45,000. | **15** Credits | |
| **2** Net rental real estate income (loss) | | | |
| | | **16** Foreign transactions | |
| **3** Other net rental income (loss) | | | |
| **4** Guaranteed payments | | | |
| **5** Interest income | | | |
| **6a** Ordinary dividends | | | |
| | | **17** Alternative min tax (AMT) items | |
| **6b** Qualified dividends | | | |
| **7** Royalties | | | |
| | | **18** Tax-exempt income and nondeductible expenses | |
| **8** Net short-term capital gain (loss) | | | |
| **9a** Net long-term capital gain (loss) | | | |
| **9b** Collectibles (28%) gain (loss) | | **19** Distributions   A   45,000. | |
| **9c** Unrecaptured sec 1250 gain | | | |
| | | **20** Other information | |
| **10** Net section 1231 gain (loss) | | | |
| **11** Other income (loss) | | | |
| **12** Section 179 deduction | | | |
| **13** Other deductions | | | |
| **14** Self-employment earnings (loss) | | | |

**Part I   Information About the Partnership**

**A** Partnership's employer identification number
46-2756437

**B** Partnership's name, address, city, state, and ZIP code

FROST VENTURE PARTNERS GP, LLC
120 VANTIS, SUITE 570
ALISO VIEJO, CA  92656

**C** IRS Center where partnership filed return
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II   Information About the Partner**

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

JACK KREINDLER
UNIT 3-4 ORCHARD MEWS, 42 ORCHARD RD
LONDON  N6 5TR UNITED KINGDOM

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☐ Domestic partner   ☒ Foreign partner

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 12.5000000% | VARIOUS% |
| Loss | 12.5000000% | VARIOUS% |
| Capital | 0.0000000% | 0.0000000% |

**K** Partner's share of liabilities at year end:

Nonrecourse ............. $ _____
Qualified nonrecourse financing ...... $ _____
Recourse ............. $ 0.

**L** Partner's capital account analysis:

Beginning capital account ......... $ 13,904.
Capital contributed during the year ...... $ _____
Current year increase (decrease) ...... $ 31,096.
Withdrawals & distributions ...... $( 45,000.)
Ending capital account ......... $ 0.

☐ Tax basis   ☒ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes", attach statement (see instructions)

*See attached statement for additional information.

For IRS Use Only

For Paperwork Reduction Act Notice, see Instructions for Form 1065.   IRS.gov/form1065   Schedule K-1 (Form 1065) 2014

12

3

10380402 791540 FROSTVPGPLLC   2014.03010 FROST VENTURE PARTNERS GP,   FROSTVP1

Exhibit 61
Page 743

KP001001

4

651113

**Schedule K-1**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

**2014**

For calendar year 2014, or tax
year beginning _____
ending _____

**Partner's Share of Income, Deductions, Credits, etc.** ► See separate instructions.

| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |
|---|---|---|

**Part III** **Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| Part I Information About the Partnership | |
|---|---|

**A** Partnership's employer identification number
46-2756437

**B** Partnership's name, address, city, state, and ZIP code

FROST VENTURE PARTNERS GP, LLC
120 VANTIS, SUITE 570
ALISO VIEJO, CA  92656

**C** IRS Center where partnership filed return
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

| Part II Information About the Partner | |
|---|---|

**E** Partner's identifying number
46-2767792

**F** Partner's name, address, city, state, and ZIP code

MSG GROUP INVESTMENTS, INC.
C/O GEMS, 333 CITY BLVD WEST, STE1700
ORANGE, CA  92868

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I1** What type of entity is this partner?  CORPORATION
**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 0.0000000% | VARIOUS% |
| Loss | 0.0000000% | VARIOUS% |
| Capital | 99.6677740% | 99.5977932% |

**K** Partner's share of liabilities at year end:

| | |
|---|---|
| Nonrecourse | $ |
| Qualified nonrecourse financing | $ |
| Recourse | $ 0. |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ 6,000,000. |
| Capital contributed during the year | $ |
| Current year increase (decrease) | $ 73,332. |
| Withdrawals & distributions | $( ) |
| Ending capital account | $ 6,073,332. |

☐ Tax basis  ☒ GAAP  ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes  ☒ No
If "Yes", attach statement (see instructions)

| | |
|---|---|
| **1** Ordinary business income (loss)  0. | **15** Credits |
| **2** Net rental real estate income (loss) | |
| **3** Other net rental income (loss) | **16** Foreign transactions |
| **4** Guaranteed payments | |
| **5** Interest income | |
| **6a** Ordinary dividends | |
| **6b** Qualified dividends | **17** Alternative min tax (AMT) items |
| **7** Royalties | |
| **8** Net short-term capital gain (loss) | **18** Tax-exempt income and nondeductible expenses |
| **9a** Net long-term capital gain (loss) | |
| **9b** Collectibles (28%) gain (loss) | **19** Distributions |
| **9c** Unrecaptured sec 1250 gain | |
| **10** Net section 1231 gain (loss) | **20** Other information |
| **11** Other income (loss) | |
| **12** Section 179 deduction | |
| **13** Other deductions | |
| **14** Self-employment earnings (loss) | |

*See attached statement for additional information.

For IRS Use Only

11-24-14 LHA **For Paperwork Reduction Act Notice, see Instructions for Form 1065.**    IRS.gov/form1065    Schedule K-1 (Form 1065) 2014

13    4

Exhibit 61
Page 744

KP001002

# EXHIBIT 62

## Tom Giles

---

**From:**       Mark Lelinski <mark.lelinski@pinscriptive.com>
**Sent:**       Wednesday, July 27, 2016 8:37 AM
**To:**         Tom Giles
**Subject:**    Re: Pinscriptive Incubator charges

DST will be PISSED if they find out you gave us $500K and within days we used $200K to pay Frost for "phantom past debt". This will kill their trust. Marc is a board member.

Sent from my iPhone

On Jul 27, 2016, at 10:22 AM, Tom Giles <tom@frostdatacapital.com> wrote:

> Bill
>
> We need to discuss this
>
>
>
> Tom Giles
>
> General Partner Healthcare
>
> Frost Data Capital
>
> www.frostdatacapital.com
>
> tom@frostdatacapital.com
>
> 858-449-8131
>
>
>
> Sent from my T-Mobile 4G LTE Device
>
>
>
> -------- Original message --------
> From: Bill Guerry <bill@frostdatacapital.com>
> Date: 7/27/16 8:20 AM (GMT-08:00)
> To: Mark Lelinski <mark.lelinski@pinscriptive.com>
> Cc: Tom Giles <tom@frostdatacapital.com>, John Vigouroux <john@frostdatacapital.com>,
> Stuart Frost <stuart@frostdatacapital.com>
> Subject: Pinscriptive Incubator charges
>
> Mark,

28

Exhibit 62
Page 745

**Exhibit 936**
F 0206900 (Confidential)

Attached you will find a listing of the amounts owed by the Company to Frost for loans and notes to Frost Data Capital. With the current funding, the incubator would like to get this paid. Attached you will see what I have proposed for immediate payment ($187,584) with the balance ($82,200) to be paid later (possibly when Presbyterian Health Systems invests.) Can you please approve this payment? I would like to make payment this morning. If you have any questions, please let me know.

Thanks,

Bill

Exhibit 62
Page 746

F 0206901 (Confidential)

# EXHIBIT 63

# FROST FUND III, L.P.

## FINANCIAL STATEMENTS FOR THE PERIOD

## FROM AUGUST 26, 2015 (INCEPTION) TO DECEMBER 31, 2016



EXHIBIT
948
A. Bullock
9-29-17
G. Kennamer CSR CCRR

1

Exhibit 63
Page 747

# FROST FUND III, L.P. CONTENTS

Independent Auditors' Report .................................................................................................. 1-2

**Financial Statements**

Statement of Financial Condition ................................................................. 3
Schedule of Investments ......................................................................... 4-5
Statement of Operations ......................................................................... 6
Statement of Changes in Partners' Capital ......................................... 7
Statement of Cash Flows ......................................................................... 8

Notes to Financial Statements ................................................................. 9-24

2

Exhibit 63
Page 748

## INDEPENDENT AUDITORS' REPORT

To the Partners of
Frost Fund III, L.P.

### Report on the Financial Statements

We have audited the accompanying statement of financial condition of Frost Fund III, L.P. (the "Fund"), including the schedule of investments, as of December 31, 2016, and the related statements of operations, changes in partners' capital and cash flows for the period from August 26, 2016 (Inception) to December 31, 2016, and the related notes to the financial statements.

### Management's Responsibility for the Financial Statements

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

### Auditors' Responsibility

Our responsibility is to express an opinion on these financial statements based on our audit. We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditors' judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

3

Exhibit 63
Page 749

### Opinion

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of Frost Fund III, L.P. as of December 31, 2015, and the results of its operations, changes in its partners' capital and its cash flows for the year then ended.

Irvine, CA

April ___, 2017

4

Exhibit 63
Page 750

**FROST FUND III, L.P.**
**STATEMENT OF FINANCIAL CONDITION**
**DECEMBER 31, 2016**

| | |
|---|---:|
| Cash | $1,636,150 |
| Interest Receivable and other accounts receivable | 139,281 |
| Prepaid expenses and other current assets | 14,428 |
| Total current assets | 1,789,859 |
| | |
| Investments in portfolio companies (cost $10,245,894) | 8,796,674 |
| | |
| TOTAL ASSETS | $10,586,533 |

LIABILITIES AND PARTNERS' EQUITY

| | |
|---|---:|
| Accounts payable and accrued expenses | $44,929 |
| Total current liabilities | 44,929 |
| | |
| Partnership Interests | 13,440,000 |
| Retained earnings | (2,898,396) |
| Total Partners' equity | 10,541,604 |
| | |
| TOTAL LIABILITIES AND PARTNERS' EQUITY | $10,586,533 |

*Confidential information governed by the Fund's Limited Partnership Agreement. The accompanying notes are an integral part of these financial statements.*

5

Exhibit 63
Page 751

## FROST FUND III, L.P.
## SCHEDULE OF INVESTMENTS
## DECEMBER 31, 2016

| | Shares or Principal Amount | Cost | Fair Value | Percent of Partners' Capital |
|---|---|---|---|---|
| **Investments in Private Operating Companies:** | | | | |
| **United States:** | | | | |
| | | | | |
| **Series A-2 Preferred Stock** | | | | |
| Sentrian, Inc. | 2,143,277 | 497,712 | 497,712 | 4.72% |
| | | | | |
| **Seed C Preferred Stock** | | | | |
| NarrativeWave, Inc. | 167,546 | 37,105 | 53,563 | 0.51% |
| | | | | |
| **Seed B Preferred Stock** | | | | |
| AdaptiveWell Technologies. | 230,056 | 270,005 | 270,005 | 2.56% |
| Exara, Inc. | 364,399 | 333,002 | 333,002 | 3.16% |
| MindShare Medical, Inc. | 534,352 | 499,005 | 181,386 | 1.72% |
| NarrativeWave, Inc. | 700,968 | 652,005 | 348,409 | 3.31% |
| OspreyData, Inc. | 728,901 | 965,007 | 405,494 | 3.85% |
| PingThings, Inc. | 146,183 | 124,998 | 39,515 | 0.37% |
| Pinscriptive, Inc. | 1,225,482 | 1,340,005 | 1,340,005 | 12.71% |
| Tellit Health, Inc. | 472,691 | 470,006 | 470,006 | 4.46% |
| ThinkIQ | 609,633 | 517,005 | 517,005 | 4.90% |
| Veracity Security Intelligence, Inc. | 514,585 | 540,007 | 297,361 | 2.82% |
| Total Seed B Preferred Stock | 5,527,050 | 5,711,049 | 4,202,188 | 39.86% |
| | | | | |
| **Seed Preferred Stock:** | | | | |
| Frost Newco25, Inc. | - | 250,000 | 250,000 | 2.37% |
| Frost Newco27, Inc. | - | 250,000 | 250,000 | 2.37% |
| Pinscriptive, Inc. | 200,001 | 140,001 | 177,891 | 1.69% |
| Swarm Engineering, Inc. | 416,667 | 375,000 | 375,000 | 3.56% |
| ThinkIQ | 35,714 | 25,000 | 30,288 | 0.29% |
| Total Seed Preferred Stock | 652,382 | 1,040,001 | 1,083,179 | 10.28% |
| | | | | |
| **Convertible Notes** | | | | |
| Exara, Inc. | $ 314,000 | 314,000 | 314,000 | 2.98% |
| SourceThought | $ 488,000 | 488,000 | 488,000 | 4.63% |
| Tellit Health, Inc. | $ 103,000 | 103,000 | 103,000 | 0.98% |
| ThinkIQ | $ 42,000 | 42,000 | 42,000 | 0.40% |
| Ubix Labs, Inc. | $ 1,759,000 | 1,759,000 | 1,759,000 | 16.69% |
| Total Convertible Notes | | 2,706,000 | 2,706,000 | 25.67% |
| | | | | |
| **Promissory Notes** | | | | |
| SourceThought | 250,000 | 249,810 | 249,810 | 2.37% |
| | | | | |
| **Warrants** | | | | |
| NarrativeWave, Inc. | 10,000 | 527 | 527 | 0.01% |
| SourceThought | 50,000 | 3,596 | 3,596 | 0.03% |
| Total Warrants | | 4,124 | 4,124 | 0.04% |
| | | | | |
| **Total Investments** | | 10,245,894 | 8,796,574 | 83.45% |

(i) All investments of Frost Fund III, L.P. are in software technology companies.

(ii) The Fund holds 12 convertible notes with Exara, Inc. The notes have annual interest rates ranging from 6% to 15% and maturity dates ranging from September 30, 2017 to December 13, 2017.

(iii) The Fund holds 16 convertible notes with SourceThought, Inc. All notes have an annual interest rate of 6% and maturity dates ranging from September 30, 2017 to December 28, 2017.

(iv) The Fund holds two promissory notes with SourceThought, Inc. All notes have an annual interest rate of 8% and mature within 10 days after a Qualified Financing as defined in the note agreement. Each note was issued with warrants to purchase commons stock.

(v) The Fund holds 10 convertible notes with Tellit Health, Inc. All notes have an annual interest rate of 6%, one-year terms, and maturity dates ranging from August 11, 2017 to December 28, 2017.

(vi) The Fund holds one convertible note with ThinkIQ, Inc. The note has an annual interest rate of 6%, one-year term, and maturity of August 11, 2017.

6

Exhibit 63
Page 752

*Confidential information governed by the Fund's Limited Partnership Agreement. The accompanying notes are an integral part of these financial statement*

7

Exhibit 63
Page 753

**FROST FUND III, L.P.**
**STATEMENT OF OPERATIONS**
**FOR THE PERIOD FROM AUGUST 26, 2015 (INCEPTION) TO DECEMBER 31, 2016**

EXPENSES:

| | | |
|---|---|---|
| Management fee | $ | 505,042 |
| Accounting and audit costs | | 41,895 |
| Analyst subscription and fees | | 12,500 |
| Insurance | | 53,552 |
| Legal and professional fees | | 51,454 |
| Other | | 2,252 |
| Total expenses | | 666,695 |

OTHER INCOME:

| | |
|---|---|
| Interest income | 140,519 |
| Unrealized gain(loss) | (1,449,220) |
| Realized (loss) | (923,000) |
| Total Other Income (Loss) | (2,231,701) |

| | |
|---|---|
| NET LOSS | $ (2,898,396) |

*Confidential information governed by the Fund's Limited Partnership Agreement. The accompanying notes are an integral part of these financial statements.*

8

Exhibit 63
Page 754

**FROST FUND III, L.P.**
**STATEMENT OF CHANGES IN PARTNERS' CAPITAL**
**FOR THE PERIOD FROM AUGUST 26, 2015 (INCEPTION) TO DECEMBER 31, 2016**

|  | General Partner | Limited Partners | Total Partners' Capital |
|---|---|---|---|
| Partners' Capital - August 26, 2015 (Inception) | $ - | $ - | $ - |
| Partner contributions | 190,000 | 13,250,000 | 13,440,000 |
| Net investment income (loss), excluding management | (13,347) | (930,787) | (944,134) |
| Management fees | - | (505,042) | (505,042) |
| Allocation of carried interest | - | - | - |
| Net realized and unrealized gain on investments | (20,487) | (1,428,733) | (1,449,220) |
| Partners' Capital - December 31, 2015 | $ 156,166 | $ 10,385,438 | $ 10,541,604 |

*Confidential information governed by the Fund's Limited Partnership Agreement. The accompanying notes are an integral part of these financial statements.*

9

Exhibit 63
Page 755

**FROST FUND III, L.P.**
**STATEMENT OF CASH FLOWS**
**FOR THE PERIOD FROM AUGUST 26, 2015 (INCEPTION) TO DECEMBER 31, 2016**

**Cash Flows From Operating Activities**

| | |
|---|---:|
| Net loss | $ (2,898,396) |
| | |
| Adjustments to reconcile net income to net cash used in operating activities: | |
| Purchase of investments | (11,165,388) |
| Realized loss | 923,000 |
| Net change in unrealized loss on investments | 1,449,220 |
| Accretion of discount on notes | (3,506) |
| Changes in operating assets and liabilities: | |
| Interest receivable and other accounts receivable | (139,281) |
| Prepaid expenses and other assets | (14,427) |
| Accounts payable and accrued expenses | 44,928 |
| Total adjustments | (10,401,975) |
| **Net Cash Used in Operating Activities** | (11,803,850) |
| | |
| **Cash Flows From Financing Activities** | |
| Partner contributions | 13,440,000 |
| **Net Cash Provided by Financing Activities** | 13,440,000 |
| | |
| Net Increase in Cash | 1,636,150 |
| Cash – August 16, 2015 (Inception) | – |
| Cash – December 31, 2016 | $ 1,636,150 |

*Confidential information governed by the Fund's Limited Partnership Agreement. The accompanying notes are an integral part of these financial statements.*

10

Exhibit 63
Page 756

## NOTE 1 - THE FUND

### BACKGROUND

Frost Fund III, L.P. (the "Fund") was formed on August 26, 2015 in the state of Delaware. The Fund's principal place of business is Orange County, CA. The Fund is managed by Frost Fund III GP, LLC (the "General Partner").

The purpose of the Fund is to make venture capital investments, principally by investing in equity or equity oriented securities of companies created by Frost Data Capital, LLC (the "Incubator") an early stage venture organization and technology incubator. The purpose of the Incubator is to incubate and foster ideas for the portfolio companies, serve as a back office and provide operational support for its incubated companies and serve as board members and advisors for the portfolio companies. Also, the Incubator and its employees generally will own the majority of the founder's stock in these portfolio companies. The Incubator is a single member limited liability company whose sole member is the Managing Partner of the General Partner.

Capital commitments to the Fund total $23,440,000. As of December 31, 2016, $13,440,000 has been funded by the General and Limited Partners. The remaining uncalled capital shall be funded by a corporate strategic investor, in their sole discretion in annual increments of $5 million in July 2017 and July 2018. Pursuant to the Fund's Limited Partnership Agreement ("the Agreement"), additional capital may be called through May 29, 2017. Additional capital calls may be made after this date to pay for Fund operating expenses, if necessary. The Fund is expected to continue until November 30, 2025 which is the 10 year anniversary following its effective date, subject to extension of up to two years at the election of the General Partner.

The Fund commenced operations on October 15, 2015 when the first capital contribution was made and the first investment by the Fund was made.

The Fund is a successor fund related to Frost VP Seed, LLC, Frost VP Seed International, LLC and Frost Early Stage Fund II, LP. All of these funds have been established in the United States of America. All three funds were created with the intent of investing only in the private operating companies created by the Incubator.

### CONCENTRATION OF LIMITED PARTNERS

As of December 31, 2016, one corporate strategic investor represented approximately 37% of partners' capital in the Fund.

## NOTE 2 - SIGNIFICANT ACCOUNTING POLICIES

### BASIS OF ACCOUNTING

The accompanying financial statements are presented in accordance with accounting principles generally accepted in the United States of America ("US GAAP").

11

Exhibit 63
Page 757

## NOTE 2 - SIGNIFICANT ACCOUNTING POLICIES (CONTINUED)

### BASIS OF ACCOUNTING (CONTINUED)

The Fund qualifies as an investment company, as defined in Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") Topic 946 Financial Services – Investment Companies and, therefore, is applying the specialized accounting and reporting guidance in ASC Topic 946.

### SUBSEQUENT EVENTS

Management has considered the circumstances under which the Fund should recognize or make disclosures regarding events or transactions occurring subsequent to the statement of financial condition date through April __, 2017 which represents the date the financial statements were available to be issued. Adjustments or additional disclosures, if any, have been included in these financial statements.

### CONCENTRATION RISK

The Fund participates in a limited number of portfolio investments and, as a consequence, the aggregate return of the Fund may be materially and adversely affected by the unfavorable performance of any single portfolio investment.

### CASH

At December 31, 2016, all cash was on deposit in demand accounts with one bank in an amount that was in excess of federally insured limits. The Fund does not believe it is exposed to any significant credit risk on cash and cash equivalents since it maintains its deposits with a major financial institution. The Fund did not have any cash equivalents as of December 31, 2016.

### PORTFOLIO VALUATION

All investments are recorded at their fair value as described in Note 3.

### LIQUIDITY RISK

The Fund's investments are in non-publicly traded companies. Accordingly, there is risk that the Fund may not be able to realize its investment objectives by sale or other disposition of investments at prices reflective of the Fund's current reported fair value.

12

Exhibit 63
Page 758

## NOTE 2 - SIGNIFICANT ACCOUNTING POLICIES (CONTINUED)

### INVESTEE RISK

The Fund is invested in technology companies. The value of the Fund's investment interests in such companies may be susceptible to factors affecting this industry and to a greater risk and market fluctuation than an investment in a fund that invests in a broader range of securities. The specific risks faced by such companies include:

- Rapidly changing science, technologies and customer adoption;
- Products or technologies that may quickly become obsolete;
- Competitive environment in recruitment of management, technical, research, and marketing personnel with appropriate training;
- Changes in legal and regulatory restrictions;
- The possibility of lawsuits related to patents and intellectual property; and
- The ability to attract sufficient capital.

### REVENUE RECOGNITION AND INVESTMENT INCOME/EXPENSE

Realized gains or losses on dispositions of investments represent the difference between the original cost of the investment and the proceeds received from the sale. Interest income represents interest earned on cash deposits and the Fund's investments in convertible and promissory notes. Interest income and Fund expenses are recorded on the accrual basis.

### INCOME TAXES

The Fund is a limited partnership, and, as such, its income or losses are reported on the returns of its partners. Accordingly, no provision for income taxes is reflected in the accompanying financial statements. The Fund is not subject to federal income taxes but is subject to an $800 minimum franchise tax imposed by the State of California.

For all open tax years and for all major taxing jurisdictions, the General Partner has concluded that the Fund is a pass-through entity and there are no uncertain tax positions that would require recognition in the financial statements.

If the Fund were to incur an income tax liability in the future, interest on any income tax liability would be reported as interest expense and penalties and any income tax liability would be reported as income taxes. No interest expense or penalties have been recognized as of or for period from August 26, 2915 (Inception) to December 31, 2016. The General Partner does not expect that its assessment regarding unrecognized tax benefits will materially change over the next 12 months.

13

Exhibit 63
Page 759

NOTE 2 - SIGNIFICANT ACCOUNTING POLICIES (CONTINUED)

*INCOME TAXES (CONTINUED)*

However, the General Partner's conclusions regarding uncertain tax positions may be subject to review and adjustment at a later date based upon ongoing analyses of tax laws, regulations and interpretations thereof as well as other factors including but not limited to, questioning the timing and amount of deductions, the nexus of income among various tax jurisdictions, compliance with U.S. and State income tax laws, and changes in the administrative practices and precedents of the relevant and foreign taxing authorities. Generally, Federal, State and Local authorities may examine the Fund's tax returns for three years from the date of filing and the current and prior year remain subject to examination as of December 31, 2016.

*USE OF ESTIMATES*

The preparation of financial statements in conformity with GAAP requires the General Partner to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

*DISTRIBUTIONS ACCRUED*

The Fund recognizes distributions as liabilities when the amount represents a fixed determinable obligation. This generally occurs when the Fund liquidates its investments. Distributions paid after December 31, 2016, but based upon the sale of its investments during the year ended December 31, 2016 would be reflected as distributions accrued. There were no such distributions recorded as of December 31, 2016.

The Fund follows a fair value hierarchy that distinguishes between market data obtained from independent sources (observable inputs) and the Fund's own market assumptions (unobservable inputs). These inputs are used in determining the value of the Fund's investments and are summarized in the following fair value hierarchy:

14

Exhibit 63
Page 760

### NOTE 3 -FAIR VALUE MEASUREMENTS

Level 1 - Valuations based on unadjusted quoted prices for investments in active markets (quoted prices from national exchanges) that the Fund has the ability to access at the measurement date.

Level 2 - Valuations based on inputs other than quoted prices in active markets, which are either directly or indirectly observable as of the reporting date.

Level 3 - Valuations based on inputs that are unobservable and significant to the overall fair value measurement. The inputs into the determination of fair value require significant management judgment or estimation.

In certain cases, the inputs used to measure fair value may fall into different levels of the fair value hierarchy. In such cases, an investment's level within the fair value hierarchy is based on the lowest level of input that is significant to the fair value measurement. The Fund's assessment of the significance of a particular input to the fair value measurement in its entirety requires judgment, and considers factors specific to the investment.

All of the Fund's investments have been classified within Level 3 as they have unobservable inputs and are not traded at all. Such Level 3 investments are all securities of private operating companies in the high technology sector, which is detailed at the Schedule of Investments.

Investments for which market quotations are not readily available are fair valued as determined by the General Partner. Fair value is a market-based measure considered from the perspective of a market participant rather than an entity-specific measure. Therefore, even when market assumptions are not readily available, the Fund's own assumptions are set to reflect those that market participants would use in pricing the asset or liability at the measurement date.

The Fund uses prices and inputs that are current as of the measurement date, including periods of market dislocation. In periods of market dislocation, the observability of prices and inputs may be reduced for many securities. This condition could cause a security to be reclassified to a lower level within the fair value hierarchy.

15

Exhibit 63
Page 761

## NOTE 3 - FAIR VALUE MEASUREMENTS (CONTINUED)

In determining the fair value of the Fund's investments that fall within Level 3 of the fair value hierarchy (which are comprised of equity/debt securities issued by private entities), the General Partner generally utilizes the following valuation techniques:

(1) market approach (which considers objective market indicators, typically the portfolio company's latest round of financing is used; however, the Fund will consider third party offers and portfolio company specific information) and other factors considered relevant and/or (2) income approach (which considers the portfolio company's projected operating performance to evaluate the objective information utilized under the market approach).

The General Partner uses valuation techniques it believes is most appropriate to estimate the fair value of the portfolio investments; however, considerable judgment is required in interpreting market data to develop the estimates of fair value.

Given the early stage of the portfolio companies, the transaction price or recent price of similar securities are typically the Fund's best estimate of fair value for the portfolio company. When evidence supports a carrying value different than the transaction price, adjustments would be made to reflect expected exit values (such as liquidation preferences). Ongoing reviews by the Fund's management are based on an assessment of each underlying investment, incorporating valuations that consider fund performance, market, and the evaluation of financing and sale transactions with third parties, among other factors.

There are inherent limitations in any estimation technique. The use of different assumptions and/or estimation methodologies may have a material effect on the estimated fair values. Accordingly, the estimates presented herein are not necessarily indicative of the amounts that could be realized in a current market exchange and there can be no assurance that the fair values for these investments will be fully realizable upon their ultimate disposition or reflective of future fair values. Because of the inherent uncertainty of valuation, the recommended values may differ significantly from values that would have been used had a ready market for the portfolio investments existed, and the differences could be material.

The inputs or methodology used for valuing investments are not an indication of the risk associated with investing in those securities.

The valuation techniques used to measure fair value for the year ended December 31, 2016 maximized the use of observable inputs and minimized the use of unobservable inputs.

16

Exhibit 63
Page 762

## NOTE 3 - FAIR VALUE MEASUREMENTS (CONTINUED)

The following is a reconciliation of Level 3 assets measured at fair value. Since observable and unobservable inputs may be used to determine the fair value of positions that the Fund has classified in the Level 3 category, unrealized gains and losses for assets within the Level 3 category may include changes in fair value that were attributable to both observable and unobservable inputs.

Changes in Level 3 assets measured at fair value are as follows:

| | | | Level 3 | | |
|---|---|---|---|---|---|
| | Preferred Stock | Convertible Notes | Promissory Notes | Warrants | Total |
| Balance – August 26, 2015 (Inception) | $        - | $        - | $        - | $        - | $        - |
| Purchases | 7,285,861 | 3,629,000 | 246,404 | 4,123 | 11,165,388 |
| Accretion of interest | | | 3,506 | | 3,506 |
| Realized losses | - | (923,000) | - | | (923,000) |
| Unrealized gains | (1,449,220) | - | - | | (1,449,220) |
| Balance - December 31, 2015 | $5,836,641 | $2,706,000 | $ 249,910 | $ 4,123 | $8,795,674 |

All net changes in realized and unrealized gains in the table above are reflected in the accompanying Statement of Operations. The net change in and unrealized gains relate to those financial instruments still held by the Fund at December 31, 2016.

During the period from August 26, 2015 (Inception) to December 31, 2016, the Fund did not have any transfers into or out of Level 3. The Fund's policy is to recognize transfers in and transfers out as of the actual date of the event or change in circumstances that caused the transfer.

### *VALUATION TECHNIQUES AND INPUTS*

### Investments in Private Operating Companies

The Fund's investments in private operating companies primarily consist of direct preferred seed and preferred stock and (together or individually "equity") investments. The transaction price, excluding transaction costs, is typically the General Partner's best estimate of fair value at inception. When evidence supports a change to the carrying value from the transaction price, adjustments would be made to reflect expected exit values in the investment's principal market under current market conditions.

Ongoing reviews by Fund management are based on assessment of each underlying investment from the inception date through the most recent valuation date. These assessments typically incorporate valuation techniques that consider the evaluation of financing and sale transactions with third parties including consideration of the last round of financing and liquidation preferences for participating securities; an income approach reflecting a discounted cash flow analysis using an appropriate risk-adjusted discount rate; and/or a market approach that includes comparative analysis of acquisition multiples and pricing multiples generated by market participants.

17

Exhibit 63
Page 763

18

Exhibit 63
Page 764

NOTE 3 - FAIR VALUE MEASUREMENTS (CONTINUED)

*VALUATION TECHNIQUES AND INPUTS (CONTINUED)*

**Investments in Private Operating Companies (continued)**

The Fund generally takes a two-stage approach to funding and valuing its early stage seed investments. If external validation through investment by unrelated parties is not available, the Fund bases its company valuation utilizing generally available venture capital investment metrics for software companies. The initial funding is considered higher risk reflects a substantial (typically 50% or more) discount from the average and median benchmarked pre-money valuations. Based upon its subjective evaluation of the business progress including but not limited to, market validation, customer traction, and the progress of technology development the Fund will make further seed investment at a valuation typically up to 10-15% less than the benchmarked pre-money valuations. Valuations in such instances are adjusted based on subsequent third party market validation or changes in the underlying business.

In certain instances, the Fund may determine it appropriate to use multiple valuation methodologies for a particular investment and estimate its fair value based on a weighted average or a selected outcome within a range of multiple valuation results. In certain instances, the Fund believes that the valuation of a particular investment should not be directly based upon the per share pricing of a subsequent round of financing from third parties. In these instances, if the implied value of the corporation (based upon the pricing of the financing) would provide sufficient liquidity for the ultimate return of the Fund's investment based on such pricing, the liquidation preference value of such investment is deemed to be more appropriate valuation for the Fund's investment

When using the market approach, the Fund would utilize the guideline company method of the market approach which involves selecting companies that are similar in size, operating strategy, market position and/or geographic location to the target company.

Inputs relied upon by the income approach would include annual projected cash flows for each investment through their respective investment horizons. Further, the cash flow assumption may be probability-weighted to reflect the risks associated with achieving expected performance levels across various business scenarios. Investments valued when using a market approach would utilize valuation multiples times the annual earnings before interest, taxes, depreciation and amortization ("EBITDA"), or another performance metric such as net earnings or revenues. Selected valuation multiples would generally be estimated through comparative analysis of the performance and characteristics of each investment within a range of comparable companies or transactions in the observable marketplace.

Investments in private operating companies also consist of direct private debt investments. The transaction price, excluding transaction costs, is typically the Fund's best estimate of fair value at inception. When evidence supports a change to the carrying value from the transaction price, adjustments would be made to reflect expected exit values in the investment's principal market under current market conditions.

19

Exhibit 63
Page 765

NOTE 3 - FAIR VALUE MEASUREMENTS (CONTINUED)

*VALUATION TECHNIQUES AND INPUTS (CONTINUED)*

Investments in Private Operating Companies (continued)

Inputs relied upon by debt investments using the income approach include an understanding of the underlying company's compliance with debt covenants, the operating performance of the underlying company, trends in liquidity and financial leverage ratios of the underlying company from the point of the original investment to the stated valuation date, an assessment of the credit profile of the underlying company from the original investment to the stated valuation date, as well as an assessment of the underlying company's business enterprise value, liquidation value and debt potential yield adjustments for each debt investment based upon trends in the credit profile of the underlying company and trends in the interest rate environment from the date of the original investment to the stated valuation date.

*WARRANTS*

The Fund may receive warrants from its portfolio companies upon an investment in the debt or equity of a portfolio company. The warrants provide the Fund with exposure and potential gains upon equity appreciation of the portfolio company's share price. The value of a warrant has two components: time value and intrinsic value. A warrant has a limited life and expires on a certain date. As time to the expiration date of a warrant approaches, the time value of a warrant will decline. In addition, if the stock underlying the warrant declines in price, the intrinsic value of an "in the money" warrant will decline. Further, if the price of the stock underlying the warrant does not exceed the strike price of the warrant on the expiration date, the warrant will expire worthless. As a result, there is the potential for the Fund to lose its entire investment in a warrant. The Fund is exposed to counterparty risk from the potential failure of an issuer of warrants to settle its exercised warrants. The maximum risk of loss from counterparty risk to the Fund is the fair value of the contracts and the purchase price of the warrants. The Fund considers the effects of counterparty risk when determining the fair value of its investments in warrants.

Investments in private operating companies are generally included in Level 3 of the fair value hierarchy. As of December 31, 2016, all of the Fund's investments in private operating companies were included in Level 3.

20

Exhibit 63
Page 766

NOTE 3 - FAIR VALUE MEASUREMENTS (CONTINUED)

*VALUATION TECHNIQUES AND INPUTS (CONTINUED)*

**Investments in Private Operating Companies (continued)**
During the period from August 26, 2015 (Inception) to December 31, 2015, the Fund realized a loss of $923,000 related to its investment in Cirro, Inc. as all of the company's assets were sold at a value that did not result in any proceeds to the Fund.

*FAIR VALUE - VALUATION PROCESSES*

In the event that a financial instrument cannot be valued based upon a price from a national securities exchange, pricing service provider or broker quotation, or such prices are deemed to not reflect current market value, the General Partner may value the financial instrument in good faith under the policies and procedures approved by the Fund based on current facts and circumstances. Determination of this value may include significant unobservable inputs and therefore would be reflected as Level 3 of the fair value hierarchy. The General Partner is responsible for developing the Fund's written valuation processes and procedures, conducting periodic reviews of the valuation policies, and evaluating the overall fairness and consistent application of the valuation policies as well as ensuring that the valuation methodologies for investments that are categorized within Level 3 of the fair value hierarchy are fair, consistent, and verifiable.

Valuations determined by the Fund are required to be supported by market data, third-party pricing sources, industry accepted pricing models, counterparty prices, or other methods the General Partner deems to be appropriate, including the use of internal proprietary pricing models. When determining the reliability of third party pricing information for investments owned by the Fund, when such third parties are used, the General Partner, among other things, would conduct due diligence reviews of pricing vendors, monitor the daily change in prices, and review transactions among market participants.

The following table presents quantitative information about the significant unobservable inputs of the Fund's Level 3 investments, valued using the discounted third party transactions, as of December 31, 2016. The below table is not intended to be all-inclusive but rather provide information on significant unobservable inputs and valuation techniques used by the Fund.

At December 31, 2016, the approximate fair values of the Fund's equity and debt investments in private operating companies, by valuation methodology, are as follows:

| Description | Preferred Stock | Debt Instruments | Warrants | Total |
|---|---|---|---|---|
| Third Party Transactions | $ 1,378,007 | $ 1,759,000 | $          - | $ 3,137,007 |
| Third Party enterprise value – liquidation preference approach | | | | |
| Benchmarked Market Data Transactions | 3,132,907 | - | - | 3,132,907 |
| Option Pricing Model | 1,325,727 | | 4,123 | 1,329,850 |
| Debt instruments at cost approximating fair market value | - | 1,196,910 | - | 1,196,910 |
| | $ 5,836,641 | $ 2,955,910 | $     4,123 | $ 8,796,674 |

21

Exhibit 63
Page 767

22

Exhibit 63
Page 768

## NOTE 4 - PARTNERS' CAPITAL

As of December 31, 2016, the partners have contributed 57% of their $23,440,000 capital commitment. One partner has committed the contributed $10,000,000 capital commitment that has not been contributed as of December 31, 2016.

| | |
|---|---|
| Committed capital | $ 23,440,000 |
| Less amounts contributable in future years (see Note 1) | (10,000,000) |
| Partner Contributions | 13,440,000 |
| Accumulated net investment loss | (1,449,176) |
| Accumulated unrealized gain | (1,449,220) |
| Partners' Capital at December 31, 2016 | $ 10,541,604 |

## NOTE 5 - INVESTMENTS

The Fund is a related fund to Frost VP Seed, LLC, Frost VP Seed International, LLC and Frost Early Stage Fund II, LP. The Fund is a successor fund to these related funds, all of which are related parties. These three funds are invested in the same portfolio investments.

23

Exhibit 63
Page 769

## NOTE 6 - RELATED PARTY TRANSACTIONS

### *MANAGEMENT FEES*

Pursuant to its Limited Partnership Agreement, the Fund is required to pay a quarterly management fee to the General Partner equal to 0.5% of the aggregate capital commitment of all limited partners as of the first day of each quarter. Management fees amounted to $505,042 for the period from August 26, 2015 (Inception) to December 31, 2016.

### *FROST DATA CAPITAL, LLC*

Frost Data Capital, LLC, in its role as the Incubator of the portfolio companies incurs certain operating and administrative costs that are allocated to the Fund pursuant to the Fund's Limited Partnership Agreement. For the period period from August 26, 2015 (Inception) to December 31, 2016, the Fund incurred $49,000 to the Incubator for these shared services (of which $22,352 is unpaid as of December 31, 2016). This amount is included in operating expenses on the Statement of Operations. The amount charged to the Fund represent the actual costs incurred by the Incubator or the estimated third party fair market value on an arms-length basis of such services.

## NOTE 7 - INDEMNIFICATION ARRANGEMENTS

The Fund has provided general indemnifications to the officers, directors, members, employees and agents of the Partner and members of the Advisory Committee in their capacities in acting on behalf of the Fund. The Advisory Committee by a majority of the limited partners. As of December 31, 2016, the Fund is not aware of the existence or potential of any claim that would result in such indemnification and has not had prior claims or losses pursuant to these indemnifications. The Fund is unable to develop an estimate of the maximum potential claim that could potentially result from such indemnifications, but believes that the risk of such loss is remote.

24

Exhibit 63
Page 770

NOTE 8 – DISTRIBUTIONS AND PROFIT AND LOSS ALLOCATIONS

*MANDATORY TAX DISTRIBUTIONS*

The Fund will distribute to the Partners, as applicable, pro rata based on their capital contribution, the amount equal to the excess of the Applicable Tax Rate multiplied by the net taxable income allocated to the Partners, as a result of Partners' ownership of an interest in the Fund. Distributions made to a Partner pursuant to the tax distributions shall be treated as advances of and as such shall reduce the distributions to be made to the Partner under discretionary distributions.

*DISCRETIONARY DISTRIBUTIONS*

In addition to the mandatory tax distributions, the General Partner may distribute cash or marketable securities to the Partners in proportion to their respective capital interest in the Fund. No partner may withdraw any amount from its capital account unless it is made pursuant to the terms of the Agreement.

*PROFIT AND LOSS ALLOCATIONS*

In accordance with the provisions of the Agreement, profit shall be allocated as follows:

First, allocated as a priority allocation to the General Partner, 100% of the amount of management fees not collected by the General Partner as discussed in Note 6.

Second, to the Limited Partners, equal to the cumulative amount of management fees received by the General Partner.

Third, among the partners to reverse any cumulative losses.

Lastly, in the event of dissolution or realized gains due to the sale of investments, any remaining profit shall be allocated among the partners after allocating a carried interest percentage to the General Partner. The Carry Percentage, as defined in the Limited Partnership Agreement, is calculated as (i) in the case of Limited Partners admitted after October 26, 2015 (inception), 20% and (ii) in the case of each Limited Partner admitted on or prior to October 26, 2015 (inception), the Carry Percentage shall be 10% on the capital contributions made by such Limited. Further, the Carry Percentage for the Fund's strategic corporate investor is 10%. The General Partner has proposed to amend the Limited Partnership agreement to provide for a 10% carry for all Fund Investors and to extend the fundraising period through November 20, 2017. The amendment is pending approval from the Limited Partners.

25

Exhibit 63
Page 771

NOTE 8 - DISTRIBUTIONS AND PROFIT AND LOSS ALLOCATIONS (CONTINUED)

*PROFIT AND LOSS ALLOCATIONS (CONTINUED)*

Currently to date, there have been no carried interest distributions and no Carry (as defined in the Limited Partnership Agreement) has been allocated to the General Partner for the period from August 26, 2015 (Inception) to December 31, 2016.

In accordance with the provisions of the Agreement, losses shall be allocated as follows:

First, Losses shall be allocated among the partners in reverse order of the profit previously allocated above and not previously reversed in prior periods.

Thereafter, any remaining loss shall be allocated among the partners in proportion to their respective partnership percentages.

NOTE 9 - FINANCIAL HIGHLIGHTS

|  | From August 26, 2015 (Inception) through December 31, 2016 |
|---|---|
| Internal Rate of Return (IRR) since inception: |  |
| Internal rate of return | (19.20%) |
| Less: carried interest to General Partner | 0.00 |
| Internal Rate of Return, Net of Carried Interest to General Partner | (19.20%) |

|  | From August 26, 2015 (Inception) through December 31, 2016 |
|---|---|
| Ratios to Average Limited Partners' Capital |  |
| Operating expenses, before carried interest to General Partner | 11.07% |
| Add: carried interest to General Partner | 0.00 |
| Total Expenses | 11.07% |
| Net Investment Loss before Carried Interest to General Partner | (8.74%) |

26

Exhibit 63
Page 772

## NOTE 9 – FINANCIAL HIGHLIGHTS (CONTINUED)

The IRR since inception is net of all expenses. The IRR was computed based on the actual dates of the cash inflows (capital contributions), outflows (cash and stock distributions) and the ending net assets (residual value) at the end of the period, which is equal to the sum of the capital accounts at each measurement date. Financial highlights are calculated for the Limited Partners' capital as a whole. An individual Limited Partner's capital may vary based on the timing of contributed capital. Net investment loss, as defined, excludes realized and unrealized gains and losses.

## NOTE 10 – INVESTMENTS MADE AFTER YEAR END

Subsequent to December 31, 2016 and through the date these financial statements were available to be issued, the Fund made additional investments in the portfolio companies as follows:

|  | Amount |
|---|---|
| Exara, Inc | $  69,000 |
| Pinscriptive, Inc. | 375,000 |
| SourceThought, Inc. | 60,000 |
| Swarm Engineering, Inc. | 270,000 |
| Tellit Health, Inc. | 4,000 |
| Ubix Labs, Inc. | 320,500 |
|  | $ 1,098,500 |

27

Exhibit 63
Page 773

# EXHIBIT 64

| From: | Stuart Frost (-O-MEX06-OU-EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)-CN-RECIPIENTS-CN-615E1A58C63E4165A84A88E4E2C0395C-STUART) |
|---|---|
| Sent: | Friday, November 14, 2014 10:39:54 PM |
| To: | Miles Mahoney (miles@frostdatacapital.com); Jim Greene (jimg@frostdatacapital.com) |
| Cc: | John Vigouroux (john@frostdatacapital.com) |
| Bcc: | |
| Subject: | Re: Update from FDC-GE |
| Attachments: | image001.png; B823AF16-742D-4775-A928-465C51328F46-36-.png; Frost Logo 80x183-1--36-.png |

Note that Suzie is not cc d.

It s clear from the interchange with Brett that the situation wrt GE is even worse than I imagined. It s simply not tenable for them to insist we have a mgt team in place before they fund and then hear them complain that we ve burned through too much cash. Brett has to know that this is nowhere close to what we agreed or how it could possibly work in practice.

I think we should pull all Seed A rounds from GE with immediate effect. Otherwise, we risk accelerating the downward spiral and enabling their bad behavior even further. I also think we should give Bill a more detailed heads-up on the situation before 5/12 so he s not blindsided by how bad things are.

*Stuart*

Stuart Frost
Managing Partner | Frost Data Capital
31910 Del Obispo, Ste 100
San Juan Capistrano, CA 92675
M: +1 (949) 338-6312
Skype: stuartfrost62



---

**From:** Suzie Clark <suzie@frostdatacapital.com>
**Date:** Friday, November 14, 2014 at 2:28 PM
**To:** Miles Mahoney <miles@frostdatacapital.com>, Jim Greene <jimg@frostdatacapital.com>
**Cc:** Stuart Frost <stuart@frostdatacapital.com>
**Subject:** RE: Update from FDC/GE

Hi Miles,

Thanks for your update.  Interesting to see Brett s response and as could be expected he went to Sam / Marianne for the specific details with each pipeline Newco.



EXHIBIT 1011
M. DOLBEC
11/17/17
JOANNE ICHIKI
CSR No. 11660

Exhibit 64
Page 774

F 0992704

Next week, Steve and I are meeting with Marianne and Sam on the topic of how to get to approvals for the Newco pipeline including NarrativeWave, Adaptive Well and PVM. We are also targeting a meeting next week with Energy / Jeremiah for more specifics as Sam alludes to below.

The GE pivot and QBR planning is underway to address the bigger issues/causes. I have not given any specific pivot details yet to Sam and Marianne, as I think the pivot discussions require close involvement and support from Brett, Bill, Jim and Stuart to get this successfully resolved.

Let s stay close on progress/issues as we work toward resolution.

Thanks again,
Suzie


*Suzie Clark*
Frost Data Capital
Vice President of Business Development
31910 Del Obispo, Ste 100
San Juan Capistrano, Ca 92675
P: +1 408.655.6115

 fdc


**From:** Miles Mahoney
**Sent:** Friday, November 14, 2014 1:05 PM
**To:** Suzie Clark; Jim Greene
**Cc:** Stuart Frost
**Subject:** Fwd: Update from FDC/GE

Good call with Sam, they (coe) we all disappointed with the narrative outcome.

Regards,

Miles

Begin forwarded message:

> **From:** "Cates, Sam (GE Global Research)" <Cates@ge.com>
> **Date:** November 14, 2014 at 12:23:31 PM PST
> **To:** "Miles Mahoney (miles@frostdatacapital.com)" <miles@frostdatacapital.com>
> **Cc:** "May, Brett (GE Global Research)" <may@ge.com>, "Wu, Marianne (GE Global Research)" <mswu@ge.com>
> **Subject: RE: Update from FDC/GE**
>
> Hi Miles,

Exhibit 64
Page 775

F 0992704

Here are the notes I shared with Brett. I hope they help frame the items we re working through, I ve added context/comments below this and here is the net:

- NarrativeWave and future Frost companies require more socialization, both of the Frost model and the companies stories (why a net new company is important and how I3 is the right avenue)    we re still very positive on NW specifically
- PVM is progressing nicely, it is similar to PingThings in the strategic fit and we all know there s a real opportunity    we want to get a more specific hypothesis on what the MVP would be
- Adaptive Well Delivery has a few issues to resolve and has stalled lately, we have O&G on board but it s not as rosy as Miles has painted it

Looking forward to making progress on these three, they re all worthwhile ideas that we should keep advancing.

Best,
Sam

**Sam Cates**
GE Software
BD & Ventures Associate
(610)805-9664

---

**From:** Miles Mahoney <miles@frostdatacapital.com>
**Date:** Friday, November 14, 2014 at 9:03 AM
**To:** Brett May <may@ge.com>
**Subject:** Update from FDC/GE

Brett

Great speaking with you a few weeks back and I appreciated the candor and feedback as we continue to evolve the partnership and our own efforts going forward.   I have tried to accurately reflect some of the input to better align our communication and execution with your team, so please keep me posted on progress and overall developments.

What is your latest on the latest NarrativeWave rejection or pause button?  Is there any feedback for me on why that did not get approved by the IC?
*We (GE) need to have some internal discussions regarding how GE looks at seed stage companies, and Frost s in particular. We re still very positive on NarrativeWave and will be working on it for the next couple weeks to get it across the line. Shawn has a more detailed list from us. This includes explaining how Syntego s IP, other Frost resources, or key management hires give the idea real legs. If these items didn t exist there s a question of whether the idea alone is truly worth a NewCo. My opinion is that this is largely a  packaging  issue that I m working on solving.*

On Predictive Vegetation Management - Just so you know, we took your input as well as input from Franco and Jeremiah on the energy side and have tentatively approved it on our end- so I am keen to understand the above so that we can get this one through the process with little to no friction or delays?
*Tentatively approved by Frost is a great place to be, that way the company doesn t start burning through cash just to pay the  Frost allocation . It doesn t make sense to me to fund a company without a CEO if it s going to be burning $40K a month, unless someone at Frost is truly owning the*

Exhibit 64
Page 776

F 0992704

*progress in the interim. For PVM, the company hasn t narrowed the focus or found a CEO   but we re positive assuming we can get a little further on some of those items. This should be a fast-follow on the back of NarrativeWave. Where you can help us (not company-specific) is ensuring that these companies are more than just a broad idea in a competitive space when they get funded.*

Adaptive Well Delivery has sponsorship support from Dan Brennan and Ashley and we had a call with head of KPMG Energy practice where I thought they did a great job of sharing with the GE team how we ideated with their leadership and the associated priority within KPGM to stand this company up.  I am hearing things are positive on the direction and idea, but that more specificity is required before it goes for GE s approval.  I am hopeful this one gets approved as well without further delays.

*The call with KPMG was not good for a variety of reasons, and the idea has stalled for the same reasons listed for PVM above. Dan/Ashley are supportive, but we need to work on the investment case by narrowing the focus and/or identifying the right leader. Because Frost  founded  this company a few months ago, it has already burned through almost half of the Frost seed funds and so there is less runway post-investment unless something changes (a risk considering no management is in place).*

Thanks again

Cheers,

*Miles*

Miles F. Mahoney
GM, Industrial Data Analytics Group| Frost Data Capital
31910 Del Obispo, Ste 100
San Juan Capistrano, CA 92675
M: +1 (949) 482-8540
Skype: milesmahoney



Exhibit 64
Page 777

F 0992704

# EXHIBIT 65

Outline of Expert Testimony of Keith Palzer
October 13, 2017

**Frost Management Company *et al.* vs. Hollencrest Bayview Partners *et al.***

**Outline of Expert Testimony of Keith Palzer**

I.    *SUMMARY OF OPINIONS*
- Mr. Frost personally controlled and dominated the Frost Management Companies and Portfolio Companies.
- Mr. Frost was a fiduciary to the Seed Fund and Fund II, and the Funds' investors; he owed them duties to act consistent with industry standards of fiduciary investment management.
- Mr. Frost's actions in the following areas breached industry standards of fiduciary investment management and failed to follow industry-standard interpretations of investment contracts:
    o charging excessive fees and expenses to the Portfolio Companies;
    o imposing certain fees and expenses directly on the Funds to pay for his salary and certain shared services;
    o causing the Funds' reports to investors to be materially false by failing to disclose affiliate transactions with the portfolio companies, among other things; and
    o failing to adhere to industry standards of valuation.
- Mr. Frost mismanaged the Funds.
- Under investment management industry standards:  a) all Seed Fund assets invested in Portfolio Companies that were used to pay fees and expenses to Frost Management Companies should be reimbursed (with interest), and b) all Fund II assets invested in Portfolio Companies that were used to pay fees and expenses for services that were not necessary, not actually provided, or not priced at market value, should be reimbursed (with interest).

II.   *THE PARTIES:*  The following entities are relevant to my opinions:
A.  The "Frost Management Companies"[1] are:
1.    Frost Data Capital, LLC (the "Incubator") (formerly known as Frost Venture Partners, LLC), which is owned and controlled by Mr. Stuart Frost.[2]  The Incubator charged the Portfolio Companies a monthly Incubator Fee for rent, resources, and other services.  It is the primary company that Mr. Frost uses to manage his venture capital activities in this case.
2.    Frost Management Company, LLC ("FMC"), is the investment manager of the Frost VP Seed, LLC.[3]  It was originally set-up to manage funds, and was solely managed and controlled by Stuart Frost.[4]  FMC is an "exempt filing adviser" with the U.S. Securities and Exchange Commission under the Investment Advisers Act of 1940

---

[1] While there may be other entities involved, for the purpose of this report, we only discuss the four major entities below.
[2] Deposition of Stuart Frost Volume I, February 14, 2017 ("Frost Depo I"), 47:4-7.  Frost Ventures Partners, LLC Operating Agreement, p. 6 (Sept. 22, 2011) (Exhibit 5): "the Manager [Stuart Frost] shall have the sole right to manage, control, and conduct the affairs of the Company and to do any and all acts on behalf of the Company."  Also, page 12 states: "The death, disability or incapacitation of Stuart Frost, the principal of the Manager, shall be deemed a Change of Control."
[3] Operating Agreement of Frost Management Company, LLC, pp. 3-4 (Sept. 22, 2011) (Exhibit 3).
[4] Deposition of William K. Guerry Volume I, June 20, 2017 ("Guerry Depo I"), 22:17-23:23, 24:21-25:1 & 231:19-232:9.  Frost Depo I, 41:18-42:14.

Page **1** of **33**



Exhibit 65
Page 778

Outline of Expert Testimony of Keith Palzer
October 13, 2017

(the "Advisers Act").[5]  Exempt filing advisers and other investment advisors not registered under the Advisers Act are subject to several anti-fraud, fiduciary, and other obligations of the law.

3.  Frost Venture Partners GP, LLC ("FGP") is the general partner and investment manager of Frost VP Early Stage Fund II, LP.[6]

4.  Snow Data Capital ("Snow") was set-up in 2015 to assist to provide marketing support for the Incubator and Portfolio Companies.[7]

B.  The "Frost Funds" or "Funds" are:

1.  Frost VP Seed, LLC ("Seed Fund"), which invests in certain portfolio companies conceived of, created by, and managed by the Frost Management Companies ("Portfolio Companies").[8]  FMC was to receive no management fee or incentive fee from Seed Fund to manage the fund.[9]  Seed Fund was launched in September 2011 and made its first investment in March 2012.[10]  Seed Fund has also paid certain fees and expenses to the Incubator.

2.  Frost VP Early Stage Fund II, LP ("Fund II"), which invests in Portfolio Companies and pays a 2% *per annum* management fee and 20% carried interest to FGP.[11]  It also paid certain fees and expenses to the Incubator.  Fund II made its first investment in May 2013.[12]

C.  The Portfolio Companies were conceived of, founded by, and operated under the Frost umbrella (what FMC employees, officers, and agents often call "the Frost ecosystem"), from early 2012 to present, with some of the Portfolio Companies exiting the Incubator after receiving financing from external parties.[13]  The Portfolio Companies generally paid a monthly Incubator Fee until they failed or were out of money, or they terminated the Services Agreement.  At least 5 of the Portfolio Companies appear to have exited the

---

[5] Form ADV of Frost Management Company, LLC (Feb. 8, 2017) (available at www.adviserinfo.sec.gov/IAPD/ under CRD # 165847, Last Accessed: Oct. 9, 2017).

[6] Frost VP Early Stage Fund II, L.P. Limited Partnership Agreement (May 29, 2013) (F000657-713 at F000657).

[7] Guerry Depo I, 125:20-127:21.

[8] Frost VP Seed, LLC Operating Agreement (Sep. 22, 2011) (F001581-603 at F001581) and Frost VP Seed, LLC Amended and Restated Operating Agreement, p. 1 (F0052523-82 at F0052555) (Exhibit 048): "The purpose of the Company is to buy, sell, hold, and otherwise invest in Securities (directly or indirectly) of every kind and nature and rights and options with respect thereto and received in exchange or with respect thereto, including, without limitation, stock, notes, bonds, debentures and evidence of indebtedness; to exercise all rights, powers, privileges, and other incidents of ownership or possession with respect to Securities held or owned by the Company; to enter into, make, and perform all contracts and other undertakings necessary, advisable or desirable with respect to Securities held or owned by the Company; and to engage in all activities and transactions as may be necessary, advisable, or desirable to carry out the foregoing. The Company shall have the power to make and perform all contracts and to engage in all actions and transactions determined by the Manager to be necessary or advisable to carry out the purposes of the Company, and all other powers available to it as a limited liability company under the laws of Delaware."

[9] E-mail from Stuart Frost to Michael Schulman, *et al.*, p. 11 (Nov. 21, 2011) (F0090714-30 at F0090727) (Exhibit 818) (Frost VP Seed Fund Term Sheet).

[10] Frost VP Seed, LLC Operating Agreement (Sep. 22, 2011) (F001581-603 at F001581), Frost VP Seed, LLC Investment Committee Meeting (Feb. 23, 2012) (F001540-51) and Frost Investors List (F0094715-35 at F0094715-16).

[11] Frost VP Early Stage Fund II, L.P. Limited Partnership Agreement (May 29, 2013) (F000657-713 at F000667-68 & F000670).

[12] Frost VP Early Stage Fund II, LLC Investment Committee - Meeting (May 21, 2013) (F000641-43).

[13] Guerry Depo I, 29:10-13 & 90:21-91:2.

Page **2** of **33**

Exhibit 65
Page 779

Outline of Expert Testimony of Keith Palzer
October 13, 2017

Incubator.[14]  At least eleven of the Portfolio Companies have failed or were sold at a substantial loss.[15]

D.  The Hollencrest Parties are:[16]

1.  Hollencrest Bayview Partners, L.P. is a privately offered investment fund[17] that invested in and is a member of the Seed Fund.[18]

2.  Robert B. Wolford invested in the Seed Fund and serves as a managing director of Hollencrest Securities, LLC, which is the investment manager for Hollencrest Bayview Partners, L.P.  Hollencrest Securities, LLC also acts as the discretionary investment advisor for other investors in the Seed Fund and Fund II.[19]

3.  The Wolford Family Trust is an investor in and a limited partner of Fund II.[20]

4.  Hollencrest Bayview Partners, L.P., Robert B. Wolford, the Wolford Family Trust and their clients[21] invested nearly $6 million in the Seed Fund and approximately $1.25 million in Fund II.[22]

III.  *MR. FROST PERSONALLY CONTROLLED AND DOMINATED THE FROST FUNDS AND THE FROST MANAGEMENT COMPANIES; HE NORMALLY HAD VOTING CONTROL OF PORTFOLIO COMPANIES AND CONTROLLED THEIR BANK ACCOUNTS, BOOKS, AND RECORDS:*  By his control, Mr. Frost caused the Funds to provide the start-up capital for numerous Portfolio Companies which were sponsored by the Frost Management Companies.  By his control, Mr. Frost directed the investor and financial reporting by the Funds and the investment committees of the Funds.  He also controlled the bank accounts, books and records of the Portfolio Companies until they exited the Incubator.  He caused the

---

[14] OspreyData, Veracity, Mindshare Medical, ThinkIQ & Maana.  Deposition of Stuart Frost Volume III, August 10, 2017 ("Frost Depo III"), 557:10-563:12.  Deposition of Douglas Lawson, June 19, 2017 ("Lawson Depo"), 54:4-55:12.  Deposition of Luis A. Vasquez, July 10, 2017 ("Vasquez Depo"), 52:20-55:17.

[15] According to the Seed Fund Financial Statements, the following Portfolio Companies were written down: GenieDB (2014), SegOne (2015), Cirro (2016) and Predixion (2016 Q3 – sale and realized loss).  According to the Fund II Financial Statements and other documents, the following Portfolio Companies were written down: GenieDB (2014), NewCo22 (2015), Penzata (2015), SegOne (2015), Cirro (2016), Metallum (2016), NeedleHawk (2016), Predixion (2016 Q3 – sale and realized loss of $1.25 million), Source Thought (2017 – Frost Depo III, 561:17-20 & 613:3-5), AdaptiveWell (2017 – Action by Unanimous Written Consent of the Board of Directors of AdaptiveWell Technologies, Inc., Election to Wind-up and Dissolve (Aug. 30, 2016) (F0563938-41), Action by Written Consent of the Stockholders of AdaptiveWell Technologies, Inc., Election to Wind-up and Dissolve (Aug. 29, 2016) (F0563949-54) & E-mail from Stuart Frost to Bill Guerry, *et al.* (June 15, 2016) (F019074-75) (Exhibit 471)), and Ubix (sold for $70,000 in Sept. 2017 – Deposition of Alexander Stojanovic, September 22, 2017 ("Stojanovic Depo"), 67:13-69:14).

[16] Answer to Demand for Arbitration, p. 3 (Nov. 16, 2016).  Counterclaims of Hollencrest Bayview Partners, L.P., Robert B. Wolford and Wolford Family Trust, pp. 1-3 (Nov. 16, 2016).

[17] Form ADV Part 2 A and B Brochure of Hollencrest Capital Management, p. 13 (Mar. 25, 2011) (available at http://www.lexissecuritiesmosaic.com/resourcecenter/ADV2B/Hollencrest_Capital.pdf, Last Accessed: Oct. 9, 2017).

[18] Counterclaims of Hollencrest Bayview Partners, L.P., Robert B. Wolford and Wolford Family Trust, p. 3 (Nov. 16, 2016).

[19] Counterclaims of Hollencrest Bayview Partners, L.P., Robert B. Wolford and Wolford Family Trust, p. 3 (Nov. 16, 2016).

[20] Counterclaims of Hollencrest Bayview Partners, L.P., Robert B. Wolford and Wolford Family Trust, p. 3 (Nov. 16, 2016).

[21] I reviewed the Subscription Agreements for several Hollencrest clients that invested in the Seed Fund and or Fund II – see Appendix A for a list of Subscription Agreements reviewed.

[22] Counterclaims of Hollencrest Bayview Partners, L.P., Robert B. Wolford and Wolford Family Trust, p. 1 (Nov. 16, 2016).

Page 3 of 33

Exhibit 65
Page 780

Outline of Expert Testimony of Keith Palzer
October 13, 2017

Portfolio Companies to pay rent and a large amount of fees and expenses to the Frost Management Companies – primarily the Incubator.

A. The organization chart that is Chart 1 in the expert report produced by David B. Weekly of Fenix Financial Forensics LLC (the "Forensic Report")[23] is an accurate rendition of the corporate structure and payment flows between and among the Frost Funds and the Frost Management Companies.

B. This use of separate companies and shared services companies is common within the private equity industry,[24] but the level of fees and expenses paid by the Portfolio Companies to the Frost Management Companies is not.

IV. *PRIVATE EQUITY INDUSTRY STANDARDS AND DUTIES OF FIDUCIARY INVESTMENT MANAGEMENT APPLY TO MR. FROST'S MANAGEMENT OF THE FROST FUNDS AND THE PORTFOLIO COMPANIES.*

A. Investment management is a fiduciary relationship requiring the investment manager to manage investors' assets with: 1) the utmost in good faith and fair dealing, 2) the same standard of care that a reasonable professional manager would use in the management of their own assets, and 3) full disclosure and consent in respect of, and proper mitigation of, all apparent and actual conflicts of interest, especially self-dealing relationships and transactions. Investment managers are fiduciaries under federal and state law. The primary Federal law applying fiduciary standards to all investment advisors (including Mr. Frost), is the Advisers Act. The Frost Management Companies are exempt investment advisers that do not register under the Advisers Act, but are still subject to many obligations under the law.[25]

B. Venture capital is a popular investment sector within the private equity investment management industry, and the Frost Funds are venture capital funds concentrating on seed capital and early stage investments in the Portfolio Companies that were conceived of, founded, and run by Mr. Frost, the Frost Management Companies, and the boards, officers and employees of the Portfolio Companies.

C. Fiduciary standards of investment management should apply in the same manner and to the same extent in venture capital as to private equity or any other asset class. The legal standards applicable to fiduciaries under state and Federal law inform these industry standards. Application of industry standards is complex due to the contracts negotiated and the complex financial and corporate transactions involved.

D. This case presents special issues due to Mr. Frost's business model, where all investment by the Funds was directed to the Portfolio Companies that Mr. Frost started. This model is not common in the private equity or venture capital industry, but the fiduciary principles applicable to the private equity industry continue to apply. Given the business model, more care should have been taken regarding potential and real conflicts of interest, particularly for the fees paid to the Incubator and Snow.

---

[23] Expert Report of David B. Weekly Fenix Financial Forensics LLC ("Forensic Report") (Oct.13, 2017).

[24] *Apollo Management V, L.P. et al.* (SEC Admin. Proceeding File No. 3-17409, Aug. 23, 2016). *Blackstone Management Partners L.L.C. et al.* (SEC Admin. Proceeding File No. 3-16887, Oct. 7, 2015).

[25] Investment Advisers Act of 1940 (available at https://www.sec.gov/about/laws/iaa40.pdf, last accessed Oct. 9, 2017). The SEC has summarized the provisions of the Act, including the provisions that apply to exempt advisers, on its web-site in a publication: *General Information on the Regulation of Investment Advisers* (available at https://www.sec.gov/divisions/investment/iaregulation/memoia.htm, last accessed Oct. 9, 2017).

Page **4** of **33**

Exhibit 65
Page 781

Outline of Expert Testimony of Keith Palzer
October 13, 2017

E.  Thus, Mr. Frost and the Frost Management Companies were fiduciaries to the Frost Funds, and were bound to operate under industry standards of fiduciary investment management. Based on my experience in private equity (including venture capital), the following fiduciary standards are applicable to this case:

1.  All material payments from a portfolio company to the investment manager or its affiliates should be disclosed to and authorized by fund investors prior to commitment to a private equity fund.[26]

2.  Private equity fund managers can provide shared and other services to the portfolio companies owned by the funds they manage, but such services are self-dealing transactions that must be clearly and meaningfully disclosed to investors prior to their commitment to the fund and on an ongoing basis.[27]

3.  Management fees and other expenses charged to a private equity fund (that is, fund-level expenses as opposed to portfolio company expenses), must be accounted for and contractual provisions governing such fees and expenses must be carefully performed.[28] Advisor expenses may not be allocated to a private equity fund unless specifically disclosed prior to investor commitment and reported on an ongoing basis.[29]

4.  Where a fixed percentage management fee is charged to a fund, market practice is that salaries of management company affiliates, rent, and other management company expenses should not be charged to funds without specific authorizing language in the investment contracts and disclosures in fund reports.[30] Incomplete audit report disclosures about payment of salary by fund expense allocations is a violation of fiduciary duty and the anti-fraud provisions of the Advisers Act.[31] Failure to accurately report loan interest payments on loans made by investment funds to management company investors violated a private equity manager's fiduciary duty.[32]

---

[26] *Potomac Asset Management Company, Inc.* (SEC Admin. Proceeding, File No. 3-18168, Sep. 11, 2017); *Clean Energy Capital, LLC* (SEC Admin. Proceeding, File No. 3-15766, Oct. 17, 2014).

[27] *Blackstone Management Partners L.L.C. et al.* (SEC Admin. Proceeding File No. 3-16887, Oct. 7, 2015) (portfolio monitoring fees can be charged, but the acceleration of those fees after an IPO was not properly disclosed and fees were reimbursed). *Apollo Management V, L.P. et al.* (SEC Admin. Proceeding File No. 3-17409, Aug. 23, 2016) (portfolio monitoring fees can be charged, but the acceleration of those fees after an IPO was not properly disclosed and fees were reimbursed); *Blackstreet Capital Management, LLC* (SEC Admin. Proceeding File No. 3-17267, June 1, 2016) ("operating partner oversight fees" charged to portfolio companies of a private equity fund must be expressly disclosed to investors).

[28] *Potomac Asset Management Company, Inc.* (SEC Admin. Proceeding, File No. 3-18168, Sep. 11, 2017) (fund managers charged $2.2 million in portfolio company fees to a private equity fund without contractual authorization, and then after the improper fees were reimbursed, the management fee was not reduced by the amount of portfolio company fees, which resulted in larger advisory fees to the fund than was required by the investment management contract).

[29] *First Reserve Management, L.P.* (SEC Admin. Proceeding, File No. 3-17538, Sep. 14, 2016); *Blackstreet Capital Management, LLC* (SEC Admin. Proceeding File No. 3-17267, June 1, 2016).

[30] *Potomac Asset Management Company, Inc.* (SEC Admin. Proceeding, File No. 3-18168, Sep. 11, 2017).

[31] *Clean Energy Capital, LLC* (SEC Admin. Proceeding, File No. 3-15766, Oct. 17, 2014).

[32] *Apollo Management V, L.P. et al.* (SEC Admin. Proceeding File No. 3-17409, Aug. 23, 2016) (the financial statements when describing the fund loans to management company and interest paid to fund violated fiduciary duty because they did not indicate interest payments were made only to management company investors in the funds).

Page **5** of **33**

Exhibit 65
Page 782

Outline of Expert Testimony of Keith Palzer
October 13, 2017

5.    Miscalculations of management fees for a fund is a violation of the Advisers Act and requires refund of the overcharges.[33]

6.    Where a private equity manager agrees to reduce its fund management fee with an offset for portfolio company expenses collected by the manager or its affiliates, failure to fully disclose the nature of the expense allocation process and the benefit it bestowed on the manager violated fiduciary duty of the manager.[34]

7.    Business travel and entertainment expenses should be appropriately documented; personal expenses should not be charged to private equity funds or management companies.[35]    The undisclosed use of fund assets for lavish personal expenses is a violation of fiduciary duty.[36]

8.    Financial disclosures and reports should be accurate, timely, and in compliance with Generally Accepted Accounting Principles ("GAAP") to the extent that the investment contracts require GAAP financials to be published; GAAP requires material payments to affiliates of the investment manager to be disclosed to auditors for proper inclusion in the financial statements[37]

9.    Commitments of a fund manager in respect of capital contributions to the funds must be respected and failure to make these contributions should be timely disclosed.[38]

10.    Undisclosed loans made to portfolio companies for the purposes of paying indirect compensation to a manager through expenses is a breach of fiduciary duty.[39]

11.    Allocation of expenses to funds based on rough approximation is a violation of fiduciary duty if not disclosed to investors.[40]

12.    Payment of salary of controlling person in an investment manager through allocation of expenses to funds is a violation of fiduciary duty if not disclosed to investors.[41]

13.    Intentionally false valuation of portfolio companies in a fund investor report is a breach of fiduciary duty and fraudulent under the Advisers Act.[42]

14.    Where a private equity fund agrees to pay expenses for transaction expenses incurred by a private equity manager "by or on behalf of the fund," the private equity manager

---

[33] *Guggenheim Partners Investment Management, LLC* (SEC Admin. Proceeding File No. 3-16735, Aug. 10, 2015) (during a multi-year period beginning in 2009, an Adviser inadvertently charged approximately $6.5 million in asset management fees for investments it did not manage; the client was not notified for a year after discovery by the adviser).

[34] *WL Ross & Co. LLC* (SEC Admin. Proceeding, File No. 3-17491, Aug. 24, 2016); *Potomac Asset Management Company, Inc.* (SEC Admin. Proceeding, File No. 3-18168, Sep. 11, 2017).

[35] *Blackstreet Capital Management, LLC* (SEC Admin. Proceeding File No. 3-17267, June 1, 2016) (straight allocation of entertainment expenses to funds without investor consent prior to fund closing/commitment violates fiduciary duties under the Advisers Act).

[36] *Mary Beth Stevens* (SEC Admin. Proceeding File No. 3-13553, Jan. 5, 2010) (CFO of a private equity firm consented to disgorgement and fines for her role in approving "hundreds of thousands of dollars for private plane rentals, nearly $1 million for concert and sporting event tickets and more than $1 million for expenses incurred in Las Vegas, Nevada, including more than $300,000 for visits to night clubs").

[37] *Potomac Asset Management Company, Inc.* (SEC Admin. Proceeding, File No. 3-18168, Sep. 11, 2017).

[38] *Potomac Asset Management Company, Inc.* (SEC Admin. Proceeding, File No. 3-18168, Sep. 11, 2017); *Clean Energy Capital, LLC* (SEC Admin. Proceeding, File No. 3-15766, Oct. 17, 2014).

[39] *Clean Energy Capital, LLC* (SEC Admin. Proceeding, File No. 3-15766, Oct. 17, 2014).

[40] *Clean Energy Capital, LLC* (SEC Admin. Proceeding, File No. 3-15766, Oct. 17, 2014).

[41] *Clean Energy Capital, LLC* (SEC Admin. Proceeding, File No. 3-15766, Oct. 17, 2014).

[42] *Oppenheimer Asset Management Inc. and Oppenheimer Alternative Investment Management, LLC* (SEC Admin. Proceeding File No. 3-15238, Mar. 11, 2013).

Page **6** of **33**

Exhibit 65
Page 783

Outline of Expert Testimony of Keith Palzer
October 13, 2017

violates fiduciary duty if allocation of transaction expenses to the fund includes expenses incurred by or on behalf of undisclosed investors unrelated to the fund.[43]

V.  *MR. FROST BREACHED HIS CONTRACTUAL AND FIDUCIARY DUTIES BY IMPOSING EXCESSIVE FEES AND EXPENSES ON THE PORTFOLIO COMPANIES – FEES AND EXPENSES SHOULD BE REFUNDED IN THE AMOUNT OF $12,747,294.*  As explained in this section, the Portfolio Company fees and expenses charged by Mr. Frost breached his fiduciary duties to the Funds because the charges:  1) violated each Fund's investment contract and marketing materials (Section V(A)); 2) were arbitrary and excessive (Section V(B)); and 3) were primarily intended to and did primarily benefit Mr. Frost (Section V(C)).

- David B. Weekly of Fenix Financial Forensics LLC has been retained by the Hollencrest Parties to produce the Forensic Report, and I believe the approach and findings of the Forensic Report are sound.  The Forensic Report finds that the Portfolio Companies paid approximately $21.7 million in total fees and expenses charged by the Frost Management Companies for services purportedly rendered, of which approximately $3.4 million was allocable to Seed Fund and $12.1 million was allocable to Fund II.[44]

- Based on my opinion as to breach of fiduciary duties and using the numbers calculated in the Forensic Report, the allocable portion of Seed Fund's assets which were spent on Portfolio Company fees and expenses to the Frost Management Companies ($3.4 million) should be fully refunded (plus pre-judgment interest) and the allocable portion of Fund II's assets spent on Portfolio Company services that were not reasonable, necessary, and charged at market value (an amount equal to $9.4 million) should be refunded (plus pre-judgment interest).

A.  *Investment Contracts and Marketing Materials:*

1.  *Investment Contracts and Marketing Materials.*  Seed Fund's investment contract is the Amended and Restated Operating Agreement (the "Seed Fund Agreement"), as agreed to by each investor's subscription agreement.[45]  Fund II's investment contract is the Limited Partnership Agreement (the "Fund II Agreement"), as agreed to by each investor's subscription agreement.[46]  The marketing materials for the Funds were also reviewed.

a.  *Seed Fund*: The Forensic Report calculates that approximately 45% of Seed Fund investors' capital was paid to the Frost Management Companies for shared services purportedly rendered, comprising Incubator Fees and directly billed fees and expenses (including rent) totaling $3.4 million (the "Seed Portfolio Company Fees" or "SPCFs").  Shared services fees when charged by private equity managers to their portfolio companies must be consented to by investors prior to commitment to invest in the fund.

i.  *Investment Contract:*  Mr. Frost breached the Seed Fund Agreement by causing the Seed Portfolio Company Fees to be paid by the Portfolio

---

[43] *Kohlberg Kravis Roberts & Co., L.P.* (SEC Admin. Proceeding File No. 3-16656, June 29, 2015).
[44] Forensic Report, Exhibit E.
[45] Frost VP Seed, LLC Operating Agreement (Sep. 22, 2011) (F001581-603) and Frost VP Seed, LLC Amended and Restated Operating Agreement, p. 1 (F0052523-82 at F0052555-82) (Exhibit 048).
[46] Frost VP Early Stage Fund II, L.P. Limited Partnership Agreement (May 29, 2013) (F000657-713).  And the Amendment: Frost VP Early Stage Fund II, L.P. Amended to the Limited Partnership Agreement (Dec. 19, 2014) (Exhibit 502).

Page 7 of **33**

Exhibit 65
Page 784

Outline of Expert Testimony of Keith Palzer
October 13, 2017

Companies without obtaining consent from the investors. There are no provisions of the Seed Fund Agreement allowing fees to be charged to the Portfolio Companies. Therefore, the SPCFs were impermissible self-dealing payments under the investment contract.

a) Seed Fund Agreement Section 8.1(b) does not provide "investor consent" – it states nothing about the services provided to the Portfolio Companies.[47]

b) Seed Fund Agreement Section 8.1(a) provides the Manager "reasonable discretion" concerning the assets of the fund (the "Company"), but this is not specific language allowing for self-dealing by Mr. Frost through the SPCFs.[48]

c) Exhibit D of the Seed Fund Subscription Agreement contains investment risk disclosures which are an integral part of the investment contract for Seed Fund.[49] The disclosure about the Incubator mentions nothing about fees. The self-dealing payments that Mr. Frost imposed through the SPCFs should have been clearly disclosed here, but they were not disclosed at all.

ii. *Marketing Materials:* I reviewed a pitchbook marketing document for the Seed Fund[50] and an executive summary for the Seed Fund,[51] both of which were marketing materials used to sell the Seed Fund to the Hollencrest Parties. Neither of these documents provides the clear investor consent required to permit the self-dealing SPCFs to be made.

a) The pitchbook marketing document states only that Frost Management Companies will provide "Administration" to the Seed Fund and that the Incubator would provide "Startup Vision & Shared Execs" to the Portfolio Companies.[52] In fact, the pitchbook marketing document states that the Incubator will provide shared executives to "efficiently" guide companies through a "Lean Startup" process.[53] This disclosure mentions no fees.

b) The Seed Fund executive summary clearly states that the Seed Fund:

"will not be expected to cover expenses and salaries incurred by [the Incubator], which is a completely separate corporate entity. It is expected that services provided from the incubator to the startup companies will be

---

[47] Frost VP Seed, LLC Amended and Restated Operating Agreement, p. 6 (F0052523-82 at F0052560) (Exhibit 048): "The Members understand that the Manager has formed the Incubator to provide an operating infrastructure to incubate and develop new business. The Incubator is controlled by the Manager and or its affiliates."

[48] Frost VP Seed, LLC Amended and Restated Operating Agreement, p. 6 (F0052523-82 at F0052560) (Exhibit 048).

[49] Frost VP Seed, LLC Subscription Agreement and Investor Questionnaire (Mar. 13, 2012) (HOL0008386-438 at HOL0008421-24).

[50] Frost Venture Partners, *A Highly Focused Seed Fund for Incubated 'Big Data' Companies* (Feb. 2012) (HOL0015082-105) (Exhibit 028). This pitchbook appears to have been assembled at the request of Hollencrest. See E-mail from Stuart Frost to Michael Schulman (Feb. 9, 2012) (HOL0007844-65) (Exhibit 254).

[51] E-mail from Stuart Frost to Michael Schulman, *et al.* (Nov. 21, 2011) (F0090714-30) (Exhibit 818).

[52] Frost Venture Partners, *A Highly Focused Seed Fund for Incubated 'Big Data' Companies* (Feb. 2012) (HOL0015082-105 at HOL0015092) (Exhibit 028).

[53] Frost Venture Partners, *A Highly Focused Seed Fund for Incubated 'Big Data' Companies* (Feb. 2012) (HOL0015082-105 at HOL0015095) (Exhibit 028).

Page **8** of **33**

Exhibit 65
Page 785

Outline of Expert Testimony of Keith Palzer
October 13, 2017

agreed to between the Boards of each individual company and [the Incubator] on a case-by-case basis, and are expected to be adjusted based on the individual needs of each company as their business matures. [The Incubator's] policy will be to only charge for services that the startup companies would require in the normal course of business. In general, this should mean that the startups receive higher quality services at a lower price than they would otherwise be able to afford (due to [the Incubator's] ability to provide economies of scale)."[54]

1)  Statement is false because the Funds effectively covered "expenses and salaries" of the Incubator through payments by the Portfolio Companies.
2)  Statement is false because there was no corporate separation between the Portfolio Companies and the Incubator in respect of the Incubator Fees – they were never agreed to by Portfolio Company Boards but instead were agreed to and documented by contracts signed by Mr. Frost and the Incubator CFO, Bill Guerry.[55]
3)  Statement is false because services were never in fact "adjusted based on the individual needs of each company as their business matures."
4)  Statement is misleading in claiming that the Incubator was designed to "quickly" exploit investment by large technology companies in smaller "big data" companies through a "clearly identified exit strategy."[56] There is no evidence that any "exit transaction" (liquidity event) ever occurred and there is no evidence of any clearly defined exit strategy for any of the Portfolio Companies.[57]
5)  The false and misleading disclosure in the executive summary does not override the absence of any investor consent in the Seed Fund Agreement. The investment contract is the controlling document for investor consent in the industry, and it does not allow for Frost Management Companies to collect fees and expenses from the Portfolio Companies in respect of the Seed Fund assets.[58]

iii.  *Seed Fund Opinion Based on Investment Contract and Marketing Materials:* Imposing the Seed Portfolio Company Fees was a serious and ongoing breach of Mr. Frost's fiduciary duty to investors in the Seed Fund. The amount of

---

[54] E-mail from Stuart Frost to Michael Schulman, *et al.*, p. 5 (Nov. 21, 2011) (F0090714-30 at F0090721) (Exhibit 818).

[55] I reviewed several Service Agreements signed between the Incubator and Portfolio Companies and a majority of the Service Agreements were signed by Mr. Frost and Mr. Guerry (and not the Portfolio Company CEO or another employee of the Portfolio Company) – see Appendix A for a list of Service Agreements reviewed.

[56] E-mail from Stuart Frost to Michael Schulman, *et al.*, p. 3 & 7 (Nov. 21, 2011) (F0090714-30 at F0090719 & F0090721) (Exhibit 818).

[57] Deposition of William K. Guerry Volume II, June 30, 2017 ("Guerry Depo II"), 518:9-18. Deposition of Paul Myer, May 11, 2017 ("Myer Depo"), 77:24-78:13, 82:12-83:12 & 151:1-19.

[58] Paragraph 5(a) of the subscription agreement signed by Mr. Wolford states that: "No representations or warranties have been made to the Investor by the Fund, the Manager or any agent of said persons, other than as set forth in the [Seed Fund Agreement] and the [subscription agreement]." Frost VP Seed, LLC Subscription Agreement and Investor Questionnaire, p. 3 (F0052523-82 at F0052528) (Exhibit 048).

Page **9** of **33**

Exhibit 65
Page 786

Outline of Expert Testimony of Keith Palzer
October 13, 2017

$3,392,252 – the entire amount of such fees and expenses – should be refunded to the Seed Fund to remediate this breach.[59]

b. *Fund II*:  The Forensic Report calculates that approximately 29% of Fund II investors' capital was paid to the Frost Management Companies for shared services purportedly rendered, including Incubator Fees and directly billed fees and expenses (including rent) totaling $12.1 million.  The terms for shared services provided by a private equity manager to portfolio companies must be clearly disclosed to investors prior to their commitment to invest in a fund.  And the terms agreed to regarding such services must be diligently followed by investment managers.

i. *Investment Contract:*  Section 6.1(d) of the Fund II Agreement permits the Incubator to:

"receive a monthly fee from the companies in which the Partnership holds an investment (each, a "***Portfolio Company***") in exchange for certain shared advisory and support services provided to the Portfolio Company (a "***Service Fee***")."[60]

Exhibit D of Fund II's Subscription Agreement and Investor Questionnaire (which is part of the investment contract for Fund II) states:

"The Incubator may charge the Portfolio Companies (at market rates) for services rendered by the Incubator or an affiliate thereof (and its personnel), including pro rated office rental expenses."[61]

ii. *Marketing Materials:*
   a) I reviewed the executive summary for Fund II which I understand was used to market the fund: "Our incubation and company building process is based on the popular Lean Startup methodology" and "Our approach is to ensure that each company is highly capital efficient, especially in the early stages."[62]  Paul Myer testified that the Incubator Fee conflicted with this idea.[63]
   b) I also reviewed the executive summary cited in the Seed Fund analysis above (Section V.A.1.a.ii)[64] because this document purported to apply to Fund II (although the materials were generated in 2011, well before Fund II was launched in 2013).  My conclusions in respect of Sections V.A.1.a.ii apply equally here.

iii. *Fund II Opinion Based on Investment Contract and Marketing Materials:*  The investment contract and marketing materials permit a "Service Fee" to

---

[59] Forensic Report, Exhibit E.
[60] Frost VP Early Stage Fund II, L.P. Limited Partnership Agreement (May 29, 2013) (F000657-713 at F000670).
[61] Frost VP Early Stage Fund II, L.P Subscription Agreement and Investor Questionnaire, Exhibit D, p. 4, "Conflicts of Interest" (HOL0007193-298 at HOL0007234).
[62] Frost Venture Partners Executive Summary (2013) (HOL0015064-81 at HOL0015066) (Exhibit 041).
[63] Myer Depo, 43:22-45:2.
[64] E-mail from Stuart Frost to Michael Schulman, *et al.* (Nov. 21, 2011) (F0090714-30 at F0090720) (Exhibit 818).

Page **10** of **33**

Exhibit 65
Page 787

Outline of Expert Testimony of Keith Palzer
October 13, 2017

be charged "*in exchange for* certain shared advisory and support services provided to" each Portfolio Company (emphasis added). Based on evidence (including deposition testimony) and the Forensic Report, only part of the Service Fees charged to Portfolio Companies represented services that were needed by and provided to the Portfolio Companies at market rates. The Service Fees charged in excess of the market value of services actually needed and supplied to the Portfolio Companies therefore breached Mr. Frost's fiduciary duty to investors in Fund II and should be reimbursed to Fund II. The Forensic Report calculates this amount as $9,355,042.[65] To the extent the market rate of services provided to the Fund II Portfolio Companies can be determined, this portion of the refund should be allocated first to reimbursement of management fees charged to Fund II discussed in Section VI(B) of this outline.[66]

B. *Portfolio Company Fees and Expenses Charged by Frost Were Excessive and Arbitrary*: Separate and apart from the investment contract and marketing materials for the Frost Funds, Mr. Frost breached industry standards of fiduciary investment management by directing the Frost Management Companies to collect fees and expenses from the Portfolio Companies that were excessive and arbitrary, in violation of his duties of fair dealing with the Funds and the standard of care prevailing in the private equity industry.

1. *The Portfolio Company fees and expenses charged by the Frost Management Companies were arbitrary*:

   a. The Incubator Fee appears to have been approximately the same fee for most Portfolio Companies, with no variance based on actual need or usage.

      i. No line-by-line breakdown of the Incubator Fee.[67] One Portfolio Company CEO neither understood nor asked how the allocation of the fees were arrived at by the Incubator.[68]

      ii. When portfolio company CEOs asked how Incubator Fees are calculated, they were told that the fee was "part of the [Frost] model" and "that they were not allocated against specific services, that it was done on an aggregated basis across the companies," without further details being provided.[69] They were

---

[65] Forensic Report, Exhibit E.

[66] The Fund II Agreement states: "For the avoidance of doubt, any Service Fee paid by a Portfolio Company to an affiliate of the General Partner will not reduce the management fee payable to the General Partner by the Partnership pursuant to paragraph 6.1(a), so long as such Service Fee does not exceed reasonable market rates." Section 6.1(d) (second sentence). Frost VP Early Stage Fund II, L.P. Limited Partnership Agreement (May 29, 2013) (F000657-713 at F000670).

[67] Deposition of Cary James Breese, July 19, 2017 ("Breese Depo"), 214:18-216:1. Myer Depo, 56:17-25.

[68] Myer Depo, 48:7-22.

[69] Deposition of John Thomas Burke, May 17, 2017 ("Burke Depo"), 82:2-14. Lawson Depo, 44:16-24 & 49:11-50:24. Deposition of Thomas D. Giles, May 16, 2017 ("Giles Depo"), 148:6-149:12. Further, in cases where portfolio company executives complained (Giles Depo, 149:13-150:2):

> Q. Did you hear Mr. Frost tell portfolio company executives who complained about the incubator fees, did you ever tell him say, "If you don't like it, you can leave"? Didn't you hear that at least once?
> A. Yeah.
> Q. How many times do you think you heard that?
> A. Maybe four.

Page **11** of **33**

Exhibit 65
Page 788

Outline of Expert Testimony of Keith Palzer
October 13, 2017

also told that a line item breakdown of the fees would be too difficult to perform.[70]

b. The Incubator Fee covered human resources, planning, marketing, executive coaching, legal assistance, financial services, accounting services, strategy, fundraising, and other incubation staff,[71] but I have found no written substantiation of the time spent or the costs incurred in providing these services to the Portfolio Companies. Testimony exists that employees did not keep track of how much time was spent working for each Portfolio Company, and there was no study to see how much time was devoted per each firm.[72] It is standard in the private equity industry for management company affiliates to track their time and expenses in providing shared services to the funds that they managed. No such substantiation exists here.

c. The shared services were provided to each Portfolio Company on a bundled basis and were not based on the needs of the individual company (*"prix fixe,"* not *"á la carte"* in an exchange between one Portfolio Company CEO and Mr. Frost).[73] Portfolio Companies appear to have been charged around the same fee, regardless of needs and stage of the company.[74]

d. Rent charges were not calculated and charged separately to the Portfolio Companies based on their actual use, which is the industry standard for shared office space between portfolio companies and fund managers within the private equity industry. Rent was allocated based primarily on the judgment of Mr. Guerry – the CFO of the Incubator.[75] These notional allocations did not correlate to headcount or other formula, but was rather a ballpark estimate that adjusted when there was a "massive" change in headcount of Portfolio Companies.[76]

e. Portfolio Companies that attempted to negotiate the level of fees and services were unsuccessful.[77]

  i. Alexander Stojanovic, general partner of the Incubator, wrote an e-mail to Mr. Frost to address concerns about the Frost model/structure and conflicts of interest, and resigned under less than amicable terms.[78]

  ii. Some of the CEOs asked for value accounting for Incubator Fees and never received it.[79]

---

[70] Breese Depo, 53:25-54:13.

[71] Burke Depo, 38:14-20 & 95:17-96:18. Lawson Depo, 36:11-37:22. Deposition of Anthony Howcroft, June 23, 2017 ("Howcroft Depo"), 77:11-79:25 & 87:15-20. Myer Depo, 28:15-24.

[72] Guerry Depo I, 93:13-95:19, 170:10-20, 172:11-173:4 & 176:13-22.

[73] E-mail from Stuart Frost to Dean Sawyer and Bill Guerry, p. 2 (Aug. 7. 2015) (Exhibit 852).

[74] Breese Depo, 211:15-212:9 & 212:16-213:2. Burke Depo I, 54:3-14 & 74:17-75:18. Lawson Depo, 73:23-74:14. Guerry Depo I, 215:3-8.

[75] Guerry Depo I, 211:4-213:8.

[76] Guerry Depo I, 211:4-213:8.

[77] Breese Depo, 213:3-4 & 213:25-214:8. Myer Depo, 45:14-23. Deposition of William K. Guerry Volume III, July 18, 2017 ("Guerry Depo III"), 610:11-15. Lawson Depo, 40:25-41:3, 50:25-52:4 & 195:3-196:1. The CEO of ThinkIQ, Lawson, negotiated the fee down to $25,000 much later in the process as it was running into financial troubles.

[78] Stojanovic Depo, 21:15-24:11 & 73:13-83:21; Breese Depo, 200:18-201:23.

[79] Burke Depo, 83:20-85:21. Guerry Depo II, 316:2-318:14.

Page **12** of **33**

Exhibit 65
Page 789

Outline of Expert Testimony of Keith Palzer
October 13, 2017

        iii. Services in fact were imposed (and fees charged) without prior independent approval of the Portfolio Companies.[80]

        iv. Only a few CEOs had success in negotiating the fees; the Portfolio Company "could not make payroll" or there were outside investors that would not inject capital unless the Incubator Fees were changed (leaving no choice for Mr. Frost, since the Portfolio Companies needed outside financing).[81]

2.   *The Portfolio Company fees and expenses charged by the Frost Management Companies were excessive*:

    a. Testimony and evidence exists that the Portfolio Company fees and expenses were excessive, including the following:

        i. Cary Breese served as CFO/COO of the Incubator until early 2012 and during that time conducted an analysis to conclude that a reasonable Incubator Fee should be $12,000 a month and presented this information to Stuart Frost and Bill Guerry.[82] Cary Breese testified that the Incubator Fees charged to GenieDB was high[83] and that discussions with other CEOs conferred that fees were high in general.[84] Fees were too high and costly for a lean start-up.[85]

        ii. John Burke testified that a reasonable Incubator Fee should be $15,000 when a portfolio company gets past the ideation phase (idea forming).[86]

        iii. Douglas Lawson testified that he believes that a reasonable Incubator Fee should be $10,000 per month.[87] Mr. Lawson also testified that the services received in exchange for the Incubator Fees were not sufficiently valuable, and that "ideation and early validation were not relevant to ThinkIQ."[88]

        iv. Mark Lelinski wrote in an e-mail that the Incubator Fees were inflated and testified "that over the course of time, the early days, the first 6 months, it was probably worth a little bit more than 10K [a month]."[89]

        v. Paul Myer testified that his Portfolio Company expenses were lower after the company left the Incubator and that he estimated between $6,000 and $7,000 for "what we would have to pay to duplicate those services."[90]

    b. The Incubator Fees were so high for some Portfolio Companies, that they impeded their financial performance.

        i. Some CEOs testified that they would not be in business had they continued operating under the Incubator.[91]

---

[80] Myer Depo, 26:1-11 & 35:17-21.

[81] Veracity (Myer Depo, 31:17-32:10 & 45:20-23), OspreyData (Burke Depo, 110:23-112:2), ThinkIQ (Lawson Depo, 50:25-52:2) & NarrativeWave (Vasquez Depo, 53:20-25).

[82] Breese Depo, 33:4-18, 55:6-56:13, 123:2-124:25, 126:2-12, 127:9-18 & 192:10-14. Mr. Frost responded that it should be $18,000 instead as he wanted a higher salary and that this needs to build into the Incubator Fee.

[83] Breese Depo, 52:18-53:24.

[84] Breese Depo, 56:25-57:7.

[85] Myer Depo, 130:21-131:17

[86] Burke Depo, 98:4-101:10.

[87] Lawson Depo, 51:17-23.

[88] Lawson Depo, 80:21-82:12 & 111:7-18.

[89] Deposition of Mark Lelinski, September 15, 2017 ("Lelinski Depo"), 27:1-29:20.

[90] Myer Depo, 30:22-32:3, 40:21-43:8 & 133:7-10.

[91] Lawson Depo, 116:2-8.

Page **13** of **33**

Exhibit 65
Page 790

Outline of Expert Testimony of Keith Palzer
October 13, 2017

        ii. The overall average "burn rate" for the Portfolio Companies due to Incubator Fees alone was $31,800 per month,[92] which based on my observation of industry burn rates in respect of management company service fees would be excessive based on the size of the Frost Portfolio Companies.

    c. Portfolio Companies were charged fees when they were dormant or no longer operating.

        i. A handful of companies didn't have a CEO and CTO employed nor did they have any employees for a few months; in one case, one portfolio company didn't have any employee for a year.[93]

        ii. Veracity was founded in May 2014 and there was no technology by September 2014 when CEO Paul Myer started; there was no work beyond market research and a business plan.[94]

        iii. Osprey was in existence for a few months with only a hypothesis and no tangible work product, and paid monthly Incubator Fees.[95]

        iv. ThinkIQ was in existence with no employees or product, and it was paying monthly Incubator Fees.[96]

        v. Pinscriptive was charged Incubator Fees for two months prior to the CEO being hired and no employees working for the Portfolio Company.[97]

        vi. Inactive Portfolio Companies continued to be charged Incubator Fees.[98] SegOne had no CEO/CTO team and it was suggested that the firm was being kept around to generate fees.[99]

  C. *Expenses Primarily Benefited Frost, and Not the Funds or the Portfolio Companies*: It appears that a primary purpose and effect of launching new Portfolio Companies was to generate Incubator Fees. The Incubator Fees paid Mr. Frost's excessive salary and paid for luxurious personal expenses for Mr. Frost and his family. The intent and effect violate industry standards of care that investment managers should conserve investor assets primarily for generating returns for investors, and not primarily for the benefit of the investment manager.

    1. Mr. Frost's compensation was excessive, based on my experience with private equity funds (including venture capital funds) and based on salary surveys available in the market.

        a. Mr. Frost earned approximately $3.35 million in salary from mid-2012 until 2015, a majority of which was earned from 2013 to 2015 ($3.16 million).[100] On average, Mr. Frost earned $1.05 million per year over these three years.

---

[92] Forensic Report, Exhibit E.

[93] Breese Depo, 44:10-15.

[94] Myer Depo, 16:3-9 & 18:17-19:14. Veracity paid monthly incubator fees between $35,000 and $45,000, and paid approximately $500,000 by September 2014 (Myer Depo, 19:15-20:21).

[95] Burke Depo, 54:3-10 & 55:21-56:9.

[96] Lawson Depo, 31:16-33:18.

[97] Lelinski Depo, 14:11-15:13 & 21:3-7.

[98] Myer Depo, 79:10-80:4 & 137:9-138:22. Lawson Depo, 74:15-75:14 (AdaptiveWell was dormant according to Martin Prescher – Mr. Prescher resigned due to this issue. Lawson Depo, 75:24-76:17, 142:3-23 & 170:25-171:9). Giles Depo, 197:16-198:9.

[99] Breese Depo, 66:2-14, 67:14-21 & 68:6-9. Burke Depo, 46:13-51:2.

[100] Guerry Depo I, 253:24-254:8. Employments Dates and Salary Information (F001321-22) (Exhibit 15).

Page **14** of **33**

Exhibit 65
Page 791

Outline of Expert Testimony of Keith Palzer
October 13, 2017

    b. The Forensic Report's financial analysis and deposition testimony shows that the Incubator Fees were the predominant source of funding for the Incubator and that Mr. Frost's salary was a significant component of Incubator costs.[101]

        i. Mr. Frost had success in the technology industry with the Microsoft buy-out of a prior firm that he co-founded, but he had never managed an investment fund prior to the Funds. Due to his lack of experience with investment funds, and considering the fact that substantially all his activities were directed at managing the Frost Funds and the Portfolio Companies (other than his trip to Italy), his level of compensation appears to have been excessive.

        ii. Private equity and venture capital salary compensation surveys support this conclusion, using the $1.05 million annual average for Mr. Frost for comparison.

            a) A 2016 study by the Heidrick & Struggles recruiting firm indicates that the highest total compensation package in 2014 and 2015 for private equity firms with less than $250 million assets under management at the Principal/Partner/Managing Director level was $460,000.[102]

            b) A survey of private equity (including venture capital) firms reported that a $1.05 million pay-package in 2016 would have fallen above the 75th percentile of surveyed private equity professionals at the Managing Director/Managing Partner/Partner levels (*i.e.*, within the top 25% of surveyed private equity professionals).[103] The calculated mean for this group was $404,000 total compensation.[104] For firms with less than $200 million in management at the Managing Director/Managing Partner/Partner level, the calculated mean was $300,000 total compensation.[105]

2. An undisclosed conflict of interest existed between generating fees for the Incubator and running a Portfolio Company.[106]

3. One Portfolio Company seeking to leave the Frost Incubator experienced "push back from most the people inside the incubator when we started the process to leave."[107]

4. Snow was established to provide marketing services to the Portfolio Companies and provided a basis for Mr. Howcroft's visa application to immigrate to the United States from the United Kingdom.[108] Snow is 25% owned by Mr. Frost and 75% owned by Mr. Howcroft.[109] Snow was run on a break-even basis such that everything paid to it by the Portfolio Companies covered expenses and salaries.[110] Snow charged $5,100 a month for marketing services to each Portfolio Company, regardless of whether the

---

[101] Guerry Depo I, 130:24-131:3 & 229:25-226:8. Forensic Report, Table 3.
[102] Heidrick & Struggles, *2016 North American Private Equity Investment Professional Compensation Survey (2016)*, p. 10.
[103] PrivateEquityCompensation.com, *2017 Private Equity & VC Compensation Report*, p. 9.
[104] PrivateEquityCompensation.com, *2017 Private Equity & VC Compensation Report*, p. 9.
[105] PrivateEquityCompensation.com, *2017 Private Equity & VC Compensation Report*, p. 21.
[106] Lawson Depo, 116:24-118:20 & 124:4-14.
[107] Myer Depo, 151:20-152:8.
[108] Guerry Depo I, 133:2-11.
[109] Howcroft Depo, 97:15-98:7.
[110] Guerry Depo I, 142:12-20; Howcroft Depo, 98:22-101:21.

Page **15** of **33**

Exhibit 65
Page 792

Outline of Expert Testimony of Keith Palzer
October 13, 2017

services were needed or utilized by the Portfolio Companies.[111]  Snow paid $4,000 per month for rent and book-keeping to Frost Data Capital.[112]

    a.  Executives of Portfolio Companies questioned whether services provided by Mr. Howcroft were necessary or useful.[113]

    b.  Mr. Howcroft and Mr. Guerry prepared the Snow service agreement with the Portfolio Companies and Mr. Guerry then signed the agreements as the acting CFO of each portfolio company without input from the CEOs.[114]

    c.  Some Snow employees were providing marketing and other services (covered by the Incubator Fee) to Frost Data Capital prior to the formation of Snow, yet when Snow was launched, additional fees were charged by Snow to the Portfolio Companies and there was no reduction in the Incubator Fees.[115]

5.  Significant lavish expenses were charged by Mr. Frost to the Incubator and were thus improperly allocated to the Portfolio Companies (and indirectly to the Fund) to the extent these fees were not reimbursed by him.  The Portfolio Company payments to the Incubator appear to be the sole source of funding of the Incubator.[116]  From an industry perspective, the lavish expenses do not appear to be valid business expenses of the Funds, the Portfolio Companies, or the managers of the Funds (FMC and FGP), so they should have been reported by Mr. Frost as income.

    a.  The Forensic Report identifies $1,738,984 in lavish expenses that were paid for Mr. Frost,[117] including a year-long stay in Italy, boat expenses, lease of a Ferrari, international school tuition, beach club membership, and rent for an archery range.  These expenses do not appear to have been reasonable and necessary for management of the Frost Funds or Portfolio Companies, and thus likely are personal expenses.  To the extent they were charged to the Incubator without reimbursement (and thus indirectly to the Portfolio Companies and the Funds) they would be inconsistent with industry standards of fiduciary investment management.

    b.  Further, the Incubator appears to have routinely made monthly car payments for employees without any back up documentation of business mileage and without being reported as compensation to the employees for tax purposes.[118]  This constitutes using investor assets for personal expenses unless the business

---

[111] Metallum was in development stage, conducting market research and validation, and not marketing as a product was not yet available (Breese Depo, 220:23-222:6).  Myer Depo, 23:7-24.  Burke Depo, 29:10-30:18, 31:9-32:2, 32:14-33:6, 41:12-43:13, 44:4-45:10 & 206:2-5: When Mr. Burke objected to this fee, he was told: "Well, it's all the same amount that we're going to be charging you, whether we call it Snow Data Capital or Frost Data Capital, it's really none of your business."  Lawson Depo, 34:9-35:9.  Howcroft Depo, 102:6-23, 103:21-104:5, 104:25-106:16, 114:19-115:6, 118:23-120:16 & 123:13-125:5.  Guerry Depo II, 332:12-334:3.

[112] Howcroft Depo, 121:24-122:9; Guerry Depo I, 140:8-14.

[113] Guerry Depo II, 330:7-332:10.

[114] Howcroft Depo, 115:25-116:9; Guerry Depo I, 90:14-92:8 & 158:11-160:6 (served as CFO for essentially all of the portfolio companies and Frost Data Capital).

[115] Howcroft Depo, 122:22-123:12; 151:6-152:2; Guerry Depo I, 125:15-158:2.

[116] Deposition of Stuart Frost Volume III, February 15, 2017 ("Frost Depo II"), 294:21-295:9; Guerry Depo I, 142:14-20.

[117] Forensic Report, Table 2.

[118] Guerry Depo I, 182:15-187:6.  Mr. Guerry and Mr. Howcroft reduced their compensation to offset the monthly car payments (Guerry Depo I, 187:19-188:20).  See also Guerry Depo I, 189:25-190:1: "Q. Why would you reduce it for your car and Mr. Howcroft did, but Mr. Frost didn't do it for his two cars?  A. I don't know."

Page **16** of **33**

Exhibit 65
Page 793

Outline of Expert Testimony of Keith Palzer
October 13, 2017

        justification for the automobiles is documented. If these in fact were personal compensation, failure to report the auto lease payments as compensation would be inconsistent with industry practice.

6. A primary purpose of the Portfolio Company launches was to generate Incubator Fees, rather than to generate returns for the Funds:

    a. A marketing piece (Exhibit 818) states that 2 to 4 portfolio companies would be launched per year.[119] Instead, 12 firms were launched in a 11-month span in 2014 and 2015, which is nearly triple the rate that was stated in the marketing materials.[120]

    b. E-mails indicate that when the Incubator was nearly out of money, Frost directed that more Portfolio Companies be formed.[121]

    c. When the Incubator was out of money,[122] fund-raising efforts for a new fund (Fund III) were intended to raise money to continue to allow Portfolio Companies to pay Incubator Fees.[123]

    d. DST's objection to the launch of Newco26 and Newco27.[124]

VI. *MR. FROST BREACHED HIS CONTRACTUAL AND FIDUCIARY DUTIES BY CHARGING EXCESSIVE FEES AND EXPENSES TO THE FUNDS.* The Funds governing documents set forth what fees and expenses can be charged directly to the Funds in the "Company Expenses" sections for both the Funds. ("Company" in each Fund's investment contract means "Fund.") Each agreement lists specific types of fees and expenses that the respective Fund manager can charge to the Funds. It is industry practice to strictly interpret such provisions. FMC is the manager of the Seed Fund and FGP was the manager of Fund II.

    A. *Seed Fund.* No management fee – meaning no fixed fee to cover salaries and operations of the fund – is contemplated in the investment contract for Seed Fund. Marketing materials highlighted that no management fee would be charged.[125] Although a management fee cannot be charged, the Seed Fund Agreement does allow specific expenses "reasonably incurred" by the manager to be charged to the fund.[126] Section 6.1(a)

---

[119] E-mail from Stuart Frost to Michael Schulman, *et al.*, p. 3 (Nov. 21, 2011) (F0090714-30 at F0090719) (Exhibit 818).

[120] The 12 start-ups are identified in the Letter from Colin C. Holley, Esq. to Matthew A, Hodel, Esq. (Aug. 4, 2016) (F000114-35 at F000129-35) (Exhibit 409). The attachment to Exhibit 409 lists one of the firms (Penzata/Frost Newco13, Inc.) as starting in 2013, whereas it was actually started in April 2014. *See* Action by Unanimous Written Consent of the Board of Directors of Frost Newco13, Inc. (Apr. 30, 2014) (F023782-87) and Frost VP Early Stage Fund II, LLC Investment Committee - Meeting (Apr. 17, 2014) (F000569).

[121] E-mail from Stuart Frost to John Vigouroux, *et al.*, (June 10, 2016) (F0206925-26) (Exhibit 796).

[122] Myer Depo, 80:13-19. Frost Data Capital had cash problems in 2016. Burke Depo, 136:20-24 &138:2-15.

[123] Burke Depo, 103:23-104:10. Lawson Depo, 100:23-101:12. Guerry Depo I, 80:7-9 & 180:8-19.

[124] E-mail from Tom Giles to Stuart Frost & Bill Guerry (Nov. 4, 2016) (Exhibit 712). E-mail from Tom Giles to Bill Guerry (Nov. 15, 2016) (Exhibit 713). E-mail from Tom Giles to Bill Guerry (May 12, 2017) (F0206865-72) (Exhibit 794). E-mail from Bill Guerry to Anil Suren and Luis Vasquez (Oct. 18, 2016) (Exhibit 835). E-mail from Tom Giles to Stuart Frost, *et al.* (Feb. 27, 2017) (Exhibit 836).

[125] Frost Venture Partners, *A Highly Focused Seed Fund for Incubated 'Big Data' Companies* (Feb. 2012) (HOL0015082-105 at HOL0015085) (Exhibit 028); E-mail from Stuart Frost to Michael Schulman, *et al.*, p. 4 (Nov. 21, 2011) (F0090714-30 at F0090720) (Exhibit 818).

[126] Frost VP Seed, LLC Amended and Restated Operating Agreement, sec. 6.1, pp. 3-4 (F0052523-82 at F0052557-58) (Exhibit 048).

Page **17** of **33**

Exhibit 65
Page 794

Outline of Expert Testimony of Keith Palzer
October 13, 2017

and (b) of the Seed Fund Agreement provides a list of operating expenses that may be charged directly to the Fund by the manager.[127]   I reviewed the financial reports and statements for the fund, as well as the Forensic Report. My opinions are that the following fees and expenses charged by Mr. Frost to the Seed Fund violated the fee and expenses provisions of the investment contract and thus Mr. Frost's fiduciary duty to the fund:

1.   In 2012, $122,330 in "Management fund expenses" (the term used in the annual audited financial report for the Seed Fund; however, the books and records record it as "Management Fees"[128]) were charged to the Seed Fund and used to pay a portion of Mr. Frost's salary.[129] No management fee was permitted to be charged to the Seed Fund, so the $122,330 should be refunded as an impermissible management fee. Further, no payments to Mr. Frost or Frost Management Companies were clearly and meaningfully consented to by investors in the investment contract. (Assuming *arguendo* that clear consent for payments to Frost Management Companies was present in the contract, proof that the salary was "reasonably incurred" and documentation tracking Mr. Frost's time spent on fund matters should have been produced but it was not.) For these reasons, the $122,330 salary to Mr. Frost should be refunded to Seed Fund (with calculated statutory pre-judgment interest).

2.   Financial reports for Seed Fund state that from 2013 through 2016, the Incubator was paid $273,482 in "Management fund expenses" by the Seed Fund.[130]

   a.   In 2013, a total of $157,515 was paid in "Management fund expenses"[131] ($144,000 of which was for Mr. Frost's salary) from the Incubator.[132]   No payments to Frost Management Companies or Mr. Frost were clearly and meaningfully consented to by investors in the investment contract of Seed Fund. This amount should be refunded (with calculated statutory pre-judgment interest). Assuming *arguendo* that clear consent for payments to Frost Management Companies was present in the contract, proof that the salary was "reasonably incurred" and documentation tracking Mr. Frost's time spent on fund matters should have been produced but it was not. The 2013 salary payments should be refunded to Seed Fund (with calculated statutory pre-judgment interest).

   b.   In 2014, 2015 and 2016, a total of $115,967 in Management fund expenses was expensed to Seed Fund by the Incubator.[133] The Seed Fund Agreement does not

---

[127] Frost VP Seed, LLC Amended and Restated Operating Agreement, pp. 3-4 (F0052523-82 at F0052557-58) (Exhibit 048).

[128] Frost VP Seed, LLC Financial Statements for the Year Ended December 31, 2012 (F004431-52 at F004437). Guerry Depo II, 481:18-483:6. Profit & Loss All Transactions (May 15, 2017) (Exhibit 746).

[129] Guerry Depo II, 507:10-511:16.

[130] Frost VP Seed, LLC Financial Statements for the Year Ended December 31, 2013 (F004453-76); Frost VP Seed, LLC Financial Statements for the Year Ended December 31, 2014 (F004477-500); Frost VP Seed, LLC Financial Statements for the Year Ended December 31, 2015 (F004501-24); Unaudited Seed Fund data for 2016 provided in excel file by Fenix Financial Forensics LLC (data is from a native QuickBooks file); and Guerry Depo I, 58:7-13.

[131] The books and records record it as "Incubator Cost Allocation." Profit & Loss All Transactions (May 15, 2017) (Exhibit 746).

[132] Frost VP Seed, LLC Financial Statements for the Year Ended December 31, 2013 (F004453-76); Guerry Depo I, 58:7-13; Guerry Depo II, 511:7-16.

[133] Frost VP Seed, LLC Financial Statements for the Year Ended December 31, 2014 (F004477-500); Frost VP Seed, LLC Financial Statements for the Year Ended December 31, 2015 (F004501-24); Unaudited Seed Fund data for 2016 provided in excel file by Fenix Financial Forensics LLC (data is from a native QuickBooks file); and Guerry Depo I, 58:7-13.

Page **18** of **33**

Exhibit 65
Page 795

Outline of Expert Testimony of Keith Palzer
October 13, 2017

provide consent for payments to the Incubator. Section 6.1(a) and (b) of the Seed Fund Agreement has a detailed list of permissible costs and expenses that can be charged to the fund, which includes one category – "finance, accounting, and back-office services" – that can be provided by Frost Management Companies, but only if the services are "equal to the then-current market cost of a qualified third party service provider as determined by the Manager in good faith." No documentation or policy and procedures ("P&P") regarding which of the cost allocations was due for these permissible affiliate services or was charged at a "market cost" has been produced. Therefore, this amount should be reimbursed (along with calculated pre-judgment statutory interest).

3. My conclusions regarding reimbursements of any Incubator costs and expenses by Seed Fund are reinforced by differences in two signed versions of the Seed Fund Agreement available in the record. An early version of the agreement (signed only by Mr. Frost for both parties before investment by Hollencrest and Mr. Wolford, and attached to the Frost Demand for Arbitration), had wording permitting expenses of the Incubator to be charged to the Fund.[134] That language was deleted in the investment contracts signed by the Hollencrest Investors.[135]

B. *Fund II*

1. The Fund II Agreement states that the fund's 2% *per annum* management fee is to cover "all normal operating expenses incurred in connection with the management of the Partnership, [and] the General Partner, except for those expenses borne directly by the Partnership as set forth in subparagraphs (b), (c), and (d) below and elsewhere [in the Limited Partnership Agreement]."[136]

a. Sections (b), (c), and (d) set forth a list of expenses and costs that can be borne by Fund II in addition to the management fee. But only one of these expenses – "back-office services in respect of" Fund II – can be performed by Frost Management Companies, and then only if the expense is "equal to the then-current market cost of a qualified third party service provider as determined by the General Partner in good faith."[137]

b. The financial reports for Fund II state that from 2013 through March 2017, the Incubator was paid $114,000 in "Shared Services" by the fund.[138] No documentation or P&P have been produced showing that these "Shared Services" were either "back office services" as required by the investment contract, or were provided at market cost. Thus, it appears they were imposed in violation of Mr. Frost's fiduciary duty to the fund and they should be reimbursed to the fund (with calculated statutory pre-judgment interest).

---

[134] Demand for Arbitration, Exhibit A, Frost VP Seed, LLC Operating Agreement, sec. 6.1, pp. 3-4 (Oct. 17, 2016).

[135] Frost VP Seed, LLC Subscription Agreement and Investor Questionnaire (Mar. 14, 2012) (F0052523-82) (Exhibit 048) (containing Amended and Restated Operating Agreement between Frost Management Company, LLC and Frost VP Seed, LLC, sec. 6.1, pp. 3-4 – F0052523-82 at F0052555-82).

[136] Frost VP Early Stage Fund II, L.P. Limited Partnership Agreement, p. 15 (May 29, 2013) (F000657-713 at F000670-71).

[137] Frost VP Early Stage Fund II, L.P. Limited Partnership Agreement, pp. 15-16 (May 29, 2013) (F000657-713 at F000671-72).

[138] Data for 2013 to 2017 was provided in an excel file by Fenix Financial Forensics LLC (data is from a native QuickBooks file); and Guerry Depo II, 517:19-518:7 (testified that this fee is for the upkeep of the books and records).

Page **19** of **33**

Exhibit 65
Page 796

Outline of Expert Testimony of Keith Palzer
October 13, 2017

2.  The subscription agreement for Fund II states that all fees and expenses charged by the Incubator to the Portfolio Companies are to be charged at market rates.[139]  Section 6.1(a) of the Fund II Agreement states that if they are not market rate, the excess of these service charges imposed on the Portfolio Company should be deducted from the Management Fee.  Financial Statements for Fund II state that $2,428,187 in Management Fees were charged to the fund from 2013 through 2016.[140]  To the extent that damages figure cited in Section V relating to Portfolio Company fees and expenses paid to the Incubator and allocable to Fund II are due to services provided in excess of market rates, they should first be allocated to a refund of the $2,428,187 in Management Fees charged to the fund.

VII.  *MR. FROST DID NOT PROPERLY USE THE FUNDS' ADVISORY COMMITTEES AND FAILED TO OBTAIN "INVESTOR CONSENT" FOR THE FUNDS' PORTFOLIO COMPANY INVESTMENTS.*  Mr. Frost failed to use the "Advisory Committees" provided for in the Funds' investment contracts, which were designed to represent the interests of fund investors in the operation of the Funds and the Portfolio Companies.  These committees are common in the private equity industry.

A.  *Funds' Investment Contract Requirements*

1.  Section 11.7 of the Seed Fund Operating Agreement states that an Advisory Committee should be formed and to represent the interests of Seed Fund investors and to perform certain specified functions:

> "The duties of the Advisory Committee will include (a) consideration of any approvals sought by the Manager pursuant to the terms of this Agreement; (b) upon request by the Manager, advising with respect to matters pertaining to conflicts of interest between or among the Manager, any members of the Manager, the Members or the Company, and (c) rendering such advice and counsel as is requested by the Manager."[141]

2.  Mr. Guerry testified that the Seed Fund had no Advisory Committee.[142]  Mr. Frost testified that the Seed Fund had no Advisory Committee.[143]  No evidence of a Seed Fund Advisory Committee being appointed or convening has been produced.

3.  Section 12.2 of the Fund II Operating Agreement requires an Advisory Committee to be formed and to meet to perform certain specified functions.

> "The duties of the Advisory Committee will include (a) consideration of any approvals sought by the General Partner pursuant to the terms of this Agreement; (b) advice regarding matters pertaining to conflicts of interest by

---

[139] Frost VP Early Stage Fund II, L.P. Subscription Agreement and Investor Questionnaire, Exhibit D, p. 4, "Conflicts of Interest" (HOL0007193-298 at HOL0007234).

[140] Frost VP Early Stage Fund II, L.P. Financial Statements for the Period May 29, 2013 (Inception) to December 31, 2013 (F004525-49); Frost VP Early Stage Fund II, L.P. Financial Statements for the Year Ended December 31, 2014 (F004550-75); Frost VP Early Stage Fund II, L.P. Financial Statements for the Year Ended December 31, 2015 (F004576-601); Unaudited Fund II data for 2016 and 2017 provided in excel file by Fenix Financial Forensics LLC (data is from a native QuickBooks file).

[141] Frost VP Seed, LLC Amended and Restated Operating Agreement (F0052523-82 at F0052565-66) (Exhibit 048).

[142] Guerry Depo I, 88:13-19.

[143] Frost Depo III, 765:14-16 & 767:25-769:13.

Page **20** of **33**

Exhibit 65
Page 797

Outline of Expert Testimony of Keith Palzer
October 13, 2017

the Partnership, the General Partner or any of the members of the General Partner (excluding matters otherwise expressly addressed pursuant to the terms of this Agreement); and (c) such advice and counsel as is requested by the General Partner in connection with the Partnership's investments and other Partnership matters."[144]

4.  Mr. Guerry testified that Fund II had an Advisory Committee, but that he did not remember whether it met more than "two, maybe three meetings."[145] Mr. Frost testified that Fund II had an Advisory Committee.[146] However, there are few minutes reflecting any Advisory Committee meetings.[147]

5.  It appears that the Advisory Committee provisions were added at the request of the Hollencrest Parties.[148]

6.  It was Mr. Frost's responsibility to convene the Advisory Committees to review conflicts of interest and other matters set forth in the investment contracts. Had the Advisory Committees been properly convened by Mr. Frost, they could have provided a vehicle for investor disclosure and consent to the Portfolio Company fees and expenses discussed in Section V of this outline. The failure to convene and use these committees thus breached industry standards and facilitated the breaches of contractual and fiduciary duties outline in Section V.

B. *Section 206(3) of the Advisers Act:* This law applies to the Frost Management Companies which served as investment managers of the Funds (and were investment advisers under the Advisers Act). The law states:

"It shall be unlawful for any investment adviser . . . acting as principal for his own account, knowingly to sell any security to . . . a client . . . without disclosing to such client in writing before the completion of such transaction the capacity in which he is acting and obtaining the consent of the client to such transaction."[149]

1.  Each time Mr. Frost allocated equity or other investment in a Portfolio Company to the Funds, a "principal transaction" under the Advisers Act occurred.[150] There is no proof of investor disclosure or consent to these individual portfolio transactions, as required under the Advisers Act. According to the CFO of the Incubator from June 2012 until June 2017 (Mr. Guerry), there also appears to have been no review of reasonableness of the stock grants to Mr. Frost or the PIV in the founding or capitalization of Portfolio Companies.[151] Had the Funds' Advisory Committees been

---

[144] Frost VP Early Stage Fund II, L.P. Limited Partnership Agreement (May 29, 2013) (F000657-713 at F000686).
[145] Guerry Depo I, 89:25-90:8.
[146] Frost Depo III, 780:17-785:4.
[147] Frost VP Early Stage Fund II, L.P. Advisory Committee PowerPoint (Oct. 4, 2013) (F004611-18) (Exhibit 221); Committee Meeting Minutes of the Advisory Committee of Frost VP Early Stage Fund II, L.P. (F004318-19) (Exhibit 222).
[148] E-mail from Michael Schulman to Stuart Frost (Feb. 10, 2012) (HOL0008007-8035 at HOL0008008) (Exhibit 255).
[149] Advisers Act, sec. 206(3).
[150] *Clean Energy Capital, LLC,* pg. 5 (SEC Admin. Proceeding, File No. 3-15766, Oct. 17, 2014) (transactions by an investment advisor to a private equity fund in portfolio company investments of a fund are subject to 206(3)).
[151] Guerry Depo I, 8:25-9:3 & 255:4-14.

Page **21** of **33**

Exhibit 65
Page 798

Outline of Expert Testimony of Keith Palzer
October 13, 2017

         properly used, they could have performed the function for investor disclosure and consent required under the Advisers Act. They were not.

2.    (The Investment Committees were also not properly constituted to provide investor consent, because "consent" requires independent investment committees or consultants, and the Investment Committees were composed of individuals that were not independent of Mr. Frost.)

VIII. *FROST BREACHED INDUSTRY STANDARDS BY CAUSING THE FUNDS' ANNUAL FINANCIAL STATEMENTS TO BE FALSE, CAUSING THE QUARTERLY STATEMENTS TO BE FALSE AND MISLEADING, AND FAILING TO FILE A 2016 FINANCIAL STATEMENT*: Mr. Frost caused disclosures or allowed disclosures to the Funds' investors to be materially false or misleading. This conduct violated industry standard disclosure obligations as follows: 1) the Funds' investment managers did not disclose to the Funds' auditors the Portfolio Company fees and expenses paid to the Frost Management Companies, which caused the annual audited financial reports of the Funds to be false; 2) the 2016 annual financial statements for the Funds has so far not been produced; 3) valuations of Portfolio Companies used in fund reporting appear not to conform to industry valuation standards; and 4) Mr. Frost's periodic updates to investors on Portfolio Company progress in quarterly and annual reports appears to be false and misleading.

A. *Industry Standards:* Section 206(1) of the Advisers Act prohibits fraudulent transactions by an investment advisor, including intentionally false statements. Section 206(2) prohibits an investment advisor, from conduct that "operates as a fraud or deceit" on an advisory client, which is interpreted by the SEC as including acts where the advisor acts without scienter (*i.e.*, negligently). SEC Rule 206(4)-8 prohibits untrue statements of a material fact or omission of a material fact in connection with "pooled investment vehicles."[152] These three provisions each apply to exempt filing advisers like the Frost Management Companies and Mr. Frost.

B. *Financial Statements Omitted Required Material Disclosure of Manager Affiliate Transactions:*

1.    Section 11.6 of the Seed Fund Agreement and Section 11.4 of the Fund II Agreement require "audited" financial statements to be annually produced for investors, which would normally be interpreted in the market as prepared in accordance with GAAP. In fact, the 2012, 2013, 2014, and 2015 annual financial statements of Seed Fund were prepared in accordance with GAAP based on the written statement of Marcum, LLP, the Funds' auditors. The Fund II Agreement states that the financial statements are to be produced in accordance with GAAP.

2.    Based on an e-mail by the Funds' auditors[153] and a recent SEC enforcement action,[154] I understand that GAAP requires investment managers of investment funds to disclose material transactions between a fund's portfolio companies and affiliates of the fund's investment manager. This is consistent with reporting I have viewed in numerous private equity funds. The fees and expenses imposed on the Portfolio Companies were material under industry standards, and failure to disclose them to

---

[152] 12. C.F.R. § 275.206(4)-8.

[153] E-mail from Arthur Brown, Marcum LLP, to Steve Rapattoni and Kellan McConnell, Marcum LLP, (Feb. 8, 2017) (MAR015991-96).

[154] *Potomac Asset Management Company, Inc.* para. 31-32 (SEC Admin. Proceeding, File No. 3-18168, Sep. 11, 2017).

Page **22** of **33**

Exhibit 65
Page 799

Outline of Expert Testimony of Keith Palzer
October 13, 2017

the Funds' auditors caused the financial statements from 2012 through 2015 therefore to be materially false and misleading, in contravention of industry standards. For each of these financial statements, Mr. Frost and Mr. Guerry signed letters to Marcum LLP, the Funds' auditors, stating that "related party transactions" and "other transactions with affiliates" had been properly disclosed in the financial statements.[155] They were not because there was no disclosure of the Incubator Fees and other fees and expenses charged to the Portfolio Companies in the financial statements.

3.    Further, Mr. Guerry testified during his deposition that disclosure of fees and expenses imposed on Portfolio Companies would be reasonable, and in hindsight, Mr. Frost should reconsider its failure to make such disclosure.[156]

C.    *Missing 2016 Financial Statements*:   No year-end 2016 audits have been provided for either Seed Fund or Fund II.[157]  Failure of a manager to comply with reporting obligations in the investment contracts, either negligently or intentionally, constitutes a breach of fiduciary duty.   The failure of Mr. Frost to cause the Funds to issue 2016 financial statements breaches the investment contracts:

1.    Section 11.6 of the Seed Fund Agreement states that:

"The Manager shall deliver or cause to be delivered to each Member . . . within 120 days after the end of each Fiscal Year commencing with the Fiscal Year ending December 31, 2012, a report containing an audited balance sheet, statement of operations, and statement of changes in members equity of the Company for such Fiscal Year to date."

2.    Section 11.4 of the Fund II Agreement states that:

"Beginning with the fiscal year that ends December 31, 2013, the General Partner shall use reasonably commercial efforts to transmit to the Limited Partners within one hundred twenty (120) days after the close of the Partnership's fiscal year audited financial statements of the Partnership prepared in accordance with the terms of this Agreement and otherwise in accordance with U.S. generally accepted accounting principles . . . ."

3.    In respect of the missing financial statements, Mr. Frost and Mr. Guerry testified that the 2016 audit is delayed because the Funds do not have assets sufficient to pay the auditors.[158]  However, the reason that each Fund does not have assets to pay the auditors is due principally to the fact that a large amount of Fund assets was paid in the Incubator Fees and other fees and expenses that were inconsistent with fiduciary

---

[155] *Seed Fund Management Letter to Marcum LLP for Fiscal Year 2012* (Exhibit 90); *Seed Fund Management Letter to Marcum LLP for Fiscal Year 2013* (Exhibit 96); *Fund II Management Letter to Marcum LLP for Fiscal Year 2013* (Exhibit 99); *Seed Fund Management Letter to Marcum LLP for Fiscal Year 2014* (Exhibit 103); *Fund II Management Letter to Marcum LLP for Fiscal Year 2014* (Exhibit 106); *Fund II Management Letter to Marcum LLP for Fiscal Year 2015* (Exhibit 110).
[156] Guerry Depo I, 276:12-277:10.
[157] Guerry Depo I, 274:22-276:20.
[158] Frost Depo III, 750:1-10 & 783:9-19.  Guerry Depo III, 826:14-827:16.  Vasquez Depo, 50:7-19.

Page **23** of **33**

Exhibit 65
Page 800

Outline of Expert Testimony of Keith Palzer
October 13, 2017

duties, as noted in Sections V and VI of this outline. These actions should not excuse failure to issue financial statements required under the Funds' investment contracts. (For Fund II in particular, the breaches of fiduciary duty were not "commercially reasonable," and so should not excuse performance under the contractual language.)

D. *Misleading Valuations of Portfolio Companies:* The Funds investment contracts require valuation of the Portfolio Companies by the respective investment managers. Section 12.1(c) of the Fund II Agreement states that "General Partner shall have the power at any time to determine, for all purposes of this Agreement, the fair market value of any assets and liabilities of the Partnership." Section 11.2(c) of the Seed Fund Agreement states that non-marketable investments or assets of the fund including the Portfolio Companies "shall be estimated at fair value and shall be determined by the Manager." The values in the annual audited financial statements of each Fund[159] were prepared by the Frost Management Companies under the direction of Mr. Frost and Mr. Guerry, and were audited by Marcum LLP, which is a public accounting firm.

1. *Industry Standard:* Private equity investment managers should value investments in accordance with investment contracts in good faith using accepted industry valuation methods. An investment manager that falsifies or misstates valuations (including negligently) or values assets contrary to the approach set forth in the investment contract, commits a breach of fiduciary duty.[160] The annual financial statements of the Funds accurately set forth the relevant industry standards for determining and estimating "fair value" of the Portfolio Companies.[161]

2. *Faulty Valuations and Valuation Methodology:* Based on industry valuation standards and my review of the deposition testimony in this case, the following evidence highlights possible faulty valuations that may have yielded materially incorrect valuations for the Portfolio Companies by the Frost Management Companies in breach of fiduciary duty:

   a. Cary Breese, the CFO and COO of the Incubator from 2011 until early 2012, as well as a "shared" CFO/COO for certain Portfolio Companies and member of the Seed Fund Investment Committee,[162] testified that the valuations for some of the Portfolio Companies were in his opinion too high.[163] For example, the Portfolio Company Frost Edge had no CEO or CTO for a prolonged period, making anything above a nominal amount unlikely to be the "fair value" of that company, even considering the significant amount of judgment and estimation that a fund manager uses in fair value calculations.[164]

   b. The fair value estimates of Cirro, Inc. fluctuated significantly from Q1 2016 (fair value estimate of $3,284,963) to Q2 2016 when it was written off (when the Frost

---

[159] Seed Fund has audited financial statements for 2012, 2013, 2014, and 2015; Fund II has audited financial statements for 2013, 2014, and 2015.

[160] *Oppenheimer Asset Management Inc. and Oppenheimer Alternative Investment Management, LLC* (SEC Admin. Proceeding File No. 3-15238, Mar. 11, 2013) (intentionally falsifying valuations and not adhering to valuation procedures in an investment contract by a private equity fund-of-funds is fraudulent under the Advisers Act and violates fiduciary duty).

[161] *See,* for example, Fund II's December 31, 2015 Financial Statements, Note 2-Significant Accounting Policies (Portfolio Valuation) and Note 3 – Fair Value Measurements (F004576-601 at F004587 & F004590-96).

[162] Breese Depo, 33:15-34:3.

[163] Breese Depo, 44:10-20, 64:15-65:2 & 82:6-22.

[164] Breese Depo, 112:23-113:16.

Page **24** of **33**

Exhibit 65
Page 801

Outline of Expert Testimony of Keith Palzer
October 13, 2017

Management Companies decided to reduce headcount and seek sale of the company). Frost Management Companies states in a quarterly report that the decision to write down the investment came after meeting with "many technology companies" to find a buyer, but receiving only one offer for a price that would not cover company liabilities.[165]   A quarter-on-quarter write-down normally occurs after an unforeseeable event affecting fair value.  The inability to realize fair value in the sales process may indicate a faulty valuation methodology.

c.   There is evidence that Mr. Frost calls some Portfolio Companies "deadwood"[166] and identifies other Portfolio Companies that should be written off.[167]  However, the contemporaneous quarterly financial statements continued to show the value of these Portfolio Companies at or above their cost.[168]

d.   The Forensic Report noted that only Pitchbook data was used to determine Portfolio Company values.[169]  Fair value methodology for launch valuation should normally also include estimates of revenue or profits.  Lack of such information in work papers may indicate faulty valuations.

e.   The CEOs of some Portfolio Companies were not involved in valuations of their company for reporting purposes.[170]  Given the Frost model, the early state/venture capital nature of the Portfolio Companies, and light staffing levels, strategic decision-making and business information would have been concentrated at the CEO-level. Failure to consult the CEO on fair value would therefore be likely to have resulted in faulty calculations.

f.   There are instances where Portfolio Companies were inactive and Mr. Guerry suggested they be written down, and Mr. Frost disagreed with this suggestion.[171]  This may indicate faulty valuations.

g.   Each of the valuations discussed in paragraphs a through f above were presented to the investors in quarterly or annual reports,[172] and therefore these valuations, to the extent they did not represent good faith determinations of fair value, would have violated fiduciary duty to investors.

E.   *Other Material False Statements and Omissions*

1.   Investors were not informed about various loans that Mr. Frost and Frost Management Companies made to Portfolio Companies.[173]

---

[165] Fund II Quarterly Report as of June 30, 2016 (HOL0009657-81 at HOL0009674) (Exhibit 083).

[166] E-mail from Stuart Frost to John Vigouroux, *et al.*, (June 10, 2016) (F0206925-26) (Exhibit 796): Tellit and SourceThought; also potentially Exara and Ubix.

[167] E-mail from Stuart Frost to Bill Guerry, *et al.* (June 15, 2016) (F019074-75) (Exhibit 471) (for example, AdaptiveWell).

[168] Frost VP Early Stage Fund II, L.P. Quarterly Reports: Exhibit 083 (June 2016), Exhibit 085 (Sept. 2016) and Exhibit 087 (Dec. 2016).

[169] Forensic Report, ¶ 39.

[170] Myer Depo, 95:2-8; Burke Depo I, 125:10-126:3.

[171] Guerry Depo I, 266:1-269:17; Guerry Depo II, 312:22-313:8.

[172] Guerry Depo I, 264:2-7.

[173] Guerry Depo I, 222:8-15 (loans from Incubator to Cirro) & 236:15-19 (loans from Incubator to ThinkIQ); Burke I Depo, 104:18-106:9 (loans from Incubator to Osprey); Lawson Depo, 82:24-83:10 & 87:20-89:24.

Page **25** of **33**

Exhibit 65
Page 802

Outline of Expert Testimony of Keith Palzer
October 13, 2017

2. Failure to consult and disclose start-ups of new Portfolio Companies with a program manager/client representative of a Fund investor.[174]

3. Refusal to provide access to Portfolio Company and Incubator financial statements to the Hollencrest Parties.[175]

4. False statements regarding other potential big investors (*e.g.*, Rockwell and GE).[176]

5. Failure to disclose trip to Italy in quarterly reports. During the trip to Italy, Mr. Frost appears to have failed to devote sufficient time to the Funds or the Portfolio Companies.

IX. *THE FUNDS WERE IMPROPERLY MARKETED AND WERE MISMANAGED:*

A. There is a mismatch between number of Portfolio Companies targeted for launch in the Seed Fund's marketing materials,[177] and number of companies actually launched. There was not a clear plan to exit companies from the Incubator.[178]

B. Ownership and control in many Portfolio Companies exhibited an "upside-down" cap table, with a majority owned by a diverse group of owners that do not have management involvement in the Funds.[179] This type of ownership structure discourages prospective investors.[180]

C. During Mr. Frost's year-long trip to Italy, Mr. Frost appears to have effectively abandoned management of the Funds, the Portfolio Companies, and the Incubator, and thus failed to devote the "necessary and appropriate" time to Fund II under Section 8.3(a) of the Fund Agreement, based on industry standards of private equity fund management. He was infrequently seen or communicated with by some CEOs.[181] Some CEOs testified of frustration due to Mr. Frost's unavailability while in Italy.[182] Failure to devote necessary and appropriate time to the Funds should have triggered the obligation on the part of the FGP (the general partner of Fund II) to provide notice of a "Suspension Event Notice" under the Fund II Agreement, which was not provided to Limited Partners.

D. Mr. Frost has depleted nearly all cash in the Funds as a primary result of breaches of industry standards of fiduciary investment management discussed in Sections V and VI of this outline. The Funds had no "dry powder" as of the December 31, 2016 quarterly reports, and are effectively without sufficient funds to manage the Portfolio Companies or

---

[174] Giles Depo, 8:5-8, 43:4-45:3, 48:24-49:1, 52:5-53:16, 58:15-18, 64:21-66:5, 79:23-80:12 & 202:18-203:24. NewCo 25 had no employees or CEO from inception until present, while NewCo 26 had 1 employee (CEO) as of May 2017. Giles Depo, 71:15-76:22.

[175] Frost Depo I, 232:22-233:11; Letter from Colin C. Holley, Esq. to Matthew A, Hodel, Esq. (Aug. 4, 2016) (Exhibit 409).

[176] Lawson Depo, 20:8-21:22, 26:12-19, 86:25-87:19 & 166:19-168:11.

[177] *Speech by Bruce Karpati, Chief, SEC Enforcement Division's Asset Management Unit Before the Private Equity International Conference* (New York, NY, Jan. 23, 2013). Frost Venture Partners, *A Highly Focused Seed Fund for Incubated 'Big Data' Companies* (Feb. 2012) (HOL0015082-105 at HOL0015085) (Exhibit 028) ("Investing $0.75 - $1.5 m in 10-15 software startups"); and E-mail from Stuart Frost to Michael Schulman, *et al.*, p. 3 (Nov. 21, 2011) (F0090714-30 at F0090719) (Exhibit 818) (2-4 per year).

[178] Myer Depo, 77:24-78:13, 82:12-83:12 & 151:1-19.

[179] Breese Depo, 162:3-24. Myer Depo, 82:12-83:12. Burke Depo, 113:5-114:20. Lawson Depo, 78:16-79:11.

[180] Giles Depo, 120:9-121:4. Myer Depo, 69:5-24, 78:14-79:2, 82:12-83:12 & 109:10-110:13. Burke Depo, 113:5-115:3 & 216:3-12. Lawson Depo, 78:16-79:24 (Norwest Capital and Altizon walked away from investing), 127:4-128:5 (Rockwell felt the incubator model with its fees was too expensive), 129:5-21 & 131:3-19 (Rockwell wasn't comfortable with Frost Data Capital owning up to 50% of portfolio companies). Guerry Depo II, 319:19-320:15.

[181] Myer Depo, 66:7-18.

[182] Lawson Depo, 93:24-94:25.

Page **26** of **33**

Exhibit 65
Page 803

Outline of Expert Testimony of Keith Palzer
October 13, 2017

perform other fund management activities.  There is a risk that the Fund II may be reduced to a "zombie fund," a fund that accrues fees without providing any management of the portfolio.

E.  Mr. Frost sent an e-mail to Hollencrest representatives implying that he would report their actions to the SEC and other parties (press, clients, investment managers, and Hollencrest's advisory board), unless they abandoned their claims.[183]

---

[183] E-mail from Stuart Frost to Greg Pellizzon and Rob Wolford (Oct. 17, 2016) (HOL0000321-22) (Exhibit 420).

Page **27** of **33**

Exhibit 65
Page 804

Outline of Expert Testimony of Keith Palzer
October 13, 2017

**Appendix A (Documents Relied Upon)**

**Depositions:**

- Deposition of William K. Guerry Volume I, June 20, 2017
- Deposition of William K. Guerry Volume II, June 30, 2017
- Deposition of William K. Guerry Volume III, July 18, 2017
- Deposition of Stuart Frost Volume I, February 14, 2017
- Deposition of Stuart Frost Volume II, February 15, 2017
- Deposition of Stuart Frost Volume III, August 10, 2017
- Deposition of Douglas Lawson, June 19, 2017
- Deposition of Cary James Breese, July 19, 2017
- Deposition of Anthony Howcroft, June 23, 2017
- Deposition of Paul Myer, May 11, 2017
- Deposition of John Thomas Burke, May 17, 2017
- Deposition of Thomas D. Giles, May 16, 2017
- Deposition of Mark Lelinski, September 15, 2017
- Deposition of Alexander Stojanovic, September 22, 2017
- Deposition of Luis A. Vasquez, July 10, 2017
- Deposition of John Vigouroux, Volume I, July 26, 2017
- Deposition of John Vigouroux, Volume III, August 22, 2017
- Deposition of Robert B. Wolford, Volume II, April 11, 2017

**Production Documents:**

- Demand for Arbitration (Oct. 17, 2016)
- Answer to Demand for Arbitration (Nov. 16, 2016)
- Counterclaims of Hollencrest Bayview Partners, L.P., Robert B. Wolford and Wolford Family Trust (Nov. 16, 2016)
- Letter from Colin C. Holley, Esq. to Matthew A, Hodel, Esq. (Aug. 4, 2016) (F000114-35) (Exhibit 409)
- Frost VP Seed, LLC Operating Agreement (Sep. 22, 2011) (F001581-603)
- Frost VP Seed, LLC Amended and Restated Operating Agreement (F0052523-82 at F0052555-82) (Exhibit 048)
- Frost VP Early Stage Fund II, L.P. Limited Partnership Agreement (May 29, 2013) (F000657-713)
- Frost VP Early Stage Fund II, L.P. Amended to the Limited Partnership Agreement (Dec. 19, 2014) (Exhibit 502)
- Operating Agreement of Frost Management Company, LLC (Sept. 22, 2011) (Exhibit 3)
- Frost Ventures Partners, LLC Operating Agreement (Sept. 22, 2011) (Exhibit 5)
- Frost Venture Partners, *A Highly Focused Seed Fund for Incubated 'Big Data' Companies* (Feb. 2012) (HOL0015082-105) (Exhibit 028)
- E-mail from Stuart Frost to Michael Schulman (Feb. 9, 2012) (HOL0007844-65) (Exhibit 254)
- Frost Venture Partners Executive Summary (2013) (HOL0015064-81) (Exhibit 041)

Page **28** of **33**

Exhibit 65
Page 805

Outline of Expert Testimony of Keith Palzer
October 13, 2017

- E-mail from Stuart Frost to Michael Schulman, *et al.* (Nov. 21, 2011) (F0090714-30) (Exhibit 818)
- E-mail from Stuart Frost to John Vigouroux, *et al.*, (June 10, 2016) (F0206925-26) (Exhibit 796)
- E-mail from Tom Giles to Stuart Frost & Bill Guerry (Nov. 4, 2016) (Exhibit 712)
- E-mail from Tom Giles to Bill Guerry (Nov. 15, 2016) (Exhibit 713)
- E-mail from Tom Giles to Bill Guerry (May 12, 2017) (F0206865-72) (Exhibit 794)
- E-mail from Bill Guerry to Anil Suren and Luis Vasquez (Oct. 18, 2016) (Exhibit 835)
- E-mail from Tom Giles to Stuart Frost, *et al.* (Feb. 27, 2017) (Exhibit 836)
- E-mail from Michael Schulman to Stuart Frost (Feb. 10, 2012) (HOL0008007-8035) (Exhibit 255)
- E-mail from Bill Guerry to Stuart Frost, *et al.* (Mar. 26, 2015) (F010817-34) (Exhibit 454)
- E-mail from Stuart Frost to Dean Sawyer and Bill Guerry (Aug. 7. 2015) (Exhibit 852)
- E-mail from Stuart Frost to Bill Guerry, *et al.* (June 15, 2016) (F019074-75) (Exhibit 471)
- E-mail from Arthur Brown, Marcum LLP, to Steve Rapattoni and Kellan McConnell, Marcum LLP, (Feb. 8, 2017) (MAR015991-96)
- E-mail from Stuart Frost to Greg Pellizzon and Rob Wolford (Oct. 17, 2016) (HOL0000321-22) (Exhibit 420)
- Employments Dates and Salary Information (F001321-22) (Exhibit 015)
- Action by Unanimous Written Consent of the Board of Directors of AdaptiveWell Technologies, Inc., Election to Wind-up and Dissolve (Aug. 30, 2016) (F0563938-41)
- Action by Written Consent of the Stockholders of AdaptiveWell Technologies, Inc., Election to Wind-up and Dissolve (Aug. 29, 2016) (F0563949-54)
- Action by Unanimous Written Consent of the Board of Directors of Frost Newco13, Inc. (Apr. 30, 2014) (F023782-87)
- Profit & Loss All Transactions (May 15, 2017) (Exhibit 746)
- Frost Investors List (F0094715-35)
- *Seed Fund Management Letter to Marcum LLP for Fiscal Year 2012* (Exhibit 90)
- *Seed Fund Management Letter to Marcum LLP for Fiscal Year 2013* (Exhibit 96)
- *Fund II Management Letter to Marcum LLP for Fiscal Year 2013* (Exhibit 99)
- *Seed Fund Management Letter to Marcum LLP for Fiscal Year 2014* (Exhibit 103)
- *Fund II Management Letter to Marcum LLP for Fiscal Year 2014* (Exhibit 106)
- *Fund II Management Letter to Marcum LLP for Fiscal Year 2015* (Exhibit 110).

**Advisory Committee Meeting Minutes:**

- F004611-18 (Exhibit 221)
- F004318-19 (Exhibit 222)

**Investment Committee Meeting Minutes:**

- F001538
- F001539
- F001540-41
- F001542
- F001552

Page **29** of **33**

Exhibit 65
Page 806

Outline of Expert Testimony of Keith Palzer
October 13, 2017

- F001554-56
- F001566-68
- F001569-70
- F001571-72
- F001573-74
- F001575-76
- F001577-78
- F001579-80
- F0052117-40
- F000641-43
- F000644-45
- Frost VP Early Stage Fund II, LLC Investment Committee - Meeting (July 23, 2013)
- F000646-47
- F000648-49
- F000650
- Frost VP Early Stage Fund II, LLC Investment Committee - Meeting (Feb. 26, 2014)
- F000568
- F000569
- F000570
- F000571-72
- F000574-81
- F0063483
- F000595-601
- F000602-15
- Frost VP Early Stage Fund II, LLC Investment Committee - Meeting (Dec. 10, 2014)
- Frost VP Early Stage Fund II, LLC Investment Committee - Meeting (Dec. 22, 2014)
- F000237-41
- F000242-46
- F000247-61
- F0052800-820

**Financial Statements:**

- F004431-52
- F004453-76
- F004477-500
- F004501-24
- F004525-49
- F004550-75
- F004576-601
- Exhibit 9
- Exhibit 10
- Exhibit 11
- Exhibit 12
- Exhibit 13

Page **30** of **33**

Exhibit 65
Page 807

Outline of Expert Testimony of Keith Palzer
October 13, 2017

- Exhibit 746
- Unaudited Seed Fund data for 2016 provided in excel file by Fenix Financial Forensics LLC (data is from a native QuickBooks file)
- Unaudited Fund II data for 2016 and 2017 provided in excel file by Fenix Financial Forensics LLC (data is from a native QuickBooks file)

**Seed Fund Quarterly Statements:**

- F001794-804
- HOL0007516-28 (Exhibit 055)
- F001698-710 (Exhibit 056)
- F001754-66
- F001805-18
- F001860-73
- F001711-23
- F001767-79
- F001819-32
- F001874-87
- F001724-40
- F001780-93
- HOL0005118-33 (Exhibit 076)
- HOL0005448-87 (Exhibit 078)
- F001741-53
- HOL0009708-27 (Exhibit 082)
- HOL0010081-97
- Frost VP Seed, LLC Quarterly Report to the Members as of December 31, 2016 (Exhibit 086)
- Frost VP Seed, LLC Quarter Ended December 31, 2016 (Restated)
- Frost VP Seed, LLC Quarterly Report to the Members as of March 31, 2017

**Fund II Quarterly Statements:**

- F000818-29
- F000866-79
- F000921-34
- F000763-75
- HOL0003928-44 (Exhibit 066)
- F000880-98
- F000935-54
- HOL0006761-85 (Exhibit 073)
- HOL0007893-914 (Exhibit 075)
- HOL0005064-86 (Exhibit 077)
- HOL0005400-47 (Exhibit 079)
- F000800-17
- HOL0009657-81 (Exhibit 083)

Page **31** of **33**

Exhibit 65
Page 808

Outline of Expert Testimony of Keith Palzer
October 13, 2017

- HOL0010034-56 (Exhibit 085)
- Frost VP Early Stage Fund II, L.P. Quarterly Report to the Members as of December 31, 2016 (Exhibit 087)
- Frost VP Early Stage Fund II, L.P. Quarter Ended December 31, 2016 (Restated)
- Frost VP Early Stage Fund II, L.P. Quarterly Report to the Members as of March 31, 2017

**Subscription Agreements:**

- HOL0007193-298
- HOL0008326-385
- HOL0008386-438
- F0052523-82
- F0045602-46
- F0045976-6021
- F0045876-925
- HOL0008075-324
- HOL0008325-570
- F0045784-829
- F0052727-70
- F0052629-72
- F0045169-211
- F0045692-737
- F0046068-121
- F0045506-49
- F0045270-317

**Service Agreements:**

- F037540-41 (Exhibit 595)
- Exhibit 596
- Exhibit 853
- Exhibit 854
- Exhibit 855
- Exhibit 856
- Exhibit 857
- Exhibit 858
- Exhibit 859
- Exhibit 860
- Exhibit 861
- Exhibit 862
- Exhibit 863
- Exhibit 864
- Exhibit 865
- Exhibit 866

Page **32** of **33**

Exhibit 65
Page 809

Outline of Expert Testimony of Keith Palzer
October 13, 2017

- Exhibit 867
- Exhibit 868
- Exhibit 869
- Exhibit 870
- F001319-20 (Exhibit 871)
- Exhibit 872

**Research and Publicly Available Documents:**

- Expert Report of David B. Weekly Fenix Financial Forensics LLC (Oct. 13, 2017).
- Form ADV of Frost Management Company, LLC (Feb. 8, 2017) (available at www.adviserinfo.sec.gov/IAPD/ under CRD # 165847).
- Form ADV Part 2 A and B Brochure of Hollencrest Capital Management (Mar. 25, 2011) (available at http://www.lexissecuritiesmosaic.com/resourcecenter/ADV2B/Hollencrest_Capital.pdf)
- Investment Advisers Act of 1940 (available at https://www.sec.gov/about/laws/iaa40.pdf)
- *General Information on the Regulation of Investment Advisers* (available at https://www.sec.gov/divisions/investment/iaregulation/memoia.htm, last accessed Oct. 9, 2017)
- *Blackstone Management Partners L.L.C. et al.* (SEC Admin. Proceeding File No. 3-16887, Oct. 7, 2015)
- *Apollo Management V, L.P. et al.* (SEC Admin. Proceeding File No. 3-17409, Aug. 23, 2016)
- *Potomac Asset Management Company, Inc.* (SEC Admin. Proceeding, File No. 3-18168, Sep. 11, 2017)
- *First Reserve Management, L.P.* (SEC Admin. Proceeding, File No. 3-17538, Sep. 14, 2016).
- *Clean Energy Capital, LLC* (SEC Admin. Proceeding, File No. 3-15766, Oct. 17, 2014)
- *Oppenheimer Asset Management Inc. and Oppenheimer Alternative Investment Management, LLC* (SEC Admin. Proceeding File No. 3-15238, Mar. 11, 2013)
- *Guggenheim Partners Investment Management, LLC* (SEC Admin. Proceeding File No. 3-16735, Aug. 10, 2015)
- *Kohlberg Kravis Roberts & Co., L.P.* (SEC Admin. Proceeding File No. 3-16656, June 29, 2015)
- *WL Ross & Co. LLC* (SEC Admin. Proceeding, File No. 3-17491, Aug. 24, 2016)
- *Blackstreet Capital Management, LLC* (SEC Admin. Proceeding File No. 3-17267, June 1, 2016)
- *Mary Beth Stevens* (SEC Admin. Proceeding File No. 3-13553, Jan. 5, 2010)
- 12. C.F.R. § 275.206(4)-8
- *Speech by Bruce Karpati, Chief, SEC Enforcement Division's Asset Management Unit Before the Private Equity International Conference* (New York, NY, Jan. 23, 2013)
- PrivateEquityCompensation.com, 2017 Private Equity & VC Compensation Report
- Heidrick & Struggles, *2016 North American Private Equity Investment Professional Compensation Survey (2016)*

Page **33** of **33**

Exhibit 65
Page 810

# EXHIBIT 66

Message

---

| | |
|---|---|
| **From:** | Michael Schulman [michaels@hollencrest.com] |
| **Sent:** | 2/17/2012 11:34:59 PM |
| **To:** | Rob Wolford [robw@hollencrest.com]; Peter Pellizzon [peterp@hollencrest.com] |
| **Subject:** | Stuart Frost Seed Fund - please review |
| **Attachments:** | image002.png; image003.jpg; Frost VP 02-12 v4.pptx |

Hi Rob and Peter,
Attached is the latest revision of the Stuart Frost Seed Fund presentation.
Please review, suggest desired changes, and add appropriate disclaimers.
I want to make sure it flows well for you if you were to use it to present the fund to clients.


Kind regards,
Michael


Michael Ashley Schulman, CFA
Managing Director, Senior Portfolio Manager
HOLLENCREST
100 Bayview Circle, Suite 500, Newport Beach, CA 92660
Main: 949.737.7700 / 800.838.8951
Direct: 949.823.7722
Mobile: 949.355.6117
Fax: 949.737.7703
www.hollencrest.com<http://www.hollencrest.com/>
michael@hollencrest.com<mailto:michael@hollencrest.com>
Bloomberg: maschulman
Securities offered through Hollencrest Securities
Member of SIPC and FINRA

Advisory services offered through Hollencrest Capital Management
SEC Registered Investment Advisor

"At Hollencrest we remove the stress of managing a complex investment portfolio by providing high-touch financial management so our clients - owners of concentrated and diversified wealth and family businesses - have more time to advance their lives."

This communication is for informational purposes only. Use by other than intended recipients is prohibited. Sender accepts no liability for any omissions or errors arising as a result of transmission. It is not intended as an offer nor a solicitation of an offer to buy or sell securities or as an official confirmation of any transaction. Information contained herein provides insufficient information upon which to base an investment decision. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Hollencrest Capital Management may, at its discretion, monitor and review the content of all email communications.

From: Cary Breese [mailto:cary@frostvp.com]
Sent: Thursday, February 16, 2012 3:37 PM
To: Michael Schulman; Stuart Frost
Cc: Greg Pellizzon
Subject: Re: booklet

Michael,

Enclosed please find v4 incorporating your suggestions.  Please let me know if you need anything further.

Best regards,

Cary Breese
CFO/COO | Frost Venture Partners, LLC
31920 Del Obispo, Ste 260
San Juan Capistrano, CA. 92675
O: 949.481.9060 | M: 949.412.2142


[cid:image002.png@01CCEB3B.FC934710]

From: Michael Schulman <michaels@hollencrest.com<mailto:michaels@hollencrest.com>>
Date: Tue, 14 Feb 2012 19:55:14 -0600



**EXHIBIT 1082**
**M. SCHULMAN**
12/7/17
CHERYL M. HAAB
CSR NO. 13600, RPR

Exhibit 66
Page 811

HOL0011670

To: Cary Breese <cary@frostvp.com<mailto:cary@frostvp.com>>,
"stuart@frostvp.com<mailto:stuart@frostvp.com>" <stuart@frostvp.com<mailto:stuart@frostvp.com>>
Cc: Greg Pellizzon <gregp@hollencrest.com<mailto:gregp@hollencrest.com>>
Subject: RE: booklet

Hi Cary,
Thank you for implementing the updates, it looks very nice; apologies for my delayed response.

As best I could, I put some minor edits straight into the slide deck as well as left a few open ended questions below.

Slide 1:  Is the title correct for the booklet because you are not directly selling an incubator fund nor a venture fund, but a seed fund; or do you see it as a combination of both?

Slide 11:  Please review slide 11.
I put "Management team assembled" as a separate step in the general investment process.  Please let me know or fix if you think that incorrect.

Slide 13:  The "Strategy" section seems more attuned to a development, value building, or process slide rather than an exit slide.  Is there a better place for that part?


Thank you,
Michael


Michael Ashley Schulman, CFA
Managing Director, Senior Portfolio Manager
HOLLENCREST
100 Bayview Circle, Suite 500, Newport Beach, CA 92660
Main: 949.737.7700 / 800.838.8951
Direct: 949.823.7722
Mobile: 949.355.6117
Fax: 949.737.7703
www.hollencrest.com<http://www.hollencrest.com/>
michael@hollencrest.com<mailto:michael@hollencrest.com>
Bloomberg:maschulman
Securities offered through Hollencrest Securities
Member of SIPC and FINRA

Advisory services offered through Hollencrest Capital Management
SEC Registered Investment Advisor

"At Hollencrest we remove the stress of managing a complex investment portfolio by providing high-touch financial management so our clients - owners of concentrated and diversified wealth and family businesses - have more time to advance their lives."

This communication is for informational purposes only. Use by other than intended recipients is prohibited. Sender accepts no liability for any omissions or errors arising as a result of transmission. It is not intended as an offer nor a solicitation of an offer to buy or sell securities or as an official confirmation of any transaction. Information contained herein provides insufficient information upon which to base an investment decision. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Hollencrest Capital Management may, at its discretion, monitor and review the content of all email communications.

From: Cary Breese [mailto:cary@frostvp.com]
Sent: Saturday, February 11, 2012 1:41 PM
To: Michael Schulman; Stuart Frost
Cc: Greg Pellizzon
Subject: Re: booklet

Michael,

Thank you for the message.  Enclosed please find a revised version (v2) of the slides incorporating your suggestions.  In addition to the requested changes I also relocated the "Exits" slide to what I think may be a better position immediately after the "General Investment Process" slides.  Please let me know if you need anything further.

Best regards,

Cary Breese
CFO/COO | Frost Venture Partners, LLC

Exhibit 66
Page 812

HOL0011671

31920 Del Obispo, Ste 260
San Juan Capistrano, CA. 92675
O: 949.481.9060 | M: 949.412.2142


[cid:image002.png@01CCEB3B.FC934710]

From: Michael Schulman <michaels@hollencrest.com<mailto:michaels@hollencrest.com>>
Date: Fri, 10 Feb 2012 17:35:53 -0600
To: Cary Breese <cary@frostvp.com<mailto:cary@frostvp.com>>,
"stuart@frostvp.com<mailto:stuart@frostvp.com>" <stuart@frostvp.com<mailto:stuart@frostvp.com>>
Cc: Greg Pellizzon <gregp@hollencrest.com<mailto:gregp@hollencrest.com>>
Subject: RE: booklet

Hi Cary and Stuart,
This is a very good first draft [ATTACHED].
Following up on our phone call, below are some points to review for a second draft.
Please contact me with any questions.
~~~
Slide 1: please include a date

Slide 1.5: under the construction motif of: 1) Tell them what you are going to say; 2) Say it; and  3) Tell them what you said,....please consider inserting a slide that briefly says something along the lines of:
FROST VP SEED FUND

*        Raising $15M for a venture seed fund to invest in incubated companies

*        Focused on investing $750K to $.51MM in startup software companies

*        That are solving gaps in cloud computing and big data handling

*        No management fee and no carry fee

*        3 year capital deployment

*        Company exits expected in 2 to 5 years from startup

*        10 year fund life

*        Managed by??? [fill in the appropriate names here] Stuart Frost, Cary Breese, Dr. Jack Kreindler and Mark Theisen

Slide 3:  See if you can add a couple bullet points on top that mention your college education and that you initially started your company in England (I believe); it helps round out your bio

Slide 4:

*        You have the same photo for Kriendler and Theissen (am assuming that one of them is incorrect)

*        For Cliff Curie, grammar seems off in the line, "Drove Dell sale of $15m."  Maybe it should be "sales" plural?

Slide 8: A couple more examples of acquisitions, even small ones, would be nice

Pre-slide 9:

*        Slide 9 mentions Frost VP Partners, but there has been no mention of where these partners come from, how you know them and what your relationship is.

o   Remember, we need to tell your story, but it needs to be in the booklet for us to tell.

Slide 9:

*        Possibly replace "Idea comes from Frost VP, Partner" with "Startup ideas or opportunities come from a Frost VP Partner"

*        Since you mention an "investment committee", who sits on the investment committee and what does it do?

Slide 10  Mentions an Advisory Board in the diagram.  Please let us know in one of the slides who sits on the Advisory Board and what their role is.

Exhibit 66
Page 813

HOL0011672

Slide 11:
Consider placing Slide 11 right after Slide 7 (where these companies are first mentioned)
Please explain somewhere what an incubated company is; most people don't know and this is important for them to understand the concept of what you are doing.

Slide 12:   Thank you for covering many of the needed points.

Slide 14: Please eliminate, "Excellent exit opportunities should provide outsize investment returns"

Slide 16: Please eliminate, "Should lead to outstanding returns for investors"

In addition:

-        Please provide points that justify valuing each incubated company at $2.5million pre-money

o   You may want to put this somewhere around slide 9 which is where the $2.5MM pre-money valuation is mentioned.

-        Please disclose what your approximate ownership stake will be in the incubated companies, e.g., 40% to 80% or whatever the range is expected to be.

-        Please let mention what the checks and balances are for investment decisions?   Possibly this involves the investment committee and/or advisory board?


Thank you,
Michael


Michael Ashley Schulman, CFA
Managing Director, Senior Portfolio Manager
HOLLENCREST
100 Bayview Circle, Suite 500, Newport Beach, CA92660
Main: 949.737.7700 / 800.838.8951
Direct: 949.823.7722
Mobile: 949.355.6117
Fax: 949.737.7703
www.hollencrest.com<http://www.hollencrest.com/>
michael@hollencrest.com<mailto:michael@hollencrest.com>
Bloomberg:maschulman
Securities offered through Hollencrest Securities
Member of SIPC and FINRA

Advisory services offered through Hollencrest Capital Management
SEC Registered Investment Advisor

"At Hollencrest we remove the stress of managing a complex investment portfolio by providing high-touch financial management so our clients - owners of concentrated and diversified wealth and family businesses - have more time to advance their lives."

This communication is for informational purposes only. Use by other than intended recipients is prohibited. Sender accepts no liability for any omissions or errors arising as a result of transmission. It is not intended as an offer nor a solicitation of an offer to buy or sell securities or as an official confirmation of any transaction. Information contained herein provides insufficient information upon which to base an investment decision. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Hollencrest Capital Management may, at its discretion, monitor and review the content of all email communications.
From: Stuart Frost [mailto:stuart@frostvp.com]
Sent: Thursday, February 09, 2012 9:42 AM
To: Michael Schulman
Subject: Re: booklet

Hi Michael,

Here's a first draft. Let me know if you have any suggestions. I'll also need to add in the usual boilerplate before it's distributed.

Stuart

Stuart Frost
CEO | Frost Venture Partners, LLC.
31920 Del Obispo, Ste 260
San Juan Capistrano, CA 92675


Exhibit 66
Page 814

HOL0011673

O: 949.542.7744, ext 114 | M: 949.338.6312

[Description: cid:image001.jpg@01CCE711.7D734B70]

From: Michael Schulman <michaels@hollencrest.com<mailto:michaels@hollencrest.com>>
Date: Wed, 8 Feb 2012 11:34:35 -0600
To: Stuart Frost <stuart@frostvp.com<mailto:stuart@frostvp.com>>
Subject: RE: booklet

Hi Stuart,
Thanks for the explanation.  I understand the reasoning for the $2.5MM as well as most of the other listed questions.  Was mostly trying to point out that the booklet needs to explain them for the sake of the end investor.

Cheers,
Michael


Michael Ashley Schulman, CFA
Managing Director, Senior Portfolio Manager
HOLLENCREST
100 Bayview Circle, Suite 500, Newport Beach, CA92660
Main: 949.737.7700 / 800.838.8951
Direct: 949.823.7722
Mobile: 949.355.6117
Fax: 949.737.7703
www.hollencrest.com<http://www.hollencrest.com/>
michael@hollencrest.com<mailto:michael@hollencrest.com>
Bloomberg:maschulman
Securities offered through Hollencrest Securities
Member of SIPC and FINRA

Advisory services offered through Hollencrest Capital Management
SEC Registered Investment Advisor

"At Hollencrest we remove the stress of managing a complex investment portfolio by providing high-touch financial management so our clients - owners of concentrated and diversified wealth and family businesses - have more time to advance their lives."

This communication is for informational purposes only. Use by other than intended recipients is prohibited. Sender accepts no liability for any omissions or errors arising as a result of transmission. It is not intended as an offer nor a solicitation of an offer to buy or sell securities or as an official confirmation of any transaction. Information contained herein provides insufficient information upon which to base an investment decision. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Hollencrest Capital Management may, at its discretion, monitor and review the content of all email communications.
From: Stuart Frost [mailto:stuart@frostvp.com]
Sent: Wednesday, February 08, 2012 9:36 AM
To: Michael Schulman
Subject: Re: booklet

Hi Michael,

I think that's the first time I've been accused of socialism :)

The $2.5m valuation is very much in the standard range for these kinds of 'hot' deals and we've had no problem so far in justifying this level to angels and VCs such as Miramar. The idea behind valuing them all the same is to remove the inherent conflict of interest that would arise in any negotiation between the startup and the seed fund.

On the investment rate, our current thinking has been geared around a relatively small fund, which, to a certain extent, forces us into a policy of syndicating each deal. My preference would be to have a slightly larger fund that can invest more in each round. In some cases, it might make sense to avoid syndication altogether. A larger fund would also be able to invest more in later rounds. Hence, we can deploy more capital if it is available.

Does that address your concerns?

I'll cover the rest of your questions in the first draft of the slides later today.

Cheers,

Stuart

Exhibit 66
Page 815

HOL0011674

Stuart Frost
CEO | Frost Venture Partners, LLC.
31920 Del Obispo, Ste 260
San Juan Capistrano, CA 92675
O: 949.542.7744, ext 114 | M: 949.338.6312

[Description: cid:image001.jpg@01CCE711.7D734B70]

From: Michael Schulman <michaels@hollencrest.com<mailto:michaels@hollencrest.com>>
Date: Tue, 7 Feb 2012 18:05:22 -0600
To: Stuart Frost <stuart@frostvp.com<mailto:stuart@frostvp.com>>
Subject: booklet


Hi Stuart,

Thanks for the slides.  The booklet can use much of it.


Please also include more details on the seed fund itself:

*          How many projected investments?  e.g., 12 to 16?

*          How long till the fund is fully invested?  If you are doing 2 to 4 startups per year, will it take 3 to 4 years to deploy the capital?

*          How will startups be valued for year-end accounting? At cost, at last round, or other?

*          Expected time from startup creation to exit?  1 to 3 years per startup?

*          Proposed life of the seed fund and any possible extensions

*          Frequency of capital (and income) distributions? Quarterly or within 14 days of a sale?

*          K1s will be ready by when?

*          Who will be the auditor?

*          Who will administrate the funds?

*          What are the checks and balances for investment decisions?

*          How much of your capital are you committing to the seed fund; $250K?


You probably want to provide some points that justify valuing each incubated company at $2.5million pre-money; off the cuff, it sounds like socialism in VC funding.


Also, possibly include some diagrams that help make sense of the structure [see attached].



Cheers,

Michael


Michael Ashley Schulman, CFA

Managing Director, Senior Portfolio Manager

HOLLENCREST

100 Bayview Circle, Suite 500, Newport Beach, CA 92660


Exhibit 66
Page 816

HOL0011675

Main: 949.737.7700 / 800.838.8951

Direct: 949.823.7722


Mobile: 949.355.6117

Fax: 949.737.7703

www.hollencrest.com<http://www.hollencrest.com>


michael@hollencrest.com<mailto:michael@hollencrest.com>


Bloomberg: maschulman


Securities offered through Hollencrest Securities

Member of SIPC and FINRA


Advisory services offered through Hollencrest Capital Management

SEC Registered Investment Advisor


"At Hollencrest we remove the stress of managing a complex investment portfolio by providing high-touch financial management so our clients - owners of concentrated and diversified wealth and family businesses - have more time to advance their lives."


This communication is for informational purposes only. Use by other than intended recipients is prohibited. Sender accepts no liability for any omissions or errors arising as a result of transmission. It is not intended as an offer nor a solicitation of an offer to buy or sell securities or as an official confirmation of any transaction. Information contained herein provides insufficient information upon which to base an investment decision. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Hollencrest Capital Management may, at its discretion, monitor and review the content of all email communications.


-----Original Message-----
From: Stuart Frost [mailto:stuart@frostvp.com]
Sent: Tuesday, February 07, 2012 3:29 PM
To: Michael Schulman
Subject: Re: Following up on our phone call


Stuart Frost

CEO | Frost Venture Partners, LLC.

31920 Del Obispo, Ste 260

San Juan Capistrano, CA 92675

O: 949.542.7744, ext 114 | M: 949.338.6312


Exhibit 66
Page 817

HOL0011676

On 2/1/12 8:36 PM, "Michael Schulman" <michaels@hollencrest.com<mailto:michaels@hollencrest.com>> wrote:

>

>Hi Stuart,

>I'll rummage through files to see what I have, and see if there is a

>relevant sample presentation.

>

>Sent from my Verizon Wireless Phone

>

>----- Reply message -----

>From: "Stuart Frost" <stuart@frostvp.com<mailto:stuart@frostvp.com>>

>To: "Michael Schulman" <michaels@hollencrest.com<mailto:michaels@hollencrest.com>>

>Cc: "Greg Pellizzon" <gregp@hollencrest.com<mailto:gregp@hollencrest.com>>

>Subject: Following up on our phone call

>Date: Wed, Feb 1, 2012 5:55 pm

>

>

>

>

>

>

>Michael,

>

>That all sounds good thanks. Could you send me a similar presentation

>booklet to give us a sense of what you're looking for?

>

>Stuart

>

>Stuart Frost

>CEO | Frost Venture Partners, LLC.

Exhibit 66
Page 818

HOL0011677

>31920 Del Obispo, Ste 260

>San Juan Capistrano, CA 92675

>O: 949.542.7744, ext 114 | M: 949.338.6312

>

>[cid:4FC53442-AA15-47A1-9C18-903231F66209]

>

>From: Michael Schulman

><michaels@hollencrest.com<mailto:michaels@hollencrest.com<mailto:michaels@hollencrest.com%3cmailto:michaels@hollencrest.com>>>

>Date: Wed, 1 Feb 2012 19:35:07 -0600

>To: Stuart Frost <stuart@frostvp.com<mailto:stuart@frostvp.com<mailto:stuart@frostvp.com%3cmailto:stuart@frostvp.com>>>

>Cc: Greg Pellizzon

><gregp@hollencrest.com<mailto:gregp@hollencrest.com<mailto:gregp@hollencrest.com%3cmailto:gregp@hollencrest.com>>>

>Subject: Following up on our phone call

>

>Hi Stuart,

>Following up on our phone call, here is a rough draft of the points we

>discussed:

>

>There are a few things we would like to see or have for the Fund:

>

>1.      3c1

>

>2.      Observation rights: to see investments and comment on them prior

>to them being made

>

>3.      Need a presentation booklet we can show to clients with track

>record (as much as possible), bio, target market, etc.

>

>BEST EFFORTS:

>We will market to our clients best we can, and recommend the

>investment, but also point out that it is very speculative and clients

>could lose their entire investment.  It will be a very new concept and

>idea to many people.  We are not guaranteeing a minimum amount to the Fund.

>

>However, I am discussing with Greg, Rob and Peter if we want to set it

Exhibit 66
Page 819

HOL0011678

>up as a separate LP/LLC with a minimum amount and I am taking a stab at

>the structure.  For now, assume best efforts and I will follow up with

>you as soon as I can regarding the possibility of a separate LP/LLC.

>

>

>Best regards,

>Michael

>

>

>Michael Ashley Schulman, CFA

>Managing Director, Senior Portfolio Manager HOLLENCREST

>100 Bayview Circle, Suite 500, Newport Beach, CA92660

>Main: 949.737.7700 / 800.838.8951

>Direct: 949.823.7722

>Mobile: 949.355.6117

>Fax: 949.737.7703

>www.hollencrest.com<http://www.hollencrest.com/<http://www.hollencrest.com%3chttp:/www.hollencrest.com/>
>

>michael@hollencrest.com<mailto:michael@hollencrest.com<mailto:michael@hollencrest.com%3cmailto:michael@hollencrest.com>>

>Bloomberg:maschulman

>Securities offered through Hollencrest Securities Member of SIPC and

>FINRA

>

>Advisory services offered through Hollencrest Capital Management SEC

>Registered Investment Advisor

>

>"At Hollencrest we remove the stress of managing a complex investment

>portfolio by providing high-touch financial management so our clients -

>owners of concentrated and diversified wealth and family businesses -

>have more time to advance their lives."

>

>This communication is for informational purposes only. Use by other

>than intended recipients is prohibited. Sender accepts no liability for

>any omissions or errors arising as a result of transmission. It is not

>intended as an offer nor a solicitation of an offer to buy or sell

>securities or as an official confirmation of any transaction.

>Information contained herein provides insufficient information upon

Exhibit 66
Page 820

HOL0011679

>which to base an investment decision. All market prices, data and other

>information are not warranted as to completeness or accuracy and are

>subject to change without notice. Hollencrest Capital Management may,

>at its discretion, monitor and review the content of all email communications.

>

>This email has been scanned by CIU via McAfee Email Security System.

>For more information please visit http://www.ciunetworks.com

>http://www.mcafee.com

>

>

>

>This email has been scanned by CIU via McAfee Email Security System.

>For more information please visit http://www.ciunetworks.com

>http://www.mcafee.com


This email has been scanned by CIU via McAfee Email Security System.

For more information please visit http://www.ciunetworks.com

http://www.mcafee.com

This email has been scanned by CIU via McAfee Email Security System.

For more information please visit http://www.ciunetworks.com

http://www.mcafee.com

This email has been scanned by CIU via McAfee Email Security System.

For more information please visit http://www.ciunetworks.com

http://www.mcafee.com

This email has been scanned by CIU via McAfee Email Security System.

For more information please visit http://www.ciunetworks.com

http://www.mcafee.com

Exhibit 66
Page 821

HOL0011680



Exhibit 66
Page 822

HOL0011681



## Frost VP Seed Fund

- Raising $15m venture seed fund for incubated companies
- Investing $0.75 - $1.5m in 10-15 software startups
- Solving technology gaps in Cloud Computing and Big Data
- No management fee
- No carry
- 3 year capital deployment
- Company exits expected in 2 to 5 years from startup
- 10 year fund life
- Managed by entrepreneurs: Stuart Frost, Cary Breese, Dave Salch, Mark Theissen, Dr. Jack Kreindler, Dave Shackleton, Cliff Currie

Frost Venture Partners, LLC. Confidential

Exhibit 66
Page 823

HOL0011682



## Introduction

- **The bulk of the $500bn enterprise IT market will move to the 'Cloud'**
- **All the major players are vying for position**

   

  

- **The management and analysis of 'big data' is one of the key areas of technology they all need**
  - But (as usual) they are struggling to build the required disruptive technologies
- **Frost VP is ideally placed to exploit this opportunity**
  - World class management team with deep sector experience
  - A new kind of incubator, laser focused on 'big data'
  - Raising a $15m seed fund to invest in the incubated companies

Frost Venture Partners, LLC. Confidential

Exhibit 66
Page 824

HOL0011683



# Management

- **Stuart Frost – Managing Partner**
  - Highly successful serial Founder & CEO
  - Electronics Engineering degree, Nottingham, England
  - 66% success rate
    - ✔ Founded SELECT Software Tools in England, began operations in 1988, IPO in 1996, 83X return for seed investors
    - ✖ Founded InvestorIQ.com in 1999. Launched tech investment research website in April 2000 with impeccable timing! Closed business down with approx $2m invested in August 2000.
    - ✔ Founded DATAllegro in 2003, MSFT acquired 2008, 36X return for seed investors
  - Ran $1b data warehouse group at MSFT post-acquisition
  - Left MSFT in Oct 2010 to start Frost Venture Partners

Frost Venture Partners, LLC. Confidential

Exhibit 66
Page 825

HOL0011684



# Management – cont'd



**Cary Breese**

**CFO, ICM & Fund Administrator**

Software engineer, successful entrepreneur and financial executive, with proven achievements in technology, financial risk management and operations.



**Dr Jack Kreindler MD**

**ICM**

A physician & physiologist with a parallel career in database technology spanning 18 years. Founder/Architect of CIGNA Vielife, Dictate.IT, VisualDNA. GenieDB.



**Mark Theissen**

**ICM**

22+ years BI/DW experience. Strong & proven technical, sales & marketing skills. COO at DATAllegro, VP Enterprise Analytics at Meta Group. Currently CEO at Cirro



**Dave Salch**

**CTO & ICM**

Builder of innovative technologies and teams for more than 30 years. Most recently CTO at DATAllegro. Responsible for tech strategy & architecture across the incubated companies.



**Cliff Currie**

**VP Business Development**

VP Bus Dev at DATAllegro responsible for EMC relationship, SI partners and $15M Dell account. Currently responsible for strategic partners across the incubated companies



**Dave Shackleton**

**VP Product Management**

VP of Product Definition/Product Management for iRise. Also at Idealab. Specializes in Lean Startup processes for software companies.

**ICM = Investment Committee Member**

5

Frost Venture Partners, LLC. Confidential

Exhibit 66
Page 826

HOL0011685



**Big Data**

**Everyone is talking about 'big data'... but what does it mean?**

- **Volume**
  - Petabytes of data; more than traditional databases can handle
    - A petabyte is a 1 followed by 15 zeroes
  - Machine generated or from social media
    - Facebook, Twitter, cell phones, healthcare, high frequency stock trading, etc.
- **Velocity**
  - More than traditional databases can handle
    - Twitter generates 8 terabytes of data per day (a terabyte is a 1 followed by 12 zeroes)
- **Variety**
  - Traditional databases store and analyze structured data (names, numbers) in a single location
  - Big data is text (documents), graphics (e.g., x-rays, MRIs), video, and structured data all around the globe, 24x7
- **Value**
  - Value density might be low, but value is high when you find it
  - "Needle in a haystack"

Frost Venture Partners, LLC. Confidential

Big data isn't just about scale. It also refers to complexity (e.g., text, graphics, etc.) and the incoming velocity. The combination overwhelms traditional data management solutions such as Oracle and SQL Server – hence there is a need for new, disruptive technologies.

Examples include the feed of Twitter data, Facebook, cell phone calls, computer network traffic, etc.

Exhibit 66
Page 827

HOL0011686



Exhibit 66
Page 828

HOL0011687



Exhibit 66
Page 829

HOL0011688



Frost VP maintains close relationships with major cloud players and potential customers.

From this, needs and ideas for new companies are discovered.

Frost VP maps out the vision for the new company and forms the startup as a Delaware C corp.

Initial seed funding comes from Frost VP Seed and (potentially) seed stage VCs that we've worked with over the years.

As the startup grows, further rounds of funding are secured from the VC community and Frost VP Early Stage.

Goal is to add 2-4 new companies per year for next 5-7 years.

Exhibit 66
Page 830

HOL0011689



**Major players are spending big**

- Microsoft acquired DATAllegro for $275m in 2008
- IBM acquired Netezza for $1.7b in 2010
- HP acquired Vertica for more than $200m in 2011
- Salesforce acquires Heroku for $212m in 2010
- Riverbed acquired Zeus for $140m in 2011
- Citrix acquired Cloud.com for $190m in 2011
- "EMC announces $3b budget to acquire big data startups"
- "IBM is on an acquisition spree for Big Data Software" – SiliconAngle, September 2011
- "Need for big data analytics drives vendors' acquisitions" – ComputerWorld, March 2011

Frost Venture Partners, LLC. Confidential

Exhibit 66
Page 831

HOL0011690



# General investment process

1. **Startup ideas come from Frost VP, a partner (e.g., EMC, HP, NetApp, IBM) or (more rarely) an outside technical founder**

2. **Startup founded**
   - Founders stock split between Frost VP & technical founder (where relevant)
   - Frost VP: 25%-100% of founders stock

3. **Seed investment from FVP Seed Fund**
   - Every investment must be approved by a majority of the Investment Committee
     - S. Frost, C. Breese, M. Theissen, D. Salch, J. Kreindler
   - $2.5m pre-money valuation, including option pool is based on venture capital best practices and comparable software startups

4. **Management team assembled**

Frost Venture Partners, LLC. Confidential

Exhibit 66
Page 832

HOL0011691



## General investment process (cont'd)

5. **Startup Incubation**
   - Frost VP provides high quality shared executives (e.g., Chmn, CFO, Bus Dev) to efficiently guide company through critical early stages
   - Strategy and product are developed and tested
   - Consistent 'Lean Startup' process used across all companies
   - High engagement with customers and partners
   - Strategy refinement based on early and repeated customer validation
6. **Further funding rounds come from partners or other VCs**
   - FVP Seed Fund may invest in later rounds
7. **Most likely exit via acquisition by major partner or strategic IT vendor**
   - IBM, HP, Microsoft, Oracle, EMC, Dell, SAP, NetApp, Salesforce, etc.

Frost Venture Partners, LLC. Confidential

Exhibit 66
Page 833

HOL0011692



## Exits

- **The most likely exit path is via acquisition by one of the major players**
- **All have billions on their balance sheets and huge market caps**
- **Small technology acquisitions up to $100m or more are very common**
  - Can generate huge returns
- **Technology must be viewed as strategic**
  - Startup ideas are initially developed to fill technology gaps of Partners who are themselves potential acquirers
  - Management and Incubator teams ensure strategic direction; tactical plays are avoided
  - Open source business models are avoided (most acquirers prefer commercial software)
  - Strategic value demonstrated via joint customers
- **Revenue does not have to be significant**
  - e.g., DATAllegro acquired by MSFT for 26X revenues

Frost Venture Partners, LLC. Confidential

Exhibit 66
Page 834                                                                    HOL0011693



Exhibit 66
Page 835

HOL0011694



# Fund life cycle

- **Targeting $15m**
- **10 year life**
- **10-15 investments**
- **3 capital calls**
  - 40% initial, 30% in first year, 30% in second year
- **Focus on seed investments in incubated companies**
  - $750k-$1.5m in each company
  - May also invest in later rounds
- **Capital deployed in <3 years**
- **Exits projected in 2-5 years from startup**
  - Distributions as soon as reasonably practicable

Frost Venture Partners, LLC. Confidential

Exhibit 66
Page 836

HOL0011695



# Fund details

- **No fee**
- **No carry**
- **Stuart Frost has committed $250k to the Seed Fund**
- **Companies will be valued at the post-money of the most recent round of funding unless written off or exited**
- **K1s will be issued no later than March 15th**
- **Auditor:**
  - Marcum, LLP.  www.marcumllp.com
- **Administrator:**
  - Cary Breese

Frost Venture Partners, LLC. Confidential

Exhibit 66
Page 837

HOL0011696



## What makes us different?

- **We are not VCs**
- **We are technologists, visionaries & company builders**
- **Deep relationships with major players & customers give us amazing insight into the needs of the market**
- **Strong focus on the very hot Big Data space**

Frost Venture Partners, LLC. Confidential

Exhibit 66
Page 838

HOL0011697



## Summary

- **Huge opportunity as Enterprise IT moves to the cloud**
- **Major players are moving quickly to fill out their technology stacks so they can win market share**
- **Big data is one of the most difficult areas for them to handle**
  - Frost VP has deep expertise & contacts
  - 3 companies already started, 3 in the pipeline
- **Raising $15m seed fund to start & incubate 10-15 big data startups**
- **Most likely exits are via acquisitions by major players**

Frost Venture Partners, LLC. Confidential

Exhibit 66
Page 839                                                    HOL0011698



**Legend**

THE INFORMATION SET FORTH IN THIS DOCUMENT (THIS *"DOCUMENT"*) HAS BEEN PREPARED SOLELY FOR USE BY THE PROSPECTIVE INVESTORS OF FROST VP SEED, LLC. (THE *"PARTNERSHIP"* OR THE *"FUND"*) AND SHALL BE MAINTAINED IN STRICT CONFIDENCE.

EACH RECIPIENT HEREOF ACKNOWLEDGES AND AGREES THAT THE CONTENTS OF THIS DOCUMENT (I) CONSTITUTE PROPRIETARY AND CONFIDENTIAL INFORMATION THAT FROST MANAGEMENT COMPANY (TOGETHER WITH ITS AFFILIATE MANGEMENT COMPANY(IES), *"GENERAL PARTNER"*), FROST VENTURE PARTNERS, FROST VP SEED AND FROST VP EARLY STAGE (TOGETHER, *"FROST VENTURES"*) DERIVE INDEPENDENT ECONOMIC VALUE FROM NOT BEING GENERALLY KNOWN AND (II) ARE THE SUBJECT OF REASONABLE EFFORTS TO MAINTAIN THEIR SECRECY. THE RECIPIENT FURTHER AGREES THAT THE CONTENTS OF THIS DOCUMENT ARE A TRADE SECRET, THE DISCLOSURE OF WHICH IS LIKELY TO CAUSE SUBSTANTIAL AND IRREPARABLE COMPETITIVE HARM TO FROST VENTURES. ANY REPRODUCTION OR DISTRIBUTION OF THIS DOCUMENT, IN WHOLE OR IN PART, OR THE DISCLOSURE OF ITS CONTENTS, WITHOUT THE PRIOR WRITTEN CONSENT OF THE GENERAL PARTNER, IS PROHIBITED. THIS DOCUMENT WILL BE RETURNED TO THE GENERAL PARTNER UPON REQUEST. THE EXISTENCE AND NATURE OF ALL CONVERSATIONS REGARDING THE PARTNERSHIP AND THIS OFFERING MUST BE KEPT CONFIDENTIAL.

Frost Venture Partners, LLC. Confidential

Exhibit 66
Page 840

HOL0011699



THIS DOCUMENT HAS BEEN PREPARED IN CONNECTION WITH A PRIVATE OFFERING TO ACCREDITED INVESTORS OF LIMITED PARTNERSHIP INTERESTS IN THE PARTNERSHIP (THE *"INTERESTS"*). THE INTERESTS HAVE NOT BEEN REGISTERED UNDER THE U.S. SECURITIES ACT OF 1933, AS AMENDED (THE *"SECURITIES ACT"*), OR ANY STATE SECURITIES LAWS OR THE LAWS OF ANY FOREIGN JURISDICTION. THE INTERESTS WILL BE OFFERED AND SOLD UNDER THE EXEMPTION PROVIDED BY SECTION 4(2) OF THE ACT AND REGULATION D PROMULGATED THEREUNDER AND OTHER EXEMPTIONS OF SIMILAR IMPORT IN THE LAWS OF THE STATES AND OTHER JURISDICTIONS WHERE THE OFFERING WILL BE MADE. THE PARTNERSHIP WILL NOT BE REGISTERED AS AN INVESTMENT COMPANY UNDER THE U.S. INVESTMENT COMPANY ACT OF 1940, AS AMENDED (THE *"INVESTMENT COMPANY ACT"*). CONSEQUENTLY, INVESTORS WILL NOT BE AFFORDED THE PROTECTIONS OF THE INVESTMENT COMPANY ACT.

THE PARTNERSHIP'S INVESTMENTS WILL BE CHARACTERIZED BY A HIGH DEGREE OF RISK, VOLATILITY AND ILLIQUIDITY. A PROSPECTIVE PURCHASER SHOULD THOROUGHLY REVIEW THE INFORMATION CONTAINED HEREIN AND THE TERMS OF THE PARTNERSHIP'S LIMITED PARTNERSHIP AGREEMENT AND SUBSCRIPTION AGREEMENT, AND CAREFULLY CONSIDER WHETHER AN INVESTMENT IN THE PARTNERSHIP IS SUITABLE TO THE INVESTOR'S FINANCIAL SITUATION AND GOALS.

Frost Venture Partners, LLC. Confidential

Exhibit 66
Page 841                                                                            HOL0011700



IN CONSIDERING THE PRIOR PERFORMANCE INFORMATION CONTAINED HEREIN, PROSPECTIVE INVESTORS SHOULD BEAR IN MIND THAT PAST PERFORMANCE IS NOT NECESSARILY INDICATIVE OF FUTURE RESULTS, AND THERE CAN BE NO ASSURANCE THAT THE PARTNERSHIP WILL ACHIEVE COMPARABLE RESULTS.

CERTAIN STATEMENTS IN THIS DOCUMENT CONSTITUTE FORWARD-LOOKING STATEMENTS.  WHEN USED HEREIN, THE WORDS "PROJECT," "ANTICIPATE," "BELIEVE," "ESTIMATE," "EXPECT," AND SIMILAR EXPRESSIONS ARE GENERALLY INTENDED TO IDENTIFY FORWARD-LOOKING STATEMENTS.  SUCH FORWARD-LOOKING STATEMENTS, INCLUDING THE INTENDED ACTIONS AND PERFORMANCE OBJECTIVES OF THE RELEVANT PARTY REFERENCED HEREIN, INVOLVE KNOWN AND UNKNOWN RISKS, UNCERTAINTIES, AND OTHER IMPORTANT FACTORS THAT COULD CAUSE THE ACTUAL RESULTS, PERFORMANCE, OR ACHIEVEMENTS OF SUCH PARTY TO DIFFER MATERIALLY FROM ANY FUTURE RESULTS, PERFORMANCE, OR ACHIEVEMENTS EXPRESSED OR IMPLIED BY SUCH FORWARD-LOOKING STATEMENTS.  ALL FORWARD-LOOKING STATEMENTS IN THIS DOCUMENT SPEAK ONLY AS OF THE DATE HEREOF.  THE GENERAL PARTNER AND ITS AFFILIATES EXPRESSLY DISCLAIM ANY OBLIGATION OR UNDERTAKING TO DISSEMINATE ANY UPDATES OR REVISIONS TO ANY FORWARD-LOOKING STATEMENT CONTAINED HEREIN TO REFLECT ANY CHANGE IN ITS EXPECTATION WITH REGARD THERETO OR ANY CHANGE IN EVENTS, CONDITIONS, OR CIRCUMSTANCES ON WHICH ANY SUCH STATEMENT IS BASED.  FURTHERMORE, NOTHING CONTAINED HEREIN IS, OR SHOULD BE RELIED UPON AS, A PROMISE OR REPRESENTATION AS TO THE FUTURE PERFORMANCE OF ANY FUND SPONSORED BY THE GENERAL PARTNER.

Frost Venture Partners, LLC. Confidential

Exhibit 66
Page 842                                                                HOL0011701



INVESTORS SHOULD MAKE THEIR OWN INVESTIGATIONS AND EVALUATIONS OF THE PARTNERSHIP, INCLUDING THE MERITS AND RISKS INVOLVED IN AN INVESTMENT THEREIN. PRIOR TO ANY INVESTMENT, THE GENERAL PARTNER WILL GIVE INVESTORS THE OPPORTUNITY TO ASK QUESTIONS OF AND RECEIVE ANSWERS AND ADDITIONAL INFORMATION FROM IT CONCERNING THE TERMS AND CONDITIONS OF THIS OFFERING AND OTHER RELEVANT MATTERS. INVESTORS SHOULD INFORM THEMSELVES AS TO THE LEGAL REQUIREMENTS APPLICABLE TO THEM IN RESPECT OF THE ACQUISITION, HOLDING AND DISPOSITION OF THE INTERESTS IN THE PARTNERSHIP, AND AS TO THE INCOME AND OTHER TAX CONSEQUENCES TO THEM OF SUCH ACQUISITION, HOLDING AND DISPOSITION.

THIS DOCUMENT DOES NOT CONSTITUTE AN OFFER TO SELL, OR A SOLICITATION OF AN OFFER TO BUY, AN INTEREST IN ANY JURISDICTION IN WHICH IT IS UNLAWFUL TO MAKE SUCH AN OFFER OR SOLICITATION. NEITHER THE U.S. SECURITIES AND EXCHANGE COMMISSION NOR ANY OTHER FEDERAL OR STATE AGENCY HAS APPROVED AN INVESTMENT IN THE PARTNERSHIP. FURTHERMORE, THE FOREGOING AUTHORITIES HAVE NOT CONFIRMED THE ACCURACY OR DETERMINED THE ADEQUACY OF THIS DOCUMENT. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.

PROSPECTIVE INVESTORS ARE NOT TO CONSTRUE THIS DOCUMENT AS INVESTMENT, LEGAL OR TAX ADVICE, AND THIS DOCUMENT IS NOT INTENDED TO PROVIDE THE SOLE BASIS FOR ANY EVALUATION OF AN INVESTMENT IN AN INTEREST. PRIOR TO ACQUIRING AN INTEREST, A PROSPECTIVE INVESTOR SHOULD CONSULT WITH ITS OWN LEGAL, INVESTMENT, TAX, ACCOUNTING, AND OTHER ADVISORS TO DETERMINE THE POTENTIAL BENEFITS, BURDENS, AND OTHER CONSEQUENCES OF SUCH INVESTMENT.

Frost Venture Partners, LLC. Confidential

Exhibit 66
Page 843

HOL0011702

# EXHIBIT 67

| From: | Gray, Sheri [/O=DST/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DT211478EEB] |
|---|---|
| Sent: | 3/22/2017 8:56:05 PM |
| To: | 'stuart@frostdatacapital.com' [stuart@frostdatacapital.com] |
| Subject: | Frost Fund III, L.P. Letter |
| Attachments: | Frost LTR 2017-03-22.pdf |

Mr. Frost,

At the request of Randall D. Young, please see the attached. Original letter will follow via Federal Express.

**Sheri Gray**
DST Systems, Inc. | 333 W. 11th Street, 5th Floor | Kansas City, MO 64105
direct phone 816.843-6876.
sgray@dstsystems.com

**EXHIBIT**
1088
W. Guerry
12-13-17
G. Kennamer CSR CCRR

Exhibit 67
Page 844

DST 2298



**MASTER COMPLEXITY™**

March 22, 2017

**VIA FEDERAL EXPRESS & ELECTRONIC MAIL**

Mr. Stuart Frost, Manager
Frost Fund III GP, LLC
31910 Del Onispo St #100
San Juan Capistrano, CA 92675
stuart@frostdatacapital.com

Dear Mr. Frost:

Subject:    DST Systems, Inc.'s ("DST") Concerns Regarding Frost Fund III, L.P. (the "Fund")

We would like to have meaningful in person discussions with you, but first, it is necessary for us to set forth our genuine concerns and what changes need to occur in order for the Fund to have a chance to be successful in meeting the objectives for which it was created.

One of DST's biggest concerns is regarding the fundamental change of the Fund regarding the involvement of a very strategic player, Symantec. In fact, DST relied in good faith upon the representations made to it by you and your companies regarding Symantec's involvement as a strategic partner and direct investor in the Fund when deciding to enter into the Frost Fund III. L.P. Subscription Agreement and Investor Questionnaire ("Subscription Agreement") and subsequent documentation. DST only recently discovered (through your request to amend the Fund) that DST is the only sizable investment in the Fund to speak of. It is also concerning to DST to see that the amendment is proposing to delete the specific references to Symantec's involvement in the Fund, which from our perspective is a material deviation from one of the biggest factors in our decision to participate in the Fund in the first place. You can imagine our concern considering the removal of Symantec with no other substantial investors (other than a few individuals that will be unable to offer any help in the ideation process) leaves the Fund at a competitive disadvantage from not only a financial but development perspective.

This puts DST in a position to figure out the best way forward to realize its investment. We think certain changes to some of the governance and financial matters within the Fund are necessary to put the Fund in a position where it has a chance to be successful. The changes that must be made to the Fund are: (i) changes in the Fund's governance structure to include DST in the decision-making process; and (ii) waiving (or at least delay in the charging) of "management fees."

While DST was recently provided a seat on the advisory panel, there is no governance/control component over the Fund associated with such panel. In order to have a chance to be successful and realize the key objectives of the Fund, DST must be involved in the governance of the Fund. Further, this is only fair considering DST has provided the most sizable investment in the Fund to date.

Also, DST is shocked about the size and frequency of the "management fee" being charged by your management company in relation to the limited, if any, value being added to the process. Until such time as the cash required for activities of the Fund are not stressing the prospects for success, the "management fees" charged and collected by your organization should be either waived all together or, at the very least, held in arrears. As you should know, ideation companies such as this cannot take on the burden of excessive expenses, such as your management fees, and still be successful (especially when the ideation company did not secure one of its sizable financial and technology investors specifically named in its literature).

DST 2299

Mr. Stuart Frost
Frost Fund III, L.P.
March 22, 2017
Page 2

DST is of the opinion that the Fund still has the ability to be successful in accomplishing the original intent. It further agrees that new investors that can provide capital and contribute to the ideation process are necessary; however, DST thinks it would be misleading and inappropriate to seek additional investors without its concerns set forth herein being resolved.

We look forward to meeting with you in the near term and having our concerns resolved so the Fund can move forward with an actual chance of being successful for all parties involved.

Sincerely,

Randall D. Young, Senior Vice President, General Counsel and Secretary

Exhibit 67
Page 846

DST 2300

# EXHIBIT 68

| From: | Palmer, Marc J [/O=DST/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DT204765975] |
|---|---|
| Sent: | 5/5/2017 11:54:04 AM |
| To: | 'Tom Giles' [tom@frostdatacapital.com]; Chung, Ji [jchung@dstsystems.com] |
| BCC: | Boehm, Jonathan J [jjboehm@argushealth.com]; Palmer, Marc J [jmpalmer@argushealth.com] |
| Subject: | RE: Frost #d-crypt |

Tom,

Can I get a full accounting of where our $5million was invested and how much remains?

J. Marc Palmer
Sent from my iPhone

------Original Message-----
**From:** Tom Giles [tom@frostdatacapital.com]
**Sent:** Tuesday, April 25, 2017 03:24 PM Central Standard Time
**To:** Palmer, Marc J; Chung, Ji
**Subject:** RE: Frost #d-crypt

Marc and Ji

This email is in response to your request it is to the best of my knowledge accurate information to information that is available to me.

This a summary of 4th quarter total investments and to my knowledge what they are paying in incubator fees.

Frost Newco26 Interoperability No employees CEO offer out to individual start date May 1st (250K investment paying 40K a month since dec)

Frost Newco27 Started by Frost IC no employees (250K investment paying 40K a month since dec)

ThinkIQ The Fund's total investment in ThinkIQ is $584,004 (paying some incubator fees out in June )

NarrativeWave The Fund's total investment in NarrativeWave is $689,637 10k a month with 60day out clause

OspreyData* The Fund's total investment in OspreyData is $965,007 Not paying fees out

Pinscriptive* Fund's total investment in Pinscriptive is $1,230,006 paying 30k a month in incubator fees

SourceThought* The Fund's total investment in SourceThought is $741,506 Accruing fees not paying

Swarm Engineering The Fund's total investment in Swarm Engineering is $375,000 paying 40K a month in incubator fees and has 2 employees

Veracity The Fund's total investment in Veracity Security Intelligence is $540,007 (out of incubator)

Positive PingThings The Fund's total investment in PingThings is $124,998 (out of incubator)

Sentrian* The Fund's total investment in Sentrian is $497,712 (Accruing fees paying 5k or so a month)(out of Money)

Tellit Health The Fund's total investment in Tellit Health is $573,006 (accruing Fees and working with Stan at DST on Claims resolution problem)

Ubix Labs The Fund's total investment in Ubix Labs is $1,759,000 Accruing fees not paying

Exara The Fund's total investment in Exara is $647,002 Accruing fees not paying

Mindshare Medical The Fund's total investment in Mindshare Medical is $499,005 (out of incubator)

AdaptiveWell Technologies The Fund's total investment in AdaptiveWell Technologies is $270,005 (out of Incubator)

**EXHIBIT**
**1089**
W. Guerry
12-13-17
G. Kennamer CSR CCRR

Exhibit 68
Page 847

DST 2333

New26 bablefish started by IC in decmber based on ideation sessions and current market validation performed by Anil. This was started along with newco 27 without my knowledge or DST's. I have been ask to countinue building of this company will have 1st empolyee May 1st CEO Simon Jones. Former founder of Calindex. The NewCo has negoatiated a deal for use of Maana as possible base platform for the healthcare company.

NewCo 27 not sure what to say and started in dec with newco 26 was not aware of this so can not respond. Ideation and validation of Ubercare has not resolted in a decision by Frost or DST.

Tellit – working with Stan to see if technology can solve a case issue for DST healthcare in moving case to correct person on ingestion process, final review is this Friday with Stan.

Sentrian is working on a possible acquistion would would be an earn out deal , Care Innovations . Out of money looking May 30th for funding or anypossible merger.

Mindshare medical downrounded Frost and has new investors and we don't interact with them much or at all.

Pinscriptive – receiving data from PHS (in final validation process by PHS) identified desiese stat 2 , IMS helping with new data set as well, going for funding 1st of may Goal is to raise 2 million. Here is the progress to date on the POC with PHS:

Data Extraction has been the biggest impediment in the POC.
The customer had several failing attempts to extract the data, they hired a consultant who request 16 weeks to complete the task, last minute Soyal was able to identify a resource within PHS who can get the extraction done. The extraction complete on 4/21 and delivered to Patrcik (the consultant) for certification. The target date is 5/1 as per PHS. I speak with PHS daily to solicit feedback on the data delivery date.

**Milestones completed to date:**
1. Integrated Data model
2. Data De-Identification – Extraction completed (by PHS) on 4/21
   a. Data sent to Consultant for certification
3. Customer Hadoop platform is setup with the Pinscriptive Platform
4. New Modules developed to date as part of the "Care-Path" meeting with the PHS team:
   a. Waste Opportunities
   b. Prior Authorization (Cover My Meds) Integration
   c. Pharmacy and Therapeutics Committee- P&T Module.
   d. Primary Care Physician Module - a Pilot by PHS shall start in coming weeks.
   e. HCV Diseases Prediction Model by patient and cohorts. (Cost, Outcome and Tipping point)
   f. Expended Visual Analytics: HCV Market indicators and Quality Measures as defined by URAC and AGA.

**Upcoming Milestones:**
1. Data delivery is expected by 5/1
2. Data ingestion (approximately 3000 patients)
3. HCV – Analytics validation & decision support
4. Deployment Plan & Training
5. POC results summary report

Roni H. Amiel

Tom Giles
General Partner Healthcare

Exhibit 68
Page 848

DST 2334

Frost Data Capital
www.frostdatacapital.com
tom@frostdatacapital.com
858-449-8131

Frost Data Capital Healthcare:
http://pinscriptive.com/
http://mindsharemed.com/
http://www.tellithealth.com/
http://sentrian.com/

From: Palmer, Marc J [mailto:JMPalmer@argushealth.com]
Sent: Monday, April 24, 2017 4:01 AM
To: Tom Giles <tom@frostdatacapital.com>
Subject: FW: Frost #d-crypt

Tom,

Per my text, this email stream outlines the framework I intend to share with Steve Hooley in response to his request for information. Thanks for your help.

Sent with Good (www.good.com)

-----Original Message-----
From: Palmer, Marc J
Sent: Saturday, April 22, 2017 11:09 AM Central Standard Time
To: Chung, Ji
Cc: Boehm, Jonathan J
Subject: FW: Frost

One other attachment would last financials which I have also requested from Tom Giles. Jonathan, I forgot to copy you on this as well. Tom says they just received PHS pilot data on Pinscriptive so we can understand that since there are a couple of interested Payers from Health Plan Alliance (including Baylor, Scott & White) in that offering.

I would like to have a package ready for review by Thursday morning (latest).

J. Marc Palmer
Sent from my iPhone

-----Original Message-----
From: Palmer, Marc J
Sent: Saturday, April 22, 2017 11:02 AM Central Standard Time
To: Chung, Ji; Palmer, Marc J
Subject: FW: Frost

Ji,

I am not sure I understand the notion of writing down an investment in innovation, but none the less, here is the

Exhibit 68
Page 849

DST 2335

material I want to prepare for Steve and the Board.

- Why we felt an investment in an innovation fund made sense in light of our vision and mission

- Adjustments we made to the Frost model and why (from original deck)

- Objectives and value creation we believed this investment would create (from the deck)

- Status of Health care companies in fund iii (from Tom Giles) which include Sentrian, Tellit, Pinscriptive and Babelfish

- Ideation results and Status (████████), ?

- Challenges going forward ( governance, personality and ongoing fund viability)

Attachments should include original deck,status updates from ideation and alternatives since discovered

Thoughts?

J. Marc Palmer
Sent from my iPhone

-----Original Message-----
**From:** Givens, Gregg W
**Sent:** Friday, April 21, 2017 07:24 PM Central Standard Time
**To:** Hooley, Steve C; Palmer, Marc J
**Cc:** Boehm, Jonathan J (DST)
**Subject:** RE: Frost

My understanding is that the Fund we are in has approximately $1.6 million left. They have not been able to attract any new investors to the Fund.

Thanks.

Sent with Good (www.good.com)

----Original Message----
**From:** Hooley, Steve C
**Sent:** Friday, April 21, 2017 07:21 PM Central Standard Time
**To:** Palmer, Marc J
**Cc:** Boehm, Jonathan J (DST); Givens, Gregg W
**Subject:** Frost

Mark, we took a full accounting write down on Frost the quarter. I will need a breakdown of what investments our money went into and status on each in the next week.

I need to take the board through the investment and explain our position

Exhibit 68
Page 850

DST 2336

Thanks

Please consider the environment before printing this email and any attachments.

This e-mail and any attachments are intended only for the individual or company to which it is addressed and may contain information which is privileged, confidential and prohibited from disclosure or unauthorized use under applicable law. If you are not the intended recipient of this e-mail, you are hereby notified that any use, dissemination, or copying of this e-mail or the information contained in this e-mail is strictly prohibited by the sender. If you have received this transmission in error, please return the material received to the sender and delete all copies from your system.

Exhibit 68
Page 851

DST 2337

# EXHIBIT 69

**From:**    Bill Guerry (-O-MEX06-OU-EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)-CN-RECIPIENTS-CN-DBBFA8E15DC04840A56B66CA02D1BF6C-BILL)

**Sent:**    Friday, July 11, 2014 6:50:49 PM

**To:**    Stuart Frost (stuart@frostvp.com)

**Cc:**

**Bcc:**

**Subject:**    FW: Lauren Chudzik- VP Corp Dev

Where are you on the hiring of Lauren at this time (committing to a Sep 15 start date)? As of my last budget forecast, we were running a bit tight given the lack of a second new company in the latest batch. We might make up for that with others, but haven⊠ yet. I asked Shack for an update on timing, but am waiting. Also, the GE funding for the 5 previous companies is pending so our continued need to invest is also pending. I am ok with doing it, assuming we get 2 more companies providing incubator fees, can rely on GE funding, and believe we will still get another $10 million of funding.

Bill

---

**From:** Cliff Currie <cliff@frostvp.com>
**Date:** Thursday, July 10, 2014 at 5:06 PM
**To:** William Guerry <bill@frostvp.com>
**Subject:** Re: Lauren Chudzik- VP Corp Dev

Could we manage a Sep 15 start?

On Jul 10, 2014, at 2:31 PM, "Bill Guerry" <bill@frostvp.com> wrote:

I think something during the fourth quarter is the earliest we can afford this given our current cost structure. How long cash you push this back and still make it happen?

---

**From:** Cliff Currie <cliff@frostvp.com>
**Date:** Thursday, July 10, 2014 at 11:05 AM
**To:** William Guerry <bill@frostvp.com>
**Subject:** Lauren Chudzik- VP Corp Dev

Hey Bill,

Hope you⊠re having an awesome trip.



EXHIBIT
**1090**
W. Guerry
12-13-17
G. Kennamer CSR CCRR

Exhibit 69
Page 852

F 0937264 (Confidential)

Stuart and John both spoke with Lauren this morning..It now appears we're all very excited about her for this role.  I just need to confirm budget and timing from you.  I want to offer her:

175K base
20% bonus
VP Point system
start date- 9/1 to 9/15

Cliff

Exhibit 69
Page 853

F 0937265 (Confidential)

# EXHIBIT 70

| | |
|---|---|
| **From:** | Stuart Frost (-O-MEX06-OU-EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)-CN-RECIPIENTS-CN-615E1A58C63E4165A84A88E4E2C0395C-STUART) |
| **Sent:** | Wednesday, January 28, 2015 4:59:32 PM |
| **To:** | Bill Guerry (bill@frostdatacapital.com); John Vigouroux (john@frostdatacapital.com) |
| **Cc:** | |
| **Bcc:** | |
| **Subject:** | Re: Incubator Allocations |
| **Attachments:** | B823AF16-742D-4775-A928-465C51328F46-63-.png; Frost Logo 80x183-1--164-.png |

I don☒ recall any conversation with Miles on this topic.

He needs to get with the program.

Stuart

Stuart Frost
Managing Partner | Frost Data Capital
31910 Del Obispo, Ste 100
San Juan Capistrano, CA 92675
M: +1 (949) 338-6312
Skype: stuartfrost62



---

**From:** Bill Guerry <bill@frostdatacapital.com>
**Date:** Wednesday, January 28, 2015 at 5:52 PM
**To:** Stuart Frost <stuart@frostdatacapital.com>, John Vigouroux <john@frostdatacapital.com>
**Subject:** Incubator Allocations

Stuart and John,

Wanted to make you aware that over the past few days, I have a few discussions with Miles where he has challenged how we charge companies incubator fees. He mentioned that he had spoken to Stuart about incubator fees and costs while they were visiting with Symantec and the need to spend wisely (he mentioned specifically first class/business class flights vs. coach).

In the first discussion, he and Ben Decio, new CEO of PVM came to me questioning why PVM had been charged an incubator allocation for the past couple of months since it was started in November suggesting the allocation shouldn☒ happen until the team is hired and ready to go. I explained that that approach is not necessarily the right way to do this as we are working on these companies from day one and sometimes it takes longer as we are searching for the teams. Miles specifically asked when we start companies and I explained that we do so when the IC approves the investment. He responding by saying that was wrong as we are putting the teams behind when they start by charging the fee. After the discussion, I pulled Miles aside (without Ben) and explained we manage to our overall cost structure and starting the companies with an incubator allocation is required for us to cover our expenses.

EXHIBIT
1097
W. Guerry
12-13-17
G. Kennamer CSR CCRR

Exhibit 70
Page 854

F 1020480 (Confidential)

Yesterday he came in and challenged me on why Osprey⊠ charge has gone up and how we determine that. I explained that Osprey was charged more because their headcount has grown and their space needs have grown. He asked how that was done and I said we do this subjectively based on the circumstances and he pushed for a formula for doing this so each of the CEOs would know how this works. (Note: while this might be a reasonable way to do this, I wold prefer not to create additional structure in how we do our allocations both for complexity, but also because I prefer to not charge a company a net change in overall cost if we can justify it based on overall financial picture)  He went on to take the position that a company would make a different decision about hiring if it knew their incubator cost would go up for more space if they hit next threshold. He then pushed for me to keep him informed if the allocation was going to change for any of his companies so he could ⊠approve⊠ the charge. I agreed I would let him know but I can see this becoming more problematic if we make a change and he doesn⊠t agree to it.

He also asked about Anthony adding Jesse Fountain as an additional headcount. He questioned that add and I explained that the overall cost impact was small as Cirro was picking up half.

I suspect he might discuss with one or both of you at some time.

Bill

Exhibit 70
Page 855

F 1020481 (Confidential)

# EXHIBIT 71

**From:**        Steve Gotz (steve@frostdatacapital.com)
**Sent:**        Tuesday, June 30, 2015 2:34:06 PM
**To:**          Stuart Frost (stuart@frostdatacapital.com)
**Cc:**
**Bcc:**
**Subject:**     A few thoughts...

Hi Stuart,

Expanding upon our conversation from last week, see below for a few thoughts. My one caveat is that these are confined to my sphere of observation and interaction in the organization, so they may be at odds with other folks. They represent my best efforts to capture the as-is situation but there is no substitute for you to see for yourself once you are back.

Safe travels this week!

~Steve


**Strategic Observations:**

The Clusters have largely been ineffective at systematically reducing product, market and execution risk. This is supported by the underlying numbers (see below). There have been 15 companies founded since 2014, of those 67% are exhibiting/have exhibited exceptionally poor execution. Of those 15 companies, 40% have been terminated/inactivated. The numbers suggest unacceptably high failure rates and instances of poor execution, pointing to systemic issues in the model as it is currently implemented.

*Company*
*Invested Technology*
*Status Cluster*
Penzata  $975,000 No Code
Active Healthcare
TellIt  $625,000 No Code
Active
Healthcare
Veracity  $1,125,000 No Code
Active
Industrial
AWD $550,000
Last 8 Wks Active
Industrial
NeedleHawk  $500,000 No Code
Terminated
Industrial
NewCo22  $375,000 No Code
Terminated
Industrial



EXHIBIT
1101
W. Guerry
12-13-17
G. Kennanier CSR CCRR

Exhibit 71
Page 856

F 1083700 (Confidential)

Metallum $625,000 No Code
Terminated
Industrial
Syntego $750,000 No Code
Terminated/IA Strategics
FrostEdge $1,300,000 No Code
Terminated/IA Strategics
SegOne $750,000 Unknown
Terminated/IA Strategics


**Industrial Subtotal:**
$ 3,175,000
**Strategics Subtotal:**
$ 2,800,000
**Healthcare Subtotal:**
$ 1,600,000

**Total:**
**$7,575,000**

There are a range of complex, commingled causes of the aforementioned performance, but I believe these are a few of the leading culprits:

**1)** A primary root cause may be tied back to initiation of the clusters and GM selection. As you are well aware, companies that reach highly competitive A rounds typically have systematically reduced their company s product, market and execution risk during seed stage. Yet FDC companies (2014 and beyond) are exhibiting a prolonged seed stage, often times with improper/ineffective de-risking. Paradoxically the current crop of GM s have limited experience building pre-product/market fit organizations, rather the bulk of their experience centers upon scaling up large strategic partnerships in organizations that have already reached product/market fit.

I imagine that when the Cluster structure was originally envisioned an open question was whether GM-candidates had specific skill sets of use to early-stage companies, or whether they would distract from the very specific activities required to find product/market fit. It appears that the Incubation/Technology teams were an attempt to mitigate these issues, however an echo chamber quickly emerged where the loudest voices tended to drown out concerns related to poor execution, which resulted in a significant disconnect between on-the-ground observations and board-level decisions.

**2)** Inarguably the Cluster GMs are able to bring a wealth of connections, but I believe these have largely been squandered, an observation seemingly supported by the underlying performance statistics. Great startups are built on the back of real-world user insights, NOT board level strategic discussions. Yet over-and-again I have observed FDC startups wasting valuable cycles/many months, at the behest of the GMs, with high-level executives who are completely divorced from the pain points they are advocating. That is not to say these discussions are unimportant, far from it, they are exceptionally valuable at the correct time in the startups growth, typically while approaching product/market fit or shortly thereafter.

Exhibit 71
Page 857

F 1083701 (Confidential)

3) Our hiring preferences further exacerbated the situation. It should not come as a surprise that in general, high-profile sales-driven CEOs are ill-equipped to help drive discovery of product/market fit. When you then put that candidate profile in a cluster led by the same type of individual you end up catalyzing high-level strategic activity at the expense of meaningful product-level user focus.

On a personal level I feel like we have strayed from a recipe that you yourself validated, namely the rise of the product CEO. I think most current-day investors will attest that having design and product insights are far more important as a leader of the company than understanding sales and marketing. I wonder if we have erred by subordinating product activities, both within the fund as well as many of our companies, under the Sales/BizDev executive. We should be building a culture where superior product thinking is rewarded and should be a key part of driving companies forward. These founders are far from perfect, but they are compelled by such passion and enthusiasm that it overcomes many early hurdles.

I think this really gets to the crux of the issue, the need to compel product prioritization while incentivizing the companies to execute more effectively, where execution means a) early and often user engagement which drives iterative prototyping and technical execution and b) acquiring and executing on PoCs. Startup capital is already allocated in tranches, but it should subject to REAL progress on PoC acquisition and prototype development NOT indeterminate sales/partnership discussions and verbal commitments. Where performance is not forthcoming, and leading indicators are absent, we should err on the side of decisive action over draw-out observation. GPs should get bonuses based on milestone achievements. Everything in Frost needs to be streamlined to these goals, flanked by Biz Dev for strategic alliances in later stages and IR in preparation of series A and beyond.

### Tactical Recommendations:

Cluster/GMs: Remove the GMs from any kind of company oversight and establish clear and accountable company reporting structures up through the GPs. GP performance should be measured by their ability to systematically manage risk (product, market & execution) while appropriately catalyzing activity with strategic acquirers, investors and customers.

FDC Team: Address the premature scaling issue by reducing staff back to the bare minimum required to deliver product/market fit. For staff that remain, an across-the-board proportional paycut should be implemented. Once these measures have been put in place the entire focus of the organization should be on optimizing the process of finding product/market fit. Once FDC is confident we have reached our own version of product/market fit, we should then focus on intelligently rescaling with resources that are directly aligned with the desired outcomes.

Capital Allocation/Controls: An effective and measured capital allocation strategy should have preempted the current situation. It is worth doing a retrospective to understand the points of inadequacy, so as to address them going forward.

Incubation Model: Right-size/stratify the monthly fee, to more accurately reflect the value we are capable of delivering for our companies.

### Recent Company Recommendations:

Exhibit 71
Page 858

F 1083702 (Confidential)

AWD: Reduce the burn and increase the runway by terminating Ben Decio and promoting Martin Prescher. Ben has been an ineffective CEO, he has not measurably catalyzed customer engagements nor delivered any substantial contributions to the product vision. Martin Prescher has executed exceptionally well, he delivered a product vision and working prototype in under 4-weeks time and is more than capable of driving the company forward. Given the opportunity I think he could grow into an exceptional CEO.

Penzata: Terminate the team. The team has burned through almost $1M over the last 12 months, yet they have been unable to measurably de-risk the opportunity. They have been unable to independently develop a concise and coherent product vision and value proposition in line with companies at a similar stage. Their current messaging is on the back of a strategic intervention by Oren, and there has been little measurable progress since then. If we can get him, hire Ben Kearns as the CTO and have him kick-off a deep-dive on the San Mateo data.

Mindshare: Reduce the burn and increase the runway by terminating Samir Chowdhury and promoting Michael Calhoun. Over the past 12 months Samir has been unable to drive execution and product de-risking. Suboptimal performance should not be rewarded with an alternative position that maintains pressure on the burn rate. Michael has done an exceptional job coalescing the product vision and validating the technical upside. Given the opportunity I think he could grow into a strong CEO.

Tellit Health: Replace Pete Karanikas with a product visionary who comes out of the language technology industry. Pete was a hire of convenience; he lacks substantial healthcare and language technology experience which has resulted in $625k being spent without any technical de-risking. During strategy/incubation discussions he is consistently underestimating the challenges the team will face building an intelligent clinical summarization platform and appears hostile to coaching attempts.

Exhibit 71
Page 859

F 1083703 (Confidential)

# EXHIBIT 72

| | |
|---|---|
| **From:** | Stuart Frost (-O-MEX06-OU-EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)-CN-RECIPIENTS-CN-615E1A58C63E4165A84A88E4E2C0395C-STUART) |
| **Sent:** | Thursday, August 27, 2015 4:42:42 PM |
| **To:** | Michael Calhoun (michael@mindsharemed.com); John Vigouroux (john@frostdatacapital.com) |
| **Cc:** | Tom Giles (tom@frostdatacapital.com); Bill Guerry (bill@frostdatacapital.com); greg@gtwlawgroup.com (greg@gtwlawgroup.com); Samir Chowdhury (samir@mindsharemed.com) |
| **Bcc:** | |
| **Subject:** | Re: answer on incubator question- |
| **Attachments:** | B823AF16-742D-4775-A928-465C51328F46-43-.png; Frost Logo 80x183-1—43-.png |

The incubator⊠ answer is no ⊠ simply not an option.

## Stuart

Stuart Frost
Chairman & CEO | Frost Data Capital
31910 Del Obispo, Ste 100
San Juan Capistrano, CA 92675
Mobile: +1 (949) 338-6312
Skype: +1 (949) 391-1077
Skype: stuartfrost62



---

**From:** Michael Calhoun <michael@mindsharemed.com>
**Date:** Thursday, August 27, 2015 at 9:40 AM
**To:** John Vigouroux <john@frostdatacapital.com>
**Cc:** Tom Giles <tom@frostdatacapital.com>, Bill Guerry <bill@frostdatacapital.com>, Greg Williams <greg@gtwlawgroup.com>, Samir Chowdhury <samir@mindsharemed.com>, Stuart Frost <stuart@frostdatacapital.com>
**Subject:** Re: answer on incubator question?

Thanks John - that⊠ exactly how I see it - making a request to the incubator. Not being sure what the board⊠ position was on the matter, I⊠m making the request as CEO.

Just to clarify again, I⊠m looking at the minimal needs for us to succeed moving forward and I⊠m looking at every single line-item in the budget the same way (contractors, salary, everything). This is in NO way a statement of what the incubator has delivered in the past or what the incubator could potentially deliver, just what Mindshare needs to execute on it⊠ milestones.

Thanks again,



**EXHIBIT**
**1102**
W. Guerry
12-13-17
G. Kennamer CSR CCRR

Exhibit 72
Page 860

-Michael

On Aug 27, 2015, at 9:30 AM, John Vigouroux <john@frostdatacapital.com> wrote:
Michael,
I think you are not seeing the forest through the trees.
Your request is not a board decision, but an incubator decision.
I will discuss with Stuart, Tom and Bill and get back to you shortly.
John
Sent from my iPhone
Please excuse typos
On Aug 27, 2015, at 9:22 AM, Michael Calhoun <michael@mindsharemed.com> wrote:
Hi John. Was there an answer on the question raised at our board meeting? I think it would be phrased like this and directed to the incubator: given that Mindshare needs only a small fraction of the incubator services within our current budgetary period (8-months), would you voluntarily reduce the incubator fee? With or without suspension of related services?
Just to review, for execution of our current plan and hit milestones on our path to Series A, our required services should cost less than $50k, a savings of $278k over that period (or $35k a month). Let me know if you'd like me to give you a detailed run-down of these services/costs.
I think most of your response at the meeting was from the incubator standpoint (this is also appreciated). I think the above captures how we'd discussed it from a Mindshare standpoint.
Thank you,
-Michael

Exhibit 72
Page 861

# EXHIBIT 73

| | |
|---|---|
| **From:** | Bill Guerry (-O-MEX06-OU-EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)-CN-RECIPIENTS-CN-E8879F3BFE69472FAB72DFA7E072D231-BILL) |
| **Sent:** | Thursday, September 24, 2015 8:29:16 PM |
| **To:** | Stuart Frost (stuart@frostdatacapital.com) |
| **Cc:** | |
| **Bcc:** | |
| **Subject:** | Incubator Forecast |
| **Attachments:** | Incubator Forecast 9-23-15.xlsx |

Here is the updated forecast thru 9/30.  We will draw $20-30K on the LOC this month to make it. That will leave $40-50K available.  We really need to start a couple of companies.

Same password.


Bill



EXHIBIT
1103
W. Guerry
12-13-17
G. Kennamer CSR CCRR

Exhibit 73
Page 862

F 1116377 (Confidential)

# EXHIBIT 74

**From:**      Bill Guerry (bill@frostdatacapital.com)

**Sent:**      Friday, March 4, 2016 8:18:12 PM

**To:**        Stuart Frost (stuart@frostdatacapital.com); Mark Theissen
               (mtheissen@cirro.com)

**Cc:**

**Bcc:**

**Subject:**   FW: Cirro Stockholder Written Consent - Please review document and sign
               and return the signature pages

Just brining Stuart into the loop on Paul's inquiries. We have giving him information he has
requested but not in enough detail for him to be able to separate out the related party payments
(incubator fee).

Bill

---

**From:** Luis Vasquez <luis@frostdatacapital.com>
**Date:** Tuesday, March 1, 2016 at 1:50 PM
**To:** William Guerry <bill@frostdatacapital.com>
**Subject:** Fwd: Cirro Stockholder Written Consent- Please review document and sign and return the signature
pages

FYI - I believe that at some point, you will need to discuss the incubator fee with Paul. Or at least
tell him that you're not providing the information.
I'll start to write the response to his liquidation question.

*Luis*

Begin forwarded message:

**From:** Paul Cate <PCate@markiv.com>
**Subject: RE: Cirro Stockholder Written Consent - Please review document and sign
and return the signature pages**
**Date:** March 1, 2016 at 1:41:39 PM PST
**To:** Luis Vasquez <luis@frostdatacapital.com>

Luis,

Thank you for the information. I did not yet receive the month by month budget and cash flow projection
for 2016 (including detail as to all amounts paid to related parties). In addition can you outline the various
tranches of convertible notes and their preferences (as well as the current offering), and I will want to review
how the liquidation preferences would work.

Thanks,
Paul



EXHIBIT
1111
W. Guerry
12-13-17
G. Kennamer CSR CCRR

Exhibit 74
Page 863

E 0383365 (Confidential)

From: Luis Vasquez [mailto:luis@frostdatacapital.com]
Sent: Tuesday, March 01, 2016 1:34 PM
To: Paul Cate <PCate@markiv.com>
Cc: Mark Theissen <mtheissen@cirro.com>
Subject: Re: Cirro Stockholder Written Consent - Please review document and sign and return the signature pages

Hello Paul,

My apologies for the delay. The Controller has been extremely busy with year end activities and audits and I only received the financials last week. It then sat in my queue, so again, my apologies.

I ve attached annual annual financial statements and the January financial statement. I ve also attached a draft of Cirro Investor Update. It may still change slightly before it is sent to all investors but it provides you with the update that you requested.

Also, the last two Stockholder Consents did receive over majority consent of disinterested stockholders. So Cirro has continued to operate with the bridge financing that was approved.

Mark Theissen, copied here, can schedule a phone call to discuss 2016 plans.

Warm regards,

Luis Vasquez
Partner and VP of Investor Relations | Frost Data Capital

o: +1 (949) 373-9648
m: +1 (949) 510-5847
e: luis@frostdatacapital.com
a: 31910 Del Obispo St. Suite 100, San Juan Capistrano, CA 92675
w: www.frostdatacapital.com

 Frost
Data

Exhibit 74
Page 864

F 0383366 (Confidential)

# EXHIBIT 75

EXHIBIT
1114
W. Guerry
12-13-17
G. Kennamer CSR CCRR

From:              Bill Guerry (bill@frostdatacapital.com)
Sent:              Friday, April 22, 2016 3:03:53 PM
To:                Stuart Frost (stuart@frostdatacapital.com)
Cc:
Bcc:
Subject:           FW: short term

Rich is asking for his April incubator fee back. Let's discuss this morning.

---

From: William Guerry <bill@frostdatacapital.com>
Date: Friday, April 22, 2016 at 7:58 AM
To: Rich Sootkos <rich@pingthings.io>
Subject: Re: short term

I told you that the we had the capability to cover you. As you are aware, you were going thru a strategic review and there is continuing evaluation of the situation, after which it decided not to fund. At that time, you were looking to close something with him sooner also.

---

From: Rich Sootkoos <rich@pingthings.io>
Date: Friday, April 22, 2016 at 7:43 AM
To: William Guerry <bill@frostdatacapital.com>
Subject: RE: short term

Bill, that is not an option.

On March $2^{nd}$, you wired $42k to the incubator at the expense of our operations knowing that we had only weeks of runway left. I told you twice to wire the money back immediately after, the same day. You responded that Frost would work with us if and when we ran out of cash. That time is now.

Additionally, on March $28^{th}$, you committed to me and Greg Williams that Frost would pay our payroll and expenses (including 1099 payables) for the month of April- April $15^{th}$ payroll and expenses, and April $30^{th}$ payroll and expenses.

Wiring back the $42K to our account is what needs to happen at this point.

Rich


This e-mail communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying or other use of this communication (or its attachments) is strictly prohibited.

---

From: Bill Guerry [mailto:bill@frostdatacapital.com]
Sent: Wednesday, April 20, 2016 12:18 PM
To: Rich Sootkos
Subject: short term

Just a thought. You might want to discuss with Double M. the possibility of them giving you a small bridge $100K on a convert note that is convertible in to this round (at some discount ⊡ say 10-15%). I think that would be sellable to the board.

Exhibit 75
Page 865

F 1235017 (Confidential)

Bill

Exhibit 75
Page 866

F 1235018 (Confidential)

# EXHIBIT 76

From: Bill Guerry (bill@frostdatacapital.com)
Sent: Friday, June 10, 2016 3:50:14 PM
To:    Stuart Frost (stuart@frostdatacapital.com)
Cc:
Bcc:
Subject:    FW: Choo & Re: Reductions
Attachments:    Incubator Forecast 6-9.xlsx


On 6/9/16, 5:28 PM, "Bill Guerry" <bill@frostdatacapital.com> wrote:

>Here is a ball park.  Same password.
>
>As of the moment, we have about $400K in the incubator (I pulled the rest
>of the FRB loan) and $500K in Fund III plus a little in the Gps.  I expect
>to get $100kish from Mindshare now that they have closed their funding
>(this is included in the forecast attached.
>
>I will know more tomorrow once I get Shital's detailed needs analysis for
>this upcoming payroll how long that will take us.  I currently believe we
>can get thru June for sure and if we get a couple of companies funded
>before the next funding (Ubix and possibly NW) and if Toba or others come
>in on the Cirro sales process loan, there is a possibility we can get thru
>Jul 15.  ThinkIQ received their $140K payment from General Mills so we
>won't need to fund them in June and we might be able to get a small
>payment back from them.
>
>
>
>On 6/9/16, 3:23 PM, "Stuart Frost" <stuart@frostdatacapital.com> wrote:
>
>>WRT Suzie, I'd like to review the latest cash flow before making a
>>decision
>>
>>Sent from my iPad
>>
>>> On Jun 9, 2016, at 11:03 PM, John Vigouroux
<john@frostdatacapital.com>
>>>wrote:
>>>
>>> Stuart,
>>> Choo just resigned.  Both she and I have spoken with Tom and she will
>>>do
>>> what ever is needed regarding DST. Tom seems to be working through
it.
>>> They are meeting on Monday to discuss if we hang on to her to end of
>>>month

Exhibit 76
Page 867



EXHIBIT
1117
W. Guerry
12-13-17
G. Kennamer CSR CCRR

F 0419261 (Confidential)

>>> or cut her now. My recommendation to Tom is cut her now. Working to get
>>> Matt and Jack more involved with him.
>>>
>>> Also, Bill and I discussed it will be a much bigger blow to DST CFO if
>>> they hear Bill is leaving.
>>>
>>> With Choo self selecting, do we still want to let Suzie go on Monday?
>>> Anil?
>>>
>>>
>>>> On 6/9/16, 9:56 AM, "John  Vigouroux" <john@frostdatacapital.com>
>>>>wrote:
>>>>
>>>> Spoke with Tom B.
>>>>
>>>> Also spoke with Babur about Suzie.  Said he has gone down this path
>>>>with
>>>> her couple of times, but she is stuck on title.  Babur wants a GE AE
>>>>and
>>>> she wants a VP title.
>>>> Stuart, per your comment below, do we want to let her go?
>>>>
>>>> Sent from my iPhone
>>>> Please excuse typos
>>>>
>>>> On Jun 8, 2016, at 11:52 PM, Stuart Frost
>>>><stuart@frostdatacapital.com>
>>>> wrote:
>>>>
>>>> Comments below
>>>>
>>>> Sent from my iPad
>>>>
>>>>> On Jun 8, 2016, at 11:49 PM, Bill Guerry
<bill@frostdatacapital.com>
>>>>> wrote:
>>>>>
>>>>> We should probably agree on the cost reduction actions we are going
>>>>>to
>>>>> take.  I have listed everyone for this purpose as I believe nothing
>>>>> should be off the table.  I am starting with the easiest first and
>>>>>then
>>>>> moving down the list.
>>>>>
>>>>> Erin – as agreed previously, we should terminate.
>>>> Agreed
>>>>>
>>>>> Tom B – terminate – but communicate the possibility of us pitching a
>>>>> new security play to be funded directly by RA that he could be
>>>>>involved

Exhibit 76
Page 868

F 0419262 (Confidential)

>>>>> with (either as CEO or as BOD member) but this is contingent on that
>>>>> happening.
>>>> Agreed
>>>>>
>>>>> Jim W  - as agreed previously, we should terminate.
>>>> Agreed
>>>>>
>>>>> Brittany - I think we have to keep at least one admin staff.
>>>> Agreed
>>>>>
>>>>> Taison - he is currently being paid 50% by Predixion so his cost to
>>>>>the
>>>>> incubator is only abut $6K per month.  Pinscriptive has a need for
>>>>> someone to configure their amazon cloud hardware and was going to use
>>>>>an
>>>>> outside consultant to do this.  I suggested to Roni that he use
>>>>>Taison.
>>>>> They still need to connect but I believe that this will work.  So at
>>>>> this time, I suggest we keep him as this work plays out of the next
>>>>> couple few weeks.
>>>> Let's move on this ASAP
>>>>>
>>>>> Shital - needed to support the companies accounting - Remains Babur
>>>>> has expressed an interest in having Shital join Maana full time, but
>>>>>I
>>>>> have told him that isn¹t a possibility in the short term but could be
>>>>> reconsidered at a later time.
>>>> Agreed
>>>>>
>>>>> Renee - needed to support the companies payroll - still too much work
>>>>> to be done here.  She also supports Maana which covers part of their
>>>>> incubation fee.  Again, Babur has expressed an interest that she join
>>>>> Maana but this will be down the road if at all.
>>>> Agreed
>>>>>
>>>>> Luis - Without Jim, we need someone working with the investors of the
>>>>> various companies. Plus he does all of the heavy lifting for the
>>>>> reporting for investors and the Funds, and ultimately DST.  I think
>>>>>this
>>>>> is a must have.
>>>> Agreed, but he will need to get involved with seeding the new
>>>>companies
>>>>>
>>>>> Anil - If we were going to incubate a bunch of companies, I think

Exhibit 76
Page 869                        F 0419263 (Confidential)

```
>>>>>this
>>>>> resource would be required.  However, given the likelihood we are
>>>>>going
>>>>> to a much smaller footprint, can we afford?
>>>> I don't think we can afford him. Given a choice between him, Matt &
>>>>Choo,
>>>> Anil would be first to go, Choo second
>>>>>
>>>>> Choo - She is actively involved with the HC innovation and some of
>>>>>the
>>>>> industrial companies.  Tom G. believes Choo is critical to DST.  At
>>>>>this
>>>>> time, I would suggest we keep her.
>>>> Agreed, but I'd like to move her into one of the new cos ASAP and we
>>>> should talk to her about being paid in stock until the company is
>>>>funded
>>>>>
>>>>> Suzie - With GE out of the picture for a prospective investment, I
>>>>> believe it is time we reduce the investment in GE going forward.
>>>>>While
>>>>> she is a benefit for a couple of companies (SourceThought and
>>>>>Narrative
>>>>> Wave), it is limited to only a few companies at this point and both
>>>>> don't have the capability to pay for this support.  I don't think
the
>>>>> few companies justify the cost.  I would propose we see if Maana
has
>>>>>an
>>>>> interest.  I spoke to Babur about this a couple of months ago and
he
>>>>>was
>>>>> lukewarm, but I think he would consider.
>>>> This is a tough one. Can we justify even reduced incubator fees if
we
>>>>go
>>>> down too much? Moving her to Maana would be better than termination
>>>>>
>>>>> Matt - Obviously a very knowledgeable and potentially valuable
>>>>>talent.
>>>>> I don't think we can afford him.   Especially given much of his
>>>>>activity
>>>>> has been focused on new business endeavors and not ideation for HC.
>>>> We have to think about getting non HC cos off the ground. We need
Matt
>>>> for this. I think there's too much risk to DST to leave ourselves
>>>> completely dependent on it.
>>>>>
>>>>> Mike Bassett - we are holding him in place pending the Cirro
process.
>>>>> If this doesn't result in a role, we need to evaluate whether we
can
>>>>> keep him as part of the incubator.
>>>> I'll have to think about this one
>>>>>
```

Exhibit 76
Page 870

F 0419264 (Confidential)

```
>>>>> Bill?
>>>> Let's talk later
>>>>> Anthony?
>>>>> Miles - min salary
>>>>> Tom G - DST
>>>>> Bill D - - min salary
>>>>> John V. - min salary
>>>> Let's talk about how we can stand some new cos up and move resources
>>>>over
>>>> to them ASAP. Rockwell is definitely interested and the ideas are
good
>>>> enough that we should be able to get some seed funding.
>>>
>
```

Exhibit 76
Page 871

F 0419265 (Confidential)

# EXHIBIT 77

From: Stuart Frost (-O-MEX05-OU-EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)-CN-RECIPIENTS-CN-STUARTB45)
Sent: Saturday, June 7, 2014 3:28:59 AM
To:   Tom Turney (turney@newcap.com)
Cc:
Bcc:
Subject:    Re: Moving

Not really. We're spending time in Florence this summer, but I'll be
working full time.

Sent from my mobile

> On Jun 6, 2014, at 7:59 PM, "Tom Turney" <turney@newcap.com> wrote:
>
> Stuart,
>
> Heard a rumor today you are moving to Italy. Is it true ?
>
> Thomas W. Turney
> Managing Principal
> NewCap Partners Inc.
> 5777 W Century Blvd.
> Suite 1135
> Los Angeles, CA
> 90045
> Tel: 310-645-7900 x 22
> Fax: 310-215-1025
> Email: turney@newcap.com
> www.newcap.com



**EXHIBIT**
1135
S. Frost Vol 4
12-15-17
G. Kennarher CSR CCRR

Exhibit 77
Page 872

F 0917772 (Confidential)

# EXHIBIT 78

| | |
|---|---|
| **From:** | Bill Guerry (bill@frostdatacapital.com) |
| **Sent:** | Tuesday, March 1, 2016 8:01:34 PM |
| **To:** | Stuart Frost (stuart@frostdatacapital.com) |
| **Cc:** | |
| **Bcc:** | |
| **Subject:** | Re: Rockwell - response |
| **Attachments:** | FrostDC email sig-1--5-.png; B823AF16-742D-4775-A928-465C51328F46-86-.png; Frost Logo 80x183-1--86-.png; B823AF16-742D-4775-A928-465C51328F46-87-.png; Frost Logo 80x183-1--87-.png; B823AF16-742D-4775-A928-465C51328F46-90-.png; Frost Logo 80x183-1--90-.png; Incubator Forecast 2-5-16a.xlsx |

Slightly more than 50K per month impact if we reduce the current portfolio down to $35K. This would not affect Sentrian, Maana or Cirro, who are already at or below this amount. We would need to add 3 companies to cover our nut at this lower rate, assuming full pay amounts for everyone, now new hires and keeping Doug in ThinkIQ. 4th company would allow us to add to incubator. We can phase the reduction over 3 months and we would be pretty close. See the revised April column in the attached.

Yes, the marginal impact is a potential issue. We can stage the reduction to existing companies to occur one month after the addition of the new companies.

Bill

---

**From:** Stuart Frost <stuart@frostdatacapital.com>
**Date:** Tuesday, March 1, 2016 at 11:32 AM
**To:** William Guerry <bill@frostdatacapital.com>
**Subject:** Re: Rockwell - response

We need to think about how this impacts the existing companies. If we have to reduce fees on those too, it seems to me that we're going to see a significant reduction in fees in the short term.

Also, we need to think about when the reduced fees kick in. For example, if we reduce fees immediately on starting the 6th, 11th and 16th companies, the marginal fees coming to us will be fairly small and even go down on adding the 16th.

Stuart

Stuart Frost
Chairman & CEO | Frost Data Capital
31910 Del Obispo, Ste 100
San Juan Capistrano, CA 92675
Mobile: +1 (949) 338-6312
Skype: +1 (949) 391-1077
Skype: stuartfrost62



EXHIBIT
1146
S. Frost Vol 4
12-15-17
G. Kennamer CSR CCRR

Exhibit 78
Page 873

F 0381814 (Confidential)



**From:** Bill Guerry <bill@frostdatacapital.com>
**Date:** Tuesday, March 1, 2016 at 11:26 AM
**To:** Stuart Frost <stuart@frostdatacapital.com>
**Subject:** Rockwell - response

I have drafted an initial response to Rockwell based on our commitment to revise incubator fees. See attached. For your input/revision.

Bill

**From:** Stuart Frost <stuart@frostdatacapital.com>
**Date:** Tuesday, March 1, 2016 at 11:23 AM
**To:** William Guerry <bill@frostdatacapital.com>
**Subject:** Re: Company update with Stuart

Yes ☒ for CEOs

## Stuart

Stuart Frost
Chairman & CEO | Frost Data Capital
31910 Del Obispo, Ste 100
San Juan Capistrano, CA 92675
Mobile: +1 (949) 338-6312
Skype: +1 (949) 391-1077
Skype: stuartfrost62



**From:** Bill Guerry <bill@frostdatacapital.com>
**Date:** Tuesday, March 1, 2016 at 11:21 AM
**To:** Stuart Frost <stuart@frostdatacapital.com>
**Subject:** Re: Company update with Stuart

Are you doing a separate one for the CEOs (and possibly the CTOs)? Or are you reaching out to them individually?

**From:** Stuart Frost <stuart@frostdatacapital.com>
**Date:** Tuesday, March 1, 2016 at 11:20 AM
**To:** Erin Rohac <erin@frostdatacapital.com>, Anil Suren <anil@frostdatacapital.com>, Anthony Howcroft <anthony@frostdatacapital.com>, Bill Davidson <billd@frostdatacapital.com>, William Guerry <bill@frostdatacapital.com>, Brittany Eckl <brittany@frostdatacapital.com>, Choo Kim-Isgitt <choo@frostdatacapital.com>, D Jack <phantom.medic@gmail.com>, Doug Lawson <doug@frostdatacapital.com>, Holly Self <holly@frostdatacapital.com>, Jesse Fountain <jesse@frostdatacapital.com>, Jim Ward <jim@frostdatacapital.com>, John Vigouroux <john@frostdatacapital.com>, Luis Vasquez <luis@frostdatacapital.com>, Maria Nobida

Exhibit 78
Page 874

F 0381815 (Confidential)

<maria@frostdatacapital.com>, Martin Prescher <martin@frostdatacapital.com>, Matt Oberdorfer <matt@frostdatacapital.com>, Miles Mahoney <miles@frostdatacapital.com>, Renee Del Rincon <renee@frostdatacapital.com>, Robert Voccola <robert@frostdatacapital.com>, Shital Patel <shital@frostdatacapital.com>, Suzie Clark <suzie@frostdatacapital.com>, Taison Kearney <taison@frostdatacapital.com>, Tom Bennett <tomb@frostdatacapital.com>, Tom Giles <tom@frostdatacapital.com>

**Subject:** Re: Company update with Stuart

Just to be clear, this meeting is NOT to give you bad news! I appreciate that we need to communicate more and this is a step in that direction.

# Stuart

Stuart Frost
Chairman & CEO | Frost Data Capital
31910 Del Obispo, Ste 100
San Juan Capistrano, CA 92675
Mobile: +1 (949) 338-6312
Skype: +1 (949) 391-1077
Skype: stuartfrost62



---

**From:** Erin Rohac <erin@frostdatacapital.com>
**Date:** Tuesday, March 1, 2016 at 10:55 AM
**To:** Anil Suren <anil@frostdatacapital.com>, Anthony Howcroft <anthony@frostdatacapital.com>, Bill Davidson <billd@frostdatacapital.com>, Bill Guerry <bill@frostdatacapital.com>, Brittany Eckl <brittany@frostdatacapital.com>, Choo Kim-Isgitt <choo@frostdatacapital.com>, D Jack <phantom.medic@gmail.com>, Doug Lawson <doug@frostdatacapital.com>, Holly Self <holly@frostdatacapital.com>, Jesse Fountain <jesse@frostdatacapital.com>, Jim Ward <jim@frostdatacapital.com>, John Vigouroux <john@frostdatacapital.com>, Luis Vasquez <luis@frostdatacapital.com>, Maria Nobida <maria@frostdatacapital.com>, Martin Prescher <martin@frostdatacapital.com>, Matt Oberdorfer <matt@frostdatacapital.com>, Miles Mahoney <miles@frostdatacapital.com>, Renee Del Rincon <renee@frostdatacapital.com>, Robert Voccola <robert@frostdatacapital.com>, Shital Patel <shital@frostdatacapital.com>, Stuart Frost <stuart@frostdatacapital.com>, Suzie Clark <suzie@frostdatacapital.com>, Taison Kearney <taison@frostdatacapital.com>, Tom Bennett <tomb@frostdatacapital.com>, Tom Giles <tom@frostdatacapital.com>

**Subject:** Company update with Stuart

Stuart would like to discuss today a little on what's going on with the company, little updates and what not. I will set up a dial-in for 230p and hold the meeting in the large conference room.

# Erin Rohac

Internal Comm and Exec Asst to Managing Partners
31910 Del Obispo, Ste 100
San Juan Capistrano, Ca 9267S
O: +1 949.373.9640

Exhibit 78
Page 875

F 0381816 (Confidential)



Exhibit 78
Page 876

F 0381817 (Confidential)

# EXHIBIT 79

| From: | Stuart Frost (stuart@frostdatacapital.com) |
|---|---|
| Sent: | Wednesday, June 8, 2016 2:39:55 PM |
| To: | Bill Guerry (bill@frostdatacapital.com); johnvigouroux@gmail.com (johnvigouroux@gmail.com); Miles Mahoney (miles@frostdatacapital.com) |
| Cc: | |
| Bcc: | |
| Subject: | Thoughts |

**General picture**

Given Rockwell is out, I think we have to assume that DST is at risk too. Will they want to be the only corporate? Even if they do, we only have $8m in matching funds right now. How is Tom going to react?

We clearly need to cut back as much as possible right across the board while still retaining our ability to come up with ideas for DST.

In parallel, we need to urgently secure as much funding as possible across the portfolio while retaining as much cash flow as possible for the incubator.

If we can find funding, starting a few new companies is still possible. After all, that's how all of this started.

New companies would be incredibly helpful in terms of incubator cash flow. Also, they would create opportunities for incubator staff and execs.

Fortunately, we've come up with at least four good ideas in the last few months. I think we should pursue these with urgency.

**IDEAS**

Thingzbook
Security cameras
One or two of the security plays
Block chain for IoT

It should be possible to get most/all of these seed funded fairly quickly if we move some of our best execs over to them. Miles/John - please think about whether this would be a good option for you. I'd consider Matt, Choo and Anthony also and maybe Anil.

**Rockwell**

Bills idea of offering strategic consulting to them is worth a try, but I personally think it's extremely unlikely that they'll go for it.

A better approach might be to ask them to invest directly in 2-3 new companies. This might be something that Frank can approve without going to the CEO.

F 0418396 (Confidential)

Exhibit 79
Page 877

Exhibit 1203

Sent from my iPad

Exhibit 79
Page 878

F 0418397 (Confidential)

Exhibit 1203

# EXHIBIT 80

MATTHEW A. HODEL (SB# 93962)
mhodel@hodelwilks.com
FRED L. WILKS (SB# 205403)
fwilks@hodelwilks.com
ASHLEY E. MERLO (SB# 247997)
amerlo@hodelwilks.com
HODEL WILKS LLP
4 Park Plaza, Suite 640
Irvine, CA 92614
Telephone: (949) 450-4470
Facsimile: (949) 450-4479

Attorneys for Respondents and Counterclaimants
HOLLENCREST BAYVIEW PARTNERS, L.P.,
and ROBERT B. WOLFORD, Individually and as
Trustee of the WOLFORD FAMILY TRUST,
dated July 11, 2006

IN THE MATTER OF ARBITRATION BEFORE

JAMS

| | |
|---|---|
| FROST MANAGEMENT COMPANY, LLC, a Delaware limited liability company; and FROST VENTURE PARTNERS GP, LLC, a Delaware limited liability company; | CASE NO. 1200052341 |
| Claimants,<br>vs. | **ROBERT B. WOLFORD'S SUPPLEMENTAL REQUEST FOR PRODUCTION OF DOCUMENTS TO STUART FROST** |
| HOLLENCREST BAYVIEW PARTNERS, L.P., a Delaware limited partnership; ROBERT B. WOLFORD, an individual; WOLFORD FAMILY TRUST, dated July 11, 2006; | |
| Respondents. | |
| HOLLENCREST BAYVIEW PARTNERS, L.P., a Delaware limited | |

Exhibit 80
Page 879

Exhibit 1290

partnership; ROBERT B. WOLFORD, an individual; ROBERT B. WOLFORD as Trustee of the WOLFORD FAMILY TRUST, dated July 11, 2006; derivatively, on behalf of FROST VP SEED, LLC, a Delaware limited liability company, and FROST VP EARLY STAGE FUND II, L.P., a Delaware limited partnership;

          Counter-Claimants,

    vs.

FROST MANAGEMENT COMPANY, LLC, a Delaware limited liability company; FROST VENTURE PARTNERS GP, LLC, a Delaware limited liability company; and STUART FROST, an individual;

          Counter-Respondents,
and

FROST VP SEED, LLC, a Delaware limited liability company; and FROST VP EARLY STAGE FUND II, L.P., a Delaware limited partnership,

          Nominal Respondents.

PROPOUNDING PARTY: Robert B. Wolford

RESPONDING PARTY:   Stuart Frost

SET NO.:            Supplemental One

2

Exhibit 80
Page 880

Exhibit 1290

Pursuant to California Code of Civil Procedure Section 2031.050, respondent and counter-claimant Robert B. Wolford, individually and as Trustee of the Wolford Family Trust dated July 11, 2006 ("Wolford"), hereby demands that counter-respondent Stuart Frost ("Frost") review his prior responses to all requests for production previously propounded by Wolford in this action. If, for any reason, there are in existence any later acquired or discovered documents, tangible things, or other property in the possession, custody or control of Frost responsive to any of Wolford's requests for production, please identify and produce all such documents, tangible things, or other property to make Frost's response(s) correct and complete as of the date of the response to this supplemental request for production.

DATED: August 3, 2017

HODEL WILKS LLP
MATTHEW A. HODEL
ASHLEY E. MERLO

By: _____
ASHLEY E. MERLO

Attorneys for Respondents and Counterclaimants
HOLLENCREST BAYVIEW PARTNERS, L.P., and ROBERT B. WOLFORD, Individually and as Trustee of the WOLFORD FAMILY TRUST, dated July 11, 2006

Exhibit 80
Page 881

Exhibit 1290

**PROOF OF SERVICE**

STATE OF CALIFORNIA          )
                            ) ss:
COUNTY OF ORANGE             )

I am employed in the County of Orange, State of California. I am over the age of 18, and not a party to the within action. My business address is Hodel Wilks LLP, 4 Park Plaza, Suite 640, Irvine, CA 92614.

On **August 3, 2017**, I served the foregoing document(s) described as: **ROBERT B WOLFORD'S SUPPLEMENTAL REQUEST FOR PRODUCTION OF DOCUMENTS TO STUART FROST** on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

Colin C. Holley
Hampton Holley LLP
2101 East Coast Hwy., Suite 100
Corona del Mar, CA 92625
Telephone: (949) 718-4550
Facsimile: (949) 718-4580
Email: cholley@hamptonholley.com

Attorney for Frost Management Company, LLC

☐ **BY ELECTRONIC MAIL WHERE INDICATED:** Pursuant to C.R.C. 2060, I served the foregoing document by emailing to each of the aforementioned electronic mail addresses.

☒ **BY MAIL:** I caused such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Irvine, California. I am readily familiar with the practice of Hodel Wilks LLP for collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT DELIVERY:** I am readily familiar with the practice of Hodel Wilks LLP for the collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by the overnight delivery carrier.

☒ **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **August 3, 2017**, at Irvine, California.

_____
**Heather Dorris**

Exhibit 80
Page 882

Exhibit 1290

# EXHIBIT 81

**Alex Maleki**
**4207 Lenzgrove Lane**
**La Canada, CA 91011**
**RE: Opinions and Observations**
**October 12, 2017**

**Frost Management Company LLC vs. Hollencrest Bayview Partners, LP**

1. Bio: Alex Maleki, currently employed as the Vice President of Business Development for Idealab whom I've been involved with since 2007. Idealab is the longest running incubator, having first started in 1996. Over the last 21 years we've started more than 150 companies. We currently have 45 operating companies in the portfolio and have had 45 positive liquidity events. Most of Idealab's companies are based on internally generated ideas. We think of large problems in the world, and then try to identify technologies that can help solve those problems. We test roughly 100 ideas a year, and start between 3 and 5 companies per year. Once we've identified an idea that seems workable, through evidence gathered through working prototypes, customer development, investor discussions, or otherwise, we then recruit a founding team, spin out the entity into its own company, and provide the initial funding: typically $250K. We then work with the company throughout its lifecycle until a positive return is met.

2. The whole purpose of an incubator is to maximize a company's chances of success, and therefore maximize shareholder value.

3. We also provide shared services to all of our companies on a paid basis. These services include legal, HR, finance, IT, PR, Facilities, and Design. We charge based on actual services used, provide a monthly invoice to each company, and operate the services as a cost-center. The way Idealab makes money is not in services, but in the liquidity events of companies where we hold equity stakes.

4. Our model of charging for service is consistent with industry standards. Meaning, we offer our services at or below market rate. These services are used on an as-needed basis. They are used at the request of the company, and at no time are these services mandatory. The needs of each company vary depending upon the number of employees and the particular stage of the company.

5. A few things stand out in reviewing the information on Frost Data Capital:
   a. The incubator fees are too high
   b. The incubator fees are not charged on an as needed basis, but are rather paid regardless of employee count or stage of company
   c. The amount of incubator fees on a monthly basis would preclude most companies from successfully receiving outside financing.
   d. Stuart Frost spending an inordinate amount of time in Italy and charging expenses to the incubator
   e. The services agreements are mostly signed between the CFO of Frost and Frost himself
   f. There is no itemization of services in relation to the cost
   g. The salary of Stuart Frost is inconsistent with the incubator's track record

Exhibit 81
Page 883

Exhibit 1311

6. I've reviewed F3's Damages Calculation and they are consistent with my opinion.

7. My conclusion is that by charging very high incubator fees and not disclosing what specific services those fees were associated with, Frost Management Company gave its incubatees little chance for success.  While some of the companies may have obtained outside financing, Frost Data Capital made it nearly impossible, and certainly much more difficult, for the companies to have the adequate runway and characteristics an outside investor would want to engage with. Not only did these fees make it difficult for the companies to raise money, but it also robbed shareholders of the potential upside additional financing would provide.

8. The list of documents I've reviewed include:
   a. Letter dated July 26th from Hodel Wilks to Stuart Frost
   b. Letter dated August 4th from HamptonHolley to Matthew Hodel
   c. Cap Tables
   d. P&L Statements
   e. Service Agreements
   f. Exhibit 767
   g. Exhibit 002
   h. Exhibit 840
   i. Transcripts of depositions from William Guerry (Volumes 1,2,3)
   j. Transcript of deposition for Cary Breese
   k. Transcript of deposition for John Burke
   l. Transcript of deposition for Doug Lawson
   m. Transcript of deposition for Paul Myer
   n. Transcript of deposition for Frost (Volumes 1 and 2)
   o. Stuart Frost FDC Gross Wages
   p. Fees by portfolio company spreadsheet
   q. F3's Damages Calculation
   r. Idealab Standard Services Rate Card

Exhibit 81
Page 884

Exhibit 1311

# Alexander C. Maleki

4207 Lenzgrove Lane
La Canada, CA 91011

(626) 644-5627
alex@arroyoadvisory.com

## *EXPERIENCE*

**Idealab**, Pasadena, CA – A technology incubator that has created over 100 companies with 35 exits

<u>Vice President of Business Development</u>, July 2013 – Present

Responsible for identifying, researching, and qualifying companies for Idealab investment and incubation.

- Meet regularly with entrepreneurs in the consumer web, mobile, automation, marketplace, B2B, and ad technology space to understand and evaluate trends and business opportunities
- Use existing relationships with CEOs, universities, accelerators, and venture capital firms to increase company creation activity within Idealab
- Support EIRs and CEOs with strategy and product guidance, mentorship, and executive level assistance
- Act as a liaison between Idealab, operating companies, and the investment community, including angels, VCs, and growth stage equity
- Active member of Idealab investment committee and primary leader of internal brainstorming

<u>Director, New Ventures Group</u>, January 2011 – November 2012

Responsible for sourcing potential investments, conducting due diligence, making investment decisions, leading business development, and advising companies at the board level.

- Drove investment decisions by cultivating deal flow, filtering through quality pitches, and vetting talent, resulting in $4M of invested capital over 9 companies
- Negotiated and drafted term sheets for New Venture Group companies
- Provided initial diligence reports on team, market size, technology, competitive landscape, and product, quickly becoming an expert in various markets and impacting investment decisions
- Attended all board meetings for existing companies, crafting strategy plans, execution timelines, and provided business insight into product development roadmaps
- Acted as business development lead for Idealab, speaking at relevant conferences and panels in Southern California and re-introduced the Idealab brand to the technology community
- Worked closely with HR, Legal, PR, Engineering, Design and Executive teams to foster a community program for New Ventures Group companies, bringing additional revenue to Idealab

<u>Director, Prototype Group</u>, June 2008 – December 2010

Responsible for creation of prototypes to test feasibility of new company ideas.

- Led small, agile team consisting of developers, designers, and a business analyst with full P&L responsibility to test and refine over 35 new business ideas
- Created wireframes, business strategy and product roadmaps, taking products from ideation to implementation
- Researched trending technologies, identifying whitespace opportunities within Idealab's domain expertise, resulting in 7 new business opportunities
- Defined product features, using customer development methodologies and data to refine priorities
- Negotiated and executed advertising sales agreements
- Worked closely with disparate business units to unify efforts and ensure goals were met
- Created and managed offshore development and outsourced resource relationships

**BlueWater Strategic Consulting**, Los Angeles, CA – Solo practitioner focused on startup companies

Responsible for all aspects of business, including lead generation, negotiation, and execution.

<u>Strategic and Legal Consultant</u>, October 2007 – May 2008

Exhibit 81
Page 885

Exhibit 1311

- Drafted technology license agreements, confidentiality agreements, and reviewed and negotiated ongoing contracts with various 3$^{rd}$ parties
- Created summary reports detailing rights and obligations for existing agreements, impacting business goals and increasing understanding among business unit owners
- Consulted executives on key deal points, including expansion strategies and acquisition targets

**Mobile Automation, Inc. (Acquired by iPass, Inc.),** Santa Monica, CA – Mobile systems management
Manager, Corporate Marketing & Sales Operations, June 2002 – August 2004
Responsible for all aspects of corporate marketing for proprietary mobile systems management technology including planning, budgeting, management and internal communications, while continuing to lead Sales Operations.

- Managed $3M P&L, reducing costs by 15% in 12 months
- Headed launch of new brand into marketplace, resulting in $350K of new revenue from existing customers, ultimately leading to acquisition of company by iPass, Inc.
- Composed over 40 annual press releases and managed all corporate advertising for website and print media, increasing number of new customers and ROI
- Created and tracked email/mail campaigns to specific market segments, increasing revenue by 20%

Manager, Sales Operations, December 2000 – June 2002
Responsible for account management across all verticals, including automotive, entertainment, food and beverage, pharmaceutical, banking and technology, comprised of $12M in annual revenue.

- Exceeded sales expectations by closing over 40% of company's Second Quarter 2002 revenue
- Acted as first point of contact for largest customers, including Ford Motor, Sara Lee, and John Hancock Financial
- Managed inside sales group, devising motivational strategies that increased performance by 25%
- Led forecasting efforts and sales team training
- Responsible for coordination between engineering, sales and legal teams, increasing cross-departmental efficiency

**Ask Jeeves, Inc.,** Oakland, CA – Search engine and natural language processing company
Inside Sales Representative, December 1999 – December 2000
Responsible for lead generation and sales coordination.

- Led team in leads acquired in second, third and fourth quarters
- Produced specific target campaigns to shorten sales cycle from 9 months to 5 months
- Created team-building exercises to increase productivity across several departments

## EDUCATION
**Southwestern University School of Law**
*Juris Doctor*, May 2007
Frank J. Waters, Sr. and Ida Waters Scholarship Recipient, 2006-07

**University of California, Santa Barbara**
*Bachelor of Arts, Law and Society*, May 1999

## OTHER
Member, State Bar of California – Admitted, December 2007
President, Board of Directors, Logsdon School; Advisory Board Member, STEAM:CODERS; Board Member, Innovate Pasadena

Exhibit 81
Page 886

Exhibit 1311

# EXHIBIT 82

**ACTION BY WRITTEN CONSENT
OF THE STOCKHOLDERS OF
ADAPTIVEWELL TECHNOLOGIES, INC.,
a Delaware corporation**

The undersigned Stockholders of AdaptiveWell Technologies, Inc., a Delaware corporation (the "Corporation"), in accordance with the authority contained in Section 228 of the Delaware General Corporation Law and the Bylaws of this Corporation, hereby consent to the adoption of the following recitals and resolutions:

**ELECTION TO WIND-UP AND DISSOLVE**

WHEREAS, the Board of Directors of the Corporation has adopted resolutions approving the winding-up and dissolution of the Corporation, and has submitted a proposal that the Stockholders approve same; and

WHEREAS, it is deemed to be advisable and in the best interests of this Corporation that the Corporation wind-up and dissolve.

NOW, THEREFORE, BE IT RESOLVED, that the Corporation wind-up and dissolve effective August 29, 2016;

RESOLVED FURTHER, that the Certificate of Dissolution (the "Certificate of Dissolution"), in the form attached hereto as Exhibit A be, and hereby is, approved and adopted;

RESOLVED FURTHER, that the officers and directors of the Corporation be, and each of them hereby is, authorized to take such actions and to execute such documents and instruments as they may deem necessary or advisable in order to effect the purposes and intentions of the foregoing resolutions and to complete the dissolution of this Corporation; and

RESOLVED FURTHER, that these resolutions adopted by the Stockholders may be executed by its authorized representative by telefax transmission, which shall be deemed an original instrument.

**GENERAL AUTHORITY**

BE IT RESOLVED, that the directors and officers of the Corporation be, and each of them hereby is, authorized at any time and from time to time to do and perform any and all acts or things, including, without limitation, the execution and delivery of any and all further agreements, documents, instruments or papers of whatever kind or nature, which such officers or any of them may consider necessary or desirable to effect the intent of any and all of the foregoing resolutions; and the performance of such other

Exhibit 82
Page 887

F 0563949 (Confidential)
Exhibit 1319

acts and things by any of such directors and officers shall evidence conclusively and for all purposes that such director or directors or officer or officers considered the same to be necessary or desirable as aforesaid and that such act or thing so done or performed was hereby authorized; and that all such acts or things heretofore performed by the directors and officers of this Corporation are hereby ratified and approved.

[Signature page follows]

2

Exhibit 82
Page 888

F 0563950 (Confidential)
Exhibit 1319

IN WITNESS WHEREOF, the undersigned Stockholders have executed this Action by Written Consent as of the date first set forth above.

The Stuart and Julie Frost Trust

By: _____
Name: Stuart Frost
Title: Trustee
Common Stock: 1,290,953 shares

FVP Profits Interests Vehicle, LLC – AdaptiveWell

By: _____
Name: Stuart Frost
Title: Managing Member
Common Stock: 1,860,000 shares

_____
John Vigouroux
Common Shares: 400,000 shares

_____
Miles Mahoney
Common Shares: 240,000 shares

_____
Benjamin Decio
Common Shares: 150,000 shares

Frost VP Early Stage Fund II, L.P.

By: _____
Name: Stuart Frost
Title: General Partner
Seed Preferred Stock: 928,573 shares

Seed B Preferred Stock: 170,411 shares

3

Exhibit 82
Page 889

F 0563951 (Confidential)
Exhibit 1319

IN WITNESS WHEREOF, the undersigned Stockholders have executed this Action by Written Consent as of the date first set forth above.

The Stuart and Julie Frost Trust

By: _____
Name:  Stuart Frost
Title:   Trustee
Common Stock: 1,290,953 shares

FVP   Profits   Interests   Vehicle,   LLC   – AdaptiveWell

By: _____
Name:  Stuart Frost
Title:   Managing Member
Common Stock: 1,860,000 shares

_____
John Vigouroux
Common Shares: 400,000 shares

_____
Miles Mahoney
Common Shares: 240,000 shares

_____
Benjamin Decio
Common Shares: 150,000 shares

Frost VP Early Stage Fund II, L.P.

By: _____
Name:  Stuart Frost
Title:   Manager of the General Partner
          Frost Venture Partners GP, LLC
Seed Preferred Stock: 928,573 shares

Seed B Preferred Stock: 170,411 shares

3

Exhibit 82
Page 890

F 0563952 (Confidential)
Exhibit 1319

Frost Fund III, L.P.

By: _____

Name:  Stuart Frost

Title:    General Partner

Seed B Preferred Stock: 230,056 shares

Avalon Capital, LLC

By: _____

Name: John Kensey

Title: _____

Seed Preferred Stock: 35,714 shares

4

Exhibit 82
Page 891

F 0563953 (Confidential)
Exhibit 1319

<u>**EXHIBIT A**</u>

# STATE OF DELAWARE
# CERTIFICATE OF DISSOLUTION
# (SECTION 275)

Exhibit 82
Page 892

F 0563954 (Confidential)
Exhibit 1319

# EXHIBIT 83

**Frost Management Company, LLC and Frost Venture Partners GP, LLC
Claimants**

**v.**

**Hollencrest Bayview Partners L.P.; Robert B. Wolford;
Wolford Family Trust
Respondents**


**Hollencrest Bayview Partners, L.P.; Robert B. Wolford;
Robert B. Wolford, as Trustee of the Wolford Family Trust;
derivatively, on behalf of Frost VP Seed, LLC, and Frost VP Early Stage
Fund II, L.P.
Counter-Claimants**

**v.**

**Frost Management Company, LLC; Frost Venture Partners GP, LLC;
Frost Data Capital, LLC f/k/a Frost Venture Partners, LLC, and
Stuart Frost
Counter-Respondents
and
Frost VP Seed, LLC; Frost VP Early Stage Fund II, LP
Nominal Respondents**


**In the Matter of Arbitration Before JAMS
Case No. 1200052341**

***Expert Report of:***

**David B. Weekly
Fenix Financial Forensics LLC**

**October 13, 2017**

Exhibit 83
Page 893
Exhibit 1327

**Frost Management Company, LLC, et al.**
**v.**
**Hollencrest Bayview Partners L.P., et al.**
**(Case No. 1200052341)**

**Expert Report of David B. Weekly**
**October 13, 2017**

## Background

1. Hollencrest Bayview Partners, L.P. ("Hollencrest") is a member in Frost VP Seed, LLC (the "Seed Fund"). Robert B. Wolford is a member of the Seed Fund and is a managing director of Hollencrest Securities, LLC, the investment manager for the general partner of Hollencrest.

2. Frost Management Company, LLC ("FMC") is a member and the manager of the Seed Fund. FMC is solely-owned and controlled by Stuart Frost. The Seed Fund was created on September 22, 2011, commenced operations in January 2012 and made its first investment in April 2012.

3. Robert B. Wolford, as Trustee of the Wolford Family Trust, is a limited partner of Frost VP Early Stage Fund II, L.P. ("Fund II"). Frost Venture Partners GP, LLC ("FVP GP") is the general partner and the manager of Fund II. Stuart Frost owns a majority membership percentage in FVP GP. Fund II was created, commenced operations and made its first investment on May 29, 2013.

4. Frost Data Capital, LLC ("FDC" or the "Incubator"), formerly known as Frost Venture Partners LLC, is owned and controlled by Stuart Frost.[1] FDC is an incubator which created and grew a portfolio of start-up companies (the "Portfolio Companies") in which the Seed Fund and Fund II (collectively "the Funds") have invested.

5. On October 17, 2016, FMC and FVP GP filed a Demand for Arbitration against Hollencrest, Mr. Wolford and the Wolford Family Trust ("Respondents"). The Demand included claims of breach of the Seed Fund operating agreement, breach of the Fund II partnership agreement, defamation, trade libel, and conspiring with John Vigouroux (a member of FVP GP) to breach his fiduciary duties to FVP GP and the investors of Fund II.

6. On March 7, 2017, Respondents, the Seed Fund and Fund II ("Counter-Claimants") filed Amended Counterclaims against FMC, FVP GP, FDC, and Mr. Frost ("Counter-Respondents"). The Amended Counterclaims included claims of breach of fiduciary duty, breach of operating agreement, breach of limited partnership agreement, fraud, conversion, accounting, and declaratory relief.

---

[1] FDC's QuickBooks file does not reflect any equity contributions from Mr. Frost.

Exhibit 83
Page 894
Exhibit 1327

## The Role of F3

7.  Fenix Financial Forensics LLC ("F3") was retained by Hodel Wilks LLP ("Counsel") on behalf of Respondents to analyze the financial performance of the Seed Fund and Fund II, and the relationships between these funds and FMC, FVP, FDC, Mr. Frost, and the Portfolio Companies. We were also asked to calculate damages suffered by the Seed Fund and Fund II as a result of the alleged actions of the Counter-Respondents, and to prepare this expert report. In performing our work to date we have: 1) considered the documents listed in Exhibit A; 2) analyzed various documents and native files concerning the relationships between and financial performance of the Seed Fund, Fund II, FMC, FVP GP, FDC, and the Portfolio Companies; 3) reviewed the depositions and exhibits of Stuart Frost, William Guerry, John Vigouroux, Luis Vasquez, Thomas Giles, Cary Breese, John Burke, Paul Myer, Douglas Lawson, and Mark Lelinski; 4) discussions with Alex Maleki (Vice President, Business Development at Idealab) and Keith Palzer (Navigant Consulting); and 5) prepared this expert report.

8.  This expert report summarizes the opinions of David B. Weekly, a Senior Managing Director for F3. Mr. Weekly is a Certified Public Accountant, a Certified Fraud Examiner, a Certified Insolvency and Restructuring Advisor, a Certified Internal Controls Auditor, a Certified Global Management Accountant and is Certified in Financial Forensics. A copy of Mr. Weekly's resume and recent testimony experience is attached as Exhibit B.

9.  The opinions and conclusions expressed in this report are Mr. Weekly's, and are based on the information made available as of the date of this report. Mr. Weekly was assisted by other F3 professionals, working under his direction and supervision. This report refers to Mr. Weekly and other F3 professionals involved in the work collectively as "we", "us", "our", and/or F3.

## Summary and Opinions

10. Mr. Frost receives compensation and other payments from the relationships between FMC, FVP GP, the Seed Fund, Fund II, FDC, and the Portfolio Companies. These entities provided the funding for Mr. Frost's salary and personal expenses through management fees/expenses and incubator fees paid by the Funds and the Portfolio Companies. The incubator fees and costs paid by the Portfolio Companies allowed the Incubator to: (1) pay Mr. Frost millions of dollars in salary and, (2) fund hundreds of thousands of dollars of Mr. Frost's expenses unrelated to FDC.[2]

11. The existence and amount of incubator fees paid to FDC by the Portfolio Companies should have been disclosed in communications between the Funds and their investors. Marcum LLP, the auditors for the Seed Fund and Fund II for the years ended 2012 to 2015, addressed these related party transactions. Arthur Brown (the Marcum concurring partner on the audit engagement) stated that, "all transactions between the fund and affiliates of the investment advisor or general partner, directly or indirectly, are inarguably *related party transactions* requiring full disclosure or separate presentation on the face of one or more of the financial statements themselves."

---

[2] As of December 31, 2016 FVP GP recognized a liability to FDC including a "$203877 accrual for unreimbursed expenses of Stuart Frost (2012-2015)" per Kling & Pathak file "2016 Tax Return Workpapers.xlsx". Therefore, the $203,877 from 2012-2015 has not been paid back to FDC.

Exhibit 83
Page 895
Exhibit 1327

12. Neither the audited financial statements of the Funds, or the Quarterly Reports to the Funds' investors disclosed the amount of fees being paid to the Incubator by the Portfolio Companies. However, Mr. Frost and William Guerry (CFO of FDC and numerous Portfolio Companies, who also had responsibility for maintaining the books and records of the Funds), signed letters to Marcum each year representing that the Seed Fund and Fund II had properly disclosed all related party transactions or other transactions with affiliates, including fees.

13. Mr. Brown also stated, "In the context of VC funds in particular, most of the investee companies are pre-revenue and therefore have no ability to make such payments absent the funds provided by the fund. Secondly, it's clear that such transactions are not arms-length likely at all because in reality the companies are indifferent when paying such amounts with *someone else's money."*

14. Of the 24 Portfolio Companies associated with the Incubator, 14 have never generated any revenue. The remaining companies have generated minimal revenue. As a result, the Portfolio Companies' operating expenses and other costs, including incubator fees, were in fact paid by borrowing funds (i.e., debt) or raising equity such as investments from the Funds.

15. As the controlling owner of the managing members/partners for the Seed Fund and Fund II, Mr. Frost has the authority to control the voting interests of the Funds in each Portfolio Company. He also is a member of the Investment Committees of the Funds that determine how many Portfolio Companies are founded, which ideas become Portfolio Companies, and how much the Funds invest in each Portfolio Company.

16. Mr. Frost is the controlling owner of FDC, FMC, and FVP GP. He is able to approve what costs are incurred by these entities, and what amounts FDC charges the Portfolio Companies, Seed Fund and Fund II, and/or their managers. As a result, he was able to control, and determine, the amount of compensation and other payments he received from FDC and how those amounts were funded.

17. The monthly incubator fees determined and approved by Mr. Frost and charged to the Portfolio Companies did not consider the size, structure or current operating position of each Portfolio Company. The Incubator did not charge the Portfolio Companies reasonable fees for the services provided and the excess fees charged have been calculated as both damages to the Seed Fund and Fund II who invested in those Portfolio Companies.

## Opinions

**Opinion I – As a result of the actions and decisions by Mr. Frost or the entities he controlled, the investors in the Seed Fund and Fund II have lost a substantial portion of their investment in the Portfolio Companies, including significant losses resulting from excessive fees and costs charged to the Portfolio Companies by the Incubator.**

**Opinion II – Actual incubator fees and costs charged to the Portfolio Companies through December 31, 2016 exceeded reasonable incubator fees and costs by approximately $14.8 million. The combined Seed Fund and Fund II pro-rata share of damages from the excessive fees and costs is least $11.8 million. If the Seed Fund is entitled to a refund of all incubator fees, the $11.8 million of damages would increase to approximately $12.7 million. There are also additional damages of at least $509,000 related to fees charged to the Seed Fund and Fund II.**

Exhibit 83
Page 896
Exhibit 1327

**Opinion III** – Alternatively, if the investors of the Seed Fund and Fund II are entitled to rescission damages, they would receive their original investment of $48,659,547 plus statutory interest of $17,763,619 through the date of this report.

## Detailed Findings in Support of Opinions

I.     As a result of the actions and decisions by Mr. Frost or the entities he controlled, the investors in the Seed Fund and Fund II have lost a substantial portion of their investment in the Portfolio Companies, including significant losses resulting from excessive fees and costs charged to the Portfolio Companies by the Incubator.

## Mr. Frost was in a position to control actions and decisions

18. The chart below (see Exhibit C for additional details) shows the relationship between Mr. Frost, FMC, the Seed Fund, FVP GP, Fund II, FDC, and the Portfolio Companies.  The exhibit demonstrates Mr. Frost had the ability to control payments to and from these entities including: (1) management fees/expenses paid from the Seed Fund through FMC to FDC, which funded a portion of Mr. Frost's salary from FDC; (2) management fees paid from Fund II to FVP GP, which funded or reimbursed a portion of Mr. Frost's personal expenses paid by FDC; (3) incubator fees paid from the Portfolio Companies to FDC, which also funded a portion of Mr. Frost's salary and personal expenses.



Exhibit 83
Page 897

Exhibit 1327

19. Beginning in April 2012, Mr. Frost used money from the Seed Fund to invest in the Portfolio Companies. Between April 2012 and December 2016, a period in which Mr. Frost controlled the Seed Fund and Fund II, and the Incubator, he also had the ability to directly influence the Portfolio Companies. During that period, the Incubator charged more than $23 million in fees to the Portfolio Companies. These fees, combined with the ultimate write-off or write down of a number of Portfolio Companies, resulted in substantial losses to the Seed Fund and Fund II.

## Alter Ego

20. From a forensic accounting standpoint, when corporate entities are not really separate from the self-interest of their owners an alter ego relationship may exist. This situation often involves closely held corporations or entities dominated by one or a few large shareholders or owners.[3]

21. The structures and actions between Mr. Frost and the Funds, managers of the Funds, FDC, and the Portfolio Companies exhibit many characteristics of an alter ego relationship. Characteristics of an alter ego relationship include: (1) Financial Dependence and Confusion about Corporate Identity, and (2) Domination and Control and Lack of Separateness.

### Financial Dependence and Confusion Regarding Corporate Identity

22. FMC, FVP GP and FDC (the "Frost Entities") are financially dependent on each other and their activities create confusion. The following are summary examples of these characteristics:
    a) Undercapitalization – The Frost Entities have minimal or no initial capital contributions, except for a curious contribution to FVP GP by an individual who received a 0% membership interest, had no right to participate in the management of the business, and whose contribution was used entirely as an investment in Fund II (therefore, not used as capital).
    b) Related-Party Transactions – There are numerous and continuous related party transactions between the Frost Entities including payments and reimbursements by different entities for Mr. Frost's personal expenses. We have seen no written agreements between any of the Frost Entities. Intercompany accounts, if utilized, do not appear to be reconciled or properly identified.
    c) Sameness – The Frost Entities utilize the same bank, same bookkeeper/CFO, same offices and Mr. Frost controls FMC and FDC completely and has majority control of FVP GP.

### Domination and Control and Lack of Separateness

23. The operating practices of the Frost Entities also demonstrate there is a lack of separateness. Mr. Frost dominates and controls all meaningful activities of these entities. The following are summary examples of these characteristics:
    a) Undercapitalization – refer to the discussion above regarding Financial Dependence and Confusion about Corporate Identity.
    b) Related-Party Transactions - refer to the discussion above regarding Financial Dependence and Confusion about Corporate Identity.
    c) Sameness - refer to the discussion above regarding Financial Dependence and Confusion about Corporate Identity.

---

[3] Litigation Services Handbook: The Role of the Financial Expert (Fifth Edition).

Exhibit 83
Page 898
Exhibit 1327

d) <u>Lack of Corporate Formalities</u> – None of the Frost Entities have formal accounting procedures and reporting (audits, reviews, monthly financial statements, etc.) and only FDC uses accounting software to keep its books.  There is no evidence provided of written documentation for intercompany borrowings or loans, such as the $2 million First Republic Bank loan obtained by FMC and FVP GP and provided to FDC for working capital.

<u>Examples of Other Characteristics of Alter Ego</u>

a) As shown in Exhibit D, Mr. Frost and several senior FDC personnel also held common ownership, directorship or officer positions across the Funds, FDC and/or numerous Portfolio Companies.

b) When the Portfolio Companies entered into Service Agreements allowing FDC to charge incubator fees, either Mr. Frost of Mr. Guerry signed on behalf of FDC.  Mr. Guerry or Mr. Frost also signed on behalf of the Portfolio Company on at least 18 occasions (of the 24 Portfolio Companies), demonstrating the incubator fees covered by the Service Agreement were not an arm's-length transaction.

c) FDC personnel were involved in setting up each Portfolio Company.  Mr. Guerry maintained the books and records of the Funds and the Funds' managers, and was the CFO of FDC and nearly all of the Portfolio Companies. He was also a signer on company bank accounts.  FDC's Controller (usually Shital Patel) had authority to initiate bank transactions on behalf of FDC and the Portfolio Companies through the web portal of their common bank, Silicon Valley Bank.  Until late 2015, FDC had the authority to unilaterally deduct cash from the Portfolio Companies' bank accounts to pay for any expense FDC charged.  Until late 2015, there was no internal control requiring that a Portfolio Company CEO approve payment of FDC's incubator fees.

d) John Burke (CEO of OspreyData) testified that FDC controlled OspreyData's bank accounts and he would find out that FDC had invoiced and collected fees from OspreyData after the fact.  Other Portfolio Company CEOs also testified that they did not have access to their companies' bank accounts.

e) Paul Myer (CEO of Veracity) and Mark Lelinski (CEO of Pinscriptive) testified that they had little control over or ability to negotiate FDC's incubator fees unless they received third-party investments that provided them with leverage to negotiate (often at the insistence of the third-party investors).  For example, Mr. Lelinski testified that after leaving the Incubator's office space, he asked for FDC to stop charging Pinscriptive for rent, but was refused.

f) In August 2015, when Dean Sawyer (CEO of Sentrian) attempted to renegotiate FDC's incubator fees due to the fact that Sentrian was a more mature portfolio company with different needs, Mr. Frost replied that, "FDC does not offer its services on some kind of a la carte basis.  It's prix fixe only.  That will not change just because you'd like it to."

g) FDC charged Portfolio Companies for marketing services through Snow Data Capital ("SDC") whether the services were needed or not.  Mr. Guerry testified that any Portfolio Company created after SDC was in existence was charged $5,100 per month for SDC's services.  Mr.

Exhibit 83
Page 899

Exhibit 1327

Burke testified that he objected to these charges because he had no intention of using SDC's services. He was subsequently informed by Mr. Guerry that SDC was part of the overall incubation fee, and whether called Snow Data Capital or Frost Data Capital, "it's really none of your business." Mr. Burke also stated, "We kind of came to the resigned fact that's the amount of money that, you know, I'll be paying, and it's a piece of the overall thing, so Snow Data Capital is in my venues."

h) In June 2016, Mr. Frost indicated in an email to FDC senior management that one way to achieve cost savings for FDC was to, "move costs to the newcos by assigning some of our incubator execs as CEO/CTO." In the same email, Mr. Frost stated, "We need to sell or close the 'deadwood'. I'd include Tellit, Cirro, SourceThought and potentially Exara and Ubix in this category," implying that Mr. Frost controlled the ability to initiate when companies were sold, shut down, or dissolved.

i) In 2016, FDC extended loans to numerous Portfolio Companies to allow for their continued operations. FDC's practice of overcharging incubator fees contributed significantly to operating losses of the Portfolio Companies, causing them to become undercapitalized if additional equity or debt capital was not received. FDC's infusion of capital into the Portfolio Companies as debt instead of equity may have given FDC a liquidation preference over existing investors.

j) At least 11 of the Portfolio Companies were incorporated with similar names (e.g., FrostNewCo##). Most eventually changed their name, but some kept the Frost NewCo naming convention for an extended period of time, including Frost NewCo18/AdaptiveWell. Frost NewCo22 was never renamed, and Frost Edge also shares a similar name with the other Frost entities.

24. These examples demonstrate additional characteristics of an Alter Ego situation, and how Mr. Frost's control of the Frost Entities, the Funds, and the Portfolio Companies allowed him to take actions and make decisions for his benefit (i.e., self-interest) and to the detriment of the investors.

## Mr. Frost's Equity Ownership and Voting Control in Portfolio Companies

25. Mr. Frost acquired common stock in the Portfolio Companies, referred to as "founder's stock." In certain instances, Mr. Frost gifted portions of his common stock directly to family members. F3 has seen no evidence that Mr. Frost paid cash to purchase these shares. As the Portfolio Companies received equity funding from entities such as the Funds and third-party investors, Mr. Frost's direct ownership in the company would be diluted. However, Mr. Frost continued to have significant ownership in many of the Portfolio Companies. For example, in March 2017, Mr. Frost still owned 12.4% of ThinkIQ on a fully-diluted basis.[4]

26. Mr. Frost controlled who participated in the Profit Interest Vehicle ("PIV") for each entity and to what extent. The PIV is a structure set up allegedly to reward incubator staff as well as Chief Executive Officers (CEOs) and Chief Technology Officers (CTOs) of the various Portfolio Companies.

---

[4] ThinkIQ is categorized as having a "Very Strong" outlook in the Quarterly Report to the Partners of Fund II as of March 31, 2017.

Exhibit 83
Page 900
Exhibit 1327

The stock owned by the PIV represented a pool of common stock which was allocated to individuals who are awarded points in the PIV over time. At the time of an exit, the proceeds from the sale of the PIV's common stock would be awarded to the individuals in the PIV according to their percentage of points. No PIV has been awarded any proceeds from a Portfolio Company liquidity event as of the date of this report.

27. F3 reviewed the most recently generated capitalization table ("Cap Table") for each Portfolio Company. As a result of Mr. Frost's control of the voting power of his personal shares, the shares of his family members, the PIVs, FDC, and the Funds, according to the most recent Cap Tables provided to us, Mr. Frost controlled greater than 50% of the voting power for 15 of the 24 Portfolio Companies. Mr. Frost previously controlled more than 50% of the voting power of nearly all Portfolio Companies.

**The Seed Fund**

28. The Seed Fund was funded with $7.6 million in member contributions.[5] Of that amount, $6.8 million was used to purchase investments in the Portfolio Companies. As of December 31, 2016 the Seed Fund had realized actual losses totaling $3.6 million on its investments (53%). The Seed Fund also recorded unrealized gains (which could become losses based on lower valuations of active investments) of $3.4 million based on the Seed Fund's determinations of the current fair values of its investments. The valuation methodologies of the Seed Fund and Fund II will be discussed in further detail below. The Seed Fund only had $708 of cash on hand at December 31, 2016.

29. Through 2016, the Seed Fund had incurred approximately $814,000 in expenses, categorized in the fund's internal accounting records as follows:

| | | |
|---|---|---|
| a) | Incubator Cost Allocation (charged by FMC/FDC): | $273,000 |
| b) | Management Fees (charged by FMC) | $122,000 |
| c) | Accounting & Audit Fees | $ 96,000 |
| d) | Consulting Fees | $ 84,000 |
| e) | Analysts and Research (charged by FMC/FDC) | $ 65,000 |
| f) | Legal Fees | $ 62,000 |
| g) | Insurance | $ 61,000 |
| h) | Travel / Travel Meals | $ 26,000 |
| i) | Taxes & Licenses / Taxes Paid | $ 15,000 |
| j) | Bad Debt | $  4,000 |
| k) | Rent or Lease (charged by FMC/FDC) | $  3,000 |
| l) | Other | $  3,000 |

30. A February 2012 presentation prepared by FDC stated that the Seed Fund would have no management fee. The Amended and Restated Operating Agreement of the Seed Fund does not state that FMC was allowed to charge management fees to the Seed Fund.

---

[5] Including cash of $200,000 contributed by Mr. Frost in 2012 and $50,000 contributed in 2016 per Seed Fund QuickBooks file.

Exhibit 83
Page 901

Exhibit 1327

31. Mr. Frost charged the Seed Fund $16,000 per month for his salary (which was called a management fee) from June 2012 through September 2013 ($256,000 in total), which was included in the $396,000 of "Management fund expenses" paid by the Seed Fund to FMC or FDC.[6] Mr. Guerry testified this amount was determined by Mr. Frost based on his monthly salary at that time. Mr. Frost stopped charging the Seed Fund for his salary in October 2013, because he was able to collect management fees from Fund II.[7] F3 has seen no analysis or documentation that indicates how Mr. Frost determined what portion of his salary to allocate to the Seed Fund during 2012 when FDC (who paid Mr. Frost's salary) was also generating revenue from incubator fees, or during 2013 when Mr. Frost was performing services for the Seed Fund, FDC, Fund II and various Portfolio Companies. The remainder of the "Management fund expenses" include "incubator cost allocations" from FDC for shared services. F3 has seen no analysis or documentation supporting how the amount of shared services was determined or what they represent. Mr. Guerry testified they included costs for general upkeep, analysts, and facilities charges.

32. In 2017, the internal financial statements of the Seed Fund were restated for the fourth quarter of 2016 due to a change in the methodology used to determine the fair value of certain investments. These investments were associated with companies that were also held by Frost Fund III, LP ("Fund III", a new fund started in September 2015). Fund III's auditors recommended the change in methodology. As a result, the fair value of the Seed Fund's investments decreased and its unrealized loss on investments increased by an additional $483,184 over the previously reported amounts. The Seed Fund's total net income also decreased by an additional $479,084. The internally stated and unaudited fair value of the Seed Fund's investments as of December 31, 2016 was restated and reduced from $6,664,079 to $6,180,895.

33. Section 11.6 of the Amended and Restated Operating Agreement of the Seed Fund states that within 120 days after the end of the fund's fiscal year, FMC is required to provide the Seed Fund's members with a report containing an audited balance sheet, statement of operations, and statement of changes in members equity. However, the Seed Fund's 2016 financial statements have yet to be audited. Since no audit has been completed of the financial statements of either Fund since December 31, 2015 (despite being required by their operating/partnership agreements), there may be substantial additional write-offs and write-downs which would reduce the net equity of the Funds. These amounts have not been determined at this time.

## Fund II

34. Fund II was funded with $41.1 million in partner contributions.[8] Of that amount, $39.0 million was used to purchase investments in the Portfolio Companies. As of December 31, 2016 Fund II had realized $9.9 million of losses on its investments (25%). Fund II also recorded total unrealized gains of $6.7 million based on Fund II's determinations of the current fair values of its investments. Fund II only had $947 of cash on hand at December 31, 2016.

---

[6] Incubator Cost Allocation ($274,000) + Management Fees ($122,000). A small portion of these charges were passed through to the Frost VP Seed International Fund.

[7] Fund II had begun operations in May 2013.

[8] Including $10,000 in cash contributed by Mr. Frost on June 28, 2013. The funds for this investment originated from FDC (see F0085463, F0064790, and F0059421). The remainder of Mr. Frost's capital contribution through FVP GP ($40,000) was made in lieu of management fees charged to Fund II that were waived by FVP GP.

Exhibit 83
Page 902
Exhibit 1327

35. Through 2016, Fund II had incurred approximately $3.1 million in expenses, categorized in the fund's internal accounting records as follows:

|     |                                          |            |
|-----|------------------------------------------|-----------:|
| a)  | Management Fee (charged by FVP GP):      | $2,428,000 |
| b)  | Legal Fees                               | $ 149,000  |
| c)  | Bad Debt                                 | $ 131,000  |
| d)  | Shared Services (charged by FDC)         | $ 112,000  |
| e)  | Analysts and Research (charged by FDC)   | $ 100,000  |
| f)  | Insurance                                | $ 94,000   |
| g)  | Accounting & Audit Fees                  | $ 92,000   |
| h)  | Taxes & Licenses / Taxes Paid            | $ 14,000   |
| i)  | Rent (charged by FDC)                    | $ 500      |

36. In 2017, the internal financial statements of Fund II were restated for the fourth quarter of 2016 due to a change in the methodology used to determine the fair value of certain investments also held by Fund III as described above. As a result, the fair value of Fund II's investments decreased and its unrealized loss on investments and total loss increased by an additional $5,447,926 over the previously reported amounts.  The internally stated and unaudited fair value of Fund II's investments as of December 31, 2016 was restated and reduced from $35,736,023 to $30,288,097.

37. F3 noted that Fund II's unaudited balance sheet as of December 31, 2016 (provided in the Quarterly Report sent to investors) included investments in AdaptiveWell Technologies (a Portfolio Company) at a fair value of approximately $1.3 million which originally cost Fund II $850,000.  However, in June 2016 Mr. Frost decided to write off Fund II's investment in AdaptiveWell and the company's remaining cash was transferred to FDC due to its alleged dissolution. However, the books and records do not reflect the write off was ever made, therefore the $1.3 million balance remained on the books.  In August 2016, Board and Stockholder Consents approving AdaptiveWell's dissolution were prepared, and Mr. Frost's counsel sent a letter to Hollencrest's counsel with an attachment that stated in June 2016 the Funds' investments in AdaptiveWell were marked down to zero.  F3 has seen no evidence supporting the fair value of Fund II's investment in AdaptiveWell as of December 31, 2016 and believes at a minimum Fund II's assets with respect to AdaptiveWell are likely overstated and its losses are understated by at least $1.3 million.

38. Section 11.4 of the Limited Partnership Agreement of Fund II requires that the General Partner (FVP GP) use reasonably commercial efforts to provide the Limited Partners audited financial statements of the Fund within 120 days after the close of the Partnership's fiscal year.  No audit of the 2016 financial statements of Fund II has been performed.  Since no audit has been completed of the financial statements of either Fund since December 31, 2015 (despite being required by their operating/partnership agreements), there may be substantial additional write-offs and write-downs which would reduce the net equity of the Funds.  These amounts have not been determined at this time.

Exhibit 83
Page 903

Exhibit 1327

**Valuation of the Funds' Interests in the Portfolio Companies**

39. Mr. Frost typically approved a value for each of the Portfolio Companies at between $2.5 million and $3.5 million at the time the company was founded (prior to the Funds' initial investment). The Funds' management referenced only Pitchbook data in determining these values. F3 has seen no independent analysis performed by any third-party valuation experts in support of the Funds' initial valuations. Mr. Guerry testified that no one within the Frost companies ever sought the advice or opinion of any valuation expert in connection with determining the fair values of the Funds' investments. Multiple individuals testified that Portfolio Company CEOs were not consulted regarding the determination of the fair values of investments reported by the Funds to their investors.

40. Mr. Vasquez testified alleged increases in a Portfolio Company's value when the Funds made an investment (without third-party investors) was determined by the Funds' investment committee with input from the board of the Portfolio Company. However, many of the Portfolio Companies had board members at various times with ties to either FDC or Mr. Frost (see Exhibit D). Mr. Vasquez also testified that when Portfolio Companies struggled, the fair value of the Funds' investment was carried at cost if the fund manager determined the company's enterprise value exceeded the liquidation preferences of the Funds' investment. However, the determination of the company's enterprise value was based only on the manager's "industry knowledge and expertise" instead of any independent valuation.

41. The subjective nature of Mr. Frost's valuation determinations regarding inactive or struggling Portfolio Companies resulted in investments being overvalued or not written down in a timely manner. For example, as of June 2015 the Funds reported to investors that cumulatively they held investments in Cirro costing $4.3 million with a fair value of $5.0 million (including unrealized gains of over $700,000).[9] In late 2015, Cirro implemented significant cost reductions, including reducing its workforce by half (and releasing its CEO). In early 2016, the Funds also reported to investors that "[t]he ultimate Fund return on this investment is dependent upon the Company's ability to fund its operations to a formal financing or sale." Despite this negative information known in 2015 and early 2016, the fair values of the Funds' investments in Cirro remained unchanged until June 2016 when the Funds reported Cirro's assets were sold and actual realized losses were recorded.

42. Mr. Burke (CEO of OspreyData) and Mr. Myer (CEO of Veracity) testified that the amount being paid to FDC for incubator fees impacted their companies' cash flow burn rates and ability to raise capital. Mr. Breese and Mr. Burke also testified that Portfolio Companies had difficulty raising funds due to the fact that the capitalization tables of the Portfolio Companies were dominated by individuals associated with FDC staff as opposed to the individuals running the Portfolio Companies (also known as an "upside down" cap table).

43. The Funds have not provided audited fair values of its investments since December 31, 2015. As discussed previously, the fair value of several investments were reduced significantly in 2016 as a result of a change in the valuation methodology. It is possible there could be additional write-offs of fair value of the Funds' remaining investments when the Funds' 2016 financial statements are ultimately audited.

---

[9] During the next quarter, Fund II invested an additional $700,000 in Cirro through convertible notes.

Exhibit 83
Page 904
Exhibit 1327

## Summary

44. Mr. Frost's control over the Frost entities and significant influence over the Portfolio Companies allowed him to control actions and decisions impacting the financial performance of the Portfolio Companies and the value of the Funds' investments that resulted in significant losses to the Funds.

II.    **Opinion II – Actual incubator fees and costs charged to the Portfolio Companies through December 31, 2016 exceeded reasonable incubator fees and costs by approximately $14.8 million.  The combined Seed Fund and Fund II pro-rata share of damages from the excessive fees and costs is least $11.8 million.  If the Seed Fund is entitled to a refund of all incubator fees, the $11.8 million of damages would increase to approximately $12.7 million.  There are also additional damages of at least $509,000 related to fees charged to the Seed Fund and Fund II.**

## Actual Incubator Costs

45. The Incubator began charging the Portfolio Companies in early 2012, and according to Mr. Frost and Mr. Guerry, was effectively operated to "break-even" annually.  As the Incubator's costs grew, so did the amount of revenue the Incubator needed to generate in order to break-even.  Instead of the Incubator's staffing and related cost structure being determined based on the services provided to the Portfolio Companies according to their needs at market-based rates, the Incubator started Portfolio Companies and charged them varying judgmentally approved amounts necessary to recover its costs.  Table 1 below is a year-by-year summary of the Incubator's costs based on FDC's QuickBooks file.

### Table 1 – FDC Operating Expenses

| | 2012 | 2013 | 2014 | 2015 | 2016 | Jan-Mar 2017 | Total |
|---|---|---|---|---|---|---|---|
| **Operating Expense** | | | | | | | |
| Gross Wages / Bonus | $ 566,005 | $2,238,482 | $4,079,345 | $4,546,080 | $1,706,155 | $ 189,233 | $13,325,301 |
| Other Payroll | 106,509 | 268,630 | 515,000 | 669,874 | 388,861 | 115,364 | 2,064,239 |
| **Total Payroll** | **672,514** | **2,507,112** | **4,594,345** | **5,215,955** | **2,095,016** | **304,597** | **15,389,540** |
| Consulting | 77,296 | 120,597 | 445,579 | 400,875 | 125,667 | 45,235 | 1,215,249 |
| Rent | 150,977 | 234,511 | 425,612 | 650,935 | 631,781 | 171,170 | 2,264,986 |
| Travel/Meals & Entertainment | 74,920 | 302,077 | 855,482 | 659,636 | 239,844 | 29,627 | 2,161,586 |
| Other Operating Expenses | 153,736 | 340,587 | 545,670 | 585,655 | 586,792 | 124,889 | 2,337,330 |
| **Total Operating Expenses** | **$1,129,442** | **$3,504,884** | **$6,866,688** | **$7,513,056** | **$3,679,101** | **$ 675,518** | **$23,368,690** |
| | | | | | | | |
| **Number of Employees Paid per Year [1]** | **10** | **22** | **28** | **30** | **24** | **9** | |

[1] Includes payroll for individuals whose payroll costs were reimbursed to FDC by Portfolio Companies.

Exhibit 83
Page 905
Exhibit 1327

*Payroll/Consulting Expense (71% of operating expenses)*

46. FDC's largest expense consisted of payroll, which grew significantly between 2012 and 2015. Mr. Frost controlled the salaries and bonuses paid to FDC's employees. During that period, Mr. Frost's salary (including the portion of his salary paid to his personal chef and housekeeper) grew from approximately $192,000 in 2012 to $1.2 million in 2014 and 2015. Of the total $13.3 million in gross employee wage expense incurred by FDC through March 2017, $3.6 million (27%) was attributable to Mr. Frost. The number of employees paid $100,000 or more also grew from three in 2012 to 17 in 2015.

47. Over half of FDC's $1.2 million in consulting fees was paid to Dr. Jack Kreindler, who in addition to being a member of FVP GP, performed strategic management on behalf of the Portfolio Companies, was the Chief Medical Officer of Sentrian, and Chairman of the Board of GenieDB.[10] An additional $42,000 of consulting fees was paid to Patrick Sweeney. FDC also employed or paid consulting fees to several of Mr. Frost's family members including Owen Frost ($12,000), Michele Bassett ($152,000), and Michael Bassett ($156,000). Despite this significant staffing and these substantial salaries, as of March 2017, there had been no liquidity events among any of the Portfolio Companies which would justify the levels of compensation paid to Mr. Frost or other FDC employees.

*Rent (10% of operating expenses)*

48. FDC leased office space in three different locations including approximately 12,000 square feet of FDC's main office space in San Juan Capistrano, approximately 10,000 square feet of an office suite leased for approximately 2 years in Aliso Viejo; and a 2,500 square-foot storage facility in San Juan Capistrano, used primarily as an indoor archery range by Mr. Frost. Through March 2017, FDC paid approximately $162,000 in rent for the archery space. Mr. Guerry testified that Mr. Frost used the archery space frequently, but could only recall "a few times" where the space was used for business purposes. F3 has seen no analysis or other allocation of how much of the rent for the archery range is attributable to Mr. Frost's personal use, which should be considered compensation to Mr. Frost.

*Travel / Meals & Entertainment / Other (19% of operating expenses)*

49. FDC expenses in these categories consist of various travel and entertainment expenses paid by FDC, some of which were incurred by Mr. Frost. Other operating expenses include internet charges, professional fees, office expenses, and auto lease costs for several employees, including Mr. Frost.

50. Mr. Frost also directed FDC to pay certain costs on his behalf that were supposed to be reimbursed by FVP GP that appear to be primarily, if not entirely personal in nature, as shown in Table 2 below:

---

[10] Genie DB's operations were "substantially downsized" in the third quarter of 2014. The Funds reduced the fair value of their investment in GenieDB to zero as of December 31, 2014 and the company was dissolved in 2015 after it had incurred approximately $6.0 million in net losses. Sentrian was founded in 2012. As of December 2016, Sentrian had accumulated approximately $15 million in net losses.

Exhibit 83
Page 906
Exhibit 1327

## Table 2 – Stuart Frost Related Payments Made by FDC

| Item | Description | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | Total | |
|---|---|---|---|---|---|---|---|---|---|
| Air Partner, Inc. | Travel | $ - | $ - | $225,700 | $ - | $ - | $ - | $ 225,700 | |
| American Express - Stuart Frost | Credit Card Charges | - | 559 | 179,977 | 233,961 | 117,310 | 1,229 | 533,035 | |
| Barclays CC - Stuart Frost | Credit Card Charges | - | 71,063 | 106,868 | 17,636 | 35,035 | 7,293 | 237,895 | |
| Boat Expenses | Firenze (Not Owned by FDC) | N/A | N/A | N/A | N/A | N/A | N/A | 55,504 | [1] |
| Debentures, Ltd. | Travel | - | 5,871 | 45,431 | - | - | - | 51,302 | |
| Exclusive S.a.S | Travel | - | - | 66,103 | 58,400 | - | - | 124,502 | |
| Ferrari | Ferrari 458 Spider | - | - | 42,149 | 50,579 | 50,579 | 8,410 | 151,717 | |
| Ferrari Financial Services, Inc. | Ferrari 458 Spider | - | - | 4,215 | - | - | - | 4,215 | |
| International School of Florence | Travel | - | - | 14,026 | - | - | - | 14,026 | |
| Italian Moving Company, Inc. | Travel | - | - | 7,275 | 9,959 | - | - | 17,234 | |
| Mbfs Com Auto | Mercedes GL 63 | - | - | - | 6,974 | 28,047 | 6,958 | 41,980 | |
| Monarch Beach Resort Club | Private Club | - | - | - | - | 978 | - | 978 | |
| Ozturhan Ltd. | Travel - Yacht Charter | - | - | 61,714 | - | - | - | 61,714 | |
| Stuart Frost - Monarch Bay Club | Private Club | - | 17,988 | 15,242 | | | | 33,230 | |
| Stuart Frost - Corporate House | Housing Portfolio Company CEOS | - | - | - | 23,769 | - | - | 23,769 | [2] |
| Sycamore Plaza | Archery Range | 19,316 | 31,036 | 34,566 | 35,256 | 35,958 | 6,052 | 162,184 | |
| **Total** | | **$19,316** | **$126,517** | **$803,264** | **$436,534** | **$267,907** | **$29,942** | **$1,738,984** | |

[1] Estimated as 33% of $166,512 in total expenses paid by FDC related to a boat named "Firenze" purchased by Stuart Frost, Dean Sawyer, and Cary Breese.  Boat is not owned by FDC.

[2] Does not include $38,000 billed to FDC by Mr. Frost in 2016 included in Accounts Payable; Mr. Lelinski testified that some Portfolio Company CEOs were charged per night to stay in a home owned by Mr. Frost .

51. Certain of the above amounts were reimbursed to FDC by FVP GP and deducted from Mr. Frost's allocation of the management fees paid to FVP GP by Fund II and therefore are not recorded as expenses on the FDC QuickBooks.  However, there were several instances during 2014 where emails indicate that FDC paid expenses on behalf of Mr. Frost that FVP GP did not reimburse in a timely manner.  In 2016 FVP GP recognized a liability to FDC including $203,877 for unreimbursed expenses of Mr. Frost incurred during the years 2012-2015. During those years FDC paid Mr. Frost's expenses using cash largely generated by fees collected from the Portfolio Companies and other entities such as the Funds, FMC and FVP GP.

52. Mr. Frost directed FDC to pay his American Express and Barclays credit card.  Mr. Guerry testified that Mr. Frost represented which expenses were business-related, but Mr. Guerry never verified that alleged business-related expenses of Mr. Frost were properly supported or properly allocated for reimbursement.  Mr. Guerry never saw or reviewed the credit card statements or any other documentation containing the costs FDC was paying on Mr. Frost's behalf.

53. In 2015, Mr. Frost, Dean Sawyer (CEO of Sentrian), and Cary Breese (who worked for FDC, GenieDB, and Metallum) formed a separate legal entity to purchase a boat named Firenze.  Mr. Frost testified that the boat is "a shared resource" for use by Portfolio Company CEOs and incubator staff.  F3 reviewed a file called "Boat Expenses" indicating that FDC has incurred at least $166,000 in expenses related to Firenze, including payments related to the down payment for the boat, loan payments on the boat, and maintenance.  Mr. Frost testified he did not keep records of instances where the boat was used for alleged business purposes.  Mr. Guerry also testified that no one has ever kept track of the extent to which the boat was used for business purposes.

54. The amounts deducted from Mr. Frost's allocation of FVP GP management fees (such as international travel and luxury car lease costs) were not included in Mr. Frost's taxable income from FVP GP.  Although Mr. Frost claims these amounts represented business-related expenses, we saw

Exhibit 83
Page 907

Exhibit 1327

no supporting documentation that would demonstrate what portion of these costs, if any, represent legitimate business expenses versus what portion represent personal expenses that should be considered compensation to Mr. Frost.  Such documentation would include contemporaneous receipts (in addition to credit card statements), mileage logs, itineraries or other documents demonstrating the purpose of the business-related expense and the individuals in attendance.

## Mr. Frost's Compensation

55. At a minimum, Mr. Frost earned more than $4.7 million from FDC and FVP GP through March 2017 as shown in Table 3 below:

### Table 3 – Stuart Frost Earnings 2012 – March 2017

| Note | Description | 2012 | 2013 | 2014 | 2015 | 2016 | Jan-Mar 2017 | Total | 2012-2016 |
|---|---|---|---|---|---|---|---|---|---|
| [1] | Stuart Frost FDC Gross Wages | $192,175 | $836,859 | $1,200,000 | $1,118,299 | $ 24,693 | $ 6,250 | $3,378,276 | $ 3,372,026 |
| [1] | Logan Allen FDC Gross Wages (Stuart Frost Personal Chef) | - | - | - | 46,837 | 10,820 | - | 57,656 | 57,656 |
| [1] | Marcia Enriquez FDC Gross Wages (Stuart Frost Personal Housekeeper) | - | - | - | 31,986 | 84,890 | 21,250 | 138,126 | 116,876 |
| | **Subtotal FDC Gross Wages** | **$192,175** | **$836,859** | **$1,200,000** | **$1,197,121** | **$120,403** | **$27,500** | **$3,574,058** | **$ 3,546,558** |
| [2] | Frost Venture Partners GP - Stuart Frost | - | - | 441,257 | 375,528 | 194,752 | - | 1,011,537 | 1,011,537 |
| [3] | Stuart Frost Expenses Incurred by FDC Not Reimbursed by FVP GP (2012-2015) | - | - | - | - | 203,877 | - | 203,877 | 203,877 |
| | **Total** | **$192,175** | **$836,859** | **$1,641,257** | **$1,572,649** | **$519,032** | **$27,500** | **$4,789,472** | **$ 4,761,972** |

[1] FDC Wages do not include value of employer-paid benefits or employment taxes.
[2] Per line "Total Income Stuart Frost", based on accrued amounts prior to deductions for Stuart Frost direct expenses (i.e., travel and credit card)
[3] FVP GP 2016 Financial Statements includes $220,877 accrued liability to FDC with accompanying note, "includes $203877 accrual for unreimbursed expenses of Stuart Frost (2012-2015)"

56. The amounts in Table 3 do not include the value of Mr. Frost's employment taxes or health benefits paid by FDC. They also do not include the value of Mr. Frost's personal use of alleged company resources such as the archery range and the boat Firenze. The amounts associated with FVP GP represent Mr. Frost's allocated income, prior to deductions for direct expenses reimbursed to FDC such as Mr. Frost's auto leases, international travel, and credit card expenses.  F3 has seen no evidence substantiating what portion of these expenses, if any, were allegedly related to the business of FVP GP.

57. Between the payments made on Mr. Frost's behalf in Table 2 and Mr. Frost's earnings in Table 3, Mr. Frost received compensation and benefits totaling more $5 million (an average of over $1 million per year) during the period 2012-2016.[11]  This does not include the economic benefit received by Mr. Frost by not paying taxes on personal expenses (e.g., international travel, luxury cars, etc.) deducted by Mr. Frost as alleged business expenses of FDC or FVP GP.

---

[11] $4,761,972 in earnings + $162,184 in archery range rent + $55,504 in boat expenses + $23,769 in corporate house payments = $5,003,429.  If all $166,512 in boat expenses are considered benefits to Mr. Frost, the total is $5,114,437.

Exhibit 83
Page 908
Exhibit 1327

**FDC Loans**

58. During 2016, many Portfolio Companies began having difficulty paying the incubator fees charged by FDC. This caused FDC's accounts receivable balance to grow from approximately $90,000 to $2.1 million. In order to fund the Incubator's excessive expenses, the Incubator increased its debt from approximately $458,000 at the end of 2015 to approximately $4.0 million at the end of 2016. During 2016, FDC entered into a series of loans that were used to fund the operations of the Portfolio Companies and FDC. The largest loans consisted of:

   a) *First Republic Bank (FRB) Loan to FMC, FVP GP, and Frost Fund III, GP* – In March 2016, the managers of the Seed Fund, Fund II and Fund III entered into a $2 million revolving loan with FRB. The proceeds from this loan were deposited into FDC's operating checking account. As of March 2017, all $2 million was still outstanding.
   b) *Bassett Loan to Stuart Frost* – In September 2016, Stuart Frost borrowed $1 million from the Koelling-Bassett Family Trust (Mr. Bassett is Mr. Frost's father-in-law). The net proceeds from this loan were deposited with FDC. As of March 2017, approximately $994,000 of this loan was still outstanding.
   c) *Stuart Frost Personal Loans to FDC* – Beginning in February 2016, Mr. Frost made a series of personal loans to FDC. Through March 2017, Mr. Frost loaned $938,000 to FDC. However, during 2016 FDC repaid $565,000 of these loans to Mr. Frost. $450,000 of these repayments were funded by the FRB and Basset Loans.

59. As of March 2017, FDC only made significant loan principal repayments to Mr. Frost, partially funded by proceeds from other loans.

**Portfolio Companies**

   *Adding Portfolio Companies Funded FDC's Growth*

60. Since the Incubator's primary source of funding was from the Portfolio Companies, as its cost grew, the Incubator needed to increase revenues by either increasing the amount of fees and costs it charged to each Portfolio Company, or by creating more Portfolio Companies. The Incubator funded the growth in its cost structure primarily by creating additional Portfolio Companies as shown in Table 4 below.

Exhibit 83
Page 909
Exhibit 1327

**Table 4 – Portfolio Companies Founded by Year**

| Year | Founded | Total | Companies Founded |
|---|---|---|---|
| Pre-2012 | 3 | 3 | Predixion Software, Cirro, GenieDB |
| 2012 | 3 | 6 | Maana, Sentrian, SourceThought |
| 2013 | 6 | 12 | Ubix Labs, OspreyData, Exara, Frost Edge, SegOne, Syntego |
| 2014 | 11 | 23 | Metallum, Penzata, PingThings, Veracity Security Intelligence, Mindshare Medical, AdaptiveWell, NarrativeWave, NeedleHawk, Tellit Health, Frost NewCo22, ThinkIQ |
| 2015 | 1 | 24 | Pinscriptive |

61. John Vigouroux, FDC's President and Managing Director, testified that beginning in late 2013, FDC hired too many people, grew too fast and started too many Portfolio Companies during a time period when Mr. Frost was traveling overseas.

62. In May 2014, Mr. Guerry emailed Mr. Frost regarding financial forecasts for the incubator and stated, "Right now we need 2 more companies to cover ou[r] costs (with Genie coming out in June)." In March 2015, Mr. Guerry informed Mr. Frost that, "We are still a bit stretched in the incubator. We need one more company in order to cover the plan for the rest of the year." In June 2016, Mr. Frost informed FDC's senior management that in order to improve FDC's cash flow, it was, "critically important to get the incubator to break even ASAP." Mr. Frost's plan to achieve that goal included: (1) retaining as much income as possible from existing Portfolio Companies, (2) reducing costs as much as possible without hurting FDC's ability to incubate new ideas and support existing companies, (3) "start a few new companies ASAP", and (4) transferring FDC costs directly to Portfolio Companies by assigning FDC executives to the Portfolio Companies as CEO or CTO.

63. Mr. Burke testified he expected that as the number of Portfolio Companies grew, the incubator fees charged to OspreyData would decrease due to economies of scale. When the incubator had reached 17 or 18 Portfolio Companies, OspreyData was still paying the same amount of fees. Mr. Guerry explained that FDC was growing to be much bigger, so the fees would stay the same "for a while."

64. Steve Gotz, FDC's Vice President of Incubation, recommended to Mr. Frost in June 2015 that FDC reduce its staff "back to the bare minimum required to deliver product/market fit. For staff that remain, an across-the board proportional paycut should be implemented" due to "premature scaling" of FDC's team.

65. Mr. Vigoroux testified that by 2016, FDC personnel questioned why some of the Portfolio Companies had been started or whether some even still were operating. He also stated that Mr. Frost's motivation for continuing to find ways to generate fees from the Portfolio Companies was to support his lifestyle.

*Excessive Incubator Fees Charged to Portfolio Companies*

66. It was FDC's practice to begin charging Portfolio Companies a full incubator charge at or around the time of the company's founding. Portfolio Companies signed Service Agreements with FDC that with few exceptions did not specify how much FDC could charge the Portfolio Company for services rendered. Most Service Agreements were executed by Mr. Frost on behalf of FDC and Mr. Guerry on

Exhibit 83
Page 910
Exhibit 1327

behalf of the Portfolio Company, even though Mr. Guerry was employed by FDC and reported to Mr. Frost. Typically FDC would charge a Portfolio Company a single flat rate of between $30,000 and $40,000 per month. These fees only changed significantly when the Portfolio Company: (a) could no longer pay the fee, or (b) received outside funding where the outside investors could provide leverage for the Portfolio Company to negotiate a lower fee. The average monthly incubator fee (including fees charged by Snow Data Capital) is shown in Table 5 below:

**Table 5 – Average Monthly Incubator Fees**

| Name | Average Employees | Months Charged | Average Monthly Incubator Fees | Name | Average Employees | Months Charged | Average Monthly Incubator Fees |
|---|---|---|---|---|---|---|---|
| Adaptive Well | 0.9 | 19 | $41,000 | Penzata | 1.5 | 18 | $39,000 |
| Cirro | 11.5 | 53 | $30,900 | Ping Things | 2.8 | 24 | $40,400 |
| Exara | 3.9 | 40 | $29,000 | Pinscriptive | 1.7 | 23 | $32,800 |
| Frost Edge | 1.1 | 20 | $30,400 | Predixion Software | N/A | 23 | $12,000 |
| Frost NewCo22 | 0.5 | 6 | $38,000 | SegOne | 0.8 | 20 | $22,400 |
| GenieDB | 6.6 | 32 | $31,400 | Sentrian | 9.7 | 56 | $30,000 |
| Maana | 6.9 | 56 | $33,900 | Source Thought | 4.0 | 50 | $29,400 |
| Metallum | 2.3 | 7 | $41,600 | Syntego | 0.4 | 22 | $29,400 |
| Mindshare Medical | 2.1 | 24 | $38,800 | Tellit Health | 1.4 | 28 | $27,400 |
| Narrative Wave | 2.6 | 29 | $28,500 | ThinkIQ | 4.0 | 24 | $26,900 |
| NeedleHawk | 0.7 | 9 | $38,000 | Ubix Labs | 4.9 | 48 | $28,400 |
| OspreyData | 8.5 | 40 | $32,400 | Veracity | 2.3 | 32 | $30,200 |

67. In an Investor Executive Summary of the Incubator transmitted to Michael Schulman in November 2011, Mr. Frost stated, "Frost VP's policy will be to only charge for services that the startup companies would require in the normal course of business. In general, this should mean that the startups receive higher quality services at a lower price than they would otherwise be able to afford (due to Frost VP's ability to provide economies of scale)."

68. FDC claims that the monthly fee approximates the cost of a "fully burdened senior executive." Based on the typical flat rate charged, startup Portfolio Companies would pay $360,000 to $480,000 annually for this "fully burdened senior executive." We saw no study or analysis performed by FDC to support this assertion, or how the cost spent on a fully-burdened senior executive at that level of compensation would provide value to startup companies with limited capital. When questioned in deposition about how this amount was determined, Mr. Frost stated that it was based on his experience with how much executives are paid. Mr. Guerry stated that it was based on a general concept proposed by Mr. Frost, that he did not perform any research to support the monthly incubator of fee of $30,000 to $40,000, nor was he aware of anyone else performing any research or consulting with any outside experts in order to validate the amount of the monthly incubator fee.

69. The monthly incubator fee was similar across Portfolio Companies regardless of what stage the Portfolio Company was at in its life cycle (i.e., a concept-stage company with no or few employees vs. a revenue generating company that had raised capital outside the Frost Funds). For example, in July 2014 FDC charged Metallum (fka Frost NewCo16) $36,500 in incubator fees. Metallum had been founded three months earlier. By comparison, that same month FDC charged Maana $36,000. Maana had been founded in April 2012 and by July 2014 was not located in FDC's office space, and began a Series A financing round which raised $10.8 million in capital. As another example, FDC

Exhibit 83
Page 911
Exhibit 1327

charged AdaptiveWell $245,900 in incubator fees during 2014[12], when the company had no employees.

70. According to Mr. Guerry, the monthly fee charged by FDC to the Portfolio Companies was judgmentally allocated for accounting purposes among some or all of the following components:

- *Shared Services / Incubator Allocation / Management Fee* – these fees allegedly included services for: (a) early stage validation – incubation, (b) technology and product support, (c) business development, (d) infrastructure (accounting and finance support, CFO-level support, IT support, corporate recordkeeping, and (e) legal matter coordination. However, FDC personnel (including senior executives) did not track or keep contemporaneous timekeeping records indicating which Portfolio Company (or other Frost entity such as the Funds or fund managers) they were working on, or the amount of time spent working on a given company each month. FDC never performed any study or analysis to determine the reasonableness of any of the incubator fees or charges that were assessed to the Portfolio Companies or whether the incubator fees approximated market value for the services provided.
- *Analysts* – allegedly includes shared industry organization membership and technology analyst programs. F3 has seen no documentation demonstrating the extent to which the Portfolio Companies used these services over the period FDC was charging this fee. For example, F3 reviewed a usage report provided by 451 Research indicating that between May 2015 and May 2016, four entities (FDC, Maana, Source Thought, and Exara) made up 78% of the total usage. Five entities (Mindshare, Ping Things, Pinscriptive, ThinkIQ, and Tellit) each made up 1% or less of the total usage,[13] but were charged a combined $30,500 by FDC for analyst services.
- *Marketing* – FDC allegedly provided a "sales and marketing team [to] help the portfolio companies define and clarify their 'story' for both customers and potential investors." The amount of marketing charges allocated inside FDC's monthly fee was typically approximately $3,000 per month. Beginning in April 2014, FDC began providing marketing services to Portfolio Companies through SDC. SDC was a continuation of FDC's existing marketing services. SDC did not generate added marketing services, even though it billed all Portfolio Companies an *additional* $5,100 per month above the flat monthly fee charged by FDC for each Portfolio Company created after SDC came into existence.[14] From its inception in 2014 to May 2017, SDC billed the Portfolio Companies total fees of approximately $1.7 million.
- *Rent* – part of FDC's monthly fee was typically allocated to rent for each Portfolio Company. The amount of rent expense allocated was based on Mr. Guerry's judgmental assessment and was not calculated based on any objective formula such as an allocation of square footage using number of employees. Instead, Mr. Guerry testified, it was "more of a, you know, ballpark what this – what we think that the companies would have incurred based on the number of heads."

71. During Mr. Breese's tenure as the shared CFO/COO of FDC, he performed an analysis in which he concluded that a reasonable incubator fee would be $12,000 per month. This analysis was

---

[12] Including $44,400 for marketing expense and $13,500 for rent.
[13] Mindshare, Pinscriptive, and Tellit each read/viewed zero 451 Research reports during this period.
[14] There were a few months where the SDC monthly fee was $4,500.

Exhibit 83
Page 912
Exhibit 1327

presented to Mr. Frost and Mr. Guerry. Mr. Frost believed the fee should be $18,000, partially because Mr. Frost wanted a higher salary than Mr. Breese had built into his analysis.

72. Many of the Portfolio Company CEOs expressed concern with the amount of incubator fees they were being charged by FDC. These CEOs included (but were not limited to) Doug Lawson (ThinkIQ), John Burke (OspreyData), Mark Lelinski (Pinscriptive), Brian Murphy (Exara), Mark McNally (Ubix Labs), and Paul Myer (Veracity Security Intelligence, "Veracity").

73. The CEOs' concerns included not getting value out of parts of the incubator, whether the marketing services were of value, the overall incubation process, and how much time the companies were getting with FDC's senior team. Several of the CEOs listed above complained about SDC's charges, and felt they were not getting value from SDC's services.

74. Mr. Lawson testified that he believed $10,000 per month was a reasonable incubator fee. He also testified that he did not believe that ThinkIQ was getting great value for the money it was paying to FDC. For example, FDC's ideation and early validation services were not relevant to ThinkIQ.

75. Mr. Lelinski testified that Pinscriptive had been charged up to two months of incubator fees prior to his being hired as CEO, he had no direct access to his company's financial statements, he was charged a rent allocation when no Pinscriptive personnel were based full-time at FDC's offices, and Mr. Frost was involved with Pinscriptive for 60 to 90 minutes per quarter. Mr. Lelinski stated in a September 2016 email to Tom Giles that he assumed $10,000 per month was a reasonable incubator fee, and $30,000 per month paid to FDC represented "inflated incubator fees."

76. Mr. Burke testified that within three or four months of joining OspreyData, the company outgrew many of the services included in OspreyData's monthly fee[15], including thought leadership, ideation and validation. OspreyData's use of FDC at that point was focused on accounting, marketing, HR and payroll services, in addition continued access to Miles Mahoney (General Manager of FDC's industrial cluster) and Mr. Frost. Mr. Burke stated that the marketing advice being provided to OspreyData by SDC was not valid. Mr. Burke further testified that although he was paying more than $30,000 per month, the value of the combined administrative services Osprey Data received was approximately $8,000 per month and the value of the total fee including continued access to Mr. Mahoney and Mr. Frost was $15,000 per month.

77. Mr. Burke asked FDC senior personnel to provide a detailed accounting of the incubator fees with a focus of certain services that OspreyData was not using in order to try to reduce costs. FDC personnel responded that they would not provide an accounting of incubator fees or value accounting analysis. Instead, they told Mr. Burke that the incubator fees were part of the model which Mr. Burke had to embrace. Mr. Breese also testified that when he asked for a breakdown of the incubator fee to assign value to each service being provided, Mr. Frost informed him that it was "going to be too difficult to manage a kind of line item breakdown of those fees by company."

---

[15] At the time Mr. Burke joined OspreyData in April 2014, OspreyData was being charged $39,100 per month in incubator fees including SDC fees.

Exhibit 83
Page 913
Exhibit 1327

78. At the time Mr. Myer joined Veracity, the company was paying FDC approximately $36,000 per month in incubator fees ($41,100 including SDC fees). Mr. Myer testified that when Veracity secured external financing with Microsemi, the $7,000 per month fee agreed to by FDC was a fair estimate of the value of the services actually being provided by FDC (excluding rent), including intangible services. Veracity's current monthly cost for finance/accounting, rent, marketing,[16] and PR services was $16,500.

79. Mr. Myer also testified that the incubator fees charged by FDC impacted Veracity's ability to follow a lean start-up methodology, which requires that a company spend only the dollars necessary to get to a minimum viable product. Veracity had no control over the incubator fees it paid, and lacked the ability to negotiate its fees until outside investors became involved with the company. Since Veracity exited the incubator, the company's expenses dropped dramatically.

### Summary

80. FDC's practice of overcharging the Portfolio Companies for incubator fees that were above market, unsupported, and/or unnecessary, because it needed to cover the large cost structure and cash flow needs created by Mr. Frost, resulted in excessive operating losses to the Portfolio Companies. FDC's overcharging caused the Portfolio Companies to burn through their limited capital at a much faster rate than they otherwise would have, which damaged the companies and its investors, including the Seed Fund and Fund II.

## Calculation of Damages

### Estimated Reasonable Incubator Expense

81. To calculate damages as a result of the excess fees charged by Mr. Frost to the Portfolio Companies, we obtained information from various sources including incubator industry data, incubator industry experts, and testimony from Portfolio Company CEOs. We prepared detailed Portfolio Company models where we computed our estimate of reasonable incubator fees based on activities of the Incubator, number of employees and whether the Portfolio Company ever generated revenue.

82. Our calculation of reasonable incubator expenses was corroborated with discussions and information obtained from the following sources:

- Discussions with Alex Maleki, Vice President of Business Development at Idealab
- Depositions of Portfolio Company CEOs, including Paul Myer, John Burke, Mark Lelinski, Douglas Lawson, and Cary Breese (who also worked for FDC)
- Industry data published by the California Business Incubation Alliance and International Business Innovation Association

---

[16] Mr. Myer testified that Veracity is now actively marketing a product in testing, but were not actively marketing while with the Incubator because the company did not have anything to sell.

Exhibit 83
Page 914
Exhibit 1327

83. We also reviewed Quarterly Investor Reports provided to the investors of the Seed Fund and Fund II, financial statements of the Portfolio Companies, and payroll or other records relating to employee headcounts to analyze the patterns of growth or performance for each of the Portfolio Companies during the years 2012 through 2016.

84. Based on the information considered, our model calculates reasonable incubator fees for seven service categories including: finance and accounting, human resources, technology, marketing, rent, legal, and other.

85. Detailed calculations of reasonable expenses (i.e., incubator fees) for each Portfolio Company by month can be found in Exhibit E.  Certain costs were projected on a variable basis based on headcount (e.g., HR, Technology, Rent, Other); some were projected on a step-variable basis (e.g., Finance & Accounting); and others were projected on a fixed basis (e.g., Marketing and Legal).  Our calculations were discussed with Alex Maleki and he concurred with our methodology and assumptions.  Our conclusions are also corroborated by the testimony of several Portfolio Company CEOs.

86. The value of intangible incubator services such as mentoring, networking and fundraising were considered in a separate line item based on the number of employees. We also considered these types of costs were compensated for as part of the equity the incubator (i.e., Mr. Frost, FDC, and the PIVs) owned in the Portfolio Companies.  It is our understanding based on discussions with Mr. Maleki that incubators do not typically charge a fee for these services; rather, they are compensated for these services when they receive a return on their equity investment.

*Actual Incubator Expenses*

87. We analyzed accounting records of the Portfolio Companies and FDC (e.g., financial statements, general ledgers, invoices) to determine the amount of actual incubator expenses charged to and paid by the Portfolio Companies.  These costs were categorized based on how they were charged in the accounting system of the Portfolio Company (e.g., incubator expense, rent, marketing, analysts & research, consulting, and other).  Charges from SDC were included in the marketing category.  For Portfolio Companies that did not produce accounting records adequate to analyze expenses on a monthly basis (OspreyData, Ping Things, Predixion Software, and Veracity), F3 used the general ledger of FDC to determine actual expenses.

*Damages*

88. We deducted the estimated reasonable incubator expenses from the actual incubator payments each month to calculate the amount of excess incubator expense, or damages to the Portfolio Companies.  Portfolio Company damages were then allocated to the Seed Fund and Fund II according the monthly percentage of debt and equity funds invested into each company by the Funds, when compared to the book value of the company's total debt and equity capital.  The book value of the company's debt and equity represents the total cash put into the company that could be used to fund operating expenses.  The Seed Fund's investment percentage averaged approximately 17%, and Fund II's investment percentage averaged approximately 63%.  We understand that the Seed Fund may be entitled to damages equal to the fund's share of incubator fees paid.  If so, the Seed Fund's damages would increase by $900,720.

Exhibit 83
Page 915
Exhibit 1327

89. As shown in Table 6 below, the total excess incubator fees charged by FDC as of December 31, 2016 were as follows:

**Table 6 – Summary of Excess Incubator Expense Damages
(as of December 31, 2016)**

| Description | Amount |
|---|---|
| Total Actual Incubator Expense Paid | $ 21,690,382 |
| Less Estimated Reasonable Incubator Expense | (6,898,381) |
| **Total Excess Incubator Expense** | **$ 14,792,001** |
| | |
| Seed Fund Investment % | **17%** |
| Fund II Investment % | **63%** |
| | |
| Allocated Excess Incubator Expense - Seed Fund | 2,491,532 |
| Allocated Excess Incubator Expense - Fund II | 9,355,042 |
| **Total Allocated Excess Incubator Expense - Funds** | **$ 11,846,575** |
| **Additional Seed Fund Incubator Fees** | **900,720** |
| **Total Excess Incubator Expense - Funds** | **$ 12,747,294** |

90. In addition to the damages in Table 6, based on discussions with Mr. Palzer, the Seed Fund has incurred damages of: (1) $122,330 resulting from improper Seed Fund management fee expense in 2012, (2) $273,482 of Seed Fund Incubator Cost Allocation expense from 2013-2016, and (3) $112,000 of Fund II Shared Services expense from 2013-2016 (an additional $2,000 was incurred in 2017).

**III.    Alternatively, if the investors of the Seed Fund and Fund II are entitled to rescission damages, they would receive their original investment of $48,659,547 plus statutory interest of $17,763,619 through the date of this report.**

91. If it is determined that the Counter-Claimants are entitled to rescission damages, Counsel has asked F3 to determine the amount that Counter-Claimants would receive based on the return of their original investment, including statutory interest calculated on a simple basis at a rate of 10% per year.  F3 calculated interest from the date of each investment (according to the Funds' QuickBooks records) to October 13, 2017.  The total amount invested with related interest for each fund is shown in Table 7 below:

Exhibit 83
Page 916
Exhibit 1327

**Table 7 – Fund Investment and Interest**

| | Total Fund | | |
|---|---|---|---|
| | Invested | Interest | Total |
| Seed Fund | $ 7,550,025 | $ 3,799,213 | $ 11,349,238 |
| Fund II | 41,109,522 | 13,964,406 | 55,073,927 |
| | $ 48,659,547 | $ 17,763,619 | $ 66,423,166 |

92. The above calculation of rescission damages assumes that the investors in the Funds would relinquish their ownership in the Portfolio Companies. If the Funds did not relinquish their ownership in the Portfolio Companies, it would be necessary to offset their rescission damages by the current value of any remaining investments in the Portfolio Companies held by the Funds. It is our understanding that such an amount has not been determined at this time.

**Other Matters**

93. This expert report is based on information provided to F3 as of the date of this report. We reserve the right to modify or supplement this report should additional information become available to us or if we are requested to perform additional tasks including, but not limited to, analyses performed as a result of the production of additional documents, or matters related to additional discovery. In addition, F3 may prepare illustrative or demonstrative exhibits for use during testimony from the information contained in this report, any supplemental report, our work papers, or the documents considered.

94. F3 is being compensated for Mr. Weekly's time at $450 per hour. F3's other professional staff billing rates range between $75 and $375. F3's compensation is not contingent on the conclusions contained herein or any supplemental report(s) prepared pursuant to this engagement, or the ultimate resolution of this matter.

95. The report has been prepared only for the purposes stated herein and shall not be used for any other purpose. Neither this report nor any portions thereof shall be disseminated to third parties by any means without the prior written consent and approval of F3 or Hodel Wilks LLP.

Respectfully submitted,

David B. Weekly
Senior Managing Director
Fenix Financial Forensics LLC

Exhibit 83
Page 917
Exhibit 1327

**Expert Report of David B. Weekly**                                              **EXHIBIT A**

**Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.**

**List of Documents Relied On**

<u>Purpose:</u> To list the documents considered by F3.

| Item | Description |
|------|-------------|
| 1 | Demand for Arbitration and Exhibits |
| 2 | Amended Counterclaims and Exhibits |
| 3 | Notice of Errata Re: Exhibit A to Amended Counterclaims |
| 4 | Stipulation Governing Handling of Confidential Information |
| 5 | Deposition of Cary Breese and Exhibits |
| 6 | Deposition of John Burke and Exhibits |
| 7 | Deposition of John Vigouroux (Vol I - II) and Exhibits |
| 8 | Deposition of Luis Vasquez (Vol I - II) and Exhibits |
| 9 | Deposition of Mark Lelinski and Exhibits |
| 10 | Deposition of Paul Myer and Exhibits |
| 11 | Deposition of Douglas Lawson and Exhibits |
| 12 | Deposition of Stuart Frost (Vol I - III) and Exhibits |
| 13 | Deposition of Thomas Giles and Exhibits |
| 14 | Deposition of William Guerry (Vol I - III) and Exhibits |
| 15 | February 2012 Presentation "A Highly Focused Seed Fund for Incubated 'Big Data' Companies |
| 16 | Certain documents included in Exhibits 52-222 (Fund Quarterly Reports, Audited Financial Statements) |
| 17 | Frost VP Seed Fund LLC QuickBooks File |
| 18 | Frost VP Seed Bank Statements |
| 19 | Frost VP Early Stage Fund II QuickBooks File |
| 20 | Frost VP Early Stage Fund II Bank Statements |
| 21 | Frost Data Capital (fka Frost Venture Partners) QuickBooks File |
| 22 | Frost Data Capital (fka Frost Venture Partners) Bank Statements |
| 23 | Frost Data Capital Payroll Records |
| 24 | Frost Management Company Excel Balance Sheets and Profit and Loss Statements |
| 25 | Frost Management Company Bank Statements |
| 26 | Frost Venture Partners GP Excel Management Fee Schedules |
| 27 | Frost Venture Partners GP Bank Statements |
| 28 | Snow Data Capital Document Production |
| 29 | Portfolio Company Excel Files - General Ledgers, Balance Sheets, Profit and Loss Statements, Statements of Cash Flows (excluding OspreyData, Ping Things, Predixion Software, Veracity) |
| 30 | OspreyData Excel Financial Statements (2015, 2016 October YTD) |
| 31 | Ping Things Excel Financial Statements (2014, Partial 2015) |
| 32 | Ping Things Bank Account Statements |
| 33 | Predixion Software - Audited Financial Statements for years ended June 30, 2013 and June 30, 2012; partial unaudited internal financial statement data 2011, 2014 |
| 34 | Veracity Excel partial year financial statement data 2015-2016 |

Page 1 of 3

Exhibit 83
Page 918

Exhibit 1327

Expert Report of David B. Weekly                                                        EXHIBIT A

Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.

| Item | Description |
|---|---|
| 35 | Portfolio Company Bank Statements |
| 36 | Various Portfolio Company Capitalization Tables |
| 37 | Various Portfolio Company Payroll Records |
| 38 | Various Portfolio Company Board Minutes and Written Consents |
| 39 | Marcum LLP Document Production (Audit Workpapers and Related Documents) including various 2017 emails and management representation letters 2012-2015 |
| 40 | Kling & Pathak Document Production (Tax Returns and Related Documents) |
| 41 | August 7, 2015 Email chain re: Sentrian's uses of Frost Shared Services between Stuart Frost and Dean Sawyer |
| 42 | Email from Steve Gotz to Stuart Frost dated June 30, 2015 re: A few thoughts... |
| 43 | Email chain from Bill Guerry to Jim Ward dated May 6, 2015 re: Sycamore Plaza space |
| 44 | Frost VP Seed LLC Financial Statements Quarter Ended December 31, 2016 (Restated) |
| 45 | Frost VP Early Stage Fund II LP Financial Statements Quarter Ended December 31, 2016 (Restated) |
| 46 | Frost VP Seed LLC Quarterly Report as of March 31, 2017 |
| 47 | Frost VP Early Stage Fund II LP Quarterly Report as of March 31, 2017 |
| 48 | Excel file "Boat Expenses" |
| 49 | Action by Unanimous Written Consent of the Board of Directors of AdaptiveWell Technologies, Inc. - Election to Wind-Up and Dissolve |
| 50 | Action by Written Consent of the Stockholders of AdaptiveWell Technologies, Inc. - Election to Wind-Up and Dissolve |
| 51 | AdaptiveWell Request to Close Account - Silicon Valley Bank |
| 52 | Email from Shital Patel to Bill Guerry dated June 22, 2016 re: Final Returns / Dissolution |
| 53 | Letter from Colin Holley to Matthew A. Hodel dated August 4, 2016 Re: Hollencrest Capital Management and Frost Data Capital Our File No.: F006.004 and attachment |
| 54 | Loan and Security Agreement dated March 25, 2016 between First Republic Bank, Frost Management Company, Frost Venture Partners GP, and Frost Fund III GP |
| 55 | Promissory Note dated November 1, 2016 between Stuart Frost and Koelling-Bassett Family Trust |
| 56 | Frost Data Company invoices to Portfolio Companies |
| 57 | Email dated October 18, 2016 from Bill Guerry to Anil Suren re: NewCo 26 (Interoperability) Investment Amount (Suren Exhibit 835) |
| 58 | Various Services Agreements between Frost Venture Partners/Frost Data Capital and Portfolio Companies |
| 59 | Various Excel files Frost Data Capital "List of Related Parties" |
| 60 | Various Frost Data Capital Portfolio presentations |

Exhibit 83
Page 919
Exhibit 1327

**Expert Report of David B. Weekly**                                                                EXHIBIT A

**Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.**

| Item | Description |
|------|-------------|
| 61 | Various Excel files "Board Member List" |
| 62 | Various Annual Corporation Report Filings |
| 63 | Various Employee Agreements |
| 64 | Various Business Insurance Applications |
| 65 | Various Silicon Valley Bank Depositor Agreements and Requests to Close Account |
| 66 | Document "Select Portfolio Company History 5-22-17" |
| 67 | California Tool Works - Incubation and Acceleration in the Cauldron of Innovation (California Business Incubation Alliance), May 2016 |
| 68 | Idealab 2017 Standard Services & Fees |
| 69 | Litigation Services Handbook - *The Role of the Financial Expert* (Fifth Edition), |
| 70 | Email dated November 21, 2011 from Stuart Frost to Michael Schulman re: follow-up and attachment Frost Venture Partners Investor Executive Summary |
| 71 | 451 Research Frost Data Partners Usage Report 4_28_15 to 5_19_16 |

Exhibit 83
Page 920

Exhibit 1327

**EXHIBIT B**



# Fenix Financial Forensics LLC
10565 N. 114th Street, Suite 100, Scottsdale AZ  85259
www.F3AZ.com



## David B. Weekly, CPA, CFE, CFF, CIRA, CICA, CGMA
### Senior Managing Director

*Tel: 480.717.6789      Fax: 480.717.6759      Email: dweekly@F3AZ.com*

David's experiences include expert witness testimony on a wide range of commercial damage issues in U.S. district, state and bankruptcy courts as well as arbitrations and mediations, with particular emphasis on accounting and financial issues, commercial disputes, constructions claims, internal controls and investigations of fraud matters.

David has additional expertise with complex financial investigations, contract compliance, theft and misappropriation of assets, bankruptcy, and workout services.  He has conducted numerous investigations in connection with failed companies, including evaluating financial reporting controls and causes of business failure.  These investigations typically require the assessment of a business enterprise or an alleged scheme, the quantification of losses or diverted funds, and the identification of potentially responsible parties.

David's industry experience includes aerospace and airlines, construction, financial services, banking, commodities, distribution, manufacturing, mining, real estate, healthcare, insurance, golf course operations, multilevel marketing, and retail bowling centers.  Specific case experience includes class actions, Ponzi schemes, criminal allegations, stock option backdating, internal investigations, post-acquisition disputes, breach of fiduciary duty, deepening insolvency, leveraged buyouts, fraudulent transfers, and insurance claims.

Prior to establishing F3, David was a member of the national Forensic and Litigation Consulting team for FTI Consulting, Inc.  He was also the partner-in-charge of KPMG's U.S. Dispute Advisory Services practice. Before joining KPMG, David served as the worldwide director of Litigation Services, partner-in-charge of the U.S. Complex Claims and Events practice and partner-in-charge of National Law Firm Relationships for Arthur Andersen LLP.

David has been a frequent speaker at conferences on such topics as expert witness issues, damage analysis, construction claims and alternative billing methods.  In addition, he is the founder of the Arizona Corporate Counsel Forum, which hosts meetings quarterly on topics of interest to its members.  David also serves on the professional advisory board of Arizona State University's School of Accountancy.

## Professional History

* Fenix Financial Forensics LLC (F3) – Senior Managing Director – Scottsdale, AZ (10/08 – Present)
* Independent Contractor – FTI Consulting, Inc. – Phoenix, AZ (09/06 – 09/08)
* FTI Consulting, Inc. – Senior Managing Director, National Forensic and Litigation Consulting Leadership Team member and Forensic Services leader for Western and Central Regions – Phoenix, AZ (11/03 – 09/06)
* KPMG LLP – Partner in Charge of U.S. Dispute Advisory Services Practice – Phoenix, AZ (05/02 – 10/03)
* Arthur Andersen LLP – Partner in Charge of National Law Firm Relationships and Arizona Claims and Disputes Practice – Phoenix, AZ (09/01 – 05/02)

Exhibit 83
Page 921

Exhibit 1327

- Arthur Andersen LLP – Partner in Charge of Business Consulting (Desert Southwest) and Partner in Charge of Pacific Region Claims and Disputes Practice – Phoenix, AZ (02/00 – 08/01)
- Arthur Andersen LLP – Firmwide Director of Litigation Services and Partner in Charge of the U.S. Complex Claims and Events Practice – Phoenix, AZ (09/95 – 09/00)
- Arthur Andersen LLP – Partner in Charge of Strategy, Finance & Economics (SFE) in the Desert Southwest – Phoenix, AZ (08/88 – 02/00)
- Arthur Andersen LLP – Manager, Litigation & Bankruptcy Consulting; Audit Manager – Phoenix, AZ (11/84 – 08/88)
- North American Coin & Currency, Ltd. (Public Company – Reorganized) – Executive Vice President, Secretary and Treasurer.  Also served as General Manager for Court Appointed Trustee from September 1982 through November 1983.  Acquired Series 7, 24 and 63 Securities licenses and acted as Principal for NASD Broker/Dealer operation formed during reorganization – Phoenix, AZ (09/82 – 11/84)
- North American Coin & Currency, Ltd. – Controller – Phoenix, AZ (04/80 – 09/82)
- Arthur Andersen LLP – Audit Division Senior Accountant, Financial Institutions and Construction Industry emphasis – Phoenix, AZ (12/76 – 04/80)
- United States Navy (Vietnam veteran) – (05/70 – 05/74)

## Education

- Bachelor of Science in Accounting, Arizona State University (1976)

## Certifications

- Certified Public Accountant (CPA) licensed in both Arizona and Missouri
- Certified Fraud Examiner (CFE)
- Certified in Financial Forensics (CFF)
- Certified Insolvency and Restructuring Advisor (CIRA)
- Certified Internal Controls Auditor (CICA)
- Chartered Global Management Accountant (CGMA)

## Professional Affiliations

- American Institute of Certified Public Accountants
- Arizona Society of Certified Public Accountants
- Association of Certified Fraud Examiners
- American Bankruptcy Institute
- Association of Insolvency and Restructuring Advisors
- The Institute for Internal Controls
- American Bar Association Litigation Section, Associate Member and former Co-Chair of Corporate Counsel Subcommittee on Expert Witnesses
- Professional Advisory Board, ASU School of Accountancy

## Civic Affiliations

- Served on two Maricopa County Bar Association committees to recommend judicial salaries in Arizona
- Served on Board of Directors and Executive Committee – Junior Achievement of Arizona
- Served on Valley Citizens League
- Consultant to Team USA Bowling and Young Bowling Alliance (YABA)
- Coordinated/coached numerous youth activities

Exhibit 83
Page 922
Exhibit 1327

**Fenix Financial Forensics LLC**
David B. Weekly, CPA, CFE, CFF, CIRA, CICA, CGMA

## Publications and Presentations

* None in last 10 years

## Deposition and Testimony Experience (2009 – Present)

* YF Trust v JPMorgan Chase Bank N.A., US District Court for the District of Arizona, Deposition (2009)
* The Official Committee of Unsecured Creditors, on behalf of the Estate of Woodside Group, LLC, et al. v Ezra K. Nilson, et al., United States Bankruptcy Court, Central District of California – Riverside Division, Testimony (2009)
* Balar Equipment Corporation v. VT LeeBoy, Inc., Arbitration – Charlotte, North Carolina (2010)
* Microgroup Manufacturing, Inc. et al. v. Sottera, Inc. et al., Superior Court of Arizona, County of Maricopa, Deposition/Testimony (2011)
* Alstom Transportation, Inc. v. BNSF Railway Company, Arbitration – Chicago, Illinois, Deposition/Testimony (2011)
* The Estate and Trust of John J. Doherty v. Sharon A. Doherty, Superior Court of Arizona, County of Maricopa, Deposition (2012)
* Perini Building Company, Inc. vs. Queensridge Towers, L.L.C. and Quality Mechanical Contractors, LLC AAA Arbitration – Las Vegas, Nevada, Deposition/Testimony (2012)
* Kinder Morgan Louisiana Pipeline LLC v. Latex Construction Company, District Court, Harris County, Texas (11th Judicial District), Deposition (2012)
* Realty Executives, Inc. and Realty Executives International, Inc. v. John E. Foltz and Marie D. Foltz, Superior Court of Arizona, County of Maricopa, Deposition (2012)
* South Mountain Partners, LLC v. Shell Vacations South Mountain, LLC, AAA Arbitration – Phoenix, Arizona, Deposition (2012)
* Santosh George Kottayil v. Insys Therapeutics, Inc., Superior Court of Arizona, County of Maricopa, Deposition (2013)
* Williams International Co. LLC v. Goodrich Pump & Engine Control Systems, Inc., American Arbitration Association, Testimony (2014)
* John E. Foltz v. Richard A. Rector, et al., Superior Court of Arizona, Maricopa County, Testimony (2014)
* Aleksander J. Galczynski, et al. v. Timothy E. Ernst, et al., American Arbitration Association, Testimony (2014)
* Abel Commercial Ventures, LLC and Wigwam Crossing, LLC v. BMO Harris Bank, NA and Civica Development, LLC, Superior Court of Arizona, County of Maricopa, Deposition (2014)
* Santosh George Kottayil v. Insys Therapeutics, Inc., Superior Court of Arizona, County of Maricopa, Testimony (2015)
* Pivotal 650 California St., LLC v. Dickinson Wright PLLC, Superior Court of Arizona, County of Maricopa, Deposition (2015)
* Cardiovascular Consultants, Ltd. v. David R. Sease, et al. and David R. Sease, et al. v. Andrei Damian, Superior Court of Arizona, County of Maricopa, Deposition (2015)
* Pam Case Bobrow v. Kenmark Deeds, LLC et al., Superior Court of Arizona, County of Maricopa, Deposition (2016)
* John J. Hurry et al. v. Financial Industry Regulatory Authority, Inc. et al., US District Court for the District of Arizona, Deposition (2017)
* Responsive Data, LLC v. Isagenix International, LLC, AAA Arbitration – Phoenix, Arizona, Deposition (2017)

Exhibit 83
Page 923
Exhibit 1327

Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.
**Organizational Structure Chart**

**Purpose**     To depict the relationships and funds flow between the Frost entities and Portfolio Companies
**Source**      Fund operating agreements; company accounting records



**FROST ENTITIES AND PORTFOLIO COMPANY ORGANIZATIONAL STRUCTURE**

= Flow of Funds

| | | | | | |
|---|---|---|---|---|---|
| Adaptive Well | Frost NewCo22 | Mindshare | Penzata | SegOne | Tellit Health |
| Cirro | GenieDB | NarrativeWave | PingThings | Sentrian | ThinkIQ |
| Exara | Maana | NeedleHawk | Pinscriptive | Source Thought | Ubix Labs |
| Frost Edge | Metallum | OspreyData | Predixion | Syntego | Veracity |

[1]     Seed Fund was billed directly by FDC for Shared Services (see Exhibit 749); Mr. Guerry testified these services included general upkeep, analyst, and facilities charges.
[2]     FMC bank statements indicate amounts received from Seed Fund were transferred to the Incubator; FDC also invoiced FMC for Management Services, etc. (see Exhibit 748)
[3]     See Seed Fund Quarterly Reports and Audited Financial Statements.
[4]     Including analyst/research fees and rent/lease charges.
[5]     Including $122,000 classified as Management Fees during 2012 in Seed Fund QuickBooks file; Mr. Guerry testified this represented Mr. Frost's salary.
[6]     See Table 2 and Table 3.
[7]     See Exhibit E for analysis of incubator fees paid; Portfolio Companies also reimbursed FDC for payroll costs and direct bill costs such as insurance premiums, out of pocket costs, etc.
[8]     Such as payroll costs for Luis Vasquez, accounting, and legal costs.
[9]     Such as international travel, auto lease, and credit card charges.
[10]    See Fund II Quarterly Reports and Audited Financial Statements
[11]    Per Fund II Limited Partnership Agreement.
[12]    Including shared services, analyst/research, and rent charges.

Exhibit 83
Page 924

Exhibit 1327

**Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.**
Schedule of Shareholders, Directors, Officers and Employees

**EXHIBIT D**

**Purpose:** To present common Directors, Officers, Employees and Shareholders of Frost Entities and Portfolio Companies

**Source:** Board of Directors' Meeting Minutes and Written Consents, Deposition Testimony and Exhibits, Cap Tables, "Frost DC List of Related Parties" Excel Files, Frost Data Capital Portfolio Reports, FDC Website, "Board Member List" Excel Files, Emails from FDC Personnel, F0263417-8, SVB Bank Depositor Agreements and Request to Close Account, Marcum LLP Accountants and Advisors Planning Memo, TriNet Service Requisition Forms, Annual Corporation Report Filings, Employee Agreements, Invoices, Business Insurance Applications.

*Directors, Officers and Employees [1]:*

| Name | FDC | Seed Fund | FMC | Fund II | FVP GP | AdaptiveWell | Cirro | Exara | Frost Edge | Frost NewCo 22 | Genie DB |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Stuart Frost | CEO, Managing Partner | Investment Committee | Single Member | Investment Committee | Managing Partner; General Partner | Director, Chairman | Director, Executive Chairman, CEO (May 2012) | Director, Chairman, CEO/President at incorporation | Director, Executive Chairman | Director | Director |
| William Guerry | CFO (2012-2017) | Maintained Books and Records | Maintained Books and Records | Maintained Books and Records | Member | CFO | CFO | CFO | CFO | CFO | CFO |
| John Vigouroux | General Partner; Managing Partner | | | Investment Committee | General Partner | Director | Director | Director | Director | Director | Director |
| Miles Mahoney | General Partner; GM Industrial Segment | | | | | Director, Executive Chairman | | Director | | | Director, Chairman, Interim CEO |
| Tom Giles | General Partner; GM Healthcare | | | | | | | | | | |
| James Greene | General Partner | | | Investment Committee | | | Director | | Director | | |
| Cary Breese | CFO/COO (2011-2012); COO Healthcare | Investment Committee; Acting as CFO | | | CFO | | | | | | CEO, Director |
| Jack Kreindler | General Partner | Investment Committee | | Investment Committee | General Partner | | | | | | Director |
| Greg Williams | Limited Legal Services | | | | | General Counsel | General Counsel | General Counsel | General Counsel | General Counsel | General Counsel |
| Shital Patel | Controller | Controller | Controller | Controller | Controller | Controller | Controller | Controller | Controller | Controller | Controller |

*Shareholders [2]:*

| Name | FDC | Seed Fund | FMC | Fund II | FVP GP | AdaptiveWell | Cirro | Exara | Frost Edge | Frost NewCo 22 | Genie DB |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Stuart Frost | Single Member | Member | Single Member | Partner | Controlling Member | Shareholder; Controls PIV; Voting Control [3] | Shareholder | Shareholder; Controls PIV; Voting Control [3] | Shareholder; Controls PIV; Voting Control [3] | Shareholder; Controls PIV; Voting Control [3] | Shareholder |
| William Guerry | | | | | Member | | Shareholder | | | | |
| John Vigouroux | | | | Partner | Member | Shareholder | | Shareholder | Shareholder | Shareholder | |
| Miles Mahoney | | | | | | Shareholder | | | | Shareholder | |
| Tom Giles | | | | | | | | | | | |
| James Greene | | | | | | Shareholder | | | | Shareholder | |
| Cary Breese | | | | | | | Shareholder | | | | Shareholder |
| Jack Kreindler | | | | Member | Shareholder | | Shareholder | Shareholder | Shareholder | Shareholder | |
| Greg Williams | | | | | Shareholder | Shareholder | Shareholder | Shareholder | Shareholder | Shareholder | |
| Shital Patel | | | | | | | | | | | |

**Notes:**
[1] Reflects officer, director and/or employee positions held during any period of the entity's history.
[2] Portfolio Company shareholder information based on the most recent Cap Table produced for each entity.
[3] Identified one or more Cap Tables where Mr. Frost had voting control of the Portfolio Company.

Exhibit 83
Page 925

Exhibit 1327

Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.
Schedule of Shareholders, Directors, Officers and Employees

**EXHIBIT D**

| Name | Maana | Metallum | Mindshare Medical | NarrativeWave | NeedleHawk | OspreyData | Penzata | PingThings | Pinscriptive | Predixion | SegOne |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Stuart Frost | Director | Director, Chairman, CEO/President at incorporation | Director | Director | Director, Chairman, CEO/President at incorporation | Director | Director | Director | Director | | Director, Executive Chairman |
| William Guerry | CFO | CFO; Director | CFO | CFO | CFO | CFO | CFO; Director | CFO | CFO | | CFO |
| John Vigouroux | Director | Director | Director | Director | Director | Director | Director | | Director | | Director |
| Miles Mahoney | | Director, Chairman | | Director, Initial Manager | Director, Executive Chairman, Interim CEO | Director, Chairman, CEO | | Director | | | |
| Tom Giles | | | Director | | | | Director, Acting CEO, Chairman | | Director | | |
| James Greene | | | Director | | | | Director | | | | Director, Chairman |
| Cary Breese | | CEO | | | | | | | | | |
| Jack Kreindler | | | | | | | | | | | |
| Greg Williams | General Counsel | General Counsel | General Counsel | General Counsel | General Counsel | General Counsel | General Counsel | General Counsel | | | General Counsel |
| Shital Patel | Controller | Controller | | Controller | QuickBooks | Controller | Controller | Controller | Controller | | Controller |

| Name | Maana | Metallum | Mindshare Medical | NarrativeWave | NeedleHawk | OspreyData | Penzata | PingThings | Pinscriptive | Predixion | SegOne |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Stuart Frost | Controls PIV; Voting Control [3] | Shareholder; Controls PIV; Voting Control [3] | Shareholder; Controls PIV; Voting Control [3] | Shareholder; Controls PIV; Voting Control [3] | Shareholder; Controls PIV; Voting Control [3] | Shareholder; Controls PIV; Voting Control [3] | Shareholder; Controls PIV; Voting Control [3] | Shareholder; Controls PIV; Voting Control [3] | Shareholder; Controls PIV; Voting Control [3] | Shareholder | Shareholder; Controls PIV; Voting Control [3] |
| William Guerry | | | | | | | | | | | |
| John Vigouroux | Shareholder | Shareholder | Shareholder | Shareholder | Shareholder | Shareholder | Shareholder | Shareholder | Shareholder | | Shareholder |
| Miles Mahoney | | Shareholder | | Shareholder | Shareholder | Shareholder | | Shareholder | | | |
| Tom Giles | | | Shareholder | | | | Shareholder | | Shareholder | | |
| James Greene | | Shareholder | Shareholder | Shareholder | Shareholder | | Shareholder | Shareholder | Shareholder | | |
| Cary Breese | | | | | | | | | | | |
| Jack Kreindler | Shareholder | Shareholder | Shareholder | Shareholder | Shareholder | Shareholder | Shareholder | Shareholder | Shareholder | | Shareholder |
| Greg Williams | Shareholder | Shareholder | Shareholder | Shareholder | Shareholder | Shareholder | Shareholder | Shareholder | | | Shareholder |
| Shital Patel | | | | | | | | | | | |

Exhibit 83
Page 926

Exhibit 1327

Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.
Schedule of Shareholders, Directors, Officers and Employees

Case 8:19-cv-01559-SPG-JDE     Document 44-8     Filed 03/26/21     Page 220 of 285
Page ID #:1577

EXHIBIT D

| Name | Sentrian | Source Thought | Syntego | Tellit Health | ThinkIQ | Ubix Labs | Veracity |
|---|---|---|---|---|---|---|---|
| Stuart Frost | Director, Executive Chairman | Director | Director, Chairman, CEO, President | Director | Director, Chairman | Director | Director |
| William Guerry | CFO | CFO | CFO | CFO | CFO | CFO | CFO |
| John Vigouroux | Director | Director | Director | | Director | Director | Director |
| Miles Mahoney | | Director | | | Director | | Director |
| Tom Giles | | | | Director, Acting CEO | | | |
| James Greene | | Director | Director | | Director | Director | |
| Cary Breese | | | | | | | |
| Jack Kreindler | Chief Medical Officer, Director | | | | | | |
| Greg Williams | General Counsel | General Counsel | General Counsel | General Counsel | General Counsel | General Counsel | General Counsel |
| Shital Patel | Controller | Controller | Controller | Controller | Controller | Controller | Controller |

| Name | Sentrian | Source Thought | Syntego | Tellit Health | ThinkIQ | Ubix Labs | Veracity |
|---|---|---|---|---|---|---|---|
| Stuart Frost | Controls PIV; Voting Control [3] | Controls PIV; Voting Control [3] | Shareholder; Controls PIV; Voting Control [3] | Shareholder; Controls PIV; Voting Control [3] | Shareholder; Controls PIV; Voting Control [3] | Shareholder; Controls PIV; Voting Control [3] | Shareholder; Controls PIV; Voting Control [3] |
| William Guerry | | | | | | | |
| John Vigouroux | | | Shareholder | Shareholder | Shareholder | | Shareholder |
| Miles Mahoney | | | Shareholder | | Shareholder | | Shareholder |
| Tom Giles | | | | Shareholder | | | |
| James Greene | | | Shareholder | Shareholder | | | Shareholder |
| Cary Breese | | | | | | | |
| Jack Kreindler | Shareholder | | Shareholder | Shareholder | Shareholder | | Shareholder |
| Greg Williams | Shareholder | Shareholder | Shareholder | Shareholder | Shareholder | Shareholder | Shareholder |
| Shital Patel | | | | | | | |

Exhibit 83
Page 927

Exhibit 1327

**Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.**
**Calculation of Alleged Damages**

**EXHIBIT E**

**Purpose:** To calculate alleged damages based on incubators fees charged to Portfolio Companies.

**Source:** Quarterly Investor Reports, Annual Financial Statements, Deposition Testimony & Interviews with other experts

| Company Number: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Company Name: | Adaptive Well, Inc. / Frost NewCo 18, Inc. | Cirro, Inc. | Exara, Inc. | Frost Edge, Inc. / NextLog Analytics, Inc. | Frost NewCo 22, Inc. | Genie DB, Inc. | Maana, Inc. | Metallum, Inc. | Mindshare Medical, Inc. | Narrative Wave, Inc. | NeedleHawk, Inc. | OspreyData, Inc. | Penzata, Inc. |
| Did Portfolio Company Generate Revenues? | No | Yes | Yes | No | No | Yes | Yes | No | No | No | No | No | No |
| Total Estimated Reasonable Incubator Expense | $ 57,550 | $ 1,227,425 | $ 328,575 | $ 64,950 | $ 22,800 | $ 460,225 | $ 592,875 | $ 36,600 | $ 119,750 | $ 164,625 | $ 22,850 | $ 598,800 | $ 72,825 |
| Actual Incubator Expense (Paid) | 779,725 | 1,636,034 | 1,161,436 | 608,183 | 227,750 | 1,003,350 | 1,899,630 | 291,487 | 932,197 | 827,125 | 341,826 | 1,297,500 | 701,221 |
| Difference (Damages) | $ 722,175 | $ 408,609 | $ 832,861 | $ 543,233 | $ 204,950 | $ 543,125 | $ 1,306,755 | $ 254,887 | $ 812,447 | $ 662,500 | $ 318,976 | $ 698,700 | $ 628,396 |
| **Frost VP Seed, LLC** | | | | | | | | | | | | | |
| Estimated Reasonable Expense | $ - | $ 236,038 | $ 47,709 | $ 20,536 | $ - | $ 143,418 | $ 73,858 | $ - | $ - | $ - | $ - | $ 49,171 | $ - |
| Actual Expense | - | 331,170 | 247,740 | 197,693 | - | 311,669 | 411,852 | - | - | - | - | 159,671 | - |
| Difference (Damages) | $ - | $ 95,132 | $ 200,031 | $ 177,157 | $ - | $ 168,251 | $ 337,994 | $ - | $ - | $ - | $ - | $ 110,500 | $ - |
| **Frost VP Early Stage Fund II** | | | | | | | | | | | | | |
| Estimated Reasonable Expense | $ 53,457 | $ 171,211 | $ 167,253 | $ 42,927 | $ 21,539 | $ 82,397 | $ 93,468 | $ 36,600 | $ 109,813 | $ 103,334 | $ 22,840 | $ 415,842 | $ 64,161 |
| Actual Expense | 738,197 | 217,108 | 638,983 | 396,392 | 217,207 | 199,600 | 314,293 | 291,485 | 881,699 | 687,471 | 341,667 | 828,827 | 626,870 |
| Difference (Damages) | $ 684,740 | $ 45,898 | $ 471,731 | $ 353,464 | $ 195,668 | $ 117,204 | $ 220,825 | $ 254,885 | $ 771,886 | $ 584,137 | $ 318,828 | $ 412,985 | $ 562,709 |
| VP Seed & Fund II Damages | $ 684,740 | $ 141,030 | $ 671,762 | $ 530,621 | $ 195,668 | $ 285,455 | $ 558,819 | $ 254,885 | $ 771,886 | $ 584,137 | $ 318,828 | $ 523,485 | $ 562,709 |
| VP Seed & Fund II % of Damages | 94.8% | 34.5% | 80.7% | 97.7% | 95.5% | 52.6% | 42.8% | 100.0% | 95.0% | 88.2% | 100.0% | 74.9% | 89.5% |
| Averge Number of Employees (When Fees Charged) | 0.95 | 11.54 | 3.93 | 1.10 | 0.50 | 6.59 | 6.91 | 2.29 | 2.08 | 2.59 | 0.67 | 8.49 | 1.50 |
| Maximum Number of Employees (When Fees Charged) | 2.00 | 20.00 | 5.00 | 2.00 | 2.00 | 11.00 | 14.00 | 3.00 | 3.00 | 4.00 | 1.00 | 13.00 | 2.00 |
| Number of Months with Incubator Charges | 19 | 53 | 40 | 20 | 6 | 32 | 56 | 7 | 24 | 29 | 9 | 40 | 18 |
| Avg Incubator Cost Per Month (Reasonable Calc)-Rounded | $3,000 | $23,200 | $8,200 | $3,200 | $3,800 | $14,400 | $10,600 | $5,200 | $5,000 | $5,700 | $2,500 | $15,000 | $4,000 |
| Avg Incubator Cost Per Month (Actual Expense)-Rounded | $41,000 | $30,900 | $29,000 | $30,400 | $38,000 | $31,400 | $33,900 | $41,600 | $38,800 | $28,500 | $38,000 | $32,400 | $39,000 |

**Incubator Fee Summary:**

| | Per F3 | Actual | Difference |
|---|---|---|---|
| Avg Incubator Cost Per Month-Companies with Revenue (Rounded) | $11,700 | $28,700 | ($17,000) |
| Avg Incubator Cost Per Month-Companies without Revenue (Rounded) | $5,100 | $34,000 | ($28,900) |
| Avg Incubator Cost Per Month-All Companies (Rounded) | $7,800 | $31,800 | ($24,000) |

Exhibit 83
Page 928
Exhibit 1327

<u>**Purpose:**</u> To calculate alleged damages based on incubators fees charged to Portfolio Companies.

<u>**Source:**</u> Quarterly Investor Reports, Annual Financial Statements, Deposition Testimony & Interviews with other experts

| Company Number: | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Company Name: | Ping Things, Inc. | Pinscriptive, Inc. | Predixion Software, Inc. | SegOne, Inc. | Sentrian, Inc. / Jointly, Inc. | Source Thought, Inc. | Syntego / App Layer, Inc. | Tellit Health, Inc. | ThinkIQ, Inc. | Ubix Labs, Inc. (fka Kumo Analytics) | Veracity, Inc. / Veracity Security Intelligence, Inc. | Grand Total |
| Did Portfolio Company Generate Revenues? | No | Yes | Yes | No | Yes | Yes | No | No | Yes | No | Yes | |
| Total Estimated Reasonable Incubator Expense | $ 136,850 | $ 111,000 | $ 275,956 | $ 53,625 | $ 1,053,375 | $ 478,550 | $ 41,800 | $ 111,025 | $ 225,075 | $ 461,175 | $ 180,100 | $ 6,898,381 |
| Actual Incubator Expense (Paid) | 970,300 | 754,200 | 275,956 | 448,500 | 1,678,130 | 1,467,873 | 647,250 | 767,409 | 645,400 | 1,363,000 | 964,900 | 21,690,382 |
| Difference (Damages) | $ 833,450 | $ 643,200 | $ - | $ 394,875 | $ 624,755 | $ 989,323 | $ 605,450 | $ 656,384 | $ 420,325 | $ 901,825 | $ 784,800 | $ 14,792,001 |
| **Frost VP Seed, LLC** | | | | | | | | | | | | |
| Estimated Reasonable Expense | $ - | $ - | $ - | $ 21,680 | $ 137,370 | $ 84,794 | $ 11,683 | $ 794 | $ 1,534 | $ 72,136 | $ - | $ 900,720 |
| Actual Expense | - | - | - | 190,482 | 534,561 | 413,408 | 166,931 | 530 | 1,088 | 425,459 | - | 3,392,252 |
| Difference (Damages) | $ - | $ - | $ - | $ 168,802 | $ 397,191 | $ 328,614 | $ 155,247 | $ (264) | $ (446) | $ 353,323 | $ - | $ 2,491,532 |
| **Frost VP Early Stage Fund II** | | | | | | | | | | | | |
| Estimated Reasonable Expense | $ 114,925 | $ 63,974 | $ - | $ 30,535 | $ 239,348 | $ 321,289 | $ 29,095 | $ 91,272 | $ 110,534 | $ 257,348 | $ 107,904 | $ 2,751,065 |
| Actual Expense | 818,270 | 527,246 | - | 245,636 | 373,028 | 821,867 | 465,724 | 716,597 | 479,292 | 666,650 | 611,997 | 12,106,108 |
| Difference (Damages) | $ 703,345 | $ 463,272 | $ - | $ 215,101 | $ 133,680 | $ 500,578 | $ 436,629 | $ 625,326 | $ 368,758 | $ 409,303 | $ 504,093 | $ 9,355,042 |
| VP Seed & Fund II Damages | $ 703,345 | $ 463,272 | $ - | $ 383,903 | $ 530,871 | $ 829,192 | $ 591,876 | $ 625,061 | $ 368,312 | $ 762,626 | $ 504,093 | $ 11,846,575 |
| VP Seed & Fund II % of Damages | 84.4% | 72.0% | 0.0% | 97.2% | 85.0% | 83.8% | 97.8% | 95.2% | 87.6% | 84.6% | 64.2% | 80.1% |
| Averge Number of Employees (When Fees Charged) | 2.75 | 1.74 | N/A | 0.75 | 9.73 | 3.96 | 0.36 | 1.39 | 4.04 | 4.85 | 2.30 | 3.52 |
| Maximum Number of Employees (When Fees Charged) | 5.00 | 2.00 | N/A | 1.00 | 20.00 | 7.00 | 1.00 | 2.00 | 7.00 | 8.00 | 3.00 | 6.00 |
| Number of Months with Incubator Charges | 24 | 23 | 23 | 20 | 56 | 50 | 22 | 28 | 24 | 48 | 32 | 29 |
| Avg Incubator Cost Per Month (Reasonable Calc)-Rounded | $5,700 | $4,800 | $12,000 | $2,700 | $18,800 | $9,600 | $1,900 | $4,000 | $9,400 | $9,600 | $5,600 | $7,800 |
| Avg Incubator Cost Per Month (Actual Expense)-Rounded | $40,400 | $32,800 | $12,000 | $22,400 | $30,000 | $29,400 | $29,400 | $27,400 | $26,900 | $28,400 | $30,200 | $31,800 |

Exhibit 83
Page 929
Exhibit 1327

**Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.**
**Calculation of Alleged Damages - Assumptions on Reasonable Expenses**

**EXHIBIT E**

<u>**Purpose:**</u> To document the assumptions used to compute reasonable incubator expenses.

<u>**Source:**</u> Discussions with Incubator Experts, Fee Charges by Frost Data Capital, Incubator Expert Alex Maleki.

| No. | Expense Description | Expense Type | Basis for Allocation | Amount | Range of Fees (# of Employees) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 0 | 1-5 | 6-10 | 11-20 | >20 |
| 1 | Finance & Accounting (No Revenue) | Step-Variable | Increases based on revenue generation and number of employees | See Range | $ 500 | $ 1,000 | $ 2,000 | $ 3,500 | $ 5,000 |
| | Finance & Accounting (Revenue) | Step-Variable | Increases based on revenue generation and number of employees | See Range | $ 1,000 | $ 2,000 | $ 3,500 | $ 5,000 | $ 7,500 |
| 2 | Human Resource | Variable | $200 per employee per month | $ 200 | | | | | |
| 3 | Technology | Variable | $250 per employee per month | $ 250 | | | | | |

| No. | Expense Description | Expense Type | Basis for Allocation | Amount | Range of Fees (Average Revenue per Month) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Pre-Revenue | 3 Months Prior to Revenue | $1 - $25,000 | $25,001 - $50,000 | $50,001 - $100,000 | $100,001+ |
| 4 | PR/Marketing | Fixed | $2,500 three months prior to revenue; increases based on average monthly revenue | See Range | $ - | $ 2,500 | $ 1,000 | $ 1,500 | $ 3,000 | $ 5,000 |
| 5 | Rent | Variable | $525 per employee per month | $ 525 | | | | | |

| No. | Expense Description | Expense Type | Basis for Allocation | Amount | Range of Fees | | |
|---|---|---|---|---|---|---|---|
| | | | | | First 3 Months | No Revenue / Financing | Financing/ Revenue |
| 6 | Legal | Fixed | $1,000 per month at startup to 3 months; $1,000 per month during financing activity or revenue generation; $500 per month if no revenue or financing activity | See Range | $ 1,000 | $ 500 | $ 1,000 |
| 7 | Other (See Crosswalk Schedule) | Variable | $500 per employee per month | $ 500 | | | |

Exhibit 83
Page 930

Exhibit 1327

**Frost Management Company, et al. v. Hollencrest Bayview Partners LP, et al.**
**Crosswalk - FDC Incubator Services to F3 Reasonable Incubator Expense Category**

**Purpose:** To compare the FDC incubator services to where each item is included in the F3 Reasonable Incubator Expense Categories.
**Source:** Exhibit 767 (Guerry List); F3 Exhibit E (Assumptions); Alex Makeli discussions

| FDC Category | FDC Description (Summarized) | F3 Category |
|---|---|---|
| Early Stage Validation - Incubation | Pre-company validation, assessment of market needs validation, assessment of potential technology solutions, evaluation of market, potential competitors, discussion with potential customers and partners; hypothesis validation; business model canvas; Minimum Viable Segment; Pivot "sprints" to hit milestones; strategy sessions with CEO/GM/CTO; validation of "other" bowling lanes that compliment ability to scale | Other / Equity |
| Technology and Product Support | Using FDC CTO and team, tech strategy review, patent strategy assessment, guidance on available open source tech, code review, sourcing UX design work, assistance with due diligence prep and fundraising | Technology |
| Business Development | Understand the technology/product landscape and facilitate the development of relationships with customers/partners; BD team meets regularly with its partners and industry relationships and develops new relationships; key relationships include Intel Capital, Chevron Ventures, Cisco, Qualcomm, Reed Elsevier, Symantec, IHS-Oil and Gas | Other / Equity |
| Sales/Marketing Strategy | Define and clarify "story for customers and potential investors; provide feedback and assistance on defining a strategic message, assist with website development and collateral, guidance on pricing/structure, creation of marketing strategy | PR/Marketing |
| Infrastructure | Real Estate/Facility | Rent |
| Infrastructure | Commodity Level IT Support (platform, visualization) | Technology |
| Infrastructure | Accounting/Finance; CFO level support | Finance & Accounting |
| Infrastructure | Executive Recruiting | HR / Other |
| Infrastructure | Office facilities (rented space, improvements, copier, supplies) | Rent |
| Infrastructure | Corporate recordkeeping | Legal/Finance & Accounting |
| Infrastructure | Legal matter coordination | Legal/Finance & Accounting |
| Infrastructure | Shared industry organization membership and technology analyst programs | Other |
| Executive Mentoring | Mentoring and guidance from FDC general partners and senior team members | Other / Equity |

Exhibit 83
Page 931

Exhibit 1327

Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.
Calculation of Alleged Damages - Adaptive Well, Inc.

EXHIBIT E

**Purpose:** To calculate alleged damages based on incubators fees charged to Adaptive Well, Inc.
**Source:** Quarterly Investor Reports, Annual Financial Statements, Deposition Testimony & Interviews with other experts

**Findings:**
Start: Adaptive Well (aka FrostNewco 18, Inc.) was purportedly started in June 2014. Incubator fees began July 2014
Fund II first invested August 2014.

*Calculation of Reasonable Incubator Expenses:*        Average Revenue Per Month:    $    -

| | 7/2014 [8] | 08/2014 | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 2016 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | 0 | | |
| Is Company in 1st Three Months? | Y | Y | Y | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N | | |
| Does the Company have financing? | Y | N | N | N | N | Y | | N | N | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | | Y | | |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N | | |
| Does Company have Revenue? | N | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N | | |

**Estimated Reasonable Expenses:**

| | 7/2014 [8] | 08/2014 | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 2016 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Finance & Accounting [1] | 500 | 500 | 500 | 500 | 500 | 500 | 3,000 | 500 | 500 | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 10,500 | 500 | 500 | 14,000 |
| Human Resource [2] | - | - | - | - | - | - | - | - | - | - | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 3,600 | - | - | 3,600 |
| Technology [3] | - | - | - | - | - | - | - | - | - | - | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 4,500 | - | - | 4,500 |
| PR/Marketing [4] | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rent [5] | - | - | - | - | - | - | - | - | - | - | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 9,450 | - | - | 9,450 |
| Legal [6] | 1,000 | 1,000 | 1,000 | 500 | 500 | 1,000 | 5,000 | 500 | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 11,000 | 1,000 | 1,000 | 17,000 |
| Other [7] | - | - | - | - | - | - | - | - | - | - | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 9,000 | - | - | 9,000 |
| Total Estimated Reasonable Expense | 1,500 | 1,500 | 1,500 | 1,000 | 1,000 | 1,500 | 8,000 | 1,000 | 1,000 | 1,500 | 4,950 | 4,950 | 4,950 | 4,950 | 4,950 | 4,950 | 4,950 | 4,950 | 4,950 | 48,050 | 1,500 | 1,500 | 57,550 |

**Actual Expenses Recorded:**

| | 7/2014 [8] | 08/2014 | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 2016 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Incubator Expense/Shared Service | 30,500 | 30,000 | 30,000 | 30,000 | 30,500 | 34,000 | 185,000 | 33,500 | 33,500 | 33,500 | 33,000 | 33,000 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 401,000 | 33,500 | 33,500 | 619,500 |
| Rent | 2,500 | 2,500 | 2,500 | 2,500 | 2,000 | 1,500 | 13,500 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 | 2,000 | 2,000 | 39,500 |
| Marketing | 8,100 | 8,100 | 8,100 | 7,500 | 7,500 | 5,100 | 44,400 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,625 | 5,100 | 5,100 | 61,725 | 5,100 | 5,100 | 111,225 |
| Analysts & Research | 500 | 500 | 500 | 500 | 500 | 500 | 3,000 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 | 500 | 500 | 9,500 |
| Consulting | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Actual Expense | 41,600 | 41,100 | 41,100 | 40,500 | 40,500 | 41,100 | 245,900 | 41,100 | 41,100 | 41,100 | 40,600 | 40,600 | 41,100 | 41,100 | 41,100 | 41,100 | 41,625 | 41,100 | 41,100 | 492,725 | 41,100 | 41,100 | 779,725 |
| Difference (Damages) | 40,100 | 39,600 | 39,600 | 39,500 | 39,500 | 39,600 | 237,900 | 40,100 | 40,100 | 39,600 | 35,650 | 35,650 | 36,150 | 36,150 | 36,150 | 36,150 | 36,675 | 36,150 | 36,150 | 444,675 | 39,600 | 39,600 | **722,175** |

| | 7/2014 [8] | 08/2014 | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 2016 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Frost VP Seed, LLC | - | - | - | - | - | - | | - | - | - | - | - | - | - | - | - | - | - | - | | - | | |
| Frost VP Early Stage Fund II | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 350,001 | | 350,001 | 350,001 | 450,001 | 550,001 | 650,001 | 650,001 | 750,002 | 800,003 | 850,004 | 850,004 | 850,004 | 850,004 | | 850,004 | | |
| Total Debt & Equity | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 350,401 | | 350,401 | 350,401 | 450,401 | 550,401 | 650,401 | 675,401 | 775,402 | 825,403 | 925,405 | 997,407 | 1,037,408 | 1,112,408 | | 1,142,409 | | |
| Seed Fund Investment % | - | - | - | - | - | - | | - | - | - | - | - | - | - | - | - | - | - | - | | - | | |
| Fund II Investment % | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 99.89% | | 99.89% | 99.89% | 99.91% | 99.93% | 99.94% | 96.24% | 96.72% | 96.92% | 91.85% | 85.22% | 81.94% | 76.41% | | 74.40% | | |
| Seed Fund Damages | - | - | - | - | - | - | | - | - | - | - | - | - | - | - | - | - | - | - | | - | | **-** |
| Fund II Damages | 40,100 | 39,600 | 39,600 | 39,500 | 39,500 | 39,555 | 237,855 | 40,054 | 40,054 | 39,565 | 35,624 | 35,628 | 34,790 | 34,966 | 35,038 | 33,205 | 31,255 | 29,620 | 27,623 | 417,421 | 29,464 | 29,464 | **684,740** |

| | 7/2014 [8] | 08/2014 | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 2016 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Frost VP Seed, LLC** | | | | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | **-** |
| Actual Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | **-** |
| Difference (Damages) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | **-** |

| | 7/2014 [8] | 08/2014 | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 2016 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Frost VP Early Stage Fund II** | | | | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 1,500 | 1,500 | 1,500 | 1,000 | 1,000 | 1,498 | 7,998 | 999 | 999 | 1,499 | 4,946 | 4,947 | 4,764 | 4,788 | 4,798 | 4,547 | 4,218 | 4,056 | 3,782 | 44,342 | 1,116 | 1,116 | **53,457** |
| Actual Expense | 41,600 | 41,100 | 41,100 | 40,500 | 40,500 | 41,053 | 245,853 | 41,053 | 41,053 | 41,063 | 40,570 | 40,575 | 39,554 | 39,754 | 39,835 | 37,751 | 35,473 | 33,675 | 31,405 | 461,763 | 30,580 | 30,580 | **738,197** |
| Difference (Damages) | 40,100 | 39,600 | 39,600 | 39,500 | 39,500 | 39,555 | 237,855 | 40,054 | 40,054 | 39,565 | 35,624 | 35,628 | 34,790 | 34,966 | 35,038 | 33,205 | 31,255 | 29,620 | 27,623 | 417,421 | 29,464 | 29,464 | **684,740** |

[1] - See Assumptions Page
[2] - See Assumptions Page
[3] - See Assumptions Page
[4] - See Assumptions Page
[5] - See Assumptions Page
[6] - See Assumptions Page
[7] - See Assumptions Page
[8] - Incubator fees were charged in July 2014, but company was not capitalized until August 2014. Since Fund II was sole source of capital in August 2014, the same equity percentage will be applied in July 2014 as existed in August 2014.

Exhibit 83
Page 932

Exhibit 1327

**Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.**
**Calculation of Alleged Damages - Cirro, Inc.**

**EXHIBIT E**

**Purpose:** To calculate alleged damages based on incubators fees charged to Cirro.
**Source:** Quarterly Investor Reports, Annual Financial Statements, Deposition Testimony & Interviews with other experts

**Findings:**
Start: Cirro, Inc. was purportedly started in November 2010. The Seed Fund initially invested in March 2012 and Incubator fees began May 2012.
Fund II first invested in September 2013.
Incubation fees ceased at the end of August 2016.

*Calculation of Reasonable Incubator Expenses:*     Average Revenue Per Month:     $ 24,433

| | 3/2012 [8] | 4/2012 [8] | 05/2012 | 06/2012 | 07/2012 | 08/2012 | 09/2012 | 10/2012 | 11/2012 | 12/2012 | 2012 | 01/2013 | 02/2013 | 03/2013 | 04/2013 | 05/2013 | 06/2013 | 07/2013 | 08/2013 | 09/2013 | 10/2013 | 11/2013 | 12/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 0 | 0 | 10 | 11 | 11 | 11 | 11 | 10 | 10 | 11 | | 11 | 11 | 11 | 11 | 11 | 10 | 11 | 11 | 11 | 11 | 11 | 14 |
| Is Company in 1st Three Months? | Y | Y | Y | N | N | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N |
| Does the Company have financing? | Y | Y | Y | Y | Y | N | Y | Y | Y | Y | | Y | Y | Y | Y | Y | N | Y | N | Y | Y | N | N |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | N | N | N | N | N | N | N | | N | N | Y | Y | Y | N | N | N | N | N | N | N |
| Does Company have Revenue? | N | N | N | N | N | N | N | N | N | N | | N | N | N | N | N | Y | Y | Y | Y | Y | Y | Y |

**Estimated Reasonable Expenses:**

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Finance & Accounting [1] | - | - | 2,000 | 3,500 | 3,500 | 3,500 | 3,500 | 2,000 | 2,000 | 3,500 | 23,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Human Resource [2] | - | - | 2,000 | 2,200 | 2,200 | 2,200 | 2,200 | 2,000 | 2,000 | 2,200 | 17,000 | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 2,000 | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 2,800 |
| Technology [3] | - | - | 2,500 | 2,750 | 2,750 | 2,750 | 2,750 | 2,500 | 2,500 | 2,750 | 21,250 | 2,750 | 2,750 | 2,750 | 2,750 | 2,750 | 2,500 | 2,750 | 2,750 | 2,750 | 2,750 | 2,750 | 3,500 |
| PR/Marketing [4] | - | - | - | - | - | - | - | - | - | - | - | - | - | 2,500 | 2,500 | 2,500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Rent [5] | - | - | 5,250 | 5,775 | 5,775 | 5,775 | 5,775 | 5,250 | 5,250 | 5,775 | 44,625 | 5,775 | 5,775 | 5,775 | 5,775 | 5,775 | 5,250 | 5,775 | 5,775 | 5,775 | 5,775 | 5,775 | 7,350 |
| Legal [6] | - | - | 1,000 | 1,000 | 1,000 | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 7,500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Other [7] | - | - | 5,000 | 5,500 | 5,500 | 5,500 | 5,500 | 5,000 | 5,000 | 5,500 | 42,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,000 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 7,000 |
| Total Estimated Reasonable Expense | - | - | 17,750 | 20,725 | 20,725 | 20,225 | 20,725 | 17,750 | 17,750 | 20,725 | 156,375 | 20,725 | 20,725 | 23,225 | 23,225 | 23,225 | 20,250 | 23,225 | 23,225 | 23,225 | 23,225 | 23,225 | 27,650 |

**Actual Expenses Recorded:**

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Incubator Expense/Shared Service | - | - | 25,880 | 25,880 | 25,880 | 31,880 | 32,880 | 29,700 | 34,000 | 34,500 | 240,600 | 29,000 | 29,000 | 28,500 | 26,500 | 26,500 | 37,500 | 36,500 | 38,500 | 35,500 | 34,500 | 34,500 | 32,500 |
| Rent | - | - | - | - | - | - | - | - | - | - | - | 6,000 | 6,000 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,000 | 6,000 | 6,000 | 6,000 | 5,000 |
| Marketing | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 500 | 500 | 500 |
| Analysts & Research | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Consulting | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 1,000 | - |
| Total Actual Expense | - | - | 25,880 | 25,880 | 25,880 | 31,880 | 32,880 | 29,700 | 34,000 | 34,500 | 240,600 | 35,000 | 35,000 | 35,000 | 34,000 | 34,000 | 45,000 | 44,000 | 45,500 | 42,500 | 42,000 | 43,000 | 39,000 |

| Difference (Damages) | - | - | 8,130 | 5,155 | 5,155 | 11,655 | 12,155 | 11,950 | 16,250 | 13,775 | 84,225 | 14,275 | 14,275 | 11,775 | 10,775 | 10,775 | 24,750 | 20,775 | 22,275 | 19,275 | 18,775 | 19,775 | 11,350 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Frost VP Seed, LLC | 250,000 | 250,000 | 500,000 | 463,595 | 695,393 | 695,393 | 927,191 | 927,191 | 927,191 | 927,191 | | 1,155,041 | 1,382,891 | 1,610,741 | 1,840,266 | 1,895,352 | 1,895,352 | 1,895,352 | 1,895,352 | 1,954,360 | 1,954,360 | 1,954,360 | 1,954,360 |
| Frost VP Early Stage Fund II | - | - | - | - | - | - | - | - | - | - | | - | - | - | - | 500,000 | 500,000 | 1,000,000 | 1,000,000 | 1,111,918 | 2,011,918 | 2,011,918 | 2,011,918 |
| Total Debt & Equity | 2,249,590 | 2,498,941 | 2,781,824 | 2,941,824 | 3,191,824 | 3,191,824 | 3,466,824 | 3,646,824 | 3,946,824 | 3,996,824 | | 4,246,824 | 4,496,824 | 4,746,824 | 4,996,824 | 5,556,824 | 5,556,824 | 6,056,824 | 6,146,861 | 10,644,262 | 10,644,262 | 10,644,262 | 10,644,262 |
| Seed Fund Investment % | 11.11% | 10.00% | 17.97% | 15.76% | 21.79% | 21.79% | 26.74% | 25.42% | 23.49% | 23.20% | | 27.20% | 30.75% | 33.93% | 36.83% | 34.11% | 34.11% | 31.29% | 31.29% | 31.79% | 18.36% | 18.36% | 18.36% |
| Fund II Investment % | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | | 0.00% | 0.00% | 0.00% | 0.00% | 9.00% | 9.00% | 16.51% | 16.51% | 18.09% | 18.90% | 18.90% | 18.90% |
| Seed Fund Damages | - | - | 1,461 | 812 | 1,123 | 2,539 | 3,251 | 3,038 | 3,817 | 3,196 | 19,238 | 3,882 | 4,390 | 3,996 | 3,968 | 3,675 | 8,442 | 6,501 | 6,970 | 6,128 | 3,447 | 3,631 | 2,084 |
| Fund II Damages | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 970 | 2,227 | 3,430 | 3,678 | 3,487 | 3,549 | 3,738 | 2,145 |

Frost VP Seed, LLC

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Reasonable Expense | - | - | 3,190 | 3,266 | 4,515 | 4,406 | 5,543 | 4,513 | 4,170 | 4,808 | 34,411 | 5,637 | 6,373 | 7,881 | 8,553 | 7,922 | 6,907 | 7,268 | 7,268 | 7,384 | 4,264 | 4,264 | 5,077 |
| Actual Expense | - | - | 4,652 | 4,078 | 5,638 | 6,946 | 8,794 | 7,551 | 7,987 | 8,003 | 53,649 | 9,519 | 10,763 | 11,877 | 12,522 | 11,597 | 15,349 | 13,769 | 14,238 | 13,513 | 7,711 | 7,895 | 7,161 |
| Difference (Damages) | - | - | 1,461 | 812 | 1,123 | 2,539 | 3,251 | 3,038 | 3,817 | 3,196 | 19,238 | 3,882 | 4,390 | 3,996 | 3,968 | 3,675 | 8,442 | 6,501 | 6,970 | 6,128 | 3,447 | 3,631 | 2,084 |

Frost VP Early Stage Fund II

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Reasonable Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 2,090 | 1,822 | 3,835 | 3,835 | 4,201 | 4,390 | 4,390 | 5,226 |
| Actual Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 3,059 | 4,049 | 7,265 | 7,512 | 7,688 | 7,939 | 8,128 | 7,372 |
| Difference (Damages) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 970 | 2,227 | 3,430 | 3,678 | 3,487 | 3,549 | 3,738 | 2,145 |

[1] - See Assumptions Page
[2] - See Assumptions Page
[3] - See Assumptions Page
[4] - See Assumptions Page
[5] - See Assumptions Page
[6] - See Assumptions Page
[7] - See Assumptions Page
[8] - No incubator fees charged for these months

Exhibit 83
Page 933
Exhibit 1327

Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.
Calculation of Alleged Damages - Cirro, Inc.

Case 8:19-cv-01559-SPG-JDE    Document 44-8    Filed 03/26/21    Page 227 of 285
Page ID #:1584

EXHIBIT E

*Calculation of Reasonable Incubator Expenses:*

| | 2013 | 01/2014 | 02/2014 | 03/2014 | 04/2014 | 05/2014 | 06/2014 | 07/2014 | 08/2014 | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | | 15 | 16 | 17 | 19 | 19 | 20 | 20 | 19 | 19 | 18 | 17 | 17 | | 16 | 16 | 16 | 15 | 14 | 16 | 15 |
| Is Company in 1st Three Months? | | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | N | N | N | N | N |
| Does the Company have financing? | | N | N | Y | Y | N | N | N | N | Y | Y | N | Y | | N | Y | Y | Y | Y | Y | Y |
| Is Company Pre-Revenue(3 mos. Before Sales) | | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | N | N | N | N | N |
| Does Company have Revenue? | | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y | Y |
| **Estimated Reasonable Expenses:** | | | | | | | | | | | | | | | | | | | | | |
| Finance & Accounting [1] | 51,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 60,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Human Resource [2] | 26,800 | 3,000 | 3,200 | 3,400 | 3,800 | 3,800 | 4,000 | 4,000 | 3,800 | 3,800 | 3,600 | 3,400 | 3,400 | 43,200 | 3,200 | 3,200 | 3,200 | 3,000 | 2,800 | 3,200 | 3,000 |
| Technology [3] | 33,500 | 3,750 | 4,000 | 4,250 | 4,750 | 4,750 | 5,000 | 5,000 | 4,750 | 4,750 | 4,500 | 4,250 | 4,250 | 54,000 | 4,000 | 4,000 | 4,000 | 3,750 | 3,500 | 4,000 | 3,750 |
| PR/Marketing [4] | 14,500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Rent [5] | 70,350 | 7,875 | 8,400 | 8,925 | 9,975 | 9,975 | 10,500 | 10,500 | 9,975 | 9,975 | 9,450 | 8,925 | 8,925 | 113,400 | 8,400 | 8,400 | 8,400 | 7,875 | 7,350 | 8,400 | 7,875 |
| Legal [6] | 12,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Other [7] | 67,000 | 7,500 | 8,000 | 8,500 | 9,500 | 9,500 | 10,000 | 10,000 | 9,500 | 9,500 | 9,000 | 8,500 | 8,500 | 108,000 | 8,000 | 8,000 | 8,000 | 7,500 | 7,000 | 8,000 | 7,500 |
| Total Estimated Reasonable Expense | 275,150 | 29,125 | 30,600 | 32,075 | 35,025 | 35,025 | 36,500 | 36,500 | 35,025 | 35,025 | 33,550 | 32,075 | 32,075 | 402,600 | 30,600 | 30,600 | 30,600 | 29,125 | 27,650 | 30,600 | 29,125 |
| **Actual Expenses Recorded:** | | | | | | | | | | | | | | | | | | | | | |
| Incubator Expense/Shared Service | 389,000 | 33,500 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 36,000 | 399,500 | 37,000 | 37,000 | 36,500 | 36,500 | 36,500 | 18,000 | 18,000 |
| Rent | 73,500 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Marketing | 1,500 | 500 | 1,500 | 1,500 | 1,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | - | 22,500 | - | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Analysts & Research | 9,000 | 1,000 | 1,000 | 1,000 | 1,000 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | - | 7,500 | - | - | - | - | - | - | - |
| Consulting | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | 1,000 | - | - | - | - | - | - | - | - | - | - | - | 1,000 | 1,000 | - | - | - | - | - | - | - |
| Total Actual Expense | 474,000 | 35,000 | 35,500 | 35,500 | 35,500 | 36,000 | 36,000 | 36,000 | 36,000 | 36,000 | 36,000 | 36,000 | 37,000 | 430,500 | 37,000 | 42,000 | 41,500 | 41,500 | 41,500 | 23,000 | 23,000 |
| Difference (Damages) | 198,850 | 5,875 | 4,900 | 3,425 | 475 | 975 | (500) | (500) | 975 | 975 | 2,450 | 3,925 | 4,925 | 27,900 | 6,400 | 11,400 | 10,900 | 12,375 | 13,850 | (7,600) | (6,125) |
| Frost VP Seed, LLC | | 1,954,360 | 1,954,360 | 1,954,360 | 1,954,360 | 1,954,360 | 1,954,360 | 1,954,360 | 1,954,360 | 1,954,360 | 1,954,360 | 1,954,360 | 1,954,360 | | 1,954,360 | 1,954,360 | 1,954,360 | 1,954,360 | 1,954,360 | 1,954,360 | 1,954,360 |
| Frost VP Early Stage Fund II | | 2,011,918 | 2,011,918 | 2,011,918 | 2,011,918 | 2,011,918 | 2,011,918 | 2,011,918 | 2,011,918 | 2,011,918 | 2,011,918 | 2,011,918 | 2,011,918 | | 2,011,918 | 2,011,918 | 2,011,918 | 2,011,918 | 2,011,918 | 2,311,918 | 2,661,918 |
| Total Debt & Equity | | 10,644,262 | 10,644,262 | 11,636,988 | 11,597,677 | 11,597,677 | 11,597,677 | 11,597,677 | 11,597,677 | 12,797,677 | 12,798,077 | 12,798,077 | 12,798,890 | | 12,798,890 | 13,102,563 | 13,060,896 | 13,019,230 | 12,977,563 | 13,235,896 | 13,544,973 |
| Seed Fund Investment % | | 18.36% | 18.36% | 16.79% | 16.85% | 16.85% | 16.85% | 16.85% | 16.85% | 15.27% | 15.27% | 15.27% | 15.27% | | 15.27% | 14.92% | 14.96% | 15.01% | 15.06% | 14.77% | 14.43% |
| Fund II Investment % | | 18.90% | 18.90% | 17.29% | 17.35% | 17.35% | 17.35% | 17.35% | 17.35% | 15.72% | 15.72% | 15.72% | 15.72% | | 15.72% | 15.36% | 15.40% | 15.45% | 15.50% | 17.47% | 19.65% |
| Seed Fund Damages | 57,115 | 1,079 | 900 | 575 | 80 | 164 | (84) | (84) | 164 | 149 | 374 | 599 | 752 | 4,668 | 977 | 1,700 | 1,631 | 1,858 | 2,086 | (1,122) | (884) |
| Fund II Damages | 23,223 | 1,110 | 926 | 592 | 82 | 169 | (87) | (87) | 169 | 153 | 385 | 617 | 774 | 4,806 | 1,006 | 1,750 | 1,679 | 1,912 | 2,147 | (1,327) | (1,204) |
| *Frost VP Seed, LLC* | | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 78,798 | 5,348 | 5,618 | 5,387 | 5,902 | 5,902 | 6,151 | 6,151 | 5,902 | 5,349 | 5,123 | 4,898 | 4,898 | 66,629 | 4,673 | 4,564 | 4,579 | 4,372 | 4,164 | 4,518 | 4,202 |
| Actual Expense | 135,914 | 6,426 | 6,518 | 5,962 | 5,982 | 6,066 | 6,066 | 6,066 | 6,066 | 5,498 | 5,497 | 5,497 | 5,650 | 71,297 | 5,650 | 6,265 | 6,210 | 6,230 | 6,250 | 3,396 | 3,319 |
| Difference (Damages) | 57,115 | 1,079 | 900 | 575 | 80 | 164 | (84) | (84) | 164 | 149 | 374 | 599 | 752 | 4,668 | 977 | 1,700 | 1,631 | 1,858 | 2,086 | (1,122) | (884) |
| *Frost VP Early Stage Fund II* | | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 29,788 | 5,505 | 5,784 | 5,545 | 6,076 | 6,076 | 6,332 | 6,332 | 6,076 | 5,506 | 5,274 | 5,042 | 5,042 | 68,591 | 4,810 | 4,699 | 4,714 | 4,501 | 4,287 | 5,345 | 5,724 |
| Actual Expense | 53,011 | 6,616 | 6,710 | 6,138 | 6,158 | 6,245 | 6,245 | 6,245 | 6,245 | 5,660 | 5,659 | 5,659 | 5,816 | 73,397 | 5,816 | 6,449 | 6,393 | 6,413 | 6,434 | 4,017 | 4,520 |
| Difference (Damages) | 23,223 | 1,110 | 926 | 592 | 82 | 169 | (87) | (87) | 169 | 153 | 385 | 617 | 774 | 4,806 | 1,006 | 1,750 | 1,679 | 1,912 | 2,147 | (1,327) | (1,204) |

[1] - See Assumptions Page
[2] - See Assumptions Page
[3] - See Assumptions Page
[4] - See Assumptions Page
[5] - See Assumptions Page
[6] - See Assumptions Page
[7] - See Assumptions Page
[8] - No incubator fees charged for these months

Exhibit 83
Page 934
Exhibit 1327

Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.
Calculation of Alleged Damages - Cirro, Inc.

*Calculation of Reasonable Incubator Expenses:*

| | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 | 03/2016 | 04/2016 | 05/2016 | 06/2016 | 07/2016 | 08/2016 | 9/2016 [8] | 10/2016 | 11/2016 | 12/2016 | 2016 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 7 | 7 | 7 | 7 | 7 | | 7 | 7 | 7 | 7 | 7 | 4 | 3 | 3 | 0 | 0 | 0 | 0 | | |
| Is Company in 1st Three Months? | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | |
| Does the Company have financing? | Y | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y | N | Y | Y | N | N | N | | |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | |
| Does Company have Revenue? | Y | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y | Y | Y | N | N | N | N | | |
| **Estimated Reasonable Expenses:** | | | | | | | | | | | | | | | | | | | | |
| Finance & Accounting [1] | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 52,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 2,000 | 2,000 | 2,000 | - | - | - | - | 23,500 | 210,500 |
| Human Resource [2] | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 28,600 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 800 | 600 | 600 | - | - | - | - | 9,000 | 124,600 |
| Technology [3] | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 35,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,000 | 750 | 750 | - | - | - | - | 11,250 | 155,750 |
| PR/Marketing [4] | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | - | - | - | - | 8,000 | 46,500 |
| Rent [5] | 3,675 | 3,675 | 3,675 | 3,675 | 3,675 | 75,075 | 3,675 | 3,675 | 3,675 | 3,675 | 3,675 | 2,100 | 1,575 | 1,575 | - | - | - | - | 23,625 | 327,075 |
| Legal [6] | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | - | - | - | - | 8,000 | 51,500 |
| Other [7] | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 71,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 2,000 | 1,500 | 1,500 | - | - | - | - | 22,500 | 311,500 |
| Total Estimated Reasonable Expense | 15,825 | 15,825 | 15,825 | 15,825 | 15,825 | 287,425 | 15,825 | 15,825 | 15,825 | 15,825 | 15,825 | 9,900 | 8,425 | 8,425 | - | - | - | - | 105,875 | 1,227,425 |
| **Actual Expenses Recorded:** | | | | | | | | | | | | | | | | | | | | |
| Incubator Expense/Shared Service | 18,000 | 18,000 | 19,000 | 19,000 | 19,000 | 312,500 | 19,000 | 19,000 | 19,000 | 19,000 | 19,000 | 19,000 | 19,000 | 19,000 | (168,566) | - | - | - | (16,566) | 1,325,034 |
| Rent | - | - | 5,000 | 5,000 | 5,000 | 15,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | - | - | - | - | 40,000 | 128,500 |
| Marketing | 5,000 | 5,000 | 7,000 | 7,000 | 7,000 | 61,000 | 5,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | - | - | - | - | - | 29,000 | 114,000 |
| Analysts & Research | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 16,500 |
| Consulting | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | 12,000 | 12,000 | 9,000 | 9,000 | 8,000 | 50,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | 52,000 |
| Total Actual Expense | 35,000 | 35,000 | 40,000 | 40,000 | 39,000 | 438,500 | 29,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 24,000 | (168,566) | - | - | - | 52,434 | 1,636,034 |
| Difference (Damages) | 19,175 | 19,175 | 24,175 | 24,175 | 23,175 | 151,075 | 13,175 | 12,175 | 12,175 | 12,175 | 12,175 | 18,100 | 19,575 | 15,575 | (168,566) | - | - | - | (53,441) | **408,609** |
| Frost VP Seed, LLC | 1,954,360 | 1,954,360 | 1,954,360 | 1,954,360 | 1,954,360 | | 1,954,360 | 1,954,360 | 1,954,360 | 1,954,360 | 1,954,360 | 1,954,360 | 1,954,360 | 1,954,360 | 1,954,360 | 1,954,360 | 1,954,360 | 1,954,360 | | |
| Frost VP Early Stage Fund II | 2,911,918 | 3,011,918 | 3,011,918 | 3,011,918 | 3,011,918 | | 3,031,918 | 3,031,918 | 3,031,918 | 3,031,918 | 3,031,918 | 3,031,918 | 3,031,918 | 3,031,918 | 3,031,918 | 3,031,918 | 3,031,918 | 3,031,918 | | |
| Total Debt & Equity | 13,753,832 | 13,902,165 | 14,060,498 | 14,178,832 | 14,241,632 | | 14,394,965 | 14,422,549 | 14,642,549 | 14,776,299 | 14,781,359 | 14,888,859 | 14,888,859 | 14,895,859 | 14,512,359 | 14,512,359 | 14,512,359 | 14,512,359 | | |
| Seed Fund Investment % | 14.21% | 14.06% | 13.90% | 13.78% | 13.72% | | 13.58% | 13.55% | 13.35% | 13.23% | 13.22% | 13.13% | 13.13% | 13.12% | 13.47% | 13.47% | 13.47% | 13.47% | | |
| Fund II Investment % | 21.17% | 21.67% | 21.42% | 21.24% | 21.15% | | 21.06% | 21.02% | 20.71% | 20.52% | 20.51% | 20.36% | 20.36% | 20.35% | 20.89% | 20.89% | 20.89% | 20.89% | | |
| Seed Fund Damages | 2,725 | 2,696 | 3,360 | 3,332 | 3,180 | 21,539 | 1,789 | 1,650 | 1,625 | 1,610 | 1,610 | 2,376 | 2,569 | 2,043 | (22,701) | - | - | - | (7,428) | **95,132** |
| Fund II Damages | 4,060 | 4,154 | 5,179 | 5,135 | 4,901 | 29,393 | 2,775 | 2,559 | 2,521 | 2,498 | 2,497 | 3,686 | 3,986 | 3,170 | (35,217) | - | - | - | (11,524) | **45,898** |
| Frost VP Seed, LLC | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 2,249 | 2,225 | 2,200 | 2,181 | 2,172 | 42,098 | 2,149 | 2,144 | 2,112 | 2,093 | 2,092 | 1,300 | 1,106 | 1,105 | - | - | - | - | 14,101 | **236,038** |
| Actual Expense | 4,973 | 4,920 | 5,560 | 5,513 | 5,352 | 63,637 | 3,937 | 3,794 | 3,737 | 3,703 | 3,702 | 3,675 | 3,675 | 3,149 | (22,701) | - | - | - | 6,673 | **331,170** |
| Difference (Damages) | 2,725 | 2,696 | 3,360 | 3,332 | 3,180 | 21,539 | 1,789 | 1,650 | 1,625 | 1,610 | 1,610 | 2,376 | 2,569 | 2,043 | (22,701) | - | - | - | (7,428) | **95,132** |
| Frost VP Early Stage Fund II | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 3,350 | 3,429 | 3,390 | 3,362 | 3,347 | 50,956 | 3,333 | 3,327 | 3,277 | 3,247 | 3,246 | 2,016 | 1,716 | 1,715 | - | - | - | - | 21,876 | **171,211** |
| Actual Expense | 7,410 | 7,583 | 8,568 | 8,497 | 8,248 | 80,349 | 6,108 | 5,886 | 5,798 | 5,745 | 5,743 | 5,702 | 5,702 | 4,885 | (35,217) | - | - | - | 10,352 | **217,108** |
| Difference (Damages) | 4,060 | 4,154 | 5,179 | 5,135 | 4,901 | 29,393 | 2,775 | 2,559 | 2,521 | 2,498 | 2,497 | 3,686 | 3,986 | 3,170 | (35,217) | - | - | - | (11,524) | **45,898** |

[1] - See Assumptions Page
[2] - See Assumptions Page
[3] - See Assumptions Page
[4] - See Assumptions Page
[5] - See Assumptions Page
[6] - See Assumptions Page
[7] - See Assumptions Page
[8] - No incubator fees charged for these months

Exhibit 83
Page 935

Exhibit 1327

**Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.**
**Calculation of Alleged Damages - Exara, Inc.**

**EXHIBIT E**

**Purpose:** To calculate alleged damages based on incubators fees charged to Exara, Inc.
**Source:** Quarterly Investor Reports, Annual Financial Statements, Deposition Testimony & Interviews with other experts

**Findings:**
Exara, Inc. began in September 2013.  The Seed Fund and Fund II both initially invested in September 2013 and Incubator Fees began September 2013.

_Calculation of Reasonable Incubator Expenses:_          Average Revenue Per Month:     $ 4,842

| | 09/2013 | 10/2013 | 11/2013 | 12/2013 | 2013 | 01/2014 | 02/2014 | 03/2014 | 04/2014 | 05/2014 | 06/2014 | 07/2014 | 08/2014 | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 0 | 2 | 2 | 2 | | 2 | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | | 4 | 4 | 5 | 5 | 5 | 5 |
| Is Company in 1st Three Months? | Y | Y | Y | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | N | N | N | N |
| Does the Company have financing? | Y | N | N | Y | | Y | N | N | N | Y | Y | Y | Y | Y | Y | Y | Y | | N | Y | Y | Y | N | Y |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | N | N | N | N |
| Does Company have Revenue? | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | N | N | N | N |
| **Estimated Reasonable Expenses:** | | | | | | | | | | | | | | | | | | | | | | | | |
| Finance & Accounting [1] | 500 | 1,000 | 1,000 | 1,000 | 3,500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Human Resource [2] | - | 400 | 400 | 400 | 1,200 | 400 | 400 | 400 | 400 | 400 | 600 | 600 | 600 | 600 | 800 | 800 | 800 | 6,800 | 800 | 800 | 1,000 | 1,000 | 1,000 | 1,000 |
| Technology [3] | - | 500 | 500 | 500 | 1,500 | 500 | 500 | 500 | 500 | 500 | 750 | 750 | 750 | 750 | 1,000 | 1,000 | 1,000 | 8,500 | 1,000 | 1,000 | 1,250 | 1,250 | 1,250 | 1,250 |
| PR/Marketing [4] | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rent [5] | - | 1,050 | 1,050 | 1,050 | 3,150 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,575 | 1,575 | 1,575 | 1,575 | 2,100 | 2,100 | 2,100 | 17,850 | 2,100 | 2,100 | 2,625 | 2,625 | 2,625 | 2,625 |
| Legal [6] | 1,000 | 1,000 | 1,000 | 1,000 | 4,000 | 1,000 | 500 | 500 | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 10,500 | 500 | 1,000 | 1,000 | 1,000 | 500 | 1,000 |
| Other [7] | - | 1,000 | 1,000 | 1,000 | 3,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,500 | 1,500 | 1,500 | 1,500 | 2,000 | 2,000 | 2,000 | 17,000 | 2,000 | 2,000 | 2,500 | 2,500 | 2,500 | 2,500 |
| Total Estimated Reasonable Expense | 1,500 | 4,950 | 4,950 | 4,950 | 16,350 | 4,950 | 4,450 | 4,450 | 4,450 | 4,950 | 6,425 | 6,425 | 6,425 | 6,425 | 7,900 | 7,900 | 7,900 | 72,650 | 7,400 | 7,900 | 9,375 | 9,375 | 8,875 | 9,375 |
| **Actual Expenses Recorded:** | | | | | | | | | | | | | | | | | | | | | | | | |
| Incubator Expense/Shared Service | 28,500 | 29,000 | 29,000 | 29,000 | 115,500 | 30,000 | 30,000 | 30,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,500 | 28,500 | 343,000 | 29,000 | 29,000 | 29,000 | 30,000 | 30,500 | 30,500 |
| Rent | 3,000 | 3,000 | 3,000 | 3,000 | 12,000 | 3,000 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,000 | 2,000 | 29,500 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,500 |
| Marketing | - | 500 | 500 | 500 | 1,500 | 500 | 3,000 | 3,000 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 4,500 | 4,500 | 5,100 | 51,200 | 5,100 | 5,100 | 5,100 | 5,546 | 5,100 | 5,100 |
| Analysts & Research | 1,500 | 1,500 | 1,500 | 1,500 | 6,000 | 1,500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 7,000 | 500 | 500 | 500 | 500 | 500 | 500 |
| Consulting | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | 1,000 | - | 1,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Adjustment for Amount not Paid | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Actual Expense | 33,000 | 34,000 | 35,000 | 34,000 | 136,000 | 35,000 | 36,000 | 36,000 | 36,100 | 36,100 | 36,100 | 36,100 | 36,100 | 36,100 | 35,500 | 35,500 | 36,100 | 430,700 | 36,600 | 36,600 | 36,600 | 38,046 | 38,100 | 38,600 |
| Difference (Damages) | 31,500 | 29,050 | 30,050 | 29,050 | 119,650 | 30,050 | 31,550 | 31,550 | 31,650 | 31,150 | 29,675 | 29,675 | 29,675 | 29,675 | 27,600 | 27,600 | 28,200 | 358,050 | 29,200 | 28,700 | 27,225 | 28,671 | 29,225 | 29,225 |
| Frost VP Seed, LLC | 117,500 | 117,500 | 117,500 | 232,813 | | 232,813 | 232,813 | 232,813 | 232,813 | 232,813 | 232,813 | 232,813 | 232,813 | 232,813 | 232,813 | 232,813 | 232,813 | | 232,813 | 232,813 | 232,813 | 232,813 | 232,813 | 232,813 |
| Frost VP Early Stage Fund II | 125,000 | 125,000 | 125,000 | 250,000 | | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 450,000 | 450,000 | 700,000 | 700,000 | 700,000 | 950,000 | 950,000 | | 950,000 | 1,150,000 | 1,150,000 | 1,400,001 | 1,400,001 | 1,400,001 |
| Total Debt & Equity | 250,000 | 250,000 | 250,000 | 500,400 | | 600,480 | 600,480 | 600,480 | 600,480 | 630,480 | 855,480 | 830,480 | 1,085,480 | 1,080,480 | 1,090,480 | 1,440,481 | 1,455,481 | | 1,455,481 | 1,655,481 | 1,656,981 | 1,911,981 | 1,911,981 | 2,205,482 |
| Seed Fund Investment % | 47.00% | 47.00% | 47.00% | 46.53% | | 38.77% | 38.77% | 38.77% | 38.77% | 36.93% | 27.21% | 28.03% | 21.45% | 21.55% | 21.35% | 16.16% | 16.00% | | 16.00% | 14.06% | 14.05% | 12.18% | 12.18% | 10.56% |
| Fund II Investment % | 50.00% | 50.00% | 50.00% | 49.96% | | 41.63% | 41.63% | 41.63% | 41.63% | 39.65% | 52.60% | 54.19% | 64.49% | 64.79% | 64.19% | 65.95% | 65.27% | | 65.27% | 69.47% | 69.40% | 73.22% | 73.22% | 63.48% |
| Seed Fund Damages | 14,805 | 13,654 | 14,124 | 13,516 | 56,098 | 11,651 | 12,232 | 12,232 | 12,271 | 11,503 | 8,076 | 8,319 | 6,365 | 6,394 | 5,892 | 4,461 | 4,511 | 103,906 | 4,671 | 4,036 | 3,825 | 3,491 | 3,559 | 3,085 |
| Fund II Damages | 15,750 | 14,525 | 15,025 | 14,513 | 59,813 | 12,511 | 13,135 | 13,135 | 13,177 | 12,352 | 15,610 | 16,080 | 19,137 | 19,225 | 17,717 | 18,202 | 18,406 | 188,687 | 19,059 | 19,937 | 18,895 | 20,994 | 21,399 | 18,552 |
| Frost VP Seed, LLC | | | | | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 705 | 2,327 | 2,327 | 2,303 | 7,661 | 1,919 | 1,725 | 1,725 | 1,725 | 1,828 | 1,749 | 1,801 | 1,378 | 1,384 | 1,687 | 1,277 | 1,264 | 19,462 | 1,184 | 1,111 | 1,317 | 1,142 | 1,081 | 990 |
| Actual Expense | 15,510 | 15,980 | 16,450 | 15,819 | 63,759 | 13,570 | 13,958 | 13,958 | 13,996 | 13,330 | 9,824 | 10,120 | 7,743 | 7,779 | 7,579 | 5,738 | 5,774 | 123,368 | 5,854 | 5,147 | 5,142 | 4,633 | 4,639 | 4,075 |
| Difference (Damages) | 14,805 | 13,654 | 14,124 | 13,516 | 56,098 | 11,651 | 12,232 | 12,232 | 12,271 | 11,503 | 8,076 | 8,319 | 6,365 | 6,394 | 5,892 | 4,461 | 4,511 | 103,906 | 4,671 | 4,036 | 3,825 | 3,491 | 3,559 | 3,085 |
| Frost VP Early Stage Fund II | | | | | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 750 | 2,475 | 2,475 | 2,473 | 8,173 | 2,061 | 1,853 | 1,853 | 1,853 | 1,963 | 3,380 | 3,481 | 4,143 | 4,163 | 5,071 | 5,210 | 5,156 | 40,186 | 4,830 | 5,488 | 6,507 | 6,865 | 6,498 | 5,951 |
| Actual Expense | 16,500 | 17,000 | 17,500 | 16,986 | 67,986 | 14,572 | 14,988 | 14,988 | 15,030 | 14,314 | 18,989 | 19,561 | 23,280 | 23,388 | 22,788 | 23,412 | 23,563 | 228,873 | 23,889 | 25,425 | 25,402 | 27,858 | 27,898 | 24,503 |
| Difference (Damages) | 15,750 | 14,525 | 15,025 | 14,513 | 59,813 | 12,511 | 13,135 | 13,135 | 13,177 | 12,352 | 15,610 | 16,080 | 19,137 | 19,225 | 17,717 | 18,202 | 18,406 | 188,687 | 19,059 | 19,937 | 18,895 | 20,994 | 21,399 | 18,552 |

[1] - See Assumptions Page
[2] - See Assumptions Page
[3] - See Assumptions Page
[4] - See Assumptions Page
[5] - See Assumptions Page
[6] - See Assumptions Page
[7] - See Assumptions Page

Exhibit 83
Page 936

Exhibit 1327

Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.
Calculation of Alleged Damages - Exara, Inc.

**EXHIBIT E**

*Calculation of Reasonable Incubator Expenses:*

| | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 | 03/2016 | 04/2016 | 05/2016 | 06/2016 | 07/2016 | 08/2016 | 09/2016 | 10/2016 | 11/2016 | 12/2016 | 2016 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 5 | 5 | 5 | 5 | 5 | 5 | | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 4 | | |
| Is Company in 1st Three Months? | N | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | |
| Does the Company have financing? | N | Y | Y | N | N | Y | | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | | |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | N | N | N | | N | N | Y | Y | Y | N | N | N | N | N | N | N | | |
| Does Company have Revenue? | N | N | N | N | N | N | | N | N | N | N | N | Y | Y | Y | Y | Y | Y | Y | | |

**Estimated Reasonable Expenses:**

| | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 | 03/2016 | 04/2016 | 05/2016 | 06/2016 | 07/2016 | 08/2016 | 09/2016 | 10/2016 | 11/2016 | 12/2016 | 2016 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Finance & Accounting [1] | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 19,000 | 46,500 |
| Human Resource [2] | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 11,600 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 800 | 11,800 | 31,400 |
| Technology [3] | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 14,500 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,000 | 14,750 | 39,250 |
| PR/Marketing [4] | - | - | - | - | - | - | - | - | - | 2,500 | 2,500 | 2,500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 14,500 | 14,500 |
| Rent [5] | 2,625 | 2,625 | 2,625 | 2,625 | 2,625 | 2,625 | 30,450 | 2,625 | 2,625 | 2,625 | 2,625 | 2,625 | 2,625 | 2,625 | 2,625 | 2,625 | 2,625 | 2,625 | 2,100 | 30,975 | 82,425 |
| Legal [6] | 500 | 1,000 | 1,000 | 500 | 500 | 1,000 | 9,500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 | 36,000 |
| Other [7] | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 29,000 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,000 | 29,500 | 78,500 |
| Total Estimated Reasonable Expense | 8,875 | 9,375 | 9,375 | 8,875 | 8,875 | 9,375 | 107,050 | 9,375 | 9,375 | 11,875 | 11,875 | 11,875 | 11,375 | 11,375 | 11,375 | 11,375 | 11,375 | 11,375 | 9,900 | 132,525 | 328,575 |

**Actual Expenses Recorded:**

| | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 | 03/2016 | 04/2016 | 05/2016 | 06/2016 | 07/2016 | 08/2016 | 09/2016 | 10/2016 | 11/2016 | 12/2016 | 2016 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Incubator Expense/Shared Service | 30,500 | 30,500 | 30,500 | 30,000 | 30,000 | 30,000 | 359,500 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 26,000 | 26,000 | 26,000 | 348,000 | 1,166,000 |
| Rent | 2,500 | 2,500 | 2,500 | 3,000 | 3,000 | 3,500 | 29,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 42,000 | 113,000 |
| Marketing | 5,100 | 5,100 | 8,490 | 5,100 | 5,100 | 5,100 | 65,036 | 5,100 | 5,100 | 5,100 | - | 10,200 | 5,100 | 5,100 | - | - | - | - | - | 35,700 | 153,436 |
| Analysts & Research | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 | 25,000 |
| Consulting | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 1,000 |
| Adjustment for Amount not Paid | - | - | - | - | - | - | - | - | - | (3,000) | (34,000) | (34,000) | (34,000) | (34,000) | (34,000) | (34,000) | (30,000) | (30,000) | (30,000) | (297,000) | (297,000) |
| Total Actual Expense | 38,600 | 38,600 | 41,990 | 38,600 | 38,600 | 39,100 | 460,036 | 39,100 | 39,100 | 36,100 | - | 10,200 | 5,100 | 5,100 | - | - | - | - | - | 134,700 | 1,161,436 |
| Difference (Damages) | 29,725 | 29,225 | 32,615 | 29,725 | 29,725 | 29,725 | 352,986 | 29,725 | 29,725 | 24,225 | (11,875) | (1,675) | (6,275) | (6,275) | (11,375) | (11,375) | (11,375) | (11,375) | (9,900) | 2,175 | 832,861 |

| | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 | 03/2016 | 04/2016 | 05/2016 | 06/2016 | 07/2016 | 08/2016 | 09/2016 | 10/2016 | 11/2016 | 12/2016 | 2016 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Frost VP Seed, LLC | 232,813 | 232,813 | 232,813 | 232,813 | 232,813 | 232,813 | | 232,813 | 232,813 | 232,813 | 232,813 | 232,813 | 232,813 | 232,813 | 232,813 | 232,813 | 232,813 | 232,813 | 232,813 | | |
| Frost VP Early Stage Fund II | 1,400,001 | 1,400,001 | 1,400,001 | 1,400,001 | 1,400,001 | 1,400,001 | | 1,400,001 | 1,400,001 | 1,400,001 | 1,400,001 | 1,400,001 | 1,400,001 | 1,400,001 | 1,400,001 | 1,400,001 | 1,400,001 | 1,400,001 | 1,400,001 | | |
| Total Debt & Equity | 2,205,482 | 2,306,982 | 2,755,430 | 2,755,430 | 2,755,430 | 2,906,431 | | 3,031,432 | 3,052,432 | 3,219,433 | 3,314,633 | 3,419,633 | 3,560,634 | 3,643,634 | 3,688,634 | 3,723,634 | 3,768,634 | 3,806,634 | 3,831,634 | | |
| Seed Fund Investment % | 10.56% | 10.09% | 8.45% | 8.45% | 8.45% | 8.01% | | 7.68% | 7.63% | 7.23% | 7.02% | 6.81% | 6.54% | 6.39% | 6.31% | 6.25% | 6.18% | 6.12% | 6.08% | | |
| Fund II Investment % | 63.48% | 60.69% | 50.81% | 50.81% | 50.81% | 48.17% | | 46.18% | 45.87% | 43.49% | 42.24% | 40.94% | 39.32% | 38.42% | 37.95% | 37.60% | 37.15% | 36.78% | 36.54% | | |
| Seed Fund Damages | 3,138 | 2,949 | 2,756 | 2,512 | 2,512 | 2,381 | 38,914 | 2,283 | 2,267 | 1,752 | (834) | (114) | (410) | (401) | (718) | (711) | (703) | (696) | (602) | 1,113 | 200,031 |
| Fund II Damages | 18,869 | 17,735 | 16,571 | 15,103 | 15,103 | 14,318 | 216,535 | 13,728 | 13,633 | 10,534 | (5,016) | (686) | (2,467) | (2,411) | (4,317) | (4,277) | (4,226) | (4,183) | (3,617) | 6,696 | 471,731 |

Frost VP Seed, LLC

| | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 | 03/2016 | 04/2016 | 05/2016 | 06/2016 | 07/2016 | 08/2016 | 09/2016 | 10/2016 | 11/2016 | 12/2016 | 2016 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Reasonable Expense | 937 | 946 | 792 | 750 | 750 | 751 | 11,749 | 720 | 715 | 859 | 834 | 808 | 744 | 727 | 718 | 711 | 703 | 696 | 602 | 8,836 | 47,709 |
| Actual Expense | 4,075 | 3,895 | 3,548 | 3,261 | 3,261 | 3,132 | 50,663 | 3,003 | 2,982 | 2,611 | - | 694 | 333 | 326 | - | - | - | - | - | 9,949 | 247,740 |
| Difference (Damages) | 3,138 | 2,949 | 2,756 | 2,512 | 2,512 | 2,381 | 38,914 | 2,283 | 2,267 | 1,752 | (834) | (114) | (410) | (401) | (718) | (711) | (703) | (696) | (602) | 1,113 | 200,031 |

Frost VP Early Stage Fund II

| | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 | 03/2016 | 04/2016 | 05/2016 | 06/2016 | 07/2016 | 08/2016 | 09/2016 | 10/2016 | 11/2016 | 12/2016 | 2016 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Reasonable Expense | 5,634 | 5,689 | 4,763 | 4,509 | 4,509 | 4,516 | 65,759 | 4,330 | 4,300 | 5,164 | 5,016 | 4,862 | 4,473 | 4,371 | 4,317 | 4,277 | 4,226 | 4,183 | 3,617 | 53,134 | 167,253 |
| Actual Expense | 24,503 | 23,425 | 21,334 | 19,612 | 19,612 | 18,834 | 282,294 | 18,057 | 17,933 | 15,698 | - | 4,176 | 2,005 | 1,960 | - | - | - | - | - | 59,830 | 638,983 |
| Difference (Damages) | 18,869 | 17,735 | 16,571 | 15,103 | 15,103 | 14,318 | 216,535 | 13,728 | 13,633 | 10,534 | (5,016) | (686) | (2,467) | (2,411) | (4,317) | (4,277) | (4,226) | (4,183) | (3,617) | 6,696 | 471,731 |

[1] - See Assumptions Page
[2] - See Assumptions Page
[3] - See Assumptions Page
[4] - See Assumptions Page
[5] - See Assumptions Page
[6] - See Assumptions Page
[7] - See Assumptions Page

Exhibit 83
Page 937
Exhibit 1327

Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.
Calculation of Alleged Damages - Frost Edge, Inc./NextLog Analytics, Inc.

Case 8:19-cv-01559-SPG-JDE   Document 44-8   Filed 03/26/21   Page 231 of 285
Page ID #:1588

EXHIBIT E

**Purpose:** To calculate alleged damages based on incubators fees charged to Frost Edge, Inc./NextLog Analytics, Inc.
**Source:** Quarterly Investor Reports, Annual Financial Statements, Deposition Testimony & Interviews with other experts

**Findings:**
Start: Frost Edge was purportedly started in September 2013.  The Seed Fund and Fund II both initially invested in September 2013 and Incubator Fees began September 2013.

**Calculation of Reasonable Incubator Expenses:**  Average Revenue Per Month:  $   -

| | 09/2013 | 10/2013 | 11/2013 | 12/2013 | 2013 | 01/2014 | 02/2014 | 03/2014 | 04/2014 | 05/2014 | 06/2014 | 07/2014 | 08/2014 | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 2015 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 0 | 1 | 1 | 0 | | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | | 0 | 0 | 0 | 0 | | |
| Is Company in 1st Three Months? | Y | Y | Y | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | N | N | | |
| Does the Company have financing? | Y | N | N | Y | | N | Y | N | Y | Y | Y | N | N | Y | Y | N | N | | N | Y | N | N | | |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | N | N | | |
| Does Company have Revenue? | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | N | N | | |
| **Estimated Reasonable Expenses:** | | | | | | | | | | | | | | | | | | | | | | | | |
| Finance & Accounting [1] | 500 | 1,000 | 1,000 | 500 | 3,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 | 500 | 500 | 500 | 500 | 2,000 | 17,000 |
| Human Resource [2] | - | 200 | 200 | - | 400 | 200 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 200 | 200 | 200 | 4,000 | - | - | - | - | - | 4,400 |
| Technology [3] | - | 250 | 250 | - | 500 | 250 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 250 | 250 | 250 | 5,000 | - | - | - | - | - | 5,500 |
| PR/Marketing [4] | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rent [5] | - | 525 | 525 | - | 1,050 | 525 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 525 | 525 | 525 | 10,500 | - | - | - | - | - | 11,550 |
| Legal [6] | 1,000 | 1,000 | 1,000 | 1,000 | 4,000 | 500 | 1,000 | 500 | 1,000 | 1,000 | 1,000 | 500 | 500 | 1,000 | 1,000 | 500 | 500 | 9,000 | 500 | 1,000 | 500 | 500 | 2,500 | 15,500 |
| Other [7] | - | 500 | 500 | - | 1,000 | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 500 | 500 | 500 | 10,000 | - | - | - | - | - | 11,000 |
| Total Estimated Reasonable Expense | 1,500 | 3,475 | 3,475 | 1,500 | 9,950 | 2,975 | 4,950 | 4,450 | 4,950 | 4,950 | 4,950 | 4,450 | 4,450 | 4,950 | 3,475 | 2,975 | 2,975 | 50,500 | 1,000 | 1,500 | 1,000 | 1,000 | 4,500 | 64,950 |
| **Actual Expenses Recorded:** | | | | | | | | | | | | | | | | | | | | | | | | |
| Incubator Expense/Shared Service | 28,500 | 29,000 | 29,000 | 29,000 | 115,500 | 30,000 | 29,750 | 29,750 | 28,250 | 28,500 | 28,500 | 28,500 | 28,500 | 28,500 | 27,500 | 31,500 | 19,500 | 338,750 | 15,000 | 15,000 | 15,000 | 15,000 | 60,000 | 514,250 |
| Rent | 3,000 | 3,000 | 3,000 | 3,000 | 12,000 | 3,000 | 2,500 | 2,500 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 1,000 | 1,000 | - | 22,000 | - | - | - | - | - | 34,000 |
| Marketing | - | 500 | 500 | 500 | 1,500 | 500 | 3,000 | 3,000 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 4,000 | - | - | 41,100 | - | - | - | - | - | 42,600 |
| Analysts & Research | 1,500 | 1,500 | 1,500 | 1,500 | 6,000 | 1,500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 7,000 | - | - | - | - | - | 13,000 |
| Consulting | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | 1,000 | - | 1,000 | - | - | - | - | - | - | 1,667 | 1,667 | - | - | - | - | 3,333 | - | - | - | - | - | 4,333 |
| Total Actual Expense | 33,000 | 34,000 | 35,000 | 34,000 | 136,000 | 35,000 | 35,750 | 35,750 | 35,850 | 36,100 | 36,100 | 37,767 | 37,767 | 36,100 | 33,000 | 33,000 | 20,000 | 412,183 | 15,000 | 15,000 | 15,000 | 15,000 | 60,000 | 608,183 |
| Difference (Damages) | 31,500 | 30,525 | 31,525 | 32,500 | 126,050 | 32,025 | 30,800 | 31,300 | 30,900 | 31,150 | 31,150 | 33,317 | 33,317 | 31,150 | 29,525 | 30,025 | 17,025 | 361,683 | 14,000 | 13,500 | 14,000 | 14,000 | 55,500 | **543,233** |
| Frost VP Seed, LLC | 117,500 | 117,500 | 117,500 | 117,500 | | 117,500 | 232,813 | 232,813 | 232,813 | 232,813 | 232,813 | 232,813 | 232,813 | 232,813 | 232,813 | 232,813 | 232,813 | | 232,813 | 232,813 | 232,813 | 232,813 | | |
| Frost VP Early Stage Fund II | 125,000 | 125,000 | 125,000 | 125,000 | | 125,000 | 250,000 | 250,000 | 375,000 | 500,000 | 750,000 | 750,000 | 750,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | | 1,000,000 | 1,050,001 | 1,050,001 | 1,050,001 | | |
| Total Debt & Equity | 250,000 | 250,000 | 250,000 | 250,400 | | 250,400 | 500,400 | 500,400 | 625,400 | 750,400 | 1,000,400 | 1,000,400 | 1,000,400 | 1,250,400 | 1,250,375 | 1,250,375 | 1,250,375 | | 1,250,375 | 1,300,326 | 1,300,326 | 1,300,326 | | |
| Seed Fund Investment % | 47.00% | 47.00% | 47.00% | 46.92% | | 46.92% | 46.53% | 46.53% | 37.23% | 31.03% | 23.27% | 23.27% | 23.27% | 18.62% | 18.62% | 18.62% | 18.62% | | 18.62% | 17.90% | 17.90% | 17.90% | | |
| Fund II Investment % | 50.00% | 50.00% | 50.00% | 49.92% | | 49.92% | 49.96% | 49.96% | 59.96% | 66.63% | 74.97% | 74.97% | 74.97% | 79.97% | 79.98% | 79.98% | 79.98% | | 79.98% | 80.75% | 80.75% | 80.75% | | |
| Seed Fund Damages | 14,805 | 14,347 | 14,817 | 15,251 | 59,219 | 15,028 | 14,330 | 14,562 | 11,503 | 9,664 | 7,249 | 7,753 | 7,753 | 5,800 | 5,497 | 5,590 | 3,170 | 107,901 | 2,607 | 2,417 | 2,507 | 2,507 | 10,037 | **177,157** |
| Fund II Damages | 15,750 | 15,263 | 15,763 | 16,224 | 62,999 | 15,987 | 15,388 | 15,637 | 18,528 | 20,756 | 23,353 | 24,978 | 24,978 | 24,912 | 23,613 | 24,013 | 13,616 | 245,758 | 11,197 | 10,901 | 11,305 | 11,305 | 44,707 | **353,464** |
| **Frost VP Seed, LLC** | | | | | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 705 | 1,633 | 1,633 | 704 | 4,675 | 1,396 | 2,303 | 2,070 | 1,843 | 1,536 | 1,152 | 1,036 | 1,036 | 922 | 647 | 554 | 554 | 15,048 | 186 | 269 | 179 | 179 | 813 | **20,536** |
| Actual Expense | 15,510 | 15,980 | 16,450 | 15,954 | 63,894 | 16,424 | 16,633 | 16,633 | 13,346 | 11,200 | 8,401 | 8,789 | 8,789 | 6,721 | 6,144 | 6,144 | 3,724 | 122,948 | 2,793 | 2,686 | 2,686 | 2,686 | 10,850 | **197,693** |
| Difference (Damages) | 14,805 | 14,347 | 14,817 | 15,251 | 59,219 | 15,028 | 14,330 | 14,562 | 11,503 | 9,664 | 7,249 | 7,753 | 7,753 | 5,800 | 5,497 | 5,590 | 3,170 | 107,901 | 2,607 | 2,417 | 2,507 | 2,507 | 10,037 | **177,157** |
| **Frost VP Early Stage Fund II** | | | | | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 750 | 1,738 | 1,738 | 749 | 4,974 | 1,485 | 2,473 | 2,223 | 2,968 | 3,298 | 3,711 | 3,336 | 3,336 | 3,959 | 2,779 | 2,379 | 2,379 | 34,328 | 800 | 1,211 | 807 | 807 | 3,626 | **42,927** |
| Actual Expense | 16,500 | 17,000 | 17,500 | 16,973 | 67,973 | 17,472 | 17,861 | 17,861 | 21,496 | 24,054 | 27,064 | 28,314 | 28,314 | 28,871 | 26,392 | 26,392 | 15,995 | 280,085 | 11,996 | 12,112 | 12,112 | 12,112 | 48,333 | **396,392** |
| Difference (Damages) | 15,750 | 15,263 | 15,763 | 16,224 | 62,999 | 15,987 | 15,388 | 15,637 | 18,528 | 20,756 | 23,353 | 24,978 | 24,978 | 24,912 | 23,613 | 24,013 | 13,616 | 245,758 | 11,197 | 10,901 | 11,305 | 11,305 | 44,707 | **353,464** |

[1] - See Assumptions Page
[2] - See Assumptions Page
[3] - See Assumptions Page
[4] - See Assumptions Page
[5] - See Assumptions Page
[6] - See Assumptions Page
[7] - See Assumptions Page

Exhibit 83
Page 938

Exhibit 1327

Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.
Calculation of Alleged Damages - Frost NewCo 22, Inc.

Case 8:19-cv-01559-SPG-JDE    Document 44-8    Filed 03/26/21    Page 232 of 285
Page ID #:1589

EXHIBIT E

**Purpose:** To calculate alleged damages based on incubators fees charged to Frost NewCo 22, Inc.
**Source:** Quarterly Investor Reports, Annual Financial Statements, Deposition Testimony & Interviews with other experts

**Findings:**
Start: Frost Newco 22 was purportedly started in November 2014. Incubator fees began November 2014
Company only operated for approx. 6 months, cumulative spending totaled approx. $375,000, the same amount the Seed Fund invested.

**_Calculation of Reasonable Incubator Expenses:_**    Average Revenue Per Month:    $    -

| | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 | 2016 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 1 | 1 | | 0 | 2 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | | |
| Is Company in 1st Three Months? | Y | Y | | Y | N | N | N | N | N | N | N | N | N | N | N | | N | N | | |
| Does the Company have financing? | Y | Y | | N | N | Y | Y | N | N | N | N | N | N | N | N | | N | N | | |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | | |
| Does Company have Revenue? | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | | |
| **Estimated Reasonable Expenses:** | | | | | | | | | | | | | | | | | | | | |
| Finance & Accounting [1] | 1,000 | 1,000 | 2,000 | 500 | 1,000 | 1,000 | 1,000 | - | - | - | - | - | - | - | - | 3,500 | - | - | - | 5,500 |
| Human Resource [2] | 200 | 200 | 400 | - | 400 | 400 | 400 | - | - | - | - | - | - | - | - | 1,200 | - | - | - | 1,600 |
| Technology [3] | 250 | 250 | 500 | - | 500 | 500 | 500 | - | - | - | - | - | - | - | - | 1,500 | - | - | - | 2,000 |
| PR/Marketing [4] | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rent [5] | 525 | 525 | 1,050 | - | 1,050 | 1,050 | 1,050 | - | - | - | - | - | - | - | - | 3,150 | - | - | - | 4,200 |
| Legal [6] | 1,000 | 1,000 | 2,000 | 1,000 | 500 | 1,000 | 1,000 | - | - | - | - | - | - | - | - | 3,500 | - | - | - | 5,500 |
| Other [7] | 500 | 500 | 1,000 | - | 1,000 | 1,000 | 1,000 | - | - | - | - | - | - | - | - | 3,000 | - | - | - | 4,000 |
| Total Estimated Reasonable Expense | 3,475 | 3,475 | 6,950 | 1,500 | 4,450 | 4,950 | 4,950 | - | - | - | - | - | - | - | - | 15,850 | - | - | - | 22,800 |
| **Actual Expenses Recorded:** | | | | | | | | | | | | | | | | | | | | |
| Incubator Expense/Shared Service | 15,250 | 33,500 | 48,750 | 33,500 | 33,500 | 33,500 | 33,500 | - | - | - | - | - | - | - | - | 134,000 | - | 2,000 | 2,000 | 184,750 |
| Rent | 1,000 | 2,000 | 3,000 | 2,000 | 2,000 | 2,000 | 2,000 | - | - | - | - | - | - | - | - | 8,000 | - | - | - | 11,000 |
| Marketing | 3,750 | 5,100 | 8,850 | 5,100 | 5,100 | 5,100 | 5,100 | - | - | - | - | - | - | - | - | 20,400 | - | - | - | 29,250 |
| Analysts & Research | 250 | 500 | 750 | 500 | 500 | 500 | 500 | - | - | - | - | - | - | - | - | 2,000 | - | - | - | 2,750 |
| Consulting | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Actual Expense | 20,250 | 41,100 | 61,350 | 41,100 | 41,100 | 41,100 | 41,100 | - | - | - | - | - | - | - | - | 164,400 | - | 2,000 | 2,000 | 227,750 |
| Difference (Damages) | 16,775 | 37,625 | 54,400 | 39,600 | 36,650 | 36,150 | 36,150 | - | - | - | - | - | - | - | - | 148,550 | - | 2,000 | 2,000 | **204,950** |
| Frost VP Seed, LLC | - | - | | - | - | - | - | - | - | - | - | - | - | - | - | | - | - | | |
| Frost VP Early Stage Fund II | 250,000 | 250,000 | | 250,000 | 250,000 | 375,000 | 375,000 | 375,000 | 375,000 | 375,000 | 375,000 | 375,000 | 375,000 | 375,000 | 375,000 | | 375,000 | 375,000 | | |
| Total Debt & Equity | 250,000 | 250,400 | | 250,400 | 250,400 | 500,400 | 375,400 | 375,400 | 375,400 | 375,400 | 375,400 | 375,400 | 375,400 | 375,400 | 375,400 | | 375,400 | 375,400 | | |
| Seed Fund Investment % | 0.00% | 0.00% | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | | 0.00% | 0.00% | | |
| Fund II Investment % | 100.00% | 99.84% | | 99.84% | 99.84% | 74.94% | 99.89% | 99.89% | 99.89% | 99.89% | 99.89% | 99.89% | 99.89% | 99.89% | 99.89% | | 99.89% | 99.89% | | |
| Seed Fund Damages | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | **-** |
| Fund II Damages | 16,775 | 37,565 | 54,340 | 39,537 | 36,591 | 27,091 | 36,111 | - | - | - | - | - | - | - | - | 139,331 | - | 1,998 | 1,998 | **195,668** |
| _Frost VP Seed, LLC_ | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Actual Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Difference (Damages) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| _Frost VP Early Stage Fund II_ | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 3,475 | 3,469 | 6,944 | 1,498 | 4,443 | 3,710 | 4,945 | - | - | - | - | - | - | - | - | 14,595 | - | - | - | **21,539** |
| Actual Expense | 20,250 | 41,034 | 61,284 | 41,034 | 41,034 | 30,800 | 41,056 | - | - | - | - | - | - | - | - | 153,925 | - | 1,998 | 1,998 | **217,207** |
| Difference (Damages) | 16,775 | 37,565 | 54,340 | 39,537 | 36,591 | 27,091 | 36,111 | - | - | - | - | - | - | - | - | 139,331 | - | 1,998 | 1,998 | **195,668** |

[1] - See Assumptions Page
[2] - See Assumptions Page
[3] - See Assumptions Page
[4] - See Assumptions Page
[5] - See Assumptions Page
[6] - See Assumptions Page
[7] - See Assumptions Page

Exhibit 83
Page 939
Exhibit 1327

Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.
Calculation of Alleged Damages - Genie DB, Inc.

Case 8:19-cv-01559-SPG-JDE   Document 44-8   Filed 03/26/21   Page 233 of 285
Page ID #:1590

EXHIBIT E

**Purpose:** To calculate alleged damages based on incubators fees charged to Genie DB, Inc.
**Source:** Quarterly Investor Reports, Annual Financial Statements, Deposition Testimony & Interviews with other experts

**Findings:**
Start: Genie DB started in April 2011. The Seed Fund first invested in April 2012 and Incubator fees (classified as "shared services") began June 2012
Incubator Fees stopped in September 2014 and the December 2014 quarterly reported stated, "the Company's Board of Directors approved its dissolution."

**Calculation of Reasonable Incubator Expenses:**    Average Revenue Per Month:    $  2,513

| | 01/2012 | 02/2012 | 03/2012 | 04/2012 | 05/2012 | 06/2012 | 07/2012 | 08/2012 | 09/2012 | 10/2012 | 11/2012 | 12/2012 | 2012 | 01/2013 | 02/2013 | 03/2013 | 04/2013 | 05/2013 | 06/2013 | 07/2013 | 08/2013 | 09/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 2 | 3 | 5 | 5 | 5 | 5 | 5 | 5 | 7 | 7 | 7 | 7 | | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 |
| Is Company in 1st Three Months? | Y | Y | Y | N | N | N | N | N | N | N | N | N | | N | N | N | N | N | N | N | N | N |
| Does the Company have financing? | Y | Y | Y | Y | Y | N | Y | Y | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y | Y | N | Y |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | N | N | N | N | Y | Y | Y | N | N | | N | N | N | N | N | N | N | N | N |
| Does Company have Revenue? | N | N | N | N | N | N | N | N | N | N | Y | Y | | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| **Estimated Reasonable Expenses:** | | | | | | | | | | | | | | | | | | | | | | |
| Finance & Accounting [1] | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 2,000 | 2,000 | 3,500 | 3,500 | 19,000 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 |
| Human Resource [2] | 400 | 600 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,400 | 1,400 | 1,400 | 1,400 | 12,600 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 |
| Technology [3] | 500 | 750 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,750 | 1,750 | 1,750 | 1,750 | 15,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 |
| PR/Marketing [4] | - | - | - | - | - | - | - | 2,500 | 2,500 | 2,500 | 1,000 | 1,000 | 9,500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Rent [5] | 1,050 | 1,575 | 2,625 | 2,625 | 2,625 | 2,625 | 2,625 | 2,625 | 3,675 | 3,675 | 3,675 | 3,675 | 33,075 | 3,675 | 3,675 | 3,675 | 3,675 | 3,675 | 3,675 | 3,675 | 3,675 | 3,675 |
| Legal [6] | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 11,500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Other [7] | 1,000 | 1,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 3,500 | 3,500 | 3,500 | 3,500 | 31,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 |
| Total Estimated Reasonable Expense | 4,950 | 6,425 | 9,375 | 9,375 | 9,375 | 8,875 | 9,375 | 11,875 | 15,825 | 15,825 | 15,825 | 15,825 | 132,925 | 15,825 | 15,825 | 15,825 | 15,825 | 15,825 | 15,825 | 15,825 | 15,825 | 15,825 |
| **Actual Expenses Recorded:** | | | | | | | | | | | | | | | | | | | | | | |
| Incubator Expense/Shared Service | - | - | - | - | 25,880 | 25,880 | 25,880 | 29,880 | 30,880 | 28,700 | 33,000 | 33,250 | 233,350 | 28,500 | 28,500 | 28,000 | 26,500 | 26,500 | 26,500 | 27,000 | 29,000 | 28,000 |
| Rent | - | - | - | - | - | - | - | - | - | - | - | - | - | 4,500 | 4,500 | 5,000 | 5,000 | 5,000 | 5,500 | 5,500 | 5,000 | 4,500 |
| Marketing | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Analysts & Research | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,500 |
| Consulting | 10,000 | 10,000 | 10,000 | - | - | - | - | - | - | - | - | - | 30,000 | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Actual Expense | 10,000 | 10,000 | 10,000 | - | 25,880 | 25,880 | 25,880 | 29,880 | 30,880 | 28,700 | 33,000 | 33,250 | 263,350 | 33,000 | 33,000 | 33,000 | 32,500 | 32,500 | 33,000 | 33,500 | 35,000 | 34,000 |
| Difference (Damages) | 5,050 | 3,575 | 625 | (9,375) | 16,505 | 17,005 | 16,505 | 18,005 | 15,055 | 12,875 | 17,175 | 17,425 | 130,425 | 17,175 | 17,175 | 17,175 | 16,675 | 16,675 | 17,175 | 17,675 | 19,175 | 18,175 |
| Frost VP Seed, LLC | - | - | - | 250,000 | 250,000 | 231,798 | 463,595 | 463,595 | 695,393 | 811,281 | 925,206 | 1,082,129 | | 1,155,577 | 1,155,577 | 1,155,577 | 1,339,197 | 1,389,940 | 1,389,940 | 1,389,940 | 1,389,940 | 1,389,940 |
| Frost VP Early Stage Fund II | - | - | - | - | - | - | - | - | - | - | - | - | | - | - | - | - | 250,000 | 500,000 | 750,000 | 750,000 | 1,050,000 |
| Total Debt & Equity | 656,156 | 1,049,004 | 1,051,173 | 1,301,173 | 1,351,173 | 1,351,173 | 1,601,173 | 1,647,924 | 1,897,924 | 2,022,924 | 2,197,924 | 2,435,587 | | 2,515,587 | 2,846,214 | 2,908,712 | 3,108,712 | 3,413,712 | 3,665,062 | 3,915,062 | 3,915,062 | 4,215,462 |
| Seed Fund Investment % | 0.00% | 0.00% | 0.00% | 19.21% | 18.50% | 17.16% | 28.95% | 28.13% | 36.64% | 40.10% | 42.09% | 44.43% | | 45.94% | 40.60% | 39.73% | 43.08% | 40.72% | 37.92% | 35.50% | 35.50% | 32.97% |
| Fund II Investment % | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | | 0.00% | 0.00% | 0.00% | 0.00% | 7.32% | 13.64% | 19.16% | 19.16% | 24.91% |
| Seed Fund Damages | - | - | - | (1,801) | 3,054 | 2,917 | 4,779 | 5,065 | 5,516 | 5,163 | 7,230 | 7,742 | 39,665 | 7,890 | 6,973 | 6,823 | 7,183 | 6,789 | 6,513 | 6,275 | 6,808 | 5,993 |
| Fund II Damages | - | - | - | - | - | - | - | - | - | - | - | - | | - | - | - | - | 1,221 | 2,343 | 3,386 | 3,673 | 4,527 |
| **Frost VP Seed, LLC** | | | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | - | - | - | 1,801 | 1,735 | 1,523 | 2,714 | 3,341 | 5,798 | 6,347 | 6,661 | 7,031 | 36,951 | 7,269 | 6,425 | 6,287 | 6,817 | 6,443 | 6,001 | 5,618 | 5,618 | 5,218 |
| Actual Expense | - | - | - | - | 4,788 | 4,440 | 7,493 | 8,406 | 11,314 | 11,510 | 13,891 | 14,773 | 76,616 | 15,159 | 13,398 | 13,110 | 14,001 | 13,233 | 12,515 | 11,893 | 12,426 | 11,211 |
| Difference (Damages) | - | - | - | (1,801) | 3,054 | 2,917 | 4,779 | 5,065 | 5,516 | 5,163 | 7,230 | 7,742 | 39,665 | 7,890 | 6,973 | 6,823 | 7,183 | 6,789 | 6,513 | 6,275 | 6,808 | 5,993 |
| **Frost VP Early Stage Fund II** | | | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | - | - | - | - | - | - | - | - | - | - | - | - | | - | - | - | - | 1,159 | 2,159 | 3,032 | 3,032 | 3,942 |
| Actual Expense | - | - | - | - | - | - | - | - | - | - | - | - | | - | - | - | - | 2,380 | 4,502 | 6,418 | 6,705 | 8,469 |
| Difference (Damages) | - | - | - | - | - | - | - | - | - | - | - | - | | - | - | - | - | 1,221 | 2,343 | 3,386 | 3,673 | 4,527 |

[1] - See Assumptions Page
[2] - See Assumptions Page
[3] - See Assumptions Page
[4] - See Assumptions Page
[5] - See Assumptions Page
[6] - See Assumptions Page
[7] - See Assumptions Page

Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.
Calculation of Alleged Damages - Genie DB, Inc.

**EXHIBIT E**

*Calculation of Reasonable Incubator Expenses:*

| | 10/2013 | 11/2013 | 12/2013 | 2013 | 01/2014 | 02/2014 | 03/2014 | 04/2014 | 05/2014 | 06/2014 | 07/2014 | 08/2014 | 09/2014 | 2014 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 8 | 9 | 10 | | 10 | 10 | 11 | 9 | 9 | 5 | 4 | 0 | 0 | | |
| Is Company in 1st Three Months? | N | N | N | | N | N | N | N | N | N | N | N | N | | |
| Does the Company have financing? | N | Y | Y | | Y | Y | Y | Y | Y | N | N | N | N | | |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | | N | N | N | N | N | N | N | N | N | | |
| Does Company have Revenue? | Y | Y | Y | | Y | Y | Y | Y | Y | Y | Y | Y | Y | | |
| **Estimated Reasonable Expenses:** | | | | | | | | | | | | | | | |
| Finance & Accounting [1] | 3,500 | 3,500 | 3,500 | 42,000 | 3,500 | 3,500 | 5,000 | 3,500 | 3,500 | 2,000 | 2,000 | 1,000 | 1,000 | 25,000 | 86,000 |
| Human Resource [2] | 1,600 | 1,800 | 2,000 | 18,000 | 2,000 | 2,000 | 2,200 | 1,800 | 1,800 | 1,000 | 800 | - | - | 11,600 | 42,200 |
| Technology [3] | 2,000 | 2,250 | 2,500 | 22,500 | 2,500 | 2,500 | 2,750 | 2,250 | 2,250 | 1,250 | 1,000 | - | - | 14,500 | 52,750 |
| PR/Marketing [4] | 1,000 | 1,000 | 1,000 | 12,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 9,000 | 30,500 |
| Rent [5] | 4,200 | 4,725 | 5,250 | 47,250 | 5,250 | 5,250 | 5,775 | 4,725 | 4,725 | 2,625 | 2,100 | - | - | 30,450 | 110,775 |
| Legal [6] | 1,000 | 1,000 | 1,000 | 12,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 9,000 | 32,500 |
| Other [7] | 4,000 | 4,500 | 5,000 | 45,000 | 5,000 | 5,000 | 5,500 | 4,500 | 4,500 | 2,500 | 2,000 | - | - | 29,000 | 105,500 |
| Total Estimated Reasonable Expense | 17,300 | 18,775 | 20,250 | 198,750 | 20,250 | 20,250 | 23,225 | 18,775 | 18,775 | 11,375 | 9,900 | 3,000 | 3,000 | 128,550 | 460,225 |
| **Actual Expenses Recorded:** | | | | | | | | | | | | | | | |
| Incubator Expense/Shared Service | 28,000 | 28,000 | 29,000 | 333,500 | 29,500 | 30,750 | 30,750 | 29,750 | 29,750 | 29,750 | 29,750 | 29,750 | 29,750 | 269,500 | 836,350 |
| Rent | 4,500 | 4,500 | 5,000 | 58,500 | 5,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 37,000 | 95,500 |
| Marketing | 500 | 500 | 500 | 1,500 | 500 | 2,000 | 2,000 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 19,500 | 21,000 |
| Analysts & Research | 1,500 | 1,500 | 1,500 | 11,000 | 1,500 | 500 | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 8,500 | 19,500 |
| Consulting | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 30,000 |
| Other | - | 1,000 | - | 1,000 | - | - | - | - | - | - | - | - | - | - | 1,000 |
| Total Actual Expense | 34,500 | 35,500 | 36,000 | 405,500 | 36,500 | 37,250 | 37,250 | 37,250 | 37,250 | 37,250 | 37,250 | 37,250 | 37,250 | 334,500 | 1,003,350 |
| Difference (Damages) | 17,200 | 16,725 | 15,750 | 206,750 | 16,250 | 17,000 | 14,025 | 18,475 | 18,475 | 25,875 | 27,350 | 34,250 | 34,250 | 205,950 | **543,125** |
| Frost VP Seed, LLC | 1,389,940 | 1,389,940 | 1,389,940 | | 1,389,940 | 1,389,940 | 1,389,940 | 1,389,940 | 1,389,940 | 1,389,940 | 1,389,940 | 1,389,940 | 1,389,940 | | |
| Frost VP Early Stage Fund II | 1,050,000 | 1,300,000 | 1,465,000 | | 1,765,000 | 2,015,000 | 2,250,000 | 2,250,000 | 2,515,000 | 2,515,000 | 2,515,000 | 2,515,000 | 2,515,000 | | |
| Total Debt & Equity | 4,215,462 | 4,468,042 | 4,633,042 | | 4,933,042 | 5,183,511 | 5,418,511 | 5,443,511 | 5,683,511 | 5,683,511 | 5,683,511 | 5,683,511 | 5,683,511 | | |
| Seed Fund Investment % | 32.97% | 31.11% | 30.00% | | 28.18% | 26.81% | 25.65% | 25.53% | 24.46% | 24.46% | 24.46% | 24.46% | 24.46% | | |
| Fund II Investment % | 24.91% | 29.10% | 31.62% | | 35.78% | 38.87% | 41.52% | 41.33% | 44.25% | 44.25% | 44.25% | 44.25% | 44.25% | | |
| Seed Fund Damages | 5,671 | 5,203 | 4,725 | 76,847 | 4,579 | 4,558 | 3,598 | 4,717 | 4,518 | 6,328 | 6,689 | 8,376 | 8,376 | 51,739 | **168,251** |
| Fund II Damages | 4,284 | 4,866 | 4,980 | 29,281 | 5,814 | 6,608 | 5,824 | 7,636 | 8,175 | 11,450 | 12,103 | 15,156 | 15,156 | 87,922 | **117,204** |
| Frost VP Seed, LLC | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 5,704 | 5,841 | 6,075 | 73,318 | 5,706 | 5,430 | 5,958 | 4,794 | 4,592 | 2,782 | 2,421 | 734 | 734 | 33,149 | **143,418** |
| Actual Expense | 11,375 | 11,044 | 10,800 | 150,165 | 10,284 | 9,988 | 9,555 | 9,511 | 9,110 | 9,110 | 9,110 | 9,110 | 9,110 | 84,888 | **311,669** |
| Difference (Damages) | 5,671 | 5,203 | 4,725 | 76,847 | 4,579 | 4,558 | 3,598 | 4,717 | 4,518 | 6,328 | 6,689 | 8,376 | 8,376 | 51,739 | **168,251** |
| Frost VP Early Stage Fund II | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 4,309 | 5,463 | 6,403 | 29,498 | 7,245 | 7,872 | 9,644 | 7,760 | 8,308 | 5,034 | 4,381 | 1,328 | 1,328 | 52,899 | **82,397** |
| Actual Expense | 8,593 | 10,329 | 11,383 | 58,779 | 13,059 | 14,480 | 15,468 | 15,397 | 16,483 | 16,483 | 16,483 | 16,483 | 16,483 | 140,821 | **199,600** |
| Difference (Damages) | 4,284 | 4,866 | 4,980 | 29,281 | 5,814 | 6,608 | 5,824 | 7,636 | 8,175 | 11,450 | 12,103 | 15,156 | 15,156 | 87,922 | **117,204** |

[1] - See Assumptions Page
[2] - See Assumptions Page
[3] - See Assumptions Page
[4] - See Assumptions Page
[5] - See Assumptions Page
[6] - See Assumptions Page
[7] - See Assumptions Page

Exhibit 83
Page 941

Exhibit 1327

Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.
Calculation of Alleged Damages - Maana, Inc.

**EXHIBIT E**

**Purpose:** To calculate alleged damages based on incubators fees charged to Maana, Inc.
**Source:** Quarterly Investor Reports, Annual Financial Statements, Deposition Testimony & Interviews with other experts

**Findings:**
Start: Maana, Inc. started in April 2012. The Seed Fund first invested in April 2012 and Incubator fees began June 2012.
Fund II first invested in May 2013.

*Calculation of Reasonable Incubator Expenses:*     Average Revenue Per Month:     $ 69,500

| | 05/2012 | 06/2012 | 07/2012 | 08/2012 | 09/2012 | 10/2012 | 11/2012 | 12/2012 | 2012 | 01/2013 | 02/2013 | 03/2013 | 04/2013 | 05/2013 | 06/2013 | 07/2013 | 08/2013 | 09/2013 | 10/2013 | 11/2013 | 12/2013 | 2013 | 01/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 0 | 0 | 2 | 2 | 2 | 2 | 2 | 2 | | 1 | 1 | 2 | 2 | 2 | 2 | 6 | 6 | 6 | 5 | 5 | 5 | | 5 |
| Is Company in 1st Three Months? | Y | Y | Y | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N |
| Does the Company have financing? | Y | N | Y | Y | Y | N | N | Y | | Y | Y | Y | Y | Y | Y | Y | Y | Y | N | N | N | | N |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N |
| Does Company have Revenue? | N | N | N | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N |
| **Estimated Reasonable Expenses:** | | | | | | | | | | | | | | | | | | | | | | | |
| Finance & Accounting [1] | 500 | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 7,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 2,000 | 2,000 | 2,000 | 1,000 | 1,000 | 1,000 | 15,000 | 1,000 |
| Human Resource [2] | - | - | 400 | 400 | 400 | 400 | 400 | 400 | 2,400 | 200 | 200 | 400 | 400 | 400 | 400 | 1,200 | 1,200 | 1,200 | 1,000 | 1,000 | 1,000 | 8,600 | 1,000 |
| Technology [3] | - | - | 500 | 500 | 500 | 500 | 500 | 500 | 3,000 | 250 | 250 | 500 | 500 | 500 | 500 | 1,500 | 1,500 | 1,500 | 1,250 | 1,250 | 1,250 | 10,750 | 1,250 |
| PR/Marketing [4] | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rent [5] | - | - | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 6,300 | 525 | 525 | 1,050 | 1,050 | 1,050 | 1,050 | 3,150 | 3,150 | 3,150 | 2,625 | 2,625 | 2,625 | 22,575 | 2,625 |
| Legal [6] | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 500 | 500 | 1,000 | 7,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 500 | 500 | 500 | 10,500 | 500 |
| Other [7] | - | - | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 6,000 | 500 | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 3,000 | 3,000 | 3,000 | 2,500 | 2,500 | 2,500 | 21,500 | 2,500 |
| Total Estimated Reasonable Expense | 1,500 | 1,500 | 4,950 | 4,950 | 4,950 | 4,450 | 4,450 | 4,950 | 31,700 | 3,475 | 3,475 | 4,950 | 4,950 | 4,950 | 4,950 | 11,850 | 11,850 | 11,850 | 8,875 | 8,875 | 8,875 | 88,925 | 8,875 |
| **Actual Expenses Recorded:** | | | | | | | | | | | | | | | | | | | | | | | |
| Incubator Expense/Shared Service | 21,815 | 21,815 | 16,750 | 20,750 | 21,750 | 22,000 | 31,500 | 32,250 | 188,630 | 33,000 | 34,000 | 35,000 | 33,000 | 33,000 | 28,000 | 31,000 | 32,000 | 30,500 | 30,500 | 30,500 | 31,000 | 381,500 | 31,500 |
| Rent | - | - | - | - | - | - | - | - | - | 2,500 | 3,000 | 2,000 | 2,000 | 2,000 | 3,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 20,500 | 1,000 |
| Marketing | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 500 | 500 | 500 | 1,500 | 500 |
| Analysts & Research | - | - | - | - | - | - | - | - | - | - | - | - | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,500 | 1,500 | 1,500 | 1,500 | 11,000 | 1,500 |
| Consulting | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 1,000 | - | 1,000 | - |
| Total Actual Expense | 21,815 | 21,815 | 16,750 | 20,750 | 21,750 | 22,000 | 31,500 | 32,250 | 188,630 | 35,500 | 37,000 | 37,000 | 36,000 | 36,000 | 32,000 | 33,000 | 34,000 | 33,000 | 33,500 | 34,500 | 34,000 | 415,500 | 34,500 |
| Difference (Damages) | 20,315 | 20,315 | 11,800 | 15,800 | 16,800 | 17,550 | 27,050 | 27,300 | 156,930 | 32,025 | 33,525 | 32,050 | 31,050 | 31,050 | 27,050 | 21,150 | 22,150 | 21,150 | 24,625 | 25,625 | 25,125 | 326,575 | 25,625 |
| Frost VP Seed, LLC | 50,000 | 46,360 | 46,360 | 96,360 | 231,798 | 231,798 | 231,798 | 459,648 | | 459,648 | 459,648 | 459,648 | 560,639 | 560,639 | 561,795 | 561,795 | 561,795 | 561,795 | 561,795 | 561,795 | 561,795 | | 561,795 |
| Frost VP Early Stage Fund II | - | - | - | - | - | - | - | - | | - | - | - | - | 750,000 | 750,000 | 750,000 | 750,000 | 750,000 | 750,000 | 750,000 | 750,000 | | 750,000 |
| Total Debt & Equity | 50,000 | 50,000 | 100,000 | 250,000 | 251,800 | 251,800 | 251,800 | 508,903 | | 507,103 | 592,103 | 590,303 | 700,303 | 1,450,303 | 1,451,586 | 3,154,104 | 3,151,064 | 3,152,397 | 3,152,397 | 3,152,397 | 3,152,397 | | 3,152,397 |
| Seed Fund Investment % | 100.00% | 92.72% | 46.36% | 38.54% | 92.06% | 92.06% | 92.06% | 90.32% | | 90.64% | 77.63% | 77.87% | 80.06% | 38.66% | 38.70% | 17.81% | 17.83% | 17.82% | 17.82% | 17.82% | 17.82% | | 17.82% |
| Fund II Investment % | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | | 0.00% | 0.00% | 0.00% | 0.00% | 51.71% | 51.67% | 23.78% | 23.80% | 23.79% | 23.79% | 23.79% | 23.79% | | 23.79% |
| Seed Fund Damages | 20,315 | 18,836 | 5,470 | 6,090 | 15,465 | 16,156 | 24,901 | 24,658 | 131,892 | 29,028 | 26,025 | 24,956 | 24,858 | 12,003 | 10,469 | 3,767 | 3,949 | 3,769 | 4,388 | 4,567 | 4,478 | 152,257 | 4,567 |
| Fund II Damages | - | - | - | - | - | - | - | - | - | - | - | - | - | 16,057 | 13,976 | 5,029 | 5,272 | 5,032 | 5,859 | 6,097 | 5,978 | 63,299 | 6,097 |
| *Frost VP Seed, LLC* | | | | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 1,500 | 1,391 | 2,295 | 1,908 | 4,557 | 4,097 | 4,097 | 4,471 | 24,314 | 3,150 | 2,698 | 3,854 | 3,963 | 1,914 | 1,916 | 2,111 | 2,113 | 2,112 | 1,582 | 1,582 | 1,582 | 28,574 | 1,582 |
| Actual Expense | 21,815 | 20,227 | 7,765 | 7,998 | 20,022 | 20,252 | 28,998 | 29,129 | 156,206 | 32,178 | 28,723 | 28,811 | 28,820 | 13,916 | 12,385 | 5,878 | 6,062 | 5,881 | 5,970 | 6,148 | 6,059 | 180,831 | 6,148 |
| Difference (Damages) | 20,315 | 18,836 | 5,470 | 6,090 | 15,465 | 16,156 | 24,901 | 24,658 | 131,892 | 29,028 | 26,025 | 24,956 | 24,858 | 12,003 | 10,469 | 3,767 | 3,949 | 3,769 | 4,388 | 4,567 | 4,478 | 152,257 | 4,567 |
| *Frost VP Early Stage Fund II* | | | | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | 2,560 | 2,558 | 2,818 | 2,820 | 2,819 | 2,111 | 2,111 | 2,111 | 19,909 | 2,111 |
| Actual Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | 18,617 | 16,534 | 7,847 | 8,093 | 7,851 | 7,970 | 8,208 | 8,089 | 83,208 | 8,208 |
| Difference (Damages) | - | - | - | - | - | - | - | - | - | - | - | - | - | 16,057 | 13,976 | 5,029 | 5,272 | 5,032 | 5,859 | 6,097 | 5,978 | 63,299 | 6,097 |

[1] - See Assumptions Page

[2] - See Assumptions Page

[3] - See Assumptions Page; Maana employed its own Technology Staff, p564 of Guerry.

[4] - No Marketing Expenses have been included since the incubator charged marketing fees when the company was in "stealth mode" and the incubator stopped charging marketing expenses before the company left "stealth mode".

[5] - See Assumptions Page; Rent ends when the Incubator stopped billing for it.  See Guerry Depo stating no rent after 2012, p 561

[6] - See Assumptions Page

[7] - See Assumptions Page

Exhibit 83

Page 942

Exhibit 1327

Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.  
Calculation of Alleged Damages - Maana, Inc.

Case 8:19-cv-01559-SPG-JDE    Document 44-8    Filed 03/26/21    Page 236 of 285  
Page ID #:1593

EXHIBIT E

*Calculation of Reasonable Incubator Expenses:*

| | 02/2014 | 03/2014 | 04/2014 | 05/2014 | 06/2014 | 07/2014 | 08/2014 | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 4 | 5 | 5 | 5 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | | 6 | 6 | 7 | 8 | 8 | 8 | 9 | 10 | 9 |
| Is Company in 1st Three Months? | N | N | N | N | N | N | N | N | N | N | N | | N | N | N | N | N | N | N | N | N |
| Does the Company have financing? | N | N | N | N | N | Y | Y | Y | Y | Y | Y | | N | N | N | N | N | N | N | N | N |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | N | N | N | N | N | N | N | N | | N | N | N | N | Y | Y | Y | N | N |
| Does Company have Revenue? | N | N | N | N | N | N | N | N | N | N | N | | N | N | N | N | N | N | N | Y | Y |
| **Estimated Reasonable Expenses:** | | | | | | | | | | | | | | | | | | | | | |
| Finance & Accounting [1] | 1,000 | 1,000 | 1,000 | 1,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 19,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 3,500 | 3,500 |
| Human Resource [2] | 800 | 1,000 | 1,000 | 1,000 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 13,200 | 1,200 | 1,200 | 1,400 | 1,600 | 1,600 | 1,600 | 1,800 | 2,000 | 1,800 |
| Technology [3] | 1,000 | 1,250 | 1,250 | 1,250 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 16,500 | 1,500 | 1,500 | 1,750 | 2,000 | 2,000 | 2,000 | 2,250 | 2,500 | 2,250 |
| PR/Marketing [4] | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 2,500 | 2,500 | - | - | - |
| Rent [5] | 2,100 | 2,625 | - | - | - | - | - | - | - | - | - | 7,350 | - | - | - | - | - | - | - | - | - |
| Legal [6] | 500 | 500 | 500 | 500 | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 9,000 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 1,000 | 1,000 |
| Other [7] | 2,000 | 2,500 | 2,500 | 2,500 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 33,000 | 3,000 | 3,000 | 3,500 | 4,000 | 4,000 | 4,000 | 4,500 | 5,000 | 4,500 |
| Total Estimated Reasonable Expense | 7,400 | 8,875 | 6,250 | 6,250 | 8,200 | 8,700 | 8,700 | 8,700 | 8,700 | 8,700 | 8,700 | 98,050 | 8,200 | 8,200 | 9,150 | 10,100 | 12,600 | 12,600 | 11,050 | 14,000 | 13,050 |
| **Actual Expenses Recorded:** | | | | | | | | | | | | | | | | | | | | | |
| Incubator Expense/Shared Service | 31,250 | 31,250 | 32,250 | 32,750 | 32,750 | 32,750 | 32,750 | 32,750 | 32,750 | 32,750 | 35,000 | 390,500 | 36,000 | 36,000 | 36,000 | 36,000 | 36,000 | 36,000 | 36,000 | 36,000 | 36,000 |
| Rent | 1,250 | 1,250 | - | - | - | - | - | - | - | - | - | 3,500 | - | - | - | - | - | - | - | - | - |
| Marketing | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | - | 25,500 | - | - | - | - | - | - | - | - | - |
| Analysts & Research | 500 | 500 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 1,000 | 9,500 | - | - | - | - | - | - | - | - | - |
| Consulting | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | 10,000 | - | - | - | - | - | - | - | - |
| Total Actual Expense | 35,500 | 35,500 | 35,500 | 36,000 | 36,000 | 36,000 | 36,000 | 36,000 | 36,000 | 36,000 | 36,000 | 429,000 | 46,000 | 36,000 | 36,000 | 36,000 | 36,000 | 36,000 | 36,000 | 36,000 | 36,000 |
| Difference (Damages) | 28,100 | 26,625 | 29,250 | 29,750 | 27,800 | 27,300 | 27,300 | 27,300 | 27,300 | 27,300 | 27,300 | 330,950 | 37,800 | 27,800 | 26,850 | 25,900 | 23,400 | 23,400 | 24,950 | 22,000 | 22,950 |
| Frost VP Seed, LLC | 561,795 | 561,795 | 561,795 | 561,795 | 561,795 | 561,795 | 561,795 | 561,795 | 561,795 | 561,795 | 561,795 | | 561,795 | 561,795 | 561,795 | 561,795 | 561,795 | 561,795 | 561,795 | 561,795 | 561,795 |
| Frost VP Early Stage Fund II | 750,000 | 750,000 | 750,000 | 750,000 | 750,000 | 2,750,000 | 2,750,000 | 2,750,000 | 2,750,000 | 2,750,000 | 2,750,000 | | 2,750,000 | 2,750,000 | 2,750,000 | 2,750,000 | 2,750,000 | 2,750,000 | 2,750,000 | 2,750,000 | 2,750,000 |
| Total Debt & Equity | 3,152,397 | 3,152,397 | 3,152,397 | 3,152,397 | 3,152,397 | 9,137,397 | 9,150,239 | 9,151,739 | 12,197,735 | 13,922,139 | 13,936,008 | | 13,936,008 | 13,936,008 | 13,936,008 | 13,936,008 | 13,936,008 | 13,936,008 | 13,936,008 | 13,936,008 | 13,936,008 |
| Seed Fund Investment % | 17.82% | 17.82% | 17.82% | 17.82% | 17.82% | 6.15% | 6.14% | 6.14% | 4.61% | 4.04% | 4.03% | | 4.03% | 4.03% | 4.03% | 4.03% | 4.03% | 4.03% | 4.03% | 4.03% | 4.03% |
| Fund II Investment % | 23.79% | 23.79% | 23.79% | 23.79% | 23.79% | 30.10% | 30.05% | 30.05% | 22.55% | 19.75% | 19.73% | | 19.73% | 19.73% | 19.73% | 19.73% | 19.73% | 19.73% | 19.73% | 19.73% | 19.73% |
| Seed Fund Damages | 5,008 | 4,745 | 5,213 | 5,302 | 4,954 | 1,678 | 1,676 | 1,676 | 1,257 | 1,102 | 1,101 | 38,278 | 1,524 | 1,121 | 1,082 | 1,044 | 943 | 943 | 1,006 | 887 | 925 |
| Fund II Damages | 6,685 | 6,334 | 6,959 | 7,078 | 6,614 | 8,216 | 8,205 | 8,203 | 6,155 | 5,392 | 5,387 | 81,326 | 7,459 | 5,486 | 5,298 | 5,111 | 4,618 | 4,618 | 4,923 | 4,341 | 4,529 |
| *Frost VP Seed, LLC* | | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 1,319 | 1,582 | 1,114 | 1,114 | 1,461 | 535 | 534 | 534 | 401 | 351 | 351 | 10,877 | 331 | 331 | 369 | 407 | 508 | 508 | 445 | 564 | 526 |
| Actual Expense | 6,327 | 6,327 | 6,327 | 6,416 | 6,416 | 2,213 | 2,210 | 2,210 | 1,658 | 1,453 | 1,451 | 49,155 | 1,854 | 1,451 | 1,451 | 1,451 | 1,451 | 1,451 | 1,451 | 1,451 | 1,451 |
| Difference (Damages) | 5,008 | 4,745 | 5,213 | 5,302 | 4,954 | 1,678 | 1,676 | 1,676 | 1,257 | 1,102 | 1,101 | 38,278 | 1,524 | 1,121 | 1,082 | 1,044 | 943 | 943 | 1,006 | 887 | 925 |
| *Frost VP Early Stage Fund II* | | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 1,761 | 2,111 | 1,487 | 1,487 | 1,951 | 2,618 | 2,615 | 2,614 | 1,961 | 1,718 | 1,717 | 24,152 | 1,618 | 1,618 | 1,806 | 1,993 | 2,486 | 2,486 | 2,181 | 2,763 | 2,575 |
| Actual Expense | 8,446 | 8,446 | 8,446 | 8,565 | 8,565 | 10,835 | 10,819 | 10,818 | 8,116 | 7,111 | 7,104 | 105,478 | 9,077 | 7,104 | 7,104 | 7,104 | 7,104 | 7,104 | 7,104 | 7,104 | 7,104 |
| Difference (Damages) | 6,685 | 6,334 | 6,959 | 7,078 | 6,614 | 8,216 | 8,205 | 8,203 | 6,155 | 5,392 | 5,387 | 81,326 | 7,459 | 5,486 | 5,298 | 5,111 | 4,618 | 4,618 | 4,923 | 4,341 | 4,529 |

Exhibit 83  
Page 943  
Exhibit 1327

**Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.**
**Calculation of Alleged Damages - Maana, Inc.**

**EXHIBIT E**

### Calculation of Reasonable Incubator Expenses:

| | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 | 03/2016 | 04/2016 | 05/2016 | 06/2016 | 07/2016 | 08/2016 | 09/2016 | 10/2016 | 11/2016 | 12/2016 | 2016 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 11 | 11 | 11 | | 12 | 12 | 12 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | | |
| Is Company in 1st Three Months? | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | |
| Does the Company have financing? | N | N | Y | | N | Y | Y | Y | Y | Y | Y | Y | N | N | Y | Y | | |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | |
| Does Company have Revenue? | Y | Y | Y | | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | | |
| **Estimated Reasonable Expenses:** | | | | | | | | | | | | | | | | | | |
| Finance & Accounting [1] | 5,000 | 5,000 | 5,000 | 36,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 60,000 | 137,000 |
| Human Resource [2] | 2,200 | 2,200 | 2,200 | 20,800 | 2,400 | 2,400 | 2,400 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 32,400 | 77,400 |
| Technology [3] | 2,750 | 2,750 | 2,750 | 26,000 | 3,000 | 3,000 | 3,000 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 40,500 | 96,750 |
| PR/Marketing [4] | - | - | - | 5,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | 5,000 |
| Rent [5] | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 36,225 |
| Legal [6] | 1,000 | 1,000 | 1,000 | 8,500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 | 47,000 |
| Other [7] | 5,500 | 5,500 | 5,500 | 52,000 | 6,000 | 6,000 | 6,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 81,000 | 193,500 |
| Total Estimated Reasonable Expense | 16,450 | 16,450 | 16,450 | 148,300 | 17,400 | 17,400 | 17,400 | 19,300 | 19,300 | 19,300 | 19,300 | 19,300 | 19,300 | 19,300 | 19,300 | 19,300 | 225,900 | 592,875 |
| **Actual Expenses Recorded:** | | | | | | | | | | | | | | | | | | |
| Incubator Expense/Shared Service | 35,500 | 35,500 | 35,500 | 430,500 | 35,500 | 35,500 | 35,500 | 35,500 | 35,500 | 35,500 | 35,500 | 35,500 | 35,500 | 35,500 | 35,500 | 35,500 | 426,000 | 1,817,130 |
| Rent | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 24,000 |
| Marketing | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 27,000 |
| Analysts & Research | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 20,500 |
| Consulting | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | 10,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | 11,000 |
| Total Actual Expense | 35,500 | 35,500 | 35,500 | 440,500 | 35,500 | 35,500 | 35,500 | 35,500 | 35,500 | 35,500 | 35,500 | 35,500 | 35,500 | 35,500 | 35,500 | 35,500 | 426,000 | 1,899,630 |
| Difference (Damages) | 19,050 | 19,050 | 19,050 | 292,200 | 18,100 | 18,100 | 18,100 | 16,200 | 16,200 | 16,200 | 16,200 | 16,200 | 16,200 | 16,200 | 16,200 | 16,200 | 200,100 | 1,306,755 |
| Frost VP Seed, LLC | 561,795 | 561,795 | 561,795 | | 561,795 | 561,795 | 561,795 | 561,795 | 561,795 | 561,795 | 561,795 | 561,795 | 561,795 | 561,795 | 561,795 | 561,795 | | |
| Frost VP Early Stage Fund II | 2,750,000 | 2,750,000 | 2,750,000 | | 2,750,000 | 2,750,000 | 2,750,000 | 2,750,000 | 2,750,000 | 2,750,000 | 2,750,000 | 2,750,000 | 2,750,000 | 2,750,000 | 2,750,000 | 2,750,000 | | |
| Total Debt & Equity | 13,936,008 | 13,936,008 | 14,066,347 | | 14,066,347 | 14,051,008 | 34,871,726 | 39,860,527 | 39,849,826 | 39,802,178 | 39,799,833 | 39,800,270 | 39,800,270 | 39,800,270 | 39,801,333 | 39,956,980 | | |
| Seed Fund Investment % | 4.03% | 4.03% | 3.99% | | 3.99% | 4.00% | 1.61% | 1.41% | 1.41% | 1.41% | 1.41% | 1.41% | 1.41% | 1.41% | 1.41% | 1.41% | | |
| Fund II Investment % | 19.73% | 19.73% | 19.55% | | 19.55% | 19.57% | 7.89% | 6.90% | 6.90% | 6.91% | 6.91% | 6.91% | 6.91% | 6.91% | 6.91% | 6.88% | | |
| Seed Fund Damages | 768 | 768 | 761 | 11,772 | 723 | 724 | 292 | 228 | 228 | 229 | 229 | 229 | 229 | 229 | 229 | 228 | 3,795 | 337,994 |
| Fund II Damages | 3,759 | 3,759 | 3,724 | 57,625 | 3,539 | 3,542 | 1,427 | 1,118 | 1,118 | 1,119 | 1,119 | 1,119 | 1,119 | 1,119 | 1,119 | 1,115 | 18,575 | 220,825 |
| **Frost VP Seed, LLC** | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 663 | 663 | 657 | 5,972 | 695 | 696 | 280 | 272 | 272 | 272 | 272 | 272 | 272 | 272 | 272 | 271 | 4,121 | 73,858 |
| Actual Expense | 1,431 | 1,431 | 1,418 | 17,744 | 1,418 | 1,419 | 572 | 500 | 500 | 501 | 501 | 501 | 501 | 501 | 501 | 499 | 7,916 | 411,852 |
| Difference (Damages) | 768 | 768 | 761 | 11,772 | 723 | 724 | 292 | 228 | 228 | 229 | 229 | 229 | 229 | 229 | 229 | 228 | 3,795 | 337,994 |
| **Frost VP Early Stage Fund II** | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 3,246 | 3,246 | 3,216 | 29,234 | 3,402 | 3,405 | 1,372 | 1,332 | 1,332 | 1,333 | 1,334 | 1,334 | 1,334 | 1,334 | 1,333 | 1,328 | 20,172 | 93,468 |
| Actual Expense | 7,005 | 7,005 | 6,940 | 86,859 | 6,940 | 6,948 | 2,800 | 2,449 | 2,450 | 2,453 | 2,453 | 2,453 | 2,453 | 2,453 | 2,453 | 2,443 | 38,747 | 314,293 |
| Difference (Damages) | 3,759 | 3,759 | 3,724 | 57,625 | 3,539 | 3,542 | 1,427 | 1,118 | 1,118 | 1,119 | 1,119 | 1,119 | 1,119 | 1,119 | 1,119 | 1,115 | 18,575 | 220,825 |

Exhibit 83
Page 944
Exhibit 1327

Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.
Calculation of Alleged Damages - Metallum, Inc.

Case 8:19-cv-01559-SPG-JDE    Document 44-8    Filed 03/26/21    Page 238 of 285
Page ID #:1595

EXHIBIT E

**Purpose:** To calculate alleged damages based on incubators fees charged to Metallum, Inc.
**Source:** Quarterly Investor Reports, Annual Financial Statements, Deposition Testimony & Interviews with other experts

**Findings:**
Start: Metallum started in April 2014. Fund II first invested in May 2014 and Incubator fees began April 2014
The September 30, 2014 Fund Report identified a "downturn" and during Q4 of 2014 Metallum "significantly reduced cash-burn status".
Incubator Fees stopped in October 2014 and Q1 2015 through Q1 2016 Reports state the company is looking for a strategic partner until the company is shutdown in Q2 2016.

***Calculation of Reasonable Incubator Expenses:***

Average Revenue Per Month:  $   -

| | 4/2014 [8] | 05/2014 | 06/2014 | 07/2014 | 08/2014 | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 2015 | 01/2016 | 02/2016 | 03/2016 | 2016 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 0 | 2 | 2 | 3 | 3 | 3 | 3 | 0 | 0 | | | 0 | 0 | 0 | | |
| Is Company in 1st Three Months? | Y | Y | Y | N | N | N | N | N | N | | | N | N | N | | |
| Does the Company have financing? | Y | N | N | Y | Y | N | Y | N | Y | | | Y | N | N | | |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | N | N | N | N | N | N | | | N | N | N | | |
| Does Company have Revenue? | N | N | N | N | N | N | N | N | N | | | N | N | N | | |
| **Estimated Reasonable Expenses:** | | | | | | | | | | | | | | | | |
| Finance & Accounting [1] | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | - | - | 6,500 | - | - | - | - | - | 6,500 |
| Human Resource [2] | - | 400 | 400 | 600 | 600 | 600 | 600 | - | - | 3,200 | - | - | - | - | - | 3,200 |
| Technology [3] | - | 500 | 500 | 750 | 750 | 750 | 750 | - | - | 4,000 | - | - | - | - | - | 4,000 |
| PR/Marketing [4] | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rent [5] | - | 1,050 | 1,050 | 1,575 | 1,575 | 1,575 | 1,575 | - | - | 8,400 | - | - | - | - | - | 8,400 |
| Legal [6] | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 500 | 1,000 | - | - | 6,500 | - | - | - | - | - | 6,500 |
| Other [7] | - | 1,000 | 1,000 | 1,500 | 1,500 | 1,500 | 1,500 | - | - | 8,000 | - | - | - | - | - | 8,000 |
| Total Estimated Reasonable Expense | 1,500 | 4,950 | 4,950 | 6,425 | 6,425 | 5,925 | 6,425 | - | - | 36,600 | - | - | - | | - | 36,600 |
| **Actual Expenses Recorded:** | | | | | | | | | | | | | | | | |
| Incubator Expense/Shared Service | 34,500 | 30,500 | 30,500 | 30,500 | 30,000 | 30,000 | 30,000 | - | - | 216,000 | - | - | 4,000 | (13) | 3,987 | 219,987 |
| Rent | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | - | - | 17,500 | - | - | - | - | - | 17,500 |
| Marketing | 2,500 | 8,100 | 8,100 | 8,100 | 8,100 | 8,100 | 7,500 | - | - | 50,500 | - | - | - | - | - | 50,500 |
| Analysts & Research | 500 | 500 | 500 | 500 | 500 | 500 | 500 | - | - | 3,500 | - | - | - | - | - | 3,500 |
| Consulting | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Actual Expense | 40,000 | 41,600 | 41,600 | 41,600 | 41,100 | 41,100 | 40,500 | - | - | 287,500 | - | - | 4,000 | (13) | 3,987 | 291,487 |
| Difference (Damages) | 38,500 | 36,650 | 36,650 | 35,175 | 34,675 | 35,175 | 34,075 | - | - | 250,900 | - | - | 4,000 | (13) | 3,987 | **254,887** |
| Frost VP Seed, LLC | - | - | - | - | - | - | - | - | - | | | - | - | - | | |
| Frost VP Early Stage Fund II | 250,000 | 250,000 | 250,000 | 375,000 | 500,000 | 500,000 | 625,000 | 625,000 | 625,000 | | | 625,000 | 625,000 | 625,000 | | |
| Total Debt & Equity | 250,000 | 250,000 | 250,000 | 375,000 | 500,000 | 500,000 | 625,000 | 625,000 | 625,400 | | | 625,334 | 625,334 | 625,334 | | |
| Seed Fund Investment % | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | | | 0.00% | 0.00% | 0.00% | | |
| Fund II Investment % | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 99.94% | | | 99.95% | 99.95% | 99.95% | | |
| Seed Fund Damages | - | - | - | - | - | - | - | - | - | | - | - | - | - | - | - |
| Fund II Damages | 38,500 | 36,650 | 36,650 | 35,175 | 34,675 | 35,175 | 34,075 | - | - | 250,900 | - | - | 3,998 | (13) | 3,985 | **254,885** |
| Frost VP Seed, LLC | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Actual Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Difference (Damages) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Frost VP Early Stage Fund II | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 1,500 | 4,950 | 4,950 | 6,425 | 6,425 | 5,925 | 6,425 | - | - | 36,600 | - | - | - | - | - | **36,600** |
| Actual Expense | 40,000 | 41,600 | 41,600 | 41,600 | 41,100 | 41,100 | 40,500 | - | - | 287,500 | - | - | 3,998 | (13) | 3,985 | **291,485** |
| Difference (Damages) | 38,500 | 36,650 | 36,650 | 35,175 | 34,675 | 35,175 | 34,075 | - | - | 250,900 | - | - | 3,998 | (13) | 3,985 | **254,885** |

[1] - See Assumptions Page
[2] - See Assumptions Page
[3] - See Assumptions Page
[4] - See Assumptions Page
[5] - See Assumptions Page
[6] - See Assumptions Page
[7] - See Assumptions Page
[8] - Incubator fees were charged in April 2014, but company was not capitalized until May 2014. Since Fund II was sole source of capital in May 2014, the same equity percentage
will be applied in April 2014 as existed in May 2014.

Exhibit 83
Page 945
Exhibit 1327

Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.
Calculation of Alleged Damages - Mindshare Medical, Inc.

**EXHIBIT E**

**Purpose:** To calculate alleged damages based on incubators fees charged to Mindshare Medical, Inc.
**Source:** Quarterly Investor Reports, Annual Financial Statements, Deposition Testimony & Interviews with other experts

**Findings:**
Start: Mindshare Medical started in April 2014. Fund II first invested in May 2014 and Incubator fees began April 2014
The June 30, 2016 Fund Report stated, "Mindshare is no longer supported by the Frost Data Capital incubator. Incubator fees ceased in June 2016.

*Calculation of Reasonable Incubator Expenses:*  Average Revenue Per Month: $ -

| | 4/2014 [8] | 05/2014 | 06/2014 | 07/2014 | 08/2014 | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 3 | 3 | 3 | | 3 | 3 |
| Is Company in 1st Three Months? | Y | Y | Y | N | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N | N |
| Does the Company have financing? | Y | N | N | N | Y | Y | Y | Y | Y | | N | Y | N | Y | N | Y | Y | Y | Y | Y | Y | Y | | Y | Y |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | N | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N | N |
| Does Company have Revenue? | N | N | N | N | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N | N |
| **Estimated Reasonable Expenses:** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Finance & Accounting [1] | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 9,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 | 1,000 | 1,000 |
| Human Resource [2] | 200 | 200 | 200 | 200 | 400 | 400 | 400 | 400 | 400 | 2,800 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 600 | 600 | 600 | 5,400 | 600 | 600 |
| Technology [3] | 250 | 250 | 250 | 250 | 500 | 500 | 500 | 500 | 500 | 3,500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 750 | 750 | 750 | 6,750 | 750 | 750 |
| PR/Marketing [4] | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rent [5] | 525 | 525 | 525 | 525 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 7,350 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,575 | 1,575 | 1,575 | 14,175 | 1,575 | 1,575 |
| Legal [6] | 1,000 | 1,000 | 1,000 | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 8,500 | 500 | 1,000 | 500 | 1,000 | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 10,500 | 1,000 | 1,000 |
| Other [7] | 500 | 500 | 500 | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 7,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,500 | 1,500 | 1,500 | 13,500 | 1,500 | 1,500 |
| Total Estimated Reasonable Expense | 3,475 | 3,475 | 3,475 | 2,975 | 4,950 | 4,950 | 4,950 | 4,950 | 4,950 | 38,150 | 4,450 | 4,950 | 4,450 | 4,950 | 4,450 | 4,950 | 4,950 | 4,950 | 4,950 | 6,425 | 6,425 | 6,425 | 62,325 | 6,425 | 6,425 |
| **Actual Expenses Recorded:** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Incubator Expense/Shared Service | 34,500 | 30,500 | 30,500 | 30,500 | 30,000 | 30,000 | 30,000 | 31,000 | 33,500 | 280,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 402,000 | 33,500 | 33,500 |
| Rent | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 1,500 | 2,000 | 21,000 | 2,500 | 2,500 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 25,000 | 2,000 | 2,000 |
| Marketing | 2,500 | 8,100 | 8,100 | 8,100 | 8,100 | 8,100 | 7,500 | 7,500 | 5,100 | 63,100 | 5,100 | 5,100 | 5,100 | 7,712 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 6,085 | 5,100 | 5,100 | 64,797 | 5,100 | 5,100 |
| Analysts & Research | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 4,500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 | 500 | 500 |
| Consulting | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | 1,667 | 1,667 | 1,667 | 1,667 | 1,667 | 1,667 | 10,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Adjustment for Amount not Paid | (32,000) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (32,000) |
| Total Actual Expense | 40,000 | 41,600 | 41,600 | 43,267 | 42,767 | 42,767 | 42,167 | 42,167 | 42,767 | 379,100 | 41,600 | 41,600 | 41,100 | 43,712 | 41,100 | 41,100 | 41,100 | 41,100 | 41,100 | 42,085 | 41,100 | 41,100 | 497,797 | 41,100 | 9,100 |
| Difference (Damages) | 36,525 | 38,125 | 38,125 | 40,292 | 37,817 | 37,817 | 37,217 | 37,217 | 37,817 | 340,950 | 37,150 | 36,650 | 36,650 | 38,762 | 36,650 | 36,150 | 36,150 | 36,150 | 36,150 | 35,660 | 34,675 | 34,675 | 435,472 | 34,675 | 2,675 |
| Frost VP Seed, LLC | - | - | - | - | - | - | - | - | - | | - | - | - | - | - | - | - | - | - | - | - | - | | - | - |
| Frost VP Early Stage Fund II | 250,000 | 250,000 | 250,000 | 250,000 | 375,000 | 375,000 | 500,000 | 750,000 | 750,000 | | 750,000 | 1,003,708 | 1,003,708 | 1,128,709 | 1,128,709 | 1,228,709 | 1,328,710 | 1,428,711 | 1,478,711 | 1,478,711 | 1,478,711 | 1,478,711 | | 1,478,711 | 1,478,711 |
| Total Debt & Equity | 250,000 | 250,000 | 250,000 | 250,000 | 375,000 | 401,000 | 530,000 | 780,000 | 780,400 | | 780,400 | 1,034,108 | 1,034,108 | 1,159,109 | 1,159,109 | 1,259,109 | 1,359,110 | 1,459,111 | 1,549,112 | 1,624,112 | 1,724,113 | 1,849,114 | | 1,929,115 | 1,956,415 |
| Seed Fund Investment % | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | | 0.00% | 0.00% |
| Fund II Investment % | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 93.52% | 94.34% | 96.15% | 96.10% | | 96.10% | 97.06% | 97.06% | 97.38% | 97.38% | 97.59% | 97.76% | 97.92% | 95.46% | 91.05% | 85.77% | 79.97% | | 76.65% | 75.58% |
| Seed Fund Damages | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Fund II Damages | 36,525 | 38,125 | 38,125 | 40,292 | 37,817 | 35,365 | 35,110 | 35,785 | 36,344 | 333,487 | 35,703 | 35,573 | 35,573 | 37,745 | 35,689 | 35,277 | 35,341 | 35,397 | 34,507 | 32,467 | 29,740 | 27,729 | 410,741 | 26,579 | 2,022 |
| Frost VP Seed, LLC | | | | | | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | - | - | - | - | - | - | - | - | - | | - | - | - | - | - | - | - | - | - | - | - | - | | - | - |
| Actual Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Difference (Damages) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Frost VP Early Stage Fund II | | | | | | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 3,475 | 3,475 | 3,475 | 2,975 | 4,950 | 4,629 | 4,670 | 4,760 | 4,757 | 37,166 | 4,277 | 4,804 | 4,319 | 4,820 | 4,333 | 4,830 | 4,839 | 4,847 | 4,725 | 5,850 | 5,510 | 5,138 | 58,294 | 4,925 | 4,856 |
| Actual Expense | 40,000 | 41,600 | 41,600 | 43,267 | 42,767 | 39,994 | 39,780 | 40,545 | 41,101 | 370,653 | 39,979 | 40,377 | 39,892 | 42,566 | 40,022 | 40,108 | 40,181 | 40,244 | 39,232 | 38,317 | 35,250 | 32,867 | 469,035 | 31,504 | 6,878 |
| Difference (Damages) | 36,525 | 38,125 | 38,125 | 40,292 | 37,817 | 35,365 | 35,110 | 35,785 | 36,344 | 333,487 | 35,703 | 35,573 | 35,573 | 37,745 | 35,689 | 35,277 | 35,341 | 35,397 | 34,507 | 32,467 | 29,740 | 27,729 | 410,741 | 26,579 | 2,022 |

[1] - See Assumptions Page
[2] - See Assumptions Page
[3] - See Assumptions Page
[4] - See Assumptions Page
[5] - See Assumptions Page
[6] - See Assumptions Page
[7] - See Assumptions Page
[8] - Incubator fees were charged in April 2014, but company was not capitalized until May 2014. Since Fund II was sole source of capital in May 2014, the same equity percentage will be applied in April 2014 as existed in May 2014.
[9] - The Fund II Quarterly report indicated that, "Mindshare is no longer supported by the Frost Data Capital incubator."

Exhibit 83
Page 946
Exhibit 1327

**Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.**
**Calculation of Alleged Damages - Mindshare Medical, Inc.**

Case 8:19-cv-01559-SPG-JDE    Document 44-8    Filed 03/26/21    Page 240 of 285
Page ID #:1597

**EXHIBIT E**

*Calculation of Reasonable Incubator Expenses:*

| | 03/2016 | 4/2016 [9] | 5/2016 [9] | 6/2016 [9] | 2016 | Grand Total |
|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 3 | 0 | 0 | 0 | | |
| Is Company in 1st Three Months? | N | N | N | N | | |
| Does the Company have financing? | Y | Y | Y | Y | | |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | N | | |
| Does Company have Revenue? | N | N | N | N | | |
| | | | | | | |
| **Estimated Reasonable Expenses:** | | | | | | |
| Finance & Accounting [1] | 1,000 | - | - | - | 3,000 | 24,000 |
| Human Resource [2] | 600 | - | - | - | 1,800 | 10,000 |
| Technology [3] | 750 | - | - | - | 2,250 | 12,500 |
| PR/Marketing [4] | - | - | - | - | - | - |
| Rent [5] | 1,575 | - | - | - | 4,725 | 26,250 |
| Legal [6] | 1,000 | - | - | - | 3,000 | 22,000 |
| Other [7] | 1,500 | - | - | - | 4,500 | 25,000 |
| Total Estimated Reasonable Expense | 6,425 | - | - | - | 19,275 | 119,750 |
| | | | | | | |
| **Actual Expenses Recorded:** | | | | | | |
| Incubator Expense/Shared Service | 33,500 | - | - | - | 100,500 | 783,000 |
| Rent | 2,000 | - | - | - | 6,000 | 52,000 |
| Marketing | 5,100 | - | - | - | 15,300 | 143,197 |
| Analysts & Research | 500 | - | - | - | 1,500 | 12,000 |
| Consulting | - | - | - | - | - | - |
| Other | - | - | - | - | - | 10,000 |
| Adjustment for Amount not Paid | (36,000) | - | - | - | (68,000) | (68,000) |
| Total Actual Expense | 5,100 | - | - | - | 55,300 | 932,197 |
| | | | | | | |
| Difference (Damages) | (1,325) | - | - | - | 36,025 | 812,447 |
| | | | | | | |
| Frost VP Seed, LLC | - | - | - | - | | |
| Frost VP Early Stage Fund II | 1,478,711 | 1,478,711 | 1,478,711 | 1,478,711 | | |
| Total Debt & Equity | 2,077,916 | 2,077,616 | 2,127,616 | 2,692,616 | | |
| Seed Fund Investment % | 0.00% | 0.00% | 0.00% | 0.00% | | |
| Fund II Investment % | 71.16% | 71.17% | 69.50% | 54.92% | | |
| Seed Fund Damages | - | - | - | - | - | - |
| Fund II Damages | (943) | - | - | - | 27,658 | 771,886 |
| | | | | | | |
| Frost VP Seed, LLC | | | | | | |
| Estimated Reasonable Expense | - | - | - | - | - | - |
| Actual Expense | - | - | - | - | - | - |
| Difference (Damages) | - | - | - | - | - | - |
| | | | | | | |
| Frost VP Early Stage Fund II | | | | | | |
| Estimated Reasonable Expense | 4,572 | - | - | - | 14,353 | 109,813 |
| Actual Expense | 3,629 | - | - | - | 42,011 | 881,699 |
| Difference (Damages) | (943) | - | - | - | 27,658 | 771,886 |

Exhibit 83
Page 947
Exhibit 1327

Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.
Calculation of Alleged Damages - Narrative Wave, Inc.

EXHIBIT E

**Purpose:** To calculate alleged damages based on incubators fees charged to Narrative Wave, Inc.
**Source:** Quarterly Investor Reports, Annual Financial Statements, Deposition Testimony & Interviews with other experts

**Findings:**
Start: Narrative Wave started in August 2014. Fund II first invested in August 2014 and Incubator fees began August 2014.
The December 31, 2016 Fund Report stated there was a "strong (on track) outlook for this investment."  However, incubator fees were reduced from approx. $37,000 to approx. $14,000 beginning in July 2016.

*Calculation of Reasonable Incubator Expenses:*          Average Revenue Per Month:          $  -

| | 08/2014 | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 | 03/2016 | 04/2016 | 05/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 0 | 1 | 1 | 1 | 1 | | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | | 3 | 3 | 3 | 3 | 3 |
| Is Company in 1st Three Months? | Y | Y | Y | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | N | N | N |
| Does the Company have financing? | Y | N | N | N | Y | | Y | N | N | Y | N | Y | Y | Y | Y | Y | Y | Y | | Y | Y | Y | Y | Y |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | N | N | N |
| Does Company have Revenue? | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | N | N | N |
| **Estimated Reasonable Expenses:** | | | | | | | | | | | | | | | | | | | | | | | | |
| Finance & Accounting [1] | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 4,500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Human Resource [2] | - | 200 | 200 | 200 | 200 | 800 | 400 | 400 | 400 | 400 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 6,400 | 600 | 600 | 600 | 600 | 600 |
| Technology [3] | - | 250 | 250 | 250 | 250 | 1,000 | 500 | 500 | 500 | 500 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 8,000 | 750 | 750 | 750 | 750 | 750 |
| PR/Marketing [4] | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rent [5] | - | 525 | 525 | 525 | 525 | 2,100 | 1,050 | 1,050 | 1,050 | 1,050 | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 | 16,800 | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 |
| Legal [6] | 1,000 | 1,000 | 1,000 | 500 | 1,000 | 4,500 | 1,000 | 500 | 500 | 1,000 | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 10,500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Other [7] | - | 500 | 500 | 500 | 500 | 2,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 16,000 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| Total Estimated Reasonable Expense | 1,500 | 3,475 | 3,475 | 2,975 | 3,475 | 14,900 | 4,950 | 4,450 | 4,450 | 4,950 | 5,925 | 6,425 | 6,425 | 6,425 | 6,425 | 6,425 | 6,425 | 6,425 | 69,700 | 6,425 | 6,425 | 6,425 | 6,425 | 6,425 |
| **Actual Expenses Recorded:** | | | | | | | | | | | | | | | | | | | | | | | | |
| Incubator Expense/Shared Service | 30,000 | 30,000 | 30,000 | 30,500 | 33,500 | 154,000 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 402,000 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 |
| Rent | 2,500 | 2,500 | 2,500 | 2,000 | 2,000 | 11,500 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Marketing | 8,100 | 8,100 | 7,500 | 4,500 | 5,100 | 33,300 | 5,100 | 5,100 | 5,100 | 5,375 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,350 | 5,100 | 5,100 | 61,725 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 |
| Analysts & Research | 500 | 500 | 500 | 500 | 500 | 2,500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 | 500 | 500 | 500 | 500 | 500 |
| Consulting | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Actual Expense | 41,100 | 41,100 | 40,500 | 37,500 | 41,100 | 201,300 | 41,100 | 41,100 | 41,100 | 41,375 | 41,100 | 41,100 | 41,100 | 41,100 | 41,100 | 41,350 | 41,100 | 41,100 | 493,725 | 41,100 | 41,100 | 41,100 | 41,100 | 41,100 |
| Difference (Damages) | 39,600 | 37,625 | 37,025 | 34,525 | 37,625 | 186,400 | 36,150 | 36,650 | 36,650 | 36,425 | 35,175 | 34,675 | 34,675 | 34,675 | 34,675 | 34,925 | 34,675 | 34,675 | 424,025 | 34,675 | 34,675 | 34,675 | 34,675 | 34,675 |
| Frost VP Seed, LLC | - | - | - | - | - | | - | - | - | - | - | - | - | - | - | - | - | - | | - | - | - | - | - |
| Frost VP Early Stage Fund II | 250,000 | 250,000 | 250,000 | 250,000 | 500,000 | | 500,000 | 500,000 | 500,000 | 625,000 | 625,000 | 750,000 | 875,000 | 925,000 | 975,001 | 975,001 | 975,001 | 975,001 | | 975,001 | 975,001 | 975,001 | 975,001 | 975,001 |
| Total Debt & Equity | 250,000 | 250,000 | 250,000 | 250,000 | 500,400 | | 650,400 | 650,400 | 650,400 | 775,400 | 775,400 | 900,400 | 1,025,400 | 1,075,370 | 1,176,371 | 1,301,372 | 1,435,373 | 1,535,373 | | 1,635,374 | 1,669,374 | 1,769,374 | 1,839,212 | 1,937,723 |
| Seed Fund Investment % | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Fund II Investment % | 100.00% | 100.00% | 100.00% | 100.00% | 99.92% | | 76.88% | 76.88% | 76.88% | 80.60% | 80.60% | 83.30% | 85.33% | 86.02% | 82.88% | 74.92% | 67.93% | 63.50% | | 59.62% | 58.41% | 55.10% | 53.01% | 50.32% |
| Seed Fund Damages | - | - | - | - | - | | - | - | - | - | - | - | - | - | - | - | - | - | | - | - | - | - | - |
| Fund II Damages | 39,600 | 37,625 | 37,025 | 34,525 | 37,595 | 186,370 | 27,791 | 28,175 | 28,175 | 29,360 | 28,352 | 28,883 | 29,589 | 29,826 | 28,739 | 26,166 | 23,554 | 22,019 | 330,630 | 20,673 | 20,252 | 19,107 | 18,382 | 17,447 |
| **Frost VP Seed, LLC** | | | | | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Actual Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Difference (Damages) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Frost VP Early Stage Fund II** | | | | | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 1,500 | 3,475 | 3,475 | 2,975 | 3,472 | 14,897 | 3,805 | 3,421 | 3,421 | 3,990 | 4,776 | 5,352 | 5,483 | 5,527 | 5,325 | 4,814 | 4,364 | 4,080 | 54,357 | 3,831 | 3,753 | 3,540 | 3,406 | 3,233 |
| Actual Expense | 41,100 | 41,100 | 40,500 | 37,500 | 41,067 | 201,267 | 31,596 | 31,596 | 31,596 | 33,350 | 33,128 | 34,235 | 35,072 | 35,353 | 34,065 | 30,980 | 27,918 | 26,100 | 384,987 | 24,504 | 24,005 | 22,648 | 21,788 | 20,680 |
| Difference (Damages) | 39,600 | 37,625 | 37,025 | 34,525 | 37,595 | 186,370 | 27,791 | 28,175 | 28,175 | 29,360 | 28,352 | 28,883 | 29,589 | 29,826 | 28,739 | 26,166 | 23,554 | 22,019 | 330,630 | 20,673 | 20,252 | 19,107 | 18,382 | 17,447 |

[1] - See Assumptions Page
[2] - See Assumptions Page
[3] - See Assumptions Page
[4] - See Assumptions Page
[5] - See Assumptions Page
[6] - See Assumptions Page
[7] - See Assumptions Page

Exhibit 83
Page 948

Exhibit 1327

Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.
Calculation of Alleged Damages - Narrative Wave, Inc.

**EXHIBIT E**

*Calculation of Reasonable Incubator Expenses:*

| | 06/2016 | 07/2016 | 08/2016 | 09/2016 | 10/2016 | 11/2016 | 12/2016 | 2016 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 3 | 3 | 3 | 3 | 4 | 4 | 4 | | |
| Is Company in 1st Three Months? | N | N | N | N | N | N | N | | |
| Does the Company have financing? | Y | Y | Y | N | Y | N | N | | |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | N | N | N | N | | |
| Does Company have Revenue? | N | N | N | N | N | N | N | | |
| | | | | | | | | | |
| **Estimated Reasonable Expenses:** | | | | | | | | | |
| Finance & Accounting [1] | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 | 28,500 |
| Human Resource [2] | 600 | 600 | 600 | 600 | 800 | 800 | 800 | 7,800 | 15,000 |
| Technology [3] | 750 | 750 | 750 | 750 | 1,000 | 1,000 | 1,000 | 9,750 | 18,750 |
| PR/Marketing [4] | - | - | - | - | - | - | - | - | - |
| Rent [5] | 1,575 | 1,575 | 1,575 | 1,575 | 2,100 | 2,100 | 2,100 | 20,475 | 39,375 |
| Legal [6] | 1,000 | 1,000 | 1,000 | 500 | 1,000 | 500 | 500 | 10,500 | 25,500 |
| Other [7] | 1,500 | 1,500 | 1,500 | 1,500 | 2,000 | 2,000 | 2,000 | 19,500 | 37,500 |
| Total Estimated Reasonable Expense | 6,425 | 6,425 | 6,425 | 5,925 | 7,900 | 7,400 | 7,400 | 80,025 | 164,625 |
| | | | | | | | | | |
| **Actual Expenses Recorded:** | | | | | | | | | |
| Incubator Expense/Shared Service | 33,500 | 10,000 | (129,000) | 10,000 | 10,000 | 10,000 | 10,000 | 122,000 | 678,000 |
| Rent | 2,000 | - | (8,000) | - | - | - | - | 4,000 | 39,500 |
| Marketing | 5,100 | 5,100 | (30,600) | - | - | - | - | 5,100 | 100,125 |
| Analysts & Research | 500 | - | (2,000) | - | - | - | - | 1,000 | 9,500 |
| Consulting | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - |
| Total Actual Expense | 41,100 | 15,100 | (169,600) | 10,000 | 10,000 | 10,000 | 10,000 | 132,100 | 827,125 |
| | | | | | | | | | |
| Difference (Damages) | 34,675 | 8,675 | (176,025) | 4,075 | 2,100 | 2,600 | 2,600 | 52,075 | **662,500** |
| | | | | | | | | | |
| Frost VP Seed, LLC | - | - | - | - | - | - | - | | |
| Frost VP Early Stage Fund II | 975,001 | 975,001 | 975,001 | 975,001 | 975,001 | 975,001 | 975,001 | | |
| Total Debt & Equity | 2,025,345 | 2,267,380 | 3,266,389 | 3,266,389 | 3,266,676 | 3,266,676 | 3,266,676 | | |
| Seed Fund Investment % | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | | |
| Fund II Investment % | 48.14% | 43.00% | 29.85% | 29.85% | 29.85% | 29.85% | 29.85% | | |
| Seed Fund Damages | - | - | - | - | - | - | - | - | **-** |
| Fund II Damages | 16,693 | 3,730 | (52,543) | 1,216 | 627 | 776 | 776 | 67,137 | **584,137** |
| | | | | | | | | | |
| Frost VP Seed, LLC | | | | | | | | | |
| Estimated Reasonable Expense | - | - | - | - | - | - | - | - | **-** |
| Actual Expense | - | - | - | - | - | - | - | - | **-** |
| Difference (Damages) | - | - | - | - | - | - | - | - | **-** |
| | | | | | | | | | |
| Frost VP Early Stage Fund II | | | | | | | | | |
| Estimated Reasonable Expense | 3,093 | 2,763 | 1,918 | 1,769 | 2,358 | 2,209 | 2,209 | 34,080 | **103,334** |
| Actual Expense | 19,786 | 6,493 | (50,625) | 2,985 | 2,985 | 2,985 | 2,985 | 101,217 | **687,471** |
| Difference (Damages) | 16,693 | 3,730 | (52,543) | 1,216 | 627 | 776 | 776 | 67,137 | **584,137** |

[1] - See Assumptions Page
[2] - See Assumptions Page
[3] - See Assumptions Page
[4] - See Assumptions Page
[5] - See Assumptions Page
[6] - See Assumptions Page
[7] - See Assumptions Page

Exhibit 83
Page 949
Exhibit 1327

**Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.**
**Calculation of Alleged Damages - NeedleHawk, Inc.**

**EXHIBIT E**

**Purpose:** To calculate alleged damages based on incubators fees charged to NeedleHawk, Inc.
**Source:** Quarterly Investor Reports, Annual Financial Statements, Deposition Testimony & Interviews with other experts

**Findings:**
Start: Needlehawk (aka Newco 20) started in August 2014. Fund II first invested in August 2014 and Incubator fees began August 2014.
The March 31, 2015 Fund Report stated the company was not able to secure a customer for a proof of concept and the CEO role was transitioned to a Frost Data Capital General Manager.
The June 30, 2016 Fund Report stated the company was shut down and the Fund wrote off its investment.

*Calculation of Reasonable Incubator Expenses:*      Average Revenue Per Month:      $  -

| | 08/2014 | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 0 | 1 | 1 | 1 | 1 | | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Is Company in 1st Three Months? | Y | Y | Y | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | |
| Does the Company have financing? | Y | N | N | N | Y | | N | N | N | N | Y | N | N | N | N | N | Y | Y | | |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | |
| Does Company have Revenue? | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | |
| **Estimated Reasonable Expenses:** | | | | | | | | | | | | | | | | | | | | |
| Finance & Accounting [1] | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 4,500 | 1,000 | 1,000 | 500 | 500 | - | - | - | - | - | - | - | - | 3,000 | 7,500 |
| Human Resource [2] | - | 200 | 200 | 200 | 200 | 800 | 200 | 200 | - | - | - | - | - | - | - | - | - | - | 400 | 1,200 |
| Technology [3] | - | 250 | 250 | 250 | 250 | 1,000 | 250 | 250 | - | - | - | - | - | - | - | - | - | - | 500 | 1,500 |
| PR/Marketing [4] | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rent [5] | - | 525 | 525 | 525 | 525 | 2,100 | 525 | 525 | - | - | - | - | - | - | - | - | - | - | 1,050 | 3,150 |
| Legal [6] | 1,000 | 1,000 | 1,000 | 500 | 1,000 | 4,500 | 500 | 500 | 500 | 500 | - | - | - | - | - | - | - | - | 2,000 | 6,500 |
| Other [7] | - | 500 | 500 | 500 | 500 | 2,000 | 500 | 500 | - | - | - | - | - | - | - | - | - | - | 1,000 | 3,000 |
| Total Estimated Reasonable Expense | 1,500 | 3,475 | 3,475 | 2,975 | 3,475 | 14,900 | 2,975 | 2,975 | 1,000 | 1,000 | - | - | - | - | - | - | - | - | 7,950 | 22,850 |
| **Actual Expenses Recorded:** | | | | | | | | | | | | | | | | | | | | |
| Incubator Expense/Shared Service | 30,000 | 30,000 | 30,000 | 30,000 | 33,500 | 153,500 | 33,500 | 33,500 | 33,500 | 33,500 | - | - | - | - | - | - | - | (28,750) | 105,250 | 258,750 |
| Rent | 2,500 | 2,500 | 2,500 | 2,500 | 2,000 | 12,000 | 2,000 | 2,000 | 2,000 | 2,000 | - | - | - | - | - | - | - | - | 8,000 | 20,000 |
| Marketing | 8,100 | 8,100 | 7,500 | 7,500 | 5,749 | 36,949 | 5,100 | 5,100 | 5,100 | 6,327 | - | - | - | - | - | - | - | - | 21,627 | 58,576 |
| Analysts & Research | 500 | 500 | 500 | 500 | 500 | 2,500 | 500 | 500 | 500 | 500 | - | - | - | - | - | - | - | - | 2,000 | 4,500 |
| Consulting | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Actual Expense | 41,100 | 41,100 | 40,500 | 40,500 | 41,749 | 204,949 | 41,100 | 41,100 | 41,100 | 42,327 | - | - | - | - | - | - | - | (28,750) | 136,877 | 341,826 |
| Difference (Damages) | 39,600 | 37,625 | 37,025 | 37,525 | 38,274 | 190,049 | 38,125 | 38,125 | 40,100 | 41,327 | - | - | - | - | - | - | - | (28,750) | 128,927 | **318,976** |
| Frost VP Seed, LLC | - | - | - | - | - | | - | - | - | - | - | - | - | - | - | - | - | - | | |
| Frost VP Early Stage Fund II | 250,000 | 250,000 | 250,000 | 250,000 | 500,000 | | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | | |
| Total Debt & Equity | 250,000 | 250,000 | 250,000 | 250,000 | 500,445 | | 500,445 | 500,445 | 500,445 | 500,445 | 500,695 | 500,695 | 500,695 | 500,695 | 500,695 | 500,695 | 500,845 | 500,445 | | |
| Seed Fund Investment % | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | | |
| Fund II Investment % | 100.00% | 100.00% | 100.00% | 100.00% | 99.91% | | 99.91% | 99.91% | 99.91% | 99.91% | 99.86% | 99.86% | 99.86% | 99.86% | 99.86% | 99.86% | 99.83% | 99.91% | | |
| Seed Fund Damages | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Fund II Damages | 39,600 | 37,625 | 37,025 | 37,525 | 38,240 | 190,015 | 38,091 | 38,091 | 40,064 | 41,291 | - | - | - | - | - | - | - | (28,724) | 128,813 | **318,828** |
| Frost VP Seed, LLC | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Actual Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Difference (Damages) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Frost VP Early Stage Fund II | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 1,500 | 3,475 | 3,475 | 2,975 | 3,472 | 14,897 | 2,972 | 2,972 | 999 | 999 | - | - | - | - | - | - | - | - | 7,943 | **22,840** |
| Actual Expense | 41,100 | 41,100 | 40,500 | 40,500 | 41,712 | 204,912 | 41,063 | 41,063 | 41,063 | 42,290 | - | - | - | - | - | - | - | (28,724) | 136,756 | **341,667** |
| Difference (Damages) | 39,600 | 37,625 | 37,025 | 37,525 | 38,240 | 190,015 | 38,091 | 38,091 | 40,064 | 41,291 | - | - | - | - | - | - | - | (28,724) | 128,813 | **318,828** |

[1] - See Assumptions Page
[2] - See Assumptions Page
[3] - See Assumptions Page
[4] - See Assumptions Page
[5] - See Assumptions Page
[6] - See Assumptions Page
[7] - See Assumptions Page

Exhibit 83
Page 950
Exhibit 1327

Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.
Calculation of Alleged Damages - OspreyData, Inc.

**EXHIBIT E**

**Purpose:** To calculate alleged damages based on incubators fees charged to OspreyData, Inc.
**Source:** Quarterly Investor Reports, Deposition Testimony & Interviews with other experts

**Findings:**
Start: OspreyData, Inc. started in August 2013. The Seed Fund and Fund II first invested in September 2013 and Incubator fees began August 2013.

*Calculation of Reasonable Incubator Expenses:*    Average Revenue Per Month:    $    -

| | 8/2013 [10] | 09/2013 | 10/2013 | 11/2013 | 12/2013 | 2013 | 01/2014 | 02/2014 | 03/2014 | 04/2014 | 05/2014 | 06/2014 | 07/2014 | 08/2014 | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 1 | 1 | 1 | 1 | 1 | | 2 | 2 | 4 | 4 | 4 | 5 | 7 | 8 | 10 | 11 | 11 | 10 | | 10 | 10 | 12 | 12 | 13 |
| Is Company in 1st Three Months? | Y | Y | Y | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | N | N | N |
| Does the Company have financing? | Y | N | N | N | N | | N | N | Y | N | Y | N | Y | Y | N | Y | Y | Y | | Y | Y | Y | Y | N |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | N | N | N |
| Does Company have Revenue? | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | N | N | N |
| **Estimated Reasonable Expenses:** | | | | | | | | | | | | | | | | | | | | | | | | |
| Finance & Accounting [1] | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 5,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 2,000 | 2,000 | 2,000 | 3,500 | 3,500 | 2,000 | 21,000 | 2,000 | 2,000 | 3,500 | 3,500 | 3,500 |
| Human Resource [2] | 200 | 200 | 200 | 200 | 200 | 1,000 | 400 | 400 | 800 | 800 | 800 | 1,000 | 1,400 | 1,600 | 2,000 | 2,200 | 2,200 | 2,000 | 15,600 | 2,000 | 2,000 | 2,400 | 2,400 | 2,600 |
| Technology [3] | 250 | 250 | 250 | 250 | 250 | 1,250 | 500 | 500 | 1,000 | 1,000 | 1,000 | 1,250 | 1,750 | 2,000 | 2,500 | 2,750 | 2,750 | 2,500 | 19,500 | 2,500 | 2,500 | 3,000 | 3,000 | 3,250 |
| PR/Marketing [4] | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rent [5] | 525 | 525 | 525 | 525 | 525 | 2,625 | 1,050 | 1,050 | 2,100 | 2,100 | 2,100 | 2,625 | 3,675 | 4,200 | 5,250 | 5,775 | 5,775 | 5,250 | 40,950 | 5,250 | 5,250 | 6,300 | 6,300 | 6,825 |
| Legal [6] | 1,000 | 1,000 | 1,000 | 500 | 500 | 4,000 | 500 | 500 | 1,000 | 1,000 | 1,000 | 500 | 1,000 | 1,000 | 500 | 1,000 | 1,000 | 1,000 | 9,500 | 1,000 | 1,000 | 1,000 | 1,000 | 500 |
| Other [7] | 500 | 500 | 500 | 500 | 500 | 2,500 | 1,000 | 1,000 | 2,000 | 2,000 | 2,000 | 2,500 | 3,500 | 4,000 | 5,000 | 5,500 | 5,500 | 5,000 | 39,000 | 5,000 | 5,000 | 6,000 | 6,000 | 6,500 |
| Total Estimated Reasonable Expense | 3,475 | 3,475 | 3,475 | 2,975 | 2,975 | 16,375 | 4,450 | 4,450 | 7,900 | 7,400 | 7,900 | 8,875 | 13,325 | 14,800 | 17,250 | 20,725 | 20,725 | 17,750 | 145,550 | 17,750 | 17,750 | 22,200 | 22,200 | 23,175 |
| **Actual Expenses Recorded:** | | | | | | | | | | | | | | | | | | | | | | | | |
| Incubator Expense/Shared Service | 16,000 | 28,500 | 29,000 | 29,000 | 29,000 | 131,500 | 30,000 | 30,000 | 30,000 | 31,000 | 31,000 | 31,000 | 31,000 | 30,500 | 30,500 | 30,500 | 29,500 | 29,500 | 364,500 | 29,000 | 29,000 | 29,000 | 29,500 | 29,500 |
| Rent | 500 | 3,000 | 3,000 | 3,000 | 3,000 | 12,500 | 3,000 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 3,500 | 4,000 | 33,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Marketing | - | - | 500 | 500 | 500 | 1,500 | 500 | 3,000 | 3,000 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 4,500 | 4,500 | 5,100 | 51,200 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 |
| Analysts & Research | 500 | 1,500 | 1,500 | 1,500 | 1,500 | 6,500 | 1,500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 7,000 | 500 | 500 | 500 | 500 | 500 |
| Consulting | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Actual Expense | 17,000 | 33,000 | 34,000 | 34,000 | 34,000 | 152,000 | 35,000 | 36,000 | 36,000 | 39,100 | 39,100 | 39,100 | 39,100 | 38,600 | 38,600 | 38,000 | 38,000 | 39,100 | 455,700 | 39,600 | 39,600 | 39,600 | 40,100 | 40,100 |
| Difference (Damages) | 13,525 | 29,525 | 30,525 | 31,025 | 31,025 | 135,625 | 30,550 | 31,550 | 28,100 | 31,700 | 31,200 | 30,225 | 25,775 | 23,800 | 21,350 | 17,275 | 17,275 | 21,350 | 310,150 | 21,850 | 21,850 | 17,400 | 17,900 | 16,925 |
| Frost VP Seed, LLC | 235,000 | 235,000 | 235,000 | 235,000 | 235,000 | | 235,000 | 235,000 | 235,000 | 235,000 | 235,000 | 235,000 | 235,000 | 235,000 | 235,000 | 235,000 | 235,000 | 235,000 | | 235,000 | 235,000 | 235,000 | 235,000 | 235,000 |
| Frost VP Early Stage Fund II | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | | 250,000 | 250,000 | 500,000 | 500,000 | 500,000 | 750,000 | 750,000 | 1,000,000 | 1,250,000 | 1,250,000 | 1,500,000 | 1,525,792 | 1,775,793 | | 2,025,794 | 2,125,795 | 2,525,796 | 2,775,797 | 2,775,797 |
| Total Debt & Equity [8] | 841,401 | 841,401 | 841,401 | 841,401 | 841,401 | | 841,401 | 841,401 | 1,091,401 | 1,091,401 | 1,341,401 | 1,341,401 | 1,591,401 | 1,841,401 | 1,841,401 | 2,091,401 | 2,117,193 | 2,367,193 | | 2,617,193 | 2,717,193 | 3,117,193 | 3,367,193 | 3,367,193 |
| Seed Fund Investment % | 27.93% | 27.93% | 27.93% | 27.93% | 27.93% | | 27.93% | 27.93% | 21.53% | 21.53% | 17.52% | 17.52% | 14.77% | 12.76% | 12.76% | 11.24% | 11.10% | 9.93% | | 8.98% | 8.65% | 7.54% | 6.98% | 6.98% |
| Fund II Investment % | 29.71% | 29.71% | 29.71% | 29.71% | 29.71% | | 29.71% | 29.71% | 45.81% | 45.81% | 55.91% | 55.91% | 62.84% | 67.88% | 67.88% | 71.72% | 72.07% | 75.02% | | 77.40% | 78.23% | 81.03% | 82.44% | 82.44% |
| Seed Fund Damages | 3,777 | 8,246 | 8,526 | 8,665 | 8,665 | 37,880 | 8,532 | 8,812 | 6,050 | 6,826 | 5,466 | 5,295 | 3,806 | 3,037 | 2,725 | 1,941 | 1,917 | 2,119 | 56,528 | 1,962 | 1,890 | 1,312 | 1,249 | 1,181 |
| Fund II Damages | 4,019 | 8,773 | 9,070 | 9,218 | 9,218 | 40,297 | 9,077 | 9,374 | 12,873 | 14,523 | 17,444 | 16,899 | 16,196 | 16,156 | 14,493 | 12,390 | 12,450 | 16,016 | 167,892 | 16,913 | 17,094 | 14,099 | 14,756 | 13,952 |
| *Frost VP Seed, LLC* | | | | | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 971 | 971 | 971 | 831 | 831 | 4,573 | 1,243 | 1,243 | 1,701 | 1,593 | 1,384 | 1,555 | 1,968 | 1,889 | 2,201 | 2,329 | 2,300 | 1,762 | 21,168 | 1,594 | 1,535 | 1,674 | 1,549 | 1,617 |
| Actual Expense | 4,748 | 9,217 | 9,496 | 9,496 | 9,496 | 42,453 | 9,775 | 10,055 | 7,752 | 8,419 | 6,850 | 6,850 | 5,774 | 4,926 | 4,926 | 4,270 | 4,218 | 3,882 | 77,696 | 3,556 | 3,425 | 2,985 | 2,799 | 2,799 |
| Difference (Damages) | 3,777 | 8,246 | 8,526 | 8,665 | 8,665 | 37,880 | 8,532 | 8,812 | 6,050 | 6,826 | 5,466 | 5,295 | 3,806 | 3,037 | 2,725 | 1,941 | 1,917 | 2,119 | 56,528 | 1,962 | 1,890 | 1,312 | 1,249 | 1,181 |
| *Frost VP Early Stage Fund II* | | | | | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 1,033 | 1,033 | 1,033 | 884 | 884 | 4,865 | 1,322 | 1,322 | 3,619 | 3,390 | 4,417 | 4,962 | 8,373 | 10,047 | 11,710 | 14,864 | 14,936 | 13,315 | 92,278 | 13,739 | 13,887 | 17,988 | 18,301 | 19,105 |
| Actual Expense | 5,051 | 9,805 | 10,102 | 10,102 | 10,102 | 45,163 | 10,399 | 10,696 | 16,493 | 17,913 | 21,861 | 21,861 | 24,570 | 26,203 | 26,203 | 27,254 | 27,385 | 29,332 | 260,171 | 30,652 | 30,981 | 32,087 | 33,057 | 33,057 |
| Difference (Damages) | 4,019 | 8,773 | 9,070 | 9,218 | 9,218 | 40,297 | 9,077 | 9,374 | 12,873 | 14,523 | 17,444 | 16,899 | 16,196 | 16,156 | 14,493 | 12,390 | 12,450 | 16,016 | 167,892 | 16,913 | 17,094 | 14,099 | 14,756 | 13,952 |

[1] - See Assumptions Page
[2] - See Assumptions Page
[3] - See Assumptions Page
[4] - See Assumptions Page
[5] - See Assumptions Page
[6] - See Assumptions Page
[7] - See Assumptions Page
[8] - Due to limited financial records available for the company, it was assumed that when there was a change in equity during a quarter, the change occurred during the first month of the quarter. We also only had equity data for periods ended 12/31/14, 12/31/15, 1/31/16, 2/28/16 and 10/31/16. For all other periods, we only adjusted equity for changes made by the fund. There was also a convertible Note in October 2016. Since it is unknown when the convertible note was first recorded, we have assumed March 2016 as this would be the most coservative position related to damages.
[9] - Beginning in March 2016, it was agreed upon between the Incubator and OspreyData to reduce the incubator fee to $15,000 per month. We have therefore adjusted the reasonable fees to that level. Additionally, Hollencrest invested directly in OspreyData in December 2016 under the condition that incubator fees ceased. Therefore, consistent with actual charges, we have reduced the reasonable fees for December 2016 to $0.
[10] - Incubator fees were charged in August 2013, but company was not capitalized until September 2013. Seed Fund and Fund II's equity percentage will be applied to August 2013 consistent with September 2013.

Exhibit 83
Page 951
Exhibit 1327

**Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.**
**Calculation of Alleged Damages - OspreyData, Inc.**

**EXHIBIT E**

*Calculation of Reasonable Incubator Expenses:*

| | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 | 3/2016 [9] | 4/2016 [9] | 5/2016 [9] | 6/2016 [9] | 7/2016 [9] | 8/2016 [9] | 9/2016 [9] | 10/2016 [9] | 11/2016 [9] | 12/2016 [9] | 2016 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 12 | 12 | 12 | 12 | 13 | 12 | 12 | | 12 | 11 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | | |
| Is Company in 1st Three Months? | N | N | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | |
| Does the Company have financing? | Y | Y | Y | Y | N | N | Y | | Y | Y | Y | N | N | N | N | N | N | N | N | N | | |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | |
| Does Company have Revenue? | N | N | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | |

**Estimated Reasonable Expenses:**

| | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 | 3/2016 [9] | 4/2016 [9] | 5/2016 [9] | 6/2016 [9] | 7/2016 [9] | 8/2016 [9] | 9/2016 [9] | 10/2016 [9] | 11/2016 [9] | 12/2016 [9] | 2016 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Finance & Accounting [1] | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 39,000 | 3,500 | 3,500 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | - | 142,000 | 207,000 |
| Human Resource [2] | 2,400 | 2,400 | 2,400 | 2,400 | 2,600 | 2,400 | 2,400 | 28,400 | 2,400 | 2,200 | - | - | - | - | - | - | - | - | - | - | 4,600 | 49,600 |
| Technology [3] | 3,000 | 3,000 | 3,000 | 3,000 | 3,250 | 3,000 | 3,000 | 35,500 | 3,000 | 2,750 | - | - | - | - | - | - | - | - | - | - | 5,750 | 62,000 |
| PR/Marketing [4] | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rent [5] | 6,300 | 6,300 | 6,300 | 6,300 | 6,825 | 6,300 | 6,300 | 74,550 | 6,300 | 5,775 | - | - | - | - | - | - | - | - | - | - | 12,075 | 130,200 |
| Legal [6] | 1,000 | 1,000 | 1,000 | 1,000 | 500 | 500 | 1,000 | 10,500 | 1,000 | 1,000 | - | - | - | - | - | - | - | - | - | - | 2,000 | 26,000 |
| Other [7] | 6,000 | 6,000 | 6,000 | 6,000 | 6,500 | 6,000 | 6,000 | 71,000 | 6,000 | 5,500 | - | - | - | - | - | - | - | - | - | - | 11,500 | 124,000 |
| Total Estimated Reasonable Expense | 22,200 | 22,200 | 22,200 | 22,200 | 23,175 | 21,700 | 22,200 | 258,950 | 22,200 | 20,725 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | - | 177,925 | 598,800 |

**Actual Expenses Recorded:**

| | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 | 3/2016 [9] | 4/2016 [9] | 5/2016 [9] | 6/2016 [9] | 7/2016 [9] | 8/2016 [9] | 9/2016 [9] | 10/2016 [9] | 11/2016 [9] | 12/2016 [9] | 2016 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Incubator Expense/Shared Service | 29,500 | 29,500 | 29,500 | 29,500 | 29,500 | 29,500 | 29,500 | 352,500 | 29,500 | 29,500 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | - | 149,000 | 997,500 |
| Rent | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 60,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | - | 55,000 | 160,500 |
| Marketing | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 61,200 | 5,100 | - | - | - | - | - | - | - | - | - | - | - | 5,100 | 119,000 |
| Analysts & Research | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 | 500 | 500 | - | - | - | - | - | - | - | - | - | - | 1,000 | 20,500 |
| Consulting | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Actual Expense | 40,100 | 40,100 | 40,100 | 40,100 | 40,100 | 40,100 | 40,100 | 479,700 | 40,100 | 35,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | - | 210,100 | 1,297,500 |
| Difference (Damages) | 17,900 | 17,900 | 17,900 | 17,900 | 16,925 | 18,400 | 17,900 | 220,750 | 17,900 | 14,275 | - | - | - | - | - | - | - | - | - | - | 32,175 | 698,700 |

| | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 | 3/2016 [9] | 4/2016 [9] | 5/2016 [9] | 6/2016 [9] | 7/2016 [9] | 8/2016 [9] | 9/2016 [9] | 10/2016 [9] | 11/2016 [9] | 12/2016 [9] | 2016 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Frost VP Seed, LLC | 235,000 | 235,000 | 235,000 | 235,000 | 235,000 | 235,000 | 235,000 | | 235,000 | 235,000 | 235,000 | 235,000 | 235,000 | 235,000 | 235,000 | 235,000 | 235,000 | 235,000 | 235,000 | 235,000 | | |
| Frost VP Early Stage Fund II | 3,075,797 | 3,325,799 | 3,575,800 | 3,675,801 | 3,675,801 | 3,675,801 | 3,675,801 | | 3,675,801 | 3,675,801 | 3,675,801 | 3,675,801 | 3,675,801 | 3,675,801 | 3,675,801 | 3,675,801 | 3,675,801 | 3,675,801 | 3,675,801 | 3,675,801 | | |
| Total Debt & Equity [8] | 3,667,193 | 3,917,193 | 4,167,193 | 4,267,193 | 4,267,193 | 4,267,193 | 4,920,211 | | 5,100,212 | 5,100,335 | 6,718,537 | 6,718,537 | 6,718,537 | 6,718,537 | 6,718,537 | 6,718,537 | 6,718,537 | 6,718,537 | 6,718,537 | 6,718,537 | | |
| Seed Fund Investment % | 6.41% | 6.00% | 5.64% | 5.51% | 5.51% | 5.51% | 4.78% | | 4.61% | 4.61% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | | |
| Fund II Investment % | 83.87% | 84.90% | 85.81% | 86.14% | 86.14% | 86.14% | 74.71% | | 72.07% | 72.07% | 54.71% | 54.71% | 54.71% | 54.71% | 54.71% | 54.71% | 54.71% | 54.71% | 54.71% | 54.71% | | |
| Seed Fund Damages | 1,147 | 1,074 | 1,009 | 986 | 932 | 1,013 | 855 | 14,610 | 825 | 658 | - | - | - | - | - | - | - | - | - | - | 1,482 | 110,500 |
| Fund II Damages | 15,013 | 15,198 | 15,360 | 15,419 | 14,579 | 15,850 | 13,373 | 181,606 | 12,901 | 10,288 | - | - | - | - | - | - | - | - | - | - | 23,189 | 412,985 |

Frost VP Seed, LLC

| | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 | 3/2016 [9] | 4/2016 [9] | 5/2016 [9] | 6/2016 [9] | 7/2016 [9] | 8/2016 [9] | 9/2016 [9] | 10/2016 [9] | 11/2016 [9] | 12/2016 [9] | 2016 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Reasonable Expense | 1,423 | 1,332 | 1,252 | 1,223 | 1,276 | 1,195 | 1,060 | 16,730 | 1,023 | 955 | 525 | 525 | 525 | 525 | 525 | 525 | 525 | 525 | 525 | - | 6,700 | 49,171 |
| Actual Expense | 2,570 | 2,406 | 2,261 | 2,208 | 2,208 | 2,208 | 1,915 | 31,340 | 1,848 | 1,613 | 525 | 525 | 525 | 525 | 525 | 525 | 525 | 525 | 525 | - | 8,182 | 159,671 |
| Difference (Damages) | 1,147 | 1,074 | 1,009 | 986 | 932 | 1,013 | 855 | 14,610 | 825 | 658 | - | - | - | - | - | - | - | - | - | - | 1,482 | 110,500 |

Frost VP Early Stage Fund II

| | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 | 3/2016 [9] | 4/2016 [9] | 5/2016 [9] | 6/2016 [9] | 7/2016 [9] | 8/2016 [9] | 9/2016 [9] | 10/2016 [9] | 11/2016 [9] | 12/2016 [9] | 2016 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Reasonable Expense | 18,620 | 18,848 | 19,049 | 19,123 | 19,963 | 18,693 | 16,585 | 213,902 | 16,000 | 14,936 | 8,207 | 8,207 | 8,207 | 8,207 | 8,207 | 8,207 | 8,207 | 8,207 | 8,207 | - | 104,797 | 415,842 |
| Actual Expense | 33,633 | 34,046 | 34,409 | 34,543 | 34,543 | 34,543 | 29,958 | 395,508 | 28,901 | 25,224 | 8,207 | 8,207 | 8,207 | 8,207 | 8,207 | 8,207 | 8,207 | 8,207 | 8,207 | - | 127,985 | 828,827 |
| Difference (Damages) | 15,013 | 15,198 | 15,360 | 15,419 | 14,579 | 15,850 | 13,373 | 181,606 | 12,901 | 10,288 | - | - | - | - | - | - | - | - | - | - | 23,189 | 412,985 |

Exhibit 83
Page 952

Exhibit 1327

Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.
Calculation of Alleged Damages - Penzata, Inc.

**EXHIBIT E**

**Purpose:** To calculate alleged damages based on incubators fees charged to Penzata, Inc.
**Source:** Quarterly Investor Reports, Annual Financial Statements, Deposition Testimony & Interviews with other experts

**Findings:**
Start: Penzata started in April 2014. Fund II first invested in April 2014 and Incubator fees began April 2014.
The December 2015 Fund Report stated the Fund's investment was written down to zero and the 12/31/15 Audited Financial Statements confirmed the investment write-off.

*Calculation of Reasonable Incubator Expenses:*     Average Revenue Per Month:     $    -

| | 04/2014 | 05/2014 | 06/2014 | 07/2014 | 08/2014 | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 1 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 0 | 0 | 0 | | 0 |
| Is Company in 1st Three Months? | Y | Y | Y | N | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N |
| Does the Company have financing? | Y | N | N | Y | N | N | Y | Y | Y | | N | N | N | Y | N | Y | Y | Y | Y | N | N | N | | N |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | N | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N |
| Does Company have Revenue? | N | N | N | N | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N |
| **Estimated Reasonable Expenses:** | | | | | | | | | | | | | | | | | | | | | | | | |
| Finance & Accounting [1] | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 9,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | - | - | - | 9,000 | - |
| Human Resource [2] | 200 | 200 | 200 | 400 | 200 | 200 | 200 | 200 | 200 | 2,000 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 200 | - | - | - | 3,400 | - |
| Technology [3] | 250 | 250 | 250 | 500 | 250 | 250 | 250 | 250 | 250 | 2,500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 250 | - | - | - | 4,250 | - |
| PR/Marketing [4] | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rent [5] | 525 | 525 | 525 | 1,050 | 525 | 525 | 525 | 525 | 525 | 5,250 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 525 | - | - | - | 8,925 | - |
| Legal [6] | 1,000 | 1,000 | 1,000 | 1,000 | 500 | 500 | 1,000 | 1,000 | 1,000 | 8,000 | 500 | 500 | 500 | 1,000 | 500 | 1,000 | 1,000 | 1,000 | 1,000 | - | - | - | 7,000 | - |
| Other [7] | 500 | 500 | 500 | 1,000 | 500 | 500 | 500 | 500 | 500 | 5,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 500 | - | - | - | 8,500 | - |
| Total Estimated Reasonable Expense | 3,475 | 3,475 | 3,475 | 4,950 | 2,975 | 2,975 | 3,475 | 3,475 | 3,475 | 31,750 | 4,450 | 4,450 | 4,450 | 4,950 | 4,450 | 4,950 | 4,950 | 4,950 | 3,475 | - | - | - | 41,075 | - |
| **Actual Expenses Recorded:** | | | | | | | | | | | | | | | | | | | | | | | | |
| Incubator Expense/Shared Service | 34,500 | 30,500 | 30,500 | 30,500 | 30,000 | 30,000 | 30,000 | 31,000 | 34,000 | 281,000 | 33,500 | 33,500 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 10,500 | 12,500 | - | - | - | 255,000 | - |
| Rent | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 1,500 | 1,500 | 20,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 1,000 | 1,000 | - | - | - | 19,500 | - |
| Marketing | 2,500 | 8,100 | 8,100 | 8,100 | 8,100 | 8,100 | 7,500 | 7,500 | 5,100 | 63,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | - | - | - | - | - | 35,700 | - |
| Analysts & Research | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 4,500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | - | - | - | 4,500 | - |
| Consulting | - | - | - | 1,667 | 1,667 | 1,667 | 1,667 | 1,667 | 1,667 | 10,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Actual Expense | 40,000 | 41,600 | 41,600 | 43,267 | 42,767 | 42,767 | 42,167 | 42,167 | 42,767 | 379,100 | 41,600 | 41,600 | 41,100 | 41,100 | 41,100 | 41,100 | 41,100 | 12,000 | 14,000 | - | - | - | 314,700 | - |
| Difference (Damages) | 36,525 | 38,125 | 38,125 | 38,317 | 39,792 | 39,792 | 38,692 | 38,692 | 39,292 | 347,350 | 37,150 | 37,150 | 36,650 | 36,150 | 36,650 | 36,150 | 36,150 | 7,050 | 10,525 | - | - | - | 273,625 | - |
| Frost VP Seed, LLC | - | - | - | - | - | - | - | - | - | | - | - | - | - | - | - | - | - | - | - | - | - | | - |
| Frost VP Early Stage Fund II | 250,000 | 250,000 | 250,000 | 375,000 | 375,000 | 375,000 | 500,000 | 750,000 | 750,000 | | 750,000 | 750,000 | 750,000 | 875,000 | 875,000 | 975,000 | 1,025,001 | 1,075,001 | 1,125,001 | 1,125,001 | 1,125,001 | 1,125,001 | | 1,125,001 |
| Total Debt & Equity [8] | 250,000 | 250,000 | 250,000 | 375,000 | 375,000 | 375,000 | 500,000 | 849,975 | 950,375 | | 950,375 | 950,375 | 950,375 | 1,075,375 | 1,075,375 | 1,175,375 | 1,225,376 | 1,275,376 | 1,325,346 | 1,325,346 | 1,325,346 | 1,325,346 | | 1,325,346 |
| Seed Fund Investment % | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | | 0.00% |
| Fund II Investment % | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 88.24% | 78.92% | | 78.92% | 78.92% | 78.92% | 81.37% | 81.37% | 82.95% | 83.65% | 84.29% | 84.88% | 84.88% | 84.88% | 84.88% | | 84.88% |
| Seed Fund Damages | - | - | - | - | - | - | - | - | - | | - | - | - | - | - | - | - | - | - | - | - | - | | - |
| Fund II Damages | 36,525 | 38,125 | 38,125 | 38,317 | 39,792 | 39,792 | 38,692 | 34,141 | 31,008 | 334,515 | 29,317 | 29,317 | 28,923 | 29,414 | 29,821 | 29,987 | 30,239 | 5,942 | 8,934 | - | - | - | 221,895 | - |
| *Frost VP Seed, LLC* | | | | | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | - | - | - | - | - | - | - | - | - | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Actual Expense | - | - | - | - | - | - | - | - | - | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Difference (Damages) | - | - | - | - | - | - | - | - | - | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| *Frost VP Early Stage Fund II* | | | | | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 3,475 | 3,475 | 3,475 | 4,950 | 2,975 | 2,975 | 3,475 | 3,066 | 2,742 | 30,609 | 3,512 | 3,512 | 3,512 | 4,028 | 3,621 | 4,106 | 4,141 | 4,172 | 2,950 | - | - | - | 33,553 | - |
| Actual Expense | 40,000 | 41,600 | 41,600 | 43,267 | 42,767 | 42,767 | 42,167 | 37,207 | 33,750 | 365,124 | 32,829 | 32,829 | 32,435 | 33,442 | 33,442 | 34,093 | 34,379 | 10,115 | 11,884 | - | - | - | 255,448 | - |
| Difference (Damages) | 36,525 | 38,125 | 38,125 | 38,317 | 39,792 | 39,792 | 38,692 | 34,141 | 31,008 | 334,515 | 29,317 | 29,317 | 28,923 | 29,414 | 29,821 | 29,987 | 30,239 | 5,942 | 8,934 | - | - | - | 221,895 | - |

[1] - See Assumptions Page
[2] - See Assumptions Page
[3] - See Assumptions Page
[4] - See Assumptions Page
[5] - See Assumptions Page
[6] - See Assumptions Page
[7] - See Assumptions Page
[8] - Between 6/2014 and 10/2014, Penzata's books showed total debt and equity of less than Fund II's debt and equity.  We have threfore adjusted the Total debt and equity to equal the Fund II amount.

Exhibit 83
Page 953

Exhibit 1327

Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.
Calculation of Alleged Damages - Penzata, Inc.

**EXHIBIT E**

*Calculation of Reasonable Incubator Expenses:*

| | 02/2016 | 03/2016 | 04/2016 | 05/2016 | 06/2016 | 2016 | Grand Total |
|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 0 | 0 | 0 | 0 | 0 | | |
| Is Company in 1st Three Months? | N | N | N | N | N | | |
| Does the Company have financing? | N | N | N | N | N | | |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | N | N | | |
| Does Company have Revenue? | N | N | N | N | N | | |
| | | | | | | | |
| **Estimated Reasonable Expenses:** | | | | | | | |
| Finance & Accounting [1] | - | - | - | - | - | - | 18,000 |
| Human Resource [2] | - | - | - | - | - | - | 5,400 |
| Technology [3] | - | - | - | - | - | - | 6,750 |
| PR/Marketing [4] | - | - | - | - | - | - | - |
| Rent [5] | - | - | - | - | - | - | 14,175 |
| Legal [6] | - | - | - | - | - | - | 15,000 |
| Other [7] | - | - | - | - | - | - | 13,500 |
| Total Estimated Reasonable Expense | - | - | - | - | - | - | 72,825 |
| | | | | | | | |
| **Actual Expenses Recorded:** | | | | | | | |
| Incubator Expense/Shared Service | 5,000 | - | - | - | - | 5,000 | 541,000 |
| Rent | - | - | - | - | - | - | 40,000 |
| Marketing | - | - | - | - | - | - | 98,800 |
| Analysts & Research | - | - | - | - | - | - | 9,000 |
| Consulting | - | - | - | - | - | - | 10,000 |
| Other | - | - | - | - | 2,421 | 2,421 | 2,421 |
| Total Actual Expense | 5,000 | - | - | - | 2,421 | 7,421 | 701,221 |
| | | | | | | | |
| Difference (Damages) | 5,000 | - | - | - | 2,421 | 7,421 | **628,396** |
| | | | | | | | |
| Frost VP Seed, LLC | - | - | - | - | - | | |
| Frost VP Early Stage Fund II | 1,125,001 | 1,125,001 | 1,125,001 | 1,125,001 | 1,125,001 | | |
| Total Debt & Equity [8] | 1,325,346 | 1,325,346 | 1,325,346 | 1,325,346 | 1,325,346 | | |
| Seed Fund Investment % | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | | |
| Fund II Investment % | 84.88% | 84.88% | 84.88% | 84.88% | 84.88% | | |
| Seed Fund Damages | - | - | - | - | - | - | **-** |
| Fund II Damages | 4,244 | - | - | - | 2,055 | 6,299 | **562,709** |
| | | | | | | | |
| Frost VP Seed, LLC | | | | | | | |
| Estimated Reasonable Expense | - | - | - | - | - | - | **-** |
| Actual Expense | - | - | - | - | - | - | **-** |
| Difference (Damages) | - | - | - | - | - | - | **-** |
| | | | | | | | |
| Frost VP Early Stage Fund II | | | | | | | |
| Estimated Reasonable Expense | - | - | - | - | - | - | **64,161** |
| Actual Expense | 4,244 | - | - | - | 2,055 | 6,299 | **626,870** |
| Difference (Damages) | 4,244 | - | - | - | 2,055 | 6,299 | **562,709** |

Exhibit 83
Page 954

Exhibit 1327

Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.
Calculation of Alleged Damages - Ping Things, Inc.

EXHIBIT E

**Purpose:** To calculate alleged damages based on incubators fees charged to Ping Things, Inc.
**Source:** Quarterly Investor Reports, Deposition Testimony & Interviews with other experts

**Findings:**
Start: Ping Things, Inc. started in April 2014. Fund II first invested in April 2014 and Incubator fees began April 2014.
There was limited financial information available for this company. Refer to Footnote [8] regarding equity assumptions.

*Calculation of Reasonable Incubator Expenses:*                    Average Revenue Per Month:    $    -

| | 04/2014 | 05/2014 | 06/2014 | 07/2014 | 08/2014 | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | 3 | 4 | 4 | 4 | 4 | 5 | 5 | 5 | 2 | 2 | 2 | 2 | | 2 |
| Is Company in 1st Three Months? | Y | Y | Y | N | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N |
| Does the Company have financing? | Y | N | N | Y | N | N | Y | N | Y | | N | Y | N | N | N | N | N | N | N | N | N | N | | N |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | N | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N |
| Does Company have Revenue? | N | N | N | N | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N |

**Estimated Reasonable Expenses:**

| | 04/2014 | 05/2014 | 06/2014 | 07/2014 | 08/2014 | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Finance & Accounting [1] | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 9,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 | 1,000 |
| Human Resource [2] | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 3,600 | 600 | 800 | 800 | 800 | 800 | 1,000 | 1,000 | 1,000 | 400 | 400 | 400 | 400 | 8,400 | 400 |
| Technology [3] | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 4,500 | 750 | 1,000 | 1,000 | 1,000 | 1,000 | 1,250 | 1,250 | 1,250 | 500 | 500 | 500 | 500 | 10,500 | 500 |
| PR/Marketing [4] | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rent [5] | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 9,450 | 1,575 | 2,100 | 2,100 | 2,100 | 2,100 | 2,625 | 2,625 | 2,625 | 1,050 | 1,050 | 1,050 | 1,050 | 22,050 | 1,050 |
| Legal [6] | 1,000 | 1,000 | 1,000 | 1,000 | 500 | 500 | 1,000 | 500 | 1,000 | 7,500 | 500 | 1,000 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,500 | 500 |
| Other [7] | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 9,000 | 1,500 | 2,000 | 2,000 | 2,000 | 2,000 | 2,500 | 2,500 | 2,500 | 1,000 | 1,000 | 1,000 | 1,000 | 21,000 | 1,000 |
| Total Estimated Reasonable Expense | 4,950 | 4,950 | 4,950 | 4,950 | 4,450 | 4,450 | 4,950 | 4,450 | 4,950 | 43,050 | 5,925 | 7,900 | 7,400 | 7,400 | 7,400 | 8,875 | 8,875 | 8,875 | 4,450 | 4,450 | 4,450 | 4,450 | 80,450 | 4,450 |

**Actual Expenses Recorded:**

| | 04/2014 | 05/2014 | 06/2014 | 07/2014 | 08/2014 | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Incubator Expense/Shared Service | 34,000 | 30,500 | 30,500 | 30,500 | 30,000 | 30,000 | 30,000 | 30,500 | 33,500 | 279,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 402,000 | 33,500 |
| Rent | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,000 | 2,000 | 21,500 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 | 2,000 |
| Marketing | 3,000 | 8,100 | 8,100 | 8,100 | 8,100 | 8,100 | 7,500 | 7,500 | 5,100 | 63,600 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 61,200 | - |
| Analysts & Research | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 4,500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 | 500 |
| Consulting | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Actual Expense | 40,000 | 41,600 | 41,600 | 41,600 | 41,100 | 41,100 | 40,500 | 40,500 | 41,100 | 369,100 | 41,100 | 41,100 | 41,100 | 41,100 | 41,100 | 41,100 | 41,100 | 41,100 | 41,100 | 41,100 | 41,100 | 41,100 | 493,200 | 36,000 |
| Difference (Damages) | 35,050 | 36,650 | 36,650 | 36,650 | 36,650 | 36,650 | 35,550 | 36,050 | 36,150 | 326,050 | 35,175 | 33,200 | 33,700 | 33,700 | 33,700 | 32,225 | 32,225 | 32,225 | 36,650 | 36,650 | 36,650 | 36,650 | 412,750 | 31,550 |

| | 04/2014 | 05/2014 | 06/2014 | 07/2014 | 08/2014 | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Frost VP Seed, LLC | - | - | - | - | - | - | - | - | - | | - | - | - | - | - | - | - | - | - | - | - | - | | - |
| Frost VP Early Stage Fund II | 250,000 | 250,000 | 250,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 750,000 | | 750,000 | 1,252,417 | 1,252,417 | 1,252,417 | 1,252,417 | 1,252,417 | 1,252,417 | 1,252,417 | 1,252,417 | 1,252,417 | 1,252,417 | 1,252,417 | | 1,252,417 |
| Total Debt & Equity [8] | 250,000 | 250,000 | 250,000 | 525,000 | 525,000 | 525,000 | 762,239 | 762,239 | 1,012,239 | | 1,012,239 | 1,514,656 | 1,514,656 | 1,514,656 | 1,514,656 | 1,514,656 | 1,514,656 | 1,514,656 | 1,514,656 | 1,514,656 | 1,514,656 | 1,514,656 | | 1,514,656 |
| Seed Fund Investment % | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | | 0.00% |
| Fund II Investment % | 100.00% | 100.00% | 100.00% | 95.24% | 95.24% | 95.24% | 65.60% | 65.60% | 74.09% | | 74.09% | 82.69% | 82.69% | 82.69% | 82.69% | 82.69% | 82.69% | 82.69% | 82.69% | 82.69% | 82.69% | 82.69% | | 82.69% |
| Seed Fund Damages | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Fund II Damages | 35,050 | 36,650 | 36,650 | 34,905 | 34,905 | 34,905 | 23,319 | 23,647 | 26,785 | 286,816 | 26,062 | 27,452 | 27,865 | 27,865 | 27,865 | 26,646 | 26,646 | 26,646 | 30,305 | 30,305 | 30,305 | 30,305 | 338,266 | 26,088 |

| Frost VP Seed, LLC | 04/2014 | 05/2014 | 06/2014 | 07/2014 | 08/2014 | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Reasonable Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Actual Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Difference (Damages) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

| Frost VP Early Stage Fund II | 04/2014 | 05/2014 | 06/2014 | 07/2014 | 08/2014 | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Reasonable Expense | 4,950 | 4,950 | 4,950 | 4,714 | 4,238 | 4,238 | 3,247 | 2,919 | 3,668 | 37,874 | 4,390 | 6,532 | 6,119 | 6,119 | 6,119 | 7,338 | 7,338 | 7,338 | 3,680 | 3,680 | 3,680 | 3,680 | 66,012 | 3,680 |
| Actual Expense | 40,000 | 41,600 | 41,600 | 39,619 | 39,143 | 39,143 | 26,566 | 26,566 | 30,452 | 324,690 | 30,452 | 33,984 | 33,984 | 33,984 | 33,984 | 33,984 | 33,984 | 33,984 | 33,984 | 33,984 | 33,984 | 33,984 | 404,278 | 29,767 |
| Difference (Damages) | 35,050 | 36,650 | 36,650 | 34,905 | 34,905 | 34,905 | 23,319 | 23,647 | 26,785 | 286,816 | 26,062 | 27,452 | 27,865 | 27,865 | 27,865 | 26,646 | 26,646 | 26,646 | 30,305 | 30,305 | 30,305 | 30,305 | 338,266 | 26,088 |

[1] - See Assumptions Page
[2] - See Assumptions Page
[3] - See Assumptions Page
[4] - See Assumptions Page
[5] - See Assumptions Page
[6] - See Assumptions Page
[7] - See Assumptions Page
[8] Due to limited financial records available for the company, we did not have access to each month's Balance Sheets. It was assumed that when there was a change in equity during a quarter, the change occurred during the first month of the quarter. Also, we utilized the Balance Sheets available (6/2014, 9/2014, 12/2014 and 1/2015) and in instances where Balance Sheets were unavailable, if there was a change in the Fund's debt or equity, this change was also applied to the total debt and equity of the Company.

Exhibit 83
Page 955
Exhibit 1327

Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.
Calculation of Alleged Damages - Ping Things, Inc.

Case 8:19-cv-01559-SPG-JDE    Document 44-8    Filed 03/26/21    Page 249 of 285
Page ID #:1606

**EXHIBIT E**

### *Calculation of Reasonable Incubator Expenses:*

| | 02/2016 | 03/2016 | 04/2016 | 05/2016 | 06/2016 | 2016 | Grand Total |
|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 2 | 2 | 0 | 0 | 0 | | |
| Is Company in 1st Three Months? | N | N | N | N | N | | |
| Does the Company have financing? | N | N | N | N | N | | |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | N | N | | |
| Does Company have Revenue? | N | N | N | N | N | | |
| | | | | | | | |
| **Estimated Reasonable Expenses:** | | | | | | | |
| Finance & Accounting [1] | 1,000 | 1,000 | - | - | - | 3,000 | 24,000 |
| Human Resource [2] | 400 | 400 | - | - | - | 1,200 | 13,200 |
| Technology [3] | 500 | 500 | - | - | - | 1,500 | 16,500 |
| PR/Marketing [4] | - | - | - | - | - | - | - |
| Rent [5] | 1,050 | 1,050 | - | - | - | 3,150 | 34,650 |
| Legal [6] | 500 | 500 | - | - | - | 1,500 | 15,500 |
| Other [7] | 1,000 | 1,000 | - | - | - | 3,000 | 33,000 |
| Total Estimated Reasonable Expense | 4,450 | 4,450 | - | - | - | 13,350 | 136,850 |
| | | | | | | | |
| **Actual Expenses Recorded:** | | | | | | | |
| Incubator Expense/Shared Service | 33,500 | 33,500 | - | - | - | 100,500 | 782,000 |
| Rent | 2,000 | 2,000 | - | - | - | 6,000 | 51,500 |
| Marketing | - | - | - | - | - | - | 124,800 |
| Analysts & Research | 500 | 500 | - | - | - | 1,500 | 12,000 |
| Consulting | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - |
| Total Actual Expense | 36,000 | 36,000 | - | - | - | 108,000 | 970,300 |
| | | | | | | | |
| Difference (Damages) | 31,550 | 31,550 | - | - | - | 94,650 | **833,450** |
| | | | | | | | |
| Frost VP Seed, LLC | - | - | - | - | - | | |
| Frost VP Early Stage Fund II | 1,252,417 | 1,252,417 | 1,252,417 | 1,252,417 | 1,252,417 | | |
| Total Debt & Equity [8] | 1,514,656 | 1,514,656 | 1,514,656 | 1,514,656 | 1,514,656 | | |
| Seed Fund Investment % | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | | |
| Fund II Investment % | 82.69% | 82.69% | 82.69% | 82.69% | 82.69% | | |
| Seed Fund Damages | - | - | - | - | - | - | **-** |
| Fund II Damages | 26,088 | 26,088 | - | - | - | 78,263 | **703,345** |
| | | | | | | | |
| Frost VP Seed, LLC | | | | | | | |
| Estimated Reasonable Expense | - | - | - | - | - | - | **-** |
| Actual Expense | - | - | - | - | - | - | **-** |
| Difference (Damages) | - | - | - | - | - | - | **-** |
| | | | | | | | |
| Frost VP Early Stage Fund II | | | | | | | |
| Estimated Reasonable Expense | 3,680 | 3,680 | - | - | - | 11,039 | **114,925** |
| Actual Expense | 29,767 | 29,767 | - | - | - | 89,302 | **818,270** |
| Difference (Damages) | 26,088 | 26,088 | - | - | - | 78,263 | **703,345** |

Exhibit 83
Page 956
Exhibit 1327

**Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.**
**Calculation of Alleged Damages - Pinscriptive, Inc.**

EXHIBIT E

**Purpose:** To calculate alleged damages based on incubators fees charged to Pinscriptive, Inc.
**Source:** Quarterly Investor Reports, Annual Financial Statements, Deposition Testimony & Interviews with other experts

**Findings:**
Start: Pinscriptive, Inc. (aka Newco 24) started in February 2015. Fund II first invested in February 2015 and Incubator fees began February 2015.

*Calculation of Reasonable Incubator Expenses:*        Average Revenue Per Month:    $ 25,000

| | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 | 03/2016 | 04/2016 | 05/2016 | 06/2016 | 07/2016 | 08/2016 | 09/2016 | 10/2016 | 11/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 0 | 0 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Is Company in 1st Three Months? | N | Y | Y | Y | N | N | N | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N |
| Does the Company have financing? | N | Y | Y | N | N | Y | N | N | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y | Y | N | N | N | Y |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | N | N | N | N | N | N | Y | Y | Y |
| Does Company have Revenue? | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N |

**Estimated Reasonable Expenses:**

| | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 | 03/2016 | 04/2016 | 05/2016 | 06/2016 | 07/2016 | 08/2016 | 09/2016 | 10/2016 | 11/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Finance & Accounting [1] | - | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 10,500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Human Resource [2] | - | - | 200 | 200 | 200 | 200 | 400 | 400 | 400 | 400 | 400 | 400 | 3,200 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 |
| Technology [3] | - | - | 250 | 250 | 250 | 250 | 500 | 500 | 500 | 500 | 500 | 500 | 4,000 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| PR/Marketing [4] | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 2,500 | 2,500 | 2,500 |
| Rent [5] | - | - | 525 | 525 | 525 | 525 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 8,400 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 |
| Legal [6] | - | 1,000 | 1,000 | 1,000 | 500 | 1,000 | 500 | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 9,500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 500 | 500 | 500 | 1,000 |
| Other [7] | - | - | 500 | 500 | 500 | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 8,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Total Estimated Reasonable Expense | - | 1,500 | 3,475 | 3,475 | 2,975 | 3,475 | 4,450 | 4,450 | 4,950 | 4,950 | 4,950 | 4,950 | 43,600 | 4,950 | 4,950 | 4,950 | 4,950 | 4,950 | 4,950 | 4,950 | 4,450 | 6,950 | 6,950 | 7,450 |

**Actual Expenses Recorded:**

| | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 | 03/2016 | 04/2016 | 05/2016 | 06/2016 | 07/2016 | 08/2016 | 09/2016 | 10/2016 | 11/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Incubator Expense/Shared Service | - | 16,750 | 33,000 | 33,000 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 350,750 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 27,500 | 27,500 |
| Rent | - | 1,000 | 2,500 | 2,500 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 22,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Marketing | - | 7,500 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 58,500 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | - | - | - | - |
| Analysts & Research | - | 250 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 5,250 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | - | 500 | 500 | 500 |
| Consulting | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Adjustment for Amount not Paid | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (24,000) | (36,000) | (36,000) | (36,000) | - | - | - |
| Total Actual Expense | - | 25,500 | 41,100 | 41,100 | 41,100 | 41,100 | 41,100 | 41,100 | 41,100 | 41,100 | 41,100 | 41,100 | 436,500 | 41,100 | 41,100 | 41,100 | 41,100 | 17,100 | 5,100 | 5,100 | - | 36,000 | 30,000 | 30,000 |
| Difference (Damages) | - | 24,000 | 37,625 | 37,625 | 38,125 | 37,625 | 36,650 | 36,650 | 36,150 | 36,150 | 36,150 | 36,150 | 392,900 | 36,150 | 36,150 | 36,150 | 36,150 | 12,150 | 150 | 150 | (4,450) | 29,050 | 23,050 | 22,550 |

| | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 | 03/2016 | 04/2016 | 05/2016 | 06/2016 | 07/2016 | 08/2016 | 09/2016 | 10/2016 | 11/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Frost VP Seed, LLC | | - | - | - | - | - | - | - | - | - | - | - | - | | - | - | - | - | - | - | - | - | - | - | - |
| Frost VP Early Stage Fund II | | 26,591 | 250,000 | 250,000 | 250,000 | 500,001 | 500,001 | 500,001 | 550,001 | 550,001 | 550,001 | 550,001 | | 550,001 | 550,001 | 550,001 | 550,001 | 550,001 | 550,001 | 550,001 | 550,001 | 550,001 | 550,001 | 550,001 |
| Total Debt & Equity | | 26,591 | 250,000 | 250,000 | 250,000 | 500,001 | 500,001 | 500,001 | 590,001 | 690,002 | 790,003 | 905,449 | | 1,005,449 | 1,025,449 | 1,138,249 | 1,204,449 | 1,278,450 | 1,356,451 | 1,795,452 | 1,795,452 | 1,795,452 | 1,795,452 | 2,045,452 |
| Seed Fund Investment % | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Fund II Investment % | | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 93.22% | 79.71% | 69.62% | 60.74% | | 54.70% | 53.64% | 48.32% | 45.66% | 43.02% | 40.55% | 30.63% | 30.63% | 30.63% | 30.63% | 26.89% |
| Seed Fund Damages | | - | - | - | - | - | - | - | - | - | - | - | | - | - | - | - | - | - | - | - | - | - | - |
| Fund II Damages | | 24,000 | 37,625 | 37,625 | 38,125 | 37,625 | 36,650 | 36,650 | 33,699 | 28,815 | 25,168 | 21,959 | 357,941 | 19,775 | 19,389 | 17,468 | 16,508 | 5,227 | 61 | 46 | (1,363) | 8,899 | 7,061 | 6,063 |

| Frost VP Seed, LLC | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 | 03/2016 | 04/2016 | 05/2016 | 06/2016 | 07/2016 | 08/2016 | 09/2016 | 10/2016 | 11/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Reasonable Expense | - | - | - | - | - | - | - | - | - | - | - | - | | - | - | - | - | - | - | - | - | - | - | - |
| Actual Expense | - | - | - | - | - | - | - | - | - | - | - | - | | - | - | - | - | - | - | - | - | - | - | - |
| Difference (Damages) | - | - | - | - | - | - | - | - | - | - | - | - | | - | - | - | - | - | - | - | - | - | - | - |

| Frost VP Early Stage Fund II | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 | 03/2016 | 04/2016 | 05/2016 | 06/2016 | 07/2016 | 08/2016 | 09/2016 | 10/2016 | 11/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Reasonable Expense | | 1,500 | 3,475 | 3,475 | 2,975 | 3,475 | 4,450 | 4,450 | 4,614 | 3,946 | 3,446 | 3,007 | 38,813 | 2,708 | 2,655 | 2,392 | 2,260 | 2,130 | 2,007 | 1,516 | 1,363 | 2,129 | 2,129 | 2,003 |
| Actual Expense | | 25,500 | 41,100 | 41,100 | 41,100 | 41,100 | 41,100 | 41,100 | 38,314 | 32,761 | 28,614 | 24,966 | 396,754 | 22,483 | 22,044 | 19,859 | 18,768 | 7,357 | 2,068 | 1,562 | - | 11,028 | 9,190 | 8,067 |
| Difference (Damages) | | 24,000 | 37,625 | 37,625 | 38,125 | 37,625 | 36,650 | 36,650 | 33,699 | 28,815 | 25,168 | 21,959 | 357,941 | 19,775 | 19,389 | 17,468 | 16,508 | 5,227 | 61 | 46 | (1,363) | 8,899 | 7,061 | 6,063 |

[1] - See Assumptions Page
[2] - See Assumptions Page
[3] - See Assumptions Page
[4] - See Assumptions Page
[5] - See Assumptions Page
[6] - See Assumptions Page
[7] - See Assumptions Page

Exhibit 83
Page 957

Exhibit 1327

Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.
Calculation of Alleged Damages - Pinscriptive, Inc.

Case 8:19-cv-01559-SPG-JDE    Document 44-8    Filed 03/26/21    Page 251 of 285
Page ID #:1608

**EXHIBIT E**

**_Calculation of Reasonable Incubator Expenses:_**

|  | 12/2016 | 2016 | Grand Total |
|---|---|---|---|
| Estimated Number of Employees (by month): | 2 | | |
| Is Company in 1st Three Months? | N | | |
| Does the Company have financing? | N | | |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | | |
| Does Company have Revenue? | Y | | |
| | | | |
| **Estimated Reasonable Expenses:** | | | |
| Finance & Accounting [1] | 2,000 | 13,000 | 23,500 |
| Human Resource [2] | 400 | 4,800 | 8,000 |
| Technology [3] | 500 | 6,000 | 10,000 |
| PR/Marketing [4] | 1,000 | 8,500 | 8,500 |
| Rent [5] | 1,050 | 12,600 | 21,000 |
| Legal [6] | 1,000 | 10,500 | 20,000 |
| Other [7] | 1,000 | 12,000 | 20,000 |
| Total Estimated Reasonable Expense | 6,950 | 67,400 | 111,000 |
| | | | |
| **Actual Expenses Recorded:** | | | |
| Incubator Expense/Shared Service | 27,500 | 384,000 | 734,750 |
| Rent | 2,000 | 24,000 | 46,000 |
| Marketing | - | 35,700 | 94,200 |
| Analysts & Research | 500 | 6,000 | 11,250 |
| Consulting | - | - | - |
| Other | - | - | - |
| Adjustment for Amount not Paid | - | (132,000) | (132,000) |
| Total Actual Expense | 30,000 | 317,700 | 754,200 |
| | | | |
| Difference (Damages) | 23,050 | 250,300 | **643,200** |
| | | | |
| Frost VP Seed, LLC | - | | |
| Frost VP Early Stage Fund II | 550,001 | | |
| Total Debt & Equity | 2,045,452 | | |
| Seed Fund Investment % | 0.00% | | |
| Fund II Investment % | 26.89% | | |
| Seed Fund Damages | - | - | **-** |
| Fund II Damages | 6,198 | 105,331 | **463,272** |
| | | | |
| **Frost VP Seed, LLC** | | | |
| Estimated Reasonable Expense | - | - | **-** |
| Actual Expense | - | - | **-** |
| Difference (Damages) | - | - | **-** |
| | | | |
| **Frost VP Early Stage Fund II** | | | |
| Estimated Reasonable Expense | 1,869 | 25,161 | **63,974** |
| Actual Expense | 8,067 | 130,492 | **527,246** |
| Difference (Damages) | 6,198 | 105,331 | **463,272** |

[1] - See Assumptions Page
[2] - See Assumptions Page
[3] - See Assumptions Page
[4] - See Assumptions Page
[5] - See Assumptions Page
[6] - See Assumptions Page
[7] - See Assumptions Page

Exhibit 83
Page 958
Exhibit 1327

Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.
Calculation of Alleged Damages - Predixion Software, Inc.

**EXHIBIT E**

**Purpose:** To calculate alleged damages based on incubators fees charged to Predixion Software, Inc.
**Source:** Quarterly Investor Reports, Annual Financial Statements, Deposition Testimony & Interviews with other experts

**Findings:**

Start: Predixion was purportedly founded in September 2009.  The Seed Fund first invested in April 2012 and incubator fees began in January 2013 under an Agreement dated December 21, 2012.
The Original Agreement and Amended Agreements explicitly identified the fees to be charged by the Incubator.  Accordingly there are no damages for Predixion.
Fund II first invested in May 2013

*Calculation of Reasonable Incubator Expenses:*

| | 01/2013 | 02/2013 | 03/2013 | 04/2013 | 05/2013 | 06/2013 | 07/2013 | 08/2013 | 09/2013 | 10/2013 | 11/2013 | 12/2013 | 2013 | 01/2014 | 02/2014 | 03/2014 | 04/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | | | | | | | | | | | | | | | | | |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | N | N |
| Does Company have Revenue? | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | | Y | Y | Y | Y |
| **Agreed Upon Incubator Expenses:** | | | | | | | | | | | | | | | | | |
| Finance & Accounting [1] | 4,382 | 4,382 | 4,382 | 4,382 | 4,382 | 4,382 | 4,382 | 4,382 | 1,000 | - | - | - | 36,056 | - | - | - | - |
| Human Resource [2] | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Technology [3] | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 10,800 | 900 | 900 | 900 | 900 |
| PR/Marketing [4] | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rent [5] | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Legal [6] | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other [7] | 6,000 | 4,100 | 4,100 | 5,100 | 5,100 | 5,100 | 5,100 | 12,100 | 12,100 | 12,100 | 9,100 | 9,100 | 89,100 | 9,100 | 9,100 | 9,100 | 9,100 |
| Total Estimated Reasonable Expense | 13,282 | 11,382 | 11,382 | 12,382 | 12,382 | 12,382 | 12,382 | 19,382 | 16,000 | 15,000 | 12,000 | 12,000 | 159,956 | 12,000 | 12,000 | 12,000 | 12,000 |
| **Actual Expenses Recorded:** | | | | | | | | | | | | | | | | | |
| Incubator Expense/Shared Service | 13,282 | 9,382 | 9,382 | 9,382 | 9,382 | 9,382 | 9,382 | 17,382 | 14,000 | 13,000 | 10,000 | 10,000 | 133,956 | 10,000 | 10,000 | 10,000 | 10,000 |
| Rent | - | 2,000 | 2,000 | 3,000 | 3,000 | 3,000 | 3,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 26,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Marketing | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Analysts & Research | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Consulting | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Actual Expense | 13,282 | 11,382 | 11,382 | 12,382 | 12,382 | 12,382 | 12,382 | 19,382 | 16,000 | 15,000 | 12,000 | 12,000 | 159,956 | 12,000 | 12,000 | 12,000 | 12,000 |
| Difference (Damages) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Frost VP Seed, LLC | 23,180 | 23,180 | 23,180 | 23,180 | 23,180 | 23,180 | 23,180 | 23,180 | 23,180 | 23,180 | 23,180 | 23,180 | | 23,180 | 23,180 | 23,180 | 23,180 |
| Frost VP Early Stage Fund II | - | - | - | - | - | 1,250,000 | 1,250,000 | 1,250,000 | 1,250,000 | 1,250,000 | 1,250,000 | 1,250,000 | | 1,250,000 | 1,250,000 | 1,250,000 | 1,250,000 |

[1] - Assigned based on Agreed Upon Fees
[2] - Assigned based on Agreed Upon Fees
[3] - Assigned based on Agreed Upon Fees
[4] - Assigned based on Agreed Upon Fees
[5] - Assigned based on Agreed Upon Fees
[6] - Assigned based on Agreed Upon Fees
[7] - Assigned based on Agreed Upon Fees

Exhibit 83
Page 959

Exhibit 1327

Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.
Calculation of Alleged Damages - Predixion Software, Inc.

Case 8:19-cv-01559-SPG-JDE    Document 44-8    Filed 03/26/21    Page 253 of 285
Page ID #:1610

**EXHIBIT E**

*Calculation of Reasonable Incubator Expenses:*

| | 05/2014 | 06/2014 | 07/2014 | 08/2014 | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | | | | | | | | | | |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | N | N | N | N | N | | |
| Does Company have Revenue? | Y | Y | Y | Y | Y | Y | Y | Y | | |
| | | | | | | | | | | |
| **Agreed Upon Incubator Expenses:** | | | | | | | | | | |
| Finance & Accounting [1] | - | - | - | - | - | - | - | - | - | 36,056 |
| Human Resource [2] | - | - | - | - | - | - | - | - | - | - |
| Technology [3] | 900 | 900 | 900 | 900 | 900 | - | - | - | 8,100 | 18,900 |
| PR/Marketing [4] | - | - | - | - | - | - | - | - | - | - |
| Rent [5] | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | - | 22,000 | 46,000 |
| Legal [6] | - | - | - | - | - | - | - | - | - | - |
| Other [7] | 9,100 | 9,100 | 9,100 | 9,100 | 9,100 | 2,000 | 2,000 | - | 85,900 | 175,000 |
| Total Estimated Reasonable Expense | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 4,000 | 4,000 | - | 116,000 | 275,956 |
| | | | | | | | | | | |
| **Actual Expenses Recorded:** | | | | | | | | | | |
| Incubator Expense/Shared Service | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 2,000 | 2,000 | - | 94,000 | 227,956 |
| Rent | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | - | 22,000 | 48,000 |
| Marketing | - | - | - | - | - | - | - | - | - | - |
| Analysts & Research | - | - | - | - | - | - | - | - | - | - |
| Consulting | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - |
| Total Actual Expense | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 4,000 | 4,000 | - | 116,000 | 275,956 |
| | | | | | | | | | | |
| Difference (Damages) | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | |
| Frost VP Seed, LLC | 23,180 | 23,180 | 23,180 | 23,180 | 23,180 | 23,180 | 23,180 | 23,180 | | |
| Frost VP Early Stage Fund II | 1,250,000 | 1,250,000 | 1,250,000 | 1,250,000 | 1,250,000 | 1,250,000 | 1,250,000 | 1,250,000 | | |

[1] - Assigned based on Agreed Upon Fees
[2] - Assigned based on Agreed Upon Fees
[3] - Assigned based on Agreed Upon Fees
[4] - Assigned based on Agreed Upon Fees
[5] - Assigned based on Agreed Upon Fees
[6] - Assigned based on Agreed Upon Fees
[7] - Assigned based on Agreed Upon Fees

Exhibit 83
Page 960
Exhibit 1327

Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.
Calculation of Alleged Damages - SegOne, Inc.

**EXHIBIT E**

**Purpose:** To calculate alleged damages based on incubators fees charged to SegOne, Inc.
**Source:** Quarterly Investor Reports, Annual Financial Statements, Deposition Testimony & Interviews with other experts

**Findings:**
Start: SegOne, Inc. started in September 2013. The Seed Fund and Fund II both first invested in September 2013 and Incubator fees began September 2013.

*Calculation of Reasonable Incubator Expenses:*     Average Revenue Per Month:     $     -

| | 09/2013 | 10/2013 | 11/2013 | 12/2013 | 2013 | 01/2014 | 02/2014 | 03/2014 | 04/2014 | 05/2014 | 06/2014 | 07/2014 | 08/2014 | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 1 | 1 | 1 | 1 | | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 0 | 0 | 0 | 0 | 0 | 0 |
| Is Company in 1st Three Months? | Y | Y | Y | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | N | N | N | N |
| Does the Company have financing? | Y | N | N | Y | | N | Y | N | N | Y | N | N | N | Y | N | N | N | | N | Y | N | N | N | N |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | N | N | N | N |
| Does Company have Revenue? | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | N | N | N | N |
| **Estimated Reasonable Expenses:** | | | | | | | | | | | | | | | | | | | | | | | | |
| Finance & Accounting [1] | 1,000 | 1,000 | 1,000 | 1,000 | 4,000 | 1,000 | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 11,500 | 500 | 500 | 500 | 500 | - | - |
| Human Resource [2] | 200 | 200 | 200 | 200 | 800 | 200 | - | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,200 | - | - | - | - | - | - |
| Technology [3] | 250 | 250 | 250 | 250 | 1,000 | 250 | - | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 2,750 | - | - | - | - | - | - |
| PR/Marketing [4] | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rent [5] | 525 | 525 | 525 | 525 | 2,100 | 525 | - | 525 | 525 | 525 | 525 | 525 | 525 | 525 | 525 | 525 | 525 | 5,775 | - | - | - | - | - | - |
| Legal [6] | 1,000 | 1,000 | 1,000 | 1,000 | 4,000 | 500 | 1,000 | 500 | 500 | 1,000 | 500 | 500 | 500 | 1,000 | 500 | 500 | 500 | 7,500 | 500 | 1,000 | 500 | 500 | - | - |
| Other [7] | 500 | 500 | 500 | 500 | 2,000 | 500 | - | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 5,500 | - | - | - | - | - | - |
| Total Estimated Reasonable Expense | 3,475 | 3,475 | 3,475 | 3,475 | 13,900 | 2,975 | 1,500 | 2,975 | 2,975 | 3,475 | 2,975 | 2,975 | 2,975 | 3,475 | 2,975 | 2,975 | 2,975 | 35,225 | 1,000 | 1,500 | 1,000 | 1,000 | - | - |
| **Actual Expenses Recorded:** | | | | | | | | | | | | | | | | | | | | | | | | |
| Incubator Expense/Shared Service | 28,500 | 29,000 | 29,000 | 29,000 | 115,500 | 30,000 | 29,500 | 29,500 | 30,000 | 30,500 | 19,000 | 19,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 232,500 | 10,000 | 10,000 | 10,000 | 10,000 | - | - |
| Rent | 3,000 | 3,000 | 3,000 | 3,000 | 12,000 | 3,000 | 2,500 | 2,500 | 2,000 | 2,000 | 1,000 | 1,000 | 500 | 500 | 500 | 500 | 500 | 16,500 | - | - | - | - | - | - |
| Marketing | - | 500 | 500 | 500 | 1,500 | 500 | 3,000 | 3,000 | 3,000 | 3,000 | - | - | - | - | - | - | - | 12,500 | - | - | - | - | - | - |
| Analysts & Research | 1,500 | 1,500 | 1,500 | 1,500 | 6,000 | 1,500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 7,000 | - | - | - | - | - | - |
| Consulting | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | 1,000 | - | 1,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Actual Expense | 33,000 | 34,000 | 35,000 | 34,000 | 136,000 | 35,000 | 35,500 | 35,500 | 35,500 | 36,000 | 20,500 | 20,500 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 268,500 | 10,000 | 10,000 | 10,000 | 10,000 | - | - |
| Difference (Damages) | 29,525 | 30,525 | 31,525 | 30,525 | 122,100 | 32,025 | 34,000 | 32,525 | 32,525 | 32,525 | 17,525 | 17,525 | 7,025 | 6,525 | 7,025 | 7,025 | 7,025 | 233,275 | 9,000 | 8,500 | 9,000 | 9,000 | - | - |
| Frost VP Seed, LLC | 235,000 | 235,000 | 235,000 | 235,000 | | 235,000 | 235,000 | 235,000 | 235,000 | 235,000 | 235,000 | 235,000 | 235,000 | 235,000 | 235,000 | 235,000 | 235,000 | | 235,000 | 235,000 | 235,000 | 235,000 | 235,000 | 235,000 |
| Frost VP Early Stage Fund II | 250,000 | 250,000 | 250,000 | 250,000 | | 250,000 | 250,000 | 250,000 | 250,000 | 375,000 | 375,000 | 375,000 | 375,000 | 450,000 | 450,000 | 450,000 | 450,000 | | 450,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 |
| Total Debt & Equity | 500,000 | 500,000 | 500,000 | 500,400 | | 500,400 | 500,360 | 500,360 | 500,360 | 625,360 | 625,360 | 625,360 | 625,360 | 700,360 | 700,360 | 700,360 | 700,360 | | 700,360 | 750,360 | 750,360 | 750,360 | 750,360 | 750,360 |
| Seed Fund Investment % | 47.00% | 47.00% | 47.00% | 46.96% | | 46.96% | 46.97% | 46.97% | 46.97% | 37.58% | 37.58% | 37.58% | 37.58% | 33.55% | 33.55% | 33.55% | 33.55% | | 33.55% | 31.32% | 31.32% | 31.32% | 31.32% | 31.32% |
| Fund II Investment % | 50.00% | 50.00% | 50.00% | 49.96% | | 49.96% | 49.96% | 49.96% | 49.96% | 59.97% | 59.97% | 59.97% | 59.97% | 64.25% | 64.25% | 64.25% | 64.25% | | 64.25% | 66.63% | 66.63% | 66.63% | 66.63% | 66.63% |
| Seed Fund Damages | 13,877 | 14,347 | 14,817 | 14,335 | 57,376 | 15,040 | 15,969 | 15,276 | 15,276 | 12,222 | 6,586 | 6,586 | 2,640 | 2,189 | 2,357 | 2,357 | 2,357 | 98,854 | 3,020 | 2,662 | 2,819 | 2,819 | - | - |
| Fund II Damages | 14,763 | 15,263 | 15,763 | 15,250 | 61,038 | 16,000 | 16,988 | 16,251 | 16,251 | 19,504 | 10,509 | 10,509 | 4,213 | 4,192 | 4,514 | 4,514 | 4,514 | 127,957 | 5,783 | 5,664 | 5,997 | 5,997 | - | - |
| **Frost VP Seed, LLC** | | | | | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 1,633 | 1,633 | 1,633 | 1,632 | 6,532 | 1,397 | 704 | 1,397 | 1,397 | 1,306 | 1,118 | 1,118 | 1,118 | 1,166 | 998 | 998 | 998 | 13,717 | 336 | 470 | 313 | 313 | - | - |
| Actual Expense | 15,510 | 15,980 | 16,450 | 15,967 | 63,907 | 16,437 | 16,673 | 16,673 | 16,673 | 13,528 | 7,704 | 7,704 | 3,758 | 3,355 | 3,355 | 3,355 | 3,355 | 112,571 | 3,355 | 3,132 | 3,132 | 3,132 | - | - |
| Difference (Damages) | 13,877 | 14,347 | 14,817 | 14,335 | 57,376 | 15,040 | 15,969 | 15,276 | 15,276 | 12,222 | 6,586 | 6,586 | 2,640 | 2,189 | 2,357 | 2,357 | 2,357 | 98,854 | 3,020 | 2,662 | 2,819 | 2,819 | - | - |
| **Frost VP Early Stage Fund II** | | | | | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 1,738 | 1,738 | 1,738 | 1,736 | 6,949 | 1,486 | 749 | 1,486 | 1,486 | 2,084 | 1,784 | 1,784 | 1,784 | 2,233 | 1,912 | 1,912 | 1,912 | 20,612 | 643 | 1,000 | 666 | 666 | - | - |
| Actual Expense | 16,500 | 17,000 | 17,500 | 16,986 | 67,986 | 17,486 | 17,737 | 17,737 | 17,737 | 21,588 | 12,293 | 12,293 | 5,997 | 6,425 | 6,425 | 6,425 | 6,425 | 148,569 | 6,425 | 6,663 | 6,663 | 6,663 | - | - |
| Difference (Damages) | 14,763 | 15,263 | 15,763 | 15,250 | 61,038 | 16,000 | 16,988 | 16,251 | 16,251 | 19,504 | 10,509 | 10,509 | 4,213 | 4,192 | 4,514 | 4,514 | 4,514 | 127,957 | 5,783 | 5,664 | 5,997 | 5,997 | - | - |

[1] - See Assumptions Page
[2] - See Assumptions Page
[3] - See Assumptions Page
[4] - See Assumptions Page
[5] - See Assumptions Page
[6] - See Assumptions Page
[7] - See Assumptions Page

Exhibit 83
Page 961
Exhibit 1327

**Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.**
**Calculation of Alleged Damages - SegOne, Inc.**

**EXHIBIT E**

*Calculation of Reasonable Incubator Expenses:*

| | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 | 03/2016 | 2016 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | | |
| Is Company in 1st Three Months? | N | N | N | N | N | N | | N | N | | | |
| Does the Company have financing? | N | N | N | N | N | N | | Y | N | | | |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | N | N | N | | N | N | N | | |
| Does Company have Revenue? | N | N | N | N | N | N | | N | N | N | | |
| | | | | | | | | | | | | |
| **Estimated Reasonable Expenses:** | | | | | | | | | | | | |
| Finance & Accounting [1] | - | - | - | - | - | - | 2,000 | - | - | - | - | 17,500 |
| Human Resource [2] | - | - | - | - | - | - | - | - | - | - | - | 3,000 |
| Technology [3] | - | - | - | - | - | - | - | - | - | - | - | 3,750 |
| PR/Marketing [4] | - | - | - | - | - | - | - | - | - | - | - | - |
| Rent [5] | - | - | - | - | - | - | - | - | - | - | - | 7,875 |
| Legal [6] | - | - | - | - | - | - | 2,500 | - | - | - | - | 14,000 |
| Other [7] | - | - | - | - | - | - | - | - | - | - | - | 7,500 |
| Total Estimated Reasonable Expense | - | - | - | - | - | - | 4,500 | - | - | - | - | 53,625 |
| | | | | | | | | | | | | |
| **Actual Expenses Recorded:** | | | | | | | | | | | | |
| Incubator Expense/Shared Service | - | - | - | - | - | - | 40,000 | - | 2,000 | 2,000 | 4,000 | 392,000 |
| Rent | - | - | - | - | - | - | - | - | - | - | - | 28,500 |
| Marketing | - | - | - | - | - | - | - | - | - | - | - | 14,000 |
| Analysts & Research | - | - | - | - | - | - | - | - | - | - | - | 13,000 |
| Consulting | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | 1,000 |
| Total Actual Expense | - | - | - | - | - | - | 40,000 | - | 2,000 | 2,000 | 4,000 | 448,500 |
| | | | | | | | | | | | | |
| Difference (Damages) | - | - | - | - | - | - | 35,500 | - | 2,000 | 2,000 | 4,000 | **394,875** |
| | | | | | | | | | | | | |
| Frost VP Seed, LLC | 235,000 | 235,000 | 235,000 | 235,000 | 235,000 | 235,000 | | 228,420 | 228,420 | 228,420 | | |
| Frost VP Early Stage Fund II | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | | 486,000 | 486,000 | 486,000 | | |
| Total Debt & Equity | 750,360 | 750,360 | 750,360 | 750,360 | 750,360 | 750,360 | | 729,360 | 729,360 | 729,360 | | |
| Seed Fund Investment % | 31.32% | 31.32% | 31.32% | 31.32% | 31.32% | 31.32% | | 31.32% | 31.32% | 31.32% | | |
| Fund II Investment % | 66.63% | 66.63% | 66.63% | 66.63% | 66.63% | 66.63% | | 66.63% | 66.63% | 66.63% | | |
| Seed Fund Damages | - | - | - | - | - | - | 11,319 | - | 626 | 626 | 1,253 | **168,802** |
| Fund II Damages | - | - | - | - | - | - | 23,441 | - | 1,333 | 1,333 | 2,665 | **215,101** |
| | | | | | | | | | | | | |
| Frost VP Seed, LLC | | | | | | | | | | | | |
| Estimated Reasonable Expense | - | - | - | - | - | - | 1,432 | - | - | - | - | **21,680** |
| Actual Expense | - | - | - | - | - | - | 12,751 | - | 626 | 626 | 1,253 | **190,482** |
| Difference (Damages) | - | - | - | - | - | - | 11,319 | - | 626 | 626 | 1,253 | **168,802** |
| | | | | | | | | | | | | |
| Frost VP Early Stage Fund II | | | | | | | | | | | | |
| Estimated Reasonable Expense | - | - | - | - | - | - | 2,975 | - | - | - | - | **30,535** |
| Actual Expense | - | - | - | - | - | - | 26,416 | - | 1,333 | 1,333 | 2,665 | **245,636** |
| Difference (Damages) | - | - | - | - | - | - | 23,441 | - | 1,333 | 1,333 | 2,665 | **215,101** |

[1] - See Assumptions Page
[2] - See Assumptions Page
[3] - See Assumptions Page
[4] - See Assumptions Page
[5] - See Assumptions Page
[6] - See Assumptions Page
[7] - See Assumptions Page

Exhibit 83
Page 962
Exhibit 1327

**Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.**
**Calculation of Alleged Damages - Sentrian, Inc.**

**EXHIBIT E**

**Purpose:** To calculate alleged damages based on incubators fees charged to Sentrian, Inc.
**Source:** Quarterly Investor Reports, Annual Financial Statements, Deposition Testimony & Interviews with other experts

**Findings:**
Start: Sentrian, Inc. (aka Jointly Health) started in April 2012. The Seed Fund first invested in May 2012 and Incubator fees began June 2012.
Fund II began investing in May 2013

*Calculation of Reasonable Incubator Expenses:*      Average Revenue Per Month:    $ 34,154

| | 05/2012 | 06/2012 | 07/2012 | 08/2012 | 09/2012 | 10/2012 | 11/2012 | 12/2012 | 2012 | 01/2013 | 02/2013 | 03/2013 | 04/2013 | 05/2013 | 06/2013 | 07/2013 | 08/2013 | 09/2013 | 10/2013 | 11/2013 | 12/2013 | 2013 | 01/2014 | 02/2014 | 03/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 0 | 0 | 1 | 1 | 1 | 2 | 2 | 2 | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 3 | 4 | 5 | | 5 | 6 | 7 |
| Is Company in 1st Three Months? | Y | Y | Y | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | N |
| Does the Company have financing? | Y | Y | N | N | N | Y | N | Y | | Y | N | Y | Y | Y | Y | Y | N | Y | Y | Y | Y | | N | Y | Y |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | N |
| Does Company have Revenue? | N | N | N | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | N |
| **Estimated Reasonable Expenses:** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Finance & Accounting [1] | 500 | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 7,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 | 1,000 | 2,000 | 2,000 |
| Human Resource [2] | - | - | 200 | 200 | 200 | 400 | 400 | 400 | 1,800 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 600 | 800 | 1,000 | 6,000 | 1,000 | 1,200 | 1,400 |
| Technology [3] | - | - | 250 | 250 | 250 | 500 | 500 | 500 | 2,250 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 750 | 1,000 | 1,250 | 7,500 | 1,250 | 1,500 | 1,750 |
| PR/Marketing [4] | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rent [5] | - | - | 525 | 525 | 525 | 1,050 | 1,050 | 1,050 | 4,725 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,575 | 2,100 | 2,625 | 15,750 | 2,625 | 3,150 | 3,675 |
| Legal [6] | 1,000 | 1,000 | 1,000 | 500 | 500 | 1,000 | 500 | 1,000 | 6,500 | 1,000 | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 11,000 | 500 | 1,000 | 1,000 |
| Other [7] | - | - | 500 | 500 | 500 | 1,000 | 1,000 | 1,000 | 4,500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,500 | 2,000 | 2,500 | 15,000 | 2,500 | 3,000 | 3,500 |
| Total Estimated Reasonable Expense | 1,500 | 1,500 | 3,475 | 2,975 | 2,975 | 4,950 | 4,450 | 4,950 | 26,775 | 4,950 | 4,450 | 4,950 | 4,950 | 4,950 | 4,950 | 4,950 | 4,450 | 4,950 | 6,425 | 7,900 | 9,375 | 67,250 | 8,875 | 11,850 | 13,325 |
| **Actual Expenses Recorded:** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Incubator Expense/Shared Service | 21,815 | 21,815 | 24,750 | 26,750 | 27,750 | 25,000 | 31,500 | 32,250 | 211,630 | 29,000 | 30,000 | 29,000 | 27,500 | 27,500 | 28,000 | 29,000 | 30,000 | 28,500 | 29,000 | 29,000 | 30,000 | 346,500 | 29,000 | 29,750 | 29,750 |
| Rent | - | - | - | - | - | - | - | - | - | 2,500 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 35,500 | 5,000 | 4,000 | 4,000 |
| Marketing | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 500 | 500 | 500 | 1,500 | 500 | 2,500 | 2,500 |
| Analysts & Research | - | - | - | - | - | - | - | - | - | - | - | - | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,500 | 1,500 | 1,500 | 1,500 | 11,000 | 1,500 | 500 | 500 |
| Consulting | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 1,000 | - | 1,000 | - | - | - |
| Adjustment for Amount not Paid | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Actual Expense | 21,815 | 21,815 | 24,750 | 26,750 | 27,750 | 25,000 | 31,500 | 32,250 | 211,630 | 31,500 | 33,000 | 32,000 | 31,500 | 31,500 | 32,000 | 33,000 | 34,000 | 33,000 | 34,000 | 35,000 | 35,000 | 395,500 | 36,000 | 36,750 | 36,750 |
| Difference (Damages) | 20,315 | 20,315 | 21,275 | 23,775 | 24,775 | 20,050 | 27,050 | 27,300 | 184,855 | 26,550 | 28,550 | 27,050 | 26,550 | 26,550 | 27,050 | 28,050 | 29,550 | 28,050 | 27,575 | 27,100 | 25,625 | 328,250 | 27,125 | 24,900 | 23,425 |
| Frost VP Seed, LLC | 50,000 | 231,798 | 231,798 | 231,798 | 231,798 | 463,573 | 463,573 | 554,713 | | 692,428 | 692,428 | 692,428 | 692,428 | 692,428 | 692,428 | 692,428 | 692,428 | 692,428 | 692,428 | 692,428 | 710,937 | | 710,937 | 710,937 | 710,937 |
| Frost VP Early Stage Fund II | - | - | - | - | - | - | - | - | | - | - | - | - | 250,000 | 250,000 | 500,000 | 500,000 | 750,000 | 1,000,000 | 1,000,000 | 1,000,000 | | 1,000,000 | 1,000,000 | 1,250,575 |
| Total Debt & Equity | 50,000 | 250,000 | 250,000 | 250,000 | 250,000 | 500,000 | 500,000 | 611,022 | | 761,022 | 761,022 | 811,022 | 961,022 | 1,231,022 | 1,231,084 | 1,481,084 | 1,481,084 | 1,731,264 | 1,981,264 | 2,456,264 | 2,536,264 | | 2,536,264 | 2,791,264 | 2,859,316 |
| Seed Fund Investment % | 100.00% | 92.72% | 92.72% | 92.72% | 92.72% | 92.71% | 92.71% | 90.78% | | 90.99% | 90.99% | 85.38% | 72.05% | 56.25% | 56.25% | 46.75% | 46.75% | 40.00% | 34.95% | 28.19% | 28.03% | | 28.03% | 25.47% | 24.86% |
| Fund II Investment % | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | | 0.00% | 0.00% | 0.00% | 0.00% | 20.31% | 20.31% | 33.76% | 33.76% | 43.32% | 50.47% | 40.71% | 39.43% | | 39.43% | 35.83% | 43.74% |
| Seed Fund Damages | 20,315 | 18,836 | 19,726 | 22,044 | 22,971 | 18,589 | 25,079 | 24,784 | 172,345 | 24,157 | 25,977 | 23,095 | 19,130 | 14,934 | 15,214 | 13,114 | 13,815 | 11,219 | 9,637 | 7,640 | 7,183 | 185,113 | 7,603 | 6,342 | 5,824 |
| Fund II Damages | - | - | - | - | - | - | - | - | - | - | - | - | - | 5,392 | 5,493 | 9,469 | 9,976 | 12,152 | 13,918 | 11,033 | 10,103 | 77,536 | 10,695 | 8,921 | 10,245 |
| *Frost VP Seed, LLC* | | | | | | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 1,500 | 1,391 | 3,222 | 2,758 | 2,758 | 4,589 | 4,126 | 4,494 | 24,839 | 4,504 | 4,049 | 4,226 | 3,567 | 2,784 | 2,784 | 2,314 | 2,080 | 1,980 | 2,245 | 2,227 | 2,628 | 35,389 | 2,488 | 3,018 | 3,313 |
| Actual Expense | 21,815 | 20,227 | 22,948 | 24,802 | 25,730 | 23,179 | 29,205 | 29,278 | 197,183 | 28,661 | 30,026 | 27,321 | 22,696 | 17,718 | 17,999 | 15,428 | 15,895 | 13,199 | 11,883 | 9,867 | 9,811 | 220,502 | 10,091 | 9,360 | 9,137 |
| Difference (Damages) | 20,315 | 18,836 | 19,726 | 22,044 | 22,971 | 18,589 | 25,079 | 24,784 | 172,345 | 24,157 | 25,977 | 23,095 | 19,130 | 14,934 | 15,214 | 13,114 | 13,815 | 11,219 | 9,637 | 7,640 | 7,183 | 185,113 | 7,603 | 6,342 | 5,824 |
| *Frost VP Early Stage Fund II* | | | | | | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | 1,005 | 1,005 | 1,671 | 1,502 | 2,144 | 3,243 | 3,216 | 3,696 | 17,484 | 3,499 | 4,245 | 5,828 |
| Actual Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | 6,397 | 6,498 | 11,140 | 11,478 | 14,296 | 17,161 | 14,249 | 13,800 | 95,020 | 14,194 | 13,166 | 16,073 |
| Difference (Damages) | - | - | - | - | - | - | - | - | - | - | - | - | - | 5,392 | 5,493 | 9,469 | 9,976 | 12,152 | 13,918 | 11,033 | 10,103 | 77,536 | 10,695 | 8,921 | 10,245 |

[1] - See Assumptions Page
[2] - See Assumptions Page
[3] - See Assumptions Page
[4] - See Assumptions Page
[5] - See Assumptions Page
[6] - See Assumptions Page
[7] - See Assumptions Page

Exhibit 83
Page 963
Exhibit 1327

Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.
Calculation of Alleged Damages - Sentrian, Inc.

Case 8:19-cv-01559-SPG-JDE    Document 44-8    Filed 03/26/21    Page 257 of 285
Page ID #:1614

EXHIBIT E

## Calculation of Reasonable Incubator Expenses:

| | 04/2014 | 05/2014 | 06/2014 | 07/2014 | 08/2014 | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 7 | 9 | 12 | 12 | 12 | 12 | 12 | 13 | 16 | | 16 | 18 | 18 | 18 | 19 | 19 | 19 | 18 | 19 | 19 | 20 | 20 |
| Is Company in 1st Three Months? | N | N | N | N | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N |
| Does the Company have financing? | Y | N | Y | Y | Y | Y | Y | Y | Y | | N | N | Y | Y | N | N | N | N | N | Y | N | Y |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | N | N | N | N | N | N | | Y | Y | Y | N | N | N | N | N | N | N | N | N |
| Does Company have Revenue? | N | N | N | N | N | N | N | N | N | | N | N | N | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| **Estimated Reasonable Expenses:** | | | | | | | | | | | | | | | | | | | | | | |
| Finance & Accounting [1] | 2,000 | 2,000 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 33,500 | 3,500 | 3,500 | 3,500 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Human Resource [2] | 1,400 | 1,800 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,600 | 3,200 | 24,600 | 3,200 | 3,600 | 3,600 | 3,600 | 3,800 | 3,800 | 3,800 | 3,600 | 3,800 | 3,800 | 4,000 | 4,000 |
| Technology [3] | 1,750 | 2,250 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,250 | 4,000 | 30,750 | 4,000 | 4,500 | 4,500 | 4,500 | 4,750 | 4,750 | 4,750 | 4,500 | 4,750 | 4,750 | 5,000 | 5,000 |
| PR/Marketing [4] | - | - | - | - | - | - | - | - | - | - | 2,500 | 2,500 | 2,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| Rent [5] | 3,675 | 4,725 | 6,300 | 6,300 | 6,300 | 6,300 | 6,300 | 6,825 | 8,400 | 64,575 | 8,400 | 9,450 | 9,450 | 9,450 | 9,975 | 9,975 | 9,975 | 9,450 | 9,975 | 9,975 | 10,500 | 10,500 |
| Legal [6] | 1,000 | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 11,000 | 500 | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Other [7] | 3,500 | 4,500 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,500 | 8,000 | 61,500 | 8,000 | 9,000 | 9,000 | 9,000 | 9,500 | 9,500 | 9,500 | 9,000 | 9,500 | 9,500 | 10,000 | 10,000 |
| Total Estimated Reasonable Expense | 13,325 | 15,775 | 22,200 | 22,200 | 22,200 | 22,200 | 22,200 | 23,675 | 28,100 | 225,925 | 30,100 | 33,050 | 33,550 | 34,050 | 35,525 | 35,525 | 35,525 | 34,050 | 35,525 | 35,525 | 37,000 | 37,000 |
| **Actual Expenses Recorded:** | | | | | | | | | | | | | | | | | | | | | | |
| Incubator Expense/Shared Service | 31,750 | 32,250 | 32,250 | 32,250 | 32,250 | 32,250 | 32,250 | 32,250 | 32,250 | 378,250 | 33,250 | 33,250 | 33,250 | 33,250 | 33,250 | 33,250 | 33,250 | 33,250 | 33,250 | 34,000 | 34,000 | 34,000 |
| Rent | 4,500 | 4,500 | 6,000 | 6,000 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 61,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,750 | 7,750 | 7,750 | 7,750 | - | - | - |
| Marketing | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 28,000 | - | - | - | - | - | - | - | - | - | - | - | - |
| Analysts & Research | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 7,000 | - | - | - | - | - | - | - | - | - | - | - | - |
| Consulting | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Adjustment for Amount not Paid | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Actual Expense | 39,250 | 39,750 | 41,250 | 41,250 | 40,750 | 40,750 | 40,750 | 40,750 | 40,750 | 474,750 | 40,750 | 40,750 | 40,750 | 40,750 | 40,750 | 41,000 | 41,000 | 41,000 | 41,000 | 34,000 | 34,000 | 34,000 |
| Difference (Damages) | 25,925 | 23,975 | 19,050 | 19,050 | 18,550 | 18,550 | 18,550 | 17,075 | 12,650 | 248,825 | 10,650 | 7,700 | 7,200 | 6,700 | 5,225 | 5,475 | 5,475 | 6,950 | 5,475 | (1,525) | (3,000) | (3,000) |
| Frost VP Seed, LLC | 710,937 | 710,937 | 710,937 | 710,937 | 710,937 | 710,937 | 710,937 | 710,937 | 710,937 | | 710,937 | 710,937 | 710,937 | 710,937 | 710,937 | 710,937 | 710,937 | 710,937 | 710,937 | 710,937 | 710,937 | 710,937 |
| Frost VP Early Stage Fund II | 1,250,575 | 1,250,575 | 1,250,575 | 1,250,575 | 1,250,575 | 1,500,575 | 2,004,701 | 2,004,701 | 2,004,701 | | 2,004,701 | 2,004,701 | 2,004,701 | 2,754,701 | 2,754,701 | 2,754,701 | 2,754,701 | 2,754,701 | 2,754,701 | 2,754,701 | 2,754,701 | 2,754,701 |
| Total Debt & Equity | 3,902,250 | 3,902,250 | 3,917,625 | 4,167,625 | 4,650,910 | 5,148,900 | 7,145,551 | 7,895,551 | 7,873,905 | | 7,873,905 | 7,873,905 | 8,873,905 | 12,873,019 | 12,873,019 | 12,873,019 | 12,873,019 | 12,873,019 | 12,873,019 | 12,873,529 | 12,873,529 | 13,873,529 |
| Seed Fund Investment % | 18.22% | 18.22% | 18.15% | 17.06% | 15.29% | 13.81% | 9.95% | 9.00% | 9.03% | | 9.03% | 9.03% | 8.01% | 5.52% | 5.52% | 5.52% | 5.52% | 5.52% | 5.52% | 5.52% | 5.52% | 5.12% |
| Fund II Investment % | 32.05% | 32.05% | 31.92% | 30.01% | 26.89% | 29.14% | 28.06% | 25.39% | 25.46% | | 25.46% | 25.46% | 22.59% | 21.40% | 21.40% | 21.40% | 21.40% | 21.40% | 21.40% | 21.40% | 21.40% | 19.86% |
| Seed Fund Damages | 4,723 | 4,368 | 3,457 | 3,250 | 2,836 | 2,561 | 1,846 | 1,537 | 1,142 | 45,490 | 962 | 695 | 577 | 370 | 289 | 302 | 302 | 384 | 302 | (84) | (166) | (154) |
| Fund II Damages | 8,308 | 7,683 | 6,081 | 5,716 | 4,988 | 5,406 | 5,204 | 4,335 | 3,221 | 80,804 | 2,711 | 1,960 | 1,627 | 1,434 | 1,118 | 1,172 | 1,172 | 1,487 | 1,172 | (326) | (642) | (596) |
| **Frost VP Seed, LLC** | | | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 2,428 | 2,874 | 4,029 | 3,787 | 3,393 | 3,065 | 2,209 | 2,132 | 2,537 | 35,273 | 2,718 | 2,984 | 2,688 | 1,880 | 1,962 | 1,962 | 1,962 | 1,880 | 1,962 | 1,962 | 2,043 | 1,896 |
| Actual Expense | 7,151 | 7,242 | 7,486 | 7,037 | 6,229 | 5,627 | 4,054 | 3,669 | 3,679 | 80,763 | 3,679 | 3,679 | 3,265 | 2,250 | 2,250 | 2,264 | 2,264 | 2,264 | 2,264 | 1,878 | 1,878 | 1,742 |
| Difference (Damages) | 4,723 | 4,368 | 3,457 | 3,250 | 2,836 | 2,561 | 1,846 | 1,537 | 1,142 | 45,490 | 962 | 695 | 577 | 370 | 289 | 302 | 302 | 384 | 302 | (84) | (166) | (154) |
| **Frost VP Early Stage Fund II** | | | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 4,270 | 5,055 | 7,087 | 6,662 | 5,969 | 6,470 | 6,228 | 6,011 | 7,154 | 68,479 | 7,663 | 8,415 | 7,579 | 7,286 | 7,602 | 7,602 | 7,602 | 7,286 | 7,602 | 7,602 | 7,917 | 7,347 |
| Actual Expense | 12,579 | 12,739 | 13,168 | 12,378 | 10,957 | 11,876 | 11,433 | 10,347 | 10,375 | 149,284 | 10,375 | 10,375 | 9,206 | 8,720 | 8,720 | 8,774 | 8,774 | 8,774 | 8,774 | 7,275 | 7,275 | 6,751 |
| Difference (Damages) | 8,308 | 7,683 | 6,081 | 5,716 | 4,988 | 5,406 | 5,204 | 4,335 | 3,221 | 80,804 | 2,711 | 1,960 | 1,627 | 1,434 | 1,118 | 1,172 | 1,172 | 1,487 | 1,172 | (326) | (642) | (596) |

Exhibit 83
Page 964

Exhibit 1327

Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.
Calculation of Alleged Damages - Sentrian, Inc.

**EXHIBIT E**

*Calculation of Reasonable Incubator Expenses:*

| | 2015 | 01/2016 | 02/2016 | 03/2016 | 04/2016 | 05/2016 | 06/2016 | 07/2016 | 08/2016 | 09/2016 | 10/2016 | 11/2016 | 12/2016 | 2016 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | | 20 | 20 | 20 | 20 | 20 | 20 | 6 | 6 | 7 | 7 | 7 | 7 | | |
| Is Company in 1st Three Months? | | N | N | N | N | N | N | N | N | N | N | N | N | | |
| Does the Company have financing? | | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | | |
| Is Company Pre-Revenue(3 mos. Before Sales) | | N | N | N | N | N | N | N | N | N | N | N | N | | |
| Does Company have Revenue? | | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | | |
| **Estimated Reasonable Expenses:** | | | | | | | | | | | | | | | |
| Finance & Accounting [1] | 55,500 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 51,000 | 159,000 |
| Human Resource [2] | 44,600 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 1,200 | 1,200 | 1,400 | 1,400 | 1,400 | 1,400 | 32,000 | 109,000 |
| Technology [3] | 55,750 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 1,500 | 1,500 | 1,750 | 1,750 | 1,750 | 1,750 | 40,000 | 136,250 |
| PR/Marketing [4] | 21,000 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 18,000 | 39,000 |
| Rent [5] | 117,075 | 10,500 | 10,500 | 10,500 | 10,500 | 10,500 | 10,500 | 3,150 | 3,150 | 3,675 | 3,675 | 3,675 | 3,675 | 84,000 | 286,125 |
| Legal [6] | 11,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 | 51,500 |
| Other [7] | 111,500 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 3,000 | 3,000 | 3,500 | 3,500 | 3,500 | 3,500 | 80,000 | 272,500 |
| Total Estimated Reasonable Expense | 416,425 | 37,000 | 37,000 | 37,000 | 37,000 | 37,000 | 37,000 | 14,850 | 14,850 | 16,325 | 16,325 | 16,325 | 16,325 | 317,000 | 1,053,375 |
| **Actual Expenses Recorded:** | | | | | | | | | | | | | | | |
| Incubator Expense/Shared Service | 401,250 | 34,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | - | 11,500 | 11,500 | 11,500 | 173,500 | 1,511,130 |
| Rent | 68,500 | - | - | - | - | - | - | - | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 17,500 | 183,000 |
| Marketing | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 29,500 |
| Analysts & Research | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 18,000 |
| Consulting | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 1,000 |
| Adjustment for Amount not Paid | - | - | - | - | - | - | - | (15,000) | (15,000) | - | (11,500) | (11,500) | (11,500) | (64,500) | (64,500) |
| Total Actual Expense | 469,750 | 34,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | - | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 126,500 | 1,678,130 |
| Difference (Damages) | 53,325 | (3,000) | (22,000) | (22,000) | (22,000) | (22,000) | (22,000) | (14,850) | (11,350) | (12,825) | (12,825) | (12,825) | (12,825) | (190,500) | 624,755 |
| Frost VP Seed, LLC | | 710,937 | 710,937 | 710,937 | 710,937 | 710,937 | 710,937 | 710,937 | 710,937 | 710,937 | 710,937 | 710,937 | 710,937 | | |
| Frost VP Early Stage Fund II | | 2,754,701 | 2,754,701 | 2,754,701 | 2,754,701 | 2,754,701 | 2,754,701 | 2,754,701 | 2,754,701 | 2,754,701 | 2,754,701 | 2,754,701 | 2,754,701 | | |
| Total Debt & Equity | | 13,821,611 | 13,768,998 | 13,717,717 | 13,664,948 | 14,112,204 | 14,052,726 | 14,302,725 | 14,427,725 | 14,797,571 | 14,788,156 | 14,908,137 | 15,251,656 | | |
| Seed Fund Investment % | | 5.14% | 5.16% | 5.18% | 5.20% | 5.04% | 5.06% | 4.97% | 4.93% | 4.80% | 4.81% | 4.77% | 4.66% | | |
| Fund II Investment % | | 19.93% | 20.01% | 20.08% | 20.16% | 19.52% | 19.60% | 19.26% | 19.09% | 18.62% | 18.63% | 18.48% | 18.06% | | |
| Seed Fund Damages | 3,780 | (154) | (1,136) | (1,140) | (1,145) | (1,108) | (1,113) | (738) | (559) | (616) | (617) | (612) | (598) | (9,536) | 397,191 |
| Fund II Damages | 12,288 | (598) | (4,401) | (4,418) | (4,435) | (4,294) | (4,313) | (2,860) | (2,167) | (2,387) | (2,389) | (2,370) | (2,316) | (36,949) | 133,680 |
| *Frost VP Seed, LLC* | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 25,900 | 1,903 | 1,910 | 1,918 | 1,925 | 1,864 | 1,872 | 738 | 732 | 784 | 785 | 779 | 761 | 15,970 | 137,370 |
| Actual Expense | 29,679 | 1,749 | 774 | 777 | 780 | 756 | 759 | - | 172 | 168 | 168 | 167 | 163 | 6,435 | 534,561 |
| Difference (Damages) | 3,780 | (154) | (1,136) | (1,140) | (1,145) | (1,108) | (1,113) | (738) | (559) | (616) | (617) | (612) | (598) | (9,536) | 397,191 |
| *Frost VP Early Stage Fund II* | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 91,504 | 7,374 | 7,402 | 7,430 | 7,459 | 7,222 | 7,253 | 2,860 | 2,835 | 3,039 | 3,041 | 3,017 | 2,949 | 61,881 | 239,348 |
| Actual Expense | 103,792 | 6,776 | 3,001 | 3,012 | 3,024 | 2,928 | 2,940 | - | 668 | 652 | 652 | 647 | 632 | 24,932 | 373,028 |
| Difference (Damages) | 12,288 | (598) | (4,401) | (4,418) | (4,435) | (4,294) | (4,313) | (2,860) | (2,167) | (2,387) | (2,389) | (2,370) | (2,316) | (36,949) | 133,680 |

Exhibit 83
Page 965
Exhibit 1327

Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.
Calculation of Alleged Damages - Source Thought, Inc.

**EXHIBIT E**

**Purpose:** To calculate alleged damages based on incubators fees charged to Source Thought, Inc.
**Source:** Quarterly Investor Reports, Annual Financial Statements, Deposition Testimony & Interviews with other experts

**Findings:**
Start: Source Thought, Inc. started in November 2012. The Seed Fund first invested in November 2012 and Incubator fees began November 2012.
Fund II began investing in July 2013

**Calculation of Reasonable Incubator Expenses:**

Average Revenue Per Month: $ 6,035

| | 10/2012 | 11/2012 | 12/2012 | 2012 | 01/2013 | 02/2013 | 03/2013 | 04/2013 | 05/2013 | 06/2013 | 07/2013 | 08/2013 | 09/2013 | 10/2013 | 11/2013 | 12/2013 | 2013 | 01/2014 | 02/2014 | 03/2014 | 04/2014 | 05/2014 | 06/2014 | 07/2014 | 08/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 0 | 0 | 0 | | 0 | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| Is Company in 1st Three Months? | N | Y | Y | | Y | N | N | N | N | N | N | N | N | N | N | N | | Y | N | N | N | N | N | N | N |
| Does the Company have financing? | N | Y | Y | | N | Y | Y | N | Y | N | Y | N | N | N | Y | N | | Y | Y | N | Y | Y | Y | N | Y |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | Y | Y | Y | N | N | N | N | N |
| Does Company have Revenue? | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | N | Y | Y | Y | Y | Y |

**Estimated Reasonable Expenses:**

| | 10/2012 | 11/2012 | 12/2012 | 2012 | 01/2013 | 02/2013 | 03/2013 | 04/2013 | 05/2013 | 06/2013 | 07/2013 | 08/2013 | 09/2013 | 10/2013 | 11/2013 | 12/2013 | 2013 | 01/2014 | 02/2014 | 03/2014 | 04/2014 | 05/2014 | 06/2014 | 07/2014 | 08/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Finance & Accounting [1] | - | 500 | 500 | 1,000 | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 11,500 | 1,000 | 1,000 | 1,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Human Resource [2] | - | - | - | - | - | 400 | 400 | 400 | 600 | 600 | 600 | 600 | 600 | 600 | 800 | 800 | 6,400 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 |
| Technology [3] | - | - | - | - | - | 500 | 500 | 500 | 750 | 750 | 750 | 750 | 750 | 750 | 1,000 | 1,000 | 8,000 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 |
| PR/Marketing [4] | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 2,500 | 2,500 | 2,500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Rent [5] | - | - | - | - | - | 1,050 | 1,050 | 1,050 | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 | 2,100 | 2,100 | 16,800 | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 |
| Legal [6] | - | 1,000 | 1,000 | 2,000 | 1,000 | 1,000 | 1,000 | 500 | 1,000 | 500 | 1,000 | 500 | 500 | 500 | 1,000 | 500 | 9,000 | 1,000 | 1,000 | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Other [7] | - | - | - | - | - | 1,000 | 1,000 | 1,000 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 2,000 | 2,000 | 16,000 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| Total Estimated Reasonable Expense | - | 1,500 | 1,500 | 3,000 | 1,500 | 4,950 | 4,950 | 4,450 | 6,425 | 5,925 | 6,425 | 5,925 | 5,925 | 5,925 | 7,900 | 7,400 | 67,700 | 8,925 | 8,925 | 8,425 | 8,425 | 8,425 | 8,425 | 8,425 | 8,425 |

**Actual Expenses Recorded:**

| | 10/2012 | 11/2012 | 12/2012 | 2012 | 01/2013 | 02/2013 | 03/2013 | 04/2013 | 05/2013 | 06/2013 | 07/2013 | 08/2013 | 09/2013 | 10/2013 | 11/2013 | 12/2013 | 2013 | 01/2014 | 02/2014 | 03/2014 | 04/2014 | 05/2014 | 06/2014 | 07/2014 | 08/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Incubator Expense/Shared Service | - | 29,500 | 30,250 | 59,750 | 28,000 | 30,000 | 29,000 | 27,500 | 27,500 | 28,500 | 30,500 | 30,000 | 28,500 | 29,000 | 29,000 | 29,000 | 346,500 | 30,000 | 29,500 | 29,500 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 |
| Rent | - | - | - | - | 2,500 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 5,000 | 37,500 | 4,000 | 4,000 | 4,000 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 |
| Marketing | - | - | - | - | - | - | - | - | - | - | - | - | - | 500 | 500 | 500 | 1,500 | 500 | 3,000 | 3,000 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 |
| Analysts & Research | - | - | - | - | - | - | - | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,500 | 1,500 | 1,500 | 1,500 | 11,000 | 1,500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Consulting | - | - | 16,000 | 16,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 1,000 | - | 1,000 | - | - | - | - | - | - | - | - |
| Adjustment for Amount not Paid | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Actual Expense | - | 29,500 | 46,250 | 75,750 | 30,500 | 33,000 | 32,000 | 31,500 | 31,500 | 32,500 | 34,500 | 34,000 | 33,000 | 34,000 | 35,000 | 36,000 | 397,500 | 36,000 | 37,000 | 37,000 | 37,100 | 37,100 | 37,100 | 37,100 | 37,100 |
| Difference (Damages) | - | 28,000 | 44,750 | 72,750 | 29,000 | 28,050 | 27,050 | 27,050 | 25,075 | 26,575 | 28,075 | 28,075 | 27,075 | 28,075 | 27,100 | 28,600 | 329,800 | 27,075 | 28,075 | 28,575 | 28,675 | 28,675 | 28,675 | 28,675 | 28,675 |

| | 10/2012 | 11/2012 | 12/2012 | 2012 | 01/2013 | 02/2013 | 03/2013 | 04/2013 | 05/2013 | 06/2013 | 07/2013 | 08/2013 | 09/2013 | 10/2013 | 11/2013 | 12/2013 | 2013 | 01/2014 | 02/2014 | 03/2014 | 04/2014 | 05/2014 | 06/2014 | 07/2014 | 08/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Frost VP Seed, LLC | | 227,850 | 227,850 | | 227,850 | 457,375 | 457,375 | 457,375 | 457,375 | 457,375 | 457,375 | 457,375 | 457,375 | 457,375 | 457,375 | 457,375 | | 457,375 | 457,375 | 457,375 | 457,375 | 457,375 | 457,375 | 457,375 | 457,375 |
| Frost VP Early Stage Fund II | | - | - | | - | - | - | - | - | - | 500,000 | 500,000 | 500,000 | 500,000 | 750,000 | 750,000 | | 1,000,000 | 1,250,000 | 1,250,000 | 1,400,000 | 1,550,000 | 1,800,000 | 1,800,000 | 2,050,000 |
| Total Debt & Equity | | 279,500 | 255,600 | | 255,600 | 505,600 | 516,625 | 516,625 | 850,644 | 850,644 | 1,350,644 | 1,350,644 | 1,350,644 | 1,350,644 | 1,600,644 | 1,600,644 | | 1,847,894 | 2,097,894 | 2,097,894 | 2,252,894 | 2,402,894 | 2,647,894 | 2,647,894 | 2,922,894 |
| Seed Fund Investment % | | 81.52% | 89.14% | | 89.14% | 90.46% | 88.53% | 88.53% | 53.77% | 53.77% | 33.86% | 33.86% | 33.86% | 33.86% | 28.57% | 28.57% | | 24.75% | 21.80% | 21.80% | 20.30% | 19.03% | 17.27% | 17.27% | 15.65% |
| Fund II Investment % | | 0.00% | 0.00% | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 37.02% | 37.02% | 37.02% | 37.02% | 46.86% | 46.86% | | 54.12% | 59.58% | 59.58% | 62.14% | 64.51% | 67.98% | 67.98% | 70.14% |
| Seed Fund Damages | | 22,826 | 39,892 | 62,717 | 25,852 | 25,375 | 23,948 | 23,948 | 13,482 | 14,289 | 9,507 | 9,507 | 9,169 | 9,507 | 7,744 | 8,172 | 180,499 | 6,701 | 6,121 | 6,230 | 5,822 | 5,458 | 4,953 | 4,953 | 4,487 |
| Fund II Damages | | - | - | - | - | - | - | - | - | - | 10,393 | 10,393 | 10,023 | 10,393 | 12,698 | 13,401 | 67,301 | 14,652 | 16,728 | 17,026 | 17,819 | 18,497 | 19,493 | 19,493 | 20,111 |

Frost VP Seed, LLC

| | 10/2012 | 11/2012 | 12/2012 | 2012 | 01/2013 | 02/2013 | 03/2013 | 04/2013 | 05/2013 | 06/2013 | 07/2013 | 08/2013 | 09/2013 | 10/2013 | 11/2013 | 12/2013 | 2013 | 01/2014 | 02/2014 | 03/2014 | 04/2014 | 05/2014 | 06/2014 | 07/2014 | 08/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Reasonable Expense | | 1,223 | 1,337 | 2,560 | 1,337 | 4,478 | 4,382 | 3,940 | 3,455 | 3,186 | 2,176 | 2,006 | 2,006 | 2,006 | 2,257 | 2,115 | 33,344 | 2,209 | 1,946 | 1,837 | 1,710 | 1,604 | 1,455 | 1,455 | 1,318 |
| Actual Expense | | 24,049 | 41,229 | 65,277 | 27,189 | 29,852 | 28,330 | 27,887 | 16,937 | 17,475 | 11,683 | 11,514 | 11,175 | 11,514 | 10,001 | 10,287 | 213,843 | 8,910 | 8,067 | 8,067 | 7,532 | 7,062 | 6,408 | 6,408 | 5,805 |
| Difference (Damages) | | 22,826 | 39,892 | 62,717 | 25,852 | 25,375 | 23,948 | 23,948 | 13,482 | 14,289 | 9,507 | 9,507 | 9,169 | 9,507 | 7,744 | 8,172 | 180,499 | 6,701 | 6,121 | 6,230 | 5,822 | 5,458 | 4,953 | 4,953 | 4,487 |

Frost VP Early Stage Fund II

| | 10/2012 | 11/2012 | 12/2012 | 2012 | 01/2013 | 02/2013 | 03/2013 | 04/2013 | 05/2013 | 06/2013 | 07/2013 | 08/2013 | 09/2013 | 10/2013 | 11/2013 | 12/2013 | 2013 | 01/2014 | 02/2014 | 03/2014 | 04/2014 | 05/2014 | 06/2014 | 07/2014 | 08/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Reasonable Expense | | - | - | - | - | - | - | - | - | - | 2,378 | 2,193 | 2,193 | 2,193 | 3,702 | 3,467 | 16,128 | 4,830 | 5,318 | 5,020 | 5,235 | 5,435 | 5,727 | 5,727 | 5,909 |
| Actual Expense | | - | - | - | - | - | - | - | - | - | 12,772 | 12,587 | 12,216 | 12,587 | 16,400 | 16,868 | 83,429 | 19,482 | 22,046 | 22,046 | 23,055 | 23,932 | 25,220 | 25,220 | 26,020 |
| Difference (Damages) | | - | - | - | - | - | - | - | - | - | 10,393 | 10,393 | 10,023 | 10,393 | 12,698 | 13,401 | 67,301 | 14,652 | 16,728 | 17,026 | 17,819 | 18,497 | 19,493 | 19,493 | 20,111 |

[1] - See Assumptions Page
[2] - See Assumptions Page
[3] - See Assumptions Page
[4] - See Assumptions Page
[5] - See Assumptions Page
[6] - See Assumptions Page
[7] - See Assumptions Page

Exhibit 83
Page 966
Exhibit 1327

**Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.**
**Calculation of Alleged Damages - Source Thought, Inc.**

**EXHIBIT E**

*Calculation of Reasonable Incubator Expenses:*

| | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 | 03/2016 | 04/2016 | 05/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 3 | 3 | 5 | 5 | | 5 | 5 | 5 | 5 | 6 | 6 | 7 | 6 | 6 | 6 | 6 | 6 | | 6 | 6 | 6 | 6 | 5 |
| Is Company in 1st Three Months? | N | N | N | N | | Y | N | N | N | N | N | N | N | N | N | N | N | | Y | N | N | N | N |
| Does the Company have financing? | N | Y | Y | Y | | N | Y | N | Y | Y | Y | Y | Y | Y | Y | Y | Y | | Y | Y | Y | Y | Y |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | N | N | N |
| Does Company have Revenue? | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | | Y | Y | Y | Y | Y |
| **Estimated Reasonable Expenses:** | | | | | | | | | | | | | | | | | | | | | | | |
| Finance & Accounting [1] | 2,000 | 2,000 | 2,000 | 2,000 | 21,000 | 2,000 | 2,000 | 2,000 | 2,000 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 36,000 | 3,500 | 3,500 | 3,500 | 3,500 | 2,000 |
| Human Resource [2] | 600 | 600 | 1,000 | 1,000 | 8,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,200 | 1,200 | 1,400 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 13,800 | 1,200 | 1,200 | 1,200 | 1,200 | 1,000 |
| Technology [3] | 750 | 750 | 1,250 | 1,250 | 10,000 | 1,250 | 1,250 | 1,250 | 1,250 | 1,500 | 1,500 | 1,750 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 17,250 | 1,500 | 1,500 | 1,500 | 1,500 | 1,250 |
| PR/Marketing [4] | 1,000 | 1,000 | 1,000 | 1,000 | 16,500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Rent [5] | 1,575 | 1,575 | 2,625 | 2,625 | 21,000 | 2,625 | 2,625 | 2,625 | 2,625 | 3,150 | 3,150 | 3,675 | 3,150 | 3,150 | 3,150 | 3,150 | 3,150 | 36,225 | 3,150 | 3,150 | 3,150 | 3,150 | 2,625 |
| Legal [6] | 1,000 | 1,000 | 1,000 | 1,000 | 11,500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Other [7] | 1,500 | 1,500 | 2,500 | 2,500 | 20,000 | 2,500 | 2,500 | 2,500 | 2,500 | 3,000 | 3,000 | 3,500 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 34,500 | 3,000 | 3,000 | 3,000 | 3,000 | 2,500 |
| Total Estimated Reasonable Expense | 8,425 | 8,425 | 11,375 | 11,375 | 108,000 | 11,375 | 11,375 | 11,375 | 11,375 | 14,350 | 14,350 | 15,825 | 14,350 | 14,350 | 14,350 | 14,350 | 14,350 | 161,775 | 14,350 | 14,350 | 14,350 | 14,350 | 11,375 |
| **Actual Expenses Recorded:** | | | | | | | | | | | | | | | | | | | | | | | |
| Incubator Expense/Shared Service | 28,000 | 20,000 | 20,000 | 29,750 | 326,750 | 29,000 | 29,000 | 29,000 | 29,500 | 29,500 | 29,500 | 29,500 | 29,500 | 29,500 | 29,500 | 29,500 | 29,500 | 352,500 | 29,500 | 29,500 | 29,500 | 29,500 | 29,500 |
| Rent | 3,500 | 3,500 | 3,500 | 2,750 | 42,750 | 3,500 | 3,500 | 3,500 | 3,500 | 4,000 | 4,500 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 52,500 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Marketing | 5,100 | 4,500 | 3,000 | 5,100 | 49,700 | 5,100 | 5,100 | 5,100 | 5,798 | 5,100 | 5,100 | 5,100 | 5,100 | 5,798 | 5,227 | 5,100 | 5,100 | 62,723 | 5,100 | 5,100 | 5,100 | - | 10,200 |
| Analysts & Research | 500 | 500 | 500 | 500 | 7,000 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 | 500 | 500 | 500 | 500 | 500 |
| Consulting | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Adjustment for Amount not Paid | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (21,000) | (35,000) | (35,000) | (35,000) |
| Total Actual Expense | 37,100 | 28,500 | 27,000 | 38,100 | 426,200 | 38,100 | 38,100 | 38,100 | 39,298 | 39,100 | 39,600 | 40,100 | 40,100 | 40,798 | 40,227 | 40,100 | 40,100 | 473,723 | 40,100 | 19,100 | 5,100 | - | 10,200 |
| Difference (Damages) | 28,675 | 20,075 | 15,625 | 26,725 | 318,200 | 26,725 | 26,725 | 26,725 | 27,923 | 24,750 | 25,250 | 24,275 | 25,750 | 26,448 | 25,877 | 25,750 | 25,750 | 311,948 | 25,750 | 4,750 | (9,250) | (14,350) | (1,175) |
| Frost VP Seed, LLC | 457,375 | 457,375 | 457,375 | 457,375 | | 457,375 | 457,375 | 457,375 | 457,375 | 457,375 | 457,375 | 457,375 | 457,375 | 457,375 | 557,375 | 632,375 | 632,764 | | 632,764 | 632,764 | 633,392 | 633,392 | 633,392 |
| Frost VP Early Stage Fund II | 2,050,000 | 2,300,000 | 2,550,000 | 2,950,000 | | 2,950,000 | 3,200,000 | 3,200,000 | 3,450,000 | 3,700,000 | 3,950,000 | 4,200,000 | 4,300,000 | 4,500,804 | 4,575,804 | 4,675,804 | 4,677,091 | | 4,752,091 | 4,752,091 | 4,753,934 | 4,753,934 | 4,753,934 |
| Total Debt & Equity | 2,922,894 | 3,172,894 | 3,422,894 | 3,822,894 | | 3,822,894 | 4,072,894 | 4,072,894 | 4,322,894 | 4,572,894 | 4,822,894 | 5,072,894 | 5,172,894 | 5,372,894 | 5,547,894 | 5,722,894 | 5,897,894 | | 6,049,394 | 6,112,894 | 6,311,994 | 6,433,494 | 6,518,994 |
| Seed Fund Investment % | 15.65% | 14.42% | 13.36% | 11.96% | | 11.96% | 11.23% | 11.23% | 10.58% | 10.00% | 9.48% | 9.02% | 8.84% | 8.51% | 10.05% | 11.05% | 10.73% | | 10.46% | 10.35% | 10.03% | 9.85% | 9.72% |
| Fund II Investment % | 70.14% | 72.49% | 74.50% | 77.17% | | 77.17% | 78.57% | 78.57% | 79.81% | 80.91% | 81.90% | 82.79% | 83.13% | 83.77% | 82.48% | 81.70% | 79.30% | | 78.55% | 77.74% | 75.32% | 73.89% | 72.92% |
| Seed Fund Damages | 4,487 | 2,894 | 2,088 | 3,197 | 57,391 | 3,197 | 3,001 | 3,001 | 2,954 | 2,475 | 2,395 | 2,189 | 2,277 | 2,251 | 2,600 | 2,845 | 2,763 | 31,949 | 2,693 | 492 | (928) | (1,413) | (114) |
| Fund II Damages | 20,111 | 14,552 | 11,640 | 20,623 | 210,746 | 20,623 | 20,997 | 20,997 | 22,285 | 20,026 | 20,680 | 20,098 | 21,405 | 22,155 | 21,343 | 21,039 | 20,420 | 252,067 | 20,228 | 3,693 | (6,967) | (10,604) | (857) |
| **Frost VP Seed, LLC** | | | | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 1,318 | 1,214 | 1,520 | 1,361 | 18,948 | 1,361 | 1,277 | 1,277 | 1,204 | 1,435 | 1,361 | 1,427 | 1,269 | 1,222 | 1,442 | 1,586 | 1,540 | 16,399 | 1,501 | 1,485 | 1,440 | 1,413 | 1,105 |
| Actual Expense | 5,805 | 4,108 | 3,608 | 4,558 | 76,339 | 4,558 | 4,279 | 4,279 | 4,158 | 3,911 | 3,755 | 3,615 | 3,546 | 3,473 | 4,041 | 4,431 | 4,302 | 48,348 | 4,194 | 1,977 | 512 | - | 991 |
| Difference (Damages) | 4,487 | 2,894 | 2,088 | 3,197 | 57,391 | 3,197 | 3,001 | 3,001 | 2,954 | 2,475 | 2,395 | 2,189 | 2,277 | 2,251 | 2,600 | 2,845 | 2,763 | 31,949 | 2,693 | 492 | (928) | (1,413) | (114) |
| **Frost VP Early Stage Fund II** | | | | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 5,909 | 6,107 | 8,474 | 8,778 | 72,469 | 8,778 | 8,937 | 8,937 | 9,078 | 11,611 | 11,753 | 13,102 | 11,929 | 12,021 | 11,836 | 11,724 | 11,380 | 131,085 | 11,273 | 11,156 | 10,808 | 10,604 | 8,295 |
| Actual Expense | 26,020 | 20,659 | 20,115 | 29,401 | 283,215 | 29,401 | 29,934 | 29,934 | 31,363 | 31,636 | 32,433 | 33,200 | 33,333 | 34,176 | 33,179 | 32,763 | 31,800 | 383,152 | 31,500 | 14,848 | 3,841 | - | 7,438 |
| Difference (Damages) | 20,111 | 14,552 | 11,640 | 20,623 | 210,746 | 20,623 | 20,997 | 20,997 | 22,285 | 20,026 | 20,680 | 20,098 | 21,405 | 22,155 | 21,343 | 21,039 | 20,420 | 252,067 | 20,228 | 3,693 | (6,967) | (10,604) | (857) |

[1] - See Assumptions Page
[2] - See Assumptions Page
[3] - See Assumptions Page
[4] - See Assumptions Page
[5] - See Assumptions Page
[6] - See Assumptions Page
[7] - See Assumptions Page

Exhibit 83
Page 967

Exhibit 1327

Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.
Calculation of Alleged Damages - Source Thought, Inc.

**EXHIBIT E**

*Calculation of Reasonable Incubator Expenses:*

| | 06/2016 | 07/2016 | 08/2016 | 09/2016 | 10/2016 | 11/2016 | 12/2016 | 2016 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | |
| Is Company in 1st Three Months? | N | N | N | N | N | N | N | | |
| Does the Company have financing? | Y | Y | Y | Y | Y | Y | Y | | |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | N | N | N | N | | |
| Does Company have Revenue? | Y | Y | Y | Y | Y | Y | Y | | |
| | | | | | | | | | |
| **Estimated Reasonable Expenses:** | | | | | | | | | |
| Finance & Accounting [1] | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 30,000 | 99,500 |
| Human Resource [2] | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 11,400 | 39,600 |
| Technology [3] | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 14,250 | 49,500 |
| PR/Marketing [4] | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 | 40,500 |
| Rent [5] | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 29,925 | 103,950 |
| Legal [6] | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 | 46,500 |
| Other [7] | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 28,500 | 99,000 |
| Total Estimated Reasonable Expense | 9,900 | 9,900 | 9,900 | 9,900 | 9,900 | 9,900 | 9,900 | 138,075 | 478,550 |
| | | | | | | | | | |
| **Actual Expenses Recorded:** | | | | | | | | | |
| Incubator Expense/Shared Service | 29,500 | 29,500 | 29,500 | 29,500 | 24,500 | 24,500 | 24,500 | 339,000 | 1,424,500 |
| Rent | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 60,000 | 192,750 |
| Marketing | 5,100 | 5,100 | - | - | - | - | - | 35,700 | 149,623 |
| Analysts & Research | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 | 30,000 |
| Consulting | - | - | - | - | - | - | - | - | 16,000 |
| Other | - | - | - | - | - | - | - | - | 1,000 |
| Adjustment for Amount not Paid | (35,000) | (35,000) | (35,000) | (35,000) | (30,000) | (25,000) | (25,000) | (346,000) | (346,000) |
| Total Actual Expense | 5,100 | 5,100 | - | - | - | 5,000 | 5,000 | 94,700 | 1,467,873 |
| | | | | | | | | | |
| Difference (Damages) | (4,800) | (4,800) | (9,900) | (9,900) | (9,900) | (4,900) | (4,900) | (43,375) | **989,323** |
| | | | | | | | | | |
| Frost VP Seed, LLC | 634,020 | 634,020 | 634,020 | 634,648 | 634,648 | 634,648 | 634,648 | | |
| Frost VP Early Stage Fund II | 4,756,196 | 4,756,196 | 4,756,196 | 4,757,758 | 4,757,758 | 4,757,758 | 4,757,758 | | |
| Total Debt & Equity | 6,552,794 | 6,591,794 | 6,646,794 | 6,668,794 | 6,713,794 | 6,718,794 | 6,756,794 | | |
| Seed Fund Investment % | 9.68% | 9.62% | 9.54% | 9.52% | 9.45% | 9.45% | 9.39% | | |
| Fund II Investment % | 72.58% | 72.15% | 71.56% | 71.34% | 70.87% | 70.81% | 70.41% | | |
| Seed Fund Damages | (464) | (462) | (944) | (942) | (936) | (463) | (460) | (3,942) | **328,614** |
| Fund II Damages | (3,484) | (3,463) | (7,084) | (7,063) | (7,016) | (3,470) | (3,450) | (29,537) | **500,578** |
| | | | | | | | | | |
| Frost VP Seed, LLC | | | | | | | | | |
| Estimated Reasonable Expense | 958 | 952 | 944 | 942 | 936 | 935 | 930 | 13,542 | **84,794** |
| Actual Expense | 493 | 491 | - | - | - | 472 | 470 | 9,600 | **413,408** |
| Difference (Damages) | (464) | (462) | (944) | (942) | (936) | (463) | (460) | (3,942) | 328,614 |
| | | | | | | | | | |
| Frost VP Early Stage Fund II | | | | | | | | | |
| Estimated Reasonable Expense | 7,186 | 7,143 | 7,084 | 7,063 | 7,016 | 7,010 | 6,971 | 101,608 | **321,289** |
| Actual Expense | 3,702 | 3,680 | - | - | - | 3,541 | 3,521 | 72,071 | **821,867** |
| Difference (Damages) | (3,484) | (3,463) | (7,084) | (7,063) | (7,016) | (3,470) | (3,450) | (29,537) | 500,578 |

[1] - See Assumptions Page
[2] - See Assumptions Page
[3] - See Assumptions Page
[4] - See Assumptions Page
[5] - See Assumptions Page
[6] - See Assumptions Page
[7] - See Assumptions Page

Exhibit 83
Page 968
Exhibit 1327

**Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.**
**Calculation of Alleged Damages - Syntego, Inc.**

**EXHIBIT E**

**Purpose:** To calculate alleged damages based on incubators fees charged to Syntego, Inc.
**Source:** Quarterly Investor Reports, Annual Financial Statements, Deposition Testimony & Interviews with other experts

**Findings:**
Start: Syntego, Inc. (aka App Layer, Inc.) started in November 2013. Fund II first invested in December 2013 and Incubator fees began December 2013.
Incubator Fees stopped in September 2015.

**Calculation of Reasonable Incubator Expenses:**    Average Revenue Per Month:    $ -

| | 12/2013 | 2013 | 01/2014 | 02/2014 | 03/2014 | 04/2014 | 05/2014 | 06/2014 | 07/2014 | 08/2014 | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 0 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Is Company in 1st Three Months? | Y | | Y | Y | N | N | N | N | N | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N |
| Does the Company have financing? | Y | | N | N | N | N | Y | N | N | N | Y | N | N | N | | N | Y | N | N | Y | N | N | N | Y | N |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N |
| Does Company have Revenue? | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N |

**Estimated Reasonable Expenses:**

| | 12/2013 | 2013 | 01/2014 | 02/2014 | 03/2014 | 04/2014 | 05/2014 | 06/2014 | 07/2014 | 08/2014 | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Finance & Accounting [1] | 500 | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 500 | 500 | 500 | 500 | 10,000 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | - |
| Human Resource [2] | - | - | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | - | - | - | - | 1,600 | - | - | - | - | - | - | - | - | - | - |
| Technology [3] | - | - | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | - | - | - | - | 2,000 | - | - | - | - | - | - | - | - | - | - |
| PR/Marketing [4] | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rent [5] | - | - | 525 | 525 | 525 | 525 | 525 | 525 | 525 | 525 | - | - | - | - | 4,200 | - | - | - | - | - | - | - | - | - | - |
| Legal [6] | 1,000 | 1,000 | 1,000 | 1,000 | 500 | 500 | 1,000 | 500 | 500 | 500 | 1,000 | 500 | 500 | 500 | 8,000 | 500 | 1,000 | 500 | 500 | 1,000 | 500 | 500 | 500 | 1,000 | - |
| Other [7] | - | - | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | - | - | - | - | 4,000 | - | - | - | - | - | - | - | - | - | - |
| Total Estimated Reasonable Expense | 1,500 | 1,500 | 3,475 | 3,475 | 2,975 | 2,975 | 3,475 | 2,975 | 2,975 | 2,975 | 1,500 | 1,000 | 1,000 | 1,000 | 29,800 | 1,000 | 1,500 | 1,000 | 1,000 | 1,500 | 1,000 | 1,000 | 1,000 | 1,500 | - |

**Actual Expenses Recorded:**

| | 12/2013 | 2013 | 01/2014 | 02/2014 | 03/2014 | 04/2014 | 05/2014 | 06/2014 | 07/2014 | 08/2014 | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Incubator Expense/Shared Service | 39,000 | 39,000 | 30,000 | 29,750 | 29,750 | 35,750 | 32,000 | 31,000 | 31,000 | 30,000 | 30,000 | 30,000 | 31,500 | 28,500 | 369,250 | 18,500 | 18,500 | 18,500 | 18,500 | 18,500 | 20,000 | 18,500 | 18,500 | 18,500 | - |
| Rent | 3,000 | 3,000 | 3,000 | 2,500 | 2,500 | 2,000 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 1,000 | 1,000 | 27,000 | - | - | - | - | - | - | 1,500 | 1,500 | 1,500 | - |
| Marketing | 500 | 500 | 500 | 3,000 | 3,000 | - | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | - | 27,500 | - | - | - | - | - | - | - | - | - | - |
| Analysts & Research | 1,500 | 1,500 | 1,500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 7,000 | - | - | - | - | - | - | - | - | - | - |
| Consulting | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Actual Expense | 44,000 | 44,000 | 35,000 | 35,750 | 35,750 | 38,250 | 38,000 | 37,000 | 37,000 | 36,000 | 36,000 | 36,000 | 36,000 | 30,000 | 430,750 | 18,500 | 18,500 | 18,500 | 18,500 | 18,500 | 20,000 | 20,000 | 20,000 | 20,000 | - |
| Difference (Damages) | 42,500 | 42,500 | 31,525 | 32,275 | 32,775 | 35,275 | 34,525 | 34,025 | 34,025 | 33,025 | 34,500 | 35,000 | 35,000 | 29,000 | 400,950 | 17,500 | 17,000 | 17,500 | 17,500 | 17,000 | 19,000 | 19,000 | 19,000 | 18,500 | - |

| | 12/2013 | 2013 | 01/2014 | 02/2014 | 03/2014 | 04/2014 | 05/2014 | 06/2014 | 07/2014 | 08/2014 | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Frost VP Seed, LLC | 115,313 | | 115,313 | 115,313 | 115,313 | 115,313 | 115,313 | 115,313 | 115,313 | 115,313 | 115,313 | 115,313 | 115,313 | 115,313 | | 115,313 | 115,313 | 115,313 | 115,313 | 115,313 | 115,313 | 115,313 | 115,313 | 115,313 | 115,313 |
| Frost VP Early Stage Fund II | 125,000 | | 125,000 | 125,000 | 125,000 | 125,000 | 375,000 | 375,000 | 375,000 | 375,000 | 625,000 | 625,000 | 625,000 | 625,000 | | 625,000 | 625,000 | 625,000 | 625,000 | 725,001 | 725,001 | 725,001 | 725,001 | 735,001 | 735,001 |
| Total Debt & Equity | 250,400 | | 250,400 | 250,400 | 250,400 | 250,400 | 500,400 | 500,400 | 500,400 | 500,400 | 750,400 | 750,400 | 750,400 | 750,400 | | 750,400 | 750,360 | 750,360 | 750,360 | 850,361 | 850,361 | 850,361 | 850,361 | 860,361 | 860,361 |
| Seed Fund Investment % | 46.05% | | 46.05% | 46.05% | 46.05% | 46.05% | 23.04% | 23.04% | 23.04% | 23.04% | 15.37% | 15.37% | 15.37% | 15.37% | | 15.37% | 15.37% | 15.37% | 15.37% | 13.56% | 13.56% | 13.56% | 13.56% | 13.40% | 13.40% |
| Fund II Investment % | 49.92% | | 49.92% | 49.92% | 49.92% | 49.92% | 74.94% | 74.94% | 74.94% | 74.94% | 83.29% | 83.29% | 83.29% | 83.29% | | 83.29% | 83.29% | 83.29% | 83.29% | 85.26% | 85.26% | 85.26% | 85.26% | 85.43% | 85.43% |
| Seed Fund Damages | 19,572 | 19,572 | 14,518 | 14,863 | 15,093 | 16,245 | 7,956 | 7,841 | 7,841 | 7,610 | 5,302 | 5,378 | 5,378 | 4,456 | 112,481 | 2,689 | 2,612 | 2,689 | 2,689 | 2,305 | 2,576 | 2,576 | 2,576 | 2,480 | - |
| Fund II Damages | 21,216 | 21,216 | 15,737 | 16,112 | 16,361 | 17,609 | 25,873 | 25,498 | 25,498 | 24,749 | 28,735 | 29,151 | 29,151 | 24,154 | 278,629 | 14,576 | 14,160 | 14,576 | 14,576 | 14,494 | 16,199 | 16,199 | 16,199 | 15,804 | - |

| Frost VP Seed, LLC | 12/2013 | 2013 | 01/2014 | 02/2014 | 03/2014 | 04/2014 | 05/2014 | 06/2014 | 07/2014 | 08/2014 | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Reasonable Expense | 691 | 691 | 1,600 | 1,600 | 1,370 | 1,370 | 801 | 686 | 686 | 686 | 231 | 154 | 154 | 154 | 9,490 | 154 | 231 | 154 | 154 | 203 | 136 | 136 | 136 | 201 | - |
| Actual Expense | 20,263 | 20,263 | 16,118 | 16,463 | 16,463 | 17,615 | 8,757 | 8,526 | 8,526 | 8,296 | 5,532 | 5,532 | 5,532 | 4,610 | 121,971 | 2,843 | 2,843 | 2,843 | 2,843 | 2,509 | 2,712 | 2,712 | 2,712 | 2,681 | - |
| Difference (Damages) | 19,572 | 19,572 | 14,518 | 14,863 | 15,093 | 16,245 | 7,956 | 7,841 | 7,841 | 7,610 | 5,302 | 5,378 | 5,378 | 4,456 | 112,481 | 2,689 | 2,612 | 2,689 | 2,689 | 2,305 | 2,576 | 2,576 | 2,576 | 2,480 | - |

| Frost VP Early Stage Fund II | 12/2013 | 2013 | 01/2014 | 02/2014 | 03/2014 | 04/2014 | 05/2014 | 06/2014 | 07/2014 | 08/2014 | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Reasonable Expense | 749 | 749 | 1,735 | 1,735 | 1,485 | 1,485 | 2,604 | 2,229 | 2,229 | 2,229 | 1,249 | 833 | 833 | 833 | 19,480 | 833 | 1,249 | 833 | 833 | 1,279 | 853 | 853 | 853 | 1,281 | - |
| Actual Expense | 21,965 | 21,965 | 17,472 | 17,846 | 17,846 | 19,094 | 28,477 | 27,728 | 27,728 | 26,978 | 29,984 | 29,984 | 29,984 | 24,987 | 298,109 | 15,408 | 15,409 | 15,409 | 15,409 | 15,773 | 17,052 | 17,052 | 17,052 | 17,086 | - |
| Difference (Damages) | 21,216 | 21,216 | 15,737 | 16,112 | 16,361 | 17,609 | 25,873 | 25,498 | 25,498 | 24,749 | 28,735 | 29,151 | 29,151 | 24,154 | 278,629 | 14,576 | 14,160 | 14,576 | 14,576 | 14,494 | 16,199 | 16,199 | 16,199 | 15,804 | - |

[1] - See Assumptions Page
[2] - See Assumptions Page
[3] - See Assumptions Page
[4] - See Assumptions Page
[5] - See Assumptions Page
[6] - See Assumptions Page
[7] - See Assumptions Page

Exhibit 83
Page 969
Exhibit 1327

Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.
Calculation of Alleged Damages - Syntego, Inc.

Case 8:19-cv-01559-SPG-JDE    Document 44-8    Filed 03/26/21    Page 263 of 285
Page ID #:1620

**EXHIBIT E**

*Calculation of Reasonable Incubator Expenses:*

|  | 11/2015 | 12/2015 | 2015 | Grand Total |
|---|---|---|---|---|
| Estimated Number of Employees (by month): | 0 | 0 |  |  |
| Is Company in 1st Three Months? | N | N |  |  |
| Does the Company have financing? | N | Y |  |  |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N |  |  |
| Does Company have Revenue? | N | N |  |  |

**Estimated Reasonable Expenses:**

|  | 11/2015 | 12/2015 | 2015 | Grand Total |
|---|---|---|---|---|
| Finance & Accounting [1] | - | - | 4,500 | 15,000 |
| Human Resource [2] | - | - | - | 1,600 |
| Technology [3] | - | - | - | 2,000 |
| PR/Marketing [4] | - | - | - | - |
| Rent [5] | - | - | - | 4,200 |
| Legal [6] | - | - | 6,000 | 15,000 |
| Other [7] | - | - | - | 4,000 |
| Total Estimated Reasonable Expense | - | - | 10,500 | 41,800 |

**Actual Expenses Recorded:**

|  | 11/2015 | 12/2015 | 2015 | Grand Total |
|---|---|---|---|---|
| Incubator Expense/Shared Service | - | - | 168,000 | 576,250 |
| Rent | - | - | 4,500 | 34,500 |
| Marketing | - | - | - | 28,000 |
| Analysts & Research | - | - | - | 8,500 |
| Consulting | - | - | - | - |
| Other | - | - | - | - |
| Total Actual Expense | - | - | 172,500 | 647,250 |
|  |  |  |  |  |
| Difference (Damages) | - | - | 162,000 | **605,450** |

|  | 11/2015 | 12/2015 | 2015 | Grand Total |
|---|---|---|---|---|
| Frost VP Seed, LLC | 115,313 | 115,313 |  |  |
| Frost VP Early Stage Fund II | 735,001 | 735,001 |  |  |
| Total Debt & Equity | 860,361 | 863,361 |  |  |
| Seed Fund Investment % | 13.40% | 13.36% |  |  |
| Fund II Investment % | 85.43% | 85.13% |  |  |
| Seed Fund Damages | - | - | 23,195 | **155,247** |
| Fund II Damages | - | - | 136,783 | **436,629** |

Frost VP Seed, LLC

|  | 11/2015 | 12/2015 | 2015 | Grand Total |
|---|---|---|---|---|
| Estimated Reasonable Expense | - | - | 1,503 | **11,683** |
| Actual Expense | - | - | 24,697 | **166,931** |
| Difference (Damages) | - | - | 23,195 | **155,247** |

Frost VP Early Stage Fund II

|  | 11/2015 | 12/2015 | 2015 | Grand Total |
|---|---|---|---|---|
| Estimated Reasonable Expense | - | - | 8,866 | **29,095** |
| Actual Expense | - | - | 145,650 | **465,724** |
| Difference (Damages) | - | - | 136,783 | **436,629** |

[1] - See Assumptions Page
[2] - See Assumptions Page
[3] - See Assumptions Page
[4] - See Assumptions Page
[5] - See Assumptions Page
[6] - See Assumptions Page
[7] - See Assumptions Page

Exhibit 83
Page 970
Exhibit 1327

**Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.**
**Calculation of Alleged Damages - Tellit Health, Inc.**

**EXHIBIT E**

**Purpose:** To calculate alleged damages based on incubators fees charged to Tellit Health, Inc.
**Source:** Quarterly Investor Reports, Annual Financial Statements, Deposition Testimony & Interviews with other experts

**Findings:**
Start: Tellit Health, Inc. started in September 2014. Fund II first invested in September 2014 and Incubator fees began September 2014.
Seed Fund invested $30,000 in March 2016.

**Calculation of Reasonable Incubator Expenses:**          Average Revenue Per Month:    $  -

| | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 | 03/2016 | 04/2016 | 05/2016 | 06/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 0 | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | 2 | 2 | 2 | 2 | 2 | 1 |
| Is Company in 1st Three Months? | Y | Y | Y | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | N | N | N | N |
| Does the Company have financing? | Y | N | N | Y | | Y | N | N | Y | N | Y | N | Y | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | N | N | N | N |
| Does Company have Revenue? | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | N | N | N | N |

**Estimated Reasonable Expenses:**

| | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 | 03/2016 | 04/2016 | 05/2016 | 06/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Finance & Accounting [1] | 500 | 1,000 | 1,000 | 1,000 | 3,500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Human Resource [2] | - | 200 | 200 | 200 | 600 | 200 | 200 | 200 | 200 | 200 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 3,800 | 400 | 400 | 400 | 400 | 400 | 200 |
| Technology [3] | - | 250 | 250 | 250 | 750 | 250 | 250 | 250 | 250 | 250 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 4,750 | 500 | 500 | 500 | 500 | 500 | 250 |
| PR/Marketing [4] | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rent [5] | - | 525 | 525 | 525 | 1,575 | 525 | 525 | 525 | 525 | 525 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 9,975 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 525 |
| Legal [6] | 1,000 | 1,000 | 1,000 | 1,000 | 4,000 | 1,000 | 500 | 500 | 1,000 | 500 | 1,000 | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 10,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Other [7] | - | 500 | 500 | 500 | 1,500 | 500 | 500 | 500 | 500 | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 9,500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 500 |
| Total Estimated Reasonable Expense | 1,500 | 3,475 | 3,475 | 3,475 | 11,925 | 3,475 | 2,975 | 2,975 | 3,475 | 2,975 | 4,950 | 4,450 | 4,950 | 4,950 | 4,950 | 4,950 | 4,950 | 50,025 | 4,950 | 4,950 | 4,950 | 4,950 | 4,950 | 3,475 |

**Actual Expenses Recorded:**

| | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 | 03/2016 | 04/2016 | 05/2016 | 06/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Incubator Expense/Shared Service | 30,000 | 30,000 | 30,500 | 34,000 | 124,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 402,000 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 |
| Rent | 2,500 | 2,500 | 2,000 | 1,500 | 8,500 | 2,500 | 2,500 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 25,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Marketing | 3,000 | 7,500 | 7,500 | 5,100 | 23,100 | 5,100 | 5,100 | 5,100 | 6,575 | 5,100 | 5,100 | 5,100 | 5,100 | 5,375 | 5,592 | 5,100 | 5,100 | 63,442 | 5,100 | 5,100 | 5,100 | - | 10,200 | - |
| Analysts & Research | 500 | 500 | 500 | 500 | 2,000 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 | 500 | 500 | 500 | 500 | 500 | 500 |
| Consulting | - | 3,333 | 1,667 | 1,667 | 6,667 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Adjustment for Amount not Paid | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (1,500) | (36,000) | (36,000) | (36,000) | (36,000) |
| Total Actual Expense | 36,000 | 43,833 | 42,167 | 42,767 | 164,767 | 41,600 | 41,600 | 41,100 | 42,575 | 41,100 | 41,100 | 41,100 | 41,100 | 41,375 | 41,592 | 41,100 | 41,100 | 496,442 | 41,100 | 39,600 | 5,100 | - | 10,200 | - |
| Difference (Damages) | 34,500 | 40,358 | 38,692 | 39,292 | 152,842 | 38,125 | 38,625 | 38,125 | 39,100 | 38,125 | 36,150 | 36,650 | 36,150 | 36,425 | 36,642 | 36,150 | 36,150 | 446,417 | 36,150 | 34,650 | 150 | (4,950) | 5,250 | (3,475) |

| | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 | 03/2016 | 04/2016 | 05/2016 | 06/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Frost VP Seed, LLC | - | - | - | - | | - | - | - | - | - | - | - | - | - | - | - | - | | - | - | 30,001 | 30,001 | 30,001 | 30,001 |
| Frost VP Early Stage Fund II | 250,000 | 250,000 | 250,000 | 250,000 | | 500,000 | 500,000 | 500,000 | 625,000 | 625,000 | 725,001 | 725,001 | 875,002 | 925,002 | 925,002 | 925,002 | 925,002 | | 925,002 | 925,002 | 925,002 | 925,002 | 925,002 | 925,002 |
| Total Debt & Equity | 250,000 | 250,000 | 250,000 | 250,445 | | 500,445 | 500,445 | 500,445 | 625,445 | 625,445 | 725,446 | 725,446 | 875,447 | 950,447 | 1,004,198 | 1,100,449 | 1,180,449 | | 1,250,450 | 1,271,451 | 1,362,451 | 1,405,451 | 1,437,425 | 1,479,426 |
| Seed Fund Investment % | 0.00% | 0.00% | 0.00% | 0.00% | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | | 0.00% | 0.00% | 2.20% | 2.13% | 2.09% | 2.03% |
| Fund II Investment % | 100.00% | 100.00% | 100.00% | 99.82% | | 99.91% | 99.91% | 99.91% | 99.93% | 99.93% | 99.94% | 99.94% | 99.95% | 97.32% | 92.11% | 84.06% | 78.36% | | 73.97% | 72.75% | 67.89% | 65.82% | 64.35% | 62.52% |
| Seed Fund Damages | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 3 | (106) | 110 | (70) |
| Fund II Damages | 34,500 | 40,358 | 38,692 | 39,222 | 152,772 | 38,091 | 38,591 | 38,091 | 39,072 | 38,098 | 36,128 | 36,628 | 36,132 | 35,450 | 33,752 | 30,387 | 28,327 | 428,746 | 26,741 | 25,208 | 102 | (3,258) | 3,378 | (2,173) |

| Frost VP Seed, LLC | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 | 03/2016 | 04/2016 | 05/2016 | 06/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Reasonable Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 109 | 106 | 103 | 70 |
| Actual Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 112 | - | 213 | - |
| Difference (Damages) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 112 | 3 | (106) | 110 | (70) |

| Frost VP Early Stage Fund II | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 | 03/2016 | 04/2016 | 05/2016 | 06/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Reasonable Expense | 1,500 | 3,475 | 3,475 | 3,469 | 11,919 | 3,472 | 2,972 | 2,972 | 3,473 | 2,973 | 4,947 | 4,447 | 4,947 | 4,817 | 4,560 | 4,161 | 3,879 | 47,620 | 3,662 | 3,601 | 3,361 | 3,258 | 3,185 | 2,173 |
| Actual Expense | 36,000 | 43,833 | 42,167 | 42,691 | 164,691 | 41,563 | 41,563 | 41,063 | 42,545 | 41,071 | 41,075 | 41,075 | 41,079 | 40,267 | 38,312 | 34,547 | 32,206 | 476,366 | 30,403 | 28,810 | 3,463 | - | 6,564 | - |
| Difference (Damages) | 34,500 | 40,358 | 38,692 | 39,222 | 152,772 | 38,091 | 38,591 | 38,091 | 39,072 | 38,098 | 36,128 | 36,628 | 36,132 | 35,450 | 33,752 | 30,387 | 28,327 | 428,746 | 26,741 | 25,208 | 102 | (3,258) | 3,378 | (2,173) |

[1] - See Assumptions Page
[2] - See Assumptions Page
[3] - See Assumptions Page
[4] - See Assumptions Page
[5] - See Assumptions Page
[6] - See Assumptions Page
[7] - See Assumptions Page

Exhibit 83
Page 971
Exhibit 1327

**Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.**
**Calculation of Alleged Damages - Tellit Health, Inc.**

**EXHIBIT E**

*Calculation of Reasonable Incubator Expenses:*

| | 07/2016 | 08/2016 | 09/2016 | 10/2016 | 11/2016 | 12/2016 | 2016 | Grand Total |
|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 1 | 1 | 1 | 1 | 1 | 1 | | |
| Is Company in 1st Three Months? | N | N | N | N | N | N | | |
| Does the Company have financing? | Y | Y | Y | Y | Y | Y | | |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | N | N | N | | |
| Does Company have Revenue? | N | N | N | N | N | N | | |
| | | | | | | | | |
| **Estimated Reasonable Expenses:** | | | | | | | | |
| Finance & Accounting [1] | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 | 27,500 |
| Human Resource [2] | 200 | 200 | 200 | 200 | 200 | 200 | 3,400 | 7,800 |
| Technology [3] | 250 | 250 | 250 | 250 | 250 | 250 | 4,250 | 9,750 |
| PR/Marketing [4] | - | - | - | - | - | - | - | - |
| Rent [5] | 525 | 525 | 525 | 525 | 525 | 525 | 8,925 | 20,475 |
| Legal [6] | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 | 26,000 |
| Other [7] | 500 | 500 | 500 | 500 | 500 | 500 | 8,500 | 19,500 |
| Total Estimated Reasonable Expense | 3,475 | 3,475 | 3,475 | 3,475 | 3,475 | 3,475 | 49,075 | 111,025 |
| | | | | | | | | |
| **Actual Expenses Recorded:** | | | | | | | | |
| Incubator Expense/Shared Service | 33,500 | 33,500 | 33,500 | 27,500 | 27,500 | 27,500 | 384,000 | 910,500 |
| Rent | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 | 57,500 |
| Marketing | 10,200 | - | - | - | - | - | 35,700 | 122,242 |
| Analysts & Research | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 | 14,000 |
| Consulting | - | - | - | - | - | - | - | 6,667 |
| Other | - | - | - | - | - | - | - | - |
| Adjustment for Amount not Paid | (36,000) | (36,000) | (36,000) | (30,000) | (30,000) | (30,000) | (343,500) | (343,500) |
| Total Actual Expense | 10,200 | - | - | - | - | - | 106,200 | 767,409 |
| | | | | | | | | |
| Difference (Damages) | 6,725 | (3,475) | (3,475) | (3,475) | (3,475) | (3,475) | 57,125 | **656,384** |
| | | | | | | | | |
| Frost VP Seed, LLC | 30,001 | 30,001 | 30,001 | 30,001 | 30,001 | 30,001 | | |
| Frost VP Early Stage Fund II | 925,002 | 925,002 | 925,002 | 925,002 | 925,002 | 925,002 | | |
| Total Debt & Equity | 1,497,427 | 1,515,427 | 1,533,427 | 1,555,427 | 1,574,577 | 1,590,577 | | |
| Seed Fund Investment % | 2.00% | 1.98% | 1.96% | 1.93% | 1.91% | 1.89% | | |
| Fund II Investment % | 61.77% | 61.04% | 60.32% | 59.47% | 58.75% | 58.16% | | |
| Seed Fund Damages | 135 | (69) | (68) | (67) | (66) | (66) | (264) | **(264)** |
| Fund II Damages | 4,154 | (2,121) | (2,096) | (2,067) | (2,041) | (2,021) | 43,808 | **625,326** |
| | | | | | | | | |
| Frost VP Seed, LLC | | | | | | | | |
| Estimated Reasonable Expense | 70 | 69 | 68 | 67 | 66 | 66 | 794 | **794** |
| Actual Expense | 204 | - | - | - | - | - | 530 | **530** |
| Difference (Damages) | 135 | (69) | (68) | (67) | (66) | (66) | (264) | **(264)** |
| | | | | | | | | |
| Frost VP Early Stage Fund II | | | | | | | | |
| Estimated Reasonable Expense | 2,147 | 2,121 | 2,096 | 2,067 | 2,041 | 2,021 | 31,732 | **91,272** |
| Actual Expense | 6,301 | - | - | - | - | - | 75,540 | **716,597** |
| Difference (Damages) | 4,154 | (2,121) | (2,096) | (2,067) | (2,041) | (2,021) | 43,808 | **625,326** |

[1] - See Assumptions Page
[2] - See Assumptions Page
[3] - See Assumptions Page
[4] - See Assumptions Page
[5] - See Assumptions Page
[6] - See Assumptions Page
[7] - See Assumptions Page

Exhibit 83
Page 972
Exhibit 1327

**Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.**
**Calculation of Alleged Damages - ThinkIQ, Inc.**

**EXHIBIT E**

**Purpose:** To calculate alleged damages based on incubators fees charged to ThinkIQ, Inc.
**Source:** Quarterly Investor Reports, Annual Financial Statements, Deposition Testimony & Interviews with other experts

**Findings:**
Start: ThinkIQ, Inc. (aka Frost Newco 23) started in January 2015. Fund II first invested in January 2015 and Incubator fees began January 2015.
Seed Fund invested $20,000 in March 2016.

*Calculation of Reasonable Incubator Expenses:*          Average Revenue Per Month:     $ 26,250

| | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 | 03/2016 | 04/2016 | 05/2016 | 06/2016 | 07/2016 | 08/2016 | 09/2016 | 10/2016 | 11/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 0 | 2 | 3 | 3 | 2 | 2 | 2 | 2 | 2 | 3 | 5 | 5 | | 5 | 5 | 5 | 5 | 5 | 5 | 6 | 6 | 6 | 5 | 6 |
| Is Company in 1st Three Months? | Y | Y | Y | N | N | N | N | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N |
| Does the Company have financing? | Y | N | N | Y | N | Y | Y | Y | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y | Y | Y | Y | N | N |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | N | N | N | N | N | N | N | N | N | | N | Y | Y | Y | N | N | N | N | N | N | N |
| Does Company have Revenue? | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | N | N | Y | Y | Y | Y | Y | Y | Y |

**Estimated Reasonable Expenses:**

| | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 | 03/2016 | 04/2016 | 05/2016 | 06/2016 | 07/2016 | 08/2016 | 09/2016 | 10/2016 | 11/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Finance & Accounting [1] | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 11,500 | 1,000 | 1,000 | 1,000 | 1,000 | 2,000 | 2,000 | 3,500 | 3,500 | 3,500 | 2,000 | 3,500 |
| Human Resource [2] | - | 400 | 600 | 600 | 400 | 400 | 400 | 400 | 400 | 600 | 1,000 | 1,000 | 6,200 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,200 | 1,200 | 1,200 | 1,000 | 1,200 |
| Technology [3] | - | 500 | 750 | 750 | 500 | 500 | 500 | 500 | 500 | 750 | 1,250 | 1,250 | 7,750 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,500 | 1,500 | 1,500 | 1,250 | 1,500 |
| PR/Marketing [4] | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 2,500 | 2,500 | 2,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| Rent [5] | - | 1,050 | 1,575 | 1,575 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,575 | 2,625 | 2,625 | 16,275 | 2,625 | 2,625 | 2,625 | 2,625 | 2,625 | 2,625 | 3,150 | 3,150 | 3,150 | 2,625 | 3,150 |
| Legal [6] | 1,000 | 1,000 | 1,000 | 1,000 | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 11,500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Other [7] | - | 1,000 | 1,500 | 1,500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,500 | 2,500 | 2,500 | 15,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 3,000 | 3,000 | 3,000 | 2,500 | 3,000 |
| Total Estimated Reasonable Expense | 1,500 | 4,950 | 6,425 | 6,425 | 4,450 | 4,950 | 4,950 | 4,950 | 4,950 | 6,425 | 9,375 | 9,375 | 68,725 | 9,375 | 11,875 | 11,875 | 11,875 | 11,875 | 11,875 | 14,850 | 14,850 | 14,850 | 11,875 | 14,850 |

**Actual Expenses Recorded:**

| | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 | 03/2016 | 04/2016 | 05/2016 | 06/2016 | 07/2016 | 08/2016 | 09/2016 | 10/2016 | 11/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Incubator Expense/Shared Service | 20,100 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 388,600 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 23,000 | 23,000 | 23,000 |
| Rent | 1,200 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 23,200 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Marketing | 3,000 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 59,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | - | - | - | - |
| Analysts & Research | 300 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 5,800 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | - | - | - |
| Consulting | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | 5,000 | 3,000 | - | - | - | - | - | - | - | - | - | 8,000 | - | - | - | - | - | - | - | - | - | - | - |
| Adjustment for Amount not Paid | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (27,000) | (36,000) | (36,000) | (36,000) | (36,000) | (36,000) | (36,000) | (5,000) | (5,000) | (5,000) |
| Total Actual Expense | 24,600 | 46,100 | 44,100 | 41,100 | 41,100 | 41,100 | 41,100 | 41,100 | 41,100 | 41,100 | 41,100 | 41,100 | 484,700 | 41,100 | 14,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | - | 20,000 | 20,000 | 20,000 |
| Difference (Damages) | 23,100 | 41,150 | 37,675 | 34,675 | 36,650 | 36,150 | 36,150 | 36,150 | 36,150 | 34,675 | 31,725 | 31,725 | 415,975 | 31,725 | 2,225 | (6,775) | (6,775) | (6,775) | (6,775) | (9,750) | (14,850) | 5,150 | 8,125 | 5,150 |

| | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 | 03/2016 | 04/2016 | 05/2016 | 06/2016 | 07/2016 | 08/2016 | 09/2016 | 10/2016 | 11/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Frost VP Seed, LLC | | | | | | | | | | | | | | | | 20,001 | 20,001 | 20,001 | 20,001 | 20,001 | 20,001 | 20,001 | 20,001 | 20,001 |
| Frost VP Early Stage Fund II | 250,000 | 250,000 | 250,000 | 375,000 | 375,000 | 500,001 | 500,001 | 565,001 | 565,001 | 565,001 | 565,001 | 565,001 | | 565,001 | 565,001 | 565,001 | 565,001 | 565,001 | 565,001 | 565,001 | 565,001 | 565,001 | 565,001 | 565,001 |
| Total Debt & Equity | 250,000 | 250,000 | 250,000 | 375,000 | 375,000 | 525,001 | 525,031 | 590,032 | 765,033 | 790,033 | 915,033 | 1,055,434 | | 1,155,435 | 1,190,435 | 1,341,237 | 1,427,937 | 1,524,437 | 1,514,437 | 1,561,438 | 1,959,438 | 2,159,438 | 2,159,438 | 2,159,438 |
| Seed Fund Investment % | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | | 0.00% | 0.00% | 1.49% | 1.40% | 1.31% | 1.32% | 1.28% | 1.02% | 0.93% | 0.93% | 0.93% |
| Fund II Investment % | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 95.24% | 95.23% | 95.76% | 73.85% | 71.52% | 61.75% | 53.53% | | 48.90% | 47.46% | 42.13% | 39.57% | 37.06% | 37.31% | 36.18% | 28.83% | 26.16% | 26.16% | 26.16% |
| Seed Fund Damages | - | - | - | - | - | - | - | - | - | - | - | - | | - | - | (101) | (95) | (89) | (89) | (125) | (152) | 48 | 75 | 48 |
| Fund II Damages | 23,100 | 41,150 | 37,675 | 34,675 | 36,650 | 34,429 | 34,427 | 34,616 | 26,698 | 24,798 | 19,589 | 16,983 | 364,790 | 15,513 | 1,056 | (2,854) | (2,681) | (2,511) | (2,528) | (3,528) | (4,282) | 1,347 | 2,126 | 1,347 |

**Frost VP Seed, LLC**

| | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 | 03/2016 | 04/2016 | 05/2016 | 06/2016 | 07/2016 | 08/2016 | 09/2016 | 10/2016 | 11/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Reasonable Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 177 | 166 | 156 | 157 | 190 | 152 | 138 | 110 | 138 |
| Actual Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 76 | 71 | 67 | 67 | 65 | - | 185 | 185 | 185 |
| Difference (Damages) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (101) | (95) | (89) | (89) | (125) | (152) | 48 | 75 | 48 |

**Frost VP Early Stage Fund II**

| | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 | 03/2016 | 04/2016 | 05/2016 | 06/2016 | 07/2016 | 08/2016 | 09/2016 | 10/2016 | 11/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Reasonable Expense | 1,500 | 4,950 | 6,425 | 6,425 | 4,450 | 4,714 | 4,714 | 4,740 | 3,656 | 4,595 | 5,789 | 5,019 | 56,976 | 4,584 | 5,636 | 5,002 | 4,699 | 4,401 | 4,430 | 5,373 | 4,282 | 3,885 | 3,107 | 3,885 |
| Actual Expense | 24,600 | 46,100 | 44,100 | 41,100 | 41,100 | 39,143 | 39,141 | 39,356 | 30,354 | 29,393 | 25,378 | 22,002 | 421,766 | 20,098 | 6,692 | 2,148 | 2,018 | 1,890 | 1,903 | 1,845 | - | 5,233 | 5,233 | 5,233 |
| Difference (Damages) | 23,100 | 41,150 | 37,675 | 34,675 | 36,650 | 34,429 | 34,427 | 34,616 | 26,698 | 24,798 | 19,589 | 16,983 | 364,790 | 15,513 | 1,056 | (2,854) | (2,681) | (2,511) | (2,528) | (3,528) | (4,282) | 1,347 | 2,126 | 1,347 |

[1] - See Assumptions Page
[2] - See Assumptions Page
[3] - See Assumptions Page
[4] - See Assumptions Page
[5] - See Assumptions Page
[6] - See Assumptions Page
[7] - See Assumptions Page

Exhibit 83
Page 973

Exhibit 1327

Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.
Calculation of Alleged Damages - ThinkIQ, Inc.

Case 8:19-cv-01559-SPG-JDE    Document 44-8    Filed 03/26/21    Page 267 of 285
Page ID #:1624

EXHIBIT E

### *Calculation of Reasonable Incubator Expenses:*

|  | 12/2016 | 2016 | Grand Total |
|---|---|---|---|
| Estimated Number of Employees (by month): | 7 |  |  |
| Is Company in 1st Three Months? | N |  |  |
| Does the Company have financing? | N |  |  |
| Is Company Pre-Revenue(3 mos. Before Sales) | N |  |  |
| Does Company have Revenue? | Y |  |  |

**Estimated Reasonable Expenses:**

|  | 12/2016 | 2016 | Grand Total |
|---|---|---|---|
| Finance & Accounting [1] | 3,500 | 27,500 | 39,000 |
| Human Resource [2] | 1,400 | 13,200 | 19,400 |
| Technology [3] | 1,750 | 16,500 | 24,250 |
| PR/Marketing [4] | 1,500 | 19,500 | 19,500 |
| Rent [5] | 3,675 | 34,650 | 50,925 |
| Legal [6] | 1,000 | 12,000 | 23,500 |
| Other [7] | 3,500 | 33,000 | 48,500 |
| Total Estimated Reasonable Expense | 16,325 | 156,350 | 225,075 |

**Actual Expenses Recorded:**

|  | 12/2016 | 2016 | Grand Total |
|---|---|---|---|
| Incubator Expense/Shared Service | 23,000 | 360,000 | 748,600 |
| Rent | 2,000 | 24,000 | 47,200 |
| Marketing | - | 35,700 | 94,800 |
| Analysts & Research | - | 4,000 | 9,800 |
| Consulting | - | - | - |
| Other | - | - | 8,000 |
| Adjustment for Amount not Paid | (5,000) | (263,000) | (263,000) |
| Total Actual Expense | 20,000 | 160,700 | 645,400 |
| Difference (Damages) | 3,675 | 4,350 | **420,325** |

|  | 12/2016 | 2016 | Grand Total |
|---|---|---|---|
| Frost VP Seed, LLC | 20,001 |  |  |
| Frost VP Early Stage Fund II | 565,001 |  |  |
| Total Debt & Equity | 2,159,438 |  |  |
| Seed Fund Investment % | 0.93% |  |  |
| Fund II Investment % | 26.16% |  |  |
| Seed Fund Damages | 34 | (446) | **(446)** |
| Fund II Damages | 962 | 3,968 | **368,758** |

**Frost VP Seed, LLC**

|  | 12/2016 | 2016 | Grand Total |
|---|---|---|---|
| Estimated Reasonable Expense | 151 | 1,534 | **1,534** |
| Actual Expense | 185 | 1,088 | **1,088** |
| Difference (Damages) | 34 | (446) | **(446)** |

**Frost VP Early Stage Fund II**

|  | 12/2016 | 2016 | Grand Total |
|---|---|---|---|
| Estimated Reasonable Expense | 4,271 | 53,557 | **110,534** |
| Actual Expense | 5,233 | 57,526 | **479,292** |
| Difference (Damages) | 962 | 3,968 | **368,758** |

[1] - See Assumptions Page
[2] - See Assumptions Page
[3] - See Assumptions Page
[4] - See Assumptions Page
[5] - See Assumptions Page
[6] - See Assumptions Page
[7] - See Assumptions Page

Exhibit 83
Page 974
Exhibit 1327

Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.
Calculation of Alleged Damages - Ubix Labs, Inc.

Case 8:19-cv-01559-SPG-JDE    Document 44-8    Filed 03/26/21    Page 268 of 285
Page ID #:1625

EXHIBIT E

**Purpose:** To calculate alleged damages based on incubators fees charged to Ubix Labs, Inc.
**Source:** Quarterly Investor Reports, Annual Financial Statements, Deposition Testimony & Interviews with other experts

**Findings:**
Start: Ubix Labs, Inc. started in January 2013. Seed Fund first invested in January 2013 and Incubator fees began January 2013.

_Calculation of Reasonable Incubator Expenses:_     Average Revenue Per Month:      $    -

| | 01/2013 | 02/2013 | 03/2013 | 04/2013 | 05/2013 | 06/2013 | 07/2013 | 08/2013 | 09/2013 | 10/2013 | 11/2013 | 12/2013 | 2013 | 01/2014 | 02/2014 | 03/2014 | 04/2014 | 05/2014 | 06/2014 | 07/2014 | 08/2014 | 09/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 2 | 2 | | 2 | 2 | 2 | 2 | 3 | 3 | 5 | 5 | 5 |
| Is Company in 1st Three Months? | Y | Y | Y | N | N | N | N | N | N | N | N | N | | N | N | N | N | N | N | N | N | N |
| Does the Company have financing? | Y | N | Y | N | Y | N | Y | N | N | N | Y | Y | | Y | Y | Y | N | N | N | Y | Y | N |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | N | N | N | N | N | N | N |
| Does Company have Revenue? | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | N | N | N | N | N | N | N |
| **Estimated Reasonable Expenses:** | | | | | | | | | | | | | | | | | | | | | | |
| Finance & Accounting [1] | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Human Resource [2] | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 400 | 200 | 400 | 400 | 3,000 | 400 | 400 | 400 | 400 | 600 | 600 | 1,000 | 1,000 | 1,000 |
| Technology [3] | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 500 | 250 | 500 | 500 | 3,750 | 500 | 500 | 500 | 500 | 750 | 750 | 1,250 | 1,250 | 1,250 |
| PR/Marketing [4] | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rent [5] | 525 | 525 | 525 | 525 | 525 | 525 | 525 | 525 | 1,050 | 525 | 1,050 | 1,050 | 7,875 | 1,050 | 1,050 | 1,050 | 1,050 | 1,575 | 1,575 | 2,625 | 2,625 | 2,625 |
| Legal [6] | 1,000 | 1,000 | 1,000 | 500 | 1,000 | 500 | 1,000 | 500 | 500 | 500 | 1,000 | 1,000 | 9,500 | 1,000 | 1,000 | 1,000 | 500 | 500 | 500 | 1,000 | 1,000 | 500 |
| Other [7] | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 1,000 | 500 | 1,000 | 1,000 | 7,500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,500 | 1,500 | 2,500 | 2,500 | 2,500 |
| Total Estimated Reasonable Expense | 3,475 | 3,475 | 3,475 | 2,975 | 3,475 | 2,975 | 3,475 | 2,975 | 4,450 | 2,975 | 4,950 | 4,950 | 43,625 | 4,950 | 4,950 | 4,950 | 4,450 | 5,925 | 5,925 | 9,375 | 9,375 | 8,875 |
| **Actual Expenses Recorded:** | | | | | | | | | | | | | | | | | | | | | | |
| Incubator Expense/Shared Service | 37,000 | 38,500 | 37,500 | 35,500 | 35,500 | 28,500 | 31,000 | 32,500 | 31,000 | 31,000 | 31,000 | 31,000 | 400,000 | 31,000 | 30,000 | 30,000 | 30,250 | 30,250 | 30,250 | 30,250 | 30,250 | 30,250 |
| Rent | - | 500 | 500 | 500 | 500 | 1,000 | 500 | 500 | 500 | 500 | 1,500 | 2,000 | 8,500 | 3,000 | 2,500 | 2,500 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Marketing | - | - | - | - | - | - | - | - | - | 500 | - | - | 500 | - | 3,000 | 3,000 | 3,250 | 3,250 | 3,250 | 3,250 | 6,250 | 9,250 |
| Analysts & Research | - | - | - | 1,000 | 1,000 | 500 | - | - | 1,500 | 1,500 | 1,500 | 1,500 | 10,500 | 1,500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Consulting | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | 1,000 | - | 1,000 | - | - | - | - | - | - | - | - | - |
| Adjustment for Amount not Paid | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Actual Expense | 37,000 | 39,000 | 38,000 | 37,000 | 37,000 | 30,000 | 32,500 | 34,000 | 33,000 | 33,500 | 35,000 | 34,500 | 420,500 | 35,500 | 36,000 | 36,000 | 36,000 | 36,000 | 36,000 | 36,000 | 39,000 | 42,000 |
| Difference (Damages) | 33,525 | 35,525 | 34,525 | 34,025 | 33,525 | 27,025 | 29,025 | 31,025 | 28,550 | 30,525 | 30,050 | 29,550 | 376,875 | 30,550 | 31,050 | 31,050 | 31,550 | 30,075 | 30,075 | 26,625 | 29,625 | 33,125 |
| Frost VP Seed, LLC | 459,050 | 459,050 | 459,050 | 459,050 | 459,050 | 459,050 | 459,050 | 459,050 | 459,050 | 459,050 | 459,050 | 459,050 | | 459,050 | 459,050 | 459,050 | 459,050 | 459,050 | 459,050 | 459,050 | 459,050 | 459,050 |
| Frost VP Early Stage Fund II | - | - | - | - | - | - | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 600,000 | | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,300,000 | 1,300,000 | 1,300,000 |
| Total Debt & Equity | 500,500 | 500,500 | 506,100 | 506,100 | 506,200 | 506,200 | 1,006,110 | 1,006,110 | 1,006,110 | 1,006,110 | 1,000,510 | 1,100,510 | | 1,493,494 | 2,043,493 | 2,033,493 | 2,033,493 | 2,033,493 | 2,033,493 | 2,333,493 | 2,631,219 | 2,631,219 |
| Seed Fund Investment % | 91.72% | 91.72% | 90.70% | 90.70% | 90.69% | 90.69% | 45.63% | 45.63% | 45.63% | 45.63% | 45.88% | 41.71% | | 30.74% | 22.46% | 22.57% | 22.57% | 22.57% | 22.57% | 19.67% | 17.45% | 17.45% |
| Fund II Investment % | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 49.70% | 49.70% | 49.70% | 49.70% | 49.97% | 54.52% | | 66.96% | 48.94% | 49.18% | 49.18% | 49.18% | 49.18% | 55.71% | 49.41% | 49.41% |
| Seed Fund Damages | 30,749 | 32,583 | 31,315 | 30,862 | 30,402 | 24,508 | 13,243 | 14,156 | 13,026 | 13,927 | 13,787 | 12,326 | 260,884 | 9,390 | 6,975 | 7,009 | 7,122 | 6,789 | 6,789 | 5,238 | 5,168 | 5,779 |
| Fund II Damages | - | - | - | - | - | - | 14,424 | 15,418 | 14,188 | 15,170 | 15,017 | 16,111 | 90,329 | 20,455 | 15,195 | 15,269 | 15,515 | 14,790 | 14,790 | 14,833 | 14,637 | 16,366 |
| **Frost VP Seed, LLC** | | | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 3,187 | 3,187 | 3,152 | 2,698 | 3,151 | 2,698 | 1,586 | 1,357 | 2,030 | 1,357 | 2,271 | 2,065 | 28,741 | 1,521 | 1,112 | 1,117 | 1,005 | 1,338 | 1,338 | 1,844 | 1,636 | 1,548 |
| Actual Expense | 33,936 | 35,770 | 34,467 | 33,560 | 33,554 | 27,206 | 14,829 | 15,513 | 15,057 | 15,285 | 16,059 | 14,391 | 289,625 | 10,912 | 8,087 | 8,127 | 8,127 | 8,127 | 8,127 | 7,082 | 6,804 | 7,327 |
| Difference (Damages) | 30,749 | 32,583 | 31,315 | 30,862 | 30,402 | 24,508 | 13,243 | 14,156 | 13,026 | 13,927 | 13,787 | 12,326 | 260,884 | 9,390 | 6,975 | 7,009 | 7,122 | 6,789 | 6,789 | 5,238 | 5,168 | 5,779 |
| **Frost VP Early Stage Fund II** | | | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | - | - | - | - | - | - | 1,727 | 1,478 | 2,211 | 1,478 | 2,474 | 2,699 | 12,068 | 3,314 | 2,422 | 2,434 | 2,188 | 2,914 | 2,914 | 5,223 | 4,632 | 4,385 |
| Actual Expense | - | - | - | - | - | - | 16,151 | 16,897 | 16,400 | 16,648 | 17,491 | 18,809 | 102,397 | 23,770 | 17,617 | 17,704 | 17,704 | 17,704 | 17,704 | 20,056 | 19,269 | 20,751 |
| Difference (Damages) | - | - | - | - | - | - | 14,424 | 15,418 | 14,188 | 15,170 | 15,017 | 16,111 | 90,329 | 20,455 | 15,195 | 15,269 | 15,515 | 14,790 | 14,790 | 14,833 | 14,637 | 16,366 |

[1] - See Assumptions Page
[2] - See Assumptions Page
[3] - See Assumptions Page
[4] - See Assumptions Page
[5] - See Assumptions Page
[6] - See Assumptions Page
[7] - See Assumptions Page

Exhibit 83
Page 975

Exhibit 1327

Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.
Calculation of Alleged Damages - Ubix Labs, Inc.

EXHIBIT E

*Calculation of Reasonable Incubator Expenses:*

| | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 | 01/2016 | 02/2016 | 03/2016 | 04/2016 | 05/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 6 | 6 | 6 | | 6 | 6 | 6 | 6 | 7 | 7 | 8 | 8 | 8 | 8 | 7 | 7 | | 8 | 8 | 8 | 7 | 7 |
| Is Company in 1st Three Months? | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | N | N | N |
| Does the Company have financing? | Y | Y | Y | | Y | Y | Y | Y | N | Y | Y | Y | Y | Y | Y | Y | | Y | Y | Y | Y | Y |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | N | N | N |
| Does Company have Revenue? | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | | N | N | N | N | N |
| **Estimated Reasonable Expenses:** | | | | | | | | | | | | | | | | | | | | | | |
| Finance & Accounting [1] | 2,000 | 2,000 | 2,000 | 15,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Human Resource [2] | 1,200 | 1,200 | 1,200 | 9,400 | 1,200 | 1,200 | 1,200 | 1,200 | 1,400 | 1,400 | 1,600 | 1,600 | 1,600 | 1,600 | 1,400 | 1,400 | 16,800 | 1,600 | 1,600 | 1,600 | 1,400 | 1,400 |
| Technology [3] | 1,500 | 1,500 | 1,500 | 11,750 | 1,500 | 1,500 | 1,500 | 1,500 | 1,750 | 1,750 | 2,000 | 2,000 | 2,000 | 2,000 | 1,750 | 1,750 | 21,000 | 2,000 | 2,000 | 2,000 | 1,750 | 1,750 |
| PR/Marketing [4] | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rent [5] | 3,150 | 3,150 | 3,150 | 24,675 | 3,150 | 3,150 | 3,150 | 3,150 | 3,675 | 3,675 | 4,200 | 4,200 | 4,200 | 4,200 | 3,675 | 3,675 | 44,100 | 4,200 | 4,200 | 4,200 | 3,675 | 3,675 |
| Legal [6] | 1,000 | 1,000 | 1,000 | 10,000 | 1,000 | 1,000 | 1,000 | 1,000 | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 11,500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Other [7] | 3,000 | 3,000 | 3,000 | 23,500 | 3,000 | 3,000 | 3,000 | 3,000 | 3,500 | 3,500 | 4,000 | 4,000 | 4,000 | 4,000 | 3,500 | 3,500 | 42,000 | 4,000 | 4,000 | 4,000 | 3,500 | 3,500 |
| Total Estimated Reasonable Expense | 11,850 | 11,850 | 11,850 | 94,325 | 11,850 | 11,850 | 11,850 | 11,850 | 12,825 | 13,325 | 14,800 | 14,800 | 14,800 | 14,800 | 13,325 | 13,325 | 159,400 | 14,800 | 14,800 | 14,800 | 13,325 | 13,325 |
| **Actual Expenses Recorded:** | | | | | | | | | | | | | | | | | | | | | | |
| Incubator Expense/Shared Service | 30,250 | 27,250 | 27,250 | 357,250 | 30,500 | 30,500 | 30,500 | 30,500 | 30,500 | 30,500 | 30,500 | 30,500 | 30,500 | 30,500 | 30,500 | 30,500 | 366,000 | 30,500 | 30,500 | 30,500 | 30,500 | 30,500 |
| Rent | 2,000 | 2,000 | 2,000 | 26,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Marketing | 6,250 | 6,250 | 6,250 | 53,250 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 36,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| Analysts & Research | 500 | 500 | 500 | 7,000 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 | 500 | 500 | 500 | 500 | 500 |
| Consulting | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Adjustment for Amount not Paid | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (20,000) | (33,000) | (33,000) | (33,000) |
| Total Actual Expense | 39,000 | 36,000 | 36,000 | 443,500 | 36,000 | 36,000 | 36,000 | 36,000 | 36,000 | 36,000 | 36,000 | 36,000 | 36,000 | 36,000 | 36,000 | 36,000 | 432,000 | 36,000 | 16,000 | 3,000 | 3,000 | 3,000 |
| Difference (Damages) | 27,150 | 24,150 | 24,150 | 349,175 | 24,150 | 24,150 | 24,150 | 24,150 | 23,175 | 22,675 | 21,200 | 21,200 | 21,200 | 21,200 | 22,675 | 22,675 | 272,600 | 21,200 | 1,200 | (11,800) | (10,325) | (10,325) |
| Frost VP Seed, LLC | 459,050 | 459,050 | 459,050 | | 459,050 | 459,050 | 459,050 | 459,050 | 459,050 | 459,050 | 459,050 | 459,050 | 459,050 | 459,050 | 459,050 | 459,050 | | 459,050 | 459,050 | 459,050 | 459,050 | 459,050 |
| Frost VP Early Stage Fund II | 1,550,000 | 1,800,000 | 1,950,000 | | 2,200,000 | 2,450,000 | 2,700,000 | 2,950,000 | 2,950,000 | 3,200,000 | 3,450,000 | 3,750,000 | 3,875,000 | 3,875,000 | 3,875,000 | 3,875,000 | | 3,875,000 | 3,875,000 | 3,875,000 | 3,875,000 | 3,875,000 |
| Total Debt & Equity | 2,881,219 | 3,131,219 | 3,306,219 | | 3,631,219 | 3,881,219 | 4,131,219 | 4,381,219 | 4,381,219 | 4,631,219 | 4,881,219 | 5,195,219 | 5,406,219 | 5,696,219 | 5,951,219 | 6,151,219 | | 6,336,219 | 6,418,719 | 6,740,719 | 6,908,219 | 7,072,219 |
| Seed Fund Investment % | 15.93% | 14.66% | 13.88% | | 12.64% | 11.83% | 11.11% | 10.48% | 10.48% | 9.91% | 9.40% | 8.84% | 8.49% | 8.06% | 7.71% | 7.46% | | 7.24% | 7.15% | 6.81% | 6.64% | 6.49% |
| Fund II Investment % | 53.80% | 57.49% | 58.98% | | 60.59% | 63.12% | 65.36% | 67.33% | 67.33% | 69.10% | 70.68% | 72.18% | 71.68% | 68.03% | 65.11% | 63.00% | | 61.16% | 60.37% | 57.49% | 56.09% | 54.79% |
| Seed Fund Damages | 4,326 | 3,540 | 3,353 | 71,480 | 3,053 | 2,856 | 2,683 | 2,530 | 2,428 | 2,248 | 1,994 | 1,873 | 1,800 | 1,708 | 1,749 | 1,692 | 26,616 | 1,536 | 86 | (804) | (686) | (670) |
| Fund II Damages | 14,606 | 13,883 | 14,244 | 184,582 | 14,631 | 15,245 | 15,783 | 16,261 | 15,604 | 15,668 | 14,984 | 15,303 | 15,195 | 14,422 | 14,764 | 14,284 | 182,145 | 12,965 | 724 | (6,783) | (5,792) | (5,657) |
| **Frost VP Seed, LLC** | | | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 1,888 | 1,737 | 1,645 | 17,729 | 1,498 | 1,402 | 1,317 | 1,242 | 1,344 | 1,321 | 1,392 | 1,308 | 1,257 | 1,193 | 1,028 | 994 | 15,294 | 1,072 | 1,058 | 1,008 | 885 | 865 |
| Actual Expense | 6,214 | 5,278 | 4,998 | 89,209 | 4,551 | 4,258 | 4,000 | 3,772 | 3,772 | 3,568 | 3,386 | 3,181 | 3,057 | 2,901 | 2,777 | 2,687 | 41,909 | 2,608 | 1,144 | 204 | 199 | 195 |
| Difference (Damages) | 4,326 | 3,540 | 3,353 | 71,480 | 3,053 | 2,856 | 2,683 | 2,530 | 2,428 | 2,248 | 1,994 | 1,873 | 1,800 | 1,708 | 1,749 | 1,692 | 26,616 | 1,536 | 86 | (804) | (686) | (670) |
| **Frost VP Early Stage Fund II** | | | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 6,375 | 6,812 | 6,989 | 50,602 | 7,179 | 7,480 | 7,745 | 7,979 | 8,635 | 9,207 | 10,461 | 10,683 | 10,608 | 10,068 | 8,676 | 8,394 | 107,116 | 9,051 | 8,935 | 8,508 | 7,474 | 7,301 |
| Actual Expense | 20,981 | 20,695 | 21,233 | 235,184 | 21,811 | 22,725 | 23,528 | 24,240 | 24,240 | 24,875 | 25,444 | 25,985 | 25,804 | 24,490 | 23,441 | 22,678 | 289,261 | 22,016 | 9,659 | 1,725 | 1,683 | 1,644 |
| Difference (Damages) | 14,606 | 13,883 | 14,244 | 184,582 | 14,631 | 15,245 | 15,783 | 16,261 | 15,604 | 15,668 | 14,984 | 15,303 | 15,195 | 14,422 | 14,764 | 14,284 | 182,145 | 12,965 | 724 | (6,783) | (5,792) | (5,657) |

[1] - See Assumptions Page
[2] - See Assumptions Page
[3] - See Assumptions Page
[4] - See Assumptions Page
[5] - See Assumptions Page
[6] - See Assumptions Page
[7] - See Assumptions Page

Exhibit 83
Page 976

Exhibit 1327

**Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.**
**Calculation of Alleged Damages - Ubix Labs, Inc.**

**EXHIBIT E**

*Calculation of Reasonable Incubator Expenses:*

| | 06/2016 | 07/2016 | 08/2016 | 09/2016 | 10/2016 | 11/2016 | 12/2016 | 2016 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 7 | 7 | 7 | 7 | 7 | 7 | 7 | | |
| Is Company in 1st Three Months? | N | N | N | N | N | N | N | | |
| Does the Company have financing? | Y | Y | Y | Y | Y | Y | N | | |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | N | N | N | N | | |
| Does Company have Revenue? | N | N | N | N | N | N | N | | |
| | | | | | | | | | |
| **Estimated Reasonable Expenses:** | | | | | | | | | |
| Finance & Accounting [1] | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 | 75,000 |
| Human Resource [2] | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 17,400 | 46,600 |
| Technology [3] | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 21,750 | 58,250 |
| PR/Marketing [4] | - | - | - | - | - | - | - | - | - |
| Rent [5] | 3,675 | 3,675 | 3,675 | 3,675 | 3,675 | 3,675 | 3,675 | 45,675 | 122,325 |
| Legal [6] | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 500 | 11,500 | 42,500 |
| Other [7] | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 43,500 | 116,500 |
| Total Estimated Reasonable Expense | 13,325 | 13,325 | 13,325 | 13,325 | 13,325 | 13,325 | 12,825 | 163,825 | 461,175 |
| | | | | | | | | | |
| **Actual Expenses Recorded:** | | | | | | | | | |
| Incubator Expense/Shared Service | 30,500 | 30,500 | 30,500 | 30,500 | 27,500 | 27,500 | 27,500 | 357,000 | 1,480,250 |
| Rent | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 | 82,500 |
| Marketing | - | 6,000 | - | - | - | - | - | 21,000 | 110,750 |
| Analysts & Research | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 | 29,500 |
| Consulting | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | 1,000 |
| Adjustment for Amount not Paid | (33,000) | (33,000) | (33,000) | (33,000) | (30,000) | (30,000) | (30,000) | (341,000) | (341,000) |
| Total Actual Expense | - | 6,000 | - | - | - | - | - | 67,000 | 1,363,000 |
| | | | | | | | | | |
| Difference (Damages) | (13,325) | (7,325) | (13,325) | (13,325) | (13,325) | (13,325) | (12,825) | (96,825) | 901,825 |
| | | | | | | | | | |
| Frost VP Seed, LLC | 459,050 | 459,050 | 459,050 | 459,050 | 459,050 | 459,050 | 459,050 | | |
| Frost VP Early Stage Fund II | 3,875,000 | 3,875,000 | 3,875,000 | 3,875,000 | 3,875,000 | 3,875,000 | 3,875,000 | | |
| Total Debt & Equity | 7,240,219 | 7,543,219 | 7,516,719 | 7,716,719 | 7,831,719 | 8,331,719 | 8,331,719 | | |
| Seed Fund Investment % | 6.34% | 6.09% | 6.11% | 5.95% | 5.86% | 5.51% | 5.51% | | |
| Fund II Investment % | 53.52% | 51.37% | 51.55% | 50.22% | 49.48% | 46.51% | 46.51% | | |
| Seed Fund Damages | (845) | (446) | (814) | (793) | (781) | (734) | (707) | (5,657) | 353,323 |
| Fund II Damages | (7,132) | (3,763) | (6,869) | (6,691) | (6,593) | (6,197) | (5,965) | (47,753) | 409,303 |
| | | | | | | | | | |
| Frost VP Seed, LLC | | | | | | | | | |
| Estimated Reasonable Expense | 845 | 811 | 814 | 793 | 781 | 734 | 707 | 10,373 | 72,136 |
| Actual Expense | - | 365 | - | - | - | - | - | 4,716 | 425,459 |
| Difference (Damages) | (845) | (446) | (814) | (793) | (781) | (734) | (707) | (5,657) | 353,323 |
| | | | | | | | | | |
| Frost VP Early Stage Fund II | | | | | | | | | |
| Estimated Reasonable Expense | 7,132 | 6,845 | 6,869 | 6,691 | 6,593 | 6,197 | 5,965 | 87,562 | 257,348 |
| Actual Expense | - | 3,082 | - | - | - | - | - | 39,809 | 666,650 |
| Difference (Damages) | (7,132) | (3,763) | (6,869) | (6,691) | (6,593) | (6,197) | (5,965) | (47,753) | 409,303 |

[1] - See Assumptions Page
[2] - See Assumptions Page
[3] - See Assumptions Page
[4] - See Assumptions Page
[5] - See Assumptions Page
[6] - See Assumptions Page
[7] - See Assumptions Page

Exhibit 83
Page 977
Exhibit 1327

Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.
Calculation of Alleged Damages - Veracity, Inc.

Case 8:19-cv-01559-SPG-JDE    Document 44-8    Filed 03/26/21    Page 271 of 285
Page ID #:1628

EXHIBIT E

**Purpose:** To calculate alleged damages based on incubators fees charged to Veracity, Inc.
**Source:** Quarterly Investor Reports, Deposition Testimony & Interviews with other experts

**Findings:**
Start: Veracity, Inc. started in April 2014. Fund II first invested in April 2014 and Incubator fees began April 2014.
Incubator Fees were reduced from approx. $36,000 per month to approx. $12,000 per month beginning February 2016.

*Calculation of Reasonable Incubator Expenses:*   Average Revenue Per Month:   $ 27,733

| | 04/2014 | 05/2014 | 06/2014 | 07/2014 | 08/2014 | 09/2014 | 10/2014 | 11/2014 | 12/2014 | 2014 | 01/2015 | 02/2015 | 03/2015 | 04/2015 | 05/2015 | 06/2015 | 07/2015 | 08/2015 | 09/2015 | 10/2015 | 11/2015 | 12/2015 | 2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 3 | 3 | |
| Is Company in 1st Three Months? | Y | Y | Y | N | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | |
| Does the Company have financing? | Y | N | N | Y | N | Y | N | N | Y | | N | N | Y | N | N | Y | Y | Y | Y | N | N | N | |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | N | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | |
| Does Company have Revenue? | N | N | N | N | N | N | N | N | N | | N | N | N | N | N | N | N | N | N | N | N | N | |
| **Estimated Reasonable Expenses:** | | | | | | | | | | | | | | | | | | | | | | | |
| Finance & Accounting [1] | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 9,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| Human Resource [2] | 200 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 3,400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 600 | 600 | 5,200 |
| Technology [3] | 250 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 4,250 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 750 | 750 | 6,500 |
| PR/Marketing [4] | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rent [5] | 525 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 8,925 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,575 | 1,575 | 13,650 |
| Legal [6] | 1,000 | 1,000 | 1,000 | 1,000 | 500 | 1,000 | 500 | 500 | 1,000 | 7,500 | 500 | 500 | 1,000 | 500 | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 500 | 500 | 500 | 8,500 |
| Other [7] | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 8,500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,500 | 1,500 | 13,000 |
| Total Estimated Reasonable Expense | 3,475 | 4,950 | 4,950 | 4,950 | 4,450 | 4,950 | 4,450 | 4,450 | 4,950 | 41,575 | 4,450 | 4,450 | 4,950 | 4,450 | 4,450 | 4,950 | 4,950 | 4,950 | 4,950 | 4,450 | 5,925 | 5,925 | 58,850 |
| **Actual Expenses Recorded:** | | | | | | | | | | | | | | | | | | | | | | | |
| Incubator Expense/Shared Service | 34,500 | 30,500 | 30,500 | 30,500 | 30,000 | 30,000 | 30,000 | 30,500 | 33,500 | 280,000 | 33,500 | 33,500 | 32,500 | 33,000 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 400,500 |
| Rent | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,000 | 2,000 | 21,500 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 |
| Marketing | 2,500 | 3,000 | 8,100 | 8,100 | 8,100 | 8,100 | 8,100 | 7,500 | 4,500 | 58,000 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 61,200 |
| Analysts & Research | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 4,500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| Consulting | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Actual Expense | 40,000 | 36,500 | 41,600 | 41,600 | 41,100 | 41,100 | 41,100 | 40,500 | 40,500 | 364,000 | 41,100 | 41,100 | 40,100 | 40,600 | 41,100 | 41,100 | 41,100 | 41,100 | 41,100 | 41,100 | 41,100 | 41,100 | 491,700 |
| Difference (Damages) | 36,525 | 31,550 | 36,650 | 36,650 | 36,650 | 36,150 | 36,650 | 36,050 | 35,550 | 322,425 | 36,650 | 36,650 | 35,150 | 36,150 | 36,650 | 36,150 | 36,150 | 36,150 | 36,150 | 36,650 | 35,175 | 35,175 | 432,850 |
| Frost VP Seed, LLC | - | - | - | - | - | - | - | - | - | | - | - | - | - | - | - | - | - | - | - | - | - | |
| Frost VP Early Stage Fund II | 250,000 | 250,000 | 250,000 | 375,000 | 375,000 | 625,000 | 625,000 | 625,000 | 875,000 | | 875,000 | 875,000 | 1,125,001 | 1,125,001 | 1,125,001 | 1,225,001 | 1,325,002 | 1,425,003 | 1,485,004 | 1,485,004 | 1,485,004 | 1,485,004 | |
| Total Debt & Equity [8] | 679,460 | 679,460 | 679,460 | 804,460 | 804,460 | 1,054,460 | 1,054,460 | 1,054,460 | 1,304,460 | | 1,304,460 | 1,304,460 | 1,554,460 | 1,554,460 | 1,554,460 | 1,654,460 | 1,754,460 | 1,854,460 | 1,914,460 | 1,914,460 | 1,914,460 | 1,914,460 | |
| Seed Fund Investment % | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | |
| Fund II Investment % | 36.79% | 36.79% | 36.79% | 46.62% | 46.62% | 59.27% | 59.27% | 59.27% | 67.08% | | 67.08% | 67.08% | 72.37% | 72.37% | 72.37% | 74.04% | 75.52% | 76.84% | 77.57% | 77.57% | 77.57% | 77.57% | |
| Seed Fund Damages | - | - | - | - | - | - | - | - | - | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Fund II Damages | 13,439 | 11,608 | 13,485 | 17,084 | 17,084 | 21,427 | 21,723 | 21,368 | 23,846 | 161,065 | 24,584 | 24,584 | 25,439 | 26,163 | 26,525 | 26,766 | 27,301 | 27,778 | 28,041 | 28,429 | 27,284 | 27,284 | 320,178 |
| *Frost VP Seed, LLC* | | | | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Actual Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Difference (Damages) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| *Frost VP Early Stage Fund II* | | | | | | | | | | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 1,279 | 1,821 | 1,821 | 2,307 | 2,074 | 2,934 | 2,638 | 2,638 | 3,320 | 20,833 | 2,985 | 2,985 | 3,582 | 3,221 | 3,221 | 3,665 | 3,738 | 3,804 | 3,840 | 3,452 | 4,596 | 4,596 | 43,684 |
| Actual Expense | 14,718 | 13,430 | 15,306 | 19,392 | 19,159 | 24,361 | 24,361 | 24,005 | 27,166 | 181,898 | 27,569 | 27,569 | 29,021 | 29,383 | 29,745 | 30,431 | 31,040 | 31,582 | 31,880 | 31,880 | 31,880 | 31,880 | 363,862 |
| Difference (Damages) | 13,439 | 11,608 | 13,485 | 17,084 | 17,084 | 21,427 | 21,723 | 21,368 | 23,846 | 161,065 | 24,584 | 24,584 | 25,439 | 26,163 | 26,525 | 26,766 | 27,301 | 27,778 | 28,041 | 28,429 | 27,284 | 27,284 | 320,178 |

[1] - See Assumptions Page
[2] - See Assumptions Page
[3] - See Assumptions Page
[4] - See Assumptions Page
[5] - See Assumptions Page
[6] - See Assumptions Page
[7] - See Assumptions Page
[8] Due to limited financial records available for the company, it was assumed that when there was a change in equity during a quarter, the change occurred during the first month of the quarter. Also, total equity could only be validated for 12/31/2015 and 2016. For months prior to 12/31/15, the total equity was changed based solely on Fund II's equity change.

Exhibit 83
Page 978

Exhibit 1327

Frost Management Company LLC, et al. v. Hollencrest Bayview Partners LP, et al.
Calculation of Alleged Damages - Veracity, Inc.

Case 8:19-cv-01559-SPG-JDE   Document 44-8   Filed 03/26/21   Page 272 of 285
Page ID #:1629

EXHIBIT E

*Calculation of Reasonable Incubator Expenses:*

| | 01/2016 | 02/2016 | 03/2016 | 04/2016 | 05/2016 | 06/2016 | 07/2016 | 08/2016 | 09/2016 | 10/2016 | 11/2016 | 12/2016 | 2016 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Number of Employees (by month): | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 0 | | |
| Is Company in 1st Three Months? | N | N | N | N | N | N | N | N | N | N | N | N | | |
| Does the Company have financing? | Y | N | N | Y | N | N | N | N | N | N | N | N | | |
| Is Company Pre-Revenue(3 mos. Before Sales) | N | N | N | N | N | N | Y | Y | Y | N | N | N | | |
| Does Company have Revenue? | N | N | N | N | N | N | N | N | N | Y | Y | Y | | |
| **Estimated Reasonable Expenses:** | | | | | | | | | | | | | | |
| Finance & Accounting [1] | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 2,000 | 2,000 | - | 13,000 | 34,000 |
| Human Resource [2] | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | - | 6,600 | 15,200 |
| Technology [3] | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | - | 8,250 | 19,000 |
| PR/Marketing [4] | - | - | - | - | - | - | 2,500 | 2,500 | 2,500 | 1,500 | 1,500 | - | 10,500 | 10,500 |
| Rent [5] | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 | 1,575 | - | 17,325 | 39,900 |
| Legal [6] | 1,000 | 500 | 500 | 1,000 | 500 | 500 | 500 | 500 | 500 | 1,000 | 1,000 | - | 7,500 | 23,500 |
| Other [7] | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | - | 16,500 | 38,000 |
| Total Estimated Reasonable Expense | 6,425 | 5,925 | 5,925 | 6,425 | 5,925 | 5,925 | 8,425 | 8,425 | 8,425 | 8,925 | 8,925 | - | 79,675 | 180,100 |
| **Actual Expenses Recorded:** | | | | | | | | | | | | | | |
| Incubator Expense/Shared Service | 33,500 | - | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | - | 96,500 | 777,000 |
| Rent | 2,000 | - | - | - | - | - | - | - | - | - | - | - | 2,000 | 47,500 |
| Marketing | 5,100 | 5,100 | - | - | - | - | - | - | - | - | - | - | 10,200 | 129,400 |
| Analysts & Research | 500 | - | - | - | - | - | - | - | - | - | - | - | 500 | 11,000 |
| Consulting | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Actual Expense | 41,100 | 5,100 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | - | 109,200 | 964,900 |
| Difference (Damages) | 34,675 | (825) | 1,075 | 575 | 1,075 | 1,075 | (1,425) | (1,425) | (1,425) | (1,925) | (1,925) | - | 29,525 | **784,800** |
| Frost VP Seed, LLC | - | - | - | - | - | - | - | - | - | - | - | - | | |
| Frost VP Early Stage Fund II | 1,485,004 | 1,485,004 | 1,485,004 | 1,485,004 | 1,485,004 | 1,485,004 | 1,485,004 | 1,485,004 | 1,485,004 | 1,485,004 | 1,485,004 | 1,485,004 | | |
| Total Debt & Equity [8] | 2,034,463 | 2,034,463 | 2,034,463 | 3,034,463 | 3,034,463 | 3,034,463 | 3,034,463 | 3,034,463 | 3,034,463 | 3,034,463 | 3,034,463 | 3,034,463 | | |
| Seed Fund Investment % | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | | |
| Fund II Investment % | 72.99% | 72.99% | 72.99% | 48.94% | 48.94% | 48.94% | 48.94% | 48.94% | 48.94% | 48.94% | 48.94% | 48.94% | | |
| Seed Fund Damages | - | - | - | - | - | - | - | - | - | - | - | - | - | **-** |
| Fund II Damages | 25,310 | (602) | 785 | 281 | 526 | 526 | (697) | (697) | (697) | (942) | (942) | - | 22,850 | **504,093** |
| *Frost VP Seed, LLC* | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | **-** |
| Actual Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | **-** |
| Difference (Damages) | - | - | - | - | - | - | - | - | - | - | - | - | - | **-** |
| *Frost VP Early Stage Fund II* | | | | | | | | | | | | | | |
| Estimated Reasonable Expense | 4,690 | 4,325 | 4,325 | 3,144 | 2,900 | 2,900 | 4,123 | 4,123 | 4,123 | 4,368 | 4,368 | - | 43,387 | **107,904** |
| Actual Expense | 30,000 | 3,723 | 5,109 | 3,426 | 3,426 | 3,426 | 3,426 | 3,426 | 3,426 | 3,426 | 3,426 | - | 66,237 | **611,997** |
| Difference (Damages) | 25,310 | (602) | 785 | 281 | 526 | 526 | (697) | (697) | (697) | (942) | (942) | - | 22,850 | **504,093** |

Exhibit 83
Page 979

Exhibit 1327

# EXHIBIT 84

**Maana, Inc.**
**Series C Price Calculations**

| | |
|---|---|
| Pre Money Valuation | $160,000,000 |
| Amount Raised | $50,000,000 |
| Convertible Notes | 5,135,791.34 |

| Description | Pre (before option refresh) | % | Pre-Money | % | Post | % | Shares Authorized | Available |
|---|---|---|---|---|---|---|---|---|
| Common stock | 5,821,553 | 14% | 5,821,553 | 12% | 5,821,553 | 9.3% | 43,000,000 | (4,389,277) |
| Preferred Seed | 1,403,990 | 3% | 1,403,990 | 3% | 1,403,990 | 2.3% | 1,403,990 | - |
| Seed B Preferred | 4,639,849 | 12% | 4,639,849 | 10% | 4,639,849 | 7.4% | 4,639,849 | - |
| Series A Preferred | 10,039,022 | 25% | 10,039,022 | 21% | 10,039,022 | 16.1% | 10,039,022 | - |
| Series B Preferred (and SVB Warrants) | 12,159,895 | | 12,159,895 | 26% | 12,159,895 | 19.5% | 14,022,295 | 1,862,400 |
| Series C Preferred | - | | - | 0% | 14,978,169 | 24.0% | | |
| Issued & outstanding stock options | 4,905,363 | 12% | 4,905,363 | 10% | 4,905,363 | 7.9% | | - |
| Available stock options | 1,234,852 | 3% | 8,419,605 | 18% | 8,419,605 | 13.5% | 73,105,156 | |
| Diluted shares | 40,204,524 | 70% | 47,389,277 | 100% | 62,367,446 | 100.0% | | |
| | | | | | 13,324,968 | | | |

| | | | | |
|---|---|---|---|---|
| | | | | 14,130,896 |
| Pricing per share by round: | **Per Share** | | **Pre-Money Value** | |
| Seed | $ | 0.41667 | $ | 2,083,350 |
| Seed B | $ | 0.56546 | $ | 5,500,000 |
| Series A | $ | 1.07600 | $ | 17,000,000 |
| Series B | $ | 2.13945 | $ | 60,000,000 |
| Series C | $ | 3.37629 | $ | 160,000,000 |

Exhibit 84
Page 980

Exhibit 1372

**Maana**
**Series C Price Calculations**

| | | |
|---|---|---:|
| Pre Money Valuation | | $160,000,000 |
| Amount Raised | | $50,000,000 |
| | | |
| Pre-money valuation | | $160,000,000 |
| Pre-money diluted shares | | 40,204,524 |
| | | |
| Series C price (fixed to 5 places) | $ | 3.37629 |
| | | |
| Convertible Notes | | $5,135,791 |
| Note conversion price (10% discount) | $ | 3.038661 |
| Shares to be issued on note conversion | | 1,690,149 |
| | | |
| Series C new money | | $44,864,209 |
| Series C shares | | 13,288,020 |
| | | |
| Estimated Common Stock received at current A conversion price | | #DIV/0! |
| Estimated Common Stock received at current B conversion price | | #DIV/0! |
| | | |
| Current available stock options | | 1,234,852 |
| Stock option pool requirement | | 8,419,605 |
| Additional | | 7,184,753 |
| | | |
| Percentage of total diluted post-money | | 13.50000% |
| | | |
| Seed C price (calculated) | $ | 3.37629122301 |
| | | |
| Common + Preferred Seed + New Option Pool Available | | 47,389,277 |
| Series C shares | | 14,978,169 |
| | | 62,367,446 |

| | | | | | |
|---|---|---:|---|---:|---|
| Pre-money valuation - check | $ | 160,000,000 | (calc) | $ 159,999,942.04 | (Rounded share price) |
| | | | | | |
| Post-money valuation - check | $ | 210,570,662 | | $ 210,570,585.91 | |

**Adjust Conversion**

Exhibit 84
Page 981

Exhibit 1372

| Significant Investors with participation rights: | Pre C Shares Owned | % FD | Pro-rata % | Pro-rata $ | Pro-rata Shares | 1st Close Shares | | 1st Close $ | Post C Shares | % FD | % Preferred | % of Series C | % of O/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Frost Investment Entities | 4,871,661 | 12.1% | 17.49% | $ 2,623,895.50 | 777,153 | - | $ | - | 4,871,661 | 7.8% | 11.3% | 0.0% | 9.95% |
| Intel Capital Corp | 4,976,568 | 12.4% | 17.87% | $ 2,680,398.82 | 793,889 | 793,889 | $ | 2,680,398.82 | 5,770,457 | 9.3% | 13.4% | 5.4% | 11.79% |
| GE Ventures Ltd | 5,575,991 | 13.9% | 20.02% | $ 3,003,250.37 | 889,512 | 889,512 | $ | 3,003,250.37 | 6,465,503 | 10.4% | 15.0% | 6.0% | 13.21% |
| CTTV Investments, LLC | 4,011,337 | 10.0% | 14.40% | $ 2,160,521.66 | 639,910 | 639,910 | $ | 2,160,521.66 | 4,651,247 | 7.5% | 10.8% | 4.3% | 9.50% |
| SAEV | 5,939,452 | 14.8% | 21.33% | $ 3,199,011.87 | 947,493 | 947,493 | $ | 3,199,011.87 | 6,886,945 | 11.0% | 15.9% | 6.4% | 14.07% |
| Shell Ventures | 2,474,772 | 6.2% | 8.89% | $ 1,332,921.79 | 394,789 | 394,789 | $ | 1,332,921.79 | 2,869,561 | 4.6% | 6.6% | 2.7% | 5.86% |
| Shenzhen Sino/Frost Data | | | | | | 777,153 | $ | 2,623,895.50 | 777,153 | 1.25% | 1.8% | 5.2% | 1.59% |
| Eight Square Capital | | | | | | 1,480,915 | $ | 5,000,000.00 | 1,480,915 | 2.4% | 3.4% | 10.0% | 3.02% |
| Accenture | | | | | | 888,549 | $ | 3,000,000.00 | 888,549 | 1.4% | 2.1% | 6.0% | 1.81% |
| CICC | | | | | | 1,480,915 | $ | 5,000,000.00 | 1,480,915 | 2.4% | 3.4% | 10.0% | 3.02% |
| Additional Closing Balance | | | | | | 6,516,028 | $ | 22,000,000.00 | 6,516,028 | 10.4% | 15.1% | 44.0% | 13.31% |
| | 27,849,781 | 69.3% | 100.00% | ############ | ######## | ######## | $ | 50,000,000.01 | ######## | 68.4% | 98.7% | 100.0% | |

|  |  |
|---|---|
| Total Preferred | ######## |
| Minor S/H + SVB Wa | 561,990 |
| Sum of non Sino | ######## |
| Post C Outstanding | ######## |

Exhibit 84
Page 982

Exhibit 1372

|  | Post Series C Securities O/S |  |
|---|---|---|
| Common stock | 5,821,553 | |
| Preferred Seed | 1,403,990 | |
| Seed B Preferred | 4,639,849 | |
| Series A Preferred | 10,039,022 | |
| Series B Preferred (w/o SVB Warrant | 12,079,660 | Excludes SVB Warrants of 80,235 |
| Series C Preferred | 14,978,169 | |
| **Total Outstanding Securities** | 48,962,243 | |

| | | |
|---|---|---|
| Total Outstanding Securities Post C | 48,962,243 |
| Multiplied by 10% | 10% |
| 10% of Post C O/S Securities | 4,896,224.35 |
| Series C Price Per Share | $ 3.37629 |
| Total Allowable Value for 10% Limit | ############ |

Amount Suggested for Investment

Exhibit 84
Page 983

Exhibit 1372

**Original Bridge Loan Value**                                                      **6,000,000.00**

| Significant Investors with participation rights | Pre C Shares Owned | % FD | Pro-rata % Sig Holders | Pro-rata Value |
|---|---|---|---|---|
| Frost Investment Entities* | 4,871,661 | 12.1% | 17.49% | 1,049,558.20 |
| Intel Capital Corp | 4,976,568 | 12.4% | 17.87% | 1,072,159.53 |
| GE Ventures Ltd | 5,575,991 | 13.9% | 20.02% | 1,201,300.15 |
| CTTV Investments, LLC ** | 4,011,337 | 10.0% | 14.40% | - |
| SAEV | 5,939,452 | 14.8% | 21.33% | 1,279,604.75 |
| Shell Ventures | 2,474,772 | 6.2% | 8.89% | 533,168.72 |
| **Actual Funding Level** | **27,849,781** | **69.3%** | **100.00%** | **5,135,791.34** |

\* Frost entities have assigned their participation to SinoCapital/Frost

\*\* Chevron is unable to participate in the Bridge due to being restricted in subordinating to SVB's debt

Exhibit 84
Page 984

Exhibit 1372

| | | Pro-Rata Value in Series C | Bridge Participation | Interest to 11/29/17 | Participation Level Beyond Bridge | Total Funded in Series C | |
|---|---|---|---|---|---|---|---|
| | Frost Investment Entities | 2,623,895.50 | | | - | - | |
| 11/3/2017 | Intel Capital Corp | 2,680,398.82 | 1,072,159.53 | 985.21 | 1,607,254.08 | 2,680,398.82 | 476,041 |
| 11/8/2017 | GE Ventures Ltd | 3,003,250.37 | 1,201,300.15 | 891.59 | 1,801,058.63 | 3,003,250.37 | |
| N/A | CTTV Investments, LLC | 2,160,521.66 | - | | 2,160,521.66 | 2,160,521.66 | |
| 11/1/2017 | SAEV | 3,199,011.87 | 1,279,604.75 | 1,266.28 | 1,918,140.84 | 3,199,011.87 | |
| 10/26/2017 | Shell Ventures | 1,332,921.79 | 533,168.72 | 640.67 | 799,112.40 | 1,332,921.79 | |
| 11/8/2017 & 11/21/2017 | Shenzhen Sino/Frost Data | | 1,049,558.20 | 475.93 | 1,573,861.37 | 2,623,895.50 | |
| | Accenture | | | | 3,000,000.00 | 3,000,000.00 | |
| | 8 Square Capital | | | | 5,000,000.00 | 5,000,000.00 | |
| | CICC | | | | 5,000,000.00 | 5,000,000.00 | |
| | Alibaba | | | | | - | |
| | AGL | | | | | - | |
| | Shenzhen Sino/Frost Data | | | | | - | |
| | Additional Closing Balance | | | | 22,000,000.00 | 22,000,000.00 | |
| | | 15,000,000.01 | 5,135,791.34 | 4,259.68 | 44,859,948.99 | 50,000,000.01 | 23.00 |

Exhibit 84
Page 985

Exhibit 1372

# EXHIBIT 85

Frost Management Company v. Hollencrest Bayview Partners
FDC 2017 Arbitration Costs Invoiced to Seed Fund and Fund II

**Purpose** To summarize arbitration costs invoiced to Funds by FDC
**Source** FDC QuickBooks File produced 1/28/18

| Account | Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|---|
| 49000 · Uncategorized Income | Invoice | 04/01/2017 | 3420 | Frost VP Early Stage Fund II, LP. | 50% of Hampton Holley - Invoice 14562016 dated 11/17/16 - Hollencrest Arbitration | Accounts Receivable (A/R) | 10,718.75 |
| 49000 · Uncategorized Income | Invoice | 04/01/2017 | 3422 | Frost VP Early Stage Fund II, LP. | 50% of Hampton Holley - Invoice 17212017 dated 1/10/17 - Hollencrest Arbitration | Accounts Receivable (A/R) | 3,881.25 |
| 49000 · Uncategorized Income | Invoice | 04/01/2017 | 3417 | Frost VP Early Stage Fund II, LP. | 50% of Hampton Holley - Invoice 11252016 dated 9/1/16 - Hollencrest Arbitration | Accounts Receivable (A/R) | 2,143.75 |
| 49000 · Uncategorized Income | Invoice | 04/01/2017 | 3425 | Frost VP Early Stage Fund II, LP. | 50% of Hampton Holley - Invoice 19742017 dated 3/7/17 - Hollencrest Arbitration | Accounts Receivable (A/R) | 9,435.00 |
| 49000 · Uncategorized Income | Invoice | 04/01/2017 | 3418 | Frost VP Early Stage Fund II, LP. | 50% of Hampton Holley - Invoice 11982016 dated 9/13/16 - Hollencrest Arbitration | Accounts Receivable (A/R) | 9,567.25 |
| 49000 · Uncategorized Income | Invoice | 04/01/2017 | 3419 | Frost VP Early Stage Fund II, LP. | 50% of Hampton Holley - Invoice 13142016 dated 10/10/16 - Hollencrest Arbitration | Accounts Receivable (A/R) | 4,418.75 |
| 49000 · Uncategorized Income | Invoice | 04/01/2017 | 3423 | Frost VP Early Stage Fund II, LP. | 50% of Hampton Holley - Invoice 18162017 dated 2/16/17 - Hollencrest Arbitration | Accounts Receivable (A/R) | 75.00 |
| 49000 · Uncategorized Income | Invoice | 04/01/2017 | 3426 | Frost VP Early Stage Fund II, LP. | 50% of Hampton Holley - Invoice 19752017 dated 3/7/17 - Hollencrest Arbitration | Accounts Receivable (A/R) | 368.75 |
| 49000 · Uncategorized Income | Invoice | 04/01/2017 | 3424 | Frost VP Early Stage Fund II, LP. | 50% of Hampton Holley - Invoice 18172017 dated 2/16/17 - Hollencrest Arbitration | Accounts Receivable (A/R) | 12,057.50 |
| 49000 · Uncategorized Income | Invoice | 04/01/2017 | 3421 | Frost VP Early Stage Fund II, LP. | 50% of Hampton Holley - Invoice 15832016 dated 12/13/16 - Hollencrest Arbitration | Accounts Receivable (A/R) | 925.00 |
| 49000 · Uncategorized Income | Invoice | 04/20/2017 | 3427 | Frost VP Early Stage Fund II, LP. | 50% of Hampton Holley - Invoice 21972017 dated 4/20/17 - Hollencrest Arbitration | Accounts Receivable (A/R) | 10,592.63 |
| 49000 · Uncategorized Income | Invoice | 04/20/2017 | 3427 | Frost VP Early Stage Fund II, LP. | 50% of Hampton Holley - Invoice 21972017 dated 4/20/17 - Hollencrest Arbitration discount | Accounts Receivable (A/R) | -931.25 |
| 49000 · Uncategorized Income | Invoice | 05/19/2017 | 3428 | Frost VP Early Stage Fund II, LP. | 50% of Hampton Holley - Invoice 22642017 dated 5/19/17 - Hollencrest Arbitration | Accounts Receivable (A/R) | 10,919.24 |
| 49000 · Uncategorized Income | Invoice | 06/05/2017 | 3429 | Frost VP Early Stage Fund II, LP. | 50% of the amount paid by FDC of Hampton Holley - Invoice 22802017 dated 6/5/17 - Hollencrest A | Accounts Receivable (A/R) | 15,814.39 |
| 49000 · Uncategorized Income | Invoice | 09/01/2017 | 3503 | Frost VP Early Stage Fund II, LP. | Reimbursement of payment of invoice 243 from Frank Sims & Stolper for time and work performed o | Accounts Receivable (A/R) | 7,933.37 |
| 49000 · Uncategorized Income | Invoice | 11/06/2017 | 3547 | Frost VP Early Stage Fund II, LP. | J- Curve Advisors, LLC - Invoice 2017K-01A - In the amount of $5,000 - 50% to Frost VP Seed and . | Accounts Receivable (A/R) | 2,500.00 |
| 49000 · Uncategorized Income | Invoice | 12/07/2017 | 3538 | Frost VP Early Stage Fund II, LP. | Jams, Inc - Hollencrest Arbitration Costs - Invoice Dated 12/31/16 - Inv# 0003913022-200 | Accounts Receivable (A/R) | 4.00 |
| 49000 · Uncategorized Income | Invoice | 12/07/2017 | 3538 | Frost VP Early Stage Fund II, LP. | Jams, Inc. - Hollencrest Arbitration Costs - Invoice Dated 12/30/16 - Inv# 0003929132-200 | Accounts Receivable (A/R) | 109.20 |
| 49000 · Uncategorized Income | Invoice | 12/07/2017 | 3538 | Frost VP Early Stage Fund II, LP. | Jams, Inc. - Hollencrest Arbitration Costs - Invoice Dated 1/31/17 - Inv# 0003950110-200 | Accounts Receivable (A/R) | 94.34 |
| 49000 · Uncategorized Income | Invoice | 12/07/2017 | 3538 | Frost VP Early Stage Fund II, LP. | Jams, Inc. - Hollencrest Arbitration Costs - Invoice Dated 3/31/7 - Inv# 0003999434-200 | Accounts Receivable (A/R) | 406.57 |
| 49000 · Uncategorized Income | Invoice | 12/07/2017 | 3538 | Frost VP Early Stage Fund II, LP. | Jams, Inc. - Hollencrest Arbitration Costs - Invoice Dated 4/28/17 - Inv# 0004025354-200 | Accounts Receivable (A/R) | 114.05 |
| 49000 · Uncategorized Income | Invoice | 12/07/2017 | 3538 | Frost VP Early Stage Fund II, LP. | Jams, Inc. - Hollencrest Arbitration Costs - Invoice Dated 5/5/17 - Inv# 0004032048-200 | Accounts Receivable (A/R) | 19,110.00 |
| 49000 · Uncategorized Income | Invoice | 12/07/2017 | 3538 | Frost VP Early Stage Fund II, LP. | Jams, Inc. - Hollencrest Arbitration Costs - Invoice Dated 6/12/17 - Inv# CM 0004061373 | Accounts Receivable (A/R) | -19,110.00 |
| 49000 · Uncategorized Income | Invoice | 12/07/2017 | 3538 | Frost VP Early Stage Fund II, LP. | Jams, Inc. - Hollencrest Arbitration Costs - Invoice Dated 5/31/17 - Inv# 0004050458-200 | Accounts Receivable (A/R) | 912.79 |
| 49000 · Uncategorized Income | Invoice | 12/07/2017 | 3538 | Frost VP Early Stage Fund II, LP. | Jams, Inc. - Hollencrest Arbitration Costs - Invoice Dated 6/7/17 - Inv# 0004058230-200 | Accounts Receivable (A/R) | 1,302.86 |
| 49000 · Uncategorized Income | Invoice | 12/07/2017 | 3538 | Frost VP Early Stage Fund II, LP. | Jams, Inc. - Hollencrest Arbitration Costs - Invoice Dated 11/28/16 - Inv# CM 0003913021 | Accounts Receivable (A/R) | -1,250.00 |
| 49000 · Uncategorized Income | Invoice | 12/07/2017 | 3541 | Frost VP Early Stage Fund II, LP. | Jams, Inc - Hollencrest Arbitration Costs - Invoice Dated 9/22/17 - Inv# 0004141966-200 | Accounts Receivable (A/R) | 26,208.00 |
| 49000 · Uncategorized Income | Invoice | 12/07/2017 | 3539 | Frost VP Early Stage Fund II, LP. | Jams, Inc - Hollencrest Arbitration Costs - Invoice Dated 7/31/17 - Inv# 0004101158-200 | Accounts Receivable (A/R) | 776.05 |
| 49000 · Uncategorized Income | Invoice | 12/07/2017 | 3540 | Frost VP Early Stage Fund II, LP. | Jams, Inc - Hollencrest Arbitration Costs - Invoice Dated 8/31/17 - Inv# 0004127864-200 | Accounts Receivable (A/R) | 150.39 |
| | | | | **Frost VP Early Stage Fund II, LP. Total** | | | **129,247.63** |

Exhibit 85
Page 986

Page 1 of 2
Exhibit 1393

| Account | Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|---|
| 49000 · Uncategorized Income | Invoice | 04/01/2017 | 3495 | Frost VP Seed, LLC | 50% of Hampton Holley - Invoice 19752017 dated 3/7/17 - Hollencrest Arbitration | Accounts Receivable (A/R) | 368.75 |
| 49000 · Uncategorized Income | Invoice | 04/01/2017 | 3492 | Frost VP Seed, LLC | 50% of Hampton Holley - Invoice 18162017 dated 2/16/17 - Hollencrest Arbitration | Accounts Receivable (A/R) | 75.00 |
| 49000 · Uncategorized Income | Invoice | 04/01/2017 | 3494 | Frost VP Seed, LLC | 50% of Hampton Holley - Invoice 19742017 dated 3/7/17 - Hollencrest Arbitration | Accounts Receivable (A/R) | 9,435.00 |
| 49000 · Uncategorized Income | Invoice | 04/01/2017 | 3493 | Frost VP Seed, LLC | 50% of Hampton Holley - Invoice 18172017 dated 2/16/17 - Hollencrest Arbitration | Accounts Receivable (A/R) | 12,057.50 |
| 49000 · Uncategorized Income | Invoice | 04/01/2017 | 3486 | Frost VP Seed, LLC | 50% of Hampton Holley - Invoice 14562016 dated 11/17/16 - Hollencrest Arbitration | Accounts Receivable (A/R) | 10,718.75 |
| 49000 · Uncategorized Income | Invoice | 04/01/2017 | 3487 | Frost VP Seed, LLC | 50% of Hampton Holley - Invoice 11252016 dated 9/1/16 - Hollencrest Arbitration | Accounts Receivable (A/R) | 2,143.75 |
| 49000 · Uncategorized Income | Invoice | 04/01/2017 | 3488 | Frost VP Seed, LLC | 50% of Hampton Holley - Invoice 11982016 dated 9/13/16 - Hollencrest Arbitration | Accounts Receivable (A/R) | 9,567.25 |
| 49000 · Uncategorized Income | Invoice | 04/01/2017 | 3489 | Frost VP Seed, LLC | 50% of Hampton Holley - Invoice 13142016 dated 10/10/16 - Hollencrest Arbitration | Accounts Receivable (A/R) | 4,418.75 |
| 49000 · Uncategorized Income | Invoice | 04/01/2017 | 3491 | Frost VP Seed, LLC | 50% of Hampton Holley - Invoice 17212017 dated 1/10/17 - Hollencrest Arbitration | Accounts Receivable (A/R) | 3,881.25 |
| 49000 · Uncategorized Income | Invoice | 04/01/2017 | 3490 | Frost VP Seed, LLC | 50% of Hampton Holley - Invoice 15832016 dated 12/13/16 - Hollencrest Arbitration | Accounts Receivable (A/R) | 925.00 |
| 49000 · Uncategorized Income | Invoice | 04/20/2017 | 3496 | Frost VP Seed, LLC | 50% of Hampton Holley - Invoice 21972017 dated 4/20/17 - Hollencrest Arbitration | Accounts Receivable (A/R) | 10,592.63 |
| 49000 · Uncategorized Income | Invoice | 04/20/2017 | 3496 | Frost VP Seed, LLC | 50% of Hampton Holley - Invoice 21972017 dated 4/20/17 - Hollencrest Arbitration discount | Accounts Receivable (A/R) | -931.25 |
| 49000 · Uncategorized Income | Invoice | 05/19/2017 | 3497 | Frost VP Seed, LLC | 50% of Hampton Holley - Invoice 22642017 dated 5/19/17 - Hollencrest Arbitration | Accounts Receivable (A/R) | 10,919.23 |
| 49000 · Uncategorized Income | Invoice | 06/05/2017 | 3498 | Frost VP Seed, LLC | 50% of the amount paid by FDC of Hampton Holley - Invoice 22802017 dated 6/5/17 - Hollencrest A | Accounts Receivable (A/R) | 15,814.38 |
| 49000 · Uncategorized Income | Invoice | 08/11/2017 | 3430 | Frost VP Seed, LLC | To reimburse FDC for Stadling Invoice #329140-0004 paid on behalf of Frost VP Seed, LLC for worl | Accounts Receivable (A/R) | 1,092.50 |
| 49000 · Uncategorized Income | Invoice | 09/01/2017 | 3504 | Frost VP Seed, LLC | Reimbursement of payment of invoice 243 from Frank Sims & Stolper for time and work performed o | Accounts Receivable (A/R) | 7,933.38 |
| 49000 · Uncategorized Income | Invoice | 11/06/2017 | 3546 | Frost VP Seed, LLC | J- Curve Advisors, LLC - Invoice 2017K-01A - In the amount of $5,000 - 50% to Frost VP Seed and . | Accounts Receivable (A/R) | 2,500.00 |
| 49000 · Uncategorized Income | Invoice | 12/07/2017 | 3545 | Frost VP Seed, LLC | Jams, Inc - Hollencrest Arbitration Costs - Invoice Dated 7/31/17 - Inv# 0004101158-200 | Accounts Receivable (A/R) | 776.05 |
| 49000 · Uncategorized Income | Invoice | 12/07/2017 | 3543 | Frost VP Seed, LLC | Jams, Inc - Hollencrest Arbitration Costs - Invoice Dated 8/31/17 - Inv# 0004127864-200 | Accounts Receivable (A/R) | 150.39 |
| 49000 · Uncategorized Income | Invoice | 12/07/2017 | 3544 | Frost VP Seed, LLC | Jams, Inc - Hollencrest Arbitration Costs - Invoice Dated 9/22/17 - Inv# 0004141966-200 | Accounts Receivable (A/R) | 26,208.00 |
| 49000 · Uncategorized Income | Invoice | 12/07/2017 | 3542 | Frost VP Seed, LLC | Jams, Inc - Hollencrest Arbitration Costs - Invoice Dated 12/31/16 - Inv# 0003913022-200 | Accounts Receivable (A/R) | 3.99 |
| 49000 · Uncategorized Income | Invoice | 12/07/2017 | 3542 | Frost VP Seed, LLC | Jams, Inc. - Hollencrest Arbitration Costs - Invoice Dated 12/30/16 - Inv# 0003929132-200 | Accounts Receivable (A/R) | 109.20 |
| 49000 · Uncategorized Income | Invoice | 12/07/2017 | 3542 | Frost VP Seed, LLC | Jams, Inc. - Hollencrest Arbitration Costs - Invoice Dated 1/31/17 - Inv# 0003950110-200 | Accounts Receivable (A/R) | 94.34 |
| 49000 · Uncategorized Income | Invoice | 12/07/2017 | 3542 | Frost VP Seed, LLC | Jams, Inc. - Hollencrest Arbitration Costs - Invoice Dated 3/31/7 - Inv# 0003999434-200 | Accounts Receivable (A/R) | 406.56 |
| 49000 · Uncategorized Income | Invoice | 12/07/2017 | 3542 | Frost VP Seed, LLC | Jams, Inc. - Hollencrest Arbitration Costs - Invoice Dated 4/28/17 - Inv# 0004025354-200 | Accounts Receivable (A/R) | 114.05 |
| 49000 · Uncategorized Income | Invoice | 12/07/2017 | 3542 | Frost VP Seed, LLC | Jams, Inc. - Hollencrest Arbitration Costs - Invoice Dated 5/5/17 - Inv# 0004032048-200 | Accounts Receivable (A/R) | 19,110.00 |
| 49000 · Uncategorized Income | Invoice | 12/07/2017 | 3542 | Frost VP Seed, LLC | Jams, Inc. - Hollencrest Arbitration Costs - Invoice Dated 6/12/17 - Inv# CM 0004061373 | Accounts Receivable (A/R) | -19,110.00 |
| 49000 · Uncategorized Income | Invoice | 12/07/2017 | 3542 | Frost VP Seed, LLC | Jams, Inc. - Hollencrest Arbitration Costs - Invoice Dated 5/31/17 - Inv# 0004050458-200 | Accounts Receivable (A/R) | 912.79 |
| 49000 · Uncategorized Income | Invoice | 12/07/2017 | 3542 | Frost VP Seed, LLC | Jams, Inc. - Hollencrest Arbitration Costs - Invoice Dated 6/7/17 - Inv# 0004058230-200 | Accounts Receivable (A/R) | 1,302.86 |
| 49000 · Uncategorized Income | Invoice | 12/07/2017 | 3542 | Frost VP Seed, LLC | Jams, Inc. - Hollencrest Arbitration Costs - Invoice Dated 11/28/16 - Inv# CM 0003913021 | Accounts Receivable (A/R) | -1,250.00 |
| | | | | **Frost VP Seed, LLC Total** | | | **130,340.10** |

Exhibit 85
Page 987

Page 2 of 2
Exhibit 1393

# EXHIBIT 86

**From**: Bill Guerry [bill@frostdatacapital.com]
**Sent**: 7/17/2015 11:39:00 PM
**To**: Fleming, Douglas W [dwfleming@dstsystems.com]
**CC**: Hamm, Jaime L [jlhamm@dstsystems.com]; John Vigouroux [john@frostdatacapital.com]; Tom Giles [tom@frostdatacapital.com]
**Subject**: Re: Additional Questions
**Attachments**: Fund Typical Portfolio Co Ownership 7-10-15[2].xlsx

Doug,

See answers to your questions below.  I am available to discuss at your convenience if you have further questions.

Bill

---

**From:** <Fleming>, Douglas W <DWFleming@dstsystems.com>
**Date:** Friday, July 17, 2015 at 3:52 PM
**To:** William Guerry <bill@frostdatacapital.com>
**Cc:** "Hamm, Jaime L" <JLHamm@dstsystems.com>
**Subject:** Additional Questions

Bill – Jaime and I were looking at our notes and had some questions:

<!--[if !supportLists]--><!--[endif]-->Seed A – Fund invests initial $500k in Newco.  Newco has $3.5 million valuation.  What is fund ownership of Newco following the seed and how is this calculated?  See spreadsheet of typical ownership I sent on July 10.  This is the one I walked thru during our meeting in KC.  Please let me know if you would like to walk thru it.

<!--[if !supportLists]--><!--[endif]-->Seed B - Fund invests additional $1.5 million in Newco.  Newco has $6.0 million valuation.  What is fund ownership of Newco following the seed and how is this calculated?  See spreadsheet

<!--[if !supportLists]--><!--[endif]-->Series A – My notes indicate valuation target is $16 million and the series raise target is 1/3$^{rd}$ from Fund and 2/3rds outside.  It is fairly likely that the fund will take a bigger piece of this round in order to maximize the return on the investment.

    <!--[if !supportLists]--><!--[endif]-->What is the target amount of the fund raise?  $6 million typically.

    <!--[if !supportLists]--><!--[endif]-->What is the fund ownership % following the fund raise?   See spreadsheet

<!--[if !supportLists]--><!--[endif]-->I noted on the financials that there is a shared services allocation charge:

    <!--[if !supportLists]--><!--[endif]-->I assume this is incremental to the 2% management fee – is this correct?  Yes this is incremental.

    <!--[if !supportLists]--><!--[endif]-->What is the typical amount of this fee?  Generally about $40K per company per month or about the all in cost of about one senior executive.

    <!--[if !supportLists]--><!--[endif]-->Does it vary by the stage (Seed A vs. Seed B vs. Series A etc.)?  The costs do not vary from month to month or form stage to stage.  It is a split of cost of the incubator supporting the companies (staffing, facilities, supplies, industry analyst access, etc.)  At some time after Series A or Series B, the Companies will build their own infrastructure and likely no longer be charged the allocation.

Thanks,

**Doug Fleming**
VP & Chief Accounting Officer | DST Systems, Inc. | 333 West 11$^{th}$ Street |Kansas City, MO 64105
p 816.435.6535 | c 816.377.1086 | f 816.843.5360 | e dwfleming@dstsystems.com | w dstsystems.com

Exhibit 86
Page 988

Exhibit 1452

DST 2254

Please consider the environment before printing this email and any attachments.

This e-mail and any attachments are intended only for the individual or company to which it is addressed and may contain information which is privileged, confidential and prohibited from disclosure or unauthorized use under applicable law. If you are not the intended recipient of this e-mail, you are hereby notified that any use, dissemination, or copying of this e-mail or the information contained in this e-mail is strictly prohibited by the sender. If you have received this transmission in error, please return the material received to the sender and delete all copies from your system.

Exhibit 86
Page 989

Exhibit 1452

DST 2255