MARC J. SCHNEIDER, State Bar No. 214609
 mschneider@stradlinglaw.com
JASON DE BRETTEVILLE, State Bar No. 195069
 jdebretteville@stradlinglaw.com
KATHLEEN M. MARCUS, State Bar No. 199857
 kmarcus@stradlinglaw.com
LISA M. NORTHRUP, State Bar No. 293784
 lnorthrup@stradlinglaw.com
SEAN T. LOBB, State Bar No. 324213
 stlobb@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH
A PROFESSIONAL CORPORATION
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone:  (949) 725-4000
Facsimile:  (949) 725-4100

Attorneys for Defendant
STUART FROST

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>STUART FROST and FROST MANAGEMENT COMPANY, LLC,<br><br>Defendants. | CASE NO. 8:19-cv-01559-JLS-JDE<br>Assigned to Hon. Josephine L. Staton<br><br>**DECLARATION OF MARC J. SCHNEIDER IN SUPPORT OF BOTH DEFENDANT STUART FROST'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST STUART FROST AND FROST MANAGEMENT COMPANY, LLC AS TO LIABILITY AND INJUNCTIVE RELIEF AND STUART FROST'S REQUEST FOR JUDICIAL NOTICE**<br><br>Hearing<br>Date:       September 24, 2021<br>Time:       10:30 AM<br>Ctrm:       10A<br>Judge:      Hon. Josephine L. Staton<br><br>Complaint Filed August 13, 2019 |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

4846-5928-5490v1/106778-0001                                    8:19-cv-01559-JLS-JDE

# DECLARATION OF MARC J. SCHNEIDER

1. I am an attorney duly licensed to practice before all courts of the State of California and am a member of this Court. I am counsel of record for defendant Stuart Frost ("Frost") in this action. I have personal knowledge of the facts stated here and if called upon as a witness would testify. I am submitting this declaration in support of Frost's Opposition to the SEC's Motion for Partial Summary Judgment Against Stuart Frost and Frost Management Company, LLC at to Liability and Injunctive Relief.

2. Each of the below exhibits were produced by the SEC in this matter. As such, they are deemed authentic. *See Orr v. Bank of America*, 285 F.3d 764, 777 n.20 (9th Cir. 2002) (documents produced by opposing party are deemed authentic); *AFMS LLC v. UPS Co.*, 105 F. Supp. 3d 1061, 1069 (C.D. Cal. 2015) (overruling authentication objections where "most of the objected-to exhibits were produced by Defendants in discovery and are deemed authentic when offered").

3. Attached here as **Exhibit 1** is a true and correct copy of the Frost VP Seed, LLC Operating Agreement, dated September 22, 2011.

4. Attached here as **Exhibit 2** is a true and correct copy of the Frost VP Seed, LLC audited financial statements for years ended December 31, 2021, December 31, 2013, and December 31, 2014.

5. Attached here as **Exhibit 3** is a true and correct copy of the Frost VP Early Stage Fund II, L.P. Limited Partnership Agreement, dated May 29, 2013.

6. Attached here as **Exhibit 4** is a true and correct copy of the Frost Fund III, L.P. Limited Partnership Agreement, dated September 23, 2015.

7. Attached here as **Exhibit 5** is a true and correct copy of FVP International Feeder Fund L.P. Subscription Agreement and Investor Questionnaire.

8. Attached here as **Exhibit 6** is a true and correct copy of an excerpt from the deposition of Kellan McConnell, dated August 3, 2017, in the arbitration

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-

DECLARATION OF MARC J. SCHNEIDER

4846-5928-5490v1/106778-0001                                    8:19-cv-01559-JLS-JDE

matter *Frost Management Company, LLC et al. v. Hollencrest Bayview Partners et. al*., JAMS case no. 1200052341.

9.     Attached here as **Exhibit 7** is a true and correct copy of an excerpt from the deposition of Babur Ozden, dated November 7, 2017, in the arbitration matter *Frost Management Company, LLC et al. v. Hollencrest Bayview Partners et. al*., JAMS case no. 1200052341.

10.     Attached here as **Exhibit 8** is a true and correct copy of an excerpt from the deposition of Miles Mahoney, dated August 23, 2017, in the arbitration matter *Frost Management Company, LLC et al. v. Hollencrest Bayview Partners et. al*., JAMS case no. 1200052341.

11.     Attached here as **Exhibit 9** is a true and correct copy of invoices from Frost Venture Partners, LLC to Cirro, Inc., dated May 1, 2014 and February 1, 2016.

12.     Attached here as **Exhibit 10** is a true and correct copy of a 2015 Frost Data Capital, LLC forecast spreadsheet.

13.     Attached here as **Exhibit 11** is a true and correct copy of an email from Stuart Frost to Bill Ruh dated November 8, 2013.

14.     Attached here as **Exhibit 12** is a true and correct copy of the Frost VP Seed, LLC Quarterly Report to the Members, dated December 31, 2014.

15.     Attached here as **Exhibit 13** is a true and correct copy of an email from Suzie Clark, dated June 27, 2014, with attached pdf titled "New Venture Profiles."

16.     Attached here as **Exhibit 14** is a true and correct copy of an email from Suzie Clark, dated December 1, 2015.

17.     Attached here as **Exhibit 15** is a true and correct copy of a Frost Data Capital Profit and Loss spreadsheet for January 1, 2012 – December 14, 2016.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

DECLARATION OF MARC J. SCHNEIDER

4846-5928-5490v1/106778-0001                                         8:19-cv-01559-JLS-JDE

18. Attached here as **Exhibit 16** is a true and correct copy of an email from Luis Vasquez, dated March 5, 2015, attaching a pdf titled "Frost Data Capital Model."

19. Attached here as **Exhibit 17** is a true and correct copy of an excerpt from the deposition of Douglas Lawson, dated June 19, 2017, in the arbitration matter *Frost Management Company, LLC et al. v. Hollencrest Bayview Partners et. al.*, JAMS case no. 1200052341.

20. Attached here as **Exhibit 18** is a true and correct copy of invoices from Frost Data Capital, LLC to ThinkIQ (formerly known as Frost NewCo23, Inc.), dated February 1, 2015 and October 1, 2016.

21. Attached here as **Exhibit 19** is a true and correct copy of the Amended and Restated Services Agreement between Frost Data Capital, LLC and OspreyData, Inc., dated May 12, 2016.

22. Attached here as **Exhibit 20** is a true and correct copy of an excerpt from the deposition of Stuart Frost, dated February 14, 2017, in the arbitration matter *Frost Management Company, LLC et al. v. Hollencrest Bayview Partners et. al.*, JAMS case no. 1200052341.

23. Attached here as **Exhibit 21** is a true and correct copy of an excerpt from the deposition of Stuart Frost, dated August 10, 2017, in the arbitration matter *Frost Management Company, LLC et al. v. Hollencrest Bayview Partners et. al.*, JAMS case no. 1200052341.

24. Attached here as **Exhibit 22** is a true and correct copy of a spreadsheet titled "Incubator Fee Summary – 2016" attached to an email from Bill Guerry, dated February 11, 2017.

25. Attached here as **Exhibit 23** is a true and correct copy of Frost VP Early Stage Fund II, LLC Investment Committee Meeting minutes, dated April 17, 2014.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

DECLARATION OF MARC J. SCHNEIDER

4846-5928-5490v1/106778-0001

8:19-cv-01559-JLS-JDE

26.     Attached here as **Exhibit 24** is a true and correct copy of Frost VP Early Stage Fund II, LLC Investment Committee Meeting minutes, dated June 19, 2014.

27.     Attached here as **Exhibit 25** is a true and correct copy of Frost VP Early State Fund II, LLC Investment Committee conference call minutes, dated July 31, 2014.

28.     Attached here as **Exhibit 26** is a true and correct copy of Frost VP Early Stage Fund II, LLC Investment Committee minutes, dated September 10, 2014.

29.     Attached here as **Exhibit 27** is a true and correct copy of Frost Fund II Investment Committee minutes, dated February 9, 2015.

30.     Attached here as **Exhibit 28** is a true and correct copy of a Memorandum of Understanding between GE Ventures LLC and Frost Data Capital, LLC, dated June 5, 2014.

31.     Attached here as **Exhibit 29** is a true and correct copy of a Confidential Memorandum of Understanding between Symantec Corporation and Frost Data Capital, LLC, dated July 7, 2015.

32.     Attached here as **Exhibit 30** is a true and correct copy of an excerpt from the deposition of William Guerry, dated June 20, 2017, in the arbitration matter *Frost Management Company, LLC et al. v. Hollencrest Bayview Partners et. al.*, JAMS case no. 1200052341.

33.     Attached here as **Exhibit 31** is a true and correct copy of an excerpt from William Guerry's hearing testimony, dated January 22, 2018, in the arbitration matter *Frost Management Company, LLC et al. v. Hollencrest Bayview Partners et. al.*, JAMS case no. 1200052341.

34.     Attached here as **Exhibit 32** is a true and correct copy of an email from Bill Guerry, dated February 11, 2017, attaching a document titled "FDC Incubation write-up."

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-5-

DECLARATION OF MARC J. SCHNEIDER

4846-5928-5490v1/106778-0001                                      8:19-cv-01559-JLS-JDE

35. Attached here as **Exhibit 33** is a true and correct copy of an excerpt from the deposition of Stuart Frost, dated March 11, 2011, in the matter *Securities and Exchange Commission v. Stuart Frost et. al*. case no. 8:19-cv-01559, pending in the United States District Court Central District of California.

36. Attached here as **Exhibit 34** is a true and correct copy of Frost VP Seed International, LLC Operating Agreement, dated May 2, 2012.

37. Attached here as **Exhibit 35** is a true and correct copy of an email from Bill Guerry, dated February 11, 2017, with subject line "Incubator Fee."

38. Attached here as **Exhibit 36** is a true and correct copy of an email from Bill Guerry, dated July 8, 2015.

39. Attached here as **Exhibit 37** is a true and correct copy of the Frost Venture Partners GP, LLC Operating Agreement, dated May 29, 2013.

40. Attached here as **Exhibit 38** is a true and correct copy of an excerpt from the deposition of Bill Guerry, on February 16, 2019, in the matter of *Frost Management Company, LLC*, File No. LA-04872-A.

41. Attached here as **Exhibit 39** is a true and correct copy of the Frost VP Early Stage Fund II, LP quarterly report as of December 31, 2014.

42. Attached here as **Exhibit 40** is a true and correct copy of an excerpt from Robert Wolford's hearing testimony, dated January 15, 2018, in the arbitration matter *Frost Management Company, LLC et al. v. Hollencrest Bayview Partners et. al.*, JAMS case no. 1200052341.

43. Attached here as **Exhibit 41** is a true and correct copy of an email from Stuart Frost, dated November 21, 2011, with the attached document titled "Frost VP Exec Summary US v1.3."

44. Attached here as **Exhibit 42** is a true and correct copy of an excerpt from the deposition of Samuel Cates, dated December 6, 2017, in the arbitration matter *Frost Management Company, LLC et al. v. Hollencrest Bayview Partners et. al.*, JAMS case no. 1200052341.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

DECLARATION OF MARC J. SCHNEIDER

4846-5928-5490v1/106778-0001

8:19-cv-01559-JLS-JDE

45. Attached here as **Exhibit 43** is a true and correct copy of Frost VP Early Stage Fund II, LLC Investment Committee meeting minutes, dated August 20, 2013.

46. Attached here as **Exhibit 44** is a true and correct copy of Frost VP Early Stage Fund II, LLC Investment Committee meeting minutes, dated October 5, 2013.

47. Attached here as **Exhibit 45** is a true and correct copy of Frost VP Early Stage Fund II, LLC Investment Committee written consent, dated December 10, 2014.

48. Attached here as **Exhibit 46** is a true and correct copy of Frost Fund II Investment Committee Resolution, dated April 9, 2015.

49. Attached here as **Exhibit 47** is a true and correct copy of Frost VP Seed, LLC, Schedule of Investments, dated December 31, 2012.

50. Attached here as **Exhibit 48** is a true and correct copy of Frost VP Seed, LLC, Schedule of Investments, dated December 31, 2013.

51. Attached here as **Exhibit 49** is a true and correct copy of Frost VP Seed, LLC, Schedule of Investments, dated December 31, 2014.

52. Attached here as **Exhibit 50** is a true and correct copy of Frost VP Seed, LLC, Schedule of Investments, dated December 31, 2015.

53. Attached here as **Exhibit 51** is a true and correct copy of Frost VP Seed, LLC, Schedule of Investments, dated December 31, 2016.

54. Attached here as **Exhibit 52** is a true and correct copy of the clerk's certificate of mailing with attached Corrected Amended Judgment Confirming and Entering Final Arbitration Award Nunc Pro Tunc as of October 4, 2018, dated April 17, 2019, from the matter *Hollencrest Bayview Partners, L.P. et. al. v. Frost Management Company, LLC et. al*, case no. 302018-00999822-CU-PA-CJC, in the Superior Court of the State of California, County of Orange.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-7-

DECLARATION OF MARC J. SCHNEIDER

4846-5928-5490v1/106778-0001

8:19-cv-01559-JLS-JDE

I declare under penalty of perjury under the laws of the United States of America that this is true and correct and was executed on September 3, 2021 at Newport Beach, California.

_____
Marc J. Schneider

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-8-
DECLARATION OF MARC J. SCHNEIDER
4846-5928-5490v1/106778-0001                                    8:19-cv-01559-JLS-JDE