1 Andrew C. Callari, State Bar No. 159003
ac@callarisummers.com
2 CALLARI & SUMMERS
34197 Pacific Coast Highway, Suite 100
3 Dana Point, CA 92629
Telephone:  (714) 371-4110
4 Facsimile:  (714) 882-7915

5 Attorneys for Defendant
FROST MANAGEMENT COMPANY, LLC
6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10 **SOUTHERN DIVISION**

| | |
|---|---|
| 11  SECURITIES AND EXCHANGE COMMISSION, Plaintiff | CASE NO. 8:19-cv-01559-JLS-JDE<br>Assigned to Hon. Josephine L. Staton |
| 12 | |
| 13       v. | **FROST MANAGEMENT COMPANY, LLC'S NOTICE OF JOINDER IN STUART FROST'S *DAUBERT* MOTION TO EXCLUDE OPINIONS OF LEGAL EXPERT KEITH PALZER** |
| 14  STUART FROST and FROST MANAGEMENT COMPANY, LLC, | |
| 15 | |
| 16       Defendants. | Hearing:<br>Date:         October 29, 2022<br>Time:         10:30 a.m.<br>Courtroom: 10A<br>Judge:        Hon. Josephine L. Staton |
| 17 | |
| 18 | |
| 19 | Complaint Filed August 13, 2019 |

20

21

22

23

24

25

26

27

28

1  Defendant Frost Management Company, LLC ("FMC") hereby submits this
2  Notice of Joinder in Defendant Stuart Frost's *Daubert* Motion to Exclude Opinions
3  of Legal Expert Keith Palzer **ECF Doc. 94** (and supporting documents 94-1 and
4  94-2).
5  Stuart Frost's *Daubert* Motion to Exclude Opinions of Legal Expert Keith
6  Palzer should be granted as to FMC in its entirety for the reasons, grounds and
7  legal arguments set forth therein.

9  Respectfully submitted,

11  DATED: September 24, 2021       CALLARI AND SUMMERS

13                                  By:  */s/ Andrew C. Callari*
14                                       Andrew C. Callari
                                         *Attorneys for Defendant*
15                                       *Frost Management Company, LLC*

-2-

FROST MANAGEMENT COMPANY, LLC'S JOINDER IN STUART FROST'S *DAUBERT*
MOTION TO EXCLUDE OPINIONS OF LEGAL EXPERT KEITH PALZER
8:19-cv-01559-JLS-JD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

FROST MANAGEMENT COMPANY, LLC'S JOINDER IN STUART FROST'S *DAUBERT* MOTION TO EXCLUDE OPINIONS OF LEGAL EXPERT KEITH PALZER
8:19-cv-01559-JLS-JD