UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**
Please use one form per court reporter per case, and contact court reporter
directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
**DUE DATE:**

| 1a. Contact Person for this Case | Kayla Milanowski | 2a. Contact Phone Number | (949) 737-4726 | 3a. Contact E-mail Address | kmilanowski@stradlinglaw.com |
|---|---|---|---|---|---|
| 1b. Attorney Name (if different) | Marc J. Schneider | 2b. Attorney Phone Number | (949) 725-4137 | 2b. Attorney E-mail Address | mschneider@stradlinglaw.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)

STRADLING YOCCA CARLSON & RAUTH
A PROFESSIONAL CORPORATION
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422

| 5. Name & Role of Party Represented | DEFENDANT, STUART FROST |
|---|---|
| 6. Case Name | Securities and Exchange Commission v. Stuart Frost et al. |

| 7a. District Court Case Number | 8:19-cv-01559-JLS | 7b. Appeals Court Case Number | N/A |
|---|---|---|---|

8. INDICATE WHETHER PROCEEDING WAS (choose only one per form):

☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER:   Deborah Parker

9. THIS TRANSCRIPT ORDER IS FOR:   ☐ Appeal   ☒ Non-Appeal   |   ☐ Criminal   ☒ Civil   |   ☐ CJA   ☐ USA   ☐ FPD   ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type:   *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| a. HEARING(S) OR PORTIONS OF HEARINGS *(Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)* | | | b. SELECT FORMAT(S) *(CM/ECF access included with purchase of transcript.)* | | | | | | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION *If requesting less than full hearing, specify portion (e.g., witness or time). CJA orders: indicate if openings, closings, voir dire, or instructions requested.* | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | *(Provide release date of efiled transcript, or check to certify none yet on file.)* | *(One per line, but check with court reporter before choosing any type but "ordinary.")* |
| 10/01/2021 | Josephine L. Staton | Full Hearing - PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO LIABILITY AND INJUNCTIVE RELIEF AGAINST DEFENDANTS STUART FROST AND FROST MANAGEMENT COMPANY, LLC  Dkt. 44 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ _____ | 7 day |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | _____ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.   Date   October 6, 2021   Signature   */s/ Marc J. Schneider*

G-120 (06/18)

4826-6627-6861v1/106778-0001

American LegalNet, Inc.
www.FormsWorkFlow.com