DONALD W. SEARLES (Cal. Bar No. 135705)
Email: searlesd@sec.gov
DOUGLAS M. MILLER (Cal. Bar No. 240398)
Email: millerdou@sec.gov
CHARLES E. CANTER (Cal. Bar No. 263197)
Email: canterc@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka N. Patel, Associate Regional Counsel
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Southern Division**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>STUART FROST AND FROST MANAGEMENT COMPANY, LLC,<br><br>Defendants. | Case No. 8:19-cv-01559-JLS-JDE<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S PROPOSED VOIR DIRE QUESTIONS**<br><br>Final Pre-Trial Conference Date: January 28, 2022<br><br>Time: 10:30 a.m.<br><br>Courtroom: 10A, 10th Floor<br><br>Judge. Hon. Josephine L. Staton |

Case No. 8:19-cv-01559-JLS-JDE

Plaintiff Securities and Exchange Commission ("SEC") respectfully requests that the Court ask the following questions in addition to its standard voir dire:

I. **KNOWLEDGE OF PARTIES, COUNSEL, WITNESSES, AND ENTITIES**

1. Does anyone on the panel know Stuart Frost or Frost Management Company.

2. Does anyone on the panel know any of the lawyers appearing here today for any of the parties, or anyone who works at:

    a. the Securities and Exchange Commission
    b. the law firm Stradling, Yocca, Carlson & Rauth
    c. the law firm Callari & Summers
    d. the law firm Sheppard, Mullin, Richter & Hampton
    e. the law firm Cooley
    f. the law firm Hampton Holley

3. There will be a number of witnesses in the case. I am going to read a list of the names of the potential witnesses, and if anyone here knows any of the witnesses, please raise your hand:

    a. Stuart Frost
    b. David Weekly
    c. Alexander or Alex Malecki
    d. Keith Palzer
    e. John Vigouroux
    f. Gregory Pellizzon
    g. William or Bill Guerry
    h. Michael Colaco
    i. Robert Wolford
    j. Gregory Pellizzon
    k. Michael Shulman

| | | |
|---|---|---|
| 1 | l. | Cameron Akers |
| 2 | m. | Louis Lauch |
| 3 | n. | Jim Ward |
| 4 | o. | Charles Reynolds |
| 5 | p. | Bryan Weiss |
| 6 | q. | Steve Rappatoni |
| 7 | r. | Arthur Brown |
| 8 | s. | Tina Catalina |
| 9 | t. | Kellan McConnell |
| 10 | u. | John Burke |
| 11 | v. | Paul Myer |
| 12 | w. | Mark Lelinski |
| 13 | x. | Dean Sawyer |
| 14 | y. | Doug Lawson |
| 15 | z. | Brian Murphy |
| 16 | aa. | Mark McNally |
| 17 | bb. | John Vigoroux |
| 18 | cc. | Steve Gotz |
| 19 | dd. | Sam Cates |
| 20 | ee. | Luis Vasquez |
| 21 | ff. | Cary Breese |
| 22 | gg. | Alexander Stojanovic |
| 23 | hh. | Tom Giles |
| 24 | ii. | David Shackelton |
| 25 | jj. | James Cavaricci |
| 26 | kk. | Larry Sheakley |
| 27 | ll. | Michael Dolbec |
| 28 | mm. | James Greene |

| | | |
|---|---|---|
| 1 | nn. | Anthony Howcroft |
| 2 | oo. | Michael Kramer |
| 3 | pp. | Purav Asher |
| 4 | qq. | Christopher Buckstein |
| 5 | rr. | Gordon Clemons |
| 6 | ss. | William Davidson |
| 7 | tt. | Scott Kavanaugh |
| 8 | uu. | John Kensey |
| 9 | vv. | Darell Krasnoff |
| 10 | ww. | Alan Weiner |
| 11 | xx. | Erik Sisel |
| 12 | yy. | Douglas Flemming |
| 13 | zz. | Kyle Mallot |
| 14 | aaa. | Shital Patel |
| 15 | bbb. | Mark Thiessen |
| 16 | ccc. | Kellan McConnell |
| 17 | ddd. | Steve Rapattoni |
| 18 | eee. | Craig Dauchy |
| 19 | fff. | Robyn Siers |
| 20 | ggg. | Bill Morrow |
| 21 | hhh. | Babur Ozden |
| 22 | iii. | Anil Suren |
| 23 | jjj. | Oren Goldschmidt |
| 24 | kkk. | David Salch |
| 25 | lll. | Cliff Currie |
| 26 | mmm. | Kerry Jordan |
| 27 | nnn. | Andrew Ackerman |
| 28 | ooo. | Suzie Clark |

|   |   |   |
|---|---|---|
| ppp. | William Ruh |
| qqq. | David Bartlett |
| rrr. | Brett May |
| sss. | Samuel Cates |
| ttt. | Jerry Schuman |
| uuu. | Julie Frost |

4. Has anyone one the panel ever heard of a company named Frost Data Capital.

5. Has anyone on the panel ever heard of a company named Frost Venture Partners.

6. Has anyone on the panel ever heard of an accounting company named Marcum?

## II. EXPERIENCE WITH INVESTEMENTS AND VENTURE CAPITAL

7. Has any member of the panel, or any of your relatives or close friends, ever worked in the securities industry, for example, for a securities brokerage firm, an investment advisory firm, a hedge fund, a real estate investment trust, etc.? If so, please describe that work history

8. Has any member of the panel held, or does any member of the panel currently hold, any professional securities licenses? If so, please tell us what licenses you hold, or previously held.

9. Has any member of the panel, or any of your relatives or close friends, ever bought or sold securities, (i.e. stocks, bonds, notes, options, limited partnership interests, private placements, etc.)?

10. Has any member of the panel, or any of your relatives or close friends, used the services of an investment adviser. If so, please describe your experience. Would that experience affect your ability to be fair and impartial in this case?

11. Has any member of the panel been a manager or limited partner of a partnership?

12. Has any member of the panel been a member of a limited liability company.

13. Has any member of the panel, or any of your relatives or close friends been involved in, or invested in, an investment company?

14. Has any member of the panel, or any of your relatives or close friends, been involved in a pooled investment vehicle?

15. Has any member of the panel, or any of your relatives or close friends, participated in a securities offering?

16. Has any member of the panel ever invested in any type of alternative investment? If so, please identify the alternative investments.

17. Has any member of the panel operated or been employed by a start-up company.

18. Has any member of the panel invested in a start-up company.

### III. PRIOR JUDICIAL, LITIGATION, AND LAW ENFORCEMENT EXPERIENCE

19. Has any member of the panel ever served as a juror in any court? If so, what court did you serve in and was it a criminal or civil case? Without telling us the outcome, did the jury reach a verdict?

20. Has any member of the panel, or any of your relatives or close friends, ever been the subject of, involved in, or appeared as a witness in any investigation by any of the following:

    a. a federal or state grand jury;
    b. a federal legislative committee;
    c. a licensing authority; or
    d. a governmental agency, including the Securities and Exchange Commission?

If so, would that affect your ability to be fair and impartial in this case?

21. Has any member of the panel ever testified in a lawsuit or trial? If so, what was the nature of the case and for which party—plaintiff or defendants—did you testify? Would your experience affect your ability to be fair and impartial in this case?

22. Has any member of the panel or any of your close friends or relatives ever been a plaintiff, defendant, witness, or member of a class action in a lawsuit involving allegations of securities fraud? If so, would that affect your ability to be fair and impartial in this case?

23. Has any member of the panel, or any of your relatives or close friends, ever been a defendant in any government action? If so, who was it, and what type of action was brought, civil or criminal? Would that affect your ability to be fair and impartial in this case?

24. Has any member of the panel, or any of your relatives or close friends, ever filed a lawsuit against any persons, companies, or government agencies? If so, when? What was the nature of the case? Would that experience affect your ability to be fair and impartial in this case?

25. Has any member of the panel, or any of your relatives or close friends, ever accused anyone, or been accused of violating any state or federal securities laws? If so, would that experience affect your ability to be fair and impartial in this case?

26. Has any member of the panel or any of your close friends or relatives ever been a victim of a crime? If so, please describe the nature of the crime. Would that affect your ability to be fair and impartial in this case?

27. Do you have any close friends or relatives who are attorneys, judges or court personnel? If attorneys, what firm?

28. Have you or a close friend or family member had any special training in or ever worked in law or law enforcement or in the federal or state government?

## IV. POTENTIAL BIAS AGAINST THE SEC

29. Has any member of the panel ever read any books or articles about SEC cases? If so, did you form any opinions about such matters or the SEC that might affect your ability to be fair and impartial in this case?

30. Has any member of the panel or any of your relatives or close friends ever referred a complaint or other matter to the SEC for investigation? If yes, what was the nature of your referral? Would this experience affect your ability to be fair and impartial in this case?

31. Has any member of the panel or any of your close friends or relatives had any dealings with the SEC that might influence your consideration of the evidence in this case?

32. Does any member of the panel have any opinion about the SEC's regulation of the financial markets generally that might affect your ability to be fair and impartial in this case?

33. Does any member of the panel have any opinion of the federal government or any federal agency that would affect your ability to be fair and impartial in this case?

Respectfully submitted,

Dated: November 19, 2021

/s/ *Donald W. Searles*
DONALD W. SEARLES
DOUGLAS M. MILLER
CHARLES E. CANTER
Attorneys for Plaintiff
Securities and Exchange Commission

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On November 19, 2021, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S PROPOSED VOIR DIRE QUESTIONS** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: November 19, 2021             */s/ Donald W. Searles*
                                    Donald W. Searles

*SEC v. Stuart Frost, et al.*
United States District Court—Central District of California
Case No. 8:19-cv-01559-JLS-JDE

### SERVICE LIST

MARC J. SCHNEIDER
Email:  mschneider@stradlinglaw.com
JASON DE BRETTEVILLE
Email:  jdebretteville@stradlinglaw.com
KATHLEEN M. MARCUS
Email:  kmarcus@stradlinglaw.com
LISA M. NORTHRUP
Email:  lnorthrup@stradlinglaw.com
SEAN T. LOBB
Email:  stlobb@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH A PROFESSIONAL CORPORATION
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
*Attorneys for Defendant STUART FROST*


ANDREW C. CALLARI
Email:  ac@callarisummers.com
34197 Pacific Coast Highway, Suite 100
Dana Point, CA 92629
*Attorney for Defendant FROST MANAGEMENT COMPANY, LLC*