DONALD W. SEARLES (Cal. Bar No. 135705)
Email: searlesd@sec.gov
DOUGLAS M. MILLER (Cal. Bar No. 240398)
Email: millerdou@sec.gov
CHARLES E. CANTER (Cal. Bar No. 263197)
Email: canterc@sec.gov

Attorneys for Plaintiff Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka N. Patel, Associate Regional Counsel
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

MARC J. SCHNEIDER, State Bar No. 214609
  mschneider@stradlinglaw.com
JASON DE BRETTEVILLE, State Bar No. 195069
  jdebretteville@stradlinglaw.com
KATHLEEN M. MARCUS, State Bar No. 199857
  kmarcus@stradlinglaw.com
LISA M. NORTHRUP, State Bar No. 293784
  lnorthrup@stradlinglaw.com
SEAN T. LOBB, State Bar No. 324213
  stlobb@stradlinglaw.com

Attorneys for Defendant Stuart Frost
STRADLING YOCCA CARLSON & RAUTH
A PROFESSIONAL CORPORATION
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Southern Division**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>STUART FROST AND FROST MANAGEMENT COMPANY, LLC,<br><br>Defendants. | Case No. 8:19-cv-01559-JLS-JDE<br><br>**JOINT STATEMENT OF THE CASE**<br><br>Final Pre-Trial Conference Date: January 28, 2022<br><br>Time: 10:30 a.m.<br><br>Courtroom: 10A, 10th Floor<br><br>Judge. Hon. Josephine L. Staton |

Plaintiff Securities and Exchange Commission ("SEC") and Defendants Stuart Frost ("Frost") and Frost Management Company, LLC ("FMC"), respectfully submit the following joint statement of the case:

To help you follow the evidence, I will give you a brief overview of the case:

This is a civil action, brought by the United States Securities and Exchange Commission, sometimes referred to as the "SEC." The SEC is the agency of the federal government that is responsible for enforcing the securities laws of the United States.

The SEC has filed a civil complaint against Stuart Frost and his company, Frost Management Company, LLC, also known as FMC, an investment advisory firm in California. The SEC has asserted claims against Mr. Frost and FMC for violating a federal securities law called the Investment Advisers Act of 1940. The SEC alleges that Mr. Frost and FMC served as investment advisers to five private venture capital funds from 2012 through 2016. You may hear these funds referred to as the Seed Fund, the International Seed Fund, Fund II, the International Feeder Fund, and Fund III, or, collectively, as the "Funds." The Funds invested in start-up companies, which may be referred to as "portfolio companies." Mr. Frost owned another company called Frost Data Capital, which created the portfolio companies and provided certain services to them. You may hear Frost Data Capital referred to as "FDC" or the "Incubator."

The SEC alleges two causes of action against Mr. Frost and FMC. The SEC's first claim alleges that Mr. Frost and FMC violated Sections 206(1) and 206(2) of the Advisers Act by defrauding the Funds. The SEC's second claim alleges that Mr. Frost and FMC violated Section 206(4) of the Advisers Act and SEC Rule 206(4)-8 by defrauding the investors in the Funds. According to the SEC, the defendants deceived the Funds (with respect to Sections 206(1) and 206(2) of the Advisers Act), and the investors in the Funds (with respect to Section 206(4) of the Advisers Act and SEC Rule 206(4)-8)), by, among other things, making misleading statements and by failing

to disclose information regarding the existence and/or amount of (i) fees the Incubator charged portfolio companies and (ii) management fees charged to some of the Funds by defendants, and by forming new portfolio companies to generate additional revenue for the Incubator.

The SEC has the burden of proving its claims by a preponderance of the evidence.

FMC and Mr. Frost have denied the SEC's allegations and contend that the SEC will not be able to meets its burden to prove that either FMC or Mr. Frost defrauded either the Funds or the investors in the Funds as alleged.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

|     |                              |                                                   |
| --- | ---------------------------- | ------------------------------------------------- |
| 1   |                              | Respectfully submitted,                           |
| 2   | DATED: November 19, 2021     | SECURITIES AND EXCHANGE COMMISSION                |
| 5   |                              | By:  /s/Donald W. Searles                         |
|     |                              |      Donald W. Searles                            |
|     |                              |      Douglas M. Miller                            |
|     |                              |      Charles E. Canter                            |
|     |                              |      *Attorneys for Plaintiff*                    |
| 9   | DATED: November 19, 2021     | STRADLING YOCCA CARLSON & RAUTH                   |
|     |                              | A Professional Corporation                        |
| 12  |                              | By:  /s/Marc J. Schneider                         |
|     |                              |      Marc J. Schneider                            |
|     |                              |      Jason de Bretteville                         |
|     |                              |      Kathleen M. Marcus                           |
|     |                              |      Lisa M. Northrup                             |
|     |                              |      Sean T. Lobb                                 |
|     |                              |      *Attorneys for Defendant Stuart Frost*       |
| 17  | DATED: November 19, 2021     | CALLARI AND SUMMERS                               |
| 19  |                              | By:  /s/ Andrew C. Callari                        |
|     |                              |      Andrew C. Callari                            |
|     |                              |      *Attorneys for Defendant Frost Management Company, LLC* |

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On November 19, 2021 I caused to be served the document entitled **JOINT STATEMENT OF THE CASE** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: November 19, 2021            /s/ Donald W. Searles
                                   Donald W. Searles

1

*SEC v. Stuart Frost, et al.*
United States District Court—Central District of California
Case No. 8:19-cv-01559-JLS-JDE

**SERVICE LIST**

Andrew C. Callari
34197 Pacific Coast Highway, Suite 100
Dana Point, CA 92629
ac@callarisummers.com
***Attorney for Defendant Frost Management Company, LLC***

Marc J. Schneider
mschneider@stradlinglaw.com
Jason De Bretteville
jdebretteville@stradlinglaw.com
Kathleen M. Marcus
kmarcus@stradlinglaw.com
Sean T. Lobb
stlobb@stradlinglaw.com
Lisa M. Northrup
lnorthrup@stradlinglaw.com
Straddling Yocca Carlson & Rauth
660 Newport Center Drive, Suite 1600
Telephone: (949) 725-4000
***Attorneys for Defendant Stuart Frost***