DONALD W. SEARLES (Cal. Bar No. 135705)
Email:  searlesd@sec.gov
DOUGLAS M. MILLER (Cal. Bar No. 240398)
Email: millerdou@sec.gov
CHARLES E. CANTER (Cal. Bar No. 263197)
Email: canterc@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka N. Patel, Associate Regional Counsel
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## Southern Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>STUART FROST AND FROST MANAGEMENT COMPANY, LLC,<br><br>Defendants. | Case No. 8:19-cv-01559-JLS-JDE<br><br>**JOINT WITNESS LIST**<br><br>Date:  January 28, 2022<br><br>Time: 10:30 a.m.<br><br>Courtroom: 10A, 10th Floor<br><br>Judge. Hon. Josephine L. Staton |

Case No. 8:19-cv-01559-JLS-JDE

| JOINT WITNESS LIST | | | | | |
|---|---|---|---|---|---|
| Case Name: SEC v. Stuart Frost, et al. | | | | | |
| Case Number: 8:19-cv-01559-JLS-JDE | | | | | |
| No. | Witness Name | Party Calling Witness and Estimate | X-Examiner's Estimate | Description of Testimony | Comments |
| 1. | Stuart Frost | SEC 6 hours | 4.5 hours | All allegations placed in issue | |
| 2. | William Guerry | SEC 4 hours | 3.0 hours | Fund, FDC and portfolio comapies CFO/charging management fee and salary to Seed Fund; creation and funding of portfolio companies; Frost personal expenses charged to FDC | |
| 3. | David Weekly | SEC 4 hours | 2.0 hours | SEC's forensic accounting expert; reasonableness of FDC fees; Frost's salary, expenditre | |
| 4. | Alex Maleki | SEC 2 hours | 1.0 hour | SEC's venture capital incubator expert, reasonableness/ disclosure of FDC fees; | |
| 5. | Keith Palzer | SEC 3 hours | 1.5 hours | SEC's fiduciary duty expert; Frost's breaches | |

| 6. | Michael Colaco* | SEC | | FVP GP capital contribution; participation in Fund II | |
|---|---|---|---|---|---|
| 7. | Robert Wolford | SEC 2 hours | 1.0 hour | Investments in the Frost funds, and communication with Frost concerning Fund and portfolio company performance and expenses. | |
| 8. | Gregory Pellizzon | SEC 2 hours | 1.0 hour | Investments in the Frost funds, and communication with Frost concerning Fund and portfolio company performance and expenses. | |
| 9. | Michael Shulman | SEC 2 hours | 1.0 hour | Investments in the Frost funds, and communication with Frost concerning Fund and portfolio company performance and expenses. | |
| 10. | Cameron Akers* | SEC | | Investments in the Frost funds, and communication | |

Case No. 8:19-cv-01559-JLS-JDE

| | | | | | |
|---|---|---|---|---|---|
| | | | | with Frost concerning Fund and portfolio company performance and expenses. | |
| 11. | Louis Lauch | SEC 1 hour | 0.5 hours | Fund II investor; materiality of incubator fees, participation in Fund II advisory committee | |
| 12. | Jim, Ward* | SEC | | FDC insider; communications with investors | |
| 13. | Charles Reynolds | SEC 2 hours | 1.0 hour | Fund II investor and current manager of Fund III; fund and portfolio company performance, materiality of incubator fees; purchase of Kramers' interest | |
| 14. | Bryan Weiss | SEC 1 hour | 0.5 hours | Current Manager of Seed Fund & Fund II | |
| 15. | Steve Rappatoni | SEC 1 hour | 0.5 hours | Marcum partner | |
| 16. | Arthur Brown | SEC 1 hour | 0.5 hours | Marcum concurring partner | |
| 17. | Tina Catalina* | SEC | | Marcum | |

3                                 Case No. 8:19-cv-01559-JLS-JDE

| 18. | Kellan McConnell* | SEC | | Marcum | |
| 19. | John Burke | SEC 1 hour | 0.5 hours | CEO Osprey/FDC fees | |
| 20. | Paul Meyer | SEC 1 hour | 0.5 hours | CEO Veracity/FDC fees | |
| 21. | Mark Lelinksi | SEC 1 hour | 0.5 hours | CEO Pinscriptive/ FDC fees | |
| 22. | Dean Sawyer* | SEC | | CEO Sentrian/FDC fees | |
| 23. | Doug Lawson | SEC 1 hour | 0.5 hours | CEO ThinkIQ/FDC fees/FDC fees | |
| 24. | Brain Murphy | SEC 1 hour | 0.5 hours | CEO Exara/FDC fees | |
| 25. | Mark McNally | SEC 1 hour | 0.5 hours | CEO Ubix/FDC fees | |
| 26. | John Vigoroux | SEC 1 hour | 0.5 hours | FDC insider | |
| 27. | Steve Gotz | SEC 1 hour | 0.5 hours | FDC VP Finance | |
| 28. | Sam Cates* | SEC | | GE relationship with Frost entities | |
| 29. | Luis Vasquez* | SEC | | FDC insider; communication with investors | |
| 30. | Cary Breese | SEC 1 hour | 0.5 hours | FDC insider | |
| 31. | Alexander Stojanovic | SEC 1 hour | 0.5 hours | FDC insider | |
| 32. | Tom Giles | SEC 1 hour | 0.5 hourss | FDC Healthcare | |
| 33. | Scott Gotz | SEC 1 hour | 0.5 hour | FDC insider | |

4

Case No. 8:19-cv-01559-JLS-JDE

| | | | | | |
|---|---|---|---|---|---|
| 34. | David Shackelton* | SEC | | FDC Chief Incubator Officer | |
| 35. | James Cavaricci | SEC 1 hour | 0.5 hours | Seed Fund investor; communications with Frost regarding Fund expenses; FDC's finances and incubator fees charged | |
| 36. | Larry Sheakley | SEC 1 hour | 0.5 hours | Fund II investor; materiality of incubator fees; function of Fund advisory committee | |
| 37. | Michael Dolbec | SEC 1 hour | 0.5 hours | GE relationship with Frost entities | |
| 38. | James Greene | SEC 2 hour | 1.0 hours | Fund II investor and member of FDC ; knowledge of GE/FDC relationship; materiality of incubator fees; functioning of Fund investment comittees | |
| 39. | Anthony Howcroft* | SEC | | CEO Snow Data Capital; purpose of SDC and services rendered to portfolio companies | |

| 40. | John Kinsey | SEC 1 hour | 0.5 hours | Communications with Frost | |
|---|---|---|---|---|---|
| 41. | Michael Kramer | SEC 2 hours | 1.0 hours | Fund investor; communications with Frost; investment buyout | |
| 42. | Purav Asher | SEC 1 hour | 0.5 hours | Investor in Fund II; materiality of communications with FDC regarding FDC's finances and incubator fees charged | |
| 43. | Christopher Buckstein | SEC 1 hour | 0.5 hours | Investor in Fund II; materiality of communications FDC's finances, Frost's salary, and incubator fees | |
| 44. | Gordon Clemons | SEC 1 hour | 0.5 hours | Fund II investor; communications with Frost; materiality of FDC's finances, Frost's salary, incubator fees, Frost's move to Italy | |
| 45. | William Davidson | SEC 1 hour | 0.5 hours | Fund II investor and former FDC member; communications with FMC regarding purchase of Kramers' interests | |

Case No. 8:19-cv-01559-JLS-JDE

| 46. | Scott Kavanaugh | SEC 1 hour | 0.5 hours | Fund II investor; communications with Frost regarding Frost's move to Italy, materiality of incubator fees | |
| 47. | John Kensey | SEC 1 hour | 0.5 hours | Seed Fund and Fund II investor; communciations with Frost regarding Fund fees and expenses, materiality of incubator fees, Frost's move to Italy | |
| 48. | Darell Krasnoff | SEC 1 hour | 0.5 hours | Fund II investor; materiality of incubator fees | |
| 49. | Alan Weiner | SEC 1 hour | 0.5 hours | Seed Fund investor; materiality of incubator fees | |
| 50. | Erik Sisel | SEC 2 hours | 0.5 housr | DST investment | |
| 51. | Douglas Flemming* | SEC | | DST investment | |
| 52. | Kyle Mallot* | SEC | | DST investment | |
| 53. | Frost, Stuart | Defs.; 12.0 hours | 6 hours | Frost Management Company, LLC ("FMC"), Frost Data Capital ("FDC"), and | |

|  |  |  |  | Fund Operations |  |
|---|---|---|---|---|---|
| 54. | Guerry, Bill | Defs.; 6.0 hours | 3 hours | FMC, FDC, and Fund operations and financials; Investment Committee meetings for Seed Fund, Fund II, and Fund III from perspective of participant in meetings as recording secretary |  |
| 55. | Patel, Shital | Defs.; 1.0 hour | 0.5 hours | FMC, FDC, and Fund operations and financials dating back to before Bill Guerry joined FDC; Frost's prior business exits and Frost's present business; Frost's personal investments into the Frost entities; incubator fee disclosures |  |
| 56. | Thiessen, Mark | Defs.; 2.0 hours | 1.0 hour | Seed Fund Investment Committee; FDC's services to portfolio company Cirro, Inc. |  |

Case No. 8:19-cv-01559-JLS-JDE

| 57. | McConnell, Kellan | Defs.; 0.75 hour | 0.50 hours | Audit of Fund financials | |
| 58. | Rapattoni, Steve* | Defs.; 0.75 hour | 0.50 hours | Audit of Fund financials | |
| 59. | Dauchy, Craig* | Defs.; 0.5 hour | 0.5 hours | Drafting of Fund agreements and documents | |
| 60. | Siers, Robyn | Defs.; 0.5 hour | 0.5 hours | Drafting of Fund agreements and documents | |
| 61. | Morrow, Bill* | Defs.; 0.5 hour | 0.5 hours | Drafting of Fund agreements and documents | |
| 62. | Ozden, Babur | Defs.; 3.0 hours | 1.0 hour | Services received by portfolio company Maana from FDC | |
| 63. | Vasquez, Luis | Defs.; 1.0 hour | 1.0 hour | Investor services and disclosures to investors | |
| 64. | Suren, Anil | Defs.; 1.0 hour | 0.5 hours | FDC's lean startup methodology and services provided to portfolio companies | |
| 65. | Goldschmidt, Oren | Defs.; 1.0 hour | 1.0 hour | FDC's product and technology strategy and services from around late 2013 through late 2015; FDC's | |

Case No. 8:19-cv-01559-JLS-JDE

|  |  |  |  | prospective partnerships and partnership for large scale innovation |  |
|---|---|---|---|---|---|
| 66. | Salch, David | Defs.; 1.0 hour | 1.0 hour | FDC's technology services; Seed Fund Investment Committee; FDC's services to portfolio company, Cirro, Inc. |  |
| 67. | Shackleton, David | Defs.; 1.0 hour | 0.5 hours | Launch of FDC and FDC's technology services starting in 2011 |  |
| 68. | Howcroft, Anthony | Defs.; 1.0 hour | 1.0 hour | FDC's and Snow Data Capital's marketing services to portfolio companies; FDC's services provided to SWARM Engineering |  |
| 69. | Currie, Cliff | Defs.; 1.0 hour | 1.0 hour | FDC's business development services up through around April 2015 |  |
| 70. | Sawyer, Dean | Defs.; 1.0 hour | 0.5 hours | FDC's ideation services related to digital health startups; FDC's services |  |

10                                    Case No. 8:19-cv-01559-JLS-JDE

| | | | | |
|---|---|---|---|---|
| | | | | provided to portfolio company, Sentrian, Inc. |
| 71. | Jordan, Kerry | Defs.; 3.0 hours | 1.5 hours | Expert re disclosures and related practices |
| 72. | Ackerman, Andrew | Defs.; 3.0 hours | 1.5 hours | Expert re incubator fees and structural models |
| 73. | Burke, John | Defs.; 1.0 hour | 0.5 hours | FDC's services to portfolio companies OspreyData and Ubix |
| 74. | Clark, Suzie | Defs.; 3.0 hours | 1.0 hours | FDC's business development services including in relation to GE from around May 2014 forward |
| 75. | Ruh, William | Defs.; 3.0 hours | 1.0 hour | GE's investments, GE Ventures MOU with FDC, and potential sidecar fund |
| 76. | Bartlett, David | Defs.; 1.0 hours | 0.5 hours | GE Current's relationship with FDC |
| 77. | May, Brett | Defs.; 1.0 hour | 0.5 hours | GE's investments and GE Digital relationship with FDC |
| 78. | Cates, Samuel | Defs.; 1.0 hour | 0.5 hours | GE's investments and GE Ventures's |

| | | | | | |
|---|---|---|---|---|---|
| | | | | relationship with FDC | |
| 79. | Schuman, Jerry | Defs.; 2.0 hours | 0.75 hours | FDC's services to portfolio company, PingThings, Inc.; Frost's present business | |
| 80. | Frost, Julie | Defs.; 0.5 hour | 1.0 hour | Frost's sale of personal assets | |

Respectfully submitted,

Dated:  November 19, 2021

/s/ *Donald W. Searles*
Donald W. Searles
Douglas M. Miller
Charles E. Canter
Attorneys for Plaintiff
Securities and Exchange Commission

/s/ *Marc Scheider*
Marc J. Schneider
Jason de Bretteville
Kathleen M. Marcus
Lisa M. Northrup
Sean T. Lobb
Stradling Yocca Carlson & Rauth, A
Professional Corporation
Attorneys for Defendant Stuart Frost

/s/ *Andrew C. Callari*
Andrew C. Callari
Callari and Summers
Attorneys for Defendant Frost
Management Company, LLC

# **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

> U.S. SECURITIES AND EXCHANGE COMMISSION,
> 444 S. Flower Street, Suite 900, Los Angeles, California 90071
> Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On November 19, 2021, I caused to be served the document entitled **JOINT WITNESS LIST** on all the parties to this action addressed as stated on the attached service list:

☐    **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐    **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐    **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐    **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐    **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐    **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒    **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐    **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.


Date:  November 19, 2021                    */s/ Donald W. Searles*
                                                              Donald W. Searles

*SEC v. Stuart Frost, et al.*
**United States District Court—Central District of California**
**Case No. 8:19-cv-01559-JLS-JDE**

## <u>SERVICE LIST</u>

MARC J. SCHNEIDER
Email:  mschneider@stradlinglaw.com
JASON DE BRETTEVILLE
Email:  jdebretteville@stradlinglaw.com
KATHLEEN M. MARCUS
Email:  kmarcus@stradlinglaw.com
LISA M. NORTHRUP
Email:  lnorthrup@stradlinglaw.com
SEAN T. LOBB
Email:  stlobb@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH A PROFESSIONAL CORPORATION
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
***Attorneys for Defendant STUART FROST***

ANDREW C. CALLARI
Email:  ac@callarisummers.com
34197 Pacific Coast Highway, Suite 100
Dana Point, CA 92629
***Attorney for Defendant FROST MANAGEMENT COMPANY, LLC***