DONALD W. SEARLES (Cal. Bar No. 135705)
Email: searlesd@sec.gov
DOUGLAS M. MILLER (Cal. Bar No. 240398)
Email: millerdou@sec.gov
CHARLES E. CANTER (Cal. Bar No. 263197)
Email: canterc@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka N. Patel, Associate Regional Counsel
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Southern Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>STUART FROST AND FROST MANAGEMENT COMPANY, LLC,<br><br>Defendants. | Case No. 8:19-cv-01559-JLS-JDE<br><br>**JOINT PROPOSED SPECIAL VERDICT FORMS**<br><br>Final Pre-Trial Conference Date: January 28, 2022<br><br>Time: 10:30 a.m.<br><br>Courtroom: 10A, 10th Floor<br><br>Judge. Hon. Josephine L. Staton |

1        Plaintiff Securities and Exchange Commission respectfully submits the

2  attached proposed Special Verdict Form.

# __VERDICT FORM__

Please answer each of the following questions "yes" or "no":

### __Question No. 1__

Did Defendant Stuart Frost violate Section 206(1) of the Investment Advisers Act of 1940?

Yes: ___

No: ___

### __Question No. 2__

Did Defendant Frost Management Company, LLC violate Section 206(1) of the Investment Advisers Act of 1940?

Yes: ___

No: ___

### __Question No. 3__

Did Defendant Stuart Frost violate Section 206(2) of the Investment Advisers Act of 1940?

Yes: ___

No: ___

### __Question No. 4__

Did Defendant Frost Management Company, LLC violate Section 206(2) of the Investment Advisers Act of 1940?

Yes: ___

No: ___

### __Question No. 5__

Did Defendant Stuart Frost violate Section 206(4) of the Investment Advisers Act of 1940 and Rule 206(4)-8 thereunder?

Yes: ___

No: ___

**Question No. 6**

Did Defendant Frost Management Company, LLC violate Section 206(4) of the Investment Advisers Act of 1940 and Rule 206(4)-8 thereunder?

Yes: ____

No: ____

The jury reached the above answers unanimously.

Date: _____, 2022                         _____
                                             Foreperson of the Jury

1    Defendants Frost Management Company, LLC and Stuart Frost respectfully

2   submit the attached proposed Special Verdict Form.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CLAIM ONE – INVESTMENT ADVISER FRAUD UNDER SECTIONS 206(1) AND 206(2) OF THE INVESTMENT ADVISERS ACT

The SEC alleges that Defendants Frost Management Company, LLC and Stuart Frost failed to disclose to the Funds, including the **Seed Fund, International Seed Fund, International Feeder Fund, Fund II**, and **Fund III** the following facts:

(A) that the portfolio companies in which they invested would be charged incubator fees (only alleged as to the **Seed Fund**, **International Seed Fund**, and **International Feeder Fund**);

(B) that the portfolio companies would be charged flat-rate incubator fees as opposed to incubator fees charged on a case-by-case basis, or at or below market rates;

(C) the amount of incubator fees actually charged to the portfolio companies in quarterly status reports provided to the Funds' investors;

(D) the existence or the amount of incubator fees actually charged to the portfolio companies to the Funds' advisory committees;

(E) that Frost created some of the new portfolio companies for the principal purpose of generating additional incubator fees to cover Frost Data Capital's overhead and Stuart Frost's extravagant personal expenses;

(F) that Frost Management Company, LLC charged the portfolio companies in which the Funds invested over $14 million in excessive incubator fees;

(G) the Funds were collectively charged management fees of $402,875 (only alleged as to the **Seed Fund** and **International Seed Fund**); and

(H) the Fund was charged over $1.7 million in management fees that should have been offset by the excessive incubator fees charged (only alleged as to **Fund II**).

## **SEED FUND**

1.      Did the SEC prove that the **Seed Fund** was <u>not</u> aware of any of the allegedly omitted facts in statements (A) – (G) as set forth above?  *Mark an "X" in the box if the SEC proved that fact was not known to the Seed Fund; otherwise leave blank.*

| | |
|---|---|
| **A** | |
| **B** | |
| **C** | |
| **D** | |
| **E** | |
| **F** | |
| **G** | |

*If you did <u>not</u> mark at least one "X" in response to Question 1, then skip to Question 4.  If you marked at least one "X" in response to question 1, then continue to Question 2.*

**Frost Management Company**

2.      **Column #1**:  Did the SEC prove that: (i) **Frost Management Company, LLC** made any of the alleged false and misleading statements or omissions of material fact to the **Seed Fund**; (ii) the allegedly misstated or omitted fact was false or misleading; and (iii) the allegedly misstated or omitted fact was material?  *If the answer is yes to all three of these questions, then mark an "X" in the box next to the corresponding statement (i.e. A through G); otherwise leave blank.*

       **Column #2**:  Did the SEC prove that **Frost Management Company, LLC** acted with at least negligence when it made any alleged false and misleading statements or omissions of material fact to the **Seed Fund**?  *If the answer is yes, then mark an "X" in the box next to the corresponding statement; otherwise leave blank.*

       **Column #3**: Did the SEC prove that **Frost Management Company, LLC** acted with knowing or reckless conduct when it made any alleged false and misleading statements or omissions of material fact to the to the **Seed Fund**?  *If the answer is yes, then mark an "X" in the box next to the corresponding statement; otherwise leave blank.*

|   | #1 FMC statement or omission? | # 2 Negligence? | # 3 Knowing or Reckless Conduct? |
|---|---|---|---|
| A |   |   |   |
| B |   |   |   |
| C |   |   |   |
| D |   |   |   |
| E |   |   |   |
| F |   |   |   |
| G |   |   |   |

**Stuart Frost**

3.      **Column #1**:  Did the SEC prove that: (i) **Stuart Frost** made any of the alleged false and misleading statements or omissions of material fact to the **Seed Fund**; (ii) the allegedly misstated or omitted fact was false or misleading; and (iii) the allegedly misstated or omitted fact was material?  *If the answer is yes to all three of these questions, then mark an "X" in the box next to the corresponding statement (i.e. A through G); otherwise leave blank.*

        **Column #2**:  Did the SEC prove that **Stuart Frost** acted with at least negligence when it made any alleged false and misleading statements or omissions of material fact to the **Seed Fund**?  *If the answer is yes, then mark an "X" in the box next to the corresponding statement; otherwise leave blank.*

        **Column #3**: Did the SEC prove that **Stuart Frost** acted with knowing or reckless conduct when it made any alleged false and misleading statements or omissions of material fact to the **Seed Fund**?  *If the answer is yes, then mark an "X" in the box next to the corresponding statement; otherwise leave blank.*

| | #1 Frost statement or omission? | # 2 Negligence? | # 3 Knowing or Reckless Conduct? |
|---|---|---|---|
| **A** | | | |
| **B** | | | |
| **C** | | | |
| **D** | | | |
| **E** | | | |
| **F** | | | |
| **G** | | | |

# INTERNATIONAL SEED FUND

4.      Did the SEC prove that the **International Seed Fund** was <u>not</u> aware of any of the allegedly omitted facts in statements (A) – (G) as set forth above?  *Mark an "X" in the box if the SEC proved that fact was not known to the International Seed Fund; otherwise leave blank.*

| | |
|---|---|
| **A** | |
| **B** | |
| **C** | |
| **D** | |
| **E** | |
| **F** | |
| **G** | |

*If you did <u>not</u> mark at least one "X" in response to Question 4, then skip to Question 7.  If you marked at least one "X" in response to Question 4, then continue to Question 5.*

Case No. 8:19-cv-01559-JLS-JDE

### Frost Management Company

5.      **Column #1**:  Did the SEC prove that: (i) **Frost Management Company, LLC** made any of the alleged false and misleading statements or omissions of material fact to the **International Seed Fund**; (ii) the allegedly misstated or omitted fact was false or misleading; and (iii) the allegedly misstated or omitted fact was material?  *If the answer is yes to all three of these questions, then mark an "X" in the box next to the corresponding statement (i.e. A through G); otherwise leave blank.*

   **Column #2**:  Did the SEC prove that **Frost Management Company, LLC** acted with at least negligence when it made any alleged false and misleading statements or omissions of material fact to the **International Seed Fund**?  *If the answer is yes, then mark an "X" in the box next to the corresponding statement; otherwise leave blank.*

   **Column #3**: Did the SEC prove that **Frost Management Company, LLC** acted with knowing or reckless conduct when it made any alleged false and misleading statements or omissions of material fact to the **International Seed Fund**? *If the answer is yes, then mark an "X" in the box next to the corresponding statement; otherwise leave blank.*

|   | #1 FMC statement or omission? | # 2 Negligence? | # 3 Knowing or Reckless Conduct? |
|---|---|---|---|
| **A** |  |  |  |
| **B** |  |  |  |
| **C** |  |  |  |
| **D** |  |  |  |
| **E** |  |  |  |
| **F** |  |  |  |
| **G** |  |  |  |

**Stuart Frost**

6.    **Column #1**:  Did the SEC prove that: (i) **Stuart Frost** made any of the alleged false and misleading statements or omissions of material fact to the **International Seed Fund**; (ii) the allegedly misstated or omitted fact was false or misleading; and (iii) the allegedly misstated or omitted fact was material?  *If the answer is yes to all three of these questions, then mark an "X" in the box next to the corresponding statement (i.e. A through G); otherwise leave blank.*

    **Column #2**:  Did the SEC prove that **Stuart Frost** acted with at least negligence when it made any alleged false and misleading statements or omissions of material fact to the **International Seed Fund**?  *If the answer is yes, then mark an "X" in the box next to the corresponding statement; otherwise leave blank.*

    **Column #3**: Did the SEC prove that **Stuart Frost** acted with knowing or reckless conduct when it made any alleged false and misleading statements or omissions of material fact to the **International Seed Fund**?  *If the answer is yes, then mark an "X" in the box next to the corresponding statement; otherwise leave blank.*

|   | #1 Frost statement or omission? | # 2 Negligence? | # 3 Knowing or Reckless Conduct? |
|---|---|---|---|
| A |   |   |   |
| B |   |   |   |
| C |   |   |   |
| D |   |   |   |
| E |   |   |   |
| F |   |   |   |
| G |   |   |   |

# INTERNATIONAL FEEDER FUND

7.      Did the SEC prove that the **International Feeder Fund** was <u>not</u> aware of any of the allegedly omitted facts in statements (A) – (F) as set forth above?  *Mark an "X" in the box if the SEC proved that fact was not known to the International Feeder Fund; otherwise leave blank.*

| | |
|---|---|
| **A** | |
| **B** | |
| **C** | |
| **D** | |
| **E** | |
| **F** | |

*If you did <u>not</u> mark at least one "X" in response to Question 7, then skip to Question 10.  If you marked at least one "X" in response to Question 7, then continue to Question 8.*

Case No. 8:19-cv-01559-JLS-JDE

**Frost Management Company**

8.      **Column #1**:  Did the SEC prove that: (i) **Frost Management Company, LLC** made any of the alleged false and misleading statements or omissions of material fact to the **International Feeder Fund**; (ii) the allegedly misstated or omitted fact was false or misleading; and (iii) the allegedly misstated or omitted fact was material?  *If the answer is yes to all three of these questions, then mark an "X" in the box next to the corresponding statement (i.e. A through F); otherwise leave blank.*

      **Column #2**:  Did the SEC prove that **Frost Management Company, LLC** acted with at least negligence when it made any alleged false and misleading statements or omissions of material fact to the **International Feeder Fund**?  *If the answer is yes, then mark an "X" in the box next to the corresponding statement; otherwise leave blank.*

      **Column #3**: Did the SEC prove that **Frost Management Company, LLC** acted with knowing or reckless conduct when it made any alleged false and misleading statements or omissions of material fact to the **International Feeder Fund**?  *If the answer is yes, then mark an "X" in the box next to the corresponding statement; otherwise leave blank.*

|   | #1 FMC statement or omission? | # 2 Negligence? | # 3 Knowing or Reckless Conduct? |
|---|---|---|---|
| **A** | | | |
| **B** | | | |
| **C** | | | |
| **D** | | | |
| **E** | | | |
| **F** | | | |

Case No. 8:19-cv-01559-JLS-JDE

## Stuart Frost

9.      **Column #1**:  Did the SEC prove that: (i) **Stuart Frost** made any of the alleged false and misleading statements or omissions of material fact to the **International Feeder Fund**; (ii) the allegedly misstated or omitted fact was false or misleading; and (iii) the allegedly misstated or omitted fact was material?  *If the answer is yes to all three of these questions, then mark an "X" in the box next to the corresponding statement (i.e. A through F); otherwise leave blank.*

        **Column #2**:  Did the SEC prove that **Stuart Frost** acted with at least negligence when it made any alleged false and misleading statements or omissions of material fact to the **International Feeder Fund**?  *If the answer is yes, then mark an "X" in the box next to the corresponding statement; otherwise leave blank.*

        **Column #3**: Did the SEC prove that **Stuart Frost** acted with knowing or reckless conduct when it made any alleged false and misleading statements or omissions of material fact to the **International Feeder Fund**?  *If the answer is yes, then mark an "X" in the box next to the corresponding statement; otherwise leave blank.*

|   | #1 Frost statement or omission? | # 2 Negligence? | # 3 Knowing or Reckless Conduct? |
|---|---|---|---|
| **A** | | | |
| **B** | | | |
| **C** | | | |
| **D** | | | |
| **E** | | | |
| **F** | | | |

### FUND II

10.     Did the SEC prove that **Fund II** was <u>not</u> aware of any of the allegedly omitted facts in statements (B) – (F) and (H) as set forth above?  *Mark an "X" in the box if the SEC proved that fact was not known to Fund II; otherwise leave blank.*

| | |
|---|---|
| **B** | |
| **C** | |
| **D** | |
| **E** | |
| **F** | |
| **H** | |

*If you did <u>not</u> mark at least one "X" in response to Question 10, then skip to Question 13.  If you marked at least one "X" in response to Question 10, then continue to Question 11.*

Case No. 8:19-cv-01559-JLS-JDE

**Frost Management Company**

11.    **Column #1**:  Did the SEC prove that: (i) **Frost Management Company, LLC** made any of the alleged false and misleading statements or omissions of material fact to **Fund II**; (ii) the allegedly misstated or omitted fact was false or misleading; and (iii) the allegedly misstated or omitted fact was material?  *If the answer is yes to all three of these questions, then mark an "X" in the box next to the corresponding statement (i.e. B through F and H); otherwise leave blank.*

**Column #2**:  Did the SEC prove that **Frost Management Company, LLC** acted with at least negligence when it made any alleged false and misleading statements or omissions of material fact to **Fund II**?  *If the answer is yes, then mark an "X" in the box next to the corresponding statement; otherwise leave blank.*

**Column #3**: Did the SEC prove that **Frost Management Company, LLC** acted with knowing or reckless conduct when it made any alleged false and misleading statements or omissions of material fact to **Fund II**?  *If the answer is yes, then mark an "X" in the box next to the corresponding statement; otherwise leave blank.*

|   | #1 FMC statement or omission? | # 2 Negligence? | # 3 Knowing or Reckless Conduct? |
|---|---|---|---|
| **B** | | | |
| **C** | | | |
| **D** | | | |
| **E** | | | |
| **F** | | | |
| **H** | | | |

**Stuart Frost**

12.     **Column #1**:  Did the SEC prove that: (i) **Stuart Frost** made any of the alleged false and misleading statements or omissions of material fact to **Fund II**; (ii) the allegedly misstated or omitted fact was false or misleading; and (iii) the allegedly misstated or omitted fact was material?  *If the answer is yes to all three of these questions, then mark an "X" in the box next to the corresponding statement (i.e. B through F and H); otherwise leave blank.*

        **Column #2**:  Did the SEC prove that **Stuart Frost** acted with at least negligence when it made any alleged false and misleading statements or omissions of material fact to **Fund II**?  *If the answer is yes, then mark an "X" in the box next to the corresponding statement; otherwise leave blank.*

        **Column #3**: Did the SEC prove that **Stuart Frost** acted with knowing or reckless conduct when it made any alleged false and misleading statements or omissions of material fact to **Fund II**?  *If the answer is yes, then mark an "X" in the box next to the corresponding statement; otherwise leave blank.*

|   | #1 Frost statement or omission? | # 2 Negligence? | # 3 Knowing or Reckless Conduct? |
|---|---|---|---|
| B |   |   |   |
| C |   |   |   |
| D |   |   |   |
| E |   |   |   |
| F |   |   |   |
| H |   |   |   |

Case No. 8:19-cv-01559-JLS-JDE

## **FUND III**

13.     Did the SEC prove that **Fund III** was <u>not</u> aware of any of the allegedly omitted facts in statements (B) – (F) as set forth above?  *Mark an "X" in the box if the SEC proved that fact was not known to Fund III; otherwise leave blank.*

| | |
|---|---|
| **B** | |
| **C** | |
| **D** | |
| **E** | |
| **F** | |

*If you did <u>not</u> mark at least one "X" in response to Question 13, then skip to Question 16.  If you marked at least one "X" in response to Question 13, then continue to Question 14.*

### Frost Management Company

14.    **Column #1**:  Did the SEC prove that: (i) **Frost Management Company, LLC** made any of the alleged false and misleading statements or omissions of material fact to **Fund III**; (ii) the allegedly misstated or omitted fact was false or misleading; and (iii) the allegedly misstated or omitted fact was material?  *If the answer is yes to all three of these questions, then mark an "X" in the box next to the corresponding statement (i.e. B  through F); otherwise leave blank.*

     **Column #2**:  Did the SEC prove that **Frost Management Company, LLC** acted with at least negligence when it made any alleged false and misleading statements or omissions of material fact to **Fund III**?  *If the answer is yes, then mark an "X" in the box next to the corresponding statement; otherwise leave blank.*

     **Column #3**: Did the SEC prove that **Frost Management Company, LLC** acted with knowing or reckless conduct when it made any alleged false and misleading statements or omissions of material fact to the to **Fund III**?  *If the answer is yes, then mark an "X" in the box next to the corresponding statement; otherwise leave blank.*

|   | #1 FMC statement or omission? | # 2 Negligence? | # 3 Knowing or Reckless Conduct? |
|---|---|---|---|
| **B** | | | |
| **C** | | | |
| **D** | | | |
| **E** | | | |
| **F** | | | |

**Stuart Frost**

15.    **Column #1**:  Did the SEC prove that: (i) **Frost Management Company, LLC** made any of the alleged false and misleading statements or omissions of material fact to **Fund III**; (ii) the allegedly misstated or omitted fact was false or misleading; and (iii) the allegedly misstated or omitted fact was material?  *If the answer is yes to all three of these questions, then mark an "X" in the box next to the corresponding statement (i.e. B  through F); otherwise leave blank.*

       **Column #2**:  Did the SEC prove that **Stuart Frost** acted with at least negligence when it made any alleged false and misleading statements or omissions of material fact to **Fund III**?  *If the answer is yes, then mark an "X" in the box next to the corresponding statement; otherwise leave blank.*

       **Column #3**: Did the SEC prove that **Stuart Frost** acted with knowing or reckless conduct when it made any alleged false and misleading statements or omissions of material fact to **Fund III**?  *If the answer is yes, then mark an "X" in the box next to the corresponding statement; otherwise leave blank.*

|   | #1 Frost statement or omission? | # 2 Negligence? | # 3 Knowing or Reckless Conduct? |
|---|---|---|---|
| **B** | | | |
| **C** | | | |
| **D** | | | |
| **E** | | | |
| **F** | | | |

## CLAIM TWO – INVESTMENT ADVISER FRAUD UNDER SECTION 206(4) OF THE INVESTMENT ADVISERS ACT

The SEC alleges that Frost Management Company, LLC and Stuart Frost made an untrue statement of fact or omitted a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading to any prospective investors or investors in the Funds concerning:

(I) the existence of and/or amount of incubator fees and management fees;

(J) the portfolio companies were charged excessive and/or improper incubator and the Funds were charged excessive and/or improper management fees; and

(K) new portfolio companies were started to generate additional incubator fees to cover Frost Data Capital's overhead and Stuart Frost's personal expenses

## SEED FUND

### Frost Management Company, LLC

16.     **Column #1:** Did the SEC prove that: (i) **Frost Management Company, LLC** made any untrue statement of fact or omitted a fact necessary to make the statements made, in the light of the circumstances under which they were made, not misleading, to any investor or prospective investor in the **Seed Fund**; and (ii) the allegedly misstated or omitted fact was material?  *If the answer is yes to both of these questions, then mark an "X" in the corresponding box; otherwise leave blank.*

**Column #2**:  Did the SEC prove that **Frost Management Company, LLC** acted with negligence when it made any alleged untrue statement of material fact or omission to any investor or prospective investor in the **Seed Fund**?  *If the answer is yes, then mark an "X" in the corresponding box; otherwise leave blank.*

|   | # 1 FMC statement? | # 2 Negligence? |
|---|---|---|
| I |  |  |
| J |  |  |
| K |  |  |

**Stuart Frost**

17.    **Column #1:**  Did the SEC prove that: (i) **Stuart Frost** made any untrue statement of fact or omitted a fact necessary to make the statements made, in the light of the circumstances under which they were made, not misleading, to any investor or prospective investor in the **Seed Fund**; and (ii) the allegedly misstated or omitted fact was material?  *If the answer is yes to both of these questions, then mark an "X" in the corresponding box; otherwise leave blank*

    **Column #2**:  Did the SEC prove that **Stuart Frost** acted with negligence when it made any alleged untrue statement of material fact or omission to any investor or prospective investor in the **Seed Fund**?  *If the answer is yes, then mark an "X" in the corresponding box; otherwise leave blank.*

|   | # 1 Frost statement? | # 2 Negligence? |
|---|---|---|
| **I** | | |
| **J** | | |
| **K** | | |

# INTERNATIONAL SEED FUND

## Frost Management Company, LLC

18.     **Column #1:**  Did the SEC prove that: (i) **Frost Management Company, LLC** made any untrue statement of fact or omitted a fact necessary to make the statements made, in the light of the circumstances under which they were made, not misleading, to any investor or prospective investor in the **International Seed Fund**; and (ii) the allegedly misstated or omitted fact was material?  *If the answer is yes to both of these questions, then mark an "X" in the corresponding box; otherwise leave blank.*

   **Column #2**:  Did the SEC prove that **Frost Management Company, LLC** acted with negligence when it made any alleged untrue statement of material fact or omission to any investor or prospective investor in the **International Seed Fund**?  *If the answer is yes, then mark an "X" in the corresponding box; otherwise leave blank.*

|   | # 1 FMC statement? | # 2 Negligence? |
|---|---|---|
| **I** | | |
| **J** | | |
| **K** | | |

### Stuart Frost

19.    **Column #1:**  Did the SEC prove that: (i) **Stuart Frost** made any untrue statement of fact or omitted a fact necessary to make the statements made, in the light of the circumstances under which they were made, not misleading, to any investor or prospective investor in the **International Seed Fund**; and (ii) the allegedly misstated or omitted fact was material?  *If the answer is yes to both of these questions, then mark an "X" in the corresponding box; otherwise leave blank*

   **Column #2**:  Did the SEC prove that **Stuart Frost** acted with negligence when it made any alleged untrue statement of material fact or omission to any investor or prospective investor in the **International Seed Fund**?  *If the answer is yes, then mark an "X" in the corresponding box; otherwise leave blank.*

|   | # 1 Frost statement? | # 2 Negligence? |
|---|---|---|
| **I** |  |  |
| **J** |  |  |
| **K** |  |  |

# INTERNATIONAL FEEDER FUND

## Frost Management Company, LLC

20.     **Column #1:**  Did the SEC prove that: (i) **Frost Management Company, LLC** made any untrue statement of fact or omitted a fact necessary to make the statements made, in the light of the circumstances under which they were made, not misleading, to any investor or prospective investor in the **International Feeder Fund**; and (ii) the allegedly misstated or omitted fact was material?  *If the answer is yes to both of these questions, then mark an "X" in the corresponding box; otherwise leave blank.*

     **Column #2**:  Did the SEC prove that **Frost Management Company, LLC** acted with negligence when it made any alleged untrue statement of material fact or omission to any investor or prospective investor in the **International Feeder Fund**? *If the answer is yes, then mark an "X" in the corresponding box; otherwise leave blank.*

|   | # 1 FMC statement? | # 2 Negligence? |
|---|---|---|
| **I** | | |
| **J** | | |
| **K** | | |

### Stuart Frost

21.    **Column #1:**  Did the SEC prove that: (i) **Stuart Frost** made any untrue statement of fact or omitted a fact necessary to make the statements made, in the light of the circumstances under which they were made, not misleading, to any investor or prospective investor in the **International Feeder Fund**; and (ii) the allegedly misstated or omitted fact was material?  *If the answer is yes to both of these questions, then mark an "X" in the corresponding box; otherwise leave blank.*

Column #2:  Did the SEC prove that **Stuart Frost** acted with negligence when it made any alleged untrue statement of material fact or omission to any investor or prospective investor in the **International Feeder Fund**?  *If the answer is yes, then mark an "X" in the corresponding box; otherwise leave blank.*

|   | # 1 Frost statement? | # 2 Negligence? |
|---|---|---|
| **I** | | |
| **J** | | |
| **K** | | |

1

2

## FUND II

## Frost Management Company, LLC

22.    **Column #1:**  Did the SEC prove that: (i) **Frost Management Company, LLC**
made any untrue statement of fact or omitted a fact necessary to make the statements
made, in the light of the circumstances under which they were made, not misleading,
to any investor or prospective investor in **Fund II**; and (ii) the allegedly misstated or
omitted fact was material?  *If the answer is yes to both of these questions, then mark
an "X" in the corresponding box; otherwise leave blank.*

        **Column #2**:  Did the SEC prove that **Frost Management Company, LLC**
acted with negligence when it made any alleged untrue statement of material fact or
omission to any investor or prospective investor in **Fund II**?  *If the answer is yes,
then mark an "X" in the corresponding box; otherwise leave blank.*

|   | # 1 FMC statement? | # 2 Negligence? |
|---|---|---|
| **I** | | |
| **J** | | |
| **K** | | |

**Stuart Frost**

23.     **Column #1:**  Did the SEC prove that: (i) **Stuart Frost** made any untrue statement of fact or omitted a fact necessary to make the statements made, in the light of the circumstances under which they were made, not misleading, to any investor or prospective investor in **Fund II**; and (ii) the allegedly misstated or omitted fact was material?  *If the answer is yes to both of these questions, then mark an "X" in the corresponding box; otherwise leave blank*

**Column #2**:  Did the SEC prove that **Stuart Frost** acted with negligence when it made any alleged untrue statement of material fact or omission to any investor or prospective investor in **Fund II**?  *If the answer is yes, then mark an "X" in the corresponding box; otherwise leave blank.*

|   | # 1 Frost statement? | # 2 Negligence? |
|---|---|---|
| **I** | | |
| **J** | | |
| **K** | | |

# FUND III

## Frost Management Company, LLC

24.     **Column #1:**  Did the SEC prove that: (i) **Frost Management Company, LLC** made any untrue statement of fact or omitted a fact necessary to make the statements made, in the light of the circumstances under which they were made, not misleading, to any investor or prospective investor in **Fund III**; and (ii) the allegedly misstated or omitted fact was material?  *If the answer is yes to both of these questions, then mark an "X" in the corresponding box; otherwise leave blank.*

        **Column #2**:  Did the SEC prove that **Frost Management Company, LLC** acted with negligence when it made any alleged untrue statement of material fact or omission to any investor or prospective investor in **Fund III**?  *If the answer is yes, then mark an "X" in the corresponding box; otherwise leave blank.*

|   | # 1 FMC statement? | # 2 Negligence? |
|---|---|---|
| **I** |   |   |
| **J** |   |   |
| **K** |   |   |

**<u>Stuart Frost</u>**

25.     **Column #1:**  Did the SEC prove that: (i) **Stuart Frost** made any untrue statement of fact or omitted a fact necessary to make the statements made, in the light of the circumstances under which they were made, not misleading, to any investor or prospective investor in **Fund III**; and (ii) the allegedly misstated or omitted fact was material?  *If the answer is yes to both of these questions, then mark an "X" in the corresponding box; otherwise leave blank*

        **Column #2**:  Did the SEC prove that **Stuart Frost** acted with negligence when it made any alleged untrue statement of material fact or omission to any investor or prospective investor in **Fund III**?  *If the answer is yes, then mark an "X" in the corresponding box; otherwise leave blank.*

|   | # 1 Frost statement? | # 2 Negligence? |
|---|---|---|
| **I** | | |
| **J** | | |
| **K** | | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

Dated:  November 19, 2021

/s/ *Donald W. Searles*
Donald W. Searles
Douglas M. Miller
Charles E. Canter
Attorneys for Plaintiff
Securities and Exchange Commission

/s/ *Marc Scheider*
Marc J. Schneider
Jason de Bretteville
Kathleen M. Marcus
Lisa M. Northrup
Sean T. Lobb
Stradling Yocca Carlson & Rauth, A
Professional Corporation
Attorneys for Defendant Stuart Frost

/s/ *Andrew C. Callari*
Andrew C. Callari
Callari and Summers
Attorneys for Defendant Frost
Management Company, LLC

## PROOF OF SERVICE

I am over the age of 18 years and not a party to this action.  My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On November 19, 2021, I caused to be served the document entitled **JOINT PROPOSED SPECIAL VERDICT FORMS** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  November 19, 2021

*/s/ Donald W. Searles*
Donald W. Searles

*SEC v. Stuart Frost, et al.*
**United States District Court—Central District of California**
**Case No. 8:19-cv-01559-JLS-JDE**

## SERVICE LIST

MARC J. SCHNEIDER
Email:  mschneider@stradlinglaw.com
JASON DE BRETTEVILLE
Email:  jdebretteville@stradlinglaw.com
KATHLEEN M. MARCUS
Email:  kmarcus@stradlinglaw.com
LISA M. NORTHRUP
Email:  lnorthrup@stradlinglaw.com
SEAN T. LOBB
Email:  stlobb@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH A PROFESSIONAL CORPORATION
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
*Attorneys for Defendant STUART FROST*


ANDREW C. CALLARI
Email:  ac@callarisummers.com
34197 Pacific Coast Highway, Suite 100
Dana Point, CA 92629
*Attorney for Defendant FROST MANAGEMENT COMPANY, LLC*