MARC J. SCHNEIDER, State Bar No. 214609
  mschneider@stradlinglaw.com
JASON DE BRETTEVILLE, State Bar No. 195069
  jdebretteville@stradlinglaw.com
KATHLEEN M. MARCUS, State Bar No. 199857
  kmarcus@stradlinglaw.com
LISA M. NORTHRUP, State Bar No. 293784
  lnorthrup@stradlinglaw.com
SEAN T. LOBB, State Bar No. 324213
  stlobb@stradlinglaw.com

STRADLING YOCCA CARLSON & RAUTH
A PROFESSIONAL CORPORATION
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

Attorneys for Defendant
STUART FROST

ANDREW C. CALLARI, State Bar No. 159003
  ac@callarisummers.com
CALLARI & SUMMERS
34197 Pacific Coast Highway, Suite 100
Dana Point, CA 92629
Telephone: (714) 371-4110
Facsimile: (714) 882-7915

Attorney for Defendant
FROST MANAGEMENT COMPANY, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>vs.<br><br>STUART FROST and FROST MANAGEMENT COMPANY, LLC,<br><br>  Defendants. | CASE NO. 8:19-cv-01559-JLS-JDE<br>Assigned to Hon. Josephine L. Staton<br><br>**DEFENDANTS FROST MANAGEMENT COMPANY AND STUART FROST'S PROPOSED VOIR DIRE QUESTIONS**<br><br>Date: January 28, 2022<br>Time: 10:30 a.m.<br>Ctrm: 10A<br>Judge: Hon. Josephine L. Staton<br><br>Complaint Filed August 13, 2019 |

# PROPOSED VOIR DIRE QUESTIONS

Pursuant to the Court's Civil Trial Order (*see* Dkt. 24), defendants Frost Management Company, LLC and Stuart Frost request that the following questions be asked of prospective jurors, potentially by means of written survey, during *voir dire*:

**A.   Background**

1. In what city or neighborhood do you currently live?
2. How long have you lived there?
3. Do you own or rent your home?
4. What is the highest level of education you have completed, including any licenses, certificates, or degrees? If you attended college or graduated from college, what was your major area of study and what degrees, if any, did you obtain?
5. If you are currently employed, what is your occupation, and what is the name of your employer? What are your job responsibilities? How long have you worked there?
6. If you are not currently employed, what was your most recent occupation and the name of your last employer?
7. If you are not currently working outside of the home, are you a student, a homemaker, retired, disabled, or currently unemployed and looking for work?
    a. If you are a student, where do you attend school, and what are you studying?
    b. If you are unemployed, what type of work are you looking for?
8. Do you have any background, education, or training related to investment advising? Securities? If yes, please describe.
9. Do you belong to any clubs or organizations? If yes, which ones?

### B. Familiarity With Subject Matter of Case

10. Are you familiar with any of the below? If yes, what is your familiarity based on?

    a. Frost Data Capital, LLC
    b. Frost Venture Partners, LLC
    c. Frost Venture Partners GP, LLC
    d. Frost Management Company, LLC
    e. Stuart Frost
    f. Frost VP Seed, LLC ("Seed Fund")
    g. Frost VP Seed International, LLC ("International Seed Fund")
    h. Frost VP Early Stage Fund II, LP ("Fund II")
    i. FVP International Feeder Fund L.P. ("International Feeder Fund")
    j. Frost Fund III, L.P. ("Fund III")
    k. Hollencrest Bayview Partners, L.P.
    l. Robert Wolford
    m. Wolford Family Trust
    n. Marcum LLP
    o. Cooley LLP
    p. GE Ventures
    q. GE Digital
    r. GE Current
    s. 3600F, Inc.
    t. AdaptiveWell Technologies, Inc.
    u. Candlestick Health, Inc.
    v. Cirro, Inc.
    w. Lineage Software, Inc.
    x. Exara, Inc.

| | | |
|---|---|---|
| 1 | y. | Frost Edge, Inc. |
| 2 | z. | NextLog Analytics |
| 3 | aa. | GenieDB, Inc. |
| 4 | bb. | Maana, Inc. |
| 5 | cc. | Metallum, Inc. |
| 6 | dd. | Mindshare Medical, Inc. |
| 7 | ee. | NarrativeWave, Inc. |
| 8 | ff. | Needlehawk, Inc. |
| 9 | gg. | OspreyData Inc. |
| 10 | hh. | Penzata, Inc. |
| 11 | ii. | PingThings, Inc. |
| 12 | jj. | Pinscriptive, Inc. |
| 13 | kk. | Predictive Vegetation Management |
| 14 | ll. | Predixion Software, Inc. |
| 15 | mm. | SegOne, Inc. |
| 16 | nn. | Sentrian, Inc. |
| 17 | oo. | Jointly Health, Inc. |
| 18 | pp. | Snow Data Capital |
| 19 | qq. | SourceThought Inc. |
| 20 | rr. | Swarm Engineering, Inc. |
| 21 | ss. | Syntego, Inc. |
| 22 | tt. | App Layer |
| 23 | uu. | Tellit Health, Inc. |
| 24 | vv. | Healthcare Narratives |
| 25 | ww. | ThinkIQ, Inc. |
| 26 | xx. | Ubix Labs, Inc. |
| 27 | yy. | Kumo Analytics, Inc. |
| 28 | zz. | Veracity Security Intelligence, Inc. |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-4-
PROPOSED VOIR DIRE QUESTIONS
8:19-cv-01559-JLS-JDE

| | | |
|---|---|---|
| 1 | aaa. | Craig Arsenault |
| 2 | bbb. | Cary Breese |
| 3 | ccc. | John Burke |
| 4 | ddd. | Samuel Cates |
| 5 | eee. | Suzie Clark |
| 6 | fff. | Thomas Giles |
| 7 | ggg. | Oren Goldschmidt |
| 8 | hhh. | William Guerry |
| 9 | iii. | Anthony Howcroft |
| 10 | jjj. | Miles Mahoney |
| 11 | kkk. | Kellan McConnell |
| 12 | lll. | Babur Ozden |
| 13 | mmm. | Shital Patel |
| 14 | nnn. | Craig Dauchy |
| 15 | ooo. | Robyn Siers |
| 16 | ppp. | Bill Morrow |
| 17 | qqq. | Kerry Jordan |
| 18 | rrr. | Andrew Ackerman |
| 19 | sss. | William Ruh |
| 20 | ttt. | David Bartlett |
| 21 | uuu. | Brett May |
| 22 | vvv. | Julie Frost |
| 23 | www. | Dean Sawyer |
| 24 | xxx. | David Shackleton |
| 25 | yyy. | Jerry Schuman |
| 26 | zzz. | Anil Suren |
| 27 | aaaa. | Mark Theissen |
| 28 | bbbb. | Luis Vasquez |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-5-
PROPOSED VOIR DIRE QUESTIONS
8:19-cv-01559-JLS-JDE

| | | |
|---|---|---|
| 1 | cccc. | Jim Ward |
| 2 | dddd. | David Salch |
| 3 | eeee. | Cliff Currie |
| 4 | ffff. | Michael Dolbec |
| 5 | gggg. | Stephen Gotz |
| 6 | hhhh. | Louis Lauch |
| 7 | iiii. | Mark Lelinski |
| 8 | jjjj. | Larry Sheakley |
| 9 | kkkk. | Alexander Stojanovic |
| 10 | llll. | John Vigouroux |
| 11 | mmmm. | David Weekly |
| 12 | nnnn. | Alex Maleki |
| 13 | oooo. | Keith Palzer |
| 14 | pppp. | Michael Colaco |
| 15 | qqqq. | Gregory Pellizzon |
| 16 | rrrr. | Michael Shulman |
| 17 | ssss. | Cameron Akers |
| 18 | tttt. | Charles Reynolds |
| 19 | uuuu. | Bryan Weiss |
| 20 | vvvv. | Steve Rappatoni |
| 21 | wwww. | Arthur Brown |
| 22 | xxxx. | Tina Catalina |
| 23 | yyyy. | Paul Meyer |
| 24 | zzzz. | Doug Lawson |
| 25 | aaaaa. | Brain Murphy |
| 26 | bbbbb. | Mark McNally |
| 27 | ccccc. | Scott Gotz |
| 28 | ddddd. | James Cavaricci |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-6-
PROPOSED VOIR DIRE QUESTIONS
8:19-cv-01559-JLS-JDE

| | | |
|---|---|---|
| 1 | eeeee. | James Greene |
| 2 | fffff. | John Kinsey |
| 3 | ggggg. | Michael Kramer |
| 4 | hhhhh. | Purav Asher |
| 5 | iiiii. | Christopher Buckstein |
| 6 | jjjjj. | Gordon Clemons |
| 7 | kkkkk. | William Davidson |
| 8 | lllll. | Scott Kavanaugh |
| 9 | mmmmm. | John Kensey |
| 10 | nnnnn. | Darell Krasnoff |
| 11 | ooooo. | Alan Weiner |
| 12 | ppppp. | Erik Sisel |
| 13 | qqqqq. | Douglas Flemming |
| 14 | rrrrr. | Kyle Mallot |

11. Do you have any experience with startup companies?  If yes, describe your experience.

12. Are you familiar with the concept of an incubator for startup companies? If yes, what is your familiarity based on?

13. Do you have any experience with an incubator?  If yes, describe your experience.

14. Have you ever invested in a startup company? If yes, how did the investment(s) turn out?

15. Are you familiar with the concept of private venture capital funds?  If yes, what is your familiarity based on?

16. Have you ever invested in a private venture capital fund? If yes, how did the investment(s) turn out?

17. Are you familiar with Securities and Exchange Commission?  If yes, what is your familiarity based on?

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-7-
PROPOSED VOIR DIRE QUESTIONS
8:19-cv-01559-JLS-JDE

18. Are you familiar with what investment advisers do? If yes, what is your familiarity based on?
19. Do you have any experience with an investment adviser? If yes, describe your experience.
20. Have you ever owned your own business? If yes, please describe.
21. Have you or any members of your family ever been the victim of a financial or investment fraud?

### C. Experience with Legal Actions

22. Have you ever been a witness in a lawsuit or trial? If yes, when, what was the nature of the case and which party—plaintiff or defendant—did you testify for? Would your experience make it difficult to be fair and impartial in this case?
23. Have you, or any of your close friends or relatives, ever filed a lawsuit? If yes, when, and what was the nature of the case? Would your experience make it difficult to be fair and impartial in this case?
24. Have you, or any of your close friends or relatives, ever been a defendant in a government legal action? Would your experience make it difficult to be fair and impartial in this case?
25. Have you served as a juror in any court? If so, what was it a criminal or civil action? Without telling us the outcome, did the jury reach a verdict?

### D. Views About the Government

26. Do you believe that because the SEC brought this case it means that the Defendants must have done something wrong?
27. Do you believe that individuals and companies have a right to defend themselves when they are sued by the SEC?
28. Have you or any of your friends or family been employed by a federal government agency? If yes, which agencie(s)?

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-8-
PROPOSED VOIR DIRE QUESTIONS
8:19-cv-01559-JLS-JDE

29. Have you or any of your friends or family ever had direct experience with the SEC? If so, please explain.

DATED: November 19, 2021

STRADLING YOCCA CARLSON & RAUTH A PROFESSIONAL CORPORATION

By: */s/ Marc J. Schneider*
Marc J. Schneider
Jason de Bretteville
Kathleen M. Marcus
Sean T. Lobb
Lisa M. Northrup

*Attorneys for Defendant STUART FROST*

CALLARI AND SUMMERS

By: */s/ Andrew C. Callari*
Andrew C. Callari

*Attorneys for Defendant FROST MANAGEMENT COMPANY, LLC*

# ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)

## CERTIFICATION

Under L.R. 5-4.3.4(a)(2)(i), I, Marc J. Schneider, attest that all signatories identified above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Marc J. Schneider*

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-10-
SIGNATURE ATTESTATION
8:19-cv-01559-JLS-JDE