# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>STUART FROST and FROST MANAGEMENT COMPANY, LLC<br><br>　　　　Defendants. | **Case No. 8:19-cv-01559-SPG-JDE**<br><br>**ORDER** |

Defendants Stuart Frost ("Frost") and Frost Management Company, LLC ("FMC") (collectively "Defendants") having admitted certain facts and conceded liability on Claim Two (the "Admitted Facts"); Plaintiff Securities and Exchange Commission ("Commission") and Defendants' having stipulated to certain procedures regarding the Court's consideration of remedies for Claim Two and to Defendants' filing of a motion for partial summary judgment as to Claim One; and for good cause shown:

IT IS HEREBY ORDERED,

1. The Court finds that Defendants violated Section 206(4) of the Investment Advisers Act of 1940, 15 U.S.C. § 80b-6(4), and Rule 206(4)-8 thereunder, 17 C.F.R. § 275.206(4)-8, as set forth in the Admitted Facts.

2. On or before January 25, 2023, the Commission shall file a motion for injunctive relief, disgorgement, and/or civil penalties on Claim Two. The Commission, in its discretion, may seek only injunctive relief and may defer seeking monetary relief until after disposition of Claim One.

3. Any opposition to the Commission's motion for relief shall be filed on or before February 22, 2023, and any reply in support shall be filed on or before March 8, 2023. No sur-reply will be permitted. Briefs in support or opposition shall not exceed 25 pages. Any reply shall not exceed 15 pages.

4. The hearing for the Commission's motion for relief shall be heard at **1:30 p.m. on March 29, 2022**.

5. Following the Court's disposition of the Commission's motion for relief on Claim Two, Defendants may file a motion for partial summary judgment as to Claim One on the limited issue of whether knowledge of the Defendants' alleged conduct is imputed to the Funds as a matter of law.

//
//

6. Any opposition to Defendants' motion for partial summary judgment shall be filed within 28 days of the filing of Defendants' motion. Any reply in support of Defendants' motion shall be filed within 14 days of the filing of the Commission's opposition. No sur-reply will be permitted. Briefs in support or opposition shall not exceed 12 pages. Any reply shall not exceed six pages.

**IT IS SO ORDERED.**

Dated: October 31, 2022

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE