DONALD W. SEARLES (Cal. Bar No. 135705)
Email: searlesd@sec.gov
DOUGLAS M. MILLER (Cal. Bar No. 240398)
Email: millerdou@sec.gov
CHARLES E. CANTER (Cal. Bar No. 263197)
Email: canterc@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka N. Patel, Associate Regional Counsel
Gary Y. Leung, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>STUART FROST AND FROST MANAGEMENT COMPANY, LLC,<br><br>Defendants. | Case No. 8:19-cv-01559-SPG-JDE<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION FOR INJUNCTIVE RELIEF AGAINST DEFENDANTS STUART FROST AND FROST MANAGEMENT COMPANY, LLC**<br><br>Date:     March 29, 2023<br>Time:    1:30 p.m.<br>Ctrm:    5C<br>Judge:   Hon. Sherilyn Peace Garnett |

**TO ALL DEFENDANTS AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Securities and Exchange Commission ("SEC"), in accordance with the Court's October 31, 2022 Order, moves for injunctive relief against Defendants Stuart Frost and Frost Management Company, LLC. Specifically, the SEC asks that the Court, pursuant to Section 209(d) of the Investment Advisers Act of 1940 ("Advisers Act"), 15 U.S.C. § 80b-9(d), permanently enjoin Defendants, their officers, agents, servants, employees and attorneys, and those persons in active concert or participation with any of them, who receive actual notice of the judgment by personal service or otherwise, and each of them, from violating Section 206(4) of the Advisers Act, 15 U.S.C. § 80b-6(4) and Rule 206(4)-8 thereunder, 17 C.F.R. § 275.206(4)-8.

The SEC's motion is based upon the accompanying Memorandum of Points and Authorities; the Declaration of Charles C. Canter, the Declaration of Alex Maleki, the Declaration of David B. Weekly, Sr., the Declaration of Keith A. Palzer and all exhibits thereto; the filings and records in this action, including the SEC's statement of undisputed facts in support of its motion for partial summary judgement against Defendants (Dkt. No. 44-2) and the supporting declaration of Donald W. Searles and the exhibits attached thereto (Dkt. No. 44-3); and any other evidence or argument the SEC may present in support of its motion.

The hearing on the SEC's motion will take place before the Hon. Sherilyn Peace Garnett, at 1:30 p.m. on March 29, 2023, in Courtroom 5C of the First Street U.S. Courthouse, 350 W 1st Street, Los Angeles, California 90012, or as soon thereafter as is convenient with the Court.

Dated: January 25, 2023

Respectfully submitted,

/s/ *Donald W. Searles*
DONALD W. SEARLES
DOUGLAS M. MILLER
CHARLES E. CANTER
Attorneys for Plaintiff
Securities and Exchange Commission

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On January 25, 2023 I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION FOR INJUNCTIVE RELIEF AGAINST DEFENDANTS STUART FROST AND FROST MANAGEMENT COMPANY, LLC** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 25, 2023          /s/ Donald W. Searles
                                Donald W. Searles

*SEC v. Stuart Frost, et al.*
United States District Court—Central District of California
Case No. 8:19-cv-01559-JLS-JDE

### SERVICE LIST

Andrew C. Callari
34197 Pacific Coast Highway, Suite 100
Dana Point, CA 92629
ac@callarisummers.com
***Attorney for Defendant Frost Management Company, LLC***

Marc J. Schneider
mschneider@stradlinglaw.com
Jason De Bretteville
jdebretteville@stradlinglaw.com
Kathleen M. Marcus
kmarcus@stradlinglaw.com
Sean T. Lobb
stlobb@stradlinglaw.com
Lisa M. Northrup
lnorthrup@stradlinglaw.com
Straddling Yocca Carlson & Rauth
660 Newport Center Drive, Suite 1600
Telephone: (949) 725-4000
***Attorneys for Defendant Stuart Frost***