DONALD W. SEARLES (Cal. Bar No. 135705)
Email: searlesd@sec.gov
DOUGLAS M. MILLER (Cal. Bar No. 240398)
Email: millerdou@sec.gov
CHARLES E. CANTER (Cal. Bar No. 263197)
Email: canterc@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka N. Patel, Associate Regional Counsel
Gary Y. Leung, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>STUART FROST AND FROST MANAGEMENT COMPANY, LLC,<br><br>Defendants. | Case No.8:19-cv-01559-SPG-JDE<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT FROST MANAGEMENT COMPANY, LLC UNDER RULE 41(a)(1)(A)(ii)** |

WHEREAS, Plaintiff Securities and Exchange Commission has filed a complaint against Defendants Stuart Frost ("Frost") and Frost Management Company, LLC ("FMC") (Dkt. No. 1) and both defendants have answered (Dkt. No. 16) (collectively, "the Parties").

WHEREAS, on February 22, 2023, Defendant FMC filed a Notice Regarding Entity Standing (Dkt. No. 164) together with the supporting Declaration of Sheila Mojtehedi (Dkt. No. 164-1), in which FMC represented that it is no longer in good standing with either the Delaware or California Secretary of State, and no longer transacts business in California.

In light of these developments, the Parties hereby stipulate and agree that Defendant FMC be dismissed from this action, without a court order, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**SO STIPULATED**

Dated: March 27, 2023    /s/ Donald W. Searles
                        Donald W. Searles
                        Attorney for Plaintiff
                        Securities and Exchange Commission

Dated: March 27, 2023    /s/ Sheila Mojtehedi
                        Sheila Mojtehedi
                        Attorney for Defendant
                        Frost Management Company, LLC

Dated: March 27, 2023    STRADLING YOCCA CARLSON & RAUTH A Professional Corporation
                        By: /s/ Marc J. Schneider
                        Marc J. Schneider
                        Jason de Bretteville
                        Kathleen M. Marcus Lisa M. Northrup
                        Sean T. Lobb
                        Attorneys for Defendant Stuart Frost

**LOCAL RULE 5-4.3.4(a)(2)(i) CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Donald W. Searles, attest that all signatories identified above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Donald W. Searles*
Donald W. Searles, Esq.
Attorneys for Plaintiff
Securities and Exchange Commission

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

    U.S. SECURITIES AND EXCHANGE COMMISSION,
    444 S. Flower Street, Suite 900, Los Angeles, California 90071
    Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On March 28, 2023. I caused to be served the document entitled **STIPULATION OF DISMISSAL AS TO DEFENDANT FROST MANAGEMENT COMPANY, LLC UNDER RULE 41(a)(1)(A)(ii)** on all the parties to this action addressed as stated on the attached service list:

☐  **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐  **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐  **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐  **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐  **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐  **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒  **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐  **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

    I declare under penalty of perjury that the foregoing is true and correct.

Date:  March 28, 2023                 /s/ Donald W. Searles
                                                      Donald W. Searles

*SEC v. Stuart Frost, et al.*
United States District Court—Central District of California
Case No. 8:19-cv-01559-JLS-JDE

### SERVICE LIST

Sheila Mojtehedi
Law Office of Sheila Mojtehedi
806 E. Avenida Pico, Ste. I-291
San Clemente, CA 92672
sheila@mojtehedi.com
*Attorney for Defendant Frost Management Company, LLC*

Marc J. Schneider
mschneider@stradlinglaw.com
Jason De Bretteville
jdebretteville@stradlinglaw.com
Kathleen M. Marcus
kmarcus@stradlinglaw.com
Sean T. Lobb
stlobb@stradlinglaw.com
Lisa M. Northrup
lnorthrup@stradlinglaw.com
Straddling Yocca Carlson & Rauth
660 Newport Center Drive, Suite 1600
Telephone: (949) 725-4000
*Attorneys for Defendant Stuart Frost*