UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 19-01559-SPG(JDEx) | Date | March 29, 2023 |
| Title | Securities and Exchange Commission v. Stuart Frost et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |
|---|---|

| Patricia Gomez | Terri Hourigan |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Charles Kanter<br>Donald Searles | Sean Lobb<br>Marc Schneuder<br>Lisa Northrup<br>Jason de Brettville |

**Proceeding:** Plaintiff Securities and Exchange Commission's Motion for Injunctive Relief Against Defendants Stuart Frost and Frost Management Company, LLC [160]

    Case called, and counsel make their appearance. Arguments by counsel are heard. For reasons stated on the record, the Court takes the matter under submission. An order to issue.

   : 56

Initials of Preparer   pg