JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>      v.<br><br>STUART FROST; and FROST MANAGEMENT COMPANY, LLC,<br><br>            Defendants. | Case No. 8:19-cv-01559-SPG-JDE<br><br>**FINAL JUDGMENT AS TO DEFENDANT STUART FROST** |

-1-

The Securities and Exchange Commission having filed a Complaint and Defendant Stuart Frost ("Defendant") having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction and except as otherwise provided herein in paragraph IV and the admitted facts and his admission that he negligently violated Section 206(4) of the Advisers Act and Rule 206(4)-8 thereunder (*see* Dkt. No. 157-1); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

## I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant is permanently restrained and enjoined from violating Sections 206(1) and 206(2) the Investment Advisers Act of 1940 [15 U.S.C. §§ 80b-6(1) and 80b-6(2)], by:

1. employing any device, scheme or artifice to defraud any client or prospective client; and

2. engaging in any transaction, practice, or course of business which operates or would operate as a fraud or deceit upon any client or prospective client.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Final Judgment by personal service or otherwise: (a) Defendant's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Defendant or with anyone described in (a).

## II.

IT IS HEREBY FUTHER ORDERED, ADJUDGED, AND DECREED that Defendant is permanently restrained and enjoined from violating Section 206(4) of the Advisers Act [15 U.S.C. § 80b-6(4)], and Rule 206(4)-8 thereunder [17 C.F.R. § 275.206(4)-8], by: (i) making any untrue statement of material fact or omitting to state a

1  material fact necessary to make the statements made, in light of the circumstances under

2  which they were made, not misleading to any investor or prospective investor in the pooled

3  investment vehicle; or (ii) otherwise engaging in any act, practice, or course of business

4  that is fraudulent, deceptive, or manipulative with respect to any investor or prospective

5  investor in the pooled investment vehicle.

6      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, as provided in

7  Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following

8  who receive actual notice of this Final Judgment by personal service or otherwise:  (a)

9  Defendant's officers, agents, servants, employees, and attorneys; and (b) other persons in

10  active concert or participation with Defendant or with anyone described in (a).

11

12                    III.

13      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall

14  pay a civil penalty in the amount of $150,000.00 to the Securities and Exchange

15  Commission pursuant to Section 209(e) of the Advisers Act [15 U.S.C. § 80b-9(e)].

16  Defendant shall make this payment within 30 days after entry of this Final Judgment.

17      Defendant may transmit payment electronically to the Commission, which will

18  provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be

19  made directly from a bank account via Pay.gov through the SEC website at

20  http://www.sec.gov/about/offices/ofm.htm.  Defendant may also pay by certified check,

21  bank cashier's check, or United States postal money order payable to the Securities and

22  Exchange Commission, which shall be delivered or mailed to

23      Enterprise Services Center
    Accounts Receivable Branch
24      6500 South MacArthur Boulevard
25      Oklahoma City, OK 73169

26  and shall be accompanied by a letter identifying the case title, civil action number, and

27  name of this Court; Stuart Frost as a defendant in this action; and specifying that payment

28  is made pursuant to this Final Judgment.

Defendant shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action.  By making this payment, Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendant. The Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

The Commission may enforce the Court's judgment for penalties by the use of all collection procedures authorized by law, including the Federal Debt Collection Procedures Act, 28 U.S.C. § 3001 et seq., and moving for civil contempt for the violation of any Court orders issued in this action.  Defendant shall pay post-judgment interest on any amounts due after 30 days of the entry of this Final Judgment pursuant to 28 USC § 1961.

IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that for the purposes of exceptions to discharge set forth in Section 524 of the Bankruptcy Code, 11 U.S.C. § 523, the allegations in the complaint are true and admitted by Defendant and further, any debt for disgorgement, prejudgment interest, civil penalty or other amounts due by Defendant under the Final Judgment or any other judgment, order, consent order, decree or settlement agreement ordered in connection with this proceeding, is a debt for the violation by Defendant of the federal securities laws or any regulation or order issued under such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. § 523(a)(19).

V.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

-4-

VI.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

**IT IS SO ORDERED.**


DATED:  March 10, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE